The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*,<br><br>　　　　Defendants. | NO. 2:09-CV-00037-MJP<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION<br><br>**Noted on Motion Calendar:<br>March 6, 2009** |

The Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank, a depository institution ("FDIC as Receiver"), through undersigned counsel, hereby files this reply brief in support of its motion to dismiss for lack of subject matter jurisdiction the claims of plaintiff Boilermakers National Annuity Trust Fund ("Boilermakers") against the FDIC as Receiver. Boilermakers' opposition to the FDIC as Receiver's motion to dismiss misapprehends the two fundamental points requiring dismissal.

FDIC REPLY ON
MOTION TO DISMISS - 1
Cause No.: 2:09-CV-00037-MJP
#701688 v1 / 30490-002

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

A. <u>Boilermakers Has Just Commenced the Administrative Process, Not Exhausted It</u>.

Boilermakers' opposition to the motion to dismiss announces that it has recently filed a proof of claim form and thereby "commenced the administrative claim review process with the Receiver, defendant FDIC." *See* Boilermakers Opposition to Motion to Dismiss at 1 & Declaration of Daniel Rohn at ¶ 2 & ex. A. Commencing the administrative claim review process is not the same as completing it, however. Boilermakers has not exhausted its administrative remedies, but merely started the process. The administrative review process is not complete until the FDIC has made a determination on the claim pursuant to 12 U.S.C. § 1821(d)(5).

B. <u>This Court Does Not Have Subject Matter Jurisdiction over Boilermakers' Claims Against the FDIC</u>

Boilermakers filed its lawsuit on or about January 12, 2009, well after the FDIC was appointed receiver for Washington Mutual Bank on September 25, 2008, and well before Boilermakers had even filed a claim in the FDIC receivership. As noted above, Boilermakers has not exhausted its administrative remedies. Accordingly, pursuant to the plain language of 12 U.S.C. § 1821(d)(13)(D), this Court lacks subject matter jurisdiction over Boilermakers' claims against the FDIC as Receiver of Washington Mutual Bank. As the Ninth Circuit Court of Appeals has explicitly and dispositively held: "Section 1821(d)(13)(D) strips all courts of jurisdiction over claims made outside the administrative procedures of section 1821." *Henderson v. Bank of New England*, 986 F.2d 319, 320 (9th Cir.), *cert. denied*, 510 U.S. 995 (1993).

Whether or not this action is consolidated with *New Orleans Employees' Retirement System and MARTA/ATU Local 732 Employees Retirement Plan v. Washington Mutual Bank, et al.*, No. C09-0134-RSM (the "New Orleans Action"), and regardless of whether this action or the New Orleans Action is stayed, Boilermakers' claims against the FDIC as Receiver are subject to mandatory administrative remedies and must be dismissed because the Court does not have subject matter jurisdiction over those claims.

FDIC REPLY ON
MOTION TO DISMISS - 2
Cause No.: 2:09-CV-00037-MJP
#701688 v1 / 30490-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

## Prayer for Relief

WHEREFORE, on the basis of the foregoing and all the reasons set forth in its motion and the exhibits thereto, the FDIC as Receiver for Washington Mutual Bank respectfully requests that the Court dismiss Boilermakers' claims against the FDIC for lack of subject matter jurisdiction, together with such other and further relief deemed just and proper under these circumstances.

DATED this 5th day of March, 2009.

Respectfully submitted,

KARR TUTTLE CAMPBELL

By: s/Walter E. Barton
Bruce E. Larson, WSBA #6209
Dennis H. Walters, WSBA #9994
Walter E. Barton, WSBA #26408
1201 3rd Avenue, Suite 2900
Seattle, WA 98101-3028
Email: blarson@karrtuttle.com
Email: dwalters@karrtuttle.com
Email: gbarton@karrtuttle.com
Phone: (206) 224-8027
Fax: (206) 682-7100

Attorneys for Defendant Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank

Of Counsel:

Kevin P. Chavous (admitted *pro hac vice*)
Kenneth J. Pfaehler (admitted *pro hac vice*)
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW, Suite 600 East Tower
Washington, D.C. 20005
kchavous@sonnenschein.com
kpfaehler@sonnenschein.com
Phone: (202) 408-6468
Fax: (202) 408-6399

