The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-ARI *et al*.<br><br>                    Defendants. | NO.  C09-0037 MJP<br><br>[Consolidated with: Case No. C09-0134MJP and Case No. C09-0137MJP]<br><br>**STIPULATION AND ORDER REGARDING FILING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**September 28, 2009** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, *et al.*,<br>                    Defendants. | |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE FIRST AMERICAN CORPORATION, *et al.*,<br><br>                    Defendants. | |

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

## I.  STIPULATION

Briefing is currently underway on the applications for appointment of lead plaintiff, lead counsel, and interim lead counsel in this consolidated action. In anticipation of the Court ruling on those motions and appointing lead plaintiff(s) and lead counsel(s) for this action, the parties have met and conferred regarding a proposed schedule for filing a consolidated complaint and any motions to dismiss that complaint. In accordance with the agreement reached during that meet and confer process, co-applicants for lead plaintiff status Policemen's Annuity And Benefit Fund Of The City Of Chicago and Boilermakers National Annuity Trust Fund, applicant for appointment of interim lead counsel New Orleans Employees' Retirement System and MARTA/ATU Local 732 Employees Retirement Plan, and defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga, the Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank, and The First American Corporation and eAppraiseIT, LLC hereby, through their counsel of record, stipulate to and submit the following proposed schedule for the filing of a consolidated complaint and motions to dismiss:

1.  The plaintiff(s) and counsel selected by the Court in this consolidated action shall have 60 days from entry of an order designating plaintiff(s) and class counsel to file a consolidated complaint in this action (the "Consolidated Complaint").

2.  The deadline for defendants to answer, move, or otherwise respond to the Consolidated Complaint will be 60 days after the date that lead plaintiff files the Consolidated Complaint.

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

3. In the event that one or more defendants file a motion to dismiss the Consolidated Complaint, plaintiff(s) shall have 45 days after the filing of a motion to dismiss to file a response. A moving defendant shall have 30 days after the filing of plaintiff's response to file a reply.

DATED this ___ day of September, 2009.

| BINGHAM McCUTCHEN LLP | HILLIS CLARK MARTIN & PETERSON |
|---|---|
| David M. Balabanian (*Pro Hac Vice*)<br>John D. Pernick (*Pro Hac Vice*)<br>Frank Busch (*Pro Hac Vice*)<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Tel: (415) 393-2544<br>Fax: (415) 262-9203<br>Email: david.balabanian@bingham.com<br>john.pernick@bingham.com<br>frank.busch@bingham.com<br><br>- and -<br><br>Susan L. Hoffman (*Pro Hac Vice*)<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA  90071-3106<br>Tel: (213) 680-6454<br>Fax: (213) 680- 6499<br>Email: susan.hoffman@bingham.com | By: /s/  Brian C. Free<br>Brian C. Free, WSBA #35788<br>Louis D. Peterson<br>1221 Second Ave, Suite 500<br>Seattle, WA 98101-2925<br>Tel: (206) 470-7646<br>Email: bcf@hcmp.com<br>ldp@hcmp.com<br><br>*Counsel for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga* |

STIPULATION AND ORDER REGARDING FILING SCHEDULE (CV09-0037 MJP)

HILLIS CLARK MARTIN & PETERSON, P.S.
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| SCOTT + SCOTT LLP<br><br>   Arthur L. Shingler III (*Pro Hac Vice*)<br>   Hal D. Cunningham (*Pro Hac Vice*)<br>   600 B Street, Ste 1500<br>   San Diego, CA 92101<br>   Tel:    (619) 233-4565<br>   Email:  ashingler@scott-scott.com<br>             hcunningham@scott-scott.com<br><br>   *- and -*<br><br>   Joseph P. Guglielmo (*Pro Hac Vice*)<br>   29 W 57th Street, 14th Floor<br>   New York, NY 10019<br>   Tel:    (212) 223-6444<br>   Email:  jguglielmo@scott-scott.com<br><br>   *- and -*<br><br>COHEN MILSTEIN SELLERS & TOLL PLLC<br><br>   Christopher E. Lometti (*Pro Hac Vice*)<br>   Daniel B. Rehns (*Pro Hac Vice*)<br>   Joel P. Laitman (*Pro Hac Vice*)<br>   Kenneth M. Rehns (*Pro Hac Vice*)<br>   150 East 52nd St, 30th Floor<br>   New York, NY 10022<br>   Tel:    (212) 838-7797<br>   Email:  clometti@cohenmilstein.com<br>             drehns@cohenmilstein.com<br>             jlaitman@cohenmilstein.com<br>             krehns@cohenmilstein.com | TOUSLEY BRAIN STEPHENS<br><br>By: /s/   Kim D. Stephens<br>   Kim D. Stephens, WSBA #11984<br>   1700 Seventh Ave, Ste 2200<br>   Seattle, WA 98101<br>   Tel:    (206) 682-5600<br>   Email:  kstephens@tousley.com<br><br>*Counsel for Proposed Lead Plaintiffs Policemen's Annuity And Benefit Fund Of The City Of Chicago and Boilermakers National Annuity Trust Fund* |

