The Honorable Marsha J. Pechman

1
2
3
4
5
6           UNITED STATES DISTRICT COURT
7          WESTERN DISTRICT OF WASHINGTON

8    BOILERMAKERS NATIONAL ANNUITY
     TRUST FUND, on behalf of itself and all          NO.  C09-0037 MJP
9    others similarly situated,
                                                      [Consolidated with: Case No. C09-
10                              Plaintiff,             0134MJP and Case No. C09-0137MJP]

11                                                    **STIPULATIONAND ORDER
     v.                                               REGARDING FILING SCHEDULE**
12
     WAMU MORTGAGE PASS THROUGH
13   CERTIFICATES, SERIES 2006-ARI *et al*.
14                                                    **NOTE ON MOTION CALENDAR:**
                                Defendants.
15                                                    **Friday, October 30, 2009**

16   NEW ORLEANS EMPLOYEES'
     RETIREMENT SYSTEM, *et al.*,
17
                                Plaintiffs,
18
     v.
19
     FEDERAL DEPOSIT INSURANCE
20   CORPORATION AS RECEIVER FOR
     WASHINGTON MUTUAL BANK, *et al.*,
21                              Defendants.
22   NEW ORLEANS EMPLOYEES'
     RETIREMENT SYSTEM, *et al.*,
23
                                Plaintiffs,
24
     v.
25
     THE FIRST AMERICAN CORPORATION,
26   *et al.*,
                                Defendants.
27
28

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

HILLIS CLARK MARTIN &
PETERSON, P.S.
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# I.     STIPULATION

In accordance with the Court's instructions during the hearing on October 23, 2009, Lead Plaintiff Policemen's Annuity And Benefit Fund Of The City Of Chicago, and defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga, the Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank, and The First American Corporation and eAppraiseIT, LLC hereby, through their counsel of record, stipulate to and submit the following proposed schedule for the filing of a consolidated complaint and motions to dismiss:

1.     Lead Plaintiff will file the consolidated complaint in this action (the "Consolidated Complaint") on or before November 23, 2009.

2.     Defendants will answer, move, or otherwise respond to the Consolidated Complaint on or before December 23, 2009.

3.     Lead Plaintiff shall respond to Defendants' answer, motion or response on or before January 22, 2010.

4.     Defendants shall reply on or before February 12, 2010.

5.     Liaison counsel for Lead Plaintiff shall be Kim D. Stephens  of Tousley Brain Stephens PLLC.

6.     Liaison counsel for defendants shall be John D. Pernick of Bingham McCutchen LLP.

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

HILLIS CLARK MARTIN &
PETERSON, P.S.
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1

2
      DATED this 30th day of October, 2009.

3

| BINGHAM McCUTCHEN LLP | HILLIS CLARK MARTIN & PETERSON |
|---|---|
| David M. Balabanian (*Pro Hac Vice*)<br>John D. Pernick (*Pro Hac Vice*)<br>Frank Busch (*Pro Hac Vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Tel:    (415) 393-2544<br>Fax:    (415) 262-9203<br>Email:   david.balabanian@bingham.com<br>         john.pernick@bingham.com<br>         frank.busch@bingham.com<br><br>- and -<br><br>Susan L. Hoffman (*Pro Hac Vice*)<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br>Tel:    (213) 680-6454<br>Fax:    (213) 680- 6499<br>Email:   susan.hoffman@bingham.com | By: /s/ Brian C. Free<br>    Brian C. Free, WSBA #35788<br>    Louis D. Peterson<br>    1221 Second Ave, Suite 500<br>    Seattle, WA 98101-2925<br>    Tel:    (206) 470-7646<br>    Email:   bcf@hcmp.com<br>           ldp@hcmp.com<br><br>*Counsel for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga* |
| SCOTT + SCOTT LLP | TOUSLEY BRAIN STEPHENS PLLC |
| Arthur L. Shingler III (*Pro Hac Vice*)<br>Hal D. Cunningham (*Pro Hac Vice*)<br>600 B Street, Ste 1500<br>San Diego, CA 92101<br>Tel:    (619) 233-4565<br>Email:   ashingler@scott-scott.com<br>         hcunningham@scott-scott.com<br><br>- and -<br><br>Joseph P. Guglielmo (*Pro Hac Vice*)<br>29 W 57th Street, 14th Floor<br>New York, NY 10019<br>Tel:    (212) 223-6444<br>Email:   jguglielmo@scott-scott.com | By: /s/ Kim D. Stephens<br>    Kim D. Stephens, WSBA #11984<br>    1700 Seventh Ave, Ste 2200<br>    Seattle, WA 98101<br>    Tel:    (206) 682-5600<br>    Email:   kstephens@tousley.com<br><br>*Counsel for Lead Plaintiff Policemen's Annuity And Benefit Fund Of The City Of Chicago* |

