HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR1, et al.,<br><br>Defendants. | Case No. C09-00037 MJP<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM and MARTA/ATU LOCAL 732 EMPLOYEES RETIREMENT PLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE FIRST AMERICAN CORPORATION AND FIRST AMERICAN eAPPRAISEIT, LLC,<br><br>Defendants. | Case No. C09-00137 MJP |

NOTICE OF WITHDRAWAL OF COUNSEL - 1
CASE NO. C09-00037 MJP

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
280 KING OF PRUSSIA RD.
RADNOR, PA 19087
Tel.: 610-667-7706 Fax: 610-667-7056

TO: THE CLERK OF THE COURT AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that John A. Kehoe, Lauren Wagner Pederson, Sharan Nirmul, Bharati O. Sharma and Naumon A. Amjed of the law firm Barroway Topaz Kessler Meltzer & Check, LLP, located at 280 King of Prussia Road, Radnor, PA 19087, hereby request their withdrawal as counsel of record for Plaintiffs New Orleans Employees' Retirement System and Marta/ATU Local 732 Employees Retirement Plan in the above-captioned actions.

DATED: December 14, 2009

Respectfully Submitted,

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP

/s/ John A. Kehoe
_____
John A. Kehoe
Lauren Wagner Pederson
Sharan Nirmul
Bharati O. Sharma
Naumon A. Amjed
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
Ramzi Abadou
Erik D. Peterson
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

NOTICE OF WITHDRAWAL OF COUNSEL - 2
CASE NO. C09-00037 MJP

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
280 KING OF PRUSSIA RD.
RADNOR, PA 19087
Tel.: 610-667-7706 Fax: 610-667-7056

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December 2009, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Naumon A. Amjed<br>namjed@btkmc.com | Christopher M. Huck<br>Christopher.huck@dlapiper.com |
| David M. Balabanian<br>david.balabanian@bingham.com | Reed R. Kathrein<br>reed@hbsslaw.com |
| Michael H. Barr<br>mbarr@sonnenschein.com | Stellman Keehnel<br>stellman.keehnel@dlapiper.com |
| Walter E. Barton<br>gbarton@karrtuttle.com | John A. Kehoe<br>jkehoe@btkmc.com |
| Steve W. Berman<br>steve@hbsslaw.com | Joel P. Laitman<br>joel@spornlaw.com |
| Andrew B. Brettler<br>abrettler@stblaw.com | Bruce E. Larson<br>blarson@karrtuttle.com |
| Frank Busch<br>frank.busch@bingham.com | Mike Liles, Jr.<br>mliles@karrtuttle.com |
| Steven Caplow<br>stevencaplow@dwt.com | Christopher E. Lometti<br>clometti@cohenmilstein.com |
| Kevin P. Chavous<br>kchavous@sonnenschein.com | Bradley T. Meissner<br>bradley.meissner@dlapiper.com |
| Hal D. Cunningham<br>hcunningham@scott-scott.com | Timothy M. Moran<br>moran@kiplinglawgroup.com |
| Kerry F. Cunningham<br>kerry.cunningham@dlapiper.com | Sharan Nirmul<br>snirmul@btkmc.com |
| Leslie D. Davis<br>ldavis@sonnenschein.com | Barry Robert Ostrager<br>bostrager@stblaw.com |
| Corey E. Delaney<br>corey.delaney@dlapiper.com | Nancy A. Pacharzina<br>npacharzina@tousley.com |
| Brian C. Free<br>bcf@hcmp.com | John D. Pernick<br>john.pernick@bingham.com |
| Joseph A. Fonti<br>jfonti@labaton.com | Louis D. Peterson<br>ldp@hcmp.com |
| Jonathan Gardner<br>jgardner@labaton.com | Kenneth J. Pfaehler<br>kpfaehler@sonnenschein.com |
| Joseph P. Guglielmo<br>jguglielmo@scott-scott.com | Robert J. Pfister<br>rpfister@stblaw.com |
| Richard F. Hans<br>richard.hans@dlapiper.com | Daniel B. Rehns<br>daniel@spronlaw.com |
| David Daniel Hoff<br>dhoff@tousley.com | Kenneth M. Rehns<br>krehns@cohenmilstein.com |

NOTICE OF WITHDRAWAL OF COUNSEL - 3
CASE NO. C09-00037 MJP

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
280 KING OF PRUSSIA RD.
RADNOR, PA 19087
Tel.: 610-667-7706 Fax: 610-667-7056

| | |
|---|---|
| 1 | Serena Richardson<br>srichardson@labaton.com |
| 2 | Rogelio Omar Riojas<br>omar.riojas@dlapiper.com |
| 3 | Stephen M. Rummage<br>steverummage@dwt.com |
| 4 | Hollis Lee Salzman<br>hsalzman@labaton.com |
| 5 | Paul Scarlato<br>pscarloto@labaton.com |
| 6 | Frank R. Schirripa<br>frank@spornlaw.com |
| 7 | Bharati O. Sharma<br>bsharma@btkmc.com |
| 8 | Arthur L. Shingler<br>ashingler@scott-scott.com |
| 9 | Kim D. Stephens<br>kstephens@tousley.com |
| 10 | Robert D. Stewart<br>stewart@kiplinglawgroup.com |
| 11 | Steven J. Toll<br>stoll@cohenmilstein.com |
| 12 | Mary Kay Vyskocil<br>mvyskocil@stblaw.com |
| 13 | Dennis H. Walters<br>dwalters@karrtuttle.com |

Executed this 14th day of December 2009 in Radnor, Pennsylvania.

BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP

By: /s/ John A. Kehoe
John A. Kehoe

NOTICE OF WITHDRAWAL OF COUNSEL - 4
CASE NO. C09-00037 MJP

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
280 KING OF PRUSSIA RD.
RADNOR, PA 19087
Tel.: 610-667-7706 Fax: 610-667-7056