Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES AR1, *et al.*,<br><br>Defendants. | **Case No.: C09-0037 (MJP)**<br><br>**ACKNOWLEDGMENT OF SERVICE ON BEHALF OF DEFENDANTS THOMAS LEHMANN, STEPHEN FORTUNATO AND DONALD WILHELM** |
| DORAL BANK PUERTO RICO, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, *et al.*<br><br>Defendants. | **Case No.: C09-1557 (MJP)** |

ACKNOWLEDGMENT OF SERVICE OF COMPLAINT
ON BEHALF OF DEFENDANTS THOMAS LEHMANN,
STEPHEN FORTUNATO AND DONALD WILHELM
Case No.: C09-0037 (MJP)

**SCOTT** + **SCOTT LLP**
600 B Street, Suite 1500
San Diego, California
Telephone: (619) 233-4565

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that the undersigned represents defendants Thomas Lehmann, Stephen Fortunato and Donald Wilhelm in the above-captioned matter and has authorization to accept service of process on behalf of these defendants. Thomas Lehmann, Stephen Fortunato and Donald Wilhelm waive formal service of process, without waiving any defense, including, without limitation, lack of jurisdiction over the person or improper venue, and will answer or otherwise respond to the Consolidated Complaint on or before January 24, 2010. |

Should further notice be required for any reason, the notice should be mailed to the undersigned at the address below.

Dated: December 16, 2009

BINGHAM McCUTCHEN LLP
David M. Balabanian (*Pro Hac Vice*)
John D. Pernick (*Pro Hac Vice*)
Frank Busch (*Pro Hac Vice*)

By: *s/* John D. Pernick (with permission)
John D. Pernick
Three Embarcadero Center
San Francisco, CA 94111-4067
Tel: (415) 393-2000
Fax: (415) 393-2286

*Counsel for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens, Richard Careaga, Thomas Lehmann, Stephen Fortunato and Donald Wilhelm*

ACKNOWLEDGMENT OF SERVICE OF COMPLAINT
ON BEHALF OF DEFENDANTS THOMAS LEHMANN,
STEPHEN FORTUNATO AND DONALD WILHELM
Case No.: C09-0037 (MJP) - 1

**SCOTT** + **SCOTT**
600 B Street, Suite 1500
San Diego, California
Telephone: (619) 233-4565

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ramzi Abadou - rabadou@btkmc.com,knguyen@btkmc.com

Naumon A. Amjed - namjed@btkmc.com,rcordisco@btkmc.com

Michael H. Barr - mbarr@sonnenschein.com

Walter Eugene Barton
gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman
steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

Frank Busch - frank.busch@bingham.com,frank.downing@bingham.com

Steven P. Caplow - stevencaplow@dwt.com,belenjohnson@dwt.com

Kevin P. Chavous - kchavous@sonnenschein.com

Hal D. Cunningham - hcunningham@scott-scott.com

Kerry F. Cunningham - kerry.cunningham@dlapiper.com

Leslie D. Davis - ldavis@sonnenschein.com

Corey E. Delaney
corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,
lorna.bernard@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joseph A. Fonti
jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Jonathan Gardner - jgardner@labaton.com

Joseph P. Guglielmo
jguglielmo@scott-scott.com,efile@scott-scott.com

ACKNOWLEDGMENT OF SERVICE OF COMPLAINT
ON BEHALF OF DEFENDANTS THOMAS LEHMANN,
STEPHEN FORTUNATO AND DONALD WILHELM
Case No.: C09-0037 (MJP) - 2

**SCOTT + SCOTT**
600 B Street, Suite 1500
San Diego, California
Telephone: (619) 233-4565

Richard F. Hans
richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff - dhoff@tousley.com,efile@tousley.com

Christopher M. Huck
Christopher.huck@dlapiper.com,karen.hansen@dlapiper.com

Julie Hwang
jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Reed R. Kathrein - reed@hbsslaw.com,sf_filings@hbsslaw.com

Stellman Keehnel
stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

John A. Kehoe
rabadou@btkmc.com,rcordisco@btkmc.com,bsharma@btkmc.com, jkehoe@btkmc.com

Joel P. Laitman - jlaitman@cohenmilstein.com

Bruce Earl Larson - blarson@karrtuttle.com,psteinfeld@karrtuttle.com

Mike Liles, Jr. - mliles@karrtuttle.com

Christopher E. Lometti - clometti@cohenmilstein.com

Bradley T. Meissner - bradley.meissner@dlapiper.com

Timothy Michael Moran
moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Sharan Nirmul - snirmul@btkmc.com,rcordisco@btkmc.com

Lauren Wagner Pederson   lpederson@btkmc.com,rcordisco@btkmc.com

Erik D. Peterson
epeterson@btkmc.com,knguyen@btkmc.com

Kenneth J. Pfaehler
kpfaehler@sonnenschein.com,nreeber@sonnenschein.com

Daniel B. Rehns - drehns@cohenmilstein.com

Serena Richardson
srichardson@labaton.com,ElectronicCaseFiling@labaton.com

Rogelio Omar Riojas

ACKNOWLEDGMENT OF SERVICE OF COMPLAINT
ON BEHALF OF DEFENDANTS THOMAS LEHMANN,
STEPHEN FORTUNATO AND DONALD WILHELM
Case No.: C09-0037 (MJP) - 3

**SCOTT** + **SCOTT**
600 B Street, Suite 1500
San Diego, California
Telephone: (619) 233-4565

omar.riojas@dlapiper.com,nina.marie@dlapiper.com

Stephen M. Rummage
steverummage@dwt.com,jeannecadley@dwt.com

Hollis Lee Salzman
hsalzman@labaton.com,ElectronicCaseFiling@labaton.com

Paul Scarlato
pscarlato@labaton.com,ElectronicCaseFiling@labaton.com

Frank R. Schirripa - frank@spornlaw.com

Bharati O. Sharma
bsharma@btkmc.com,rcordisco@btkmc.com

Arthur L. Shingler
ashingler@scott-scott.com,cmcgowan@scott-scott.com,efile@scott-scott.com

Kim D. Stephens - kstephens@tousley.com,bkinsey@tousley.com

Robert D. Stewart
stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Dennis H. Walters
dwalters@karrtuttle.com,wbarker@karrtuttle.com

DATED this 16th day of December, 2009 at San Diego, California.

By: /s/ Hal D.Cunningham
Hal D. Cunningham (*Pro Hac Vice*)
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
*hcunningham@scott-scott.com*

ACKNOWLEDGMENT OF SERVICE OF COMPLAINT
ON BEHALF OF DEFENDANTS THOMAS LEHMANN,
STEPHEN FORTUNATO AND DONALD WILHELM
Case No.: C09-0037 (MJP) - 4

**SCOTT + SCOTT**
600 B Street, Suite 1500
San Diego, California
Telephone: (619) 233-4565