THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-ARI *et al*.<br>　　　　　　　　　　　Defendants. | **NO. C09-0037 MJP**<br><br>[Consolidated with: Case No. C09-0134MJP and Case No. C09-0137MJP]<br><br>**MOTION TO FILE OVERLENGTH BRIEF**<br><br><br>**NOTE FOR MOTION CALENDAR: DECEMBER 16, 2009** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,<br>　　　　　　　　　　　Defendants. | |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.,*<br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE FIRST AMERICAN CORPORATION, *et al.*,<br>　　　　　　　　　　　Defendants. | |

MOTION TO FILE OVERLENGTH BRIEF - 1

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

ND: 19719.002 4851-6618-3685v1

Pursuant to LR 7(f)(1), the WaMu Defendants[1] seek permission to file a single motion to dismiss of up to 48 pages. Plaintiffs' counsel has stated that it will not oppose a motion to extend the page limit for Defendants' motion to dismiss.

## I. FACTUAL BACKGROUND

Plaintiffs have filed an 89-page, 265-paragraph consolidated class action complaint (the "Complaint") alleging violations of the Securities Act and the Washington State Securities Act by WaMu Asset Acceptance Corporation and certain of its officers and directors, WaMu Capital Corporation, First American Corporation, and two ratings agencies. Plaintiffs seek to represent a class of purchasers of thirty-six different mortgage-backed securities offerings issued in 2006 and 2007. By order dated November 2, 2009, the Court approved a briefing schedule under which Defendants' motions to dismiss must be filed by December 23, 2009. (Dkt. 99.) All six of the WaMu Defendants intend to join in a single joint motion to dismiss. Although all WaMu Defendants would be entitled to file separate motions to dismiss, filing a single motion of up to 48 pages is the most efficient way for these six Defendants to present their arguments to the Court.

## II. ARGUMENT

The Complaint states claims related to thirty-six different securities offerings, each with its own set of SEC filings that Plaintiffs contend contain misrepresentations. Each of the SEC filings at issue is over a hundred pages and contains numerous disclosures relevant to Plaintiffs' allegations. The Complaint alleges different claims against each of the WaMu

---

[1] The WaMu Defendants are WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga. Three other individual defendants, Thomas Lehmann, Stephen Fortunato, and Donald Wilhelm have until January 24, 2010 to respond to the Complaint and do not join in this motion.

MOTION TO FILE OVERLENGTH BRIEF - 2

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

ND: 19719.002 4851-6618-3685v1

| | |
|---|---|
| 1 | Defendants, each of which must be addressed in the motion to dismiss. The Complaint also adds claims relating to securities that have not previously been part of this action. |
| 2 | |
| 3 | |
| 4 | The WaMu Defendants have sought to present their grounds for dismissal as concisely and efficiently as possible. Through these efforts, however, it has become clear that the motion cannot be adequately briefed in a single motion in twenty-four pages allotted under LR 7(e). Given the weight that a motion to dismiss carries under the Private Securities Litigation Reform Act of 1995, the scope and complexity of the Complaint, the volume of the securities filings at issue, and other material that must be analyzed, 48 pages is a reasonable length for a motion to dismiss in this case. |

Defendants, each of which must be addressed in the motion to dismiss. The Complaint also adds claims relating to securities that have not previously been part of this action.

The WaMu Defendants have sought to present their grounds for dismissal as concisely and efficiently as possible. Through these efforts, however, it has become clear that the motion cannot be adequately briefed in a single motion in twenty-four pages allotted under LR 7(e). Given the weight that a motion to dismiss carries under the Private Securities Litigation Reform Act of 1995, the scope and complexity of the Complaint, the volume of the securities filings at issue, and other material that must be analyzed, 48 pages is a reasonable length for a motion to dismiss in this case.

DATED this 16th day of December, 2009.

