UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br>　　　　　　　　Plaintiff,<br>v.<br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1 *et al*.<br>　　　　　　　　Defendants. | **NO. C09-0037 MJP**<br><br>[Consolidated with: Case No. C09-0134MJP and Case No. C09-0137MJP]<br><br>**[PROPOSED] ORDER TO FILE OVERLENGTH BRIEF** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br>　　　　　　　　Plaintiffs,<br>v.<br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,<br>　　　　　　　　Defendants. | **NOTE FOR MOTION CALENDAR: DECEMBER 16, 2009** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.,*<br>　　　　　　　　Plaintiffs,<br>v.<br>THE FIRST AMERICAN CORPORATION, *et al.*,<br>　　　　　　　　Defendants. | |

[PROPOSED] ORDER TO FILE OVERLENGTH BRIEF - 1

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

ND: 19719.002 4839-4170-9061v1

| | |
|---|---|
| 1 | The Court having reviewed the Motion to File Overlength Brief (the "Motion") by the |
| 2 | WaMu Defendants (WaMu Asset Acceptance Corporation, WaMu Capital Corporation, |
| 3 | |
| 4 | Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland |
| 5 | Jurgens and Richard Careaga), and the Court finding good cause to file an overlength brief, |
| 6 | the Court hereby GRANTS the Motion. The WaMu Defendants may file a motion to dismiss |
| 7 | of up to 48 pages. |
| 8 | DATED this 16th day of December, 2009. |

 The Court having reviewed the Motion to File Overlength Brief (the "Motion") by the WaMu Defendants (WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga), and the Court finding good cause to file an overlength brief, the Court hereby GRANTS the Motion. The WaMu Defendants may file a motion to dismiss of up to 48 pages.

 DATED this 16th day of December, 2009.

 _____
 The Honorable Marsha J. Pechman

Presented by:

| BINGHAM McCUTCHEN LLP | HILLIS CLARK MARTIN & PETERSON, P.S. |
|---|---|
| | By  s/ Brian C. Free |
| David M. Balabanian (*Pro Hac Vice*) | Louis D. Peterson, WSBA #5776 |
| John D. Pernick (*Pro Hac Vice*) | Brian C. Free, WSBA #35788 |
| Frank Busch (*Pro Hac Vice*) | 1221 Second Avenue, Suite 500 |
| Three Embarcadero Center | Seattle WA 98101-2925 |
| San Francisco, CA 94111-4067 | Telephone: (206) 623-1745 |
| Tel: (415) 393-2544 | Facsimile: (206) 623-7789 |
| Fax: (415) 262-9203 | Email: ldp@hcmp.com; bcf@hcmp.com |
| Email: david.balabanian@bingham.com | |
| john.pernick@bingham.com | *Counsel for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga* |
| frank.busch@bingham.com | |
| - and - | |
| Susan L. Hoffman (*Pro Hac Vice*) | |
| 355 South Grand Avenue, Suite 4400 | |
| Los Angeles, CA 90071-3106 | |
| Tel: (213) 680-6454 | |
| Fax: (213) 680- 6499 | |
| Email: susan.hoffman@bingham.com | |

[PROPOSED] ORDER TO FILE OVERLENGTH BRIEF - 2

ND: 19719.002 4839-4170-9061v1

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ramzi Abadou - rabadou@btkmc.com,knguyen@btkmc.com

Michael H. Barr - mbarr@sonnenschein.com

Walter Eugene Barton
gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Andrew B Brettler - abrettler@stblaw.com

Frank Busch - frank.busch@bingham.com,frank.downing@bingham.com

Steven P Caplow - stevencaplow@dwt.com,belenjohnson@dwt.com

Kevin P Chavous - kchavous@sonnenschein.com

Hal D Cunningham - hcunningham@scott-scott.com

Kerry F Cunningham - kerry.cunningham@dlapiper.com

Leslie D Davis - ldavis@sonnenschein.com

Corey E Delaney
corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,
lorna.bernard@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joseph A. Fonti
jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Jonathan Gardner - jgardner@labaton.com

Joseph P Guglielmo - jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans - richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff - dhoff@tousley.com,efile@tousley.com

[PROPOSED] ORDER TO FILE OVERLENGTH BRIEF - 3

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

ND: 19719.002 4839-4170-9061v1

| # | |
|---|---|
| 1 | Christopher M Huck - Christopher.huck@dlapiper.com,karen.hansen@dlapiper.com |
| 2 | Julie Hwang - jhwang@labaton.com,ElectronicCaseFiling@labaton.com |
| 3 | Stellman Keehnel - stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com |
| 4 | Joel P Laitman - jlaitman@cohenmilstein.com |
| 5 | Bruce Earl Larson - blarson@karrtuttle.com,psteinfeld@karrtuttle.com |
| 6 | Mike Liles , Jr - mliles@karrtuttle.com |
| 7 | Christopher E Lometti - clometti@cohenmilstein.com |
| 8 | Bradley T. Meissner - bradley.meissner@dlapiper.com |
| 9 | Timothy Michael Moran moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 10 | Barry Robert Ostrager - bostrager@stblaw.com,managingclerk@stblaw.com |
| 11 | Nancy A Pacharzina - npacharzina@tousley.com,kzajac@tousley.com |
| 12 | Erik D Peterson - epeterson@btkmc.com,knguyen@btkmc.com |
| 13 | Kenneth J Pfaehler - kpfaehler@sonnenschein.com,nreeber@sonnenschein.com |
| 14 | Robert J Pfister - rpfister@stblaw.com |
| 15 | Daniel B Rehns - drehns@cohenmilstein.com |
| 16 | Kenneth M. Rehns - krehns@cohenmilstein.com |
| 17 | Serena Richardson - srichardson@labaton.com,ElectronicCaseFiling@labaton.com |
| 18 | Rogelio Omar Riojas - omar.riojas@dlapiper.com,nina.marie@dlapiper.com |
| 19 | Stephen M. Rummage - steverummage@dwt.com,jeannecadley@dwt.com |
| 20 | Hollis Lee Salzman - hsalzman@labaton.com,ElectronicCaseFiling@labaton.com |
| 21 | Paul Scarlato - pscarlato@labaton.com,ElectronicCaseFiling@labaton.com |
| 22 | Arthur L Shingler ashingler@scott-scott.com,cmcgowan@scott-scott.com,efile@scott-scott.com |

[PROPOSED] ORDER TO FILE OVERLENGTH BRIEF - 4

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

ND: 19719.002 4839-4170-9061v1

Kim D Stephens - kstephens@tousley.com,bkinsey@tousley.com

Steven J. Toll - stoll@cohenmilstein.com

Robert D Stewart - stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Mary Kay Vyskocil - mvyskocil@stblaw.com

Dennis H Walters
dwalters@karrtuttle.com,wbarker@karrtuttle.com

DATED this 16th day of December, 2009 at Seattle, Washington.

        HILLIS CLARK MARTIN & PETERSON, P.S.

       By  s/ Brian C. Free
         Louis D. Peterson, WSBA #5776
         Brian C. Free, WSBA #35788
         1221 Second Avenue, Suite 500
         Seattle WA 98101-2925
         Telephone: (206) 623-1745
         Facsimile: (206) 623-7789
         Email: ldp@hcmp.com; bcf@hcmp.com

[PROPOSED] ORDER TO FILE OVERLENGTH BRIEF - 5

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

ND: 19719.002 4839-4170-9061v1