The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES AR1, et al,<br><br>Defendants. | No. C09-0037 (MJP)<br><br>**NOTICE OF APPEARANCE** |
| NEW ORLEANS EMPLOYEE'S RETIREMENT SYSTEM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, et al,<br><br>Defendants. | |
| NEW ORLEANS EMPLOYEE'S RETIREMENT SYSTEM, et al.,<br><br>Plaintiffs,<br><br>v. | |

NOTICE OF APPEARANCE - (No. C09-0037 (MJP) ) - 1

4852-5813-1973.01
122209/1427/99999.99999

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

| | |
|---|---|
| THE FIRSTAMERICAN CORPORATION, et al, | |
| Defendants. | |
| DORAL BANK PUERTO RICO, on Behalf of Itself and All Others Similarly Situated, | |
| Plaintiffs, | |
| v. | |
| WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, et al, | |
| Defendants. | |

TO: CLERK OF THE COURT

AND TO: ALL PARTIES OF INTEREST

PLEASE TAKE NOTICE that RIDDELL WILLIAMS P.S., reserving all defenses, including but not limited to defects in jurisdiction and/or service, hereby enters its appearance of record for Defendant The McGraw-Hill Companies, Inc. in the above-entitled cause, by its undersigned attorneys, and requests that all further pleadings and papers therein, exclusive of original process, be served upon said attorneys at their address below designated.

DATED this 22nd day of December, 2009.

RIDDELL WILLIAMS P.S.

By _____
Paul J. Kundtz, WSBA #13548
John D. Lowery, WSBA #6633
Gavin W. Skok, WSBA #29766
Attorneys for Defendant
The McGraw-Hill Companies, Inc.

NOTICE OF APPEARANCE - (No. C09-0037 (MJP) ) - 2

4852-5813-1973.01
122209/1427/99999.99999