The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated, *et al.*,

Plaintiff,

v.

WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*,

Defendants.

Case No. C09-0037 MJP

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the Court, the Honorable Marsha J. Pechman, United States District Judge.

On December 18, 2009, the Court issued an order granting the WaMu Defendants' motion to file a single motion to dismiss. (See Dkt. Nos. 117, 118 at 5.) The Court's order should have specified that, while the WaMu Defendants may file an omnibus motion to dismiss, all other Defendants are free to file motions that comply with the local rules.

DATED this 22nd day of December, 2009.

BRUCE RIFKIN, Clerk
By /s/ Mary Duett
Deputy Clerk

ORDER - 1