THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>                        Plaintiff,<br>v.<br>WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES AR1, et al.,<br><br>                        Defendants. | Case No. C09-0037 (MJP)<br><br>**NOTICE OF APPEARANCE** |
| NEW ORLEANS EMPLOYEE'S RETIREMENT SYSTEM, et al.,<br><br>                        Plaintiffs,<br>v.<br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, et al.,<br><br>                        Defendants. | |

NOTICE OF APPEARANCE - 1
Case No. C09-0037 (MJP)

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | NEW ORLEANS EMPLOYEE'S RETIREMENT SYSTEM, et al., |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | THE FIRST AMERICAN CORPORATION, et al., |
| 6 | Defendants. |
| 7 | DORAL BANK PUERTO RICO, on Behalf of Itself and All Others Similarly Situated, |
| 8 | |
| 9 | Plaintiff, |
| 10 | v. |
| 11 | WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, et al., |
| 12 | Defendants. |

TO: Plaintiffs; and

TO: All Counsel of Record for Plaintiffs and Defendants.

YOU, AND EACH OF YOU, will please take notice that Defendant Moody's Investors Service, Inc. ("Moody's") hereby appears in the above-entitled action by the undersigned attorneys, without waiving any of its affirmative defenses as to sufficiency of process, sufficiency of service of process, jurisdiction, venue, right to arbitration, or any other affirmative defense in this matter, and hereby requests that service of all further papers and pleadings in this matter, except writs of original process, be made upon the undersigned attorneys for Moody's, at their offices listed below:

/////

/////

/////

/////

NOTICE OF APPEARANCE - 2
Case No. C09-0037 (MJP)

999999.0070/1788110.2

| | |
|---|---|
| 1 | Larry S. Gangnes, Esq. |
| | Lane Powell PC |
| 2 | 1420 Fifth Avenue, Suite 4100 |
| | Seattle, WA 98101 |
| 3 | Phone: (206) 223-7000 |
| | Facsimile: (206) 223-7107 |
| 4 | Email: gangnesl@lanepowell.com |
| 5 | |
| 6 | |
| | DATED: December 28, 2009. |
| 7 | |
| | LANE POWELL PC |
| 8 | |
| 9 | |
| | By /s/ Larry S. Gangnes |
| 10 | Larry S. Gangnes, WSBA No. 08118 |
| | Attorneys for Moody's Investors Service, Inc. |

NOTICE OF APPEARANCE - 3
Case No. C09-0037 (MJP)

999999.0070/1788110.2

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under |
| 4 | the laws of the State of Washington, that on the 28th day of December, 2009, the document |
| 5 | attached hereto was presented to the Clerk of the Court for filing and uploading to the |
| 6 | CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, |
| 7 | the Clerk of the Court will send e-mail notification of such filing to the following persons: |

| Name | Email |
|---|---|
| David M. Balabanian | david.balabanian@bingham.com |
| Michael H. Barr | mbarr@sonnenschein.com |
| Walter E. Barton | gbarton@karrtuttle.com |
| Andrew B. Brettler | abrettler@stblaw.com |
| Frank Busch | frank.busch@bingham.com |
| Steven P. Caplow | stevencaplow@dwt.com |
| Kevin P. Chavous | kchavous@sonnenschein.com |
| Hal D. Cunningtham | hcunningham@scott-scott.com |
| Kerry F. Cunningham | kerry.cunningham@dlapiper.com |
| Leslie D. Davis | ldavis@sonnenschein.com |
| Corey E. Delaney | corey.delaney@dlapiper.com |
| Brian C. Free | bcf@hcmp.com |
| Joseph P. Guglielmo | jguglielmo@scott-scott.com |
| Richard F. Hans | Richard.hans@dlapiper.com |
| David D. Hoff | dhoff@tousley.com |
| Christopher M. Huck | Christopher.huck@dlapiper.com |
| Reed R. Kathrein | reed@hbsslaw.com |
| Stellman Keehnel | stellman.keehnel@dlapiper.com |
| Joel P. Laitman | jlaitman@cohenmilstein.com |
| Bruce E. Larson | blarson@karrtuttle.com |
| Mike Liles, Jr. | mliles@karrtuttle.com |
| Christopher E. Lometti | clometti@cohenmilstein.com |
| Bradley T. Meissner | Bradley.meissner@dlapiper.com |
| Barry R. Ostrager | bostrager@stblaw.com |
| Nancy A. Pacharzina | npacharzina@tousley.com |
| John D. Pernick | john.pernick@bingham.com |
| Louis D. Peterson | ldp@hcmp.com |
| Kenneth J. Pfaehler | kpfaehler@sonnenschein.com |
| Robert J. Pfister | rpfister@stblaw.com |
| Daniel B. Rehns | drehns@cohenmilstein.com |
| Kenneth M. Rehns | krehns@cohenmilstein.com |
| Rogelio O, Riojas | omar.riojas@dlapiper.com |
| Stephen M. Rummage | steverummage@dwt.com |
| Frank R. Schirripa | frank@spornlaw.com |
| Arthur L. Shingler | ashingler@scott-scott.com |
| Kim D. Stephens | kstephens@tousley.com |
| Steven J. Toll | stoll@cohenmilstein.com |

NOTICE OF APPEARANCE - 4
Case No. C09-0037 (MJP)

999999.0070/1788110.2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

Mary Kay Vyskocil     mvyskocil@stblaw.com
Dennis H. Walters     dwalters@karrtuttle.com

Executed on the 28th day of December, 2009, at Seattle, Washington.

                     /s/ Keva Jahnke
                            Keva Jahnke

NOTICE OF APPEARANCE - 5
Case No. C09-0037 (MJP)

999999.0070/1788110.2