UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*,<br><br>Defendants. | No. 2:09-cv-00037 (MJP)<br><br><br><br>**NOTICE OF FIRM ADDRESS CHANGE** |

PLEASE TAKE NOTICE that the law firm of Scott+Scott LLP has relocated its New York offices. The new address, telephone number and facsimile number are as follows:

SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
Tel: 212-223-6444
Fax: 212-223-6334

DATED: December 28, 2009          SCOTT+SCOTT LLP


                                  s/ Joseph P. Guglielmo
                                  JOSEPH P. GUGLIELMO (*pro hac vice*)
                                  500 Fifth Avenue, 40th Floor
                                  New York, NY 10110
                                  P: 212/223-6444
                                  F: 212/223-6334
                                  jguglielmo@scott-scott.com

                                  *Attorney for Plaintiff Boilermakers National Annuity Trust Fund*

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009, the foregoing Notice of Firm Address Change was filed electronically with the Court's Case Management/Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent to all parties by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system.

s/ Joseph P. Guglielmo
JOSEPH P. GUGLIELMO (*pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, NY 10110
P: 212/223-6444
F: 212/223-6334
jguglielmo@scott-scott.com

*Attorney for Plaintiff Boilermakers National Annuity Trust Fund*
