Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al*.,<br><br>Defendants. | Case No. C09-0037 MJP<br><br>**NOTICE OF DISMISSAL OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et* al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, *et al.,*<br><br>Defendants. | |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et* al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE FIRST AMERICAN CORPORATION, *et al.*,<br><br>Defendants. | |

NOTICE OF DISMISSAL
Case No.: C09-0037 (MJP)

**SCOTT+SCOTT LLP**
600 B Street, Suite 1500
San Diego, California
Telephone: (619) 233-4565

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs hereby dismiss the Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank ("FDIC") as a defendant in the above-captioned consolidated action (the "Action"). The FDIC has not filed an answer in the Action as of this date. Plaintiffs have not previously dismissed the FDIC in any federal or state court action based on or including the same claims raised in the Action. As provided by Federal Rule of Civil Procedure 41(a)(1)(B), this dismissal is without prejudice. No claims against the other defendants are dismissed.

Dated: December 31, 2009

Respectfully submitted,
**SCOTT+SCOTT LLP**

By: /s/ Hal D. Cunningham
     Hal D. Cunningham

Arthur L. Shingler III (*admitted pro hac vice*)
Hal D. Cunningham (*admitted pro hac vice*)
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
*ashingler@scott-scott.com*
*hcunningham@scott-scott.com*

Joseph P. Guglielmo (*admitted pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
*jguglielmo@scott-scott.com*

*Counsel for Lead Plaintiff and the Class*

NOTICE OF DISMISSAL
Case No.: C09-0037 (MJP)
- 1 -

**SCOTT+SCOTT LLP**
600 B Street, Suite 1500
San Diego, California
Telephone: (619) 233-4565

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC**<br>Kim D. Stephens<br>1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101<br>Telephone: (206) 682-5600<br>Facsimile: (206) 682-2992<br>kstephens@tousley.com<br><br>*Liaison Counsel for the Class* | **COHEN MILSTEIN SELLERS & TOLL PLLC**<br>Joel P. Laitman *(admitted pro hac vice)*<br>Christopher Lometti *(admitted pro hac vice)*<br>Daniel B. Rehns *(admitted pro hac vice)*<br>Kenneth M. Rehns *(admitted pro hac vice)*<br>150 East 52nd Street, Thirtieth Floor<br>New York, New York 10022<br>Telephone: (212) 838-7797<br>Facsimile: (212) 838-7745<br>jlaitman@cohenmilstein.com<br>clometti@cohenmilstain.com<br>drehns@cohenmilstein.com<br>krehns@cohenmilstein.com<br><br>Steven J. Toll<br>1100 New York Avenue, NW, Suite 500 West<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>stoll@cohenmilstein.com<br><br>*Additional Plaintiffs' Counsel* |

NOTICE OF DISMISSAL
Case No.: C09-0037 (MJP)

- 2 -

**SCOTT+SCOTT LLP**
600 B Street, Suite 1500
San Diego, California
Telephone: (619) 233-4565

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ramzi Abadou - rabadou@btkmc.com,knguyen@btkmc.com

Naumon A. Amjed - namjed@btkmc.com,rcordisco@btkmc.com

Michael H. Barr - mbarr@sonnenschein.com

Walter Eugene Barton
gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman
steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

Frank Busch - frank.busch@bingham.com,frank.downing@bingham.com

Steven P. Caplow - stevencaplow@dwt.com,belenjohnson@dwt.com

Kevin P. Chavous - kchavous@sonnenschein.com

Hal D. Cunningham - hcunningham@scott-scott.com

Kerry F. Cunningham - kerry.cunningham@dlapiper.com

Leslie D. Davis - ldavis@sonnenschein.com

Corey E. Delaney
corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,
lorna.bernard@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joseph A. Fonti
jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Jonathan Gardner - jgardner@labaton.com

Joseph P. Guglielmo
jguglielmo@scott-scott.com,efile@scott-scott.com

NOTICE OF DISMISSAL
Case No.: C09-0037 (MJP)  - 3 -

SCOTT+SCOTT LLP
600 B Street, Suite 1500
San Diego, California
Telephone: (619) 233-4565

Richard F. Hans
richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff - dhoff@tousley.com,efile@tousley.com

Christopher M. Huck
Christopher.huck@dlapiper.com,karen.hansen@dlapiper.com

Julie Hwang
jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Reed R. Kathrein  - reed@hbsslaw.com,sf_filings@hbsslaw.com

Stellman Keehnel
stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

John A. Kehoe
rabadou@btkmc.com,rcordisco@btkmc.com,bsharma@btkmc.com, jkehoe@btkmc.com

Joel P. Laitman - jlaitman@cohenmilstein.com

Bruce Earl Larson - blarson@karrtuttle.com,psteinfeld@karrtuttle.com

Mike Liles, Jr. - mliles@karrtuttle.com

Christopher E. Lometti - clometti@cohenmilstein.com

Bradley T. Meissner  - bradley.meissner@dlapiper.com

Timothy Michael Moran
moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Sharan Nirmul - snirmul@btkmc.com,rcordisco@btkmc.com

Lauren Wagner Pederson   lpederson@btkmc.com,rcordisco@btkmc.com

Erik D. Peterson
epeterson@btkmc.com,knguyen@btkmc.com

Kenneth J. Pfaehler
kpfaehler@sonnenschein.com,nreeber@sonnenschein.com

Daniel B. Rehns - drehns@cohenmilstein.com

Serena Richardson
srichardson@labaton.com,ElectronicCaseFiling@labaton.com

Rogelio Omar Riojas
omar.riojas@dlapiper.com,nina.marie@dlapiper.com

NOTICE OF DISMISSAL
Case No.: C09-0037 (MJP)                                  - 4 -

SCOTT+SCOTT LLP
600 B Street, Suite 1500
San Diego, California
Telephone: (619) 233-4565

Stephen M. Rummage
steverummage@dwt.com,jeannecadley@dwt.com

Hollis Lee Salzman
hsalzman@labaton.com,ElectronicCaseFiling@labaton.com

Paul Scarlato
pscarlato@labaton.com,ElectronicCaseFiling@labaton.com

Frank R. Schirripa - frank@spornlaw.com

Bharati O. Sharma
bsharma@btkmc.com,rcordisco@btkmc.com

Arthur L. Shingler
ashingler@scott-scott.com,cmcgowan@scott-scott.com,efile@scott-scott.com

Kim D. Stephens - kstephens@tousley.com,bkinsey@tousley.com

Robert D. Stewart
stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Dennis H. Walters
dwalters@karrtuttle.com,wbarker@karrtuttle.com

DATED this 31st day of December, 2009 at San Diego, California.

By: /s/ Hal D.Cunningham
Hal D. Cunningham (*Pro Hac Vice*)
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
*hcunningham@scott-scott.com*

NOTICE OF DISMISSAL
Case No.: C09-0037 (MJP)   - 5 -

**SCOTT+SCOTT LLP**
600 B Street, Suite 1500
San Diego, California
Telephone: (619) 233-4565