1

2

3

4

5

6

7  UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8  AT SEATTLE

9  BOILERMAKERS NATIONAL ANNUITY )
TRUST FUND, on Behalf of Itself and All )

10  Others Similarly Situated, )  Case No. C09-0037 (MJP)
)

11  Plaintiff, )  **APPLICATION FOR LEAVE TO**
)  **APPEAR PRO HAC VICE OF**

12  v. )  **JAMES J. COSTER**
)

13  WAMU MORTGAGE PASS-THROUGH )
CERTIFICATES, SERIES AR1, et al., )

14  )
Defendants. )

15  )
NEW ORLEANS EMPLOYEE'S )

16  RETIREMENT SYSTEM, et al., )
)

17  Plaintiffs, )
)

18  v. )
)

19  FEDERAL DEPOSIT INSURANCE )
CORPORATION AS RECEIVER FOR )

20  WASHINGTON MUTUAL BANK, et al., )
)

21  Defendants. )
)

22

23

24

25

26

APPLICATION FOR LEAVE TO APPEAR PRO HAC
VICE OF JAMES J. COSTER - 1
Case No. C09-0037 (MJP)

124643.0001/1795422.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | NEW ORLEANS EMPLOYEE'S ) |
| | RETIREMENT SYSTEM, et al., ) |
| 2 | ) |
| | Plaintiffs, ) |
| 3 | ) |
| | v. ) |
| 4 | ) |
| | THE FIRST AMERICAN CORPORATION, ) |
| 5 | et al., ) |
| | ) |
| 6 | Defendants. ) |
| | ) |
| 7 | DORAL BANK PUERTO RICO, on Behalf ) |
| | of Itself and All Others Similarly Situated, ) |
| 8 | ) |
| | Plaintiff, ) |
| 9 | ) |
| | v. ) |
| 10 | ) |
| | WASHINGTON MUTUAL ASSET ) |
| 11 | ACCEPTANCE CORPORATION, et al., ) |
| | ) |
| 12 | Defendants. ) |
| 13 | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, James J. Coster hereby applies for permission to participate as counsel in the above-entitled action on behalf of Defendant Moody's Investors Service, Inc.

The particular need for my appearance and participation is: I, along with Lane Powell PC , have been retained to represent Moody's Investors Services, Inc. in this matter.

I, James J. Coster, understand that I am charged with knowing and complying with all applicable local rules; I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| January 8, 2010 | s/ James J. Coster |
| Date | Signature of Applicant |

APPLICATION FOR LEAVE TO APPEAR PRO HAC
VICE OF JAMES J. COSTER - 2
Case No. C09-0037 (MJP)

124643.0001/1795422.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX· 206.223.7107

| | |
|---|---|
| Applicant's Name: | James J. Coster |
| Applicant's Law Firm: | Satterlee Stephens Burke & Burke LLP |
| Street Address: | 230 Park Avenue, Suite 1130 |
| City/State/Zip: | New York, NY 10169 |
| Phone Number: | (212) 818-9200 |

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared to handle this matter, including trial, in the event the applicant, James J. Coster, is unable to be present upon any date assigned by the court.

DATED: January 8, 2010.

_____/s Larry S. Gangnes_____
Signature of Local Counsel

| | |
|---|---|
| Local Counsel Name | Larry S. Gangnes,  WSBA No. 08118 |
| Local Counsel's Law Firm | Lane Powell PC |
| Street Address | 1420 Fifth Avenue, Suite 4100 |
| City/State/Zip | Seattle, Washington 98101-2338 |
| Phone Number: | (206) 223-7036 |

APPLICATION FOR LEAVE TO APPEAR PRO HAC
VICE OF JAMES J. COSTER - 3
Case No. C09-0037 (MJP)
124643.0001/1795422.1

**CERTIFICATE OF SERVICE**

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 8th day of January, 2010, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

| Name | Email |
|---|---|
| David M. Balabanian | david.balabanian@bingham.com |
| Michael H. Barr | mbarr@sonnenschein.com |
| Walter E. Barton | gbarton@karrtuttle.com |
| Andrew B. Brettler | abrettler@stblaw.com |
| Frank Busch | frank.busch@bingham.com |
| Steven P. Caplow | stevencaplow@dwt.com |
| Kevin P. Chavous | kchavous@sonnenschein.com |
| Hal D. Cunningham | hcunningham@scott-scott.com |
| Kerry F. Cunningham | kerry.cunningham@dlapiper.com |
| Leslie D. Davis | ldavis@sonnenschein.com |
| Corey E. Delaney | corey.delaney@dlapiper.com |
| Brian C. Free | bcf@hcmp.com |
| Joseph P. Guglielmo | jguglielmo@scott-scott.com |
| Richard F. Hans | Richard.hans@dlapiper.com |
| David D. Hoff | dhoff@tousley.com |
| Christopher M. Huck | Christopher.huck@dlapiper.com |
| Reed R. Kathrein | reed@hbsslaw.com |
| Stellman Keehnel | stellman.keehnel@dlapiper.com |
| Joel P. Laitman | jlaitman@cohenmilstein.com |
| Bruce E. Larson | blarson@karrtuttle.com |
| Mike Liles, Jr. | mliles@karrtuttle.com |
| Christopher E. Lometti | clometti@cohenmilstein.com |
| Bradley T. Meissner | Bradley.meissner@dlapiper.com |
| Barry R. Ostrager | bostrager@stblaw.com |
| Nancy A. Pacharzina | npacharzina@tousley.com |
| John D. Pernick | john.pernick@bingham.com |
| Louis D. Peterson | ldp@hcmp.com |
| Kenneth J. Pfaehler | kpfaehler@sonnenschein.com |
| Robert J. Pfister | rpfister@stblaw.com |
| Daniel B. Rehns | drehns@cohenmilstein.com |
| Kenneth M. Rehns | krehns@cohenmilstein.com |
| Rogelio O, Riojas | omar.riojas@dlapiper.com |
| Stephen M. Rummage | steverummage@dwt.com |
| Frank R. Schirripa | frank@spornlaw.com |
| Arthur L. Shingler | ashingler@scott-scott.com |
| Kim D. Stephens | kstephens@tousley.com |
| Steven J. Toll | stoll@cohenmilstein.com |

APPLICATION FOR LEAVE TO APPEAR PRO HAC
VICE OF JAMES J. COSTER - 4
Case No. C09-0037 (MJP)

124643.0001/1795422.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | Mary Kay Vyskocil       mvyskocil@stblaw.com |
| 2 | Dennis H. Walters       dwalters@karrtuttle.com |
| 3 | |

Executed on the 8th day of January, 2010, at Seattle, Washington.

_Lynn A. Sebring_
Lynn A. Sebring

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107