HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*,<br><br>Defendants. | Case No. C09-0037MJP<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEYS JOSEPH A. FONTI, SERENA RICHARDSON, JULIE HWANG AND HOLLIS L. SALZMAN** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,<br><br>Defendants. | Case No. C09-0134MJP |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE FIRST AMERICAN CORPORATION, *et al.*,<br><br>Defendants. | Case No. C09-0137MJP |
NOTICE OF WITHDRAWAL OF ATTORNEYS
JOSEPH A. FONTI, SERENA RICHARDSON, JULIE
HWANG AND HOLLIS L. SALZMAN - 1
(C09-0037MJP)

KIPLING LAW GROUP PLLC
3601 FREMONT AVE N, SUITE 414
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

**TO: CLERK OF COURT AND ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that attorneys Joseph A. Fonti, Serena Richardson, Julie Hwang and Hollis L. Salzman are withdrawing as attorneys of record in this case.

PLEASE TAKE FURTHER NOTICE that Jonathan Gardner and Paul Scarlato of Labaton Sucharow LLP remain the attorneys of record for Plaintiffs New Orleans Employees' Retirement System and Marta/ATU Local 732 Employees Retirement Plan, and all future notices, pleadings or papers should continue to be served upon them at the address listed below.

DATED this 13th day of January, 2010.

s/ Robert D. Stewart
Robert D. Stewart, WSBA #8998
Timothy M. Moran, WSBA #24925
KIPLING LAW GROUP PLLC
3601 Fremont Avenue N., Suite 414
Seattle, WA 98103
206.545.0345
206.545.0350 (fax)

Jonathan Gardner (admitted *pro hac vice*)
Paul J. Scarlato (admitted *pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
212-907-0700
212-818-0477 (fax)

Ramzi Abadou (admitted *pro hac vice*)
Erik D. Peterson (admitted *pro hac vice*)
BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
580 California Street, Suite 1750
San Francisco, CA 94104
415-400-3006
415-400-3001 (fax)

*Counsel for Plaintiffs New Orleans Employees' Retirement System and MARTA/ATU Local 732 Employees Retirement Plan*

NOTICE OF WITHDRAWAL OF ATTORNEYS
JOSEPH A. FONTI, SERENA RICHARDSON, JULIE
HWANG AND HOLLIS L. SALZMAN - 2
(C09-0037MJP)

KIPLING LAW GROUP PLLC
3601 FREMONT AVE N, SUITE 414
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Ramzi Abadou**
  rabadou@btkmc.com
- **Floyd Abrams**
  fabrams@cahill.com
- **David M. Balabanian**
  david.balabanian@bingham.com
- **Michael H. Barr**
  mbarr@sonnenschein.com
- **Walter E. Barton**
  gbarton@karrtuttle.com
- **Steve W. Berman**
  steve@hbsslaw.com
- **Andrew B. Brettler**
  abrettler@stblaw.com
- **Frank Busch**
  frank.busch@bingham.com
- **Steven P. Caplow**
  stevencaplow@dwt.com
- **Kevin P. Chavous**
  kchavous@sonnenschein.com
- **James J. Coster**
  jcoster@ssbb.com
- **Hal D. Cunningham**
  hcunningham@scott-scott.com
- **Kerry F. Cunningham**
  kerry.cunningham@dlapiper.com
- **Leslie D. Davis**
  ldavis@sonnenschein.com
- **Corey E. Delaney**
  corey.delaney@dlapiper.com
- **Joseph A. Fonti**
  jfonti@labaton.com
- **Brian C. Free**
  bcf@hcmp.com
- **Larry S. Gangnes**
  gangnesl@lanepowell.com
- **Jonathan Gardner**
  jgardner@labaton.com

- **Mike Liles , Jr.**
  mliles@karrtuttle.com
- **Christopher E. Lometti**
  clometti@cohenmilstein.com
- **John D. Lowery**
  jlowery@riddellwilliams.com
- **Bradley T. Meissner**
  bradley.meissner@dlapiper.com
- **Barry** R. Ostrager
  bostrager@stblaw.com
- **Nancy A. Pacharzina**
  npacharzina@tousley.com
- **John D. Pernick**
  john.pernick@bingham.com
- **Erik D. Peterson**
  epeterson@btkmc.com
- **Louis D. Peterson**
  ldp@hcmp.com
- **Kenneth J. Pfaehler**
  kpfaehler@sonnenschein.com
- **Robert J. Pfister**
  rpfister@stblaw.com
- **Daniel B. Rehns**
  drehns@cohenmilstein.com
- **Kenneth M. Rehns**
  krehns@cohenmilstein.com
- **Serena Richardson**
  srichardson@labaton.com
- **Rogelio Omar Riojas**
  omar.riojas@dlapiper.com
- **Tammy Roy**
  troy@cahill.com
- **Joshua M. Rubins**
  jrubins@ssbb.com
- **Stephen M. Rummage**
  steverummage@dwt.com
- **Hollis L. Salzman**
  hsalzman@labaton.com

NOTICE OF WITHDRAWAL OF ATTORNEYS
JOSEPH A. FONTI, SERENA RICHARDSON, JULIE
HWANG AND HOLLIS L. SALZMAN - 3
(C09-0037MJP)

KIPLING LAW GROUP PLLC
3601 FREMONT AVE N, SUITE 414
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

| | |
|---|---|
| • **Joseph P. Guglielmo**<br>jguglielmo@scott-scott.com | • **Paul Scarlato**<br>pscarlato@labaton.com |
| • **Richard F. Hans**<br>richard.hans@dlapiper.com | • **Arthur L. Shingler**<br>ashingler@scott-scott.com |
| • **David D. Hoff**<br>dhoff@tousley.com | • **Gavin W. Skok**<br>gskok@riddellwilliams.com |
| • **Christopher M. Huck**<br>Christopher.huck@dlapiper.com | • **Kim D. Stephens**<br>kstephens@tousley.com |
| • **Julie Hwang**<br>JHwang@labaton.com | • **Steven J. Toll**<br>stoll@cohenmilstein.com |
| • **Stellman Keehnel**<br>stellman.keehnel@dlapiper.com | • **Mary Kay Vyskocil**<br>mvyskocil@stblaw.com |
| • **Paul J. Kundtz**<br>pkundtz@riddellwilliams.com | • **Dennis H. Walters**<br>dwalters@karrtuttle.com |
| • **Joel P. Laitman**<br>jlaitman@cohenmilstein.com | • **Adam Zurofsky**<br>azurofsky@cahill.com |
| • **Bruce E. Larson**<br>blarson@karrtuttle.com | |

DATED this 13th day of January, 2010.

s/ Robert D. Stewart
Robert D. Stewart, WSBA #8998
Timothy M. Moran, WSBA #24925
KIPLING LAW GROUP PLLC
3601 Fremont Avenue N., Suite 414
Seattle, WA 98103
206.545.0345
206.545.0350 (fax)
E-mail: stewart@kiplinglawgroup.com
E-mail: moran@kiplinglawgroup.com

*Counsel for Plaintiffs New Orleans Employees' Retirement System and MARTA/ATU Local 732 Employees Retirement Plan*

NOTICE OF WITHDRAWAL OF ATTORNEYS
JOSEPH A. FONTI, SERENA RICHARDSON, JULIE
HWANG AND HOLLIS L. SALZMAN - 4
(C09-0037MJP)

KIPLING LAW GROUP PLLC
3601 FREMONT AVE N, SUITE 414
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350