1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated, | Case No. C09-0037MJP |
| | **MOTION FOR OVER-LENGTH JOINT MOTION** |
| Plaintiff, | |
| v. | NOTE ON MOTION CALENDAR: January 21, 2010 |
| WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*, | |
| Defendants. | |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.*, | Case No. C09-0134MJP |
| Plaintiffs, | |
| v. | |
| WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*, | |
| Defendants. | |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.*, | Case No. C09-0137MJP |
| Plaintiffs, | |
| v. | |
| THE FIRST AMERICAN CORPORATION, *et al.*, | |
| Defendants. | |

**MOTION FOR OVER-LENGTH BRIEF** - (No. C09-0037MJP) - 1

4834-8276-7109.03
012110/1522/45991.00015

1      Pursuant to CR 7(f), McGraw-Hill Companies, Inc. and Moody's Investors

2 Service, Inc. (collectively the "Rating Agencies") move for the Court's approval to

3 file an over-length joint motion to dismiss plaintiffs' claims against them not to

4 exceed 48 pages, rather than two individual 24-page motions to dismiss.

5 Approval of this Motion will not result in any additional number of pages of briefing

6 submitted by the Rating Agencies. Instead, it will result in a joint motion that will

7 avoid the redundancy and cross-references that would occur if the Ratings

8 Agencies filed separate motions to dismiss. Plaintiffs' counsel have stated that

9 they will not oppose this Motion.

10 I.     BACKGROUND

11      Plaintiffs have filed an 87-page, 261-paragraph Amended Consolidated

12 Class Action Complaint ("Amended Complaint") alleging violations of the

13 Securities Act of 1933 and the Washington State Securities Act by WaMu Asset

14 Acceptance Corporation and certain of its officers and directors, WaMu Capital

15 Corporation, First American Corporation, and the two Ratings Agencies. Plaintiffs

16 seek to represent a class of purchasers of thirty-six different mortgage-backed

17 securities offerings issued in 2006 and 2007 that total $31.69 billion. On

18 December 18, 2009, the Court issued an order, which, among other things,

19 required defendants to answer the Amended Complaint or file motions to dismiss

20 on or before January 29, 2010. (See Dkt No. 118 at 5.)

21      On December 22, 2009, the Court issued a minute order clarifying that all

22 defendants other than the WAMU Defendants may file separate motions to

23 dismiss that comply with the local rules. (See Dkt No. 120.) Pursuant to

24 CR 7(e)(3), each party's motion to dismiss shall not exceed 24 pages. Under

25 these rules and orders, the two Rating Agencies could file separate motions to

26 dismiss, 24 pages in length each, for a total of 48 pages.

**MOTION FOR OVER-LENGTH BRIEF** - (No. C09-0037MJP) - 2

4834-8276-7109.03
012110/1522/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

II.    ARGUMENT

The Court should grant this Motion because a 48-page consolidated joint motion to dismiss filed by the Rating Agencies will not add additional pages of briefing in comparison to two separate 24-page motions to dismiss.  Consolidating the Rating Agencies' dismissal motions will create efficiencies for the Court and the parties.

In addition, the claims alleged against the Rating Agencies differ from those alleged against the other defendants.  The Rating Agencies' legal defenses are not standard or routine.  The Rating Agencies will present grounds for dismissal that are unique and different from the motions to dismiss that have been or will be presented by other defendants in this case.

The length of the Amended Complaint, the complexity of the issues raised by the claims plaintiffs are asserting against the Ratings Agencies, and the large amount of money at stake in this case warrant a joint, consolidated motion of up to 48 pages filed by the Rating Agencies.

DATED this 21st day of January, 2010.

RIDDELL WILLIAMS P.S.

By _____
    Paul J. Kundtz, WSBA #13548
    Gavin W. Skok, WSBA #29766
    1001 Fourth Avenue, Suite 4500
    Seattle, WA 98154-1192
    Telephone: (206) 624-3600
    Facsimile: (206) 389-1708
    Email: pkundtz@riddellwilliams.com
    gskok@riddellwilliams.com

**MOTION FOR OVER-LENGTH BRIEF** - (No. C09-0037MJP) - 3

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

CAHILL GORDON & REINDEL

By _(signature)_
Adam Zurofsky (Pro Hac Vice)
Floyd Abrams (Pro Hac Vice)
Tammy Roy (Pro Hac Vice)
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
azurofsky@cahill.com;
fabrams@cahill.com; troy@cahill.com

Counsel for McGraw-Hill Companies, Inc.
(Standard & Poor Ratings Services division)

LANE POWELL PC

By _(signature)_
Larry S. Gangnes, WSBA #8118
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

SATTERLEE STEPHENS BURKE & BURKE

By _(signature)_
James J. Coster (Pro Hac Vice)
Joshua M. Rubins (Pro Hac Vice)
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606/7
jcoster@ssbb.com; jrubins@ssbb.com

Counsel for Moody's Investors Service, Inc.

**MOTION FOR OVER-LENGTH BRIEF** - (No. C09-0037MJP) - 4

4834-8276-7109.03
012110/1522/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600