The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*,<br><br>Defendants. | Case No. C09-0037MJP<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR OVER-LENGTH JOINT MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: January 21, 2010 |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*,<br><br>Defendants. | Case No. C09-0134MJP |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE FIRST AMERICAN CORPORATION, *et al.*,<br><br>Defendants. | Case No. C09-0137MJP |

**[PROPOSED] ORDER GRANTING MOTION FOR OVER-LENGTH JOIN MOTION** - (No. C09-0037MJP) - 1
4843-5741-0821.01
012110/1523/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Pursuant to CR 7(f), The McGraw-Hill Companies, Inc. and Moody's Investors Services, Inc. (collectively the "Rating Agencies") have moved for the Court's approval to file an over-length joint motion to dismiss plaintiffs' claims against them not to exceed 48 pages, rather than two separate 24-page motions to dismiss. The Court has reviewed this motion and found good cause for a combined motion to dismiss of 48 pages to be filed by the Rating Agencies.

It is hereby ORDERED that the Rating Agencies' motion is GRANTED.

DATED this _____ day of January, 2010

_____
The Honorable Marsha J. Pechman

Presented by:

RIDDELL WILLIAMS P.S.

Paul J. Kundtz, WSBA #13548
Gavin W. Skok, WSBA #29766
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
Email: pkundtz@riddellwilliams.com
gskok@riddellwilliams.com

– and –

CAHILL GORDON & REINDEL

Adam Zurofsky (Pro Hac Vice)
Floyd Abrams (Pro Hac Vice)
Tammy Roy (Pro Hac Vice)
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
azurofsky@cahill.com;
fabrams@cahill.com; troy@cahill.com

*Counsel for McGraw-Hill Companies, Inc. (Standard & Poor Ratings Services division)*

LANE POWELL PC

Larry S. Gangnes, WSBA #8118
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
gangnesl@lanepowell.com

– and –

SATTERLEE STEPHENS BURKE & BURKE

James J. Coster (Pro Hac Vice)
Joshua M. Rubins (Pro Hac Vice)
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606/7
jcoster@ssbb.com; jrubins@ssbb.com

*Counsel for Moody Investor Service, Inc.*

**[PROPOSED] ORDER GRANTING MOTION FOR OVER-LENGTH JOIN MOTION** - (No. C09-0037MJP) - 2
4843-5741-0821.01
012110/1429/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600