The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*,<br><br>Defendants. | Case No. C09-0037MJP<br><br>**ORDER GRANTING MOTION FOR OVER-LENGTH JOINT MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: January 21, 2010 |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*,<br><br>Defendants. | Case No. C09-0134MJP |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>THE FIRST AMERICAN CORPORATION, *et al.*,<br><br>Defendants. | Case No. C09-0137MJP |

**ORDER GRANTING MOTION FOR OVER-LENGTH JOINT MOTION** - (No. C09-0037MJP) - 1

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Pursuant to CR 7(f), The McGraw-Hill Companies, Inc. and Moody's Investors Services, Inc. (collectively the "Rating Agencies") have moved for the Court's approval to file an over-length joint motion to dismiss plaintiffs' claims against them not to exceed 48 pages, rather than two separate 24-page motions to dismiss. The Court has reviewed this motion and found good cause for a combined motion to dismiss of 48 pages to be filed by the Rating Agencies.

It is hereby ORDERED that the Rating Agencies' motion is GRANTED.

DATED this 25th day of January, 2010.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

| RIDDELL WILLIAMS P.S. | LANE POWELL PC |
|---|---|
| Paul J. Kundtz, WSBA #13548<br>Gavin W. Skok, WSBA #29766<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1192<br>Telephone: (206) 624-3600<br>Facsimile: (206) 389-1708<br>Email: pkundtz@riddellwilliams.com<br>     gskok@riddellwilliams.com<br>  – and –<br>CAHILL GORDON & REINDEL | Larry S. Gangnes, WSBA #8118<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101-2338<br>Telephone: (206) 223-7000<br>Facsimile: (206) 223-7107<br>gangnesl@lanepowell.com<br><br>– and – |
| Adam Zurofsky (Pro Hac Vice)<br>Floyd Abrams (Pro Hac Vice)<br>Tammy Roy (Pro Hac Vice)<br>80 Pine Street<br>New York, NY 10005<br>Telephone: (212) 701-3000<br>Facsimile: (212) 269-5420<br>azurofsky@cahill.com;<br>fabrams@cahill.com; troy@cahill.com | SATTERLEE STEPHENS BURKE & BURKE<br><br>James J. Coster (Pro Hac Vice)<br>Joshua M. Rubins (Pro Hac Vice)<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: (212) 818-9200<br>Facsimile: (212) 818-9606/7<br>jcoster@ssbb.com; jrubins@ssbb.com |
| *Counsel for McGraw-Hill Companies, Inc. (Standard & Poor Ratings Services division)* | *Counsel for Moody Investor Service, Inc.* |

**ORDER GRANTING MOTION FOR OVER-LENGTH JOINT MOTION** - (No. C09-0037MJP) - 2

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600