1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

10

11

12

13

14

15

16

17

18

BOILERMAKERS NATIONAL ANNUITY
TRUST FUND, on behalf of itself and all
others similarly situated,

                                        Plaintiff,

v.

WAMU MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2006-ARI *et al.*

                                        Defendants.

NO.  C09-0037 MJP

[Consolidated with: Case No. C09-0134MJP and Case No. C09-0137MJP]

**APPENDIX OF UNPUBLISHED AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

**NOTE ON MOTION CALENDAR: Friday, March 12, 2010**

19

20

21

22

23

24

25

26

27

28

*Appendix of Unpublished Authorities in Support of Motion to Dismiss (CV09-0037 MJP)*

HILLIS CLARK MARTIN &
PETERSON, P.S.

1221 Second Ave, Suite 500
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

A/73276514.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga (the "WaMu Defendants") respectfully submit this Appendix of Unpublished Authorities in Support of Motion to Dismiss.

For ease of the reference, a true and correct copy of each unpublished authority is attached to this Appendix.

| Tab | Description |
|---|---|
| 1. | *Al-Thani v. Wells Fargo & Co.*, No. C 08-1745 CW, 2009 U.S. Dist. LEXIS 2732 (N.D. Cal. Jan. 7, 2009) |
| 2. | *Belodoff v. Netlist, Inc.*¸ No. SA CV 07-00677 (MLGx), 2008 U.S. Dist. LEXIS 45289 (C.D. Cal. May 30, 2008) |
| 3. | *In re 2007 NovaStar Fin., Inc., Sec. Litig.*, No. 07-0139, 2008 WL 2354367 (W.D. Mo. June 4, 2008) |
| 4. | *In re Britannia Bulk Holdings Inc. Sec. Litig.*, No. 08 Civ. 9554, __ F. Supp. 2d __, 2009 WL 3353045 (S.D.N.Y. Oct. 19, 2009) |
| 5. | *In re DDi Corp. Sec. Litig.*, No. CV 03-7063, 2005 U.S. Dist. LEXIS 28216 (C.D. Cal. July 20, 2005) |
| 6. | *In re Downey Sec. Litig.*, No. CV 08-3261-JFW (RZx), 2009 WL 2767670 (C.D. Cal. Aug. 21, 2009) |
| 7. | *In re Metricom Sec. Litig.*, No. C 01-4085 PJH, 2004 U.S. Dist. LEXIS 7834 (N.D. Cal. Apr. 29, 2004) |
| 8. | *In re Valence Tech. Sec. Litig.*, No. C 95-20459 JW, 1996 U.S. Dist. LEXIS 22135 (N.D. Cal. Jan. 23, 1996) |
| 9. | *In re Wash. Mut. Inc. Sec. Litig.*, No. 2:08-MD-1919 (MJP), 2009 U.S. Dist. LEXIS 99727 (W.D. Wash. Oct. 27, 2009) |
| 10. | *Kunkle v. W. Wireless Corp.*, No. 55067-5-I, 2006 WL 1673549 (Wash. App. Ct. June 19, 2006) |

HILLIS CLARK MARTIN & PETERSON, P.S.

1221 Second Ave, Suite 500
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

A/73276514.1

11.   *Landmen Partners, Inc. v. Blackstone Group, L.P.*, No. 08-CV-3601, 2009 WL 3029002 (S.D.N.Y. Sept. 22, 2009)

12.   *Lone Star Fund V, L.P. v. Barclays Bank PLC*, No. 08-11038, __ F.3d __, 2010 WL 60897 (5th Cir. Jan. 11, 2010)

13.   *Plumbers' Union Local No. 12 Pension Fund v. Nomura Asset Acceptance Corp.*, No. 08-10446 (RGS), 2009 U.S. Dist. LEXIS 91789 (D. Mass. Sept. 30, 2009)

14.   *Rubke v. Capitol Bancorp*, No. 05-4800, 2006 U.S. Dist. LEXIS 43745 (N.D. Cal. June 16, 2006)

15.   SEC Proposed Rules, Securities Act Release No. 33- 7086, 1994 WL 469347 (Aug. 31, 1994)

16.   *Stack v. Lobo*, Civ. No. 95-20049(SW), 1995 U.S. Dist. LEXIS 19966 (N.D. Cal. Apr. 20, 1995)

17.   *Twindle v. Threshold Pharms. Inc.*, No. 07-CV-4972 (CW), 2008 U.S. Dist. LEXIS 58619 (N.D. Cal. July 11, 2008)

DATED this 28th day of January, 2010.

