11. *Landmen Partners, Inc. v. Blackstone Group, L.P.*, No. 08-CV-3601, 2009 WL 3029002 (S.D.N.Y. Sept. 22, 2009)

12. *Lone Star Fund V, L.P. v. Barclays Bank PLC*, No. 08-11038, __ F.3d __, 2010 WL 60897 (5th Cir. Jan. 11, 2010)

13. *Plumbers' Union Local No. 12 Pension Fund v. Nomura Asset Acceptance Corp.*, No. 08-10446 (RGS), 2009 U.S. Dist. LEXIS 91789 (D. Mass. Sept. 30, 2009)

14. *Rubke v. Capitol Bancorp*, No. 05-4800, 2006 U.S. Dist. LEXIS 43745 (N.D. Cal. June 16, 2006)

15. SEC Proposed Rules, Securities Act Release No. 33- 7086, 1994 WL 469347 (Aug. 31, 1994)

16. *Stack v. Lobo*, Civ. No. 95-20049(SW), 1995 U.S. Dist. LEXIS 19966 (N.D. Cal. Apr. 20, 1995)

17. *Twindle v. Threshold Pharms. Inc.*, No. 07-CV-4972 (CW), 2008 U.S. Dist. LEXIS 58619 (N.D. Cal. July 11, 2008)

DATED this 28th day of January, 2010.

| BINGHAM McCUTCHEN LLP | HILLIS CLARK MARTIN & PETERSON |
|---|---|
| David M. Balabanian (*Pro Hac Vice*)<br>John D. Pernick (*Pro Hac Vice*)<br>Frank Busch (*Pro Hac Vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Tel: (415) 393-2544<br>Fax: (415) 262-9203<br>Email: david.balabanian@bingham.com<br>john.pernick@bingham.com<br>frank.busch@bingham.com<br>- and -<br>Susan L. Hoffman (*Pro Hac Vice*)<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br>Tel: (213) 680-6454<br>Fax: (213) 680- 6499<br>Email: susan.hoffman@bingham.com | By: /s/<br>Brian C. Free, WSBA #35788<br>Louis D. Peterson<br>1221 Second Ave, Suite 500<br>Seattle, WA 98101-2925<br>Tel: (206) 470-7646<br>Email: bcf@hcmp.com<br>ldp@hcmp.com<br><br>*Counsel for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga* |

*APPENDIX OF UNPUBLISHED AUTHORITIES IN SUPPORT OF MOTION TO DISMISS*
(CV09-0037 MJP) - *Page 2 of 3*

HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

269

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

*APPENDIX OF UNPUBLISHED AUTHORITIES IN SUPPORT OF MOTION TO DISMISS*
(CV09-0037 MJP) - *Page 3 of 3*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

A/72276514.1