**THE HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES AR1, et al.,<br><br>Defendants. | Consolidated Case No. C09-0037 (MJP)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS THE FIRST AMERICAN CORPORATION'S AND eAPPRAISEIT, LLC'S MOTION TO DISMISS AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, et al.,<br><br>Defendants.<br><br>*continued …* | |

[PROPOSED] ORDER GRANTING FIRST AMERICAN'S AND EAPPRAISEIT'S MOTION TO DISMISS
C09-0037 (MJP)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

| | |
|---|---|
| 1 | NEW ORLEANS EMPLOYEES' ERTIREMENT SYSTEM, et al., |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | THE FIRST AMERICAN CORPORATION and FIRST AMERICAN eAPPRAISEIT, LLC, |
| 6 | |
| 7 | Defendants. |

THIS MATTER came before the Court on the motion of defendants The First American Corporation and eAppraiseIT, LLC to dismiss the Amended Consolidated Class Action Complaint (the "Amended Complaint") filed by plaintiffs Policemen's Annuity and Benefit Fund of the City of Chicago, Boilermakers National Annuity Trust and Doral Bank Puerto Rico. The Court has read and considered the motion, any response thereto, and any reply to any response. The Court also heard and considered the oral arguments of the parties. Based on the foregoing,

IT IS HEREBY ORDERED that First American's and eAppraiseIT's Motion to Dismiss is GRANTED. All of the claims asserted against First American and eAppraiseIT in Plaintiffs' Amended Complaint are hereby dismissed with prejudice.

DONE this _____ day of _____, 2010.

_____
The Honorable Marsha J. Pechman
United States District Judge

[PROPOSED] ORDER GRANTING FIRST
AMERICAN'S AND EAPPRAISEIT'S MOTION TO
DISMISS - 2
C09-0037 (MJP)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

1 Presented by:

2 DLA PIPER LLP (US)

3 */s/ Stellman Keehnel*
Stellman Keehnel, WSBA No. 9309
4 Christopher M. Huck, WSBA No. 34104
R. Omar Riojas, WSBA No. 35400
5 Bradley T. Meissner, WSBA No. 39592

6 Attorneys for Defendants
THE FIRST AMERICAN CORPORATION and
7 EAPPRAISEIT, LLC

8
WEST\21844752.1

[PROPOSED] ORDER GRANTING FIRST
AMERICAN'S AND EAPPRAISEIT'S MOTION TO
DISMISS - 2
C09-0037 (MJP)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800