The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*,<br><br>Defendants. | Case No. C09-0037MJP<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING THE RATING AGENCY DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 8, 12(b)(1) & 12(b)(6)** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br>v.<br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*,<br><br>Defendants. | Case No. C09-0134MJP |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br>v.<br>THE FIRST AMERICAN CORPORATION, *et al.*,<br><br>Defendants. | Case No. C09-0137MJP |

This matter came before the undersigned District Court Judge on the Rating

Agency Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 8, 12(b)(1) and

[PROPOSED] ORDER GRANTING THE RATING AGENCY
DEFENDANTS' MOTION TO DISMISS (No. C09-0037MJP) - 1
4837-7191-5013.01
012910/1738/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

12(b)(6). The Court having considered the Rating Agency Defendants' motion and all materials and declarations filed in support thereof, Plaintiffs' opposition and supporting materials, if any, and the Rating Agency Defendants' reply and supporting materials, and based upon a review of all the files, records and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. The Rating Agency Defendants' Motion is GRANTED for the reasons stated therein.

2. Counts I and IV against the Rating Agency Defendants are dismissed with prejudice.

IT IS SO ORDERED.

DATED this \_\_\_\_ day of _____, 2010.

_____
United States District Court Judge

Presented by:

RIDDELL WILLIAMS P.S.

By /s/ Paul J. Kundtz
Paul J. Kundtz, WSBA #13548
Gavin W. Skok, WSBA #29766

Floyd Abrams (*pro hac vice*)
Adam Zurofsky (*pro hac vice*)
Tammy L. Roy (*pro hac vice*)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

*Counsel for The McGraw-Hill Companies, Inc.*

LANE POWELL PC

By /s/ Larry S. Gagnes
Larry S. Gangnes, WSBA #8118

Joshua M. Rubins (*pro hac vice*)
James J. Coster (*pro hac vice*)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

*Counsel for Moody's Investor Services, Inc.*

[PROPOSED] ORDER GRANTING THE RATING AGENCY
DEFENDANTS' MOTION TO DISMISS (No. C09-0037MJP) - 2
4837-7191-5013.01
012910/1738/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600