The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, et al.,<br><br>Defendants. | Case No. C09-0037MJP<br><br>**DECLARATION OF ADAM ZUROFSKY IN SUPPORT OF THE RATING AGENCY DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

I, Adam Zurofsky, declare under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the New York bar and of the firm of Cahill Gordon & Reindel LLP. My firm, together with Paul J. Kundtz and Gavin W. Skok of Riddell Williams P.S., serve as attorneys for Defendant The McGraw-Hill Companies, Inc. ("McGraw-Hill" or "S&P") in this matter. By order of this Court dated December 23, 2009, I have been granted leave to appear *pro hac vice* on behalf of McGraw-Hill. I make this declaration to place before the Court certain documents obtained from public sources. The Court may take judicial notice of these documents because their publication is a matter of public record and cannot be reasonably questioned. I am fully familiar with the facts set forth herein and make this declaration based on my personal knowledge.

DECLARATION OF ADAM ZUROFSKY (NO. C09-0037MJP) - 1

4825-5038-9509.03

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

2. On September 22, 2006, WaMu Mortgage Pass-Through Certificates, Series 2006-AR12 Trust filed with the Securities and Exchange Commission ("SEC") a prospectus supplement. WaMu Mortgage-Pass Through Certificates, Series 2006-AR12 Prospectus Supp. (Sept. 22, 2006). A true and accurate copy of the relevant excerpts of the document is attached hereto as Exhibit A.

3. On May 23, 2006, WaMu Mortgage Pass-Through Certificates, Series 2006-AR5 Trust filed with the SEC a prospectus supplement. WaMu Mortgage Pass-Through Certificates, Series 2006-AR5 Prospectus Supp. (May 23, 2006). A true and accurate copy of the relevant excerpts of the document is attached hereto as Exhibit B.

4. On January 26, 2010, oral argument was held, *inter alia*, on the rating agency defendants' motion to dismiss in *In re Lehman Bros. Securities and ERISA Litigation,* in which Judge Lewis A. Kaplan of the Southern District of New York dismissed the claims against the rating agency defendants in their entirety. Oral Argument on Defendants' Motion to Dismiss, *In re Lehman Brothers Securities and ERISA Litigation*, Docket Nos. 09-MD-2017, 08-CV-6762 (S.D.N.Y. Jan. 26, 2010). A true and accurate copy of the transcript is attached hereto as Exhibit C.

5. The *Lehman* case was filed on February 23, 2009 against the same rating agency defendants as in this case. Consolidated Securities Class Action Complaint, *In re Lehman Bros. Securities and ERISA Litigation*, No. 09-MD-6762, (S.D.N.Y.) (filed Feb. 23, 2009). A true and accurate copy of the complaint is attached hereto as Exhibit D.

6. Attached hereto as Exhibit E is a true and accurate copy of the relevant excerpts from S&P publications entitled "Global Credit Portal: RatingsDirect: Ratings Lowered On 2,183 U.S. Alt-A RMBS Classes Issued In 2006; 487 Ratings On Watch Neg" (Apr. 29, 2008) (*available at* www.standardandpoor.com/ratingsdirect) and "Global Credit Portal: RatingsDirect: U.S. Alt-A RMBS Classes Affected By April 29, 2008, Rating Actions" (Apr. 29, 2008) (*available at* www.standardandpoor.com/ratingsdirect).

DECLARATION OF ADAM ZUROFSKY (NO. C09-0037MJP) - 2

4825-5038-9509.03

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

7. Attached hereto as <u>Exhibit F</u> is a true and accurate copy of the "SEC Report on the Role and Function of Credit Rating Agencies in the Operation of the Securities Markets" dated January 2003 (*available at* http://www.sec.gov/news/studies/credratingreport0103.pdf).

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of January, 2010 at New York, NY.

_____
Adam Zurofsky

DECLARATION OF ADAM ZUROFSKY (NO. C09-0037MJP) - 3

4825-5038-9509.03

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600