# EXHIBIT E

# STANDARD &POOR'S

# Global Credit Portal
## RatingsDirect®

April 29, 2008

# Ratings Lowered On 2,183 U.S. Alt-A RMBS Classes Issued In 2006; 487 Ratings On Watch Neg

**Primary Credit Analyst:**
Scott Davey, New York (1) 212-438-2441; scott_davey@standardandpoors.com

**Secondary Credit Analyst:**
Ernestine Warner, New York (1) 212-438-2633; ernestine_warner@standardandpoors.com

NEW YORK (Standard & Poor's) April 29, 2008--Standard & Poor's Ratings Services today lowered its ratings on 2,183 classes of U.S. residential mortgage-backed securities (RMBS) from 334 transactions backed by Alternative-A (Alt-A) loan collateral issued in 2006. We removed 810 of the lowered ratings from CreditWatch with negative implications. In addition, we placed 487 ratings on CreditWatch negative. Finally, we affirmed our ratings on 144 classes and removed them from CreditWatch negative. All of the ratings that were removed from CreditWatch were placed on CreditWatch on Feb. 29, 2008. The classes affected by the negative rating actions represent an issuance amount of approximately $41.05 billion, or about 6.10% of the par amount of U.S. RMBS transactions backed by Alt-A mortgage loans rated by Standard & Poor's in 2006.

The complete rating lists for the affected U.S. Alt-A RMBS are included in " U.S. Alt-A RMBS Classes Affected By April 29, 2008, Rating Actions," available on RatingsDirect, the real-time Web-based source for Standard & Poor's credit ratings, research, and risk analysis, at www.ratingsdirect.com. The list can also be found on www.spviews.com, Standard & Poor's special Web site for subprime RMBS and related mortgage matters.

2006 ALT-A RATING ACTIONS

The downgrades and CreditWatch placements reflect our opinion that projected credit support for the affected classes is insufficient to maintain the ratings at their previous levels, given our current projected losses. We calculated our current projected losses using the 2006 Alt-A default curves described in "Standard & Poor's Revised Default And Loss Curves For U.S. Alt-A RMBS," published Dec. 19, 2007, on RatingsDirect. Due to current market conditions, we are assuming that it will take approximately 15 months to liquidate loans in foreclosure and approximately eight months to liquidate loans categorized as real estate owned (REO). In addition, we are assuming a loss severity of 34% for U.S. Alt-A RMBS transactions backed by fixed-rate and long-reset hybrid collateral (loans with fixed-rate periods of at least five years) issued in 2006; we are assuming a loss severity of 35% for transactions issued in 2006 backed by mortgage loans that have a negative amortization feature; and we are assuming a loss severity of 35% for transactions secured by adjustable-rate collateral and short-reset hybrid collateral (loans with fixed-rate periods less than five years).

The lowered ratings reflect our assessment of credit support under one or more scenarios that use a constant prepayment rate (CPR), including one equal to the lower of the lifetime or 12-month CPR. To assess the creditworthiness of each class, we reviewed the individual delinquency and loss trends of each transaction to find changes, if any, in risk characteristics, and the ability to withstand additional credit deterioration. Each class that has an affirmed 'AAA' rating generally can withstand approximately 150% of our projected loss assumptions under our analysis, subject to individual caps assumed on specific transactions. We determined the caps by limiting the amount of remaining defaults to 85% of the current pool balances.

The rating actions announced today resolve all of the CreditWatch placements on the 2006 vintage U.S. Alt-A RMBS taken on Feb. 29, 2008. All of today's CreditWatch actions affect 'AAA' rated certificates. Standard & Poor's will analyze these certificates to assess whether further rating actions are warranted by analyzing available credit enhancement to the projected losses during the timeframe we expect the certificates to be outstanding.

Standard & Poor's will continue to monitor the RMBS transactions it rates and take rating actions, including CreditWatch placements, when appropriate. For additional information and updates on Standard & Poor's residential mortgage-related rating actions, please visit RatingsDirect, at www.ratingsdirect.com, or www.spviews.com.

