The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES AR1, et al,<br><br>Defendants. | No. C09-0037 (MJP)<br><br>**CERTIFICATE OF SERVICE** |
| NEW ORLEANS EMPLOYEE'S RETIREMENT SYSTEM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, et al,<br><br>Defendants. | |
| NEW ORLEANS EMPLOYEE'S RETIREMENT SYSTEM, et al.,<br><br>Plaintiffs,<br><br>v. | |

CERTIFICATE OF SERVICE - No. C09-0037 (MJP) - 1

4831-3915-8021.02
012910/1736/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

| | |
|---|---|
| THE FIRSTAMERICAN CORPORATION, et al, Defendants. | |
| DORAL BANK PUERTO RICO, on Behalf of Itself and All Others Similarly Situated, Plaintiffs, v. WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, et al, Defendants. | |

Melodi M. Downs, declares as follows:

I am over 18 years of age and a citizen of the United States. I am employed as an executive assistant by the law firm of Riddell Williams P.S.

On the date noted below, I electronically filed the following documents:

1. The Rating Agency Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint;

2. Declaration of Adam Zurofsky in Support of The Rating Agency Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint; and

3. [Proposed] Order Granting the Rating Agency Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 8, 12(b)(1) & 12(b)(6)

using the CM/ECF system and caused to be delivered true and accurate copies of the same via the CM/ECF system which will send notification of such filing via email to:

- **Brian C Free**
  bcf@hcmp.com,gcp@hcmp.com

- **Larry Steven Gangnes**
  gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-sea@lanepowell.com,donnellyjossm@lanepowell.com

CERTIFICATE OF SERVICE - No. C09-0037 (MJP) - 2

4831-3915-8021.02
012910/1736/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

- **Jonathan Gardner**
  jgardner@labaton.com

- **Joseph P Guglielmo**
  jguglielmo@scott-scott.com,efile@scott-scott.com

- **Richard F Hans**
  richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

- **David Daniel Hoff**
  dhoff@tousley.com,efile@tousley.com

- **Christopher M Huck**
  Christopher.huck@dlapiper.com,karen.hansen@dlapiper.com

- **Julie Hwang**
  jhwang@labaton.com,ElectronicCaseFiling@labaton.com

- **Stellman Keehnel**
  stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

- **Paul Joseph Kundtz**
  pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com

- **Bruce Earl Larson**
  blarson@karrtuttle.com,psteinfeld@karrtuttle.com

- **Mike Liles , Jr**
  mliles@karrtuttle.com

- **Christopher E Lometti**
  clometti@cohenmilstein.com

- **John D Lowery**
  jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com

- **Bradley T. Meissner**
  bradley.meissner@dlapiper.com

- **Timothy Michael Moran**
  moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com

CERTIFICATE OF SERVICE - No. C09-0037 (MJP) - 3

4831-3915-8021.02
012910/1736/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

- **Barry Robert Ostrager**
  bostrager@stblaw.com,managingclerk@stblaw.com

- **Nancy A Pacharzina**
  npacharzina@tousley.com,kzajac@tousley.com

- **John D Pernick**
  john.pernick@bingham.com

- **Louis David Peterson**
  ldp@hcmp.com,smp@hcmp.com

- **Kenneth J Pfaehler**
  kpfaehler@sonnenschein.com,nreeber@sonnenschein.com

- **Robert J Pfister**
  rpfister@stblaw.com

- **Daniel B Rehns**
  drehns@cohenmilstein.com

- **Kenneth M Rehns**
  krehns@cohenmilstein.com

- **Serena Richardson**
  srichardson@labaton.com,ElectronicCaseFiling@labaton.com

- **Rogelio Omar Riojas**
  omar.riojas@dlapiper.com,nina.marie@dlapiper.com

- **Tammy Roy**
  troy@cahill.com

- **Joshua M. Rubins**
  jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

- **Stephen M. Rummage**
  steverummage@dwt.com,jeannecadley@dwt.com

- **Hollis Lee Salzman**
  hsalzman@labaton.com,ElectronicCaseFiling@labaton.com

- **Paul Scarlato**
  pscarlato@labaton.com,ElectronicCaseFiling@labaton.com

- **Arthur L Shingler**
  ashingler@scott-scott.com,efile@scott-scott.com

CERTIFICATE OF SERVICE - No. C09-0037 (MJP) - 4

4831-3915-8021.02
012910/1736/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

- **Gavin Williams Skok**
  gskok@riddellwilliams.com,dhammonds@riddellwilliams.com

- **Kim D Stephens**
  kstephens@tousley.com,kzajac@tousley.com,cbonifaci@tousley.com

- **Robert D Stewart**
  stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com

- **Steven J Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

- **Mary Kay Vyskocil**
  mvyskocil@stblaw.com

- **Dennis H Walters**
  dwalters@karrtuttle.com,wbarker@karrtuttle.com

- **Adam Zurofsky**
  azurofsky@cahill.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 29th day of January, 2010.

*/s/ Melodi Downs*
Melodi M. Downs

CERTIFICATE OF SERVICE - No. C09-0037 (MJP) - 5

4831-3915-8021.02
012910/1736/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600