UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, et al.,<br><br>Defendants. | NO. 2:09-cv-00037-MJP<br><br>**STIPULATION, AGREED MOTION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS**<br><br>**NOTED ON MOTION CALENDAR:** **February 19, 2010** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>Defendants. | No. 2:09-cv-00134-RSM |

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS (2:09-CV-00037-MJP)NO. 2:09-CV-00037-MJPNO. 2:09-CV-00037-MJP - 1
4898/001/230732.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## I. STIPULATION AND AGREED MOTION

Pursuant to Local Rule 7(d)(1) and 10(g) the Parties jointly request the Court extend by two weeks, the briefing schedule on Defendants' Motions to Dismiss (Dkt. Nos. 138, 144, and 146), as follows:

Plaintiffs' Opposition Briefs shall be due March 12, 2010; and

Defendants' Reply Briefs shall be due March 26, 2010.

The Parties agree this request for extension is justified in light of potentially relevant court decisions that have only recently been issued in other districts. In addition, the Parties are exploring procedural options which may eliminate potentially redundant briefing given the upcoming February 22, 2010 lead plaintiff motion deadline in the related but not yet consolidated *Doral* Action (Case No. C09-1557 MJP).

Respectfully submitted this 19th day of February by:

| *Counsel for Plaintiffs* | *Counsel for Defendants* |
|---|---|
| **SCOTT+SCOTT LLP** | **BINGHAM McCUTCHEN LLP** |
| By: /s/ Hal D. Cunningham | By: /s/ John D. Pernick |
| Arthur L. Shingler III (admitted pro hac vice) | David M. Balabanian (admitted pro hac vice) |
| Hal D. Cunningham (admitted pro hac vice) | John D. Pernick (admitted pro hac vice) |
| 600 B Street, Suite 1500 | Frank Busch (admitted pro hac vice) |
| San Diego, California 92101 | Three Embarcadero Center |
| Telephone: (619) 233-4565 | San Francisco, CA 94111-4067 |
| Facsimile: (619) 233-0508 | Tel: (415) 393-2000 |
| ashingler@scott-scott.com | Fax: (415) 393-2286 |
| hcunningham@scott-scott.com | david.balabanian@bingham.com |
| | john.pernick@bingham.com |
| Joseph P. Guglielmo (admitted pro hac vice) | frank.busch@bingham.com |
| 500 Fifth Avenue, 40th Floor | |
| New York, New York 10110 | **HILLIS CLARK MARTIN &** |
| Telephone: (212) 223-6444 | **PETERSON** |
| Facsimile: (212) 223-6334 | |
| jguglielmo@scott-scott.com | By: /s/Brian C. Free |
| | Brian C. Free, WSBA #35788 |
| *Counsel for Lead Plaintiff and the Class* | |

STIPULATION, AGREED MOTION AND [PROPOSED]
ORDER MODIFYING BRIEFING SCHEDULE ON
DEFENDANTS' PENDING MOTIONS TO DISMISS
(2:09-CV-00037-MJP) - 2
4898/001/230732.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC**<br><br>By: /s/ Nancy A. Pacharzina<br>Kim D. Stephens, WSBA # 11984<br>Nancy A. Pacharzina, WSBA # 25946<br>1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101<br>Telephone: (206) 682-5600<br>Facsimile: (206) 682-2992<br>kstephens@tousley.com<br>npacharzina@tousley.com<br><br>*Liaison Counsel for Plaintiffs* | Louis D. Peterson<br>1221 Second Ave, Suite 500<br>Seattle, WA 98101-2925<br>Tel: (206) 470-7646<br>bcf@hcmp.com<br>ldp@hcmp.com<br><br>*Counsel for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens, Richard Careaga, Thomas Lehmann, Stephen Fortunato and Donald Wilhelm* |
| **COHEN MILSTEIN SELLERS & TOLL PLLC**<br>Joel P. Laitman (admitted pro hac vice)<br>Christopher Lometti (admitted pro hac vice)<br>Daniel B. Rehns (admitted pro hac vice)<br>Kenneth M. Rehns (admitted pro hac vice)<br>150 East 52nd Street, Thirtieth Floor<br>New York, New York 10022<br>Telephone: (212) 838-7797<br>Facsimile: (212) 838-7745<br>jlaitman@cohenmilstein.com<br>clometti@cohenmilstain.com<br>drehns@cohenmilstein.com<br>krehns@cohenmilstein.com<br><br>Steven J. Toll<br>1100 New York Avenue, NW, Suite 500 West<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>stoll@cohenmilstein.com<br><br>*Additional Plaintiffs' Counsel* | **DLA PIPER LLP (US)**<br><br>By: /s/ Bradley T. Meissner<br>Stellman Keehnel, WSBA No. 9309<br>Christopher M. Huck, WSBA No. 34104<br>R. Omar Riojas, WSBA No. 35400<br>Bradley T. Meissner, WSBA No. 39592<br>701 Fifth Avenue, Suite 7000<br>Seattle, Washington 98104<br>Tel: (206) 839-4800<br>Fax: (206) 839-4801<br>stellman.keehnel@dlapiper.com<br>christopher.huck@dlapiper.com<br>omoar.riojas@dlapiper.com<br>bradley.meissner@dlapiper.com<br><br>Richard F. Hans (admitted pro hac vice)<br>Kerry F. Cunningham (admitted pro hac vice)<br>Corey Elanor Delaney (admitted pro hac vice)<br>1251 Avenue of the Americas, 27th Floor<br>New York, New York 10020-1104<br>Tel: (212) 335-4500<br>Fax: (212) 335-4501<br><br>*Counsel for Defendants The First American Corporation and eAppraiseIT, LLC* |

