**HONORABLE MARSHA J. PECHMAN**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, et al.,<br><br>Defendants. | NO. 2:09-cv-00037-MJP<br><br>**STIPULATION, AGREED MOTION AND ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS**<br><br>**NOTED ON MOTION CALENDAR: February 19, 2010** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>Defendants. | No. 2:09-cv-00134-RSM |

**STIPULATION, AGREED MOTION AND ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS**
(2:09-CV-00037-MJP)NO. 2:09-CV-00037-MJPNO. 2:09-CV-00037-MJP - 1
4898/001/230732.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## I. STIPULATION AND AGREED MOTION

Pursuant to Local Rule 7(d)(1) and 10(g) the Parties jointly request the Court extend by two weeks, the briefing schedule on Defendants' Motions to Dismiss (Dkt. Nos. 138, 144, and 146), as follows:

Plaintiffs' Opposition Briefs shall be due March 12, 2010; and

Defendants' Reply Briefs shall be due March 26, 2010.

The Parties agree this request for extension is justified in light of potentially relevant court decisions that have only recently been issued in other districts. In addition, the Parties are exploring procedural options which may eliminate potentially redundant briefing given the upcoming February 22, 2010 lead plaintiff motion deadline in the related but not yet consolidated *Doral* Action (Case No. C09-1557 MJP).

Respectfully submitted this 19th day of February by:

| *Counsel for Plaintiffs* | *Counsel for Defendants* |
|---|---|
| **SCOTT+SCOTT LLP** | **BINGHAM McCUTCHEN LLP** |
| By: /s/ Hal D. Cunningham<br>Arthur L. Shingler III (admitted pro hac vice)<br>Hal D. Cunningham (admitted pro hac vice)<br>600 B Street, Suite 1500<br>San Diego, California 92101<br>Telephone: (619) 233-4565<br>Facsimile: (619) 233-0508<br>ashingler@scott-scott.com<br>hcunningham@scott-scott.com | By: /s/ John D. Pernick<br>David M. Balabanian (admitted pro hac vice)<br>John D. Pernick (admitted pro hac vice)<br>Frank Busch (admitted pro hac vice)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Tel: (415) 393-2000<br>Fax: (415) 393-2286<br>david.balabanian@bingham.com<br>john.pernick@bingham.com<br>frank.busch@bingham.com |
| Joseph P. Guglielmo (admitted pro hac vice)<br>500 Fifth Avenue, 40th Floor<br>New York, New York 10110<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334<br>jguglielmo@scott-scott.com | **HILLIS CLARK MARTIN & PETERSON**<br><br>By: /s/Brian C. Free<br>Brian C. Free, WSBA #35788 |
| *Counsel for Lead Plaintiff and the Class* | |

STIPULATION, AGREED MOTION AND ORDER
MODIFYING BRIEFING SCHEDULE ON DEFENDANTS'
PENDING MOTIONS TO DISMISS
(2:09-CV-00037-MJP) - 2
4898/001/230732.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | | |
|---|---|---|
| 1 | **TOUSLEY BRAIN STEPHENS PLLC** | Louis D. Peterson |
| 2 | By: /s/ Nancy A. Pacharzina | 1221 Second Ave, Suite 500 |
| | Kim D. Stephens, WSBA # 11984 | Seattle, WA 98101-2925 |
| 3 | Nancy A. Pacharzina, WSBA # 25946 | Tel: (206) 470-7646 |
| 4 | 1700 Seventh Avenue, Suite 2200 | bcf@hcmp.com |
| | Seattle, Washington 98101 | ldp@hcmp.com |

1  TOUSLEY BRAIN STEPHENS PLLC

2  By: /s/ Nancy A. Pacharzina
Kim D. Stephens, WSBA # 11984
3  Nancy A. Pacharzina, WSBA # 25946
1700 Seventh Avenue, Suite 2200
4  Seattle, Washington 98101
5  Telephone: (206) 682-5600
Facsimile: (206) 682-2992
6  kstephens@tousley.com
npacharzina@tousley.com
7
8  *Liaison Counsel for Plaintiffs*

Louis D. Peterson
1221 Second Ave, Suite 500
Seattle, WA 98101-2925
Tel: (206) 470-7646
bcf@hcmp.com
ldp@hcmp.com

*Counsel for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens, Richard Careaga, Thomas Lehmann, Stephen Fortunato and Donald Wilhelm*

