UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al*.,<br><br>    Defendants. | Case No. C09-0037 MJP<br><br>**MOTION (1) FOR LEAVE TO AMEND THE CONSOLIDATED COMPLAINT; (2) TO DENY DEFENDANTS' PENDING MOTIONS AS MOOT AND WITHOUT PREJUDICE; AND (3) TO MODIFY THE COURT'S SCHEDULING ORDER**<br><br>**Noted on Motion Calendar:<br>March 5, 2010** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et* al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, *et al.,*<br><br>    Defendants. | |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et* al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE FIRST AMERICAN CORPORATION, *et al.*,<br><br>    Defendants. | |

MOTION (1) FOR LEAVE TO AMEND THE CONSOLIDATED COMPLAINT;
(2) TO DENY DEFENDANTS' PENDING MOTIONS AS MOOT AND WITHOUT
PREJUDICE; AND (3) TO MODIFY THE COURT'S SCHEDULING ORDER
Case No.: C09-0037 (MJP)

**SCOTT+SCOTT LLP**
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565

## PRELIMINARY STATEMENT

Lead Plaintiff seeks to amend the Amended Consolidated Complaint and to modify the Court's scheduling order dated December 18, 2009 (Dkt. No. 188) for two reasons: (1) to respond to recent judicial decisions (including orders issued by this Court) and certain issues raised by Defendants in their respective motions to dismiss; and (2) to seek to consolidate this of action with *Doral Bank Puerto Rico v. Washington Mutual Asset Acceptance Corp.,* No. C09-1557 (MJP)(hereinafter "the *Doral* Action"), thus eliminating redundant briefing and waste of judicial and litigant resources.[1] In addition, Lead Plaintiff requests that each of the three pending motions to dismiss be denied without prejudice.

## STATEMENT OF FACTS

On October 23, 2009, the Court appointed Chicago PABF as lead plaintiff and Scott+Scott LLP as lead counsel, with Tousley Brain Stephens PLLC as local counsel. Dkt. No 95.

On October 30, 2009, Plaintiff Doral Bank Puerto Rico ("Doral Bank") filed the *Doral* Action, which presents similar allegations to this Action. (Dkt. No. 101 at 2-3; *see also* No. C09-1557MJP at Dkt. No. 1.) However, the *Doral* complaint set forth allegations arising out of a March 13, 2007 registration statement, which was not included in the PSLRA notice provided to potential class members. On November 19, 2009, Lead Plaintiff and plaintiff in the *Doral* Action filed a joint motion to consolidate the cases. Dkt. No. 101.

On December 18, 2009, the Court denied the joint motion for consolidation "without prejudice to revisit the issue after notice has been provided to potential Doral plaintiffs." Dkt. No. 118. The Court then directed Lead Plaintiff here to file an amended consolidated complaint. *Id*.

---

[1] On February 24, 2010, Lead Plaintiff circulated a proposed stipulation and agreed motion for leave to amend and to modify the scheduling order to all parties. While Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga consented to the filing of the stipulation; consent was not unanimous. Thus, Lead Plaintiff now files this motion.

MOTION (1) FOR LEAVE TO AMEND THE CONSOLIDATED COMPLAINT;
(2) TO DENY DEFENDANTS' PENDING MOTIONS AS MOOT AND WITHOUT
PREJUDICE; AND (3) TO MODIFY THE COURT'S SCHEDULING ORDER
Case No.: C09-0037 (MJP)         - 1 -

**SCOTT+SCOTT LLP**
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565

On December 31, 2009, Lead Plaintiff filed the operative complaint in this action setting forth federal and state securities claims based on false and misleading statements in the offering documents for 24 offerings of Certificates and deleting claims based on additional Certificates issued pursuant to the March 13, 2007 Registration Statement. Dkt. No. 130.

On January 28th and 29th, 2010, Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga, and the Appraiser and Ratings Agency Defendants filed their respective motions to dismiss (Dkt. Nos. 138, 144 and 146.) Lead Plaintiff's responses in opposition to these motions are due March 12, 2010. Dkt. No. 151.

On December 24, 2009, PSLRA notice of the *Doral* Action was published. On February 22, 2010, Doral Bank and one other party filed competing motions for appointment as lead plaintiff. The motions for lead plaintiff are noted for March 12, 2010. Within five days after the Court rules on the competing lead plaintiff motions, Lead Plaintiff will move to consolidate the *Doral* Action with this action.

