Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*,<br><br>    Defendants. | Case No. C09-0037 MJP<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO AMEND THE FIRST AMENDED CONSOLIDATED COMPLAINT, DENYING PENDING MOTIONS WITHOUT PREJUDICE AS MOOT, AND MODIFYING THE COURT'S SCHEDULING ORDER** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, *et al.,*<br><br>    Defendants. | |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, *et* al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE FIRST AMERICAN CORPORATION, *et al.*,<br><br>    Defendants. | |

[PROPOSED] ORDER
Case No.: C09-0037 (MJP)

**SCOTT+SCOTT LLP**
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565

WHEREAS, Plaintiff Chicago PABF will file a motion for consolidation of this action with *Doral Bank Puerto Rico v. Washington Mutual Asset Acceptance Corp.,* No. C09-1557 (MJP) (hereinafter the "*Doral* Action") within five (5) days after the Court rules on the respective motions for appointment as lead plaintiff filed in that action;

WHEREAS, Plaintiff has requested leave to amend the Amended Consolidated Complaint (the "Complaint") until the Court determines whether to permit consolidation of this action with a related action, *Doral Bank Puerto Rico v. Washington Mutual Asset Acceptance Corp.,* No. C09-1557 (MJP) (hereinafter the "*Doral* Action");

WHEREAS, Plaintiff seeks to amend and supplement its allegations in the Complaint to take into account recent legal decisions and new facts learned from related litigation and other sources, and to address matters raised by the Defendants in their pending motions;

WHEREAS, the filing of a new complaint may cause Defendants to modify the positions taken in their pending motions for dismissal;

WHEREAS, the interests of efficiency and consistency will be served by having a single consolidated complaint raising all issues, and a single set of motions to dismiss;

THEREFORE, IT IS HEREBY ORDERED:

(A)  Plaintiff shall be granted leave to amend in the following respects:

    (1)  to withdraw all claims under the Securities Act of 1933 against Defendants The First American Corporation ("First American") and eAppraiseIT, LLC ("eAppraiseIT") (collectively, the "Appraiser Defendants");

    (2)  to conform the Complaint to this Court's reasoning in its October 27, 2009 Order with respect to standing in the *In re Washington Mutual, Inc. Securities Litigation*, No. 2:08-md-1919 (MJP) (the "MDL Action"), by withdrawing allegations related to offerings of Certificates that were not purchased by named plaintiffs;

    (3)  to include additional facts, including, but not limited to, facts concerning the various Defendants' involvement in the marketing and sale of the WaMu

[PROPOSED] ORDER
Case No.: C09-0037 (MJP) - 1 -

SCOTT+SCOTT LLP
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565

Mortgage Pass-Through Certificates (the "Certificates");

(4) to allege a claim under 17 C.F.R. §240.10b-5 ("Rule 10b-5") against Defendants The McGraw-Hill Companies ("S&P") and Moody's Investors Service, Inc. ("Moody's") (collectively, the "Rating Agency Defendants"); and

(5) to allege claims under California's Unfair Competition Law ("UCL") Business & Professions Code §17200 *et seq.* against the Appraiser Defendants.

(B) Defendants' motions to dismiss are denied as moot, without prejudice, and Defendants shall move to dismiss or answer the Second Amended Consolidated Complaint as provided below.

(C) This Court's Order of December 18, 2009 (Dkt. No. 188) is modified in the following respects:

1. Lead Plaintiff shall file a Second Amended Consolidated Class Action Complaint 30 days after this Court issues an order on the motion for Lead Plaintiff and Motion to Consolidate in the *Doral* Action;

2. Defendants shall answer or file their motions to dismiss the Second Amended Consolidated Class Action Complaint 30 days after the complaint is filed;

3. Lead Plaintiff's responses to motions to dismiss shall be due 30 days after Defendants' motions; and

4. Defendants shall file reply briefs, and any such motions shall be noted for consideration, 14 days after Lead Plaintiff's responses are filed.

(D) Consistent with this Court's prior orders, the Washington Mutual Defendants may collectively file one omnibus motion in response to the complaint limited to 48 pages, and the Ratings Agency Defendants may also file one omnibus motion limited to 48 pages.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2010.

