**HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, et al.,<br><br>Defendants. | NO. 2:09-cv-00037-MJP<br><br>**STIPULATION, AGREED MOTION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS; AND WITHDRAWING LEAD PLAINTIFF'S MOTION TO AMEND THE CONSOLIDATED COMPLAINT**<br><br>**Noted on Motion Calendar: March 4, 2010** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>Defendants. | No. 2:09-cv-00134-RSM |

STIPULATION, AGREED MOTION AND [PROPOSED]
ORDER
(NO. 2:09-CV-0037-MJP) - 1
4898/001/232709.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# I. STIPULATION AND AGREED MOTION

In the interest of litigating this action and *Doral Bank Puerto Rico v. Washington Mutual Asset Acceptance Corp., et al,* Case No. 09-cv-01557(MJP) (the "*Doral Action*"), the parties, pursuant to Local Rule 7(d)(1) and 10(g), jointly request the Court extend the deadlines for Defendants to respond to Lead Plaintiff's current Motion to Amend the Complaint (Dkt. No. 152) and for Lead Plaintiff to respond to Defendants' pending Motions to Dismiss (Dkt. Nos. 138, 144, and 146) and modify the scheduling order in this case as follows:

(1) Plaintiff's current Motion to Amend the Complaint, noted for March 5, 2010 (Dkt. No. 152), is withdrawn without prejudice.

(2) Any motion to consolidate this action with the Doral Action (the "Motion to Consolidate") will be filed within 14 days after the Court rules on the Motions for Appointment of Lead Plaintiff in the Doral Action.

(3) Lead Plaintiff in this action will file a motion to amend the Consolidated Class Action Complaint that attaches the proposed amended complaint (the "Motion to Amend"), within thirty (30) days after the Court rules on the Motion to Consolidate;

(4) Within thirty (30) days after the Court rules on the Motion to Amend, either

   (a) if the Motion to Amend is granted, Defendants will answer or otherwise respond to the amended consolidated complaint and their pending Motions to Dismiss (Dkt. Nos. 138, 144, and 146) will be withdrawn as moot; or

   (b) if the Motion to Amend is denied, Lead Plaintiff in this action will respond to Defendants' pending Motions to Dismiss.

(5) If the Court does not grant this joint motion, Plaintiff's current Motion to Amend the Complaint will be re-noted, and Defendants will respond to it in accordance with the Court's Local Rules.

The Parties agree that this request for extension is justified in light of the upcoming March 18, 2010 hearing on appointment of a lead plaintiff in the *Doral Action* and by Lead

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 2
4898/001/232709.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Plaintiff's desire to move to amend the complaint in this action with a proposed amended complaint attached to such motion.

Respectfully submitted this 4th day of March by:

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC** | **DLA PIPER LLP (US)** |
| By: /s/ Nancy A. Pacharzina | By: /s/ Bradley T. Meissner |
| Nancy A. Pacharzina, WSBA #25946 | Stellman Keehnel, WSBA No. 9309 |
| Kim D. Stephens, WSBA #11984 | Christopher M. Huck, WSBA No. 34104 |
| 1700 Seventh Avenue, Suite 2200 | R. Omar Riojas, WSBA No. 35400 |
| Seattle, Washington 98101 | Bradley T. Meissner, WSBA No. 39592 |
| Telephone: (206) 682-5600 | 701 Fifth Avenue, Suite 7000 |
| Facsimile: (206) 682-2992 | Seattle, Washington 98104 |
| *kstephens@tousley.com* | Tel: (206) 839-4800 |
| | Fax: (206) 839-4801 |
| *Liaison Counsel for the Class* | |
| | Richard F. Hans (admitted pro hac vice) |
| **SCOTT+SCOTT LLP** | Kerry F. Cunningham (admitted pro hac vice) |
| Hal D. Cunningham | |
| Arthur L. Shingler III (admitted pro hac vice) | Corey Elanor Delaney (admitted pro hac vice) |
| Hal D. Cunningham (admitted pro hac vice) | 1251 Avenue of the Americas |
| 600 B Street, Suite 1500 | 27th Floor |
| San Diego, California 92101 | New York, New York 10020-1104 |
| Telephone: (619) 233-4565 | Tel: (212) 335-4500 |
| Facsimile: (619) 233-0508 | Fax: (212) 335-4501 |
| ashingler@scott-scott.com | |
| hcunningham@scott-scott.com | *Counsel for Defendants The First American Corporation and eAppraiseIT, LLC* |
| Joseph P. Guglielmo (admitted pro hac vice) | |
| 500 Fifth Avenue, 40th Floor | |
| New York, New York 10110 | |
| Telephone: (212) 223-6444 | |
| Facsimile: (212) 223-6334 | |
| jguglielmo@scott-scott.com | |
| | |
| *Counsel for Lead Plaintiff and the Class* | |

