**HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, et al.,<br><br>Defendants. | NO. 2:09-cv-00037-MJP<br><br>**REVISED STIPULATION, AGREED MOTION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS; AND WITHDRAWING LEAD PLAINTIFF'S MOTION TO AMEND THE CONSOLIDATED COMPLAINT**<br><br>**Noted on Motion Calendar: March 9, 2010** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>Defendants. | No. 2:09-cv-00134-RSM |

REVISED STIPULATION, AGREED MOTION AND
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 1
4898/001/232769.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# I. STIPULATION AND AGREED MOTION

Pursuant to the Court's order of March 8, 2010 (Dkt No. 154), the parties have revised the prior filed stipulation (Dkt. No. 153) to address the concerns of the Court. The parties now, in the interest of litigating this action and *Doral Bank Puerto Rico v. Washington Mutual Asset Acceptance Corp., et al,* Case No. 09-cv-01557(MJP) (the "*Doral Action*"), and pursuant to Local Rule 7(d)(1) and 10(g), jointly request the Court extend the deadlines for Defendants to respond to Lead Plaintiff's current Motion to Amend the Complaint (Dkt. No. 152) and for Lead Plaintiff to respond to Defendants' pending Motions to Dismiss (Dkt. Nos. 138, 144, and 146) and modify the scheduling order in this case as follows:

(1) Plaintiff's current Motion to Amend the Complaint, noted for March 5, 2010 (Dkt. No. 152), is withdrawn without prejudice.

(2) Any motion to consolidate this action with the Doral Action (the "Motion to Consolidate") will be filed the day after the Court rules on the Motions for Appointment of Lead Plaintiff in the Doral Action.

(3) Lead Plaintiff in this action will file a motion to amend the Consolidated Class Action Complaint with the proposed amended complaint attached (the "Motion to Amend"), no later than fourteen (14) days after the Court rules on the Motion to Consolidate—Lead Plaintiff ~~here~~ will make every effort to facilitate the filing of the Motion to Amend and the proposed amended consolidated complaint sooner tha~~e~~n the proposed deadline, but the collective Plaintiffs may require the full two weeks to work together to ~~may be required for the parties to~~ fully determine the scope of securities covered and the specific claims to be asserted in a consolidated complaint;

(4) Within thirty (30) days after the Court rules on the Motion to Amend, either

(a) if the Motion to Amend is granted, Defendants will answer or otherwise respond to the amended consolidated complaint and their pending Motions to Dismiss (Dkt. Nos. 138, 144, and 146) will be withdrawn as moot; or

REVISED STIPULATION, AGREED MOTION AND
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 2
4898/001/232769.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

(b) if the Motion to Amend is denied, Lead Plaintiff in this action will respond to Defendants' pending Motions to Dismiss.

(5) If the Court does not grant this joint motion, Plaintiff's current Motion to Amend the Complaint will be re-noted, and Defendants will respond to it in accordance with the Court's Local Rules. Similarly, the deadlines for Lead Plaintiff to respond to Defendants' current Motions to Dismiss are extended until the Court decides Plaintiff's current Motion to Amend. If the current Motion to Amend is denied, Plaintiff will file its responses to the current Motions to Dismiss within ~~twenty-one~~fourteen (14~~21~~ days ) and Defendants will file replies within fourteen (14) days thereafter; if the Motion to Amend is granted the Court will set a schedule for Defendants to answer or brief motions to dismiss.

The Parties agree this request for extension is justified (1) in light of the upcoming March 18, 2010 hearing on appointment of a lead plaintiff in the *Doral Action* and the associated potential to avoid duplicate briefing; and, (2) as more fully addressed in Lead Plaintiffs' Motion to Amend, Lead Plaintiff's desire to move to amend the complaint in this action (with a proposed amended complaint attached) to reflect ~~very~~ recent~~, relevant~~ court decisions that Lead Plaintiff believes are relevant to this case ~~and thus~~ such that amendment now may ~~potentially~~ avoid multiple, sequential motions to dismiss in this action.

