HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, et al.,<br><br>Defendants. | NO. 2:09-cv-00037-MJP<br><br>**REVISED STIPULATION, AGREED MOTION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' PENDING MOTIONS TO DISMISS; AND WITHDRAWING LEAD PLAINTIFF'S MOTION TO AMEND THE CONSOLIDATED COMPLAINT**<br><br>**Noted on Motion Calendar:<br>March 9, 2010** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>Defendants. | No. 2:09-cv-00134-RSM |

REVISED STIPULATION, AGREED MOTION AND
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 1
4898/001/232769.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# I. STIPULATION AND AGREED MOTION

Pursuant to the Court's order of March 8, 2010 (Dkt No. 154), the parties have revised the prior filed stipulation (Dkt. No. 153) to address the concerns of the Court. The parties now, in the interest of litigating this action and *Doral Bank Puerto Rico v. Washington Mutual Asset Acceptance Corp., et al,* Case No. 09-cv-01557(MJP) (the "*Doral Action*"), and pursuant to Local Rule 7(d)(1) and 10(g), jointly request the Court extend the deadlines for Defendants to respond to Lead Plaintiff's current Motion to Amend the Complaint (Dkt. No. 152) and for Lead Plaintiff to respond to Defendants' pending Motions to Dismiss (Dkt. Nos. 138, 144, and 146) and modify the scheduling order in this case as follows:

(1) Plaintiff's current Motion to Amend the Complaint, noted for March 5, 2010 (Dkt. No. 152), is withdrawn without prejudice.

(2) Any motion to consolidate this action with the Doral Action (the "Motion to Consolidate") will be filed the day after the Court rules on the Motions for Appointment of Lead Plaintiff in the Doral Action.

(3) Lead Plaintiff in this action will file a motion to amend the Consolidated Class Action Complaint with the proposed amended complaint attached (the "Motion to Amend"), no later than fourteen (14) days after the Court rules on the Motion to Consolidate—Lead Plaintiff will make every effort to facilitate the filing of the Motion to Amend and the proposed amended consolidated complaint sooner than the proposed deadline, but the collective Plaintiffs may require the full two weeks to work together to fully determine the scope of securities covered and the specific claims to be asserted in a consolidated complaint;

(4) Within thirty (30) days after the Court rules on the Motion to Amend, either

    (a) if the Motion to Amend is granted, Defendants will answer or otherwise respond to the amended consolidated complaint and their pending Motions to Dismiss (Dkt. Nos. 138, 144, and 146) will be withdrawn as moot; or

REVISED STIPULATION, AGREED MOTION AND
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 2
4898/001/232769.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

(b) if the Motion to Amend is denied, Lead Plaintiff in this action will respond to Defendants' pending Motions to Dismiss.

(5) If the Court does not grant this joint motion, Plaintiff's current Motion to Amend the Complaint will be re-noted, and Defendants will respond to it in accordance with the Court's Local Rules. Similarly, the deadlines for Lead Plaintiff to respond to Defendants' current Motions to Dismiss are extended until the Court decides Plaintiff's current Motion to Amend. If the current Motion to Amend is denied, Plaintiff will file its responses to the current Motions to Dismiss within fourteen (14 days ) and Defendants will file replies within fourteen (14) days thereafter; if the Motion to Amend is granted the Court will set a schedule for Defendants to answer or brief motions to dismiss.

The Parties agree this request for extension is justified (1) in light of the upcoming March 18, 2010 hearing on appointment of a lead plaintiff in the *Doral Action* and the associated potential to avoid duplicate briefing; and, (2) as more fully addressed in Lead Plaintiffs' Motion to Amend, Lead Plaintiff's desire to move to amend the complaint in this action (with a proposed amended complaint attached) to reflect recent court decisions that Lead Plaintiff believes are relevant to this case, such that amendment now may avoid multiple, sequential motions to dismiss in this action.

