The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOILERMAKERS NATIONAL ANNUITY ) 
TRUST FUND, on behalf of itself and all ) Case No. C09-0037 MJP
others similarly situated, *et al.*, )
)
          Plaintiff, ) MINUTE ORDER
)
  v. )
)
WAMU MORTGAGE PASS THROUGH )
CERTIFICATES, SERIES 2006-AR1, *et al.*, )
)
          Defendants. )
_____ )

      The following Minute Order is made and entered on the docket at the direction of the Court, the Honorable Marsha J. Pechman, United States District Judge.

      On March 12, 2010, the Court issued an Order indicating it would reserve ruling on the parties' revised stipulated motion. (Dkt. No. 157.) That Order contained an error. Because the Court granted a stipulated motion to extend the briefing schedule on the motions to dismiss, Plaintiffs' response due date was March 12, 2010. (Dkt. No. 151.) The parties filed the revised stipulation before the response due date.

      DATED this 17th day of March, 2010.

                                                  BRUCE RIFKIN, Clerk
                                                  By /s/ Mary Duett
                                                  Deputy Clerk