THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES AR1, et al.,<br><br>Defendants. | Consolidated Case No. C09-0037 (MJP)<br><br>**NOTICE OF WITHDRAWAL** |
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, et al.,<br><br>Defendants.<br><br>*continued ...* | |

NOTICE OF WITHDRAWAL – 1
NO. C 09-0037 (MJP)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

| | |
|---|---|
| NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, et al., | |
| Plaintiffs, | |
| v. | |
| THE FIRST AMERICAN CORPORATION and FIRST AMERICAN eAPPRAISEIT, LLC, | |
| Defendants. | |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES THROUGH THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to General Rule 2(g)(2)(B), Christopher M. Huck of DLA Piper LLP (US) hereby withdraws as counsel of record for Defendants The First American Corporation and First American eAppraiseIT, LLC.

Defendants will continue to be represented in this matter by DLA Piper LLP (US). All further notices and pleadings with regard to this action, exclusive of original process, are to be served on Stellman Keehnel, R. Omar Riojas, Bradley T. Meissner, Richard F. Hans, Kerry F. Cunningham, and Corey Elanor Delaney of DLA Piper LLP (US).

Dated this 19th day of March, 2010.

/s/ Christopher M. Huck
Christopher M. Huck, WSBA No. 34104
Stellman Keehnel, WSBA No. 9309
R. Omar Riojas, WSBA No. 35400
Bradley T. Meissner, WSBA No. 39592
**DLA PIPER LLP (US)**
701 Fifth Avenue, Suite 7000
Seattle, Washington 98104
Telephone: 206.839.4800
Fax: 206.839.4801
E-mail: stellman.keehnel@dlapiper.com
christopher.huck@dlapiper.com
omar.riojas@dlapiper.com
bradley.meissner@dlapiper.com

NOTICE OF WITHDRAWAL – 2
NO. C 09-0037 (MJP)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

Richard F. Hans (admitted *pro hac vice*)
Kerry F. Cunningham (admitted *pro hac vice*)
Corey Elanor Delaney (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
Tel:     212.335.4500
Fax:    212.335.4501
E-mail: richard.hans@dlapiper.com
             kerry.cunningham@dlapiper.com
             corey.delaney@dlapiper.com

Attorneys for Defendants
The First American Corporation and
eAppraiseIT, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2010, I electronically filed the foregoing **NOTICE OF WITHDRAWAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Adam Zurofsky    azurofsky@cahill.com
- Andrew B. Brettler    abrettler@stblaw.com
- Arthur L. Shingler    ashingler@scott-scott.com, efile@scott-scott.com
- Barry Robert Ostrager    bostrager@stblaw.com, managingclerk@stblaw.com
- Bradley T. Meissner    bradley.meissner@dlapiper.com
- Brian C. Free    bcf@hcmp.com, gcp@hcmp.com
- Bruce Earl Larson    blarson@karrtuttle.com, psteinfeld@karrtuttle.com
- Christopher E. Lometti    clometti@cohenmilstein.com
- Christopher M. Huck    Christopher.huck@dlapiper.com, karen.hansen@dlapiper.com
- Corey E. Delaney    corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com
- Daniel B. Rehns    drehns@cohenmilstein.com
- David Daniel Hoff    dhoff@tousley.com, efile@tousley.com
- David M. Balabanian    david.balabanian@bingham.com
- Dennis H. Walters    dwalters@karrtuttle.com, wbarker@karrtuttle.com
- Erik D. Peterson    epeterson@btkmc.com, knguyen@btkmc.com
- Floyd Abrams    fabrams@cahill.com
- Frank Busch    frank.busch@bingham.com, frank.downing@bingham.com
- Gavin Williams Skok    gskok@riddellwilliams.com, dhammonds@riddellwilliams.com
- Hal D. Cunningham    hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

- James J. Coster    jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
- Joel P. Laitman    jlaitman@cohenmilstein.com
- John D. Lowery    jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com
- John D. Pernick    john.pernick@bingham.com
- Jonathan Gardner    jgardner@labaton.com
- Joseph P. Guglielmo    jguglielmo@scott-scott.com, efile@scott-scott.com
- Joshua M. Rubins    jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
- Kenneth J. Pfaehler    kpfaehler@sonnenschein.com, nreeber@sonnenschein.com
- Kenneth M. Rehns    krehns@cohenmilstein.com
- Kerry F. Cunningham    kerry.cunningham@dlapiper.com
- Kevin P. Chavous    kchavous@sonnenschein.com
- Kim D. Stephens    kstephens@tousley.com, cbonifaci@tousley.com, kzajac@tousley.com
- Larry Steven Gangnes    gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com
- Leslie D. Davis    ldavis@sonnenschein.com
- Louis David Peterson    ldp@hcmp.com, smp@hcmp.com
- Mary Kay Vyskocil    mvyskocil@stblaw.com
- Michael H. Barr    mbarr@sonnenschein.com
- Mike Liles, Jr.    mliles@karrtuttle.com
- Nancy A. Pacharzina    npacharzina@tousley.com, kzajac@tousley.com
- Paul Scarlato    pscarlato@labaton.com, ElectronicCaseFiling@labaton.com
- Paul Joseph Kundtz    pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com
- Ramzi Abadou    rabadou@btkmc.com, knguyen@btkmc.com

NOTICE OF WITHDRAWAL – 5
NO. C 09-0037 (MJP)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

- Richard F. Hans    richard.hans@dlapiper.com, dorinda.castro@dlapiper.com
- Robert D. Stewart    stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com
- Robert J. Pfister    rpfister@stblaw.com
- Rogelio Omar Riojas    omar.riojas@dlapiper.com, nina.marie@dlapiper.com
- Stellman Keehnel    stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com
- Stephen M. Rummage    steverummage@dwt.com, jeannecadley@dwt.com
- Steve W. Berman    steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com
- Steven J. Toll    stoll@cohenmilstein.com, efilings@cohenmilstein.com
- Steven P. Caplow    stevencaplow@dwt.com, belenjohnson@dwt.com
- Tammy Roy    troy@cahill.com
- Timothy Michael Moran    moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com
- Walter Eugene Barton    gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Signed at Seattle, Washington, this 19th day of March, 2010.

                                          */s/ Christopher M. Huck*
                                          Christopher M. Huck, WSBA No. 34104

WEST\21902578.1