1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9 | BOILERMAKERS NATIONAL ANNUITY
TRUST FUND, on behalf of itself and all
10 | others similarly situated,

No. 2:09-cv-00037-MJP

11 |               Plaintiff,

**PLAINTIFFS' SUBMITTAL OF
PROPOSED CASE
SCHEDULING ORDER**

12 | v.

13

14 | WAMU MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2006-AR1, et al.,

15 |            Defendants.

16 | DORAL BANK PUERTO RICO, on behalf of
itself and all others similarly situated,

No. 2:09-cv-1557-MJP

17

18 |               Plaintiff,

19 | v.

20 | WASHINGTON MUTUAL ASSET
ACCEPTANCE CORPORATION, et al.,

21

22 |            Defendants

23

24 |      Pursuant to the Court's order of March 18, 2010 (Dkt. No. 160), Plaintiffs submit the

25 | proposed, case-scheduling order attached hereto.

26

27

PLAINTIFFS' SUBMITTAL OF PROPOSED
CASE SCHEDULING ORDER
(NO. 2:09-CV-0037-MJP) - 1
4898/001/233447.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Respectfully submitted this 1st day of April by:

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ Nancy A. Pacharzina
Nancy A. Pacharzina, WSBA #25946
Kim D. Stephens, WSBA #11984
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
*kstephens@tousley.com*

*Liaison Counsel for the Classes in Boilermakers and Doral*

**SCOTT+SCOTT LLP**
Arthur L. Shingler III (admitted pro hac vice)
Hal D. Cunningham (admitted pro hac vice)
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
ashingler@scott-scott.com
hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted pro hac vice)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

*Counsel for Lead Plaintiff and the Class in Boilermakers*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)
Daniel B. Rehns (admitted pro hac vice)
Kenneth M. Rehns (admitted pro hac vice)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022

PLAINTIFFS' SUBMITTAL OF PROPOSED
CASE SCHEDULING ORDER
(NO. 2:09-CV-0037-MJP) - 2
4898/001/233447.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Telephone: (212) 838-7797
Facsimile: (212) 838-7745
jlaitman@cohenmilstein.com
clometti@cohenmilstain.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com

Steven J. Toll
1100 New York Avenue, NW, Suite 500
West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com

*Counsel for Lead Plaintiff and the Class in Doral*

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1

2

3

4

5

6

7  UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
8  AT SEATTLE

9  BOILERMAKERS NATIONAL ANNUITY        No. 2:09-cv-00037-MJP
TRUST FUND, on behalf of itself and all
10  others similarly situated,

11                    Plaintiff,            **[PROPOSED]**

12  v.

13  WAMU MORTGAGE PASS THROUGH           **CASE SCHEDULING ORDER**
CERTIFICATES, SERIES 2006-AR1, et al.,
14

15                    Defendants.

16  DORAL BANK PUERTO RICO, on behalf of    No. 2:09-cv-1557-MJP
17  itself and all others similarly situated,

18                    Plaintiff,

19  v.

20  WASHINGTON MUTUAL ASSET
ACCEPTANCE CORPORATION, et al.,
21

22                    Defendants

23

24

25          The Court establishes the following deadlines for the parties in this action:

26

27

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| Event | Deadline |
|---|---|
| Amended Consolidated Complaint | 04/01/2010 |
| Motions to Dismiss | 04/30/2010 |
| Responses to Motions to Dismiss | 05/24/2010 |
| Replies for Motions to Dismiss | 05/28/2010 |
| FRCP 26 (f) Conference | 07/12/2010 |
| Initial Disclosures per FRCP 26(a)(1) | 07/19/2010 |
| Joint Status Report and Discovery Plan per FRCP 26(f) and CR 16(a) | 07/30/2010 |
| Status Conference w/ Court | TBD |
| Deadline to Join Additional Parties | 02/04/2011 |
| Motion for Class Certification | 03/04/2011 |
| Responses to Motion for Class Certification | 04/01/2011 |
| Replies for Motion for Class Certification | 04/22/2011 |
| Mediation Deadline | 06/17/2011 |
| Exchange Expert Reports | 10/07/2011 |
| Exchange Rebuttal Expert Reports | 11/04/2011 |
| Close of Discovery; Deadline for Discovery Motions | 12/02/2011 |
| Motions for Summary Judgment | 01/13/2012 |
| Responses to Motions for Summary Judgment | 02/10/2012 |
| Replies for Motions for Summary Judgment | 02/24/2012 |
| Exchange Witness and Exhibit Lists | 03/09/2012 |
| Motions in Limine | 03/23/2012 |
| Proposed Pre-Trial Order (LR 16(e)) | 04/06/2012 |
| Pre-Trial Conference | TBD |
| **TRIAL (3-4 weeks)** | **05/07/2012** |

COURTESY COPIES:

The Court requests that all courtesy copies submitted bear the docket entry stamp that the ECF/CM system adds to the top of every filed document.

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

SETTLEMENT:

Should either of these cases settle, the parties shall notify Rhonda Miller as soon as possible at 206-370-8518. Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

The Clerk is directed to send a copy of this order to all counsel of record.

