The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES AR1, *et al.*,<br><br>Defendants. | Case No. C09-00037MJP<br><br>**DEFENDANTS' JOINT MOTION FOR REVISION TO BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: April 13, 2010 |
| DORAL BANK PUERTO RICO, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, *et al.*<br><br>Defendants. | |

## I. RELIEF REQUESTED

All of the Defendants respectfully request that the Court modify slightly the briefing schedule for the motions to dismiss so as to provide Defendants with ten days to prepare their reply briefs instead of the four days allotted under the current schedule without changing the noting date set by the Court and without shortening Plaintiffs' opposition briefing time. Defendants propose to create the additional time by filing their

DEFENDANTS' JOINT MOTION FOR REVISION TO BRIEFING
SCHEDULE FOR MOTION TO DISMISS (NO. 09-0037MJP) - 1
4836-3391-2581.08
040210/1544/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

motions to dismiss six calendar days earlier than required. Plaintiffs are not jointly requesting this modification, but they do not oppose it.

The requested reply time is shorter than the fourteen days allowed for motion to dismiss reply briefs under the former schedules, and would not change the Local Rule 7(d)(3) noting date of the motions to dismiss. The extension allows Defendants to more fully yet efficiently address the arguments in Plaintiffs' opposition briefs – arguments that will be complex and well-developed because Plaintiffs have had Defendants' motions to dismiss since they were filed in late January – returning fairness and parity to the briefing schedule without significantly delaying the case.

## II. BACKGROUND

Plaintiffs filed their original complaint on January 12, 2009, but did not assert claims against the Rating Agencies until their November 23, 2009 Amended Complaint. (Dkt. No. 103). Shortly thereafter, the Court ordered Plaintiffs to file their Amended Consolidated Complaint by December 31, 2009. (Dkt. No. 118). The Court also set a briefing schedule for motions to dismiss acknowledging that additional time was necessary to sufficiently brief the complex legal issues raised by the complaint. That briefing schedule required Defendants to move to dismiss within 30 days of the filing of the Second Amended Consolidated Complaint (by January 29), gave Plaintiffs' four weeks to file their opposition (by February 26), and gave Defendants two more weeks to file their reply (by March 12).

The Court subsequently ordered this action consolidated with the related case of *Doral Bank Puerto Rico, et al., v. Washington Mutual Asset Acceptance Corp.*, Case No. 09-1557MJP. (Dkt. No. 54). The Court instructed Plaintiffs to file an amended consolidated complaint, rendering moot the pending motions to dismiss and to amend. *Id.* The Court ordered Defendants to file their motions to dismiss within 30 days of the new

DEFENDANTS' JOINT MOTION FOR REVISION TO BRIEFING
SCHEDULE FOR MOTION TO DISMISS (NO. 09-0037MJP) - 2
4836-3391-2581.08
040210/1544/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

consolidated complaint and to note that motion for consideration under the timeline set forth in Local Rule 7(d)(3).

Plaintiffs filed their Second Amended Consolidated Complaint on April 1, 2010. Therefore, Defendants' motions to dismiss are due on May 3.[1] Pursuant to Local Rule 7(d)(3), those motions would be noted for four Fridays later on May 28, with Plaintiffs' opposition briefs due on May 24 and Defendants' reply briefs due May 28.

### III. ARGUMENT

Defendants ask the Court to allow them six additional days (for a total of ten days) to submit their motion to dismiss reply briefs, without changing the noting date set by the Court. Plaintiffs received Defendants' original motions to dismiss in late January, giving them nearly four months to research and draft their oppositions by the time their briefs will come due. In contrast, Defendants will have only four days to address those opposition arguments under the current schedule – arguments that are likely to be complex, lengthy, and varied, and involve new legal arguments as result of newly added or amended claims.

The Court should allow Defendants ten days to draft and file their reply brief, instead of the four days currently allowed under Local Rule 7(d)(3), to ensure that Defendants receive a full and fair opportunity to develop and present their reply arguments in an effective and concise manner. That short extension will preserve the current motions to dismiss noting date, and therefore not result in any delay of the case. It also preserves Plaintiffs' time to submit their opposition briefs. Defendants bear any burden of the proposed schedule by agreeing to file their motions to dismiss early. The short requested extension is particularly appropriate in the case of the Rating Agencies because they only just entered this matter at the end of last year and have actively sought dismissal of claims against them since that time.

---

[1] May 1 falls on a Saturday, making Defendants' motions to dismiss due on the next court day, May 3.

DEFENDANTS' JOINT MOTION FOR REVISION TO BRIEFING SCHEDULE FOR MOTION TO DISMISS (NO. 09-0037MJP) - 3
4836-3391-2581.08
040210/1544/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

1    Therefore, Defendants propose the following briefing schedule, which has been
2 agreed to by Plaintiffs:

3    April 27, 2010      Defendants file their motion to dismiss

4    May 18, 2010        Plaintiffs file their opposition

5    May 28, 2010        Defendants file their reply

6 A motion to dismiss filed on May 3 would ordinarily be noted for May 28 under the "four
7 Fridays" timeline in Local Rule 7(d)(3). Defendants calculated the proposed schedule
8 using that "four Fridays" May 28 noting date, with earlier agreed filing dates to preserve
9 the briefing time ordinarily given to all parties under Local Rule 7(d)(3).

