**HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, et al.,<br><br>Defendants. | NO. 2:09-cv-00037MJP<br><br>**ORDER GRANTING PROPOSED AMENDMENT TO THE BRIEFING SCHEDULE** |

This matter comes before the Court on Defendants' joint motion for revision for revision to the briefing schedule. (Dkt. No. 165.) Defendants represent that Plaintiffs do not oppose the request. (Id. at 2.) Having reviewed the parties' submission, the Court finds and orders as follows:

1. The Court GRANTS Defendants' request to modify the briefing schedule. Defendants shall file their motions to dismiss no later than April 27, 2010. Plaintiffs' oppositions are due May 18, 2010 and Defendants' replies are due on May 28, 2010.

2. The Court reserves ruling on Plaintiffs' proposed scheduling order until after it rules on the motions to dismiss.

The Clerk shall transmit a copy of this Order to all counsel of record.

Dated this 6th day of April, 2010.

Marsha J. Pechman
United States District Judge

ORDER DENYING STIPULATED MOTION TO EXTEND
DEADLINES
(NO. 2:09-CV-0037-MJP) - 1