The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Boilermakers National Annuity Trust Fund, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WaMu Mortgage Pass-Through Certificates, Series AR1, *et al.*,<br><br>Defendants. | Lead Case No. C09-0037-MJP<br><br>NOTICE OF WITHDRAWAL OF COUNSEL (ROBERT J. PFISTER)<br><br>(*Clerk's Action Required*) |
| New Orleans Employees Retirement System, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Federal Deposit Insurance Corporation, *et al.*,<br><br>Defendants. | Case No. C09-0134-MJP |
| New Orleans Employees Retirement System, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>First American Corporation, *et al.*,<br><br>Defendants. | Case No. C09-0137-MJP |

NOTICE OF WITHDRAWAL OF COUNSEL
Lead Case No. C09-0037-MJP and
Case Nos. C09-0134 and C09-0137

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3909
- *and* –
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
Suite 2200 • 1201 Third Avenue
Seattle, Washington 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700

1  TO THE CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Robert J. Pfister is leaving the law firm of Simpson

3  Thacher & Bartlett LLP and therefore withdraws as counsel of record in the above-captioned

4  cases, effective immediately. All other representations previously or contemporaneously

5  entered by Barry Ostrager, Mary Kay Vyskocil and Andrew Brettler of Simpson Thacher &

6  Bartlett LLP, and Stephen Rummage and Steven Caplow of Davis Wright Tremaine LLP, will

7  continue. Copies of all future papers and pleadings herein, except original process, shall

8  continue to be served upon the parties noted above.

9      DATED this 13th day of April, 2010.

SIMPSON THACHER & BARTLETT LLP

By:   /s/ *Robert J. Pfister*
Robert J. Pfister (*pro hac vice*)
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Tel.   (310) 407-7500
Fax:   (310) 407-7502
Email:   rpfister@stblaw.com

NOTICE OF WITHDRAWAL OF COUNSEL
Lead Case No. C09-0037-MJP and
Case Nos. C09-0134 and C09-0137

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3909
- *and* –
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
Suite 2200 • 1201 Third Avenue
Seattle, Washington 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification, and that any remaining parties shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 13th day of April, 2010.

SIMPSON THACHER & BARTLETT LLP

By: /s/ *Robert J. Pfister*
Robert J. Pfister (*pro hac vice*)
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Tel. (310) 407-7500
Fax: (310) 407-7502
Email: rpfister@stblaw.com

NOTICE OF WITHDRAWAL OF COUNSEL
Lead Case No. C09-0037-MJP and
Case Nos. C09-0134 and C09-0137

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3909
- *and* –
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
Suite 2200 • 1201 Third Avenue
Seattle, Washington 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700