The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*,<br><br>Defendants. | Case No. C09-0037MJP<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING THE RATING AGENCIES' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 8 & 12(b)(6)** |
| DORAL BANK PUERTO RICO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORP., *et al.*,<br><br>Defendants. | |

This matter came before the undersigned District Court Judge on the Rating Agencies' Motion to Dismiss Pursuant to Fed. R. Civ. P. 8 and 12(b)(6). The Court having considered the Rating Agencies' motion and all materials and declarations filed in support thereof, Plaintiffs' opposition and supporting materials, if any, and the Rating Agencies' reply and supporting materials, and based upon a review of all the files, records and proceedings herein,

IT IS HEREBY ORDERED THAT:

[PROPOSED] ORDER GRANTING THE RATING AGENCIES'
MOTION TO DISMISS (No. C09-0037MJP) - 1
4818-1039-0790.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

1. The Rating Agencies' Motion is GRANTED for the reasons stated therein.

2. Count IV against the Rating Agencies is dismissed with prejudice.

IT IS SO ORDERED.

DATED this ____ day of _____, 2010.

_____
United States District Court Judge

Presented by:

| RIDDELL WILLIAMS P.S. | LANE POWELL PC |
|---|---|
| By /s/ Paul J. Kundtz<br>Paul J. Kundtz, WSBA #13548<br>Gavin W. Skok, WSBA #29766<br><br>Floyd Abrams (*pro hac vice*)<br>Adam Zurofsky (*pro hac vice*)<br>Tammy L. Roy (*pro hac vice*)<br>CAHILL GORDON & REINDEL LLP<br>80 Pine Street<br>New York, New York 10005<br>Telephone: (212) 701-3000<br>Facsimile: (212) 269-5420<br><br>*Counsel for The McGraw-Hill Companies, Inc.* | By /s/ Larry S. Gangnes<br>Larry S. Gangnes, WSBA #8118<br><br>Joshua M. Rubins (*pro hac vice*)<br>James J. Coster (*pro hac vice*)<br>SATTERLEE STEPHENS BURKE & BURKE LLP<br>230 Park Avenue, Suite 1130<br>New York, New York 10169<br>Telephone: (212) 818-9200<br>Facsimile: (212) 818-9606<br><br>*Counsel for Moody's Investor Services, Inc.* |

[PROPOSED] ORDER GRANTING THE RATING AGENCIES' MOTION TO DISMISS (No. C09-0037MJP) - 2

4818-1039-0790.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600