The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*, <br><br> Defendants. | Case No. C09-0037MJP <br><br> **DECLARATION OF FLOYD ABRAMS IN SUPPORT OF THE RATING AGENCY DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

I, Floyd Abrams, declare under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the New York bar and of the firm of Cahill Gordon & Reindel LLP. My firm, together with Paul J. Kundtz and Gavin W. Skok of Riddell Williams P.S., serve as attorneys for Defendant The McGraw-Hill Companies, Inc. ("McGraw-Hill" or "S&P") in this matter. By order of this Court dated December 28, 2009, I have been granted leave to appear *pro hac vice* on behalf of McGraw-Hill. I make this declaration to place before the Court certain documents obtained from public sources. The Court may take judicial notice of these documents because their publication is a matter of public

DECLARATION OF FLOYD ABRAMS (NO. C09-0037MJP) - 1

record and cannot be reasonably questioned. I am fully familiar with the facts set forth herein and make this declaration based on my personal knowledge.

2. On April 1, 2010 Plaintiffs in this matter filed their Second Amended Consolidated Class Action Complaint. A true and accurate copy of the Second Amended Consolidated Class Action Complaint is attached hereto as Exhibit A.

3. On April 22, 2010, Judge Susan Illston of the Northern District of California issued an opinion in *In re Wells Fargo Mortgage-Backed Certificates Litigation*, No. 09-cv-1376, Dkt. No. 198. A true and accurate copy of the opinion is attached hereto as Exhibit B.

4. On February 5, 2010, Judge Lewis A. Kaplan of the Southern District of New York issued an order in *In re IndyMac Mortgage-Backed Securities Litigation*, No. 09-cv-04583-LAK, Dkt. No. 195. A true and accurate copy of the opinion is attached hereto as Exhibit C.

5. On Mar. 31, 2010, Judge Jed. S. Rakoff of the Southern District of New York issued an opinion in *Iron Workers Local No. 25 Pension Fund* v. *Credit-Based Asset Servicing & Securitization LLC*, No. 08-cv-10841, Dkt. No. 101. A true and accurate copy of the opinion is attached hereto as Exhibit D.

6. On Feb. 5, 2010, Judge Lewis A. Kaplan of the Southern District of New York issued an order in *Tsereteli* v. *Residential Asset Securitization Trust 2006-A8, et al.*, No. 08-cv-10637-LAK, Dkt. No. 52. A true and accurate copy of the opinion is attached hereto as Exhibit E.

7. On December 18, 2006, WaMu Mortgage Pass-Through Certificates, Series 2006-AR18 Trust filed with the Securities and Exchange Commission ("SEC") a prospectus supplement, which stated, *inter alia*:

DECLARATION OF FLOYD ABRAMS (NO. C09-0037MJP) - 2

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

> A security rating is not a recommendation to buy, sell or hold securities and may be subject to revision or withdrawal at any time by the assigning rating agency . . . . The ratings on the offered certificates address the likelihood of the receipt by holders of the offered certificates of all distributions on the underlying mortgage loans to which they are entitled.

WaMu Mortgage-Pass Through Certificates, Series 2006-AR18 Prospectus Supplement, at S-81 (December, 18, 2006). A true and accurate copy of the relevant excerpts of the document is attached hereto as <u>Exhibit F</u>.

8. On December 18, 2006, WaMu Mortgage Pass-Through Certificates, Series 2006-AR18 Trust filed with the SEC a prospectus supplement, which stated, *inter alia*:

> The issuer of the certificates, the WaMu Mortgage Pass−Through Certificates Series 2006−AR18 Trust (the "Trust"), will be a statutory trust formed under the laws of the State of Delaware pursuant to a trust agreement between WaMu Asset Acceptance Corp., as depositor, and Christiana Bank & Trust Company, as Delaware trustee. The pooling and servicing agreement, dated as of December 1, 2006 (the "pooling agreement"), among the depositor, Washington Mutual Bank, as servicer, the Delaware trustee and LaSalle Bank National Association, as trustee, will restate the trust agreement and will be the governing instrument of the Trust.
>
> . . .
>
> The permissible activities of the Trust may not be modified except by an amendment to the pooling agreement.

