# CERTIFICATE OF SERVICE

Floyd Abrams, declares as follows:

I am over 18 years of age and a citizen of the United States. I am employed by the law firm of Cahill Gordon & Reindel LLP. On the date noted below, I electronically filed the foregoing document using the CM/ECF system which will notify the following:

- **Floyd Abrams**
  fabrams@cahill.com

- **David M Balabanian**
  david.balabanian@bingham.com

- **Michael H. Barr**
  mbarr@sonnenschein.com

- **Walter Eugene Barton**
  gbarton@karrtuttle.com, nrandall@karrtuttle.com, danderson@karrtuttle.com

- **Steve W. Berman**
  steve@hbsslaw.com, robert@hbsslaw.com, heatherw@hbsslaw.com

- **Andrew B Brettler**
  abrettler@stblaw.com

- **Frank Busch**
  frank.busch@bingham.com, theo.robins@bingham.com, frank.downing@bingham.com

- **Steven P Caplow**
  stevencaplow@dwt.com, patrickwatts@dwt.com, robinklein@dwt.com, sheilarowden@dwt.com

- **Kevin P Chavous**
  kchavous@sonnenschein.com

- **James J. Coster**
  jcoster@ssbb.com, managingclerk@ssbb.com, jregan@ssbb.com

CERTIFICATE OF SERVICE - 1

4831-8776-0902.01

- **Hal D Cunningham**
  hcunningham@scott-scott.com, halcunningham@gmail.com, efile@scott-scott.com

- **Kerry F Cunningham**
  kerry.cunningham@dlapiper.com

- **Leslie D Davis**
  ldavis@sonnenschein.com

- **Corey E Delaney**
  corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, richard.hans@dlapiper.com, patrick.smith@dlapiper.com

- **Joseph A. Fonti (Terminated)**
  jfonti@labaton.com, ElectronicCaseFiling@labaton.com

- **Brian C Free**
  bcf@hcmp.com, gcp@hcmp.com

- **Larry Steven Gangnes**
  gangnesl@lanepowell.com, sebringl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com

- **Jonathan Gardner**
  jgardner@labaton.com

- **Joseph P Guglielmo**
  jguglielmo@scott-scott.com, efile@scott-scott.com

- **Richard F Hans**
  richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

- **David Daniel Hoff**
  dhoff@tousley.com, efile@tousley.com

- **Julie Hwang (Terminated)**
  jhwang@labaton.com, ElectronicCaseFiling@labaton.com

- **Stellman Keehnel**
  stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

- **Paul Joseph Kundtz**
  pkundtz@riddellwilliams.com, mdowns@riddellwilliams.com, mbergquam@riddellwilliams.com

- **Joel P Laitman**
  jlaitman@cohenmilstein.com

CERTIFICATE OF SERVICE - 2

4831-8776-0902.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

- **Bruce Earl Larson**
  blarson@karrtuttle.com, psteinfeld@karrtuttle.com

- **Mike Liles , Jr**
  mliles@karrtuttle.com

- **Christopher E Lometti**
  clometti@cohenmilstein.com

- **John D Lowery**
  jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

- **Douglas C McDermott**
  doug@mcdermottnewman.com, eric@mcdermottnewman.com

- **Bradley T. Meissner**
  bradley.meissner@dlapiper.com

- **Timothy Michael Moran**
  moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

- **Brian O. O'Mara**
  bomara@csgrr.com

- **Barry Robert Ostrager**
  bostrager@stblaw.com, managingclerk@stblaw.com

- **Nancy A Pacharzina**
  npacharzina@tousley.com, mhottman@tousley.com

- **John D Pernick**
  john.pernick@bingham.com

- **Louis David Peterson**
  ldp@hcmp.com, smp@hcmp.com

- **Kenneth J Pfaehler**
  kpfaehler@sonnenschein.com, nreeber@sonnenschein.com

- **Robert J Pfister (Terminated)**
  rpfister@stblaw.com

- **Daniel B Rehns**
  drehns@cohenmilstein.com

- **Kenneth M Rehns**
  krehns@cohenmilstein.com

CERTIFICATE OF SERVICE - 3

4831-8776-0902.01

- **Serena Richardson (Terminated)**
  srichardson@labaton.com, ElectronicCaseFiling@labaton.com

- **Rogelio Omar Riojas**
  omar.riojas@dlapiper.com, nina.marie@dlapiper.com, karen.hansen@dlapiper.com

- **Darren J Robbins**
  e_file_sd@csgrr.com

- **Tammy Roy**
  troy@cahill.com

- **Joshua M. Rubins**
  jrubins@ssbb.com, managingclerk@ssbb.com, jregan@ssbb.com

- **Stephen M. Rummage**
  steverummage@dwt.com, jeannecadley@dwt.com

- **Hollis Lee Salzman (Terminated)**
  hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

- **Paul Scarlato**
  pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

- **Arthur L Shingler**
  ashingler@scott-scott.com, efile@scott-scott.com

- **Gavin Williams Skok**
  gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

- **Kim D Stephens**
  kstephens@tousley.com, kzajac@tousley.com, cbonifaci@tousley.com

- **Robert D Stewart**
  stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

- **Steven J Toll**
  stoll@cohenmilstein.com, efilings@cohenmilstein.com

- **Mary Kay Vyskocil**
  mvyskocil@stblaw.com

- **Dennis H Walters**
  dwalters@karrtuttle.com, wbarker@karrtuttle.com

- **Adam Zurofsky**
  azurofsky@cahill.com

CERTIFICATE OF SERVICE - 4

4831-8776-0902.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

1   I declare under penalty of perjury under the laws of the United States that
2   the foregoing is true and correct.
3   DATED this 27th day of April, 2010.

/s/ Floyd Abrams

CERTIFICATE OF SERVICE - 5

4831-8776-0902.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600