# Appendix B – Certificates by Standing

Plaintiffs allege that they purchased Certificates in the following offerings:

| | |
|---|---|
| WaMu 2006-AR5 | WaMu 2006-AR18 |
| WaMu 2006-AR7 | WaMu 2007-HY1 |
| WaMu 2006-AR12 | WaMu 2007-OA4 |
| WaMu 2006-AR16 | WaMu 2007-OA5 |
| WaMu 2006-AR17 | WMALT 2007-OA5 |

Plaintiffs do not allege that they purchased Certificates in the following offerings, and thus ***do not have standing*** to assert claims with respect to these offerings:

| | |
|---|---|
| WaMu 2006-AR1 | WaMu 2007-HY2 |
| WaMu 2006-AR2 | WaMu 2007-HY3 |
| WaMu 2006-AR3 | WaMu 2007-HY4 |
| WaMu 2006-AR4 | WaMu 2007-HY5 |
| WaMu 2006-AR6 | WaMu 2007-HY6 |
| WaMu 2006-AR8 | WaMu 2007-HY7 |
| WaMu 2006-AR9 | WaMu 2007-OA6 |
| WaMu 2006-AR10 | WMALT 2007-OC1 |
| WaMu 2006-AR11 | WMALT 2007-OC2 |
| WaMu 2006-AR13 | WMALT 2007-1 |
| WaMu 2006-AR14 | WMALT 2007-2 |
| WaMu 2006-AR15 | WMALT 2007-3 |
| WaMu 2006-AR19 | |