The Honorable Marsha J. Pechman

1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

9

10   BOILERMAKERS NATIONAL ANNUITY
     TRUST FUND, on behalf of itself and all          Master Case No.: C09-0037 (MJP)
11   others similarly situated,

12                              Plaintiff,            **REQUEST FOR JUDICIAL NOTICE
                                                      IN SUPPORT OF WAMU
13   v.                                               DEFENDANTS' MOTION TO DISMISS**

14
     WAMU MORTGAGE PASS THROUGH
15   CERTIFICATES, SERIES 2006-ARI *et al.*           **NOTE ON MOTION CALENDAR:
                                                      May 28, 2010**
16                              Defendants.

17   DORAL BANK PUERTO RICO, on behalf
     of Itself and All Others Similarly Situated,
18
19                              Plaintiff,
20
     v.
21
22   WASHINGTON MUTUAL ASSET
     ACCEPTANCE CORPORATION, *et al.*
23
                                Defendants.
24

25

26

27

28

*REQUEST FOR JUDICIAL NOTICE
(CV09-0037 MJP)*

H ILLIS  C LARK  M ARTIN  &
P ETERSON , P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

A/73363378.1

Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga (the "WaMu Defendants") respectfully request that the Court take judicial notice of each of the following documents pursuant to Federal Rule of Evidence 201 ("Rule 201"):

## DISCUSSION

These documents are the proper subject of judicial notice. The Court may take judicial notice of and consider on a motion to dismiss documents filed with the Securities and Exchange Commission. *See In re Nuko Info. Sys. Sec. Litig.,* 199 F.R.D. 338, 341 (N.D. Cal. 2000) ("The Court may take judicial notice of public records outside the pleadings, including SEC filings"). Registration Statements, Prospectuses, and Prospectus Supplements, attached hereto as Exhibits 1-6, 21, 22, and 25 constitute "relevant public disclosure documents filed with the Securities and Exchange Commission." *Ronconi v. Larkin,* No. C-97-1319, 1998 WL 230987, at *1 (N.D.Cal. May 1, 1998). Because it would be "highly impractical and inconsistent with Fed. R. Evid. 201 to preclude a district court from considering such documents when faced with a motion to dismiss a securities action based on allegations of material misrepresentations or omission," this Court may take judicial notice of these SEC filings for purposes of this motion. *Lovelace v. Software Spectrum, Inc.,* 78 F.3d 1015, 1018 n.1 (5th Cir. 1996) (citation omitted); *accord Fla. State Bd. of Admin. v. Green Tree Fin. Corp.*, 270 F.3d 645, 663 (8th Cir. 2001).[1]

The Court may also consider documents referred to in the Second Amended Consolidated Complaint ("SAC"). *See In re Silicon Graphics Inc. Sec. Litig.,* 183 F.3d 970,

---

[1] For the Court's convenience, and to reduce the volume of documents submitted in connection with the motion to dismiss, the exhibits to this Request for Judicial Notice include excerpts from these SEC filings of the material cited in the motion to dismiss.

*REQUEST FOR JUDICIAL NOTICE*
(CV09-0037 MJP) - *Page 1 of 4*

HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

A/73363378.1

986 (9th Cir. 1999). Documents upon which a complaint is based can be considered irrespective of whether plaintiff has chosen to cite or quote them. *See In re Burlington Coat Factory Sec. Litig.,* 114 F.3d 1410, 1426 (3d Cir. 1997) ("Plaintiffs cannot prevent a court from looking at the text[] of the documents on which its claim is based by failing to attach or explicitly cite to them"); *see also, Parrino v. FHP, Inc.*, 146 F.3d 699, 705-06 (9th Cir. 1998); *In re Metricom Sec. Litig.,*C 01-4085 PJH, 2004 WL 966291, at *7-8 (N.D. Cal. May 4, 2004). This provides another basis for judicial notice of the SEC filings, as they are all cited in the SAC. It also provides a basis for judicial notice of the Mortgage Loan Purchase and Sale Agreement attached as Exhibit 23.

Under FRE 201(d), the court may take judicial notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. This includes information from reliable sources on the internet. *See, e.g., O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1224-1225 (10th Cir. 2007) (abuse of discretion for court not to take judicial notice of company's earnings information posted on website); *Alvara v. Aurora Loan Servs.,* 2009 U.S. Dist. LEXIS 50635, at *3 n. 3 (N.D. Cal. June 15, 2009) (taking judicial notice of chart from Federal National Mortgage Association Website tracking conforming limit for mortgage loans). Plaintiffs' complaint contains allegations regarding the delinquency rate of the loans underlying the Certificates at issue in this action. Information about the actual delinquency rates on these Certificates is available on the website www.wamusecurities.com, which is a free website available to anyone who submits registration information. Exhibit 7 to this request contains a chart showing, based on information obtained from the website, the portion of delinquent loans (including loans in foreclosure) in the loan pools underlying the Certificates owned by Plaintiffs (WaMu 2006 AR5, AR7, AR12, AR16, AR17, AR18, WaMu 2007 HY1, WaMu 2007 OA4, OA5, and WMALT 2007 OA5), both by gross amount and as a percentage of the original and current

