The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-ARI *et al*.<br><br>Defendants.<br><br>DORAL BANK PUERTO RICO, on behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, *et al*.<br><br>Defendants. | Master Case No.: C09-0037 (MJP)<br><br>**APPENDIX OF UNPUBLISHED AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**May 28, 2010** |

*APPENDIX OF UNPUBLISHED AUTHORITIES IN SUPPORT OF MOTION TO DISMISS*
*(CV09-0037 MJP)*

HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

A/73363409.1

Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga (the "WaMu Defendants") respectfully submit this Appendix of Unpublished Authorities in Support of Motion to Dismiss.

For ease of the reference, a true and correct copy of each unpublished authority is attached to this Appendix.

| Tab | Description |
| --- | --- |
| 1. | *Al-Thani v. Wells Fargo & Co.*, No. C 08-1745 CW, 2009 U.S. Dist. LEXIS 2732 (N.D. Cal. Jan. 7, 2009) |
| 2. | *Belodoff v. Netlist, Inc.,* No. SA CV 07-00677 (MLGx), 2008 U.S. Dist. LEXIS 45289 (C.D. Cal. May 30 2008) |
| 3. | *In re 2007 Novastar Financial, Inc., Sec. Litig.,* No 07-0139-CV-W-ODS, 2008 WL 2354367 (W.D.Mo.) |
| 4. | *In re DDi Corp. Sec. Litig.*, No. CV 03-7063, 2005 U.S. Dist. LEXIS 28216 (C.D. Cal. July 20, 2005) |
| 5. | *In re Downey Sec. Litig.*, No. CV 08-3261-JFW (RZx), 2009 WL 2767670 (C.D. Cal. Aug. 21, 2009) |
| 6. | *In re Lehman Brothers Sec. and ERISA Litig.,* No 09 MD 2017 (LAK), 2010 WL 545992 (S.D.N.Y.) |
| 6. | *In re Metricom Sec. Litig.*, No. C 01-4085 PJH, 2004 U.S. Dist. LEXIS 7834 (N.D. Cal. Apr. 29, 2004) |
| 8. | *In re Valence Tech. Sec. Litig.*, No. C 95-20459 JW, 1996 U.S. Dist. LEXIS 22135 (N.D. Cal. Jan. 23, 1996) |
| 9. | *In re Wash. Mut. Inc. Sec. Litig.*, No. 2:08-MD-1919 (MJP), 2009 U.S. Dist. LEXIS 99727 (W.D. Wash. Oct. 27, 2009) |
| 10. | *Landmen Partners, Inc. v. Blackstone Group, L.P.*, No. 08-CV-3601, 2009 WL 3029002 (S.D.N.Y. Sept. 22, 2009) |
| 11. | *New Jersey Carpenters Health Fund v. DLJ Mortgage Capital Inc.,* No. 08-CV 5653 (PAC), Docket No. 84 (S.D.N.Y. Mar. 25, 2010) |
| 12. | *New Jersey Carpenters Vacation Fund v The Royal Bank of Scotland Group, PLC,* No. 08 CV 5093 (HB), 2010 WL 1172694 (S.D.N.Y. Mar. 26, 2010) |

*APPENDIX OF UNPUBLISHED AUTHORITIES IN SUPPORT OF MOTION TO DISMISS*
(CV09-0037 MJP) - *Page 1 of 2*

HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

A/73363409.1

13. *Republic Bank & Trust Company v Bear, Stearns & Co., Inc.,* No. 09-CV-287 (CRS), Docket No. 32 (W.D.Ky. Apr. 13, 2010)

14. *RSM Production Corporation v. Fridman,* No. 06-CV-11512 (EJW), 2009 WL 424540 (S.D.N.Y. Feb. 19, 2009)

15. *Rubke v. Capitol Bancorp*, No. 05-4800, 2006 U.S. Dist. LEXIS 43745 (N.D. Cal. June 16, 2006)

16. SEC Proposed Rules, Securities Act Release No. 33- 7086, 1994 WL 469347 (Aug. 31, 1994)

17. *Stack v. Lobo*, Civ. No. 95-20049(SW), 1995 U.S. Dist. LEXIS 19966 (N.D. Cal. Apr. 20, 1995)

18. *Twinde v. Threshold Pharms. Inc.*, No. 07-CV-4972 (CW), 2008 U.S. Dist. LEXIS 58619 (N.D. Cal. July 11, 2008)

