The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Boilermakers National Annuity Trust Fund, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WaMu Mortgage Pass-Through Certificates, Series AR1, *et al*.,<br><br>Defendants. | Lead Case No. C09-0037-MJP<br><br>NOTICE OF WITHDRAWAL OF COUNSEL (ANDREW B. BRETTLER)<br><br>(***Clerk's Action Required***) |
| New Orleans Employees Retirement System, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Federal Deposit Insurance Corporation, *et al*.,<br><br>Defendants. | Case No. C09-0134-MJP |
| New Orleans Employees Retirement System, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>First American Corporation, *et al*.,<br><br>Defendants. | Case No. C09-0137-MJP |

NOTICE OF WITHDRAWAL OF COUNSEL
Lead Case No. C09-0037-MJP and
Case Nos. C09-0134 and C09-0137

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3909
- *and* –
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
Suite 2200 • 1201 Third Avenue
Seattle, Washington 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Andrew B. Brettler is leaving the law firm of Simpson |
| 3 | Thacher & Bartlett LLP and therefore withdraws as counsel of record in the above-captioned |
| 4 | cases, effective immediately. All other Requests for Special Notice by Interested Party |
| 5 | previously or contemporaneously entered by Barry Ostrager and Mary Kay Vyskocil of |
| 6 | Simpson Thacher & Bartlett LLP, and Stephen Rummage and Steven Caplow of Davis |
| 7 | Wright Tremaine LLP, will continue. Copies of all future papers and pleadings herein, except |
| 8 | original process, shall continue to be served upon the parties noted above. |
| 9 | DATED this 3rd day of May, 2010. |

SIMPSON THACHER & BARTLETT LLP

By:   /s/ *Andrew B. Brettler*
 Andrew B. Brettler (*pro hac vice*)
 1999 Avenue of the Stars, 29th Floor
 Los Angeles, California 90067
 Tel.   (310) 407-7500
 Fax:   (310) 407-7502
 Email:   abrettler@stblaw.com

NOTICE OF WITHDRAWAL OF COUNSEL
Lead Case No. C09-0037-MJP and
Case Nos. C09-0134 and C09-0137

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3909
- *and* –
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
Suite 2200 • 1201 Third Avenue
Seattle, Washington 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification, and that any remaining parties shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 3rd day of May, 2010.

SIMPSON THACHER & BARTLETT LLP

By:    /s/ *Andrew B. Brettler*
       Andrew B. Brettler (*pro hac vice*)
       1999 Avenue of the Stars, 29th Floor
       Los Angeles, California 90067
       Tel.    (310) 407-7500
       Fax:    (310) 407-7502
       Email:   abrettler@stblaw.com

NOTICE OF WITHDRAWAL OF COUNSEL
Lead Case No. C09-0037-MJP and
Case Nos. C09-0134 and C09-0137

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3909
- *and* –
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
Suite 2200 • 1201 Third Avenue
Seattle, Washington 98101-3045
Tel: (206) 622-3150
Fax: (206) 757-7700