HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, et al.,<br><br>Defendants. | Master Cause NO. 2:09-cv-00037-MJP<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Noted on Motion Calendar:<br>**June 4, 2010**<br><br>**ORAL ARGUMENT REQUESTED** |
| DORAL BANK PUERTO RICO, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, et al.,<br><br>Defendants. | NO. 2:09-cv-01557-MJP |

PLAINTIFFS' MOTION FOR LEAVE TO AMEND
COMPLAINT
(NO. 2:09-cv-00037-MJP)      1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Lead Plaintiffs Doral Bank Puerto Rico and Policemen's Annuity and Benefit Fund of the City of Chicago and Plaintiff Boilermakers National Annuity Trust (collectively, "Plaintiffs") respectfully move for leave to amend the Second Amended Consolidated Class Action Complaint (the "Complaint") to correct an error in the Complaint. The Complaint inadvertently named the wrong entity as the entity controlled by Defendants Moody's Investors Services, Inc. and McGraw-Hill Companies, Inc. (the "Rating Agencies"). The reasons for the proposed amendment are set forth in detail in the accompanying Opposition to the Rating Agencies' Joint Motion to Dismiss the Second Amended Consolidated Class Action Complaint, which is being filed along with this Motion and which is also attached as Exhibit A to this Motion.[1]

Plaintiffs' proposed amended complaint is attached as Exhibit B to this Motion. For the convenience of the Court and Defendants, a redlined version of the Complaint, showing the limited differences between the proposed amended complaint and the Complaint, is attached as Exhibit C to this Motion.

Dated: May 18, 2010

Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ Nancy A. Pacharzina
Nancy A. Pacharzina, WSBA #25946
Kim D. Stephens, WSBA #11984
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
kstephens@tousley.com

*Liaison Counsel for the Proposed Class*

---

[1] In addition to modifying the entity controlled by the Rating Agencies, the proposed amended complaint modifies two other errors. An additional entry is inserted into the charts of certificates in paragraphs 21 and 22 so that the charts now include series 2007-HY7 of the WaMu pass through certificates. Certificate 2007-HY7 is mentioned elsewhere in the Complaint, *see, e.g.*, chart at ¶ 39, and was included in a similar chart in the complaint filed on November 23, 2009, but was inadvertently omitted from the charts in paragraphs 21 and 22. *See* Consolidated Class Action Complaint ¶ 25, Dkt. No. 103 (Nov. 23, 2009). Also, an erroneous reference to state securities laws in paragraph 177 is deleted.

PLAINTIFFS' MOTION FOR LEAVE TO AMEND
COMPLAINT
(NO. 2:09-cv-00037-MJP)  2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

**SCOTT+SCOTT LLP**
Arthur L. Shingler III (admitted pro hac vice)
Hal D. Cunningham (admitted pro hac vice)
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
ashingler@scott-scott.com
hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted pro hac vice)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

*Counsel for Lead Plaintiff Chicago PABF
and the Proposed Class*


**COHEN MILSTEIN SELLERS & TOLL PLLC**
Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)
Daniel B. Rehns (admitted pro hac vice)
Kenneth M. Rehns (admitted pro hac vice)
88 Pine Street
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
jlaitman@cohenmilstein.com
clometti@cohenmilstain.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com

PLAINTIFFS' MOTION FOR LEAVE TO AMEND
COMPLAINT
(NO. 2:09-cv-00037-MJP)      3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Steven J. Toll
Joshua S. Devore
Matthew B. Kaplan
S. Douglas Bunch
1100 New York Avenue, NW
Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
jdevore@cohenmilstein.com
mkaplan@cohenmilstein.com
dbunch@cohenmilstein.com

*Counsel for Lead Plaintiff Doral Bank, Plaintiff Boilermakers and the Proposed Class*

PLAINTIFFS' MOTION FOR LEAVE TO AMEND
COMPLAINT
(NO. 2:09-cv-00037-MJP)                   4

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below.

