**HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, et al.,<br><br>Defendants. | Master Cause NO. 2:09-cv-00037-MJP<br><br>PRAECIPE TO PLAINTIFFS' OPPOSITION TO THE RATING AGENCIES' JOINT MOTION TO DISMISS (DOCKET NO. 178)<br><br>**CLERK'S ACTION REQUIRED** |
| DORAL BANK PUERTO RICO, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, et al.,<br><br>Defendants. | NO. 2:09-cv-01557-MJP |

TO: CLERK OF THE COURT;

AND TO: ALL PARTIES OF RECORD.

PRAECIPE TO LEAD PLAINTIFFS'
RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS
(NO. 2:09-cv-00037-MJP) - 1

//.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

You are hereby requested to substitute the attached page 16 for the original in Plaintiffs' Opposition to the Rating Agencies' Joint Motion to Dismiss (Docket No. 178) to correct an inadvertent error. Specifically, at line four, Plaintiffs inadvertently referred to "Plaintiffs" when they meant to refer to "Defendants." This is the only correction. The correction is not intended to state, nor does it state, any new or additional argument or legal authority.

DATED this 25th day of May, 2010.

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ Nancy A. Pacharzina
Nancy A. Pacharzina, WSBA #25946
Kim D. Stephens, WSBA #11984
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
kstephens@tousley.com
npacharzina@tousley.com

*Liaison Counsel for Lead Plaintiffs and the Proposed Class*

**SCOTT+SCOTT LLP**
Arthur L. Shingler III (admitted pro hac vice)
Hal D. Cunningham (admitted pro hac vice)
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
ashingler@scott-scott.com
hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted pro hac vice)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

PRAECIPE TO LEAD PLAINTIFFS'
RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS
(NO. 2:09-cv-00037-MJP) - 2
//.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

*Counsel for Lead Plaintiff Policeman's Annuity and Benefit Fund of the City of Chicago and the Proposed Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)
Daniel B. Rehns (admitted pro hac vice)
Kenneth M. Rehns (admitted pro hac vice)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
jlaitman@cohenmilstein.com
clometti@cohenmilstain.com
drehns@cohenmilstein.com
krehns@cohenmilstein.com

Steven J. Toll
Joshua S. Devore
Matthew B. Kaplan
S. Douglas Bunch
1100 New York Avenue, NW, Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
jdevore@cohenmilstein.com
mkaplan@cohenmilstein.com
dbunch@cohenmilstein.com

*Counsel for Lead Plaintiff Doral Bank Puerto Rico, Plaintiff Boilermakers National Annuity Trust Fund and the Proposed Class*

PRAECIPE TO LEAD PLAINTIFFS'
RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS
(NO. 2:09-cv-00037-MJP) - 3
//.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below.

Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, edebowgarcia@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Dennis H Walters dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr mliles@karrtuttle.com

Steven P Caplow stevencaplow@dwt.com, patrickwatts@dwt.com, robinklein@dwt.com, sheilarowden@dwt.com

Nancy A Pacharzina npacharzina@tousley.com, mhottman@tousley.com

Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Gavin Williams Skok gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

David M Balabanian david.balabanian@bingham.com

PRAECIPE TO LEAD PLAINTIFFS'
RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS
(NO. 2:09-cv-00037-MJP) - 4
//.1

| | |
|---|---|
| 1 | Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com |
| 2 | Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 3 | John D Pernick john.pernick@bingham.com |
| 4 | Brian C Free bcf@hcmp.com, gcp@hcmp.com |
| 5 | Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com |
| 6 | |
| 7 | Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 8 | Arthur L Shingler ashingler@scott-scott.com, efile@scott-scott.com |
| 9 | Bradley T. Meissner bradley.meissner@dlapiper.com |
| 10 | Mary Kay Vyskocil mvyskocil@stblaw.com |
| 11 | Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com |
| 12 | Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 13 | Kerry F Cunningham kerry.cunningham@dlapiper.com |
| 14 | Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com |
| 15 | S Douglas Bunch dbunch@cohenmilstein.com |
| 16 | Darren J Robbins e_file_sd@csgrr.com |
| 17 | Jonathan Gardner jgardner@labaton.com |
| 18 | Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com |
| 19 | Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com |
| 20 | Joel P Laitman jlaitman@cohenmilstein.com |
| 21 | Christopher E Lometti clometti@cohenmilstein.com |
| 22 | Michael H. Barr mbarr@sonnenschein.com |
| 23 | Kenneth J Pfaehler kpfaehler@sonnenschein.com, nreeber@sonnenschein.com |
| 24 | Leslie D Davis ldavis@sonnenschein.com |
| 25 | Kevin P Chavous kchavous@sonnenschein.com |
| 26 | Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com |

PRAECIPE TO LEAD PLAINTIFFS'
RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS
(NO. 2:09-cv-00037-MJP) - 5
//.1

Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

Serena Richardson (Terminated) srichardson@labaton.com, ElectronicCaseFiling@labaton.com

Frank Busch frank.busch@bingham.com, frank.downing@bingham.com, theo.robins@bingham.com

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com

Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

Kenneth M Rehns krehns@cohenmilstein.com

Adam Zurofsky azurofsky@cahill.com

Tammy Roy troy@cahill.com

Floyd Abrams fabrams@cahill.com

James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Brian O. O'Mara bomara@csgrr.com

Joshua S. Devore jdevore@cohenmilstein.com

Matthew B. Kaplan mkaplan@cohenmilstein.com

   /s/ Nancy A. Pacharzina
Nancy A. Pacharzina, WSBA #25946
Kim D. Stephens, P.S., WSBA #11984
Email: kstephens@tousley.com
Liaison Counsel for the Class
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tele: 206.682.5600
Fax: 206.682.2992

PRAECIPE TO LEAD PLAINTIFFS'
RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS
(NO. 2:09-cv-00037-MJP) - 6
//.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

*February 11, 2009.* *Id.* Moreover, by the time the Complaint was filed on November 23, 2009, the delinquency and default rate, one of the best indicators of the degree to which the Rating Agencies' ratings had been wrong, had increased to more than 51%. ¶ 134.

Defendants are free to argue at summary judgment or trial that the public information about the Rating Agencies was sufficient to put investors on notice prior to late November 2008 that the Rating Agencies were a proper party to any Section 11 claim. But at this stage, looking at what the Complaint actually alleges about the Rating Agencies as opposed to what Defendants claim it alleges, it is far from clear that Defendants' statute of limitations arguments will prevail. The issue of when sufficient information was available to investors to put them on notice of the Rating Agencies' liability under the Securities Act is an intensely factual determination that cannot properly be made on a motion to dismiss.

## CONCLUSION

For the foregoing reasons, Plaintiffs' Motion for Leave to Amend Complaint should be granted, and the Rating Agencies' Joint Motion to Dismiss the Second Amended Consolidated Class Action Complaint should be denied.

PLAINTIFFS' OPPOSITION TO THE RATING
AGENCIES' JOINT MOTION TO DISMISS

(NO. 2:09-cv-00037-MJP)    16

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992