The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

BOILERMAKERS NATIONAL
ANNUITY TRUST FUND, on behalf of
itself and all others similarly situated, et al.,

        Plaintiffs,

    v.

WAMU MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2006-AR1, *et
al.*,

        Defendants.

Case No. C09-0037MJP

**OPPOSITION TO PLAINTIFFS'
MOTION FOR LEAVE TO AMEND
COMPLAINT**

**NOTE FOR MOTION CALENDAR:
JUNE 4, 2010**

**ORAL ARGUMENT REQUESTED**

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Defendants The McGraw-Hill Companies, Inc. ("McGraw-Hill")[1] and Moody's Investors Service, Inc. ("Moody's" and collectively, the "Rating Agencies") respectfully oppose Plaintiffs' Motion for Leave to Amend Complaint. The reasons for this opposition are set forth in detail in the Rating Agencies' Reply In Support of the Rating Agencies' Motion to Dismiss the Second Amended Consolidated Class Action Complaint which is being filed along with this opposition.

DATED this 28th day of May, 2010.

RIDDELL WILLIAMS P.S.

By _____
Paul J. Kundtz, WSBA #13548
Gavin W. Skok, WSBA #29766

Floyd Abrams (*pro hac vice*)
Adam Zurofsky (*pro hac vice*)
Tammy L. Roy (*pro hac vice*)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000

Counsel for The McGraw-Hill Companies, Inc.

LANE POWELL PC

By _____
Larry S. Gangnes, WSBA #8118

James J. Coster
Joshua M. Rubins
SATTERLEE STEPHENS BURKE & BURKE
230 Park Avenue, Suite 1130
New York, New York 10169
Telephone: (212) 818-9200

Counsel for Moody's Investors Service, Inc.

---

[1] Because the allegations in the Amended Complaint regarding McGraw-Hill concern its business unit, Standard & Poor's Ratings Services, we refer to this defendant herein as "S&P."

OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND
COMPLAINT CASE NO. C09-0037MJP – 1
4841-2966-2726.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

Donna Hammonds, declares as follows:

I am over 18 years of age and a citizen of the United States. I am employed as an executive assistant by the law firm of Riddell Williams P.S. On the date noted below, I electronically filed the foregoing document using the CM/ECF system which will notify the following:

- **Floyd Abrams**
  fabrams@cahill.com
- **David M Balabanian**
  david.balabanian@bingham.com
- **Michael H. Barr**
  mbarr@sonnenschein.com
- **Walter Eugene Barton**
  gbarton@karrtuttle.com, nrandall@karrtuttle.com, danderson@karrtuttle.com
- **Steve W. Berman**
  steve@hbsslaw.com, robert@hbsslaw.com, heatherw@hbsslaw.com
- **Andrew B Brettler**
  abrettler@stblaw.com
- **S Douglas Bunch**
  dbunch@cohenmilstein.com
- **Frank Busch**
  frank.busch@bingham.com, theo.robins@bingham.com,
  frank.downing@bingham.com
- **Steven P Caplow**
  stevencaplow@dwt.com, patrickwatts@dwt.com, robinklein@dwt.com,
  sheilarowden@dwt.com
- **Kevin P Chavous**
  kchavous@sonnenschein.com
- **James J. Coster**
  jcoster@ssbb.com, managingclerk@ssbb.com, jregan@ssbb.com
- **Hal D Cunningham**
  hcunningham@scott-scott.com, halcunningham@gmail.com, efile@scott-scott.com
- **Kerry F Cunningham**
  kerry.cunningham@dlapiper.com
- **Leslie D Davis**
  ldavis@sonnenschein.com

