1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
9                            AT SEATTLE

10   BOILERMAKERS NATIONAL                 CASE NO. C09-00037
     ANNUITY TRUST FUND, on behalf of
11   itself and all others similarly situated,   MINUTE ORDER

12                     Plaintiff,

13          v.

14   WAMU MORTGAGE PASS THROUGH
     CERTIFICATES, SERIES AR1, et al.,
15
                       Defendants.
16

17

          The following Minute Order is made by direction of the Court, the Honorable Marsha J.
18
     Pechman, United States District Judge:
19
          In light of the Court's ruling on Defendants' motions to dismiss (Dkt. No. 195), the Court
20
     orders the parties to meet and confer and submit a Joint Status Report within 10 days of this
21
     order.  (See Dkt. No. 23 (setting forth the requirements for the Joint Status Report).)
22
          \\
23
          \\
24

MINUTE ORDER - 1

1    Filed this 30th day of September, 2010.

2

3                                              William M. McCool
                                             Clerk

4
                                             s/Mary Duett
5                                            Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24