UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES AR1, *et al.,*<br><br>            Defendants. | **Master Case No.: C09-0037 (MJP)**<br><br>**ECF CASE** |
| DORAL BANK PUERTO RICO, on behalf of itself and all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, et al.,<br><br>            Defendants. | **No. 2:09-cv-01557-MJP** |

## NOTICE OF APPEARANCE

      Please take notice that Julie Goldsmith Reiser, of the law firm Cohen Milstein Sellers & Toll PLLC, hereby makes an appearance in the above entitled action for Plaintiffs, Boilermakers National Annuity Trust Fund and Doral Bank Puerto Rico.

Dated: October 4, 2010                            Respectfully submitted,

                                                        */s/ Julie Goldsmith Reiser*  _____
                                                        Julie Goldsmith Reiser
                                                        **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                                        1100 New York Avenue, NW
                                                        Suite 500 West
                                                        Washington, D.C. 20005
                                                        Telephone: (202) 408-4600
                                                        Facsimile: (202) 408-4699
                                                        jreiser@cohenmilstein.com

## **CERTIFICATE OF SERVICE**

      I, Julie Goldsmith Reiser, hereby certify that on October 4, 2010, I caused a true and correct copy of the foregoing **Notice of Appearance** to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                */s/ Julie Goldsmith Reiser*_____
                                                Julie G. Reiser