UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES AR1, et al.,<br><br>Defendants. | CASE NO. C09-0037 MJP<br><br>MINUTE ORDER |
| DORAL BANK PUERTO RICO, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, et al.,<br><br>Defendants | |

MINUTE ORDER- 1

1  The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

Having reviewed the parties' Joint Status Report, the Court GRANTS the parties' request as to the Rule 26(f) deadline. (Dkt. No. 200.) The new Rule 26(f) deadline is October 25, 2010. The Court will contact counsel to set up a telephonic conference as requested.

The clerk is ordered to provide copies of this order to all counsel.

Filed this 14th day of October, 2010.

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER- 2