**HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, et al.,<br><br>Defendants. | Master Cause NO. 2:09-cv-00037-MJP<br><br>**NOTICE OF APPEARANCE**<br><br>**CLERK'S ACTION REQUIRED** |
| DORAL BANK PUERTO RICO, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION, et al.,<br><br>Defendants. | NO. 2:09-cv-01557-MJP |

NOTICE OF APPEARANCE
(NO. 2:09-cv-00037-MJP) - 1
4898/001/237975.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

PLEASE TAKE NOTICE that Janissa A. Strabuk, of Tousley Brain Stephens PLLC, hereby appears as Liaison Counsel for Lead Plaintiffs and the Proposed Class in the above-entitled matter and hereby requests that notice of all motions, hearings and other matters herein relating to the above matter be served on the undersigned, and the Clerk is requested to amend the matrix to include this address for mailing of future notices.

Respectfully submitted this 26th day of October, 2010.

**TOUSLEY BRAIN STEPHENS PLLC**
By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA # 21827
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
jstrabuk@tousley.com
npacharzina@tousley.com
kstephens@tousley.com

*Liaison Counsel for Lead Plaintiffs and the Proposed Class*

**SCOTT+SCOTT LLP**
Arthur L. Shingler III (admitted pro hac vice)
Hal D. Cunningham (admitted pro hac vice)
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
ashingler@scott-scott.com
hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted pro hac vice)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

NOTICE OF APPEARANCE
(NO. 2:09-cv-00037-MJP) - 2
4898/001/237975.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | *Counsel for Plaintiff Policeman's Annuity and Benefit Fund of the City of Chicago and the Proposed Class* |
| 2 | |
| 3 | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 4 | Joel P. Laitman (admitted pro hac vice) |
| 5 | Christopher Lometti (admitted pro hac vice) |
|   | Daniel B. Rehns (admitted pro hac vice) |
| 6 | Kenneth M. Rehns (admitted pro hac vice) |
| 7 | 150 East 52nd Street, Thirtieth Floor |
|   | New York, New York 10022 |
| 8 | Telephone: (212) 838-7797 |
|   | Facsimile: (212) 838-7745 |
| 9 | jlaitman@cohenmilstein.com |
|   | clometti@cohenmilstain.com |
| 10 | drehns@cohenmilstein.com |
|   | krehns@cohenmilstein.com |
| 11 | |
| 12 | |
|   | Steven J. Toll |
| 13 | Joshua S. Devore |
|   | Matthew B. Kaplan |
| 14 | S. Douglas Bunch |
| 15 | 1100 New York Avenue, NW, Suite 500 West |
|   | Washington, D.C. 20005 |
| 16 | Telephone: (202) 408-4600 |
|   | Facsimile: (202) 408-4699 |
| 17 | stoll@cohenmilstein.com |
|   | jdevore@cohenmilstein.com |
| 18 | mkaplan@cohenmilstein.com |
|   | dbunch@cohenmilstein.com |
| 19 | |
| 20 | *Counsel for Lead Plaintiff Doral Bank Puerto Rico, Plaintiff Boilermakers National Annuity Trust Fund and the Proposed Class* |
| 21 | |

NOTICE OF APPEARANCE
(NO. 2:09-cv-00037-MJP) - 3
4898/001/237975.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below.

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Dennis H Walters dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr mliles@karrtuttle.com

Steven P Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, sheilarowden@dwt.com

Nancy A Pacharzina npacharzina@tousley.com, mhottman@tousley.com

Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

NOTICE OF APPEARANCE
(NO. 2:09-cv-00037-MJP) - 4
4898/001/237975.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Gavin Williams Skok gskok@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 2 | David M Balabanian david.balabanian@bingham.com |
| 3 | Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com |
| 4 | Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 5 | John D Pernick john.pernick@bingham.com |
| 6 | Brian C Free bcf@hcmp.com, gcp@hcmp.com |
| 7 | Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, |
| 8 | nina.marie@dlapiper.com |
| 9 | Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 10 | Arthur L Shingler ashingler@scott-scott.com, efile@scott-scott.com |
| 11 | Richard A Speirs rspeirs@cohenmilstein.com |
| 12 | Bradley T. Meissner bradley.meissner@dlapiper.com |
| 13 | Mary Kay Vyskocil mvyskocil@stblaw.com |
| 14 | Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com |
| 15 | Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 16 | Kerry F Cunningham kerry.cunningham@dlapiper.com |
| 17 | Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, |
| 18 | patrick.smith@dlapiper.com, richard.hans@dlapiper.com |
| 19 | S Douglas Bunch dbunch@cohenmilstein.com |
| 20 | Darren J Robbins e_file_sd@csgrr.com |
| 21 | Jonathan Gardner jgardner@labaton.com |
| 22 | Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com |
| 23 | Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com |
| 24 | Joel P Laitman jlaitman@cohenmilstein.com |
| 25 | Christopher E Lometti clometti@cohenmilstein.com |
| 26 | Michael H. Barr mbarr@sonnenschein.com |
| 27 | |

NOTICE OF APPEARANCE
(NO. 2:09-cv-00037-MJP) - 5
4898/001/237975.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 2 | Leslie D Davis ldavis@sonnenschein.com |
| 3 | Kevin P Chavous kchavous@sonnenschein.com |
| 4 | Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 5 | Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 6 | Serena Richardson (Terminated) srichardson@labaton.com, |
| 7 | ElectronicCaseFiling@labaton.com |
| 8 | Frank Busch frank.busch@bingham.com, frank.downing@bingham.com, |
| 9 | theo.robins@bingham.com |
| 10 | Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, |
| 11 | halcunningham@gmail.com |
| 12 | Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 13 | Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com |
| 14 | Kenneth M Rehns krehns@cohenmilstein.com |
| 15 | Adam Zurofsky azurofsky@cahill.com |
| 16 | Tammy Roy troy@cahill.com |
| 17 | Floyd Abrams fabrams@cahill.com |
| 18 | James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 19 | Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 20 | Brian O. O'Mara bomara@csgrr.com |
| 21 | Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com |
| 22 | Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com |
| 23 | Julie Goldsmith Reiser jreiser@cohenmilstein.com |

**TOUSLEY BRAIN STEPHENS PLLC**
By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA # 21827
Nancy A. Pacharzina, WSBA #25946

NOTICE OF APPEARANCE
(NO. 2:09-cv-00037-MJP) - 6
4898/001/237975.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | 1700 Seventh Avenue, Suite 2200 |
| 2 | Seattle, Washington 98101<br>Telephone: (206) 682-5600 |
| 3 | Facsimile: (206) 682-2992<br>jstrabuk@tousley.com |
| 4 | npacharzina@tousley.com<br>kstephens@tousley.com |
| 5 | |
| 6 | *Liaison Counsel for Lead Plaintiffs and the Proposed Class* |

NOTICE OF APPEARANCE
(NO. 2:09-cv-00037-MJP) - 7
4898/001/237975.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992