UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re Washington Mutual Mortgage Backed Securities Litigation | MASTER CASE NO. C09-0037 MJP |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | SCHEDULING ORDER |

Based on the joint status report (Dkt. No. 200), the joint discovery plan (Dkt. No. 203), and the telephonic conference on October 28, 2010 with all parties, the Court establishes the following deadlines:

| Event | Date |
|---|---|
| Initial Disclosures | 11/11/2010 |
| Answer to Complaint | 12/15/2010 |
| Motion for Class Certification | 02/11/2011 |
| Response to Motion for Class Certification | 03/25/2011 |
| Reply for Motion for Class Certification | 04/29/2011 |
| Document Production Substantially Complete | 07/29/2011 |

SCHEDULING ORDER- 1

| | |
|---|---|
| Close of Fact Discovery | 12/01/2011 |
| Last Day to File Fact Discovery Motions | 12/15/2011 |
| Deadline for Amending any Pleadings | 01/07//2012 |
| Exchange of Merits Expert Reports | 01/21/2012 |
| Exchange Rebuttal Merits Expert Reports | 02/18/2012 |
| Close of Expert Discovery (except for discovery motions) | 03/16/2012 |
| Deadline for Expert Discovery Motions to be Filed | 03/23/2012 |
| Motions for Summary Judgment | 04/13/2012 |
| Responses to Motions for Summary Judgment | 05/11/2012 |
| Replies in Support of Motions for Summary Judgment | 05/25/2012 |
| Filing of Motions in Limine | 07/01/2012 |
| Lodging Date for Proposed Pretrial Order | 07/15/2012 |
| Parties Designate Trial Counsel | 07/15/2012 |
| Final Pretrial Order | 09/05/2012 |
| Trial Briefs, Jury Instructions, and Trial Exhibits Due | 09/07/2012 |
| Pre-Trial Conference | 09/11/2012 at 1:30 p.m. |
| Trial Date | 09/17/2012 at 9 a.m. |

These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.

DOCUMENTS FROM J.P. MORGAN:

As discussed in the telephonic conference held on October 28, 2010, the parties must work jointly with J.P. Morgan Chase to obtain the documents Plaintiffs seek from J.P. Morgan.

DISCOVERY PROTOCOL

The Court does not bifurcate discovery. However, the parties are ordered to continue to meet and confer to develop the discovery protocol to govern the case. The parties must file a revised discovery protocol by no later than November 11, 2010.

1  CAPTION CHANGE

2  As requested by the Parties, the Court changes the caption to this case to: <u>In re</u>

3  <u>Washington Mutual Mortgage Backed Securities Litigation</u>, Master Case No. C09-0037 MJP.

4  COURTESY COPIES:

5  The Court requests that all courtesy copies submitted bear the docket entry stamp that the

6  ECF/CM system adds to the top of every filed document. The Court prefers the parties to file

7  copies in a binder, with tabs separating individual filings.

8  SETTLEMENT:

9  Should this case settle, the parties shall notify Rhonda Miller as soon as possible at 206-

10  370-8518. Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of

11  settlement may be subject to such discipline as the Court deems appropriate.

12  The Clerk is directed to send a copy of this order to all counsel of record.

13  DATED this 29th day of October, 2010.

Marsha J. Pechman
United States District Judge

SCHEDULING ORDER- 3