UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION

This Document Relates to: ALL CASES

Master Case No. 2:09-cv-00037-MJP

**AMENDED JOINT DISCOVERY PLAN**

Pursuant to Rule 26(f)(3) of the Federal Rules of Civil Procedure and the Court's Scheduling Order dated October 29, 2010, and subject to approval of the Court, the parties to the above-captioned action (the "Parties") agree and stipulate to the following Plan to govern discovery in this litigation.

Where the Parties were unable to reach an agreement, separate sentences or sections provide Plaintiffs' position and the position of Defendants.

1. Discovery Subjects and Timing

The general subjects as to which discovery will be addressed in this action include, but are not limited to, the following:

- The loan underwriting guidelines in place at Washington Mutual Bank ("WMB") during the period of time each loan underlying the securities at

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

issue was originated and WMB's adherence to those guidelines.

- The underwriting guidelines that are described in the offering documents.
- The origination, underwriting, pooling, servicing and performance of each of the loans underlying the securities at issue.
- The trading, value and performance of the securities at issue.
- The appropriateness of class treatment.
- The ability of lead plaintiffs, named plaintiffs, and their counsel to adequately represent any class that is certified in the action.
- Quality control relating to the loans and the originators of the loans;
- Information concerning the performance of the loans from the time of the offerings through the present;
- Warehouse lending or other financial arrangements used by Defendants to support their lending and securitization operations – Defendants do not agree this area of inquiry is relevant. The parties are continuing to discuss this topic in connection with Plaintiffs' first request for production of documents to determine whether and to what extent documents of this type should be produced.
- Defendants' due diligence with respect to the accuracy of statements made in connection with the offerings;
- Defendants' affirmative defenses.

Defendants do not necessarily agree with the relevance of all of the discovery topics plaintiffs seek, in particular the subject of warehouse lending.

Many of the documents pertaining to the issues identified above, particularly documents relating to loan underwriting at WMB, including the loan files for each of the loans underlying the securities at issue, are not in the possession, custody, or control of any of the Defendants in this action. Therefore, negotiations as to discovery protocols and forms of production necessarily require the participation of, at least, JPMorgan Chase Bank,

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

National Association ("JPMC"), which purchased assets of WMB and has information relevant to the claims and defenses of the parties. Plaintiffs have served two subpoenas on JPMC for production of documents, and the parties have met and conferred with JPMC to discuss how discovery will proceed with respect to documents in the possession of JPMC. Going forward, the Parties will work with JPMC to conduct discovery in an efficient manner.

In order to expedite the discovery process, Plaintiffs requested that JPMC grant Plaintiffs access to all documents previously produced by JPMC to the Permanent Subcommittee on Investigation ("PSI") of the United States Senate and thereafter reproduced to parties in *In re Washington Mutual, Inc. Securities, Derivative and ERISA Litigation*, No. 2:08-md-01919-MJP (the "MDL Action") per the Court's Order in that case (Dkt. #115). Defendants have withdrawn their request to review or limit the scope of the PSI documents to be produced, and JPMC has agreed to produce a copy of the PSI documents within ten days following the Court's approval and entry of the Stipulated Protective Order.

For documents other than those included in the PSI production, the parties and JPMC are working collectively to efficiently identify other responsive documents in JPMC's possession, including the development of a list of custodians and a set of search terms designed to identify other documents that JPMC will produce to the parties. Defendants' initial disclosures under Rule 26, which are being served today, will identify individuals likely to have discoverable information who may also be appropriate custodians for searches for relevant documents. Defendants are also working to identify additional custodians who may be appropriate for document searches as well. Defendants are also developing a list of search terms, which they will provide to Plaintiffs for Plaintiffs' input and discussion to reach an agreement on the use of searches to identify responsive documents.

The parties agree that discovery should not be bifurcated, but recognize that discovery relating to class certification will necessarily be prioritized to comply with the Scheduling Order, and will work collectively to ensure that class certification-related discovery is accomplished expeditiously.

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

2. Protective Order

The Parties have agreed to a Stipulated Protective Order and Stipulated Order Regarding "Clawback" of Inadvertently Produced Documents (the "Protective Order"). The Protective Order was submitted to the Court for approval on November 11, 2010.

3. Discovery Disputes

To the extent that they disagree on whether certain documents or categories of documents shall be produced, the Parties shall cooperate to clearly delineate their areas of disagreement so that their disagreements can be resolved by the Court following the process set forth in Local Rule 37.

4. Document Production

Production of documents (including Electronically Stored Information (ESI)) will be made on a rolling basis, as soon as is practicable. The parties will exercise their best efforts to produce relevant documents in a timely manner and assume that all non-party recipients will do likewise. JPMC has committed to assisting in these efforts to promptly produce documents, and its cooperation in this regard is noted and appreciated by the Parties.

To facilitate planning for document review and management, the Parties shall, to the extent practicable, attempt to keep the requesting Party informed as to the expected size of the producing Party's document production. The Parties recognize that such estimates may prove to be inaccurate and are likely to change over time.

