UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGATE BACKED SECURITIES LITIGATION | CASE NO. C09-0037 MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed the parties' stipulated protective order and has become aware of at least two unworkable requests. (Dkt. No. 209.) With regard to paragraph 17, the Court notes that once documents are filed electronically (under seal or otherwise), the Court cannot return the electronic copies. Rather than return these copies, the Court can simply keep them under seal, not consider them, and permit the parties to file replacement documents. Similarly, with regard to paragraph 22 of the protective order, the Court cannot return confidential materials that are filed under seal on the docket. Rather, the Court can simply maintain such documents under seal

on the docket. The Court invites the parties to submit a revised protective order that takes into consideration these limitations.

The clerk is ordered to provide copies of this order to all counsel.

Filed this 16th day of November, 2010.

<pre>
                                        William M. McCool
                                        Clerk of Court

                                        s/Mary Duett
                                        Deputy Clerk
</pre>