**HONORABLE MARSHA J. PECHMAN**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>**ECF CASE**<br><br>**NOTICE OF FIRM ADDRESS CHANGE** |

NOTICE OF FIRM ADDRESS CHANGE
C09-0037 (MJP)

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565

1  PLEASE TAKE NOTICE that the law firm of Scott+Scott LLP has relocated its San
2  Diego office. The new address is:

SCOTT+SCOTT LLP<br>
707 Broadway, Suite 1000<br>
San Diego, CA 92101

The telephone number, fax number and all e-mail addresses remain the same:

Telephone: (619) 233-4565<br>
Fax: (619) 233-0508

DATED: December 15, 2010                **SCOTT+SCOTT LLP**

By: /s/ Hal D. Cunningham
Hal D. Cunningham (admitted *pro hac vice*)
Arthur L. Shingler III (admitted *pro hac vice*)
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
ashingler@scott-scott.com
hcunningham@scott-scott.com

*Counsel for Lead Plaintiff and the Class*

NOTICE OF FIRM ADDRESS CHANGE
C09-0037 (MJP)

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 15, 2010.

/s/ Hal D. Cunningham
Hal D. Cunningham
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: hcunningham@scott-scott.com

NOTICE OF FIRM ADDRESS CHANGE
C09-0037 (MJP)

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565