HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**STIPULATION, AGREED MOTION AND ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**NOTED ON MOTION CALENDAR:**<br>**February 3, 2011** |

STIPULATION, AGREED MOTION AND ORDER MODIFYING
BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION
(NO. 2:09-CV-0037-MJP) - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/240379.1

## I.  STIPULATION AND AGREED MOTION

Pursuant to the Scheduling Order entered by the Court on October 29, 2010, the current deadline for Lead Plaintiffs' Motion for Class Certification is February 11, 2011; the deadline for Defendants' Response to the Motion is March 25, 2011; and the deadline for Lead Plaintiffs' Reply is April 29, 2011.  ECF No. 207.

Pursuant to Local Rules 7(d)(1) and 10(g), the parties jointly request to extend, by 28 days, the briefing schedule on Lead Plaintiffs' Motion for Class Certification, as follows:

Lead Plaintiffs Motion for Class Certification shall be due on March 11, 2011;

Defendants' Response to the Motion shall be due on April 22, 2011; and

Plaintiffs' Reply shall be due on May 27, 2011.

The Parties agree that this request for extension of the deadlines set forth in the Scheduling Order is justified in light of the fact that the Parties are currently devoting substantial time and effort preparing for mediation in this matter, which is scheduled for February 24, 2011.  For the sake of efficiency, the Parties have chosen to mediate at this time in order to coordinate with mediation proceedings taking place between the parties to the MDL Action, No. 2:08-md-1919 MJP.  The briefing deadlines for the Class Certification Motion that were previously proposed to the Court in the October 12, 2010 Joint Status Report, and were subsequently adopted in the Scheduling Order, were proposed with the expectation that this mediation would have occurred in December 2010, which would have not caused the present conflict.  The Parties respectfully request this extension so that the Parties may focus their respective resources on the upcoming mediation.

The Parties further agree that this request for extension of the deadlines set forth in the Scheduling Order is justified in light of the fact Lead Plaintiffs have not yet received trade data necessary for briefing their Class Certification Motion. In the Parties' Joint Status Report, the February 11, 2011 deadline for Lead Plaintiffs to file their Class Certification

STIPULATION, AGREED MOTION AND ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
(NO. 2:09-CV-0037-MJP) - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/240379.1

Motion was proposed by Lead Plaintiffs on the premise that the Parties would not experience "unforeseen issues" in their efforts to obtain trade data "from Washington Mutual entities due to its bankruptcy or from relevant third parties.". ECF No. 200 at 7 n. 1. Because the Parties' receipt of the trade data has been delayed, the Parties respectfully request this extension.

Importantly, should the Court grant the Parties' motion, no other deadlines will be affected. Indeed, key deadlines in this matter are set well into the future. For instance, fact discovery does not close until December 1, 2011. Furthermore, the revised briefing dates for the Class Certification Motion, if granted, would promote judicial economy as the Court and its staff need not review Plaintiffs' Motion if the parties can reach a settlement in the mediation.

For these reasons, the Parties respectfully request that the Court enter an order extending the briefing deadlines for Lead Plaintiffs' Motion for Class Certification as detailed herein.

Dated: February 3, 2011                    Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
          jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

STIPULATION, AGREED MOTION AND ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
(NO. 2:09-CV-0037-MJP) - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/240379.1

| | |
|---|---|
| 1 | **SCOTT+SCOTT LLP** |
| 2 | |
| 3 | Hal D. Cunningham (admitted pro hac vice) |
|   | 707 Broadway, Suite 1000 |
| 4 | San Diego, California 92101 |
|   | Telephone: (619) 233-4565 |
| 5 | Facsimile: (619) 233-0508 |
|   | Email: hcunningham@scott-scott.com |
| 6 | |
| 7 | Joseph P. Guglielmo (admitted pro hac vice) |
|   | 500 Fifth Avenue, 40th Floor |
| 8 | New York, New York 10110 |
|   | Telephone: (212) 223-6444 |
| 9 | Facsimile: (212) 223-6334 |
|   | Email: jguglielmo@scott-scott.com |
| 10 | |
| 11 | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 12 | |
| 13 | Steven J. Toll |
|   | Julie Goldsmith Reiser |
| 14 | Joshua S. Devore (admitted pro hac vice) |
|   | Matthew B. Kaplan (admitted pro hac vice) |
| 15 | S. Douglas Bunch (admitted pro hac vice) |
|   | 1100 New York Avenue, N.W. |
| 16 | Suite 500, West Tower |
|   | Washington, D.C. 20005 |
| 17 | Telephone: (202) 408-4600 |
| 18 | Facsimile: (202) 408-4699 |
|   | Email:  stoll@cohenmilstein.com |
| 19 |        jreiser@cohenmilstein.com |
|   |        jdevore@cohenmilstein.com |
| 20 |        mkaplan@cohenmilstein.com |
| 21 |        dbunch@cohenmilstein.com |
| 22 | Joel P. Laitman (admitted pro hac vice) |
|   | Christopher Lometti (admitted pro hac vice) |
| 23 | Daniel B. Rehns (admitted pro hac vice) |
|   | 150 East 52nd Street, Thirtieth Floor |
| 24 | New York, New York 10022 |
| 25 | Telephone: (212) 838-7797 |
|   | Facsimile: (212) 838-7745 |
| 26 | Email:  jlaitman@cohenmilstein.com |
|   |        clometti@cohenmilstein.com |

27

STIPULATION, AGREED MOTION AND ORDER MODIFYING
BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION
(NO. 2:09-CV-0037-MJP) - 4

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/240379.1

drehns@cohenmilstein.com

*Lead Counsel for the Proposed Class*

**HILLIS CLARK MARTIN & PETERSON, P.S.**

By: /s/ Brian C. Free
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email: ldp@hcmp.com
         bcf@hcmp.com

*Of Counsel*

**BINGHAM MCCUTCHEN LLP**
By: /s/ John D. Pernick
David M. Balabanian (admitted pro hac vice)
John D. Pernick (admitted pro hac vice)
Frank Busch (admitted pro hac vice)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Email: david.balabanian@bingham.com
         john.pernick@bingham.com
         frank.busch@bingham.com

*Attorneys for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

STIPULATION, AGREED MOTION AND ORDER MODIFYING
BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION
(NO. 2:09-CV-0037-MJP) - 5

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/240379.1

**II.     ORDER**

**IT IS SO ORDERED**.

Dated: February 3, 2011

                                              Marsha J. Pechman
                                              United States District Judge

STIPULATION, AGREED MOTION AND ORDER MODIFYING
BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION
(NO. 2:09-CV-0037-MJP) - 6

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/240379.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Dennis H Walters dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr mliles@karrtuttle.com

Steven P Caplow stevencaplow@dwt.com, chrisevo@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, wcruz@tousley.com

Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

STIPULATION, AGREED MOTION AND ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
(NO. 2:09-CV-0037-MJP) - 7

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/240379.1

| | |
|---|---|
| 1 | Gavin Williams Skok gskok@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 2 | David M Balabanian david.balabanian@bingham.com |
| 3 | Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com |
| 4 | Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 5 | John D Pernick john.pernick@bingham.com |
| 6 | Brian C Free bcf@hcmp.com, gcp@hcmp.com |
| 7 8 | Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com |
| 9 | Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 10 | Arthur L Shingler ashingler@scott-scott.com, efile@scott-scott.com |
| 11 12 | Richard A Speirs rspeirs@cohenmilstein.com |
| 13 | Bradley T. Meissner bradley.meissner@dlapiper.com |
| 14 | Mary Kay Vyskocil mvyskocil@stblaw.com |
| 15 | Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com |
| 16 | Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 17 | Kerry F Cunningham kerry.cunningham@dlapiper.com |
| 18 19 | Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com |
| 20 | S Douglas Bunch dbunch@cohenmilstein.com |
| 21 22 | Darren J Robbins e_file_sd@csgrr.com |
| 23 | Jonathan Gardner jgardner@labaton.com |
| 24 | Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com |
| 25 26 | Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com |
| 27 | Joel P Laitman jlaitman@cohenmilstein.com |

STIPULATION, AGREED MOTION AND ORDER MODIFYING
BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION
(NO. 2:09-CV-0037-MJP) - 8

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Christopher E Lometti clometti@cohenmilstein.com |
| 2 | Michael H. Barr mbarr@sonnenschein.com |
| 3 | |
| 4 | Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 5 | Leslie D Davis ldavis@sonnenschein.com |
| 6 | Kevin P Chavous kchavous@sonnenschein.com |
| 7 | Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 8 | Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 9 | Serena Richardson (Terminated) srichardson@labaton.com, |
| 10 | ElectronicCaseFiling@labaton.com |
| 11 | Frank Busch frank.busch@bingham.com, frank.downing@bingham.com, |
| 12 | theo.robins@bingham.com |
| 13 | Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com |
| 14 | |
| 15 | Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 16 | Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com |
| 17 | Kenneth M Rehns krehns@cohenmilstein.com |
| 18 | Adam Zurofsky azurofsky@cahill.com |
| 19 | Tammy Roy troy@cahill.com |
| 20 | Floyd Abrams fabrams@cahill.com |
| 21 | James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 22 | |
| 23 | Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 24 | Brian O. O'Mara bomara@csgrr.com |
| 25 | Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com |
| 26 | Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com |

27  STIPULATION, AGREED MOTION AND ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
(NO. 2:09-CV-0037-MJP) - 9

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/240379.1

Julie Goldsmith Reiser jreiser@cohenmilstein.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00134-MJP Notice has been electronically mailed to:**

Bruce Earl Larson dwalters@karrtuttle.com

Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com

John A. Kehoe jkehoe@btkmc.com

Sharan Nirmul snirmul@btkmc.com

Andrew B Brettler (Terminated) abrettler@gmail.com

**2:09-cv-00134-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00137-MJP Notice has been electronically mailed to:**

Christopher M Huck huck@pypfirm.com, dana@pypfirm.com

**2:09-cv-00137-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-01557-MJP Notice has been electronically mailed to:**

Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com

**2:09-cv-01557-MJP Notice will not be electronically mailed to:**

**2:10-cv-00990-JCC Notice has been electronically mailed to:**

Joel E. Wright jw@leesmart.com, sm@leesmart.com

John M Casey jcasey@curranfirm.com, kchurch@curranfirm.com

Marc Rosenberg mr@leesmart.com, Lawyermarc@comcast.net

STIPULATION, AGREED MOTION AND ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
(NO. 2:09-CV-0037-MJP) - 10

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/240379.1

1  Michael T. Pines info@pinesandassociates.com, michaelpines@gmail.com

2

3                                                    By: /s/ Janissa A. Strabuk
                                                            Kim D. Stephens, WSBA #11984

4                                                     Janissa A. Strabuk, WSBA #21827
                                                   Nancy A. Pacharzina, WSBA #25946

5                                                     1700 Seventh Avenue, Suite 2200
                                                   Seattle, Washington 98101

6                                                     Telephone: (206) 682-5600
                                                   Facsimile: (206) 682-2992

7                                                     Email: kstephens@tousley.com
                                                              jstrabuk@tousley.com

8                                                                npacharzina@tousley.com

9

10                                                   *Liaison Counsel for Plaintiffs and the Proposed Class*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  STIPULATION, AGREED MOTION AND ORDER MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
(NO. 2:09-CV-0037-MJP) - 11

                                                                               **TOUSLEY BRAIN STEPHENS PLLC**
                                                                                 1700 Seventh Avenue, Suite 2200
                                                                                     Seattle, Washington  98101-1332
                                                                      TEL. 206.682.5600 • FAX 206.682.2992

4898/001/240379.1