HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE WASHINGTON MUTUAL
MORTGAGE BACKED SECURITIES
LITIGATION

This Document Relates to: ALL CASES

Master Case No. 2:09-cv-00037-MJP

**STIPULATED MOTION
ESTABLISHING BRIEFING
SCHEDULE FOR LEAD
PLAINTIFFS' MOTION FOR
PROTECTIVE ORDER REGARDING
SUBPOENAS TO ABSENT CLASS
MEMBERS; ORDER**

**Noted for Consideration: April 12,
2011**

## I.  STIPULATED MOTION

Defendants in this litigation have issued several subpoenas to absent members of the proposed class.  Lead Plaintiffs believe that, in the circumstances of this case, such subpoenas are impermissible and should be quashed.  Defendants disagree.  The parties met and conferred telephonically on this issue on April 11, 2011, but were unable to resolve their differences.  Lead Plaintiffs advised Defendants of their intention to seek a protective order which would provide that the requested discovery not be had.

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
FOR LEAD PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
REGARDING SUBPOENAS TO ABSENT CLASS MEMBERS;
ORDER 1
(NO. 2:09-CV-0037-MJP)
4898/001/242528.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   The parties do, however, agree that this issue is important and that the Court should

2   be afforded the opportunity to resolve it expeditiously.  Therefore they have agreed on the

3   following expedited briefing schedule, subject to the Court's approval:

4   • Plaintiffs shall file their motion for a protective order by no later than

5   Wednesday, April 13, 2011.

6   • Defendants shall file their opposition to this motion by no later than

7   Tuesday April 19, 2011.

8   • Plaintiffs shall file their reply by no later than Friday, April 22, 2011.

9   The matter will then be deemed to have been submitted to the Court, with an in-

10  person or telephonic hearing to be held at the convenience of the Court only if the Court

11  believes that such a hearing would facilitate its ability to decide this issue.

12  Should the Court grant the parties' stipulated motion, no other deadlines set in this

13  case will be affected.

14  For the reasons provided above, the parties respectfully request that the Court enter an

15  order establishing the proposed briefing schedule.

16

17

18

19

20

21

22

23

24

25

26

27  STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
FOR LEAD PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
REGARDING SUBPOENAS TO ABSENT CLASS MEMBERS;
ORDER 2
(NO. 2:09-CV-0037-MJP)
4898/001/242528.1

Dated:  April 12, 2011                    Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By:  /s/ Janissa A. Strabuk, WSBA # 21827
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
        jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

**SCOTT+SCOTT LLP**

Arthur L. Shingler III (admitted pro hac vice)
Hal D. Cunningham (admitted pro hac vice)
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: ashingler@scott-scott.com
        hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted pro hac vice)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
FOR LEAD PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
REGARDING SUBPOENAS TO ABSENT CLASS MEMBERS;
ORDER 3
(NO. 2:09-CV-0037-MJP)
4898/001/242528.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore (admitted pro hac vice)
Matthew B. Kaplan (admitted pro hac vice)
S. Douglas Bunch (admitted pro hac vice)
1100 New York Avenue, NW
Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
        jreiser@cohenmilstein.com
        jdevore@cohenmilstein.com
        mkaplan@cohenmilstein.com
        dbunch@cohenmilstein.com

Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)
Daniel B. Rehns (admitted pro hac vice)
88 Pine Street
14th Floor
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com
        clometti@cohenmilstain.com
        drehns@cohenmilstein.com

*Lead Counsel for the Proposed Class*

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
FOR LEAD PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
REGARDING SUBPOENAS TO ABSENT CLASS MEMBERS;
ORDER 4
(NO. 2:09-CV-0037-MJP)
4898/001/242528.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

*Of Counsel*

**BINGHAM MCCUTCHEN LLP**
David M. Balabanian (admitted pro hac vice)
John D. Pernick (admitted pro hac vice)
Frank Busch (admitted pro hac vice)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Email: david.balabanian@bingham.com
          john.pernick@bingham.com
          frank.busch@bingham.com

*Attorneys for Defendants WaMu Asset*
*Acceptance Corporation, WaMu Capital*
*Corporation, David Beck, Richard Careaga,*
*Rolland Jurgens, and Diane Novak*

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
FOR LEAD PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
REGARDING SUBPOENAS TO ABSENT CLASS MEMBERS;
ORDER 5
(NO. 2:09-CV-0037-MJP)
4898/001/242528.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1

2

## II.    ORDER

3

       The Court has reviewed the stipulated proposed order and GRANTS the relief

4

requested.  The Court also recommends the parties consider using the unified format rule set

5

out in Local Rule CR 37 to submit this and other issues to the Court.

6

IT IS SO ORDERED.

7

8

Dated: April 14, 2011

9

10

11

             Marsha J. Pechman
             United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
FOR LEAD PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
REGARDING SUBPOENAS TO ABSENT CLASS MEMBERS;
ORDER 6
(NO. 2:09-CV-0037-MJP)
4898/001/242528.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1

## **CERTIFICATE OF SERVICE**

2

    I hereby certify that on April 12, 2010, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system which will send electronic notification of such

4

filing to all counsel of record and additional persons listed below:

5

6

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

7

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

8

9

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

10

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

11

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

12

13

Bruce Earl Larson blarson@karrtuttle.com, psteinfeld@karrtuttle.com

14

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

15

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

16

Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com

17

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com

18

19

Robert D Stewart stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

20

Dennis H Walters dwalters@karrtuttle.com, wbarker@karrtuttle.com

21

Mike Liles, Jr mliles@karrtuttle.com

22

Steven P Caplow stevencaplow@dwt.com, chrisevo@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, sheilarowden@dwt.com

23

24

Janissa Ann Strabuk jstrabuk@tousley.com, wcruz@tousley.com

25

Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

26

27

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
FOR LEAD PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
REGARDING SUBPOENAS TO ABSENT CLASS MEMBERS;
ORDER 7
(NO. 2:09-CV-0037-MJP)
4898/001/242528.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   Gavin Williams Skok gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

2   David M Balabanian david.balabanian@bingham.com

3   Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

4   Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

5
    John D Pernick john.pernick@bingham.com
6
    Brian C Free bcf@hcmp.com, gcp@hcmp.com
7
    Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
8   nina.marie@dlapiper.com

9   Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

10
    Arthur L Shingler ashingler@scott-scott.com, efile@scott-scott.com
11
    Richard A Speirs rspeirs@cohenmilstein.com
12
    Bradley T. Meissner bradley.meissner@dlapiper.com
13
14  Mary Kay Vyskocil mvyskocil@stblaw.com

15  Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

16  Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

17
    Kerry F Cunningham kerry.cunningham@dlapiper.com
18
    Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com,
19  patrick.smith@dlapiper.com, richard.hans@dlapiper.com

20  S Douglas Bunch dbunch@cohenmilstein.com

21  Darren J Robbins e_file_sd@csgrr.com

22
    Jonathan Gardner jgardner@labaton.com
23
    Hollis Lee Salzman (Terminated) hsalzman@labaton.com,
24  ElectronicCaseFiling@labaton.com

25  Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

26
    Joel P Laitman jlaitman@cohenmilstein.com
27  STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
    FOR LEAD PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
    REGARDING SUBPOENAS TO ABSENT CLASS MEMBERS;
    ORDER 8
    (NO. 2:09-CV-0037-MJP)
    4898/001/242528.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1

Christopher E Lometti clometti@cohenmilstein.com

2

Michael H. Barr mbarr@sonnenschein.com

3

Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

4

5

Leslie D Davis ldavis@sonnenschein.com

6

Kevin P Chavous kchavous@sonnenschein.com

7

Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com

8

Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

9

Serena Richardson (Terminated) srichardson@labaton.com,
ElectronicCaseFiling@labaton.com

10

11

Frank Busch frank.busch@bingham.com, frank.downing@bingham.com,
theo.robins@bingham.com

12

13

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com,
halcunningham@gmail.com

14

Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com

15

16

Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

17

Kenneth M Rehns krehns@cohenmilstein.com

18

Adam Zurofsky azurofsky@cahill.com

19

Tammy Roy troy@cahill.com

20

Floyd Abrams fabrams@cahill.com

21

James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

22

Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

23

Brian O. O'Mara bomara@csgrr.com

24

25

Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

26

Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

27

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
FOR LEAD PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
REGARDING SUBPOENAS TO ABSENT CLASS MEMBERS;
ORDER 9
(NO. 2:09-CV-0037-MJP)
4898/001/242528.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Julie Goldsmith Reiser jreiser@cohenmilstein.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00134-MJP Notice has been electronically mailed to:**

Bruce Earl Larson dwalters@karrtuttle.com

Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com

John A. Kehoe jkehoe@btkmc.com

Sharan Nirmul snirmul@btkmc.com

Andrew B Brettler (Terminated) abrettler@gmail.com

**2:09-cv-00134-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00137-MJP Notice has been electronically mailed to:**

Christopher M Huck huck@pypfirm.com, dana@pypfirm.com

**2:09-cv-00137-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-01557-MJP Notice has been electronically mailed to:**

Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com

**2:09-cv-01557-MJP Notice will not be electronically mailed to:**

**2:10-cv-00990-JCC Notice has been electronically mailed to:**

Joel E. Wright jw@leesmart.com, sm@leesmart.com

John M Casey jcasey@curranfirm.com, kchurch@curranfirm.com

Marc Rosenberg mr@leesmart.com, Lawyermarc@comcast.net

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
FOR LEAD PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
REGARDING SUBPOENAS TO ABSENT CLASS MEMBERS;
ORDER 10
(NO. 2:09-CV-0037-MJP)
4898/001/242528.1

Michael T. Pines info@pinesandassociates.com, michaelpines@gmail.com

By:  /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
          jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
FOR LEAD PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
REGARDING SUBPOENAS TO ABSENT CLASS MEMBERS;
ORDER 11
(NO. 2:09-CV-0037-MJP)
4898/001/242528.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992