The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

THIS MATTER came before the Court on Defendants' Motion for Judgment on the Pleadings. The Court has considered Defendants' Motion for Judgment on the Pleadings, Declaration of Jee Young You in Support of Defendants' Opposition to Motion for Class Certification and exhibits thereto, any response and reply thereto, and having been fully advised in these matters, now, therefore:

//

//

//

//

//

*[Proposed] Order Granting Defendants' Motion for Judgment on the Pleadings: (CV09-037 MJP) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

IT IS HEREBY ORDERED that Defendants' Motion for Judgment on the Pleadings is GRANTED.  All claims relating to the 110 Securities that no named Plaintiff is alleged to have purchased are DISMISSED.

DATED this _____ day of July, 2011.

_____
HONORABLE MARSHA J. PECHMAN

Presented By:

HILLIS CLARK MARTIN & PETERSON P.S.

By   *s/Louis D. Peterson*
      Louis D. Peterson, WSBA #5776
      Brian C. Free, WSBA #35788
      Hillis Clark Martin & Peterson P.S.
      1221 Second Avenue, Suite 500
      Seattle WA 98101-2925
      Telephone:  (206) 623-1745
      Facsimile:  (206) 623-7789
      Email:  ldp@hcmp.com; bcf@hcmp.com

*[Proposed] Order Granting Defendants' Motion for Judgment on the Pleadings: (CV09-037 MJP) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr -mbarr@sonnenschein.com

Walter Eugene Barton -
   gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman -
   steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

S Douglas Bunch -dbunch@cohenmilstein.com

Steven P Caplow -
   stevencaplow@dwt.com,patrickwatts@dwt.com,sheilarowden@dwt.com,jason Schattenkerk@dwt.com

Kevin P Chavous -kchavous@sonnenschein.com

James J. Coster -jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Hal D Cunningham -hcunningham@scott-
   scott.com,halcunningham@gmail.com,efile@scott-scott.com

Kerry F Cunningham -kerry.cunningham@dlapiper.com

Leslie D Davis -ldavis@sonnenschein.com

Corey E Delaney -
   corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joshua S. Devore -jdevore@cohenmilstein.com,efilings@cohenmilstein.com

Joseph A. Fonti -jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Larry Steven Gangnes -
   gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-sea@lanepowell.com,donnellyjossm@lanepowell.com

Jonathan Gardner  jgardner@labaton.com

Joseph P Guglielmo -jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans -richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff -dhoff@tousley.com,efile@tousley.com

Julie Hwang -jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Geoffrey M Johnson - gjohnson@scott-scott.com,efile@scott-scott.com

Matthew B. Kaplan -mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

---

*[Proposed] Order Denying Plaintiffs' Motion for Class Certification: C09-037 MJP - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Stellman Keehnel -stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com |
| 2 | Paul Joseph Kundtz - pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com |
| 3 | |
| 4 | Joel P Laitman -jlaitman@cohenmilstein.com |
| 5 | Bruce Earl Larson -blarson@karrtuttle.com,psteinfeld@karrtuttle.com |
| | Mike Liles , Jr-mliles@karrtuttle.com |
| 6 | Christopher E Lometti -clometti@cohenmilstein.com |
| 7 | John D Lowery -jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 8 | Douglas C McDermott -doug@mcdermottnewman.com,eric@mcdermottnewman.com |
| | Bradley T. Meissner -bradley.meissner@dlapiper.com |
| 9 | Timothy Michael Moran - moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 10 | |
| 11 | Walter W. Noss - wnoss@scott-scott.com,efile@scott-scott.com |
| | Brian O. O'Mara -bomara@csgrr.com |
| 12 | Barry Robert Ostrager -bostrager@stblaw.com,managingclerk@stblaw.com |
| 13 | Kenneth J Pfaehler -kenneth.pfaehler@snrdenton.com,nicole.reeber@snrdenton.com |
| 14 | Daniel B Rehns -drehns@cohenmilstein.com,efilings@cohenmilstein.com |
| 15 | Kenneth M Rehns -krehns@cohenmilstein.com |
| 16 | Julie Goldsmith Reiser -jreiser@cohenmilstein.com |
| | Serena Richardson -srichardson@labaton.com,ElectronicCaseFiling@labaton.com |
| 17 | Rogelio Omar Riojas - omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com |
| 18 | |
| 19 | Darren J Robbins -e_file_sd@csgrr.com |
| | Tammy Roy -troy@cahill.com |
| 20 | Joshua M. Rubins -jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com |
| 21 | Stephen M. Rummage -steverummage@dwt.com,jeannecadley@dwt.com |
| 22 | Hollis Lee Salzman -hsalzman@labaton.com,ElectronicCaseFiling@labaton.com |
| 23 | Paul Scarlato -pscarlato@labaton.com,ElectronicCaseFiling@labaton.com |
| | Arthur L Shingler -ashingler@scott-scott.com,efile@scott-scott.com |
| 24 | Gavin Williams Skok -gskok@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 25 | Richard A Speirs -rspeirs@cohenmilstein.com |
| 26 | Kim D Stephens - kstephens@tousley.com,wcruz@tousley.com,cbonifaci@tousley.com |
| 27 | Robert D Stewart -stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 28 | Janissa Ann Strabuk - jstrabuk@tousley.com,wcruz@tousley.com |

*[Proposed] Order Denying Plaintiffs' Motion for Class Certification: C09-037 MJP - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Steven J Toll -stoll@cohenmilstein.com,efilings@cohenmilstein.com

2  Mary Kay - Vyskocil mvyskocil@stblaw.com

3  Dennis H Walters -dwalters@karrtuttle.com,wbarker@karrtuttle.com

4  Adam Zurofsky -azurofsky@cahill.com

D<small>ATED</small> this 30th day of June, 20112011, at Seattle, Washington.

By   s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  ldp@hcmp.com

ND: 19719.002  4813-5857-6905v1

---

*[Proposed] Order Denying Plaintiffs' Motion for Class Certification: C09-037 MJP - 5*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789