The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**APPENDIX OF UNPUBLISHED AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**NOTE ON MOTION CALENDAR: JULY 22, 2011** |

Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, Washington Mutual Mortgage Securities Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga (the "WaMu Defendants") respectfully submit this Appendix of Unpublished Authorities in Support of Defendants' Motion for Judgment on the Pleadings.

For ease of the reference, a true and correct copy of each unpublished authority is attached to this Appendix.

- *Maine State Retirement Systems v. Countrywide Financial Corporation*, No. 10-0302, Order Resolving Pending Motions to Dismiss (Dkt. No. 257) (C.D. Cal. May 5, 2011)

---

*Appendix of Unpublished Authorities in Support of Defendants' Motion for Judgment on the Pleadings: C09-037 MJP - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

- *San Luis Unit Food Producers v. U.S.*, No 09-01871, 2011 WL 693329, at *4 (E.D. Cal. Feb. 16, 2011)

DATED this 30th day of June, 2011.

          HILLIS CLARK MARTIN & PETERSON P.S.

By   s/ *Louis D. Peterson*
    Louis D. Peterson, WSBA #5776
    Brian C. Free, WSBA #35788
    Hillis Clark Martin & Peterson P.S.
    1221 Second Avenue, Suite 500
    Seattle WA 98101-2925
    Telephone:  (206) 623-1745
    Facsimile:  (206) 623-7789
    Email:  ldp@hcmp.com; bcf@hcmp.com

OF COUNSEL
ADMITTED PRO HAC VICE
BINGHAM MCCUTCHEN LLP

| | |
|---|---|
| Theo J. Robins | David M. Balabanian |
| Bingham McCutchen LLP | John D. Pernick |
| 399 Park Avenue, | Jee Young You |
| New York, NY  10022-4689 | Frank Busch |
| Telephone: (212) 705-7000 | Bingham McCutchen LLP |
| Facsimile:  (212) 702-3680 | Three Embarcadero Center |
| Email:  theo.robins@bingham.com | San Francisco, CA  94111-4067 |
| | Telephone: (415) 393-2000 |
| | Facsimile:  (415) 393-2286 |
| | Email:  david.balabanian@bingham.com; |
| | john.pernick@bingham.com; |
| | jeeyoung.you@bingham.com |
| | frank.busch@bingham.com |

Attorneys for Defendants
WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak

---

*Appendix of Unpublished Authorities in Support of Defendants'*
*Motion for Judgment on the Pleadings: C09-037 MJP - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr -mbarr@sonnenschein.com

Walter Eugene Barton -
    gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman -
    steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

S Douglas Bunch -dbunch@cohenmilstein.com

Steven P Caplow -
    stevencaplow@dwt.com,patrickwatts@dwt.com,sheilarowden@dwt.com,jasonSchattenkerk@dwt.com

Kevin P Chavous -kchavous@sonnenschein.com

James J. Coster -jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Hal D Cunningham -hcunningham@scott-scott.com,halcunningham@gmail.com,efile@scott-scott.com

Kerry F Cunningham -kerry.cunningham@dlapiper.com

Leslie D Davis -ldavis@sonnenschein.com

Corey E Delaney -
    corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joshua S. Devore -jdevore@cohenmilstein.com,efilings@cohenmilstein.com

Joseph A. Fonti -jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Larry Steven Gangnes -
    gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-sea@lanepowell.com,donnellyjossm@lanepowell.com

Jonathan Gardner  jgardner@labaton.com

Joseph P Guglielmo -jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans -richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff -dhoff@tousley.com,efile@tousley.com

Julie Hwang -jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Geoffrey M Johnson - gjohnson@scott-scott.com,efile@scott-scott.com

Matthew B. Kaplan -mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

*Appendix of Unpublished Authorities in Support of Defendants' Motion for Judgment on the Pleadings: C09-037 MJP - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Stellman Keehnel -stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com |
| 2 | Paul Joseph Kundtz - |
| 3 | pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com |
| 4 | Joel P Laitman -jlaitman@cohenmilstein.com |
| 5 | Bruce Earl Larson -blarson@karrtuttle.com,psteinfeld@karrtuttle.com |
| | Mike Liles , Jr-mliles@karrtuttle.com |
| 6 | Christopher E Lometti -clometti@cohenmilstein.com |
| 7 | John D Lowery -jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 8 | Douglas C McDermott -doug@mcdermottnewman.com,eric@mcdermottnewman.com |
| 9 | Bradley T. Meissner -bradley.meissner@dlapiper.com |
| 10 | Timothy Michael Moran - moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 11 | Walter W. Noss - wnoss@scott-scott.com,efile@scott-scott.com |
| 12 | Brian O. O'Mara -bomara@csgrr.com |
| | Barry Robert Ostrager -bostrager@stblaw.com,managingclerk@stblaw.com |
| 13 | Kenneth J Pfaehler -kenneth.pfaehler@snrdenton.com,nicole.reeber@snrdenton.com |
| 14 | Daniel B Rehns -drehns@cohenmilstein.com,efilings@cohenmilstein.com |
| 15 | Kenneth M Rehns -krehns@cohenmilstein.com |
| 16 | Julie Goldsmith Reiser -jreiser@cohenmilstein.com |
| 17 | Serena Richardson -srichardson@labaton.com,ElectronicCaseFiling@labaton.com |
| 18 | Rogelio Omar Riojas - omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com |
| 19 | Darren J Robbins -e_file_sd@csgrr.com |
| 20 | Tammy Roy -troy@cahill.com |
| | Joshua M. Rubins -jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com |
| 21 | Stephen M. Rummage -steverummage@dwt.com,jeannecadley@dwt.com |
| 22 | Hollis Lee Salzman -hsalzman@labaton.com,ElectronicCaseFiling@labaton.com |
| 23 | Paul Scarlato -pscarlato@labaton.com,ElectronicCaseFiling@labaton.com |
| 24 | Arthur L Shingler -ashingler@scott-scott.com,efile@scott-scott.com |
| | Gavin Williams Skok -gskok@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 25 | Richard A Speirs -rspeirs@cohenmilstein.com |
| 26 | Kim D Stephens - kstephens@tousley.com,wcruz@tousley.com,cbonifaci@tousley.com |
| 27 | Robert D Stewart -stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 28 | Janissa Ann Strabuk - jstrabuk@tousley.com,wcruz@tousley.com |

*Appendix of Unpublished Authorities in Support of Defendants'*  
*Motion for Judgment on the Pleadings: C09-037 MJP - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Steven J Toll -stoll@cohenmilstein.com,efilings@cohenmilstein.com

Mary Kay - Vyskocil mvyskocil@stblaw.com

Dennis H Walters -dwalters@karrtuttle.com,wbarker@karrtuttle.com

Adam Zurofsky -azurofsky@cahill.com

DATED this 30th day of June, 2011 at Seattle, Washington.

By    s/ Louis D. Peterson
    Louis D. Peterson, WSBA #5776
    1221 Second Avenue, Suite 500
    Seattle WA 98101-2925
    Telephone:  (206) 623-1745
    Facsimile:  (206) 623-7789
    Email:  ldp@hcmp.com

ND:  19719.002  4830-3642-9577v1

*Appendix of Unpublished Authorities in Support of Defendants' Motion for Judgment on the Pleadings: C09-037 MJP - 5*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789