HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER**<br><br>**NOTE ON MOTION CALENDAR: JULY 5, 2011** |

## I.  STIPULATION

On June 22, 2011, Defendants filed their opposition to Plaintiffs' pending motion for class certification.  Defendants' opposition raised, *inter alia,* the issue of whether certain tranches of the Offerings at issue in this case are properly included in the proposed class.  Plaintiffs' reply in further support of their motion for class certification is due on July 27, 2011.

On June 30, 2011, Defendants filed a motion for judgment on the pleadings concerning a similar issue as to whether the action may be maintained on behalf of those

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER - 1
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

same tranches, or whether the court should enter judgment adverse to those claims. The motion for judgment on the pleadings is currently noticed for July 22, 2011.

Following a meet and confer call on July 1, 2011, during which the related nature of the motion for judgment on the pleadings and Plaintiffs' reply in support of class certification was discussed, the parties agreed that Plaintiffs' response to the motion for judgment on the pleadings should be filed contemporaneously with their reply in further support of their motion for class certification. As such, the parties agree that:

- The time for Plaintiffs' opposition to the motion for judgment on the pleadings [Dkt No. 259] is extended until July 27, 2011
- The time for Defendants' reply in further support of their motion for judgment on the pleadings is extended until August 3, 2011
- The noting date for Defendant's motion for judgment on the pleadings will be re-noted from July 22, 2011 to August 3, 2011

Should the Court grant the parties' stipulated motion, the remaining deadlines set in the October 29, 2010 Scheduling Order (Dkt no. 207) will not be affected, nor will the requested extension delay the completion of other discovery or delay any other aspect of this action. Notably, fact discovery does not close until December 1, 2011, and the parties are conducting non-class related fact discovery at the same time as class-certification related discovery and briefing.

///
///
///
///
///
///
///

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER - 2
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1  Dated: July 5, 2011 | Respectfully submitted, |
| 2 | **TOUSLEY BRAIN STEPHENS PLLC** |
| 3 | By: /s/ Janissa A. Strabuk |
|   | Kim D. Stephens, WSBA #11984 |
| 4 | Janissa A. Strabuk, WSBA #21827 |
|   | 1700 Seventh Avenue, Suite 2200 |
| 5 | Seattle, Washington 98101 |
|   | Telephone: (206) 682-5600 |
| 6 | Facsimile: (206) 682-2992 |
| 7 | Email: kstephens@tousley.com |
|   |        jstrabuk@tousley.com |
| 8 | |
|   | *Liaison Counsel for Plaintiffs and the Proposed* |
| 9 | *Class* |
| 10 | **SCOTT+SCOTT LLP** |
| 11 | Arthur L. Shingler III (admitted pro hac vice) |
|   | Hal D. Cunningham (admitted pro hac vice) |
| 12 | 600 B Street, Suite 1500 |
|   | San Diego, California 92101 |
| 13 | Telephone: (619) 233-4565 |
|   | Facsimile: (619) 233-0508 |
| 14 | Email: ashingler@scott-scott.com |
| 15 |        hcunningham@scott-scott.com |
| 16 | Joseph P. Guglielmo (admitted pro hac vice) |
|   | 500 Fifth Avenue, 40th Floor |
| 17 | New York, New York 10110 |
|   | Telephone: (212) 223-6444 |
| 18 | Facsimile: (212) 223-6334 |
| 19 | Email: jguglielmo@scott-scott.com |
| 20 | **COHEN MILSTEIN SELLERS &** |
|    | **TOLL PLLC** |
| 21 | Steven J. Toll |
| 22 | Julie Goldsmith Reiser |
|    | Joshua S. Devore (admitted pro hac vice) |
| 23 | Matthew B. Kaplan (admitted pro hac vice) |
|    | S. Douglas Bunch (admitted pro hac vice) |
| 24 | 1100 New York Avenue, NW |
|    | Suite 500 West |
| 25 | Washington, D.C. 20005 |
|    | Telephone: (202) 408-4600 |
| 26 | Facsimile: (202) 408-4699 |

27

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER - 3
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Email: stoll@cohenmilstein.com |
| 2 | jreiser@cohenmilstein.com |
| | jdevore@cohenmilstein.com |
| | mkaplan@cohenmilstein.com |
| 3 | dbunch@cohenmilstein.com |
| 4 | Joel P. Laitman (admitted pro hac vice) |
| 5 | Christopher Lometti (admitted pro hac vice) |
| | Daniel B. Rehns (admitted pro hac vice) |
| 6 | 88 Pine Street |
| | 14th Floor |
| 7 | Telephone: (212) 838-7797 |
| | Facsimile: (212) 838-7745 |
| 8 | Email: jlaitman@cohenmilstein.com |
| | clometti@cohenmilstain.com |
| 9 | drehns@cohenmilstein.com |
| 10 | |
| | *Lead Counsel for the Proposed Class* |
| 11 | |
| 12 | **HILLIS CLARK MARTIN & PETERSON P.S.** |
| 13 | Louis D. Peterson, WSBA #5776 |
| | Brian C. Free, WSBA #35788 |
| 14 | Hillis Clark Martin & Peterson P.S. |
| | 1221 Second Avenue, Suite 500 |
| 15 | Seattle WA 98101-2925 |
| | Telephone: (206) 623-1745 |
| 16 | Facsimile: (206) 623-7789 |
| | Email: ldp@hcmp.com |
| 17 | bcf@hcmp.com |
| 18 | |
| | **BINGHAM McCUTCHEN LLP** |
| 19 | David M. Balabanian |
| | John D. Pernick |
| 20 | Jee Young You |
| | Frank Busch |
| 21 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 22 | Telephone: (415) 393-2000 |
| 23 | Facsimile: (415) 393-2286 |
| | Email: david.balabanian@bingham.com; |
| 24 | john.pernick@bingham.com; |
| | jeeyoung.you@bingham.com |
| 25 | frank.busch@bingham.com |
| 26 | |
| | Theo J. Robins |
| 27 | STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER - 4 (NO. 2:09-CV-0037-MJP) |

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| 2 | 399 Park Avenue, |
|   | New York, NY 10022-4689 |
| 3 | Telephone: (212) 705-7000 |
|   | Facsimile: (212) 702-3680 |
| 4 | Email: theo.robins@bingham.com |
| 5 | *Attorneys for Defendants WaMu Asset* |
|   | *Acceptance Corporation, WaMu Capital* |
| 6 | *Corporation, David Beck, Richard Careaga,* |
|   | *Rolland Jurgens, and Diane Novak* |

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER - 5
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

## II.  [PROPOSED] ORDER

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable Marsha J. Pechman
United States District Judge

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER - 6
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Dennis H Walters dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr mliles@karrtuttle.com

Steven P Caplow stevencaplow@dwt.com, chrisevo@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, wcruz@tousley.com

Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER - 7
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Gavin Williams Skok gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

David M Balabanian david.balabanian@bingham.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

John D Pernick john.pernick@bingham.com

Brian C Free bcf@hcmp.com, gcp@hcmp.com

Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Arthur L Shingler ashingler@scott-scott.com, efile@scott-scott.com

Richard A Speirs rspeirs@cohenmilstein.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Mary Kay Vyskocil mvyskocil@stblaw.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

Kerry F Cunningham kerry.cunningham@dlapiper.com

Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

S Douglas Bunch dbunch@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

Jonathan Gardner jgardner@labaton.com

Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Joel P Laitman jlaitman@cohenmilstein.com

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER - 8
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Christopher E Lometti clometti@cohenmilstein.com |
| 2 | Michael H. Barr mbarr@sonnenschein.com |
| 3 | Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 4 | |
| 5 | Leslie D Davis ldavis@sonnenschein.com |
| 6 | Kevin P Chavous kchavous@sonnenschein.com |
| 7 | Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 8 | Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 9 | Serena Richardson (Terminated) srichardson@labaton.com, ElectronicCaseFiling@labaton.com |
| 10 | |
| 11 | Frank Busch frank.busch@bingham.com, frank.downing@bingham.com, theo.robins@bingham.com |
| 12 | |
| 13 | Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com |
| 14 | |
| 15 | Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 16 | Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com |
| 17 | Kenneth M Rehns krehns@cohenmilstein.com |
| 18 | Adam Zurofsky azurofsky@cahill.com |
| 19 | Tammy Roy troy@cahill.com |
| 20 | Floyd Abrams fabrams@cahill.com |
| 21 | James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 22 | |
| 23 | Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 24 | Brian O. O'Mara bomara@csgrr.com |
| 25 | Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com |
| 26 | Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com |

27  STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER - 9
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Julie Goldsmith Reiser jreiser@cohenmilstein.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00134-MJP Notice has been electronically mailed to:**

Bruce Earl Larson dwalters@karrtuttle.com

Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com

John A. Kehoe jkehoe@btkmc.com

Sharan Nirmul snirmul@btkmc.com

Andrew B Brettler (Terminated) abrettler@gmail.com

**2:09-cv-00134-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00137-MJP Notice has been electronically mailed to:**

Christopher M Huck huck@pypfirm.com, dana@pypfirm.com

**2:09-cv-00137-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-01557-MJP Notice has been electronically mailed to:**

Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com

**2:09-cv-01557-MJP Notice will not be electronically mailed to:**

**2:10-cv-00990-JCC Notice has been electronically mailed to:**

Joel E. Wright jw@leesmart.com, sm@leesmart.com

John M Casey jcasey@curranfirm.com, kchurch@curranfirm.com

Marc Rosenberg mr@leesmart.com, Lawyermarc@comcast.net

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER - 10
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Michael T. Pines info@pinesandassociates.com, michaelpines@gmail.com |

By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
         jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER - 11
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992