FDIC REPLY ON
MOTION TO DISMISS - 3
Cause No.: 2:09-CV-00037-MJP
#701688 v1 / 30490-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

1 | Michael H. Barr (admitted *pro hac vice*)
2 | Sonnenschein Nath & Rosenthal LLP
  | 1221 Avenue of the Americas, 24th Floor
3 | New York, New York  10020
  | mbarr@sonnenschein.com
4 | Phone: (212) 768-6700
  | Fax:    (212) 768-6800
5 |
6 | Leslie D. Davis (admitted *pro hac vice*)
  | Sonnenschein Nath & Rosenthal LLP
7 | 7800 Sears Tower, 233 S. Wacker Drive
  | Chicago, Illinois  60606
8 | ldavis@sonnenschein.com
9 | Phone: (312) 876-8000
  | Fax:    (312) 876-7934
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FDIC REPLY ON
MOTION TO DISMISS - 4
Cause No.: 2:09-CV-00037-MJP
#701688 v1 / 30490-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | DECLARATION OF SERVICE |
| 2 | I hereby certify that on March 5, 2009, I electronically filed the foregoing with the |
| 3 | Clerk of the Court using the CM/ECF system which will send notification of such filing to the |
| 4 | following: |
| 5 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 6 | 1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 |
| 7 | Phone: 206-623-7292<br>Fax:    206-623-0594 |
| 8 | Steve W. Berman, WSBA #12536 |
| 9 | steve@hbsslaw.com<br>Reed R. Kathrein |
| 10 | reed@hbsslaw.com |
| 11 | **SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.** |
| 12 | 19 Fulton Street, Suite 406<br>New York, NY 10038 |
| 13 | Phone: 212-964-0046 |
| 14 | Fax:    212-267-8137<br>Joel P. Laitman |
| 15 | joel@spornlaw.com<br>Christopher E. Lometti |
| 16 | chris@spornlaw.com |
| 17 | Frank R. Schirripa<br>frank@spornlaw.com |
| 18 | Daniel B. Rehns<br>daniel@spornlaw.com |
| 19 | |
| 20 | Counsel for Plaintiff and the Proposed Class |
| 21 | |
| 22 | **HILLIS CLARK MARTIN & PETERSON, P.S.**<br>500 Galland Building, 1221 Second Ave. |
| 23 | Seattle, WA 98101<br>Phone: 206-623-1745 |
| 24 | Fax:    206-623-7789 |
| 25 | Louis D. Peterson, WSBA #5776<br>ldp@hcmp.com |
| 26 | |
| 27 | |
| 28 | |

FDIC REPLY ON
MOTION TO DISMISS - 5
Cause No.: 2:09-CV-00037-MJP
#701688 v1 / 30490-002

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| 2 | Three Embarcadero Center<br>San Francisco, CA  94111 |
| 3 | Phone: 415-393-2000 |
| 4 | Fax:    415-393-2286<br>David M. Balabanian |
| 5 | david.balabanian@bingham.com<br>John D. Pernick |
| 6 | john.pernick@bingham.com |
| 7 | Frank Busch<br>frank.busch@bingham.com |
| 8 | |
| 9 | Attorneys for Defendants WaMu Asset Acceptance Corporation,<br>Washington Mutual Mortgage Securities Corporation, |
| 10 | WaMu Capital Corporation, David Beck,<br>Richard Careaga, Rolland Jurgens and Diane Novak |

                              s/Walter E. Barton
                              Bruce E. Larson, WSBA #6209
                              Dennis H. Walters, WSBA #9994
                              Walter E. Barton, WSBA #26408
                              Karr Tuttle Campbell
                              Attorneys for Defendant Federal Deposit Insurance
                              Corporation as Receiver for Washington Mutual Bank
                              1201 3rd Avenue, Suite 2900
                              Seattle, Washington  98101-3028
                              Email: blarson@karrtuttle.com, Phone: (206) 224-8027
                              Email: dwalters@karrtuttle.com, Phone: (206) 224-8018
                              Email: gbarton@karrtuttle.com, Phone: (206) 224-8030
                              Fax:  (206) 682-7100

FDIC REPLY ON
MOTION TO DISMISS - 6
Cause No.: 2:09-CV-00037-MJP
#701688 v1 / 30490-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100