STIPULATION AND ORDER REGARDING FILING SCHEDULE (CV09-0037 MJP)

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP<br><br>By: /s/ Ramzi Abadou<br>    Ramzi Abadou (*Pro Hac Vice*)<br>    Erik D. Peterson (*Pro Hac Vice*)<br>    580 California Street, Ste 1750<br>    San Francisco, CA 94104<br>    Tel:    (415) 400-3000<br>    Email:  epeterson@btkmc.com<br>              rabadou@btkmc.com | LABATON SUCHAROW LLP<br><br>  Hollis Lee Salzman (*Pro Hac Vice*)<br>  Jonathan Gardner (*Pro Hac Vice*)<br>  Joseph A. Fonti (*Pro Hac Vice*)<br>  Julie Hwang (*Pro Hac Vice*)<br>  Paul Scarlato (*Pro Hac Vice*)<br>  Serena Richardson (*Pro Hac Vice*)<br>  140 Broadway, Floor 34<br>  New York, NY 10005<br>  Tel:    (212) 907-0700<br>  Email:  hsalzman@labaton.com<br>           jgardner@labaton.com<br>           jfonti@labaton.com<br>           jhwang@labaton.com<br>           pscarlato@labaton.com<br>           srichardson@labaton.com<br><br>KIPLING LAW GROUP PLLC<br><br>  Robert D. Stewart, WSBA #8998<br>  Timothy Michael Moran<br>  3601 Fremont Avenue N, Ste 414<br>  Seattle, WA 98103<br>  Tel:    (206) 545-0373<br>  Email:  stewart@kiplinglawgroup.com<br>           moran@kiplinglawgroup.com<br><br>*Counsel for Plaintiff New Orleans Employees' Retirement System and MARTA/ATU Local 732 Employees Retirement Plan* |

STIPULATION AND ORDER REGARDING FILING SCHEDULE (CV09-0037 MJP)

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| SONNENSCHEIN NATH & ROSENTHAL | KARR TUTTLE CAMPBELL |
|---|---|
| By: /s/ Kenneth J. Pfaehler<br>    Kenneth J. Pfaehler (*Pro Hac Vice*)<br>    Kevin P. Chavous (*Pro Hac Vice*)<br>    1301 K Street, NW<br>    Ste 600 East Tower<br>    Washington, DC 20005<br>    Tel:    (202) 408-6468<br>    Fax:    (202) 408-6399<br>    Email:  kpfaehler@sonnenschein.com<br>            kchavous@sonnenschein.com<br><br>    *- and -*<br><br>    Michael H. Barr (*Pro Hac Vice*)<br>    1221 Avenue of the Americas<br>    New York, NY 10020<br>    Tel:    (212) 768-6788<br>    Fax:    (212) 768-6800<br>    Email:  mbarr@sonnenschein.com<br><br>    *- and -*<br><br>    Leslie D. Davis (*Pro Hac Vice*)<br>    233 South Wacker Drive<br>    7800 Sears Tower<br>    Chicago, IL 60606<br>    Tel:    (312) 876-8000<br>    Email:  ldavis@sonnenschein.com | Bruce Earl Larson, WSBA #6209<br>Dennis H. Walters<br>Mike Liles, Jr.<br>Walter Eugene Barton<br>1201 Third Ave, Ste 2900<br>Seattle, WA 98101-3028<br>Tel:    (206) 223-1313<br>Fax:    (206) 682-7100<br>Email:  blarson@karrtuttle.com<br>        dwalters@karrtuttle.com<br>        mliles@karrtuttle.com<br>        gbarton@karrtuttle.com<br><br>*Counsel for Defendant Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank* |

STIPULATION AND ORDER REGARDING FILING SCHEDULE (CV09-0037 MJP)

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| DLA PIPER LLP (US)<br><br>Corey E. Delaney (*Pro Hac Vice*)<br>Kerry F. Cunningham (*Pro Hac Vice*)<br>Richard F. Hans (*Pro Hac Vice*)<br>1251 Avenue Of The Americas<br>New York, NY 10020<br>Tel:    (212) 335-4533<br>Email:  corey.delaney@dlapiper.com<br>           kerry.cunningham@dlapiper.com<br>           richard.hans@dlapiper.com | DLA PIPER LLP (US)<br><br>By: /s/   Christopher M. Huck<br>     Bradley T. Meissner, WSBA #39592<br>     Christopher M. Huck<br>     Rogelio Omar Riojas<br>     Stellman Keehnel<br>     701 Fifth Ave, Ste 7000<br>     Seattle, WA 98104-7044<br>     Tel:    (206) 839-4800<br>     Email:  bradley.meissner@dlapiper.com<br>              Christopher.huck@dlapiper.com<br>              omar.riojas@dlapiper.com<br>              stellman.keehnel@dlapiper.com<br><br>*Counsel for The First American Corporation and eAppraiseIT, LLC* |

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

## II. ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2009.

_____
The Honorable Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ramzi Abadou - rabadou@btkmc.com,knguyen@btkmc.com

Naumon A. Amjed - namjed@btkmc.com,rcordisco@btkmc.com

Michael H. Barr - mbarr@sonnenschein.com

Walter Eugene Barton
gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman
steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

Frank Busch - frank.busch@bingham.com,frank.downing@bingham.com

Steven P. Caplow - stevencaplow@dwt.com,belenjohnson@dwt.com

Kevin P. Chavous - kchavous@sonnenschein.com

Hal D. Cunningham - hcunningham@scott-scott.com

Kerry F. Cunningham - kerry.cunningham@dlapiper.com

Leslie D. Davis - ldavis@sonnenschein.com

Corey E. Delaney
corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,
lorna.bernard@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joseph A. Fonti
jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Jonathan Gardner - jgardner@labaton.com

Joseph P. Guglielmo
jguglielmo@scott-scott.com,efile@scott-scott.com

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Richard F. Hans
richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff - dhoff@tousley.com,efile@tousley.com

Christopher M. Huck
Christopher.huck@dlapiper.com,karen.hansen@dlapiper.com

Julie Hwang
jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Reed R. Kathrein  - reed@hbsslaw.com,sf_filings@hbsslaw.com

Stellman Keehnel
stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

John A. Kehoe
rabadou@btkmc.com,rcordisco@btkmc.com,bsharma@btkmc.com, jkehoe@btkmc.com

Joel P. Laitman - jlaitman@cohenmilstein.com

Bruce Earl Larson - blarson@karrtuttle.com,psteinfeld@karrtuttle.com

Mike Liles, Jr. - mliles@karrtuttle.com

Christopher E. Lometti - clometti@cohenmilstein.com

Bradley T. Meissner  - bradley.meissner@dlapiper.com

Timothy Michael Moran
moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Sharan Nirmul - snirmul@btkmc.com,rcordisco@btkmc.com

Lauren Wagner Pederson    lpederson@btkmc.com,rcordisco@btkmc.com

Erik D. Peterson
epeterson@btkmc.com,knguyen@btkmc.com

Kenneth J. Pfaehler
kpfaehler@sonnenschein.com,nreeber@sonnenschein.com

Daniel B. Rehns - drehns@cohenmilstein.com

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Serena Richardson
srichardson@labaton.com,ElectronicCaseFiling@labaton.com

Rogelio Omar Riojas
omar.riojas@dlapiper.com,nina.marie@dlapiper.com

Stephen M. Rummage
steverummage@dwt.com,jeannecadley@dwt.com

Hollis Lee Salzman
hsalzman@labaton.com,ElectronicCaseFiling@labaton.com

Paul Scarlato
pscarlato@labaton.com,ElectronicCaseFiling@labaton.com

Frank R. Schirripa - frank@spornlaw.com

Bharati O. Sharma
bsharma@btkmc.com,rcordisco@btkmc.com

Arthur L. Shingler
ashingler@scott-scott.com,cmcgowan@scott-scott.com,efile@scott-scott.com

Kim D. Stephens - kstephens@tousley.com,bkinsey@tousley.com

Robert D. Stewart
stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Dennis H. Walters
dwalters@karrtuttle.com,wbarker@karrtuttle.com

DATED this 28th day of September, 2009 at Seattle, Washington.

By    /s/ Brian C. Free
    Louis D. Peterson, WSBA #5776
    Brian C. Free, WSBA #35788
    1221 Second Avenue, Suite 500
    Seattle WA 98101-2925
    Telephone: (206) 623-1745
    Facsimile: (206) 623-7789
    Email: ldp@hcmp.com;
        bcf@hcmp.com

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789