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

**HILLIS CLARK MARTIN &
PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1
2

| SONNENSCHEIN NATH & ROSENTHAL | KARR TUTTLE CAMPBELL |
|---|---|
| By: /s/ Kenneth J. Pfaehler<br>  Michael H. Barr (*Pro Hac Vice*)<br>  1221 Avenue of the Americas<br>  New York, NY 10020<br>  Tel:       (212) 768-6788<br>  Fax:      (212) 768-6800<br>  Email:   mbarr@sonnenschein.com<br><br>  - and -<br><br>  Kenneth J. Pfaehler (*Pro HacVice*)<br>  Kevin P. Chavous (*Pro Hac Vice*)<br>  1301 K Street, NW<br>  Ste 600 East Tower<br>  Washington, DC 20005<br>  Tel:       (202) 408-6468<br>  Fax:      (202) 408-6399<br>  Email:   kpfaehler@sonnenschein.com<br>              kchavous@sonnenschein.com<br><br>  - and -<br><br>  Leslie D. Davis (*Pro Hac Vice*)<br>  233 South Wacker Drive<br>  7800 Sears Tower<br>  Chicago, IL 60606<br>  Tel:       (312) 876-8000<br>  Email:   ldavis@sonnenschein.com | Bruce Earl Larson, WSBA #6209<br>Dennis H. Walters<br>Mike Liles, Jr.<br>Walter Eugene Barton<br>1201 Third Ave, Ste 2900<br>Seattle, WA 98101-3028<br>Tel:       (206) 223-1313<br>Fax:      (206) 682-7100<br>Email:   blarson@karrtuttle.com<br>              dwalters@karrtuttle.com<br>              mliles@karrtuttle.com<br>              gbarton@karrtuttle.com<br><br>*Counsel for Defendant Federal Deposit<br>Insurance Corporation as Receiver for<br>Washington Mutual Bank* |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

**HILLIS CLARK MARTIN &**
**PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1

2

3

4

5

6

7

8

9

10

11

12

| DLA PIPER LLP (US) | DLA PIPER LLP (US) |
|---|---|
| Corey E. Delaney<br>Kerry F. Cunningham<br>Richard F. Hans<br>1251 Avenue Of The Americas<br>New York, NY 10020<br>Tel:       (212) 335-4533<br>Email:    corey.delaney@dlapiper.com<br>            kerry.cunningham@dlapiper.com<br>            richard.hans@dlapiper.com | By: /s/ Stellman Keehnel<br>    Bradley T. Meissner, WSBA #39592<br>    Christopher M. Huck<br>    Rogelio Omar Riojas<br>    Stellman Keehnel<br>    701 Fifth Ave, Ste 7000<br>    Seattle, WA 98104-7044<br>    Tel:       (206) 839-4800<br>    Email:    bradley.meissner@dlapiper.com<br>            Christopher.huck@dlapiper.com<br>            omar.riojas@dlapiper.com<br>            stellman.keehnel@dlapiper.com<br><br>*Counsel for The First American Corporation<br>and eAppraiseIT, LLC* |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

**HILLIS CLARK MARTIN &
PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1
2

**II.    ORDER**

3
4

IT IS SO ORDERED.

5
6

DATED this _____ day of _____, 2009.

7
8

_____

9

The Honorable Marsha J. Pechman
United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

HILLIS CLARK MARTIN &
PETERSON, P.S.
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2009, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification

of such filing to the following:

Ramzi Abadou  - rabadou@btkmc.com,knguyen@btkmc.com

Naumon A. Amjed - namjed@btkmc.com,rcordisco@btkmc.com

Michael H. Barr - mbarr@sonnenschein.com

Walter Eugene Barton
gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman
steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

Frank Busch - frank.busch@bingham.com,frank.downing@bingham.com

Steven P. Caplow - stevencaplow@dwt.com,belenjohnson@dwt.com

Kevin P. Chavous - kchavous@sonnenschein.com

Hal D. Cunningham - hcunningham@scott-scott.com

Kerry F. Cunningham  - kerry.cunningham@dlapiper.com

Leslie D. Davis - ldavis@sonnenschein.com

Corey E. Delaney
corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,
lorna.bernard@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joseph A. Fonti
jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Jonathan Gardner - jgardner@labaton.com

Joseph P. Guglielmo
jguglielmo@scott-scott.com,efile@scott-scott.com

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

**HILLIS CLARK MARTIN &**
**PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1

2

Richard F. Hans
richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

3

David Daniel Hoff - dhoff@tousley.com,efile@tousley.com

4

5

Christopher M. Huck
Christopher.huck@dlapiper.com,karen.hansen@dlapiper.com

6

7

Julie Hwang
jhwang@labaton.com,ElectronicCaseFiling@labaton.com

8

Reed R. Kathrein  - reed@hbsslaw.com,sf_filings@hbsslaw.com

9

10

Stellman Keehnel
stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

11

12

John A. Kehoe
rabadou@btkmc.com,rcordisco@btkmc.com,bsharma@btkmc.com,
jkehoe@btkmc.com

13

Joel P. Laitman - jlaitman@cohenmilstein.com

14

Bruce Earl Larson - blarson@karrtuttle.com,psteinfeld@karrtuttle.com

15

Mike Liles, Jr. - mliles@karrtuttle.com

16

17

Christopher E. Lometti - clometti@cohenmilstein.com

18

Bradley T. Meissner  - bradley.meissner@dlapiper.com

19

Timothy Michael Moran
moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com

20

21

Sharan Nirmul - snirmul@btkmc.com,rcordisco@btkmc.com

22

Lauren Wagner Pederson   lpederson@btkmc.com,rcordisco@btkmc.com

23

24

Erik D. Peterson
epeterson@btkmc.com,knguyen@btkmc.com

25

Kenneth J. Pfaehler
kpfaehler@sonnenschein.com,nreeber@sonnenschein.com

26

27

Daniel B. Rehns - drehns@cohenmilstein.com

28

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

**HILLIS CLARK MARTIN &
PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1

Serena Richardson
srichardson@labaton.com,ElectronicCaseFiling@labaton.com

2

3

Rogelio Omar Riojas
omar.riojas@dlapiper.com,nina.marie@dlapiper.com

4

5

Stephen M. Rummage
steverummage@dwt.com,jeannecadley@dwt.com

6

7

Hollis Lee Salzman
hsalzman@labaton.com,ElectronicCaseFiling@labaton.com

8

Paul Scarlato
pscarlato@labaton.com,ElectronicCaseFiling@labaton.com

9

10

Frank R. Schirripa - frank@spornlaw.com

11

Bharati O. Sharma
bsharma@btkmc.com,rcordisco@btkmc.com

12

13

Arthur L. Shingler
ashingler@scott-scott.com,cmcgowan@scott-scott.com,efile@scott-scott.com

14

15

Kim D. Stephens - kstephens@tousley.com,bkinsey@tousley.com

16

Robert D. Stewart
stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com

17

18

Dennis H. Walters
dwalters@karrtuttle.com,wbarker@karrtuttle.com

19

DATED this 30th day of October, 2009 at Seattle, Washington.

20

21

By ___/s/ Brian C. Free_____

22

Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788

23

1221 Second Avenue, Suite 500
Seattle WA 98101-2925

24

Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789

25

Email:  ldp@hcmp.com;
           bcf@hcmp.com

26

27

28

STIPULATION AND ORDER REGARDING FILING SCHEDULE
(CV09-0037 MJP)

HILLIS CLARK MARTIN &
PETERSON, P.S.
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789