| | |
|---|---|
| BINGHAM McCUTCHEN LLP | HILLIS CLARK MARTIN & PETERSON, P.S. |
| | By    s/ Brian C. Free |
| David M. Balabanian (*Pro Hac Vice*) <br> John D. Pernick (*Pro Hac Vice*) <br> Frank Busch (*Pro Hac Vice*) <br> Three Embarcadero Center <br> San Francisco, CA 94111-4067 <br> Tel: (415) 393-2544 <br> Fax: (415) 262-9203 <br> Email: david.balabanian@bingham.com <br>        john.pernick@bingham.com <br>        frank.busch@bingham.com <br><br> - and - <br><br> Susan L. Hoffman (*Pro Hac Vice*) <br> 355 South Grand Avenue, Suite 4400 <br> Los Angeles, CA 90071-3106 <br> Tel: (213) 680-6454 <br> Fax: (213) 680- 6499 <br> Email: susan.hoffman@bingham.com | Louis D. Peterson, WSBA #5776 <br> Brian C. Free, WSBA #35788 <br> 1221 Second Avenue, Suite 500 <br> Seattle WA 98101-2925 <br> Telephone: (206) 623-1745 <br> Facsimile: (206) 623-7789 <br> Email: ldp@hcmp.com; bcf@hcmp.com <br><br> *Counsel for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga* |

MOTION TO FILE OVERLENGTH BRIEF - 3

ND: 19719.002 4851-6618-3685v1

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ramzi Abadou  - rabadou@btkmc.com,knguyen@btkmc.com

Michael H. Barr - mbarr@sonnenschein.com

Walter Eugene Barton
gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Andrew B Brettler - abrettler@stblaw.com

Frank Busch - frank.busch@bingham.com,frank.downing@bingham.com

Steven P Caplow - stevencaplow@dwt.com,belenjohnson@dwt.com

Kevin P Chavous - kchavous@sonnenschein.com

Hal D Cunningham - hcunningham@scott-scott.com

Kerry F Cunningham  - kerry.cunningham@dlapiper.com

Leslie D Davis - ldavis@sonnenschein.com

Corey E Delaney
corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,
lorna.bernard@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joseph A. Fonti
jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Jonathan Gardner - jgardner@labaton.com

Joseph P Guglielmo - jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans - richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff - dhoff@tousley.com,efile@tousley.com

Christopher M Huck - Christopher.huck@dlapiper.com,karen.hansen@dlapiper.com

MOTION TO FILE OVERLENGTH BRIEF - 4

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

ND: 19719.002 4851-6618-3685v1

Julie Hwang - jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Stellman Keehnel - stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

Joel P Laitman - jlaitman@cohenmilstein.com

Bruce Earl Larson - blarson@karrtuttle.com,psteinfeld@karrtuttle.com

Mike Liles , Jr - mliles@karrtuttle.com

Christopher E Lometti - clometti@cohenmilstein.com

Bradley T. Meissner  - bradley.meissner@dlapiper.com

Timothy Michael Moran
moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Barry Robert Ostrager - bostrager@stblaw.com,managingclerk@stblaw.com

Nancy A Pacharzina - npacharzina@tousley.com,kzajac@tousley.com

Erik D Peterson - epeterson@btkmc.com,knguyen@btkmc.com

Kenneth J Pfaehler - kpfaehler@sonnenschein.com,nreeber@sonnenschein.com

Robert J Pfister - rpfister@stblaw.com

Daniel B Rehns - drehns@cohenmilstein.com

Kenneth M. Rehns - krehns@cohenmilstein.com

Serena Richardson - srichardson@labaton.com,ElectronicCaseFiling@labaton.com

Rogelio Omar Riojas - omar.riojas@dlapiper.com,nina.marie@dlapiper.com

Stephen M. Rummage - steverummage@dwt.com,jeannecadley@dwt.com

Hollis Lee Salzman - hsalzman@labaton.com,ElectronicCaseFiling@labaton.com

Paul Scarlato - pscarlato@labaton.com,ElectronicCaseFiling@labaton.com

Arthur L Shingler
ashingler@scott-scott.com,cmcgowan@scott-scott.com,efile@scott-scott.com

Kim D Stephens - kstephens@tousley.com,bkinsey@tousley.com

MOTION TO FILE OVERLENGTH BRIEF - 5

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

ND: 19719.002 4851-6618-3685v1

| | |
|---|---|
| 1 | Steven J. Toll - stoll@cohenmilstein.com |
| 2 | Robert D Stewart - stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 3 | Mary Kay Vyskocil - mvyskocil@stblaw.com |
| 4 | |
| 5 | Dennis H Walters<br>dwalters@karrtuttle.com,wbarker@karrtuttle.com |
| 6 | DATED this 16th day of December, 2009 at Seattle, Washington. |

HILLIS CLARK MARTIN & PETERSON, P.S.

By   s/ Brian C. Free
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com; bcf@hcmp.com

MOTION TO FILE OVERLENGTH BRIEF - 6

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

ND: 19719.002 4851-6618-3685v1