| BINGHAM McCUTCHEN LLP | HILLIS CLARK MARTIN & PETERSON |
|---|---|
| David M. Balabanian (*Pro Hac Vice*)<br>John D. Pernick (*Pro Hac Vice*)<br>Frank Busch (*Pro Hac Vice*)<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Tel:       (415) 393-2544<br>Fax:       (415) 262-9203<br>Email:    david.balabanian@bingham.com<br>            john.pernick@bingham.com<br>            frank.busch@bingham.com<br>- and -<br>Susan L. Hoffman (*Pro Hac Vice*)<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA  90071-3106<br>Tel:       (213) 680-6454<br>Fax:       (213) 680- 6499<br>Email:    susan.hoffman@bingham.com | By: /s/  Louis D. Peterson<br>      Brian C. Free, WSBA #35788<br>      Louis D. Peterson<br>      1221 Second Ave, Suite 500<br>      Seattle, WA 98101-2925<br>      Tel:       (206) 470-7646<br>      Email:    bcf@hcmp.com<br>                  ldp@hcmp.com<br><br>*Counsel for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga* |

*Appendix of Unpublished Authorities in Support of Motion to Dismiss (CV09-0037 MJP) - Page 2 of 2*

A/73276514.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ramzi Abadou  - rabadou@btkmc.com,knguyen@btkmc.com

Michael H. Barr - mbarr@sonnenschein.com

Walter Eugene Barton

gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Andrew B Brettler - abrettler@stblaw.com

Frank Busch - frank.busch@bingham.com,frank.downing@bingham.com

Steven P Caplow - stevencaplow@dwt.com,belenjohnson@dwt.com

Kevin P Chavous - kchavous@sonnenschein.com

James J. Coster - jcoster@ssbb.com; jregan@ssbb.com; managingclerk@ssbb.com

Hal D Cunningham - hcunningham@scott-scott.com

Kerry F Cunningham  - kerry.cunningham@dlapiper.com

Leslie D Davis - ldavis@sonnenschein.com

Corey E Delaney - corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com, lorna.bernard@dlapiper.com,richard.hans@dlapiper.com, patrick.smith@dlapiper.com

Jonathan Gardner - jgardner@labaton.com

Joseph P Guglielmo - jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans - richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff - dhoff@tousley.com,efile@tousley.com

Christopher M Huck - Christopher.huck@dlapiper.com,karen.hansen@dlapiper.com

Stellman Keehnel - stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

Paul Joseph Kundtz    pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,  mdowns@riddellwilliams.com

Joel P Laitman - jlaitman@cohenmilstein.com

Bruce Earl Larson - blarson@karrtuttle.com,psteinfeld@karrtuttle.com

Mike Liles , Jr - mliles@karrtuttle.com

*Certificate of Service  (CV09-0037 MJP) - Page 1*

HILLIS CLARK MARTIN & PETERSON, P.S.

1221 Second Ave, Suite 500
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

A/73276514.1

1    Christopher E Lometti - clometti@cohenmilstein.com

2    Bradley T. Meissner  - bradley.meissner@dlapiper.com

3    Timothy M. Moran - moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com

4    Barry Robert Ostrager - bostrager@stblaw.com,managingclerk@stblaw.com

5    Nancy A Pacharzina - npacharzina@tousley.com,kzajac@tousley.com

6    Erik D Peterson - epeterson@btkmc.com,knguyen@btkmc.com

7    Kenneth J Pfaehler - kpfaehler@sonnenschein.com,nreeber@sonnenschein.com

8    Robert J Pfister - rpfister@stblaw.com

9    Daniel B Rehns - drehns@cohenmilstein.com

10   Kenneth M. Rehns - krehns@cohenmilstein.com

     Rogelio Omar Riojas - omar.riojas@dlapiper.com,nina.marie@dlapiper.com

     Joshua M. Rubins - jrubins@ssbb.com; lregan@ssbb.com; managingclerk@ssbb.com

     Stephen M. Rummage - steverummage@dwt.com,jeannecadley@dwt.com

     Paul Scarlato - pscarlato@labaton.com,ElectronicCaseFiling@labaton.com

     Arthur L Shingler - ashingler@scott-scott.com, cmcgowan@scott-scott.com,
        efile@scott-scott.com

     Kim D Stephens - kstephens@tousley.com,bkinsey@tousley.com

     Steven J. Toll - stoll@cohenmilstein.com

     Robert D Stewart - stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com

     Mary Kay Vyskocil - mvyskocil@stblaw.com

     Dennis H Walters - dwalters@karrtuttle.com,wbarker@karrtuttle.com

     Dated this 28th day of January, 2010 at Seattle, Washington.

                              By___s/ Louis D. Peterson_____
                              Louis D. Peterson, WSBA #5776
                              1221 Second Avenue, Suite 500
                              Seattle WA 98101-2925
                              Telephone:  (206) 623-1745
                              Facsimile:  (206) 623-7789
                              Email:  ldp@hcmp.com

ND:  19719.002  4822-6583-1941v1  1/28/10

*Certificate of Service  (CV09-0037 MJP) - Page 2*

HILLIS CLARK MARTIN &
PETERSON, P.S.

1221 Second Ave, Suite 500
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

A/73276514.1