FACTORS DRIVING RMBS RATING ACTIONS

Mortgage Pool Performance

Monthly performance data reveals that delinquencies and foreclosures continue to accumulate at an increasing rate for the 2006 vintage. As of the March 25, 2008, distribution date, serious delinquencies (90-plus days, foreclosures,

and REOs) on all U.S. Alt-A RMBS transactions issued during 2006 were 10.57%, up 54.99% since December 2007. During the same time period, cumulative realized losses have increased to 0.25% from 0.10%.

This delinquency trend, together with loan-level risk characteristics and continuing deterioration in the macroeconomic outlook, have caused us to increase our lifetime loss projections. For the transactions with negative amortizing collateral, we project aggregate lifetime losses between 7.00% and 7.50% of the original balance. For the transactions backed by fixed- and long-reset hybrid collateral, we project aggregate lifetime losses between 4.50% and 5.00%. Finally, we project aggregate lifetime losses between 6.00% and 6.50% for transactions backed by adjustable-rate and short-reset hybrid collateral. A list of deal-specific projected losses can be found in "S&P Provides Projected Losses For U.S. Alt-A RMBS Issued In 2006," published April 29, 2008, on RatingsDirect and on www.spviews.com.

In reviewing the 2006 Alt-A transactions, we employed the surveillance assumptions announced on Jan. 15, 2008, and described in "U.S. RMBS Surveillance, CDO Of ABS Assumptions Revised Amid Defaults, Negative Housing Outlook." We believe that the application of expected lifetime losses has become appropriate as the depth and duration of the housing downturn continues to increase. We lowered the ratings on those classes that had expected lifetime losses greater than credit enhancement to 'CCC'.

In addition, we lowered our ratings on many of the 2006 vintage certificates previously rated 'B' and 'CCC' and various ratings from pools with extraordinarily high levels of severely delinquent loans to 'CC', as our analysis revealed that these classes have a greater likelihood of default in the near future. The extent to which we adjusted the ratings was based on our view of each class' ability to withstand losses in excess of our projections.

The table below details the classes with ratings lowered and ratings placed on CreditWatch negative as a percentage of the original balance of the total issuance amount affected ($41.05 billion).

2006 Vintage

| Rating | Total actions (%) | |
|---|---|---|
|  | Downgrades | CreditWatch negative |
| AAA | 5.86 | 58.16 |
| AA+ | 4.65 | 0.00 |
| AA | 8.09 | 0.00 |
| AA- | 2.12 | 0.00 |
| A+ | 2.72 | 0.00 |
| A | 4.35 | 0.00 |
| A- | 1.46 | 0.00 |
| BBB+ | 1.51 | 0.00 |
| BBB | 2.61 | 0.00 |
| BBB- | 1.07 | 0.00 |
| BB+ | 0.41 | 0.00 |
| BB | 2.17 | 0.00 |

```
BB-         0.27              0.00
B+          0.15              0.00
B           2.80              0.00
B-          0.16              0.00
CCC         2.43              0.00
Total      42.81             58.16
```

Standard & Poor's considers today's actions, except for the CreditWatch placements, to be our last major changes to our ratings on U.S. RMBS Alt-A issued during 2006. We anticipate reviewing the 2007 Alt-A vintage next and expect to announce the results of our analysis in the next few weeks.

Copyright ( c ) 2010 by Standard & Poor's Financial Services LLC (S&P), a subsidiary of The McGraw-Hill Companies, Inc. All rights reserved.
No content (including ratings, credit-related analyses and data, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P. The Content shall not be used for any unlawful or unauthorized purposes. S&P, its affiliates, and any third-party providers, as well as their directors, officers, shareholders, employees or agents (collectively S&P Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content, or for the security or maintenance of any data input by the user. The Content is provided on an "as is" basis. S&P PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs) in connection with any use of the Content even if advised of the possibility of such damages.
Credit-related analyses, including ratings, and statements in the Content are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions. S&P assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P's opinions and analyses do not address the suitability of any security. S&P does not act as a fiduciary or an investment advisor. While S&P has obtained information from sources it believes to be reliable, S&P does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives.
S&P keeps certain activities of its business units separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain business units of S&P may have information that is not available to other S&P business units. S&P has established policies and procedures to maintain the confidentiality of certain non-public information received in connection with each analytical process.
S&P may receive compensation for its ratings and certain credit-related analyses, normally from issuers or underwriters of securities or from obligors. S&P reserves the right to disseminate its opinions and analyses. S&P's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.

The McGraw-Hill Companies

# STANDARD &POOR'S

# Global Credit Portal
## RatingsDirect®

April 29, 2008

# U.S. Alt-A RMBS Classes Affected By April 29, 2008, Rating Actions

**Primary Credit Analyst:**
Scott Davey, New York (1) 212-438-2441; scott_davey@standardandpoors.com

**Secondary Credit Analyst:**
Ernestine Warner, New York (1) 212-438-2633; ernestine_warner@standardandpoors.com

## Table Of Contents

Ratings Lowered

Ratings Lowered And Removed From CreditWatch Negative

Ratings Placed On CreditWatch Negative

Ratings Affirmed And Removed From CreditWatch Negative

Zurofsky Declaration
Page 181

Table 2

| Ratings Lowered And Removed From CreditWatch Negative(cont.) | | | | | |
|---|---|---|---|---|---|
| 86360JAX9 | Structured Asset Mortgage Investments II Trust 2006-AR5 | B-5 | CCC | BBB+ | Watch Neg |
| 86360JAY7 | Structured Asset Mortgage Investments II Trust 2006-AR5 | B-6 | CCC | BBB | Watch Neg |
| 86360JBB6 | Structured Asset Mortgage Investments II Trust 2006-AR5 | B-7 | CC | BBB- | Watch Neg |
| 86360JBC4 | Structured Asset Mortgage Investments II Trust 2006-AR5 | B-8 | CC | BB | Watch Neg |
| 86360JBD2 | Structured Asset Mortgage Investments II Trust 2006-AR5 | B-9 | CC | B | Watch Neg |
| 86360JBE0 | Structured Asset Mortgage Investments II Trust 2006-AR5 | B-10 | CC | B | Watch Neg |
| 878048AU1 | TBW Mortgage-Backed Trust Series 2006-2 | C-B-2 | B | A | Watch Neg |
| 878048AV9 | TBW Mortgage-Backed Trust Series 2006-2 | C-B-3 | CCC | BB | Watch Neg |
| 878048AX5 | TBW Mortgage-Backed Trust Series 2006-2 | C-B-4 | CC | B | Watch Neg |
| 87804AAN2 | TBW Mortgage-Backed Trust Series 2006-3 | B3 | CCC | A | Watch Neg |
| 87804AAW2 | TBW Mortgage-Backed Trust Series 2006-3 | B4 | CC | BB | Watch Neg |
| 87804AAX0 | TBW Mortgage-Backed Trust Series 2006-3 | B5 | CC | BB | Watch Neg |
| 87804AAP7 | TBW Mortgage-Backed Trust Series 2006-3 | B6 | CC | B | Watch Neg |
| 93363RAT3 | WaMu Mortgage Pass Through Certificates Series 2006-AR13 Trust | B-11 | B | BB | Watch Neg |
| 93363RAV8 | WaMu Mortgage Pass Through Certificates Series 2006-AR13 Trust | B-12 | CCC | BB- | Watch Neg |
| 93363RAW6 | WaMu Mortgage Pass Through Certificates Series 2006-AR13 Trust | B-13 | CC | B | Watch Neg |
| 93362YAV4 | WaMu Mortgage Pass-Through Certificates Series 2006-AR5 Trust | B-11 | B | BB | Watch Neg |
| 93362YAW2 | WaMu Mortgage Pass-Through Certificates Series 2006-AR5 Trust | B-12 | CCC | BB- | Watch Neg |
| 93362YAX0 | WaMu Mortgage Pass-Through Certificates Series 2006-AR5 Trust | B-13 | CC | B | Watch Neg |
| 93363DAU1 | WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 | B10 | CCC | BB+ | Watch Neg |
| 93363DAW7 | WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 | B11 | CCC | BB | Watch Neg |
| 93363DAX5 | WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 | B12 | CC | BB- | Watch Neg |
| 93363DAY3 | WaMu Mortgage Pass-Through Certificates, Series 2006-AR9 | B13 | CC | B | Watch Neg |
| 93935LAZ1 | Washington Mutual Mortgage Pass-Through Certificates WMALT 2006-AR8 Trust | 3-B-1 | CCC | A | Watch Neg |
| 93935LBA5 | Washington Mutual Mortgage Pass-Through Certificates WMALT 2006-AR8 Trust | 3-B-2 | CCC | BB | Watch Neg |
| 93935LBB3 | Washington Mutual Mortgage Pass-Through Certificates WMALT 2006-AR8 Trust | 3-B-3 | CC | B | Watch Neg |
| 93935LBH0 | Washington Mutual Mortgage Pass-Through Certificates WMALT 2006-AR8 Trust | 3-B-4 | CC | B | Watch Neg |
| 93934FML3 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-2 Trust | B-3 | CCC | BBB | Watch Neg |
| 93934FLM2 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-2 Trust | B-4 | CC | BB | Watch Neg |
| 93934FLN0 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-2 Trust | B-5 | CC | B | Watch Neg |
| 93934FPA4 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-3 Trust | B-2 | B | A | Watch Neg |
| 93934FPB2 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-3 Trust | B-3 | CCC | BBB | Watch Neg |
| 93934FPD8 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-3 Trust | B-4 | CC | B | Watch Neg |
| 93935GAK5 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 Trust | L-B-2 | CCC | A | Watch Neg |

Zurofsky Declaration
Page 182

Table 2

| | Ratings Lowered And Removed From CreditWatch Negative(cont.) | | | | |
|---|---|---|---|---|---|
| 93935GAL3 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 Trust | L-B-3 | CC | BBB | Watch Neg |
| 93935GAS8 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 Trust | L-B-4 | CC | BB | Watch Neg |
| 93935GAT6 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 Trust | L-B-5 | CC | B | Watch Neg |
| 93935GAM1 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 Trust | 4-B-1 | A | AA | Watch Neg |
| 93935GAN9 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 Trust | 4-B-2 | BB | A | Watch Neg |
| 93935GAP4 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 Trust | 4-B-3 | B | BBB | Watch Neg |
| 93935GAV1 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 Trust | 4-B-4 | CCC | BB | Watch Neg |
| 93935GAW9 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 Trust | 4-B-5 | CC | B | Watch Neg |
| 93934FJX1 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR1 Trust | B-3 | CCC | BBB | Watch Neg |
| 93934FKD3 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR1 Trust | B-4 | CC | BB | Watch Neg |
| 93934FKE1 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR1 Trust | B-5 | CC | B | Watch Neg |
| 939345AS3 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR4 Trust | B-7 | CCC | BBB+ | Watch Neg |
| 939345AT1 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR4 Trust | B-8 | CCC | BBB | Watch Neg |
| 939345AU8 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR4 Trust | B-9 | CCC | BB | Watch Neg |
| 939345BA1 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR4 Trust | B-10 | CC | BB | Watch Neg |
| 939345BB9 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR4 Trust | B-11 | CC | B | Watch Neg |
| 939345BC7 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR4 Trust | B-12 | CC | B | Watch Neg |
| 93935FAR2 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR6 Trust | B-9 | CCC | BBB- | Watch Neg |
| 93935FAS0 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR6 Trust | B-10 | CC | BB+ | Watch Neg |
| 93935FAT8 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR6 Trust | B-11 | CC | BB | Watch Neg |
| 93935FAV3 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR6 Trust | B-12 | CC | BB- | Watch Neg |
| 93935FAW1 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR6 Trust | B-13 | CC | B | Watch Neg |
| 939346AP7 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR9 Trust | B-8 | CCC | BBB | Watch Neg |
| 939346AQ5 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR9 Trust | B-9 | CCC | BBB- | Watch Neg |
| 939346AR3 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR9 Trust | B-10 | CC | BB+ | Watch Neg |
| 939346AS1 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR9 Trust | B-11 | CC | BB | Watch Neg |

Zurofsky Declaration
Page 183

Table 2

| | Ratings Lowered And Removed From CreditWatch Negative(cont.) | | | | |
|---|---|---|---|---|---|
| 939346AU6 | Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-AR9 Trust | B-12 | CC | B | Watch Neg |
| 93934FMZ2 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR2 Trust | B-8 | CCC | BBB | Watch Neg |
| 93934FNA6 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR2 Trust | B-9 | CCC | BB | Watch Neg |
| 93934FNC2 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR2 Trust | B-10 | CC | BB | Watch Neg |
| 93934FND0 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR2 Trust | B-11 | CC | B | Watch Neg |
| 93934FNE8 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR2 Trust | B-12 | CC | B | Watch Neg |
| 93934FRC8 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR3 Trust | B-8 | CCC | BBB | Watch Neg |
| 93934FRD6 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR3 Trust | B-9 | CC | BBB- | Watch Neg |
| 93934FQJ4 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR3 Trust | B-10 | CC | BB+ | Watch Neg |
| 93934FQK1 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR3 Trust | B-11 | CC | BB | Watch Neg |
| 93934FQL9 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR3 Trust | B-12 | CC | B | Watch Neg |
| 93935AAV4 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR5 Trust | 5-B-1 | CCC | AA | Watch Neg |
| 93935AAW2 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR5 Trust | 5-B-2 | CC | BBB | Watch Neg |
| 93935AAX0 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR5 Trust | 5-B-3 | CC | B | Watch Neg |
| 93935DAQ9 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR7 Trust | B-8 | CCC | BBB | Watch Neg |
| 93935DAR7 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR7 Trust | B-9 | CCC | BBB- | Watch Neg |
| 93935DAT3 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR7 Trust | B-10 | CC | BB+ | Watch Neg |
| 93935DAU0 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR7 Trust | B-11 | CC | BB | Watch Neg |
| 93935DAV8 | Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR7 Trust | B-12 | CC | B | Watch Neg |
| 93934FLK6 | Washington Mutual Mortgage Securities Corp | B-3 | B | BBB | Watch Neg |
| 93934FJZ6 | Washington Mutual Mortgage Securities Corp | B-4 | CCC | BB | Watch Neg |
| 93934FKA9 | Washington Mutual Mortgage Securities Corp | B-5 | CC | B | Watch Neg |
| 88156EAE6 | Terwin Mortgage Trust 2006-17HE | M-1 | BBB | AA+ | Watch Neg |
| 88156EAF3 | Terwin Mortgage Trust 2006-17HE | M-2 | BB | AA- | Watch Neg |
| 93363CAZ2 | WaMu Mortgage Pass-Through Certificates Series 2006-AR7 Trust | B-13 | CC | B | Watch Neg |
| 61748HYU9 | Morgan Stanley Mortgage Loan Trust 2006-5AR | M-2 | BB | AA | Watch Neg |
| 61748HYV7 | Morgan Stanley Mortgage Loan Trust 2006-5AR | M-3 | BB | AA- | Watch Neg |
| 61748HYW5 | Morgan Stanley Mortgage Loan Trust 2006-5AR | M-4 | B | A+ | Watch Neg |
| 61748HYX3 | Morgan Stanley Mortgage Loan Trust 2006-5AR | M-5 | CCC | A | Watch Neg |
| 61748HYY1 | Morgan Stanley Mortgage Loan Trust 2006-5AR | M-6 | CCC | A- | Watch Neg |

Zurofsky Declaration
Page 184