**STIPULATION, AGREED MOTION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS**
(2:09-CV-00037-MJP) - 3
4898/001/230732.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | **RIDDELL WILLIAMS P.S.** |
| 2 | By: /s/ Paul J. Kundtz |
| 3 | Paul J. Kundtz, WSBA #13548 |
|   | Gavin W. Skok, WSBA #29766 |
| 4 | 1001 Fourth Avenue |
|   | Suite 4500 |
| 5 | Seattle, Washington 98154-1192 |
|   | Tel: (206) 624-3600 |
| 6 | |
| 7 | **CAHILL GORDON & REINDEL LLP** |
|   | Floyd Abrams (admitted pro hac vice) |
| 8 | Adam Zurofsky (admitted pro hac vice) |
|   | Tammy L. Roy (admitted pro hac vice) |
| 9 | 80 Pine Street |
|   | New York, New York 10005 |
| 10 | Tel: (212) 701-3000 |
|    | Fax: (212) 269-5420 |
| 11 | |
| 12 | *Counsel for Defendant The McGraw-Hill Companies, Inc.* |
| 13 | |
| 14 | **LANE POWELL PC** |
| 15 | By: /s/ Larry S. Ganges |
| 16 | Larry S. Gangnes, WSBA #8118 |
|    | 1420 Fifth Avenue, Suite 4100 |
| 17 | Seattle, Washington 98101-2338 |
|    | Tel: (206) 223-7000 |
| 18 | Fax: (206) 223-7107 |
|    | gangnesl@lanepowell.com |
| 19 | |
| 20 | **SATTERLEE STEPHENS BURKE & BURKE LLP** |
| 21 | Joshua M. Rubins (admitted pro hac vice) |
|    | James J. Coster (admitted pro hac vice) |
| 22 | 230 Park Avenue, Suite 1130 |
|    | New York, New York 10169 |
| 23 | Tel: (212) 818-9200 |
| 24 | Fax: (212) 818-9606 |
|    | jrubins@ssbb.com |
| 25 | jcoster@ssbb.com |
| 26 | |
|    | *Counsel for Defendant Moody's Investor Services, Inc.* |
| 27 | |

STIPULATION, AGREED MOTION AND [PROPOSED]
ORDER MODIFYING BRIEFING SCHEDULE ON
DEFENDANTS' PENDING MOTIONS TO DISMISS
(2:09-CV-00037-MJP) - 4
4898/001/230732.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## II. [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated this ___ day of February, 2010.


_____
The Honorable Marsha J. Pechman
United States District Court Judge

STIPULATION, AGREED MOTION AND [PROPOSED]
ORDER MODIFYING BRIEFING SCHEDULE ON
DEFENDANTS' PENDING MOTIONS TO DISMISS
(2:09-CV-00037-MJP) - 5
4898/001/230732.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE OF SERVICE** |
| 3 | |

I hereby certify that on February 19, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the registered users of the CM/ECF system for this case.

/s/ Nancy A. Pacharzina,
Kim D. Stephens, P.S., WSBA #11984
Email: kstephens@tousley.com
Nancy A. Pacharzina, WSBA # 25946
Email: npacharzina@tousley.com
*Liaison Counsel for Plaintiffs*
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tele: 206.682.5600
Fax: 206.682.2992

STIPULATION, AGREED MOTION AND [PROPOSED]
ORDER MODIFYING BRIEFING SCHEDULE ON
DEFENDANTS' PENDING MOTIONS TO DISMISS
(2:09-CV-00037-MJP) - 6
4898/001/230732.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992