10  **COHEN MILSTEIN SELLERS & TOLL PLLC**
11  Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)
12  Daniel B. Rehns (admitted pro hac vice)
Kenneth M. Rehns (admitted pro hac vice)
13  150 East 52nd Street, Thirtieth Floor
New York, New York 10022
14  Telephone: (212) 838-7797
Facsimile: (212) 838-7745
15  jlaitman@cohenmilstein.com
clometti@cohenmilstain.com
16  drehns@cohenmilstein.com
krehns@cohenmilstein.com
17
18  Steven J. Toll
1100 New York Avenue, NW, Suite 500 West
19  Washington, D.C. 20005
20  Telephone: (202) 408-4600
Facsimile: (202) 408-4699
21  stoll@cohenmilstein.com
22  *Additional Plaintiffs' Counsel*

**DLA PIPER LLP (US)**

By: /s/ Bradley T. Meissner
Stellman Keehnel, WSBA No. 9309
Christopher M. Huck, WSBA No. 34104
R. Omar Riojas, WSBA No. 35400
Bradley T. Meissner, WSBA No. 39592
701 Fifth Avenue, Suite 7000
Seattle, Washington 98104
Tel: (206) 839-4800
Fax: (206) 839-4801
stellman.keehnel@dlapiper.com
christopher.huck@dlapiper.com
omoar.riojas@dlapiper.com
bradley.meissner@dlapiper.com

Richard F. Hans (admitted pro hac vice)
Kerry F. Cunningham (admitted pro hac vice)
Corey Elanor Delaney (admitted pro hac vice)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501

*Counsel for Defendants The First American Corporation and eAppraiseIT, LLC*

**STIPULATION, AGREED MOTION AND ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS**
(2:09-CV-00037-MJP) - 3
4898/001/230732.1

| | |
|---|---|
| 1 | **RIDDELL WILLIAMS P.S.** |
| 2 | By: /s/ Paul J. Kundtz |
| 3 | Paul J. Kundtz, WSBA #13548 |
|   | Gavin W. Skok, WSBA #29766 |
| 4 | 1001 Fourth Avenue |
|   | Suite 4500 |
| 5 | Seattle, Washington 98154-1192 |
|   | Tel: (206) 624-3600 |
| 6 | |
| 7 | **CAHILL GORDON & REINDEL LLP** |
|   | Floyd Abrams (admitted pro hac vice) |
| 8 | Adam Zurofsky (admitted pro hac vice) |
|   | Tammy L. Roy (admitted pro hac vice) |
| 9 | 80 Pine Street |
|   | New York, New York 10005 |
| 10 | Tel: (212) 701-3000 |
|   | Fax: (212) 269-5420 |
| 11 | |
| 12 | *Counsel for Defendant The McGraw-Hill Companies, Inc.* |
| 13 | |
| 14 | **LANE POWELL PC** |
| 15 | By: /s/ Larry S. Ganges |
| 16 | Larry S. Gangnes, WSBA #8118 |
|   | 1420 Fifth Avenue, Suite 4100 |
| 17 | Seattle, Washington 98101-2338 |
|   | Tel: (206) 223-7000 |
| 18 | Fax: (206) 223-7107 |
|   | gangnesl@lanepowell.com |
| 19 | |
| 20 | **SATTERLEE STEPHENS BURKE & BURKE LLP** |
| 21 | Joshua M. Rubins (admitted pro hac vice) |
|   | James J. Coster (admitted pro hac vice) |
| 22 | 230 Park Avenue, Suite 1130 |
|   | New York, New York 10169 |
| 23 | Tel: (212) 818-9200 |
| 24 | Fax: (212) 818-9606 |
|   | jrubins@ssbb.com |
| 25 | jcoster@ssbb.com |
| 26 | |
| 27 | *Counsel for Defendant Moody's Investor Services, Inc.* |

**STIPULATION, AGREED MOTION AND ORDER
MODIFYING BRIEFING SCHEDULE ON DEFENDANTS'
PENDING MOTIONS TO DISMISS**
(2:09-CV-00037-MJP) - 4
4898/001/230732.1

## II. ORDER

The Court accepts and adopts the parties' stipulation. The Court hereby re-notes Defendants' motions to dismiss for consideration on March 26, 2010.

Dated this 22nd day of February, 2010.

*[signature]*

Marsha J. Pechman
United States District Judge

**STIPULATION, AGREED MOTION AND ORDER
MODIFYING BRIEFING SCHEDULE ON DEFENDANTS'
PENDING MOTIONS TO DISMISS**
(2:09-CV-00037-MJP) - 5
4898/001/230732.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992