## ARGUMENT

**A.　This Court Should Grant Leave to Amend**

　　**1.　The Nature of the Amendment**

Plaintiff brings this motion so that the claims raised in the *Doral* Action, and all the claims which Plaintiff proposes to plead in this action, can be consolidated in a single pleading and resolved on a consistent and efficient basis. Based upon the arguments and authorities included in the pending motions, and in a number of recent decisions impacting Plaintiff's claims (including by this Court), as well as facts learned from related litigations, Plaintiff proposes to withdraw certain claims, plead others, and supplement its factual allegations. Specifically, Plaintiff seeks leave to amend its claims in the following respects:

　　(1)　to withdraw all claims under the Securities Act of 1933, 15 U.S.C. §§77k (the "Securities Act") against Defendants The First American Corporation ("First

MOTION (1) FOR LEAVE TO AMEND THE CONSOLIDATED COMPLAINT;
(2) TO DENY DEFENDANTS' PENDING MOTIONS AS MOOT AND WITHOUT
PREJUDICE; AND (3) TO MODIFY THE COURT'S SCHEDULING ORDER
Case No.: C09-0037 (MJP)　　- 2 -

SCOTT+SCOTT LLP
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565

American") and eAppraiseIT, LLC ("eAppraiseIT") (collectively, the "Appraiser Defendants");

(2) to conform the Complaint to this Court's holding in its October 27, 2009 Order with respect to standing in the *In re Washington Mutual, Inc. Securities Litigation*, No. 2:08-md-1919 (MJP) (the "MDL Action"), by withdrawing allegations related to offerings of Certificates that were not purchased by named plaintiffs;

(3) to include additional facts, including, but not limited to, facts concerning the various Defendants' involvement in the marketing and sale of the WaMu Mortgage Pass-Through Certificates (the "Certificates");

(4) to allege a claim under 17 C.F.R. §240.10b-5 ("Rule 10b-5") against Defendants The McGraw-Hill Companies ("S&P") and Moody's Investors Service, Inc. ("Moody's") (collectively, the "Rating Agency Defendants");

(5) to allege claims under California's Unfair Competition Law ("UCL"), Business & Professions Code §17200 *et seq*. against the Appraiser Defendants.

**2.      The Standard for Granting Leave to Amend**

The decision to allow or disallow an amendment is committed to the sound discretion of the district court. *Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001). Accordingly, a motion for leave to amend must be decided upon the facts and circumstances of each particular case. *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir.1987).

Federal Rule of Civil Procedure 15(a) provides that a court "should freely give leave [to amend] when justice so requires." In interpreting this language, the Supreme Court and the Ninth Circuit have repeatedly held that Rule 15(a) expresses a strong presumption in favor of allowing parties to amend a complaint. *Foman v. Davis*, 371 U.S. 178, 181-82 (1962); *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003). As *Foman* explained:

MOTION (1) FOR LEAVE TO AMEND THE CONSOLIDATED COMPLAINT;
(2) TO DENY DEFENDANTS' PENDING MOTIONS AS MOOT AND WITHOUT
PREJUDICE; AND (3) TO MODIFY THE COURT'S SCHEDULING ORDER
Case No.: C09-0037 (MJP) - 3 -

**SCOTT+SCOTT LLP**
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565

> In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be "freely given."

*Foman*, 371 U.S. at 182.

<u>There is No Undue Delay, Bad Faith or Dilatory Motive in Seeking Leave to Amend</u>

Amendments are permitted where, as here, the delay was not caused by any lack of diligence on the plaintiff's part. *See, e.g., Coleman v. Quaker Oats Co.*, 232 F.3d 1271, 1294 (9th Cir. 2000) (the standard for considering proposed amendments after the scheduling order deadline "'primarily considers the diligence of the party seeking the amendment'") (citation omitted). Only on February 22, 2010, did the 60-day window for applying for lead plaintiff in the *Doral* Action close. Also, since the filing of this case, there have been a number of recent decisions bearing on Plaintiff's claims. *See, e.g.*, decisions entered in *In re Lehman Bros. Securities and ERISA Litigation*, No. 09 MD 2017, 2010 WL 337997 (S.D.N.Y. Feb. 1, 2010), and 2010 WL 545992 (S.D.N.Y. Feb. 17, 2010). With respect to the new claims Plaintiff seeks to add, the recent case of *Operating Local 649 Annuity Trust Fund v. Smith Barney Fund Management LLC*, No. 07-5125-cv, 2010 WL 520896 (2d Cir. Feb. 16, 2010) strengthens Plaintiff's position that Securities Exchange Act of 1934 claims against the Rating Companies based on their conflicts of interest are available, and *Yokoyama v. Midland Nat'l Life Ins. Co.*, No. 07-16825, 2010 WL 424817 (9th Cir. Feb. 8, 2010) has factored into Plaintiff's assessment that a class may be certified for the proposed California unfair competition and consumer claims.

<u>Granting Leave to Amend Would Cause no Undue Prejudice to Defendants</u>

In the Ninth Circuit, "it is the consideration of prejudice to the opposing party that carries the greatest weight." *Eminence Capital*, 316 F.3d at 1052. "Absent prejudice, or a strong showing of any of the remaining *Foman* factors, there exists a **presumption** under Rule 15(a) in favor of granting leave to amend." *Id*. (emphasis in original).

MOTION (1) FOR LEAVE TO AMEND THE CONSOLIDATED COMPLAINT;
(2) TO DENY DEFENDANTS' PENDING MOTIONS AS MOOT AND WITHOUT
PREJUDICE; AND (3) TO MODIFY THE COURT'S SCHEDULING ORDER
Case No.: C09-0037 (MJP) - 4 -

SCOTT+SCOTT LLP
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565

Here, as described above, should this lawsuit and the *Doral* Action be consolidated, both cases could be pled and briefed together, which would enhance efficiency and thereby benefit all parties and the Court.

**B.     This Court Should Deny All Defendants' Pending Motions as Moot and Adjust the Briefing Schedule**

To permit resolution of a single set of motions, the pending motions to dismiss should be denied without prejudice as moot and the current briefing schedule should be adjusted to provide for motions to be made on the Second Amended Consolidated Complaint. Because Plaintiff intends to withdraw certain claims, presumably Defendants will need to modify their motions, at least in part. To avoid unnecessary confusion and undue burden on the Court, one set of updated motions should be filed and resolved.

## CONCLUSION

For all the reasons stated above, Plaintiff's motion for leave to amend should be granted, all Defendants' pending motions should be denied without prejudice as moot and the briefing schedule should be modified in accordance with the attached proposed order.

Dated: February 25, 2010

Respectfully submitted,

**SCOTT+SCOTT LLP**
By:     /s/ Hal D. Cunningham
Hal D. Cunningham
Arthur L. Shingler III (admitted *pro hac vice*)
Hal D. Cunningham (admitted *pro hac vice*)
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
ashingler@scott-scott.com
hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted *pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

*Counsel for Lead Plaintiff and the Class*

MOTION (1) FOR LEAVE TO AMEND THE CONSOLIDATED COMPLAINT;
(2) TO DENY DEFENDANTS' PENDING MOTIONS AS MOOT AND WITHOUT
PREJUDICE; AND (3) TO MODIFY THE COURT'S SCHEDULING ORDER
Case No.: C09-0037 (MJP) - 5 -

**SCOTT+SCOTT LLP**
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ Nancy A. Pacharzina
Kim D. Stephens, WSBA #11984
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
kstephens@tousley.com
npacharzina@tousley.com

*Liaison Counsel for the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Joel P. Laitman (admitted *pro hac vice*)
Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
Kenneth M. Rehns (admitted *pro hac vice*)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
jlaitman@cohenmilstein.com
clometti@cohenmilstain.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com

Steven J. Toll
1100 New York Avenue, NW
Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com

*Additional Plaintiffs' Counsel*

MOTION (1) FOR LEAVE TO AMEND THE CONSOLIDATED COMPLAINT;
(2) TO DENY DEFENDANTS' PENDING MOTIONS AS MOOT AND WITHOUT
PREJUDICE; AND (3) TO MODIFY THE COURT'S SCHEDULING ORDER
Case No.: C09-0037 (MJP) - 6 -

**SCOTT+SCOTT LLP**
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ramzi Abadou  - rabadou@btkmc.com,knguyen@btkmc.com

Naumon A. Amjed - namjed@btkmc.com,rcordisco@btkmc.com

Michael H. Barr - mbarr@sonnenschein.com

Walter Eugene Barton
gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman
steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

Frank Busch - frank.busch@bingham.com,frank.downing@bingham.com

Steven P. Caplow - stevencaplow@dwt.com,belenjohnson@dwt.com

Kevin P. Chavous - kchavous@sonnenschein.com

Hal D. Cunningham - hcunningham@scott-scott.com

Kerry F. Cunningham  - kerry.cunningham@dlapiper.com

Leslie D. Davis - ldavis@sonnenschein.com

Corey E. Delaney
corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,
lorna.bernard@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joseph A. Fonti
jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Jonathan Gardner - jgardner@labaton.com

Joseph P. Guglielmo
jguglielmo@scott-scott.com,efile@scott-scott.com

MOTION (1) FOR LEAVE TO AMEND THE CONSOLIDATED COMPLAINT;
(2) TO DENY DEFENDANTS' PENDING MOTIONS AS MOOT AND WITHOUT
PREJUDICE; AND (3) TO MODIFY THE COURT'S SCHEDULING ORDER
Case No.: C09-0037 (MJP) - 7 -

**SCOTT+SCOTT LLP**
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565

| | |
|---|---|
| 1 | Richard F. Hans |
| 2 | richard.hans@dlapiper.com,dorinda.castro@dlapiper.com |
| 3 | David Daniel Hoff - dhoff@tousley.com,efile@tousley.com |
| 4 | Christopher M. Huck |
| 5 | Christopher.huck@dlapiper.com,karen.hansen@dlapiper.com |
| 6 | Julie Hwang |
|   | jhwang@labaton.com,ElectronicCaseFiling@labaton.com |
| 7 | Reed R. Kathrein  - reed@hbsslaw.com,sf_filings@hbsslaw.com |
| 8 | |
|   | Stellman Keehnel |
| 9 | stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com |
| 10 | John A. Kehoe |
| 11 | rabadou@btkmc.com,rcordisco@btkmc.com,bsharma@btkmc.com, jkehoe@btkmc.com |
| 12 | Joel P. Laitman - jlaitman@cohenmilstein.com |
| 13 | Bruce Earl Larson - blarson@karrtuttle.com,psteinfeld@karrtuttle.com |
| 14 | Mike Liles, Jr. - mliles@karrtuttle.com |
| 15 | Christopher E. Lometti - clometti@cohenmilstein.com |
| 16 | Bradley T. Meissner  - bradley.meissner@dlapiper.com |
| 17 | Timothy Michael Moran |
| 18 | moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 19 | Sharan Nirmul - snirmul@btkmc.com,rcordisco@btkmc.com |
| 20 | Lauren Wagner Pederson   lpederson@btkmc.com,rcordisco@btkmc.com |
| 21 | Erik D. Peterson |
| 22 | epeterson@btkmc.com,knguyen@btkmc.com |
| 23 | Kenneth J. Pfaehler |
|    | kpfaehler@sonnenschein.com,nreeber@sonnenschein.com |
| 24 | Daniel B. Rehns - drehns@cohenmilstein.com |
| 25 | Serena Richardson |
| 26 | srichardson@labaton.com,ElectronicCaseFiling@labaton.com |
| 27 | Rogelio Omar Riojas |

MOTION (1) FOR LEAVE TO AMEND THE CONSOLIDATED COMPLAINT;
(2) TO DENY DEFENDANTS' PENDING MOTIONS AS MOOT AND WITHOUT
PREJUDICE; AND (3) TO MODIFY THE COURT'S SCHEDULING ORDER
Case No.: C09-0037 (MJP)                - 8 -

SCOTT+SCOTT LLP
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565

omar.riojas@dlapiper.com,nina.marie@dlapiper.com

Stephen M. Rummage
steverummage@dwt.com,jeannecadley@dwt.com

Hollis Lee Salzman
hsalzman@labaton.com,ElectronicCaseFiling@labaton.com

Paul Scarlato
pscarlato@labaton.com,ElectronicCaseFiling@labaton.com

Frank R. Schirripa - frank@spornlaw.com

Bharati O. Sharma
bsharma@btkmc.com,rcordisco@btkmc.com

Arthur L. Shingler
ashingler@scott-scott.com,cmcgowan@scott-scott.com,efile@scott-scott.com

Kim D. Stephens - kstephens@tousley.com,bkinsey@tousley.com

Robert D. Stewart
stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Dennis H. Walters
dwalters@karrtuttle.com,wbarker@karrtuttle.com

DATED this 25th day of February, 2010 at San Diego, California.

By: /s/  Hal D.Cunningham
Hal D. Cunningham (*Pro Hac Vice*)
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
*hcunningham@scott-scott.com*

MOTION (1) FOR LEAVE TO AMEND THE CONSOLIDATED COMPLAINT;
(2) TO DENY DEFENDANTS' PENDING MOTIONS AS MOOT AND WITHOUT
PREJUDICE; AND (3) TO MODIFY THE COURT'S SCHEDULING ORDER
Case No.: C09-0037 (MJP) - 9 -

SCOTT+SCOTT LLP
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565