_____
The Honorable Marsha J. Pechman
United States District Court Judge

[PROPOSED] ORDER
Case No.: C09-0037 (MJP) - 2 -

SCOTT+SCOTT LLP
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ramzi Abadou - rabadou@btkmc.com,knguyen@btkmc.com

Naumon A. Amjed - namjed@btkmc.com,rcordisco@btkmc.com

Michael H. Barr - mbarr@sonnenschein.com

Walter Eugene Barton
gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman
steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

Frank Busch - frank.busch@bingham.com,frank.downing@bingham.com

Steven P. Caplow - stevencaplow@dwt.com,belenjohnson@dwt.com

Kevin P. Chavous - kchavous@sonnenschein.com

Hal D. Cunningham - hcunningham@scott-scott.com

Kerry F. Cunningham - kerry.cunningham@dlapiper.com

Leslie D. Davis - ldavis@sonnenschein.com

Corey E. Delaney
corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,
lorna.bernard@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joseph A. Fonti
jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Jonathan Gardner - jgardner@labaton.com

Joseph P. Guglielmo
jguglielmo@scott-scott.com,efile@scott-scott.com

[PROPOSED] ORDER
Case No.: C09-0037 (MJP)    - 3 -

SCOTT+SCOTT LLP
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565

| | |
|---|---|
| 1 | Richard F. Hans |
| 2 | richard.hans@dlapiper.com,dorinda.castro@dlapiper.com |
| 3 | David Daniel Hoff - dhoff@tousley.com,efile@tousley.com |
| 4 | Christopher M. Huck |
| 5 | Christopher.huck@dlapiper.com,karen.hansen@dlapiper.com |
| 6 | Julie Hwang |
| | jhwang@labaton.com,ElectronicCaseFiling@labaton.com |
| 7 | Reed R. Kathrein - reed@hbsslaw.com,sf_filings@hbsslaw.com |
| 8 | |
| 9 | Stellman Keehnel |
| | stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com |
| 10 | John A. Kehoe |
| 11 | rabadou@btkmc.com,rcordisco@btkmc.com,bsharma@btkmc.com, jkehoe@btkmc.com |
| 12 | Joel P. Laitman - jlaitman@cohenmilstein.com |
| 13 | Bruce Earl Larson - blarson@karrtuttle.com,psteinfeld@karrtuttle.com |
| 14 | Mike Liles, Jr. - mliles@karrtuttle.com |
| 15 | Christopher E. Lometti - clometti@cohenmilstein.com |
| 16 | Bradley T. Meissner - bradley.meissner@dlapiper.com |
| 17 | Timothy Michael Moran |
| 18 | moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 19 | Sharan Nirmul - snirmul@btkmc.com,rcordisco@btkmc.com |
| 20 | Lauren Wagner Pederson   lpederson@btkmc.com,rcordisco@btkmc.com |
| 21 | Erik D. Peterson |
| 22 | epeterson@btkmc.com,knguyen@btkmc.com |
| 23 | Kenneth J. Pfaehler |
| | kpfaehler@sonnenschein.com,nreeber@sonnenschein.com |
| 24 | Daniel B. Rehns - drehns@cohenmilstein.com |
| 25 | |
| 26 | Serena Richardson |
| | srichardson@labaton.com,ElectronicCaseFiling@labaton.com |
| 27 | Rogelio Omar Riojas |
| 28 | omar.riojas@dlapiper.com,nina.marie@dlapiper.com |

[PROPOSED] ORDER
Case No.: C09-0037 (MJP) - 4 -

SCOTT+SCOTT LLP
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565

Stephen M. Rummage
steverummage@dwt.com,jeannecadley@dwt.com

Hollis Lee Salzman
hsalzman@labaton.com,ElectronicCaseFiling@labaton.com

Paul Scarlato
pscarlato@labaton.com,ElectronicCaseFiling@labaton.com

Frank R. Schirripa - frank@spornlaw.com

Bharati O. Sharma
bsharma@btkmc.com,rcordisco@btkmc.com

Arthur L. Shingler
ashingler@scott-scott.com,cmcgowan@scott-scott.com,efile@scott-scott.com

Kim D. Stephens - kstephens@tousley.com,bkinsey@tousley.com

Robert D. Stewart
stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Dennis H. Walters
dwalters@karrtuttle.com,wbarker@karrtuttle.com

DATED this 25th day of February, 2010 at San Diego, California.

By: /s/ Hal D.Cunningham
Hal D. Cunningham (*pro hac vice*)
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
hcunningham@scott-scott.com

[PROPOSED] ORDER
Case No.: C09-0037 (MJP) - 5 -

**SCOTT+SCOTT LLP**
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565