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 3
4898/001/232709.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | | |
|---|---|---|
| 1 | **COHEN MILSTEIN SELLERS & TOLL PLLC** | **BINGHAM McCUTCHEN LLP**<br>By: /s/ John D. Pernick |
| 2 | Joel P. Laitman (admitted pro hac vice) | David M. Balabanian (admitted pro hac vice) |
| 3 | Christopher Lometti (admitted pro hac vice)<br>Daniel B. Rehns (admitted pro hac vice) | John D. Pernick (admitted pro hac vice)<br>Frank Busch (admitted pro hac vice) |
| 4 | Kenneth M. Rehns (admitted pro hac vice)<br>150 East 52nd Street, Thirtieth Floor | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 5 | New York, New York 10022<br>Telephone: (212) 838-7797 | Tel: (415) 393-2000<br>Fax: (415) 393-2286 |
| 6 | Facsimile: (212) 838-7745 | |
| 7 | jlaitman@cohenmilstein.com<br>clometti@cohenmilstain.com | *Counsel for Defendants WaMu Asset Acceptance Corporation, WaMu Capital* |
| 8 | drehns@cohenmilstein.com<br>krehns@cohenmilstein.com | *Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane* |
| 9 | | *Novak, Rolland Jurgens, Richard Careaga,* |
| 10 | Steven J. Toll<br>1100 New York Avenue, NW, Suite 500 | *Thomas Lehmann, Stephen Fortunato and Donald Wilhelm* |
| 11 | West<br>Washington, D.C. 20005 | **RIDDELL WILLIAMS P.S.** |
| 12 | Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 | By: /s/ Gavin W. Skok<br>Paul J. Kundtz, WSBA #13548 |
| 13 | stoll@cohenmilstein.com | Gavin W. Skok, WSBA #29766<br>Paul J. Kundtz |
| 14 | *Additional Plaintiffs' Counsel* | 1001 Fourth Avenue<br>Suite 4500 |
| 15 | | Seattle, Washington 98154-1192 |
| 16 | | Tel: (206) 624-3600 |
| 17 | | **CAHILL GORDON & REINDEL LLP** |
| 18 | | Floyd Abrams (admitted pro hac vice)<br>Adam Zurofsky (admitted pro hac vice) |
| 19 | | Tammy L. Roy (admitted pro hac vice)<br>80 Pine Street |
| 20 | | New York, New York 10005<br>Tel: (212) 701-3000 |
| 21 | | Fax: (212) 269-5420 |
| 22 | | *Counsel for The McGraw-Hill Companies,* |
| 23 | | *Inc.* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 4
4898/001/232709.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

**LANE POWELL PC**
By: /s/ Larry S. Ganges
Larry S. Gangnes, WSBA #8118
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2339
Tel: (206) 223-7000
Fax: (206) 223-7107
gangnesl@lanepowell.com

**SATTERLEE STEPHENS BURKE & BURKE LLP**
Joshua M. Rubins (admitted pro hac vice)
James J. Coster (admitted pro hac vice)
230 Park Avenue, Suite 1130
New York, New York 10169
Tel: (212) 818-9200
Fax: (212) 818-9606

*Counsel for Moody's Investors Service, Inc.*

## II. [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated this ___ day of March, 2010.

_____
The Honorable Marsha J. Pechman
United States District Court Judge

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 5
4898/001/232709.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below.

Adam Zurofsky     azurofsky@cahill.com

Andrew B Brettler     abrettler@stblaw.com

Arthur L Shingler     ashingler@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager     bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner     bradley.meissner@dlapiper.com

Brian C Free     bcf@hcmp.com, gcp@hcmp.com

Bruce Earl Larson     blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti     clometti@cohenmilstein.com

Christopher M Huck     Christopher.huck@dlapiper.com, karen.hansen@dlapiper.com

Corey E Delaney     corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel B Rehns     drehns@cohenmilstein.com

David Daniel Hoff     dhoff@tousley.com, efile@tousley.com

David M Balabanian     david.balabanian@bingham.com

Dennis H Walters     dwalters@karrtuttle.com, wbarker@karrtuttle.com

Floyd Abrams     fabrams@cahill.com

Frank Busch     frank.busch@bingham.com, frank.downing@bingham.com

Gavin Williams Skok     gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

Hal D Cunningham     hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Hollis Lee Salzman (Terminated)     hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

STIPULATION, AGREED MOTION AND [PROPOSED]
ORDER
(NO. 2:09-CV-0037-MJP) - 6
4898/001/232709.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 2 | Joel P Laitman     jlaitman@cohenmilstein.com |
| 3 | John D Lowery     jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 4 | John D Pernick     john.pernick@bingham.com |
| 5 | Jonathan Gardner     jgardner@labaton.com |
| 6 | Joseph A. Fonti (Terminated)     jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 7 | Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com |
| 8 | Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 9 | Julie Hwang (Terminated)     jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 10 | Kenneth J Pfaehler     kpfaehler@sonnenschein.com, nreeber@sonnenschein.com |
| 11 | Kenneth M Rehns     krehns@cohenmilstein.com |
| 12 | Kerry F Cunningham     kerry.cunningham@dlapiper.com |
| 13 | Kevin P Chavous     kchavous@sonnenschein.com |
| 14 | Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, kzajac@tousley.com |
| 15 | Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, |
| 16 | donnellyjossm@lanepowell.com, sebringl@lanepowell.com |
| 17 | Leslie D Davis     ldavis@sonnenschein.com |
| 18 | Louis David Peterson     ldp@hcmp.com, smp@hcmp.com |
| 19 | Mary Kay Vyskocil     mvyskocil@stblaw.com |
| 20 | Michael H. Barr     mbarr@sonnenschein.com |
| 21 | Mike Liles , Jr     mliles@karrtuttle.com |
| 22 | Nancy A Pacharzina     npacharzina@tousley.com, kzajac@tousley.com |
| 23 | Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 24 | Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, |
| 25 | mdowns@riddellwilliams.com |
| 26 | Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 27 | |

STIPULATION, AGREED MOTION AND [PROPOSED]
ORDER
(NO. 2:09-CV-0037-MJP) - 7
4898/001/232709.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

| | |
|---|---|
| 1 | Robert D Stewart     stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 2 | Robert J Pfister     rpfister@stblaw.com |
| 3 | Rogelio Omar Riojas     omar.riojas@dlapiper.com, nina.marie@dlapiper.com |
| 4 | Serena Richardson (Terminated)     srichardson@labaton.com, |
| 5 | ElectronicCaseFiling@labaton.com |
| 6 | Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 7 | Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com |
| 8 | Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com |
| 9 | Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 10 | Steven P Caplow     stevencaplow@dwt.com, belenjohnson@dwt.com |
| 11 | Tammy Roy     troy@cahill.com |
| 12 | Timothy Michael Moran     moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 13 | Walter Eugene Barton     gbarton@karrtuttle.com, danderson@karrtuttle.com, |
| 14 | nrandall@karrtuttle.com |

                               /s/ Nancy A. Pacharzina
                              Nancy A. Pacharzina, WSBA #25946
                              Kim D. Stephens, P.S., WSBA #11984
                              Email: kstephens@tousley.com
                              Liaison Counsel for the Class
                              TOUSLEY BRAIN STEPHENS PLLC
                              1700 Seventh Avenue, Suite 2200
                              Seattle, Washington 98101-4416
                              Tele:    206.682.5600
                              Fax:    206.682.2992

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 8
4898/001/232709.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992