Respectfully submitted this 9~~4~~th day of March by:

| | |
|---|---|
| **TOUSLEY BRAIN STEPHENS PLLC**<br>By: /s/ Nancy A. Pacharzina<br>Nancy A. Pacharzina, WSBA #25946<br>Kim D. Stephens, WSBA #11984<br>1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101<br>Telephone: (206) 682-5600<br>Facsimile: (206) 682-2992<br>kstephens@tousley.com<br><br>*Liaison Counsel for the Class* | **DLA PIPER LLP (US)**<br>By: /s/ Bradley T. Meissner<br>Stellman Keehnel, WSBA No. 9309<br>Christopher M. Huck, WSBA No. 34104<br>R. Omar Riojas, WSBA No. 35400<br>Bradley T. Meissner, WSBA No. 39592<br>701 Fifth Avenue, Suite 7000<br>Seattle, Washington 98104<br>Tel: (206) 839-4800<br>Fax: (206) 839-4801 |

REVISED STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 3
4898/001/232769.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| **SCOTT+SCOTT LLP**<br>Hal D. Cunningham<br>Arthur L. Shingler III (admitted pro hac vice)<br>Hal D. Cunningham (admitted pro hac vice)<br>600 B Street, Suite 1500<br>San Diego, California 92101<br>Telephone: (619) 233-4565<br>Facsimile: (619) 233-0508<br>ashingler@scott-scott.com<br>hcunningham@scott-scott.com<br><br>Joseph P. Guglielmo (admitted pro hac vice)<br>500 Fifth Avenue, 40th Floor<br>New York, New York 10110<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334<br>jguglielmo@scott-scott.com<br><br>*Counsel for Lead Plaintiff and the Class*<br><br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>Joel P. Laitman (admitted pro hac vice)<br>Christopher Lometti (admitted pro hac vice)<br>Daniel B. Rehns (admitted pro hac vice)<br>Kenneth M. Rehns (admitted pro hac vice)<br>150 East 52nd Street, Thirtieth Floor<br>New York, New York 10022<br>Telephone: (212) 838-7797<br>Facsimile: (212) 838-7745<br>jlaitman@cohenmilstein.com<br>clometti@cohenmilstain.com<br>drehns@cohenmilstein.com<br>krehns@cohenmilstein.com<br><br>Steven J. Toll<br>1100 New York Avenue, NW, Suite 500 West<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 | Richard F. Hans (admitted pro hac vice)<br>Kerry F. Cunningham (admitted pro hac vice)<br>Corey Elanor Delaney (admitted pro hac vice)<br>1251 Avenue of the Americas<br>27th Floor<br>New York, New York 10020-1104<br>Tel: (212) 335-4500<br>Fax: (212) 335-4501<br><br>*Counsel for Defendants The First American Corporation and eAppraiseIT, LLC*<br><br>**BINGHAM McCUTCHEN LLP**<br>By: /s/ John D. Pernick<br>David M. Balabanian (admitted pro hac vice)<br>John D. Pernick (admitted pro hac vice)<br>Frank Busch (admitted pro hac vice)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Tel: (415) 393-2000<br>Fax: (415) 393-2286<br><br>*Counsel for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens, Richard Careaga, Thomas Lehmann, Stephen Fortunato and Donald Wilhelm*<br><br>**RIDDELL WILLIAMS P.S.**<br>By: /s/ Gavin W. Skok<br>Paul J. Kundtz, WSBA #13548<br>Gavin W. Skok, WSBA #29766<br>Paul J. Kundtz<br>1001 Fourth Avenue<br>Suite 4500<br>Seattle, Washington 98154-1192<br>Tel: (206) 624-3600 |

REVISED STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 4
4898/001/232769.1

| | |
|---|---|
| 1 | stoll@cohenmilstein.com |
| 2 | *Additional Plaintiffs' Counsel* |
| 3 | **CAHILL GORDON & REINDEL LLP** |
| 4 | Floyd Abrams (admitted pro hac vice) |
| | Adam Zurofsky (admitted pro hac vice) |
| 5 | Tammy L. Roy (admitted pro hac vice) |
| | 80 Pine Street |
| 6 | New York, New York 10005 |
| 7 | Tel: (212) 701-3000 |
| | Fax: (212) 269-5420 |
| 8 | |
| | *Counsel for The McGraw-Hill Companies, Inc.* |
| 9 | |
| 10 | **LANE POWELL PC** |
| 11 | By: /s/ Larry S. Ganges |
| | Larry S. Gangnes, WSBA #8118 |
| 12 | 1420 Fifth Avenue, Suite 4100 |
| | Seattle, WA 98101-2339 |
| 13 | Tel: (206) 223-7000 |
| 14 | Fax: (206) 223-7107 |
| | gangnesl@lanepowell.com |
| 15 | |
| | **SATTERLEE STEPHENS BURKE & BURKE LLP** |
| 16 | Joshua M. Rubins (admitted pro hac vice) |
| 17 | James J. Coster (admitted pro hac vice) |
| | 230 Park Avenue, Suite 1130 |
| 18 | New York, New York 10169 |
| 19 | Tel: (212) 818-9200 |
| | Fax: (212) 818-9606 |
| 20 | |
| | *Counsel for Moody's Investors Service, Inc.* |

## II. [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated this ___ day of March, 2010.

REVISED STIPULATION, AGREED MOTION AND
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 5
4898/001/232769.1

The Honorable Marsha J. Pechman
United States District Court Judge

REVISED STIPULATION, AGREED MOTION AND
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 6
4898/001/232769.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below.

Adam Zurofsky    azurofsky@cahill.com

Andrew B Brettler    abrettler@stblaw.com

Arthur L Shingler    ashingler@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager    bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner    bradley.meissner@dlapiper.com

Brian C Free    bcf@hcmp.com, gcp@hcmp.com

Bruce Earl Larson    blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti    clometti@cohenmilstein.com

Christopher M Huck    Christopher.huck@dlapiper.com, karen.hansen@dlapiper.com

Corey E Delaney    corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel B Rehns    drehns@cohenmilstein.com

David Daniel Hoff    dhoff@tousley.com, efile@tousley.com

David M Balabanian    david.balabanian@bingham.com

Dennis H Walters    dwalters@karrtuttle.com, wbarker@karrtuttle.com

Floyd Abrams    fabrams@cahill.com

Frank Busch    frank.busch@bingham.com, frank.downing@bingham.com

Gavin Williams Skok    gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

Hal D Cunningham    hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Hollis Lee Salzman (Terminated)    hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

REVISED STIPULATION, AGREED MOTION AND
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 7
4898/001/232769.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

| | |
|---|---|
| 1 | James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 2 | Joel P Laitman     jlaitman@cohenmilstein.com |
| 3 | John D Lowery     jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 4 | John D Pernick     john.pernick@bingham.com |
| 5 | Jonathan Gardner     jgardner@labaton.com |
| 6 | Joseph A. Fonti (Terminated)     jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 7 | Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com |
| 8 | Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 9 | Julie Hwang (Terminated)     jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 10 | Kenneth J Pfaehler     kpfaehler@sonnenschein.com, nreeber@sonnenschein.com |
| 11 | Kenneth M Rehns     krehns@cohenmilstein.com |
| 12 | Kerry F Cunningham     kerry.cunningham@dlapiper.com |
| 13 | Kevin P Chavous     kchavous@sonnenschein.com |
| 14 | Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, kzajac@tousley.com |
| 15 | Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, |
| 16 | donnellyjossm@lanepowell.com, sebringl@lanepowell.com |
| 17 | Leslie D Davis     ldavis@sonnenschein.com |
| 18 | Louis David Peterson     ldp@hcmp.com, smp@hcmp.com |
| 19 | Mary Kay Vyskocil     mvyskocil@stblaw.com |
| 20 | Michael H. Barr     mbarr@sonnenschein.com |
| 21 | Mike Liles , Jr     mliles@karrtuttle.com |
| 22 | Nancy A Pacharzina     npacharzina@tousley.com, kzajac@tousley.com |
| 23 | Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 24 | Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, |
| 25 | mdowns@riddellwilliams.com |
| 26 | Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 27 | |

REVISED STIPULATION, AGREED MOTION AND
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 8
4898/001/232769.1

| | |
|---|---|
| 1 | Robert D Stewart   stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 2 | Robert J Pfister   rpfister@stblaw.com |
| 3 | Rogelio Omar Riojas   omar.riojas@dlapiper.com, nina.marie@dlapiper.com |
| 4 | Serena Richardson (Terminated)   srichardson@labaton.com, |
| 5 | ElectronicCaseFiling@labaton.com |
| 6 | Stellman Keehnel   stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 7 | Stephen M. Rummage   steverummage@dwt.com, jeannecadley@dwt.com |
| 8 | Steve W. Berman   steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com |
| 9 | Steven J Toll   stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 10 | Steven P Caplow   stevencaplow@dwt.com, belenjohnson@dwt.com |
| 11 | Tammy Roy   troy@cahill.com |
| 12 | Timothy Michael Moran   moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 13 | Walter Eugene Barton   gbarton@karrtuttle.com, danderson@karrtuttle.com, |
| 14 | nrandall@karrtuttle.com |

      /s/ Nancy A. Pacharzina
Nancy A. Pacharzina, WSBA #25946
Kim D. Stephens, P.S., WSBA #11984
Email: kstephens@tousley.com
Liaison Counsel for the Class
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tele:   206.682.5600
Fax:   206.682.2992

REVISED STIPULATION, AGREED MOTION AND
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 9
4898/001/232769.1