Respectfully submitted this 9th day of March by:

**TOUSLEY BRAIN STEPHENS PLLC**
By: /s/ Nancy A. Pacharzina
Nancy A. Pacharzina, WSBA #25946
Kim D. Stephens, WSBA #11984
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
*kstephens@tousley.com*

*Liaison Counsel for the Class*

**DLA PIPER LLP (US)**
By: /s/ Bradley T. Meissner
Stellman Keehnel, WSBA No. 9309
Christopher M. Huck, WSBA No. 34104
R. Omar Riojas, WSBA No. 35400
Bradley T. Meissner, WSBA No. 39592
701 Fifth Avenue, Suite 7000
Seattle, Washington 98104
Tel: (206) 839-4800
Fax: (206) 839-4801

REVISED STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 3
4898/001/232769.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| **SCOTT+SCOTT LLP**<br>Hal D. Cunningham<br>Arthur L. Shingler III (admitted pro hac vice)<br>Hal D. Cunningham (admitted pro hac vice)<br>600 B Street, Suite 1500<br>San Diego, California 92101<br>Telephone: (619) 233-4565<br>Facsimile: (619) 233-0508<br>ashingler@scott-scott.com<br>hcunningham@scott-scott.com<br><br>Joseph P. Guglielmo (admitted pro hac vice)<br>500 Fifth Avenue, 40th Floor<br>New York, New York 10110<br>Telephone: (212) 223-6444<br>Facsimile: (212) 223-6334<br>jguglielmo@scott-scott.com<br><br>*Counsel for Lead Plaintiff and the Class*<br><br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>Joel P. Laitman (admitted pro hac vice)<br>Christopher Lometti (admitted pro hac vice)<br>Daniel B. Rehns (admitted pro hac vice)<br>Kenneth M. Rehns (admitted pro hac vice)<br>150 East 52nd Street, Thirtieth Floor<br>New York, New York 10022<br>Telephone: (212) 838-7797<br>Facsimile: (212) 838-7745<br>jlaitman@cohenmilstein.com<br>clometti@cohenmilstain.com<br>drehns@cohenmilstein.com<br>krehns@cohenmilstein.com<br><br>Steven J. Toll<br>1100 New York Avenue, NW, Suite 500 West<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>stoll@cohenmilstein.com | Richard F. Hans (admitted pro hac vice)<br>Kerry F. Cunningham (admitted pro hac vice)<br>Corey Elanor Delaney (admitted pro hac vice)<br>1251 Avenue of the Americas<br>27th Floor<br>New York, New York 10020-1104<br>Tel: (212) 335-4500<br>Fax: (212) 335-4501<br><br>*Counsel for Defendants The First American Corporation and eAppraiseIT, LLC*<br><br>**BINGHAM McCUTCHEN LLP**<br>By: /s/ John D. Pernick<br>David M. Balabanian (admitted pro hac vice)<br>John D. Pernick (admitted pro hac vice)<br>Frank Busch (admitted pro hac vice)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Tel: (415) 393-2000<br>Fax: (415) 393-2286<br><br>*Counsel for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens, Richard Careaga, Thomas Lehmann, Stephen Fortunato and Donald Wilhelm*<br><br>**RIDDELL WILLIAMS P.S.**<br>By: /s/ Gavin W. Skok<br>Paul J. Kundtz, WSBA #13548<br>Gavin W. Skok, WSBA #29766<br>Paul J. Kundtz<br>1001 Fourth Avenue<br>Suite 4500<br>Seattle, Washington 98154-1192<br>Tel: (206) 624-3600 |

REVISED STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 4
4898/001/232769.1

*Additional Plaintiffs' Counsel*

**CAHILL GORDON & REINDEL LLP**
Floyd Abrams (admitted pro hac vice)
Adam Zurofsky (admitted pro hac vice)
Tammy L. Roy (admitted pro hac vice)
80 Pine Street
New York, New York 10005
Tel: (212) 701-3000
Fax: (212) 269-5420

*Counsel for The McGraw-Hill Companies, Inc.*

**LANE POWELL PC**
By: /s/ Larry S. Ganges
Larry S. Gangnes, WSBA #8118
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2339
Tel: (206) 223-7000
Fax: (206) 223-7107
gangnesl@lanepowell.com

**SATTERLEE STEPHENS BURKE & BURKE LLP**
Joshua M. Rubins (admitted pro hac vice)
James J. Coster (admitted pro hac vice)
230 Park Avenue, Suite 1130
New York, New York 10169
Tel: (212) 818-9200
Fax: (212) 818-9606

*Counsel for Moody's Investors Service, Inc.*

REVISED STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 5
4898/001/232769.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## II. [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated this ___ day of March, 2010.

                                                        _____
The Honorable Marsha J. Pechman
United States District Court Judge

REVISED STIPULATION, AGREED MOTION AND
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 6
4898/001/232769.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below.

Adam Zurofsky     azurofsky@cahill.com

Andrew B Brettler     abrettler@stblaw.com

Arthur L Shingler     ashingler@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager     bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner     bradley.meissner@dlapiper.com

Brian C Free     bcf@hcmp.com, gcp@hcmp.com

Bruce Earl Larson     blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti     clometti@cohenmilstein.com

Christopher M Huck     Christopher.huck@dlapiper.com, karen.hansen@dlapiper.com

Corey E Delaney     corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel B Rehns     drehns@cohenmilstein.com

David Daniel Hoff     dhoff@tousley.com, efile@tousley.com

David M Balabanian     david.balabanian@bingham.com

Dennis H Walters     dwalters@karrtuttle.com, wbarker@karrtuttle.com

Floyd Abrams     fabrams@cahill.com

Frank Busch     frank.busch@bingham.com, frank.downing@bingham.com

Gavin Williams Skok     gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

Hal D Cunningham     hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Hollis Lee Salzman (Terminated)     hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

REVISED STIPULATION, AGREED MOTION AND
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 7
4898/001/232769.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

| | |
|---|---|
| 1 | James J. Coster    jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 2 | Joel P Laitman    jlaitman@cohenmilstein.com |
| 3 | John D Lowery    jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 4 | John D Pernick    john.pernick@bingham.com |
| 5 | Jonathan Gardner    jgardner@labaton.com |
| 6 | Joseph A. Fonti (Terminated)    jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 7 | Joseph P Guglielmo    jguglielmo@scott-scott.com, efile@scott-scott.com |
| 8 | Joshua M. Rubins    jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 9 | Julie Hwang (Terminated)    jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 10 | Kenneth J Pfaehler    kpfaehler@sonnenschein.com, nreeber@sonnenschein.com |
| 11 | Kenneth M Rehns    krehns@cohenmilstein.com |
| 12 | Kerry F Cunningham    kerry.cunningham@dlapiper.com |
| 13 | Kevin P Chavous    kchavous@sonnenschein.com |
| 14 | Kim D Stephens    kstephens@tousley.com, cbonifaci@tousley.com, kzajac@tousley.com |
| 15 | Larry Steven Gangnes    gangnesl@lanepowell.com, docketing-sea@lanepowell.com, |
| 16 | donnellyjossm@lanepowell.com, sebringl@lanepowell.com |
| 17 | Leslie D Davis    ldavis@sonnenschein.com |
| 18 | Louis David Peterson    ldp@hcmp.com, smp@hcmp.com |
| 19 | Mary Kay Vyskocil    mvyskocil@stblaw.com |
| 20 | Michael H. Barr    mbarr@sonnenschein.com |
| 21 | Mike Liles , Jr    mliles@karrtuttle.com |
| 22 | Nancy A Pacharzina    npacharzina@tousley.com, kzajac@tousley.com |
| 23 | Paul Scarlato    pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 24 | Paul Joseph Kundtz    pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, |
| 25 | mdowns@riddellwilliams.com |
| 26 | Richard F Hans    richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 27 | |

REVISED STIPULATION, AGREED MOTION AND
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 8
4898/001/232769.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Robert D Stewart     stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 2 | Robert J Pfister     rpfister@stblaw.com |
| 3 | Rogelio Omar Riojas     omar.riojas@dlapiper.com, nina.marie@dlapiper.com |
| 4 | Serena Richardson (Terminated)     srichardson@labaton.com, |
| 5 | ElectronicCaseFiling@labaton.com |
| 6 | Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 7 | Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com |
| 8 | Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com |
| 9 | Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 10 | Steven P Caplow     stevencaplow@dwt.com, belenjohnson@dwt.com |
| 11 | Tammy Roy     troy@cahill.com |
| 12 | Timothy Michael Moran     moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 13 | Walter Eugene Barton     gbarton@karrtuttle.com, danderson@karrtuttle.com, |
| 14 | nrandall@karrtuttle.com |

                          /s/ Nancy A. Pacharzina
                          Nancy A. Pacharzina, WSBA #25946
                          Kim D. Stephens, P.S., WSBA #11984
                          Email: kstephens@tousley.com
                          Liaison Counsel for the Class
                          TOUSLEY BRAIN STEPHENS PLLC
                          1700 Seventh Avenue, Suite 2200
                          Seattle, Washington 98101-4416
                          Tele:    206.682.5600
                          Fax:    206.682.2992

REVISED STIPULATION, AGREED MOTION AND
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP) - 9
4898/001/232769.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992