DATED this ___ day of April, 2010.

_____
The Honorable Marsha J. Pechman
United States District Court Judge

*Presented By:*

**TOUSLEY BRAIN STEPHENS PLLC**
By: /s/ Nancy A. Pacharzina
Kim D. Stephens, WSBA #11984
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
          npacharzina@tousley.com

*Liaison Counsel for Plaintiffs and the Class*
*in Boilermakers and Doral*

**SCOTT+SCOTT LLP**
Arthur L. Shingler III (admitted pro hac vice)
Hal D. Cunningham (admitted pro hac vice)
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: ashingler@scott-scott.com
          hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted pro hac vice)

[PROPOSED] CASE SCHEDULING ORDER
(NO. 2:09-CV-0037-MJP) - 3
4898/001/233446.1

500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com

*Lead Counsel for Plaintiffs and the Class*
*in Boilermakers*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)
Daniel B. Rehns (admitted pro hac vice)
Kenneth M. Rehns (admitted pro hac vice)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com
        clometti@cohenmilstain.com
        drehns@cohenmilstein.com
        krehns@cohenmilstein.com

Steven J. Toll
1100 New York Avenue, NW, Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com

*Lead Counsel for Plaintiffs and the Class*
*in Doral*

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below.

Adam Zurofsky     azurofsky@cahill.com

Andrew B Brettler     abrettler@stblaw.com

Arthur L Shingler     ashingler@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager     bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner     bradley.meissner@dlapiper.com

Brian C Free     bcf@hcmp.com, gcp@hcmp.com

Bruce Earl Larson     blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti     clometti@cohenmilstein.com

Christopher M Huck     Christopher.huck@dlapiper.com, karen.hansen@dlapiper.com

Corey E Delaney     corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel B Rehns     drehns@cohenmilstein.com

David Daniel Hoff     dhoff@tousley.com, efile@tousley.com

David M Balabanian     david.balabanian@bingham.com

Dennis H Walters     dwalters@karrtuttle.com, wbarker@karrtuttle.com

Floyd Abrams     fabrams@cahill.com

Frank Busch     frank.busch@bingham.com, frank.downing@bingham.com

Gavin Williams Skok     gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

Hal D Cunningham     hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Hollis Lee Salzman (Terminated)     hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1    James J. Coster    jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

2    Joel P Laitman    jlaitman@cohenmilstein.com

3    John D Lowery    jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

4    John D Pernick    john.pernick@bingham.com

5    Jonathan Gardner    jgardner@labaton.com

6    Joseph A. Fonti (Terminated)    jfonti@labaton.com, ElectronicCaseFiling@labaton.com

7    Joseph P Guglielmo    jguglielmo@scott-scott.com, efile@scott-scott.com

8    Joshua M. Rubins    jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

9    Julie Hwang (Terminated)    jhwang@labaton.com, ElectronicCaseFiling@labaton.com

10    Kenneth J Pfaehler    kpfaehler@sonnenschein.com, nreeber@sonnenschein.com

11    Kenneth M Rehns    krehns@cohenmilstein.com

12    Kerry F Cunningham    kerry.cunningham@dlapiper.com

13    Kevin P Chavous    kchavous@sonnenschein.com

14    Kim D Stephens    kstephens@tousley.com, cbonifaci@tousley.com, kzajac@tousley.com

15    Larry Steven Gangnes    gangnesl@lanepowell.com, docketing-sea@lanepowell.com,

16    donnellyjossm@lanepowell.com, sebringl@lanepowell.com

17    Leslie D Davis    ldavis@sonnenschein.com

18    Louis David Peterson    ldp@hcmp.com, smp@hcmp.com

19    Mary Kay Vyskocil    mvyskocil@stblaw.com

20    Michael H. Barr    mbarr@sonnenschein.com

21    Mike Liles , Jr    mliles@karrtuttle.com

22    Nancy A Pacharzina    npacharzina@tousley.com, kzajac@tousley.com

23    Paul Scarlato    pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

24    Paul Joseph Kundtz    pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,

25    mdowns@riddellwilliams.com

26    Richard F Hans    richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

27

[PROPOSED] CASE SCHEDULING ORDER
(NO. 2:09-CV-0037-MJP) - 6
4898/001/233446.1

Robert D Stewart     stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Robert J Pfister     rpfister@stblaw.com

Rogelio Omar Riojas     omar.riojas@dlapiper.com, nina.marie@dlapiper.com

Serena Richardson (Terminated)     srichardson@labaton.com,

ElectronicCaseFiling@labaton.com

Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com

Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com

Steven P Caplow     stevencaplow@dwt.com, belenjohnson@dwt.com

Tammy Roy     troy@cahill.com

Timothy Michael Moran     moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Walter Eugene Barton     gbarton@karrtuttle.com, danderson@karrtuttle.com,

nrandall@karrtuttle.com

**TOUSLEY BRAIN STEPHENS PLLC**

By:   /s/ Nancy A. Pacharzina
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-4416
Tele:   206.682.5600
Fax:    206.682.2992
Email: npacharzina@tousley.com

*Counsel for Lead Plaintiffs*

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992