## IV. CONCLUSION

   For the foregoing reasons, the Court should enter a briefing schedule stating that, if Defendants file their motions to dismiss by April 27, Plaintiffs' oppositions shall be due May 18 and Defendants' reply briefs shall be due May 28.

   DATED this 2nd day of April, 2010.

                    RIDDELL WILLIAMS P.S.


                    By      /s/ Paul J. Kundtz
                        Paul J. Kundtz, WSBA #13548
                        Gavin W. Skok, WSBA #29766
                        Riddell Williams P.S.
                        1001 Fourth Avenue, Suite 4500
                        Seattle, Washington 98154-1192
                        Telephone: 206-624-3600

                        Floyd Abrams (*pro hac vice*)
                        Adam Zurofsky (*pro hac vice*)
                        Tammy L. Roy (*pro hac vice*)
                        CAHILL GORDON & REINDEL LLP
                        80 Pine Street
                        New York, New York 10005
                        Telephone: 212-701-3000
                        Facsimile: 212-269-5420

                    *Counsel for The McGraw-Hill Companies, Inc.*

DEFENDANTS' JOINT MOTION FOR REVISION TO BRIEFING
SCHEDULE FOR MOTION TO DISMISS (NO. 09-0037MJP) - 4
4836-3391-2581.08
040210/1544/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

| | |
|---|---|
| 1 | LANE POWELL PC |
| 2 | |
| 3 | By     /s/ Larry S. Gangnes |
| | Larry S. Gangnes, WSBA #8118 |
| 4 | Lane Powell PC |
| | 1420 Fifth Avenue, Suite 4100 |
| 5 | Seattle, Washington 98101-2338 |
| | Telephone: 206-223-7036 |
| 6 | |
| | Joshua M. Rubins |
| 7 | James J. Coster |
| | SATTERLEE STEPHENS BURKE & |
| 8 | BURKE LLP |
| | 230 Park Avenue, Suite 1130 |
| 9 | New York, New York 10169 |
| | Telephone: 212-818-9200 |
| 10 | Facsimile: 212-818-9606 |
| 11 | *Counsel for Moody's Investor Services, Inc.* |
| 12 | HILLIS CLARK MARTIN & PETERSON |
| 13 | |
| | By     /s/ Louis D. Peterson |
| 14 | Brian C. Free, WSBA #35788 |
| | Louis D. Peterson |
| 15 | Hillis Clark Martin & Peterson |
| | 1221 Second Ave., Suite 500 |
| 16 | Seattle, WA 98101-2925 |
| | Telephone: 206-470-7646 |
| 17 | |
| | David M. Balabanian |
| 18 | John D. Pernick |
| | Frank Busch |
| 19 | BINGHAM McCUTCHEN LLP |
| | Three Embarcadero Center |
| 20 | San Francisco, CA 94111-4067 |
| | Telephone: 415-393-2544 |
| 21 | Facsimile: 415-262-9203 |
| 22 | -and- |
| 23 | Susan L. Hoffman |
| | 355 South Grand Avenue, Suite 4400 |
| 24 | Los Angeles, CA 90071-3106 |
| | Telephone: 213-680-6454 |
| 25 | Facsimile: 213-680-6499 |
| 26 | |

DEFENDANTS' JOINT MOTION FOR REVISION TO BRIEFING
SCHEDULE FOR MOTION TO DISMISS (NO. 09-0037MJP) - 5
4836-3391-2581.08
040210/1544/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

Melodi Downs, declares as follows:

I am over 18 years of age and a citizen of the United States. I am employed as an executive assistant by the law firm of Riddell Williams P.S. On the date noted below, I electronically filed the foregoing Defendants' Joint Motion for Revision to Briefing Schedule for Motion to Dismiss using the CM/ECF system which will notify the following:

- **Floyd Abrams**
  fabrams@cahill.com

- **David M Balabanian**
  david.balabanian@bingham.com

- **Michael H. Barr**
  mbarr@sonnenschein.com

- **Walter Eugene Barton**
  gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Andrew B Brettler**
  abrettler@stblaw.com

- **Frank Busch**
  frank.busch@bingham.com,theo.robins@bingham.com,frank.downing@bingham.com

- **Steven P Caplow**
  stevencaplow@dwt.com,patrickwatts@dwt.com,robinklein@dwt.com,suzettebarber@dwt.com

- **Kevin P Chavous**
  kchavous@sonnenschein.com

- **James J. Coster**
  jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

CERTIFICATE OF SERVICE - 1

4824-2582-5797.01
040210/1554/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

| | |
|---|---|
| 1 | • **Hal D Cunningham** |
| | hcunningham@scott-scott.com,halcunningham@gmail.com,efile@scott-scott.com |
| 2 | |
| 3 | • **Kerry F Cunningham** |
| | kerry.cunningham@dlapiper.com |
| 4 | |
| | • **Leslie D Davis** |
| 5 | ldavis@sonnenschein.com |
| 6 | • **Corey E Delaney** |
| | corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@dlapi |
| 7 | per.com,patrick.smith@dlapiper.com |
| 8 | • **Joseph A. Fonti** |
| | jfonti@labaton.com,ElectronicCaseFiling@labaton.com |
| 9 | |
| | • **Brian C Free** |
| 10 | bcf@hcmp.com,gcp@hcmp.com |
| 11 | • **Larry Steven Gangnes** |
| 12 | gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing- |
| | sea@lanepowell.com,donnellyjossm@lanepowell.com |
| 13 | |
| 14 | • **Jonathan Gardner** |
| | jgardner@labaton.com |
| 15 | • **Joseph P Guglielmo** |
| | jguglielmo@scott-scott.com,efile@scott-scott.com |
| 16 | |
| 17 | • **Richard F Hans** |
| | richard.hans@dlapiper.com,dorinda.castro@dlapiper.com |
| 18 | |
| | • **David Daniel Hoff** |
| 19 | dhoff@tousley.com,efile@tousley.com |
| 20 | • **Julie Hwang** |
| | jhwang@labaton.com,ElectronicCaseFiling@labaton.com |
| 21 | |
| 22 | • **Stellman Keehnel** |
| | stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com |
| 23 | • **Paul Joseph Kundtz** |
| 24 | pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddell |
| | williams.com |
| 25 | |
| | • **Joel P Laitman** |
| 26 | jlaitman@cohenmilstein.com |

CERTIFICATE OF SERVICE - 2

4824-2582-5797.01
040210/1554/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

- **Bruce Earl Larson**
  blarson@karrtuttle.com,psteinfeld@karrtuttle.com

- **Mike Liles , Jr**
  mliles@karrtuttle.com

- **Christopher E Lometti**
  clometti@cohenmilstein.com

- **John D Lowery**
  jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com

- **Douglas C McDermott**
  doug@mcdermottnewman.com,eric@mcdermottnewman.com

- **Bradley T. Meissner**
  bradley.meissner@dlapiper.com

- **Timothy Michael Moran**
  moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com

- **Brian O. O'Mara**
  bomara@csgrr.com

- **Barry Robert Ostrager**
  bostrager@stblaw.com,managingclerk@stblaw.com

- **Nancy A Pacharzina**
  npacharzina@tousley.com,mhottman@tousley.com

- **John D Pernick**
  john.pernick@bingham.com

- **Louis David Peterson**
  ldp@hcmp.com,smp@hcmp.com

- **Kenneth J Pfaehler**
  kpfaehler@sonnenschein.com,nreeber@sonnenschein.com

- **Robert J Pfister**
  rpfister@stblaw.com

- **Daniel B Rehns**
  drehns@cohenmilstein.com

- **Kenneth M Rehns**
  krehns@cohenmilstein.com

CERTIFICATE OF SERVICE - 3

4824-2582-5797.01
040210/1554/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

| | |
|---|---|
| 1 | • **Serena Richardson**<br>srichardson@labaton.com,ElectronicCaseFiling@labaton.com |
| 2 | |
| 3 | • **Rogelio Omar Riojas**<br>omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com |
| 4 | • **Darren J Robbins**<br>e_file_sd@csgrr.com |
| 5 | |
| 6 | • **Tammy Roy**<br>troy@cahill.com |
| 7 | |
| 8 | • **Joshua M. Rubins**<br>jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com |
| 9 | • **Stephen M. Rummage**<br>steverummage@dwt.com,jeannecadley@dwt.com |
| 10 | |
| 11 | • **Hollis Lee Salzman**<br>hsalzman@labaton.com,ElectronicCaseFiling@labaton.com |
| 12 | • **Paul Scarlato**<br>pscarlato@labaton.com,ElectronicCaseFiling@labaton.com |
| 13 | |
| 14 | • **Arthur L Shingler**<br>ashingler@scott-scott.com,efile@scott-scott.com |
| 15 | |
| 16 | • **Gavin Williams Skok**<br>gskok@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 17 | • **Kim D Stephens**<br>kstephens@tousley.com,kzajac@tousley.com,cbonifaci@tousley.com |
| 18 | |
| 19 | • **Robert D Stewart**<br>stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 20 | • **Steven J Toll**<br>stoll@cohenmilstein.com,efilings@cohenmilstein.com |
| 21 | |
| 22 | • **Mary Kay Vyskocil**<br>mvyskocil@stblaw.com |
| 23 | |
| 24 | • **Dennis H Walters**<br>dwalters@karrtuttle.com,wbarker@karrtuttle.com |
| 25 | • **Adam Zurofsky**<br>azurofsky@cahill.com |
| 26 | |

CERTIFICATE OF SERVICE - 4

4824-2582-5797.01
040210/1554/45991.00015

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 2nd day of April, 2010.

_____
Melodi Downs

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600