WaMu Mortgage Pass-Through Certificates, Series 2006-AR18 Prospectus Supplement, at S-25, S-26 (December 18, 2006). A true and accurate copy of the relevant excerpts of the document is attached hereto as <u>Exhibit F</u>.

9. Language identical or substantially similar to that cited above in paragraphs 7-8 is also contained in the prospectus supplements for the other offerings from which Plaintiffs allege they purchased. *See, e.g.*, WaMu Mortgage Pass-Through Certificates, Series 2007-HY1 Prospectus Supplement at S-28, S-29, S-99 (dated January 22, 2007) (a true and accurate copy of the relevant excerpts is attached hereto as <u>Exhibit G</u>); WaMu Mortgage Pass-Through Certificates, Series 2007-OA4 Prospectus Supplement at S-41, S-

DECLARATION OF FLOYD ABRAMS (NO. C09-0037MJP) - 3

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

42, S-117 (dated April 24, 2007) (a true and accurate copy of the relevant excerpts is attached hereto as Exhibit H); WaMu Mortgage Pass-Through Certificates, Series 2007-OA5 Prospectus Supplement at S-42, S-43, S-119 (dated May 22, 2007) (a true and accurate copy of the relevant excerpts is attached hereto as Exhibit I); WaMu Mortgage Pass-Through Certificates, WMALT Series 2007-OA5 Prospectus Supplement at S-37, S-38, S-108 (dated June 25, 2007) (a true and accurate copy of the relevant excerpts is attached hereto as Exhibit J); WaMu Mortgage Pass-Through Certificates, Series 2006-AR5 Prospectus Supplement at S-34, S-35, S-97 (dated May 23, 2006) (a true and accurate copy of the relevant excerpts is attached hereto as Exhibit K); WaMu Mortgage Pass-Through Certificates, Series 2006-AR7 Prospectus Supplement at S-41, S-42, S-122 (dated June 23, 2006) (a true and accurate copy of the relevant excerpts is attached hereto as Exhibit L).

10. Language identical or substantially similar to that cited in paragraphs 7-8 is also contained in the prospectus supplements for the offerings in which Plaintiffs are not alleged to have purchased securities. *See, e.g.*, WaMu Mortgage Pass-Through Certificates, Series 2006-AR1 Prospectus Supplement (dated January 26, 2006); WaMu Mortgage Pass-Through Certificates, Series 2006-AR6 Prospectus Supplement (dated June 22, 2006); WaMu Mortgage Pass-Through Certificates, Series 2006-AR13 Prospectus Supplement (dated September 25, 2006); WaMu Mortgage Pass-Through Certificates, Series 2007-HY3 Prospectus Supplement (dated February 23, 2007); WaMu Mortgage Pass-Through Certificates, Series 2007-HY5 Prospectus Supplement (dated April 23, 2007); WaMu Mortgage Pass-Through Certificates, WMALT Series 2007-OC1 Prospectus Supplement (dated May 10, 2007); WaMu Mortgage Pass-Through Certificates, Series 2007-OA6 Prospectus Supplement (dated June 22, 2007). These prospectus supplements are publicly available on the SEC's website (www.sec.gov).

DECLARATION OF FLOYD ABRAMS (NO. C09-0037MJP) - 4

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

11. On March 29, 2010, Judge Paul A. Crotty of the Southern District of New York issued an order in *New Jersey Carpenters Health Fund* v. *DLJ Mortgage Capital, Inc.*, No. 08 Civ. 5653 (PAC), Dkt. No. 84. A true and accurate copy of the opinion is attached hereto as <u>Exhibit M</u>.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2010 at New York, NY.


           /s/ Floyd Abrams
           Floyd Abrams

DECLARATION OF FLOYD ABRAMS (NO. C09-0037MJP) - 5

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600