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

A/73363378.1

principal balances of the loans underlying the certificates as of March 2010.  Exhibit 8 to this request contains the printouts of the web pages from www.wamusecurities.com from which the information in the chart was obtained.  Exhibit 9 to this request is a press release from the Mortgage Bankers Association regarding the delinquency rate on mortgages in the United States at the end of 2009, which states that the delinquency rate (including foreclosures) is 15.02%.

Plaintiffs also allege that the Rating Agencies downgraded the ratings on the Certificates at issue in this action in February 2009.  Attached as Exhibit 10 to this request is a report prepared by Standard & Poor's analyzing downgrades of various mortgage backed securities during that period.

The statue of limitations bars certain of Plaintiffs' claims.  News articles, press releases, and other noticeable materials written more than one year before Plaintiffs filed their claims are attached to this request as Exhibits 11 to 19.

Finally, the Second Amended Complaint and Motion for Leave to Amend are attached as Exhibits 20 and 24.

## CONCLUSION

Both because the SAC includes allegations relating to the delinquencies and ratings downgrades, and because the nature of the information obtained from these internet sources is such that its accuracy cannot reasonably be questioned, the Court should take judicial notice of the attached exhibits.

//

//

//

//

//

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

A/73363378.1

For the foregoing reasons, the WaMu Defendants respectfully request that the Court take judicial notice of each of the documents identified above.

DATED this 27th day of April, 2010.

| BINGHAM McCUTCHEN LLP | HILLIS CLARK MARTIN & PETERSON |
|---|---|
| David M. Balabanian (*Pro Hac Vice*)<br>John D. Pernick (*Pro Hac Vice*)<br>Frank Busch (*Pro Hac Vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Tel:      (415) 393-2544<br>Fax:      (415) 262-9203<br>Email:      david.balabanian@bingham.com<br>           john.pernick@bingham.com<br>           frank.busch@bingham.com<br>- *and* -<br>Susan L. Hoffman (*Pro Hac Vice*)<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br>Tel:      (213) 680-6454<br>Fax:      (213) 680- 6499<br>Email:      susan.hoffman@bingham.com | By: /s/ Louis D. Peterson<br>Brian C. Free, WSBA #35788<br>Louis D. Peterson, WSBA #5776<br>1221 Second Ave, Suite 500<br>Seattle, WA 98101-2925<br>Tel:      (206) 470-7646<br>Email:      bcf@hcmp.com<br>           ldp@hcmp.com<br><br>*Counsel for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga* |

*REQUEST FOR JUDICIAL NOTICE*
(CV09-0037 MJP) - *Page 4 of 4*

HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

A/73363378.1

# Index of Exhibits

Exhibit 1     Registration Statement filed 12/30/05 and amendment filed 1/3/06 (excerpts)

Exhibit 2     WaMu 2006 AR-2 Prospectus and Prospectus Supplement (excerpts)

Exhibit 3     WaMu 2006 AR-1 Prospectus and Prospectus Supplement (excerpts)

Exhibit 4     WaMu 2007 HY-1 Prospectus and Prospectus Supplement (excerpts)

Exhibit 5     WaMu 2006 AR-9 Pooling and Servicing Agreement (excerpts)

Exhibit 6     WaMu 2007 HY-2 Prospectus Supplement (excerpts)

Exhibit 7     Delinquency chart for Certificates owned by Plaintiffs

Exhibit 8     Supporting data for Exhibit 7

Exhibit 9     Press Release, Mortgage Bankers Association, Delinquencies, Foreclosure Starts Fall in Latest MBA National Delinquency Survey (Feb. 19, 2010)

Exhibit 10    Erkan Erturk & Thomas G. Gillis, *Transition Study: Structured Finance Rating Transition and Default Update as of Feb. 27, 2009*, Standard & Poor's Ratings Direct (Mar. 6, 2009)

Exhibit 11    Mortgage Bankers Association, *Housing and Mortgage Markets*

Exhibit 12    Emily Freidlander, *Yale's Shiller: U.S. Housing Slump May Exceed Great Depression*, Wall St. J. Online, Apr. 22, 2008

Exhibit 13    *Dropping a Brick*, The Economist, May 29, 2008

Exhibit 14    *Treasury's Paulson - Subprime Woes Likely Contained*, Reuters Bus. & Fin., Apr. 20, 2007

Exhibit 15    Committee on Oversight and Government Reform, *The Financial Crisis and the Role of Federal Regulators*

Exhibit 16    Committee on Banking, Housing and Urban Affairs, *Turmoil in the U.S. Credit Markets*, Testimony of Eric Stein

Exhibit 17    U.S. Treasury Department, Testimony of Henry M. Paulson, Jr., Nov. 18, 2008

Exhibit 18    Committee on Oversight and Government Reform, Testimony of David S. Ruder, Nov. 13, 2008

Exhibit 19    *New York v. First American Corporation Complaint* (N.Y. Sup. Ct. Nov. 1, 2007)

Exhibit 20    Consolidated Class Action Complaint ("WaMu Complaint"), filed Aug. 5, 2008

Exhibit 21    Registration Statement filed 3/13/07 and amendment filed 4/9/07 (excerpts)

Exhibit 22    WMALT 2007 OA-5 Prospectus and Prospectus Supplement (excerpts)

Exhibit 23    WaMu 2006 AR-5 Mortgage Loan Purchase and Sale Agreement (excerpts)

Exhibit 24    Motion (1) For Leave to Amend the Consolidated Complaint; (2) To Deny Defendants' Pending Motions as Moot and Without Prejudice; and (3) To Modify the Court's Scheduling Order

Exhibit 25    WaMu 2006 AR-5 Prospectus and Prospectus Supplement (excerpts)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ramzi Abadou - rabadou@btkmc.com,knguyen@btkmc.com

Michael H. Barr - mbarr@sonnenschein.com

Walter Eugene Barton
gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Andrew B Brettler - abrettler@stblaw.com

Frank Busch - frank.busch@bingham.com,frank.downing@bingham.com

Steven P Caplow - stevencaplow@dwt.com,belenjohnson@dwt.com

Kevin P Chavous - kchavous@sonnenschein.com

James J. Coster - jcoster@ssbb.com; jregan@ssbb.com; managingclerk@ssbb.com

Hal D Cunningham - hcunningham@scott-scott.com

Kerry F Cunningham  - kerry.cunningham@dlapiper.com

Leslie D Davis - ldavis@sonnenschein.com

Corey E Delaney
corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,
lorna.bernard@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Jonathan Gardner - jgardner@labaton.com

Joseph P Guglielmo - jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans - richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff - dhoff@tousley.com,efile@tousley.com

Christopher M Huck - Christopher.huck@dlapiper.com,karen.hansen@dlapiper.com

Stellman Keehnel - stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

Paul Joseph Kundtz
pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,
mdowns@riddellwilliams.com

Joel P Laitman - jlaitman@cohenmilstein.com

Bruce Earl Larson - blarson@karrtuttle.com,psteinfeld@karrtuttle.com

Mike Liles , Jr - mliles@karrtuttle.com

Christopher E Lometti - clometti@cohenmilstein.com

Bradley T. Meissner  - bradley.meissner@dlapiper.com

Timothy M. Moran - moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Barry Robert Ostrager - bostrager@stblaw.com,managingclerk@stblaw.com

Nancy A Pacharzina - npacharzina@tousley.com,kzajac@tousley.com

*Certificate of Service  (CV09-037 MJP)*

HILLIS CLARK MARTIN & PETERSON, P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Erik D Peterson - epeterson@btkmc.com,knguyen@btkmc.com

Kenneth J Pfaehler - kpfaehler@sonnenschein.com,nreeber@sonnenschein.com

Daniel B Rehns - drehns@cohenmilstein.com

Kenneth M. Rehns - krehns@cohenmilstein.com

Rogelio Omar Riojas - omar.riojas@dlapiper.com,nina.marie@dlapiper.com

Joshua M. Rubins - jrubins@ssbb.com; lregan@ssbb.com; managingclerk@ssbb.com

Stephen M. Rummage - steverummage@dwt.com,jeannecadley@dwt.com

Paul Scarlato - pscarlato@labaton.com,ElectronicCaseFiling@labaton.com

Arthur L Shingler -
ashingler@scott-scott.com,cmcgowan@scott-scott.com,efile@scott-scott.com

Kim D Stephens - kstephens@tousley.com,bkinsey@tousley.com

Steven J. Toll - stoll@cohenmilstein.com

Robert D Stewart - stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Mary Kay Vyskocil - mvyskocil@stblaw.com

Dennis H Walters - dwalters@karrtuttle.com,wbarker@karrtuttle.com

DATED this 27th day of April, 2010 at Seattle, Washington.

By___s/ Louis D. Peterson_____
    Louis D. Peterson, WSBA #5776
    1221 Second Avenue, Suite 500
    Seattle WA 98101-2925
    Telephone:  (206) 623-1745
    Facsimile:  (206) 623-7789
    Email:  ldp@hcmp.com

HILLIS CLARK MARTIN & PETERSON, P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789