19. *Tsereteli v. Residential Asset Securitization Trust 2006-A8*, No. 08 Civ. 10637 (LAK), 2010 WL 816623 (S.D.N.Y. Mar. 11, 2010)

DATED this 27th day of April, 2010.

| BINGHAM McCUTCHEN LLP | HILLIS CLARK MARTIN & PETERSON |
|---|---|
| David M. Balabanian (*Pro Hac Vice*)<br>John D. Pernick (*Pro Hac Vice*)<br>Frank Busch (*Pro Hac Vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Tel: (415) 393-2544<br>Fax: (415) 262-9203<br>Email: david.balabanian@bingham.com<br>john.pernick@bingham.com<br>frank.busch@bingham.com<br>- and -<br>Susan L. Hoffman (*Pro Hac Vice*)<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br>Tel: (213) 680-6454<br>Fax: (213) 680- 6499<br>Email: susan.hoffman@bingham.com | By: /s/ Louis D. Peterson<br>Brian C. Free, WSBA #35788<br>Louis D. Peterson, WSBA #5776<br>1221 Second Ave, Suite 500<br>Seattle, WA 98101-2925<br>Tel: (206) 470-7646<br>Email: bcf@hcmp.com<br>ldp@hcmp.com<br><br>*Counsel for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga* |

*APPENDIX OF UNPUPLISHED AUTHORITIES IN SUPPORT OF MOTION TO DISMISS*
(CV09-0037 MJP) - *Page 2 of 2*

HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

A/73363409.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ramzi Abadou - rabadou@btkmc.com,knguyen@btkmc.com

Michael H. Barr - mbarr@sonnenschein.com

Walter Eugene Barton gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Andrew B Brettler - abrettler@stblaw.com

Frank Busch - frank.busch@bingham.com,frank.downing@bingham.com

Steven P Caplow - stevencaplow@dwt.com,belenjohnson@dwt.com

Kevin P Chavous - kchavous@sonnenschein.com

James J. Coster - jcoster@ssbb.com; jregan@ssbb.com; managingclerk@ssbb.com

Hal D Cunningham - hcunningham@scott-scott.com

Kerry F Cunningham - kerry.cunningham@dlapiper.com

Leslie D Davis - ldavis@sonnenschein.com

Corey E Delaney corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com, lorna.bernard@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Jonathan Gardner - jgardner@labaton.com

Joseph P Guglielmo - jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans - richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff - dhoff@tousley.com,efile@tousley.com

Christopher M Huck - Christopher.huck@dlapiper.com,karen.hansen@dlapiper.com

Stellman Keehnel - stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Joel P Laitman - jlaitman@cohenmilstein.com

Bruce Earl Larson - blarson@karrtuttle.com,psteinfeld@karrtuttle.com

Mike Liles , Jr - mliles@karrtuttle.com

Christopher E Lometti - clometti@cohenmilstein.com

Bradley T. Meissner - bradley.meissner@dlapiper.com

Timothy M. Moran - moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Barry Robert Ostrager - bostrager@stblaw.com,managingclerk@stblaw.com

Nancy A Pacharzina - npacharzina@tousley.com,kzajac@tousley.com

*Certificate of Service  (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON, P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Erik D Peterson - epeterson@btkmc.com,knguyen@btkmc.com
Kenneth J Pfaehler - kpfaehler@sonnenschein.com,nreeber@sonnenschein.com
Daniel B Rehns - drehns@cohenmilstein.com
Kenneth M. Rehns - krehns@cohenmilstein.com
Rogelio Omar Riojas - omar.riojas@dlapiper.com,nina.marie@dlapiper.com
Joshua M. Rubins - jrubins@ssbb.com; lregan@ssbb.com; managingclerk@ssbb.com
Stephen M. Rummage - steverummage@dwt.com,jeannecadley@dwt.com
Paul Scarlato - pscarlato@labaton.com,ElectronicCaseFiling@labaton.com
Arthur L Shingler - ashingler@scott-scott.com,cmcgowan@scott-scott.com,efile@scott-scott.com
Kim D Stephens - kstephens@tousley.com,bkinsey@tousley.com
Steven J. Toll - stoll@cohenmilstein.com
Robert D Stewart - stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com
Mary Kay Vyskocil - mvyskocil@stblaw.com
Dennis H Walters - dwalters@karrtuttle.com,wbarker@karrtuttle.com

DATED this 27th day of April, 2010 at Seattle, Washington.

By‌ s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com

*Certificate of Service (CV09-037 MJP)*

HILLIS CLARK MARTIN & PETERSON, P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789