Adam Zurofsky    azurofsky@cahill.com

Andrew B Brettler    abrettler@stblaw.com

Arthur L Shingler    ashingler@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager    bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner    bradley.meissner@dlapiper.com

Brian C Free    bcf@hcmp.com, gcp@hcmp.com

Bruce Earl Larson    blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti    clometti@cohenmilstein.com

Christopher M Huck    Christopher.huck@dlapiper.com, karen.hansen@dlapiper.com

Corey E Delaney    corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel B Rehns    drehns@cohenmilstein.com

David Daniel Hoff    dhoff@tousley.com, efile@tousley.com

David M Balabanian    david.balabanian@bingham.com

Dennis H Walters    dwalters@karrtuttle.com, wbarker@karrtuttle.com

Floyd Abrams    fabrams@cahill.com

Frank Busch    frank.busch@bingham.com, frank.downing@bingham.com

Gavin Williams Skok    gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

Hal D Cunningham    hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Hollis Lee Salzman (Terminated)    hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

PLAINTIFFS' MOTION FOR LEAVE TO AMEND
COMPLAINT
(NO. 2:09-cv-00037-MJP)    5

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 2 | Joel P Laitman     jlaitman@cohenmilstein.com |
| 3 | John D Lowery     jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 4 | John D Pernick     john.pernick@bingham.com |
| 5 | Jonathan Gardner     jgardner@labaton.com |
| 6 | Joseph A. Fonti (Terminated)     jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 7 | Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com |
| 8 | Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 9 | Julie Hwang (Terminated)     jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 10 | Kenneth J Pfaehler     kpfaehler@sonnenschein.com, nreeber@sonnenschein.com |
| 11 | Kenneth M Rehns     krehns@cohenmilstein.com |
| 12 | Kerry F Cunningham     kerry.cunningham@dlapiper.com |
| 13 | Kevin P Chavous     kchavous@sonnenschein.com |
| 14 | Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, kzajac@tousley.com |
| 15 | Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, |
| 16 | donnellyjossm@lanepowell.com, sebringl@lanepowell.com |
| 17 | Leslie D Davis     ldavis@sonnenschein.com |
| 18 | Louis David Peterson     ldp@hcmp.com, smp@hcmp.com |
| 19 | Mary Kay Vyskocil     mvyskocil@stblaw.com |
| 20 | Michael H. Barr     mbarr@sonnenschein.com |
| 21 | Mike Liles , Jr     mliles@karrtuttle.com |
| 22 | Nancy A Pacharzina     npacharzina@tousley.com, kzajac@tousley.com |
| 23 | Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 24 | Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, |
| 25 | mdowns@riddellwilliams.com |
| 26 | Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 27 | |

PLAINTIFFS' MOTION FOR LEAVE TO AMEND
COMPLAINT
(NO. 2:09-cv-00037-MJP)                                6

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Robert D Stewart     stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 2 | Robert J Pfister     rpfister@stblaw.com |
| 3 | Rogelio Omar Riojas     omar.riojas@dlapiper.com, nina.marie@dlapiper.com |
| 4 | Serena Richardson (Terminated)     srichardson@labaton.com, |
| 5 | ElectronicCaseFiling@labaton.com |
| 6 | Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 7 | Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com |
| 8 | Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com |
| 9 | Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 10 | Steven P Caplow     stevencaplow@dwt.com, belenjohnson@dwt.com |
| 11 | Tammy Roy     troy@cahill.com |
| 12 | Timothy Michael Moran     moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 13 | Walter Eugene Barton     gbarton@karrtuttle.com, danderson@karrtuttle.com, |
| 14 | nrandall@karrtuttle.com |

                                            /s/ Nancy A. Pacharzina
                                            Nancy A. Pacharzina, WSBA #25946
                                            Kim D. Stephens, P.S., WSBA #11984
                                            Email: kstephens@tousley.com
                                            Liaison Counsel for the Class
                                            TOUSLEY BRAIN STEPHENS PLLC
                                            1700 Seventh Avenue, Suite 2200
                                            Seattle, Washington 98101-4416
                                            Tele:    206.682.5600
                                            Fax:     206.682.2992

PLAINTIFFS' MOTION FOR LEAVE TO AMEND
COMPLAINT
(NO. 2:09-cv-00037-MJP)     7

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992