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

- **Corey E Delaney**
  corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com,
  richard.hans@dlapiper.com, patrick.smith@dlapiper.com
- **Joshua S. Devore**
  jdevore@cohenmilstein.com
- **Joseph A. Fonti (Terminated)**
  jfonti@labaton.com, ElectronicCaseFiling@labaton.com
- **Brian C Free**
  bcf@hcmp.com, gcp@hcmp.com
- **Larry Steven Gangnes**
  gangnesl@lanepowell.com, sebringl@lanepowell.com, docketing-
  sea@lanepowell.com, donnellyjossm@lanepowell.com
- **Jonathan Gardner**
  jgardner@labaton.com
- **Joseph P Guglielmo**
  jguglielmo@scott-scott.com, efile@scott-scott.com
- **Richard F Hans**
  richard.hans@dlapiper.com, dorinda.castro@dlapiper.com
- **David Daniel Hoff**
  dhoff@tousley.com, efile@tousley.com
- **Julie Hwang (Terminated)**
  jhwang@labaton.com, ElectronicCaseFiling@labaton.com
- **Matthew B. Kaplan**
  mkaplan@cohenmilstein.com
- **Stellman Keehnel**
  stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com
- **Paul Joseph Kundtz**
  pkundtz@riddellwilliams.com, mdowns@riddellwilliams.com,
  mbergquam@riddellwilliams.com
- **Joel P Laitman**
  jlaitman@cohenmilstein.com
- **Bruce Earl Larson**
  blarson@karrtuttle.com, psteinfeld@karrtuttle.com
- **Mike Liles, Jr**
  mliles@karrtuttle.com
- **Christopher E Lometti**
  clometti@cohenmilstein.com
- **John D Lowery**
  jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com
- **Douglas C McDermott**
  doug@mcdermottnewman.com, eric@mcdermottnewman.com
- **Bradley T. Meissner**
  bradley.meissner@dlapiper.com

OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND
COMPLAINT -- CASE NO. C09-0037MJP - 3
4841-2966-2726.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

- **Timothy Michael Moran**
  moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com
- **Brian O. O'Mara**
  bomara@csgrr.com
- **Barry Robert Ostrager**
  bostrager@stblaw.com, managingclerk@stblaw.com
- **Nancy A Pacharzina**
  npacharzina@tousley.com, mhottman@tousley.com
- **John D Pernick**
  john.pernick@bingham.com
- **Louis David Peterson**
  ldp@hcmp.com, smp@hcmp.com
- **Kenneth J Pfaehler**
  kpfaehler@sonnenschein.com, nreeber@sonnenschein.com
- **Robert J Pfister (Terminated)**
  rpfister@stblaw.com
- **Daniel B Rehns**
  drehns@cohenmilstein.com
- **Kenneth M Rehns**
  krehns@cohenmilstein.com
- **Serena Richardson (Terminated)**
  srichardson@labaton.com, ElectronicCaseFiling@labaton.com
- **Rogelio Omar Riojas**
  omar.riojas@dlapiper.com, nina.marie@dlapiper.com, karen.hansen@dlapiper.com
- **Darren J Robbins**
  e_file_sd@csgrr.com
- **Tammy Roy**
  troy@cahill.com
- **Joshua M. Rubins**
  jrubins@ssbb.com, managingclerk@ssbb.com, jregan@ssbb.com
- **Stephen M. Rummage**
  steverummage@dwt.com, jeannecadley@dwt.com
- **Hollis Lee Salzman (Terminated)**
  hsalzman@labaton.com, ElectronicCaseFiling@labaton.com
- **Paul Scarlato**
  pscarlato@labaton.com, ElectronicCaseFiling@labaton.com
- **Arthur L Shingler**
  ashingler@scott-scott.com, efile@scott-scott.com
- **Gavin Williams Skok**
  gskok@riddellwilliams.com, dhammonds@riddellwilliams.com
- **Kim D Stephens**
  kstephens@tousley.com, kzajac@tousley.com, cbonifaci@tousley.com,
  edebowgarcia@tousley.com

OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND
COMPLAINT – CASE NO. C09-0037MJP - 4
4841-2966-2726.01

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

1      • **Robert D Stewart**
      stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

2      • **Steven J Toll**
      stoll@cohenmilstein.com, efilings@cohenmilstein.com

3      • **Mary Kay Vyskocil**
      mvyskocil@stblaw.com

4      • **Dennis H Walters**
      dwalters@karrtuttle.com, wbarker@karrtuttle.com

5      • **Adam Zurofsky**
      azurofsky@cahill.com

6

7

8       I declare under penalty of perjury under the laws of the United States that the

9  foregoing is true and correct.

10       DATED this 28th day of May, 2010.

11

12                            Donna Hammonds

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600