5. Electronically Stored Information

The Parties are working cooperatively to resolve format of production issues with respect to ESI and will, to the extent practicable, refer technical issues to their technical experts who will communicate directly with each other to resolve such issues. No such issues have arisen to date, and the parties continue to discuss the technical requirements of document production.

Upon reasonable notice by another Party, a Party will make available one of its technical experts to discuss basic issues related to ESI production with a technical expert of

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

//.<UNDEFINED>

the requesting Party, including system architecture, type of data (e.g. email, databases, instant messages, voice recordings), format of data, location of data and steps taken to preserve data.

The Parties generally agree that ESI will be produced in reasonably usable form, which will include searchable text and accompanying metadata where available. Plaintiffs have served defendants with a request for production of documents, and a subpoena upon JPMC, both of which contain detailed instruction on Plaintiffs' requested format of ESI production. The Parties are working collectively to ensure the technical aspects of the production meet the needs of the Parties and JPMC.

The Parties generally agree that to the extent that search terms are used to identify responsive ESI, the producing Party, as the Party most familiar with its own ESI, will be responsible for initially proposing search terms which are in good faith designed to identify the documents in the ESI that should be produced pursuant to the other Party's document requests. Each Party will allow the other Party to examine the list of search terms and permit the other Party to suggest modifications to the list. The Parties agree to work in good faith and expeditiously in determining appropriate search terms.

With respect to JPMC, Defendants and JPMC will be responsible for initially proposing the search terms; however, the parties will work collectively to develop the list of search terms that should be used. To the extent search terms are negotiated with other subpoenaed non-parties, the requesting Party and the subpoenaed non-party shall develop any search terms independent from any other Parties who have not also subpoenaed documents from that non-party. A party's participation in the development of search terms shall not waive any right the party may have to request production of certain documents or categories of documents that are not produced through the search term process. Further, the producing Party shall review with the requesting Party the results of any search term usage to determine additional search terms that should also be used or tested, or additional custodians whose documents should be searched**,** and following production, the requesting Party may request

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

the usage of additional search terms or searches of documents of additional custodians as may be determined during the course of the review of the production.

The use of search terms does not obviate any Party from any other obligations that may be imposed by the Federal Rules of Civil Procedure (taking into account the proportionality principles embodied in Rule 26(b)(2)(C)) to locate and produce reasonably identifiable and relevant documents, including responsive ESI, that a Party has reason to believe would not be located by the use of search terms.

The Parties understand that different categories of WMB information may be in the possession of JPMC as well as Defendants. The parties are working with JPMC to develop a protocol for narrowing and identifying relevant and responsive information from each source.

6. Privilege Issues

There are not likely to be unusual issues of privilege. The parties have submitted a Stipulated Protective Order and Stipulated Order Regarding "Clawback" of Inadvertently Produced Documents which, among other things, provides for entry of an order under Rule 502(d) of the Federal Rules of Evidence.

In the MDL Action, JPMC has produced an automatically generated privilege report based on a privilege screen. The Parties agree that, for the time being, the automatically generated privilege report covering the PSI production shall be an acceptable form of privilege log for that production only. The Parties and JPMC are working to develop a protocol for seeking review of certain documents identified by the automatically generated privilege report. The Parties and JPMC hope to reach an agreement on such a protocol by December 10, 2010. The parties are continuing to discuss the form of any privilege log to be produced for additional productions, and the requirements of such a log will be discussed to minimize the burden on the Parties, JPMC and other non-parties while ensuring a reasonable level of review of relevant documents identified as potentially privileged by the producing party. The form and level of review will depend on the volume of documents at issue, which

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

is currently unknown. The Parties will finalize an additional protocol for privilege logs by May 15, 2011.

7. Depositions and Interrogatories

Because of the number of Parties and the complexity of issues, the Parties agree that it will be appropriate for each side to take more than the number of depositions authorized by the Federal Rules of Civil Procedure. The Parties further believe, however, that a reasonable limit on depositions can be best determined at a later stage in the discovery process. Consequently, the Parties will agree on the number of depositions available to each side by May 15, 2011 or if unable to agree, will refer the issue to the Court for decision. This does not preclude any party from taking depositions, where appropriate, prior to this date. The fact that a witness has been deposed in connection with the MDL Action will not be the basis for a party's objecting to the deposition of that witness in this action.

Because of the number of Parties and the complexity of issues, all Plaintiffs collectively shall not serve more than a total of 75 interrogatories, collectively on all defendants and all Defendants collectively shall not serve more than 75 interrogatories, collectively on all Plaintiffs. This 75 interrogatory limit includes sub-parts.

8. Third Parties

When so requested, a Party shall facilitate production requested by another Party from third parties.

To the extent reasonable, and, when confidential information is involved, pursuant to the terms of any protective order entered by the Court meant to preserve confidentiality, a Party shall facilitate another Party's discovery request to a third party by promptly consenting to the production of materials by third parties with respect to which third parties assert that the non-requesting Party's consent is necessary to permit production.

To the extent reasonable, and, when confidential information is involved, pursuant to the terms of any protective order entered by the Court meant to preserve confidentiality, a Party shall facilitate another Party's discovery request to a third party by promptly providing

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

information in the non-producing Party's custody or control, such as loan numbers, that third parties assert will facilitate their ability to respond to Plaintiffs' subpoenas.

9. Protection of Expert Materials

The Parties agree that they will consider themselves to be bound by the proposed amendments to Rule 26 of the Federal Rules of Civil procedure regulating discovery from experts, scheduled to enter into force on December 1, 2010 as if that amendment had been in force during the entire course of this lawsuit.

Dated: November 12, 2010

Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
jstrabuk@tousley.com
npacharzina@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

**SCOTT+SCOTT LLP**

Arthur L. Shingler III (admitted pro hac vice)
Hal D. Cunningham (admitted pro hac vice)
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: ashingler@scott-scott.com
hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted pro hac vice)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore (admitted pro hac vice)
Matthew B. Kaplan (admitted pro hac vice)
S. Douglas Bunch (admitted pro hac vice)
1100 New York Avenue, NW
Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
jreiser@cohenmilstein.com
jdevore@cohenmilstein.com
mkaplan@cohenmilstein.com
dbunch@cohenmilstein.com

Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)
Daniel B. Rehns (admitted pro hac vice)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com
clometti@cohenmilstain.com
drehns@cohenmilstein.com

*Lead Counsel for the Proposed Class*

**HILLIS CLARK MARTIN & PETERSON, P.S.**

By: s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500

Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com
bcf@hcmp.com

*Of Counsel*

**BINGHAM MCCUTCHEN LLP**

David M. Balabanian (Admitted pro hac vice)
John D. Pernick (Admitted pro hac vice)
Frank Busch (Admitted pro hac vice)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Email: david.balabanian@bingham.com
john.pernick@bingham.com
frank.busch@bingham.com

*Attorneys for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

AMENDED JOINT DISCOVERY PLAN
(NO. 2:09-CV-0037-MJP) - 10

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

//.<UNDEFINED>

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Dennis H Walters dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr mliles@karrtuttle.com

Steven P Caplow stevencaplow@dwt.com, chrisevo@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, wcruz@tousley.com

Nancy A Pacharzina npacharzina@tousley.com, mhottman@tousley.com

Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Gavin Williams Skok gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

David M Balabanian david.balabanian@bingham.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

John D Pernick john.pernick@bingham.com

Brian C Free bcf@hcmp.com, gcp@hcmp.com

Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Arthur L Shingler ashingler@scott-scott.com, efile@scott-scott.com

Richard A Speirs rspeirs@cohenmilstein.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Mary Kay Vyskocil mvyskocil@stblaw.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

Kerry F Cunningham kerry.cunningham@dlapiper.com

Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

S Douglas Bunch dbunch@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

Jonathan Gardner jgardner@labaton.com

Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Joel P Laitman jlaitman@cohenmilstein.com

Christopher E Lometti clometti@cohenmilstein.com

Michael H. Barr mbarr@sonnenschein.com

Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

Leslie D Davis ldavis@sonnenschein.com

Kevin P Chavous kchavous@sonnenschein.com

Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com

Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

Serena Richardson (Terminated) srichardson@labaton.com, ElectronicCaseFiling@labaton.com

Frank Busch frank.busch@bingham.com, frank.downing@bingham.com, theo.robins@bingham.com

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com

Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

Kenneth M Rehns krehns@cohenmilstein.com

Adam Zurofsky azurofsky@cahill.com

Tammy Roy troy@cahill.com

Floyd Abrams fabrams@cahill.com

James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Brian O. O'Mara bomara@csgrr.com

Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Julie Goldsmith Reiser jreiser@cohenmilstein.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00134-MJP Notice has been electronically mailed to:**

Bruce Earl Larson dwalters@karrtuttle.com

Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com

John A. Kehoe jkehoe@btkmc.com

Sharan Nirmul snirmul@btkmc.com

Andrew B Brettler (Terminated) abrettler@gmail.com

**2:09-cv-00134-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00137-MJP Notice has been electronically mailed to:**

Christopher M Huck huck@pypfirm.com, dana@pypfirm.com

**2:09-cv-00137-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-01557-MJP Notice has been electronically mailed to:**

Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com

**2:09-cv-01557-MJP Notice will not be electronically mailed to:**

**2:10-cv-00990-JCC Notice has been electronically mailed to:**

Joel E. Wright jw@leesmart.com, sm@leesmart.com

John M Casey jcasey@curranfirm.com, kchurch@curranfirm.com

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Marc Rosenberg mr@leesmart.com, Lawyermarc@comcast.net

Michael T. Pines info@pinesandassociates.com, michaelpines@gmail.com

By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
Nancy A. Pacharzina, WSBA #25946
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
jstrabuk@tousley.com
npacharzina@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

AMENDED JOINT DISCOVERY PLAN
(NO. 2:09-CV-0037-MJP) - 15

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

//.<UNDEFINED>