HONORABLE MARSHA J. PECHMAN

1

2

3

4

5

6

7

8

9    UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11   IN RE WASHINGTON MUTUAL
MORTGAGE BACKED SECURITIES
12   LITIGATION

13   This Document Relates to: ALL CASES

| | |
|---|---|
| Master Case No. 2:09-cv-00037-MJP | |

**PRAECIPE TO SUBSTITUTE
CORRECTED STIPULATED MOTION
ESTABLISHING BRIEFING
SCHEDULE**

**NOTED ON MOTION CALENDAR
July 5, 2011**

14

15

16

17

18

19   TO:     CLERK OF THE COURT

20   AND TO:       OPPOSING COUNSEL

21         YOU ARE HEREBY REQUESTED to substitute the attached Stipulated Motion

22   Establishing Briefing Schedule for that filed on July 5, 2011, Dkt # 263.  It has come to

23   counsel's attention that the Motion was inadvertently filed without all of the electronic

24   signatures.  The signature blocks have been corrected on the Motion attached hereto as

25   Exhibit A.

26

27

PRAECIPE- 1
(NO. 2:09-CV-0037-MJP)
4898/001/245246.1

Dated:  July 5, 2011

Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By:  /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
          jstrabuk@tousley.com


*Liaison Counsel for Plaintiffs and the Proposed Class*

**SCOTT+SCOTT LLP**

Arthur L. Shingler III (admitted pro hac vice)
Hal D. Cunningham (admitted pro hac vice)
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: ashingler@scott-scott.com
          hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted pro hac vice)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

1

**COHEN MILSTEIN SELLERS & TOLL PLLC**

2

3
Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore (admitted pro hac vice)

4
Matthew B. Kaplan (admitted pro hac vice)
S. Douglas Bunch (admitted pro hac vice)

5
1100 New York Avenue, NW

6
Suite 500 West
Washington, D.C. 20005

7
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

8
Email: stoll@cohenmilstein.com

9
          jreiser@cohenmilstein.com
          jdevore@cohenmilstein.com

10
          mkaplan@cohenmilstein.com
          dbunch@cohenmilstein.com

11

12
Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)

13
Daniel B. Rehns (admitted pro hac vice)
150 East 52nd Street, Thirtieth Floor

14
New York, New York 10022
Telephone: (212) 838-7797

15
Facsimile: (212) 838-7745

16
Email: jlaitman@cohenmilstein.com
          clometti@cohenmilstain.com

17
          drehns@cohenmilstein.com

18
*Lead Counsel for the Proposed Class*

19

20

21

22

23

24

25

26

27

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on July5, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Dennis H Walters dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr mliles@karrtuttle.com

Steven P Caplow stevencaplow@dwt.com, chrisevo@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, wcruz@tousley.com

Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Gavin Williams Skok gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

David M Balabanian david.balabanian@bingham.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

John D Pernick john.pernick@bingham.com

Brian C Free bcf@hcmp.com, gcp@hcmp.com

Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Arthur L Shingler ashingler@scott-scott.com, efile@scott-scott.com

Richard A Speirs rspeirs@cohenmilstein.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Mary Kay Vyskocil mvyskocil@stblaw.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

Kerry F Cunningham kerry.cunningham@dlapiper.com

Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

S Douglas Bunch dbunch@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

Jonathan Gardner jgardner@labaton.com

Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Joel P Laitman jlaitman@cohenmilstein.com

Christopher E Lometti clometti@cohenmilstein.com

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   Michael H. Barr mbarr@sonnenschein.com

2   Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

3   Leslie D Davis ldavis@sonnenschein.com

4

5   Kevin P Chavous kchavous@sonnenschein.com

6   Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com

7   Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

8   Serena Richardson (Terminated) srichardson@labaton.com,
    ElectronicCaseFiling@labaton.com
9

10  Frank Busch frank.busch@bingham.com, frank.downing@bingham.com,
    theo.robins@bingham.com
11

    Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com,
12  halcunningham@gmail.com

13  Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com

14
    Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com
15

16  Kenneth M Rehns krehns@cohenmilstein.com

17  Adam Zurofsky azurofsky@cahill.com

18  Tammy Roy troy@cahill.com

19  Floyd Abrams fabrams@cahill.com

20  James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

21  Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

22
    Brian O. O'Mara bomara@csgrr.com
23

24  Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

25  Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

26  Julie Goldsmith Reiser jreiser@cohenmilstein.com

27  **2:09-cv-00037-MJP Notice will not be electronically mailed to:**

PRAECIPE- 6
(NO. 2:09-CV-0037-MJP)
4898/001/245246.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  WaMu Officer Defendants Securities MDL

2

3  **2:09-cv-00134-MJP Notice has been electronically mailed to:**

4  Bruce Earl Larson dwalters@karrtuttle.com

5  Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com

6  John A. Kehoe jkehoe@btkmc.com

7  Sharan Nirmul snirmul@btkmc.com

8

9  Andrew B Brettler (Terminated) abrettler@gmail.com

10  **2:09-cv-00134-MJP Notice will not be electronically mailed to:**

11  WaMu Officer Defendants Securities MDL

12

13  **2:09-cv-00137-MJP Notice has been electronically mailed to:**

14  Christopher M Huck huck@pypfirm.com, dana@pypfirm.com

15  **2:09-cv-00137-MJP Notice will not be electronically mailed to:**

16  WaMu Officer Defendants Securities MDL

17

18  **2:09-cv-01557-MJP Notice has been electronically mailed to:**

19  Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com

20  **2:09-cv-01557-MJP Notice will not be electronically mailed to:**

21  **2:10-cv-00990-JCC Notice has been electronically mailed to:**

22

23  Joel E. Wright jw@leesmart.com, sm@leesmart.com

24  John M Casey jcasey@curranfirm.com, kchurch@curranfirm.com

25  Marc Rosenberg mr@leesmart.com, Lawyermarc@comcast.net

26  Michael T. Pines info@pinesandassociates.com, michaelpines@gmail.com

27

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

By:  /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
        jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

# EXHIBIT A

HONORABLE MARSHA J. PECHMAN

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER**<br><br>**NOTE ON MOTION CALENDAR: JULY 5, 2011** |

## I. STIPULATION

On June 22, 2011, Defendants filed their opposition to Plaintiffs' pending motion for class certification. Defendants' opposition raised, *inter alia,* the issue of whether certain tranches of the Offerings at issue in this case are properly included in the proposed class. Plaintiffs' reply in further support of their motion for class certification is due on July 27, 2011.

On June 30, 2011, Defendants filed a motion for judgment on the pleadings concerning a similar issue as to whether the action may be maintained on behalf of those

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP)

1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   same tranches, or whether the court should enter judgment adverse to those claims.  The

2   motion for judgment on the pleadings is currently noticed for July 22, 2011.

3        Following a meet and confer call on July 1, 2011, during which the related nature of

4   the motion for judgment on the pleadings and Plaintiffs' reply in support of class certification

5   was discussed, the parties agreed that Plaintiffs' response to the motion for judgment on the

6   pleadings should be filed contemporaneously with their reply in further support of their

7   motion for class certification.  As such, the parties agree that:

8        • The time for Plaintiffs' opposition to the motion for judgment on the

9          pleadings [Dkt No. 259] is extended until July 27, 2011

10       • The time for Defendants' reply in further support of their motion for judgment

11         on the pleadings is extended until August 3, 2011

12       • The noting date for Defendant's motion for judgment on the pleadings will be

13         re-noted from July 22, 2011 to August 3, 2011

14       Should the Court grant the parties' stipulated motion, the remaining deadlines set in

15   the October 29, 2010 Scheduling Order (Dkt no. 207) will not be affected, nor will the

16   requested extension delay the completion of other discovery or delay any other aspect of this

17   action.  Notably, fact discovery does not close until December 1, 2011, and the parties are

18   conducting non-class related fact discovery at the same time as class-certification related

19   discovery and briefing.

20

21

22

23

24

25

26

27   STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
     ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
     [PROPOSED] ORDER                                                          2
     (NO. 2:09-CV-0037-MJP)

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Dated:  July 5, 2011

Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**
By:  /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
        jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed
Class*

**SCOTT+SCOTT LLP**
Arthur L. Shingler III (admitted pro hac vice)
Hal D. Cunningham (admitted pro hac vice)
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: ashingler@scott-scott.com
        hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted pro hac vice)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com

**COHEN MILSTEIN SELLERS &
TOLL PLLC**
Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore (admitted pro hac vice)
Matthew B. Kaplan (admitted pro hac vice)
S. Douglas Bunch (admitted pro hac vice)
1100 New York Avenue, NW
Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP)

3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1

Email: stoll@cohenmilstein.com
       jreiser@cohenmilstein.com

2
       jdevore@cohenmilstein.com
       mkaplan@cohenmilstein.com

3
       dbunch@cohenmilstein.com

4

Joel P. Laitman (admitted pro hac vice)

5
Christopher Lometti (admitted pro hac vice)
Daniel B. Rehns (admitted pro hac vice)

6
88 Pine Street
14th Floor

7
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

8
Email: jlaitman@cohenmilstein.com

9
       clometti@cohenmilstain.com
       drehns@cohenmilstein.com

10

*Lead Counsel for the Proposed Class*

11

**HILLIS CLARK MARTIN & PETERSON**

12
**P.S.**

By:  /s/ Louis D. Peterson

13
Louis D. Peterson, WSBA #5776

14
Brian C. Free, WSBA #35788
Hillis Clark Martin & Peterson P.S.

15
1221 Second Avenue, Suite 500
Seattle WA 98101-2925

16
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

17
Email: ldp@hcmp.com

18
bcf@hcmp.com

19

**BINGHAM McCUTCHEN LLP**

20
David M. Balabanian
John D. Pernick

21
Jee Young You
Frank Busch

22
Three Embarcadero Center
San Francisco, CA 94111-4067

23
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

24
Email: david.balabanian@bingham.com;
john.pernick@bingham.com;

25
jeeyoung.you@bingham.com

26
frank.busch@bingham.com

27

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP)

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Theo J. Robins
Bingham McCutchen LLP
399 Park Avenue,
New York, NY 10022-4689
Telephone: (212) 705-7000
Facsimile: (212) 702-3680
Email: theo.robins@bingham.com

*Attorneys for Defendants WaMu Asset
Acceptance Corporation, WaMu Capital
Corporation, David Beck, Richard Careaga,
Rolland Jurgens, and Diane Novak*

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP)

5

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

## II.   [PROPOSED] ORDER

**IT IS SO ORDERED**.

Dated: _____

_____

The Honorable Marsha J. Pechman
United States District Judge

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP)

6

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

1

2        I hereby certify that on July 5, 2011, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send electronic notification of such

4   filing to all counsel of record and additional persons listed below:

5   Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com,
6   robert@hbsslaw.com

7   Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com,
    donnellyjossm@lanepowell.com, sebringl@lanepowell.com
8

9   David Daniel Hoff dhoff@tousley.com, efile@tousley.com

10  Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

11  Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,
    mdowns@riddellwilliams.com
12

13  Bruce Earl Larson blarson@karrtuttle.com, psteinfeld@karrtuttle.com

14  John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

15  Louis David Peterson ldp@hcmp.com, smp@hcmp.com

16  Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com
17
    Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com
18
19  Robert D Stewart stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

20  Dennis H Walters dwalters@karrtuttle.com, wbarker@karrtuttle.com

21  Mike Liles, Jr mliles@karrtuttle.com

22  Steven P Caplow stevencaplow@dwt.com, chrisevo@dwt.com,
    jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, sheilarowden@dwt.com
23

24  Janissa Ann Strabuk jstrabuk@tousley.com, wcruz@tousley.com

25  Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com,
    nrandall@karrtuttle.com
26

27  STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
    ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;          7
    [PROPOSED] ORDER
    (NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Gavin Williams Skok gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

David M Balabanian david.balabanian@bingham.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

John D Pernick john.pernick@bingham.com

Brian C Free bcf@hcmp.com, gcp@hcmp.com

Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Arthur L Shingler ashingler@scott-scott.com, efile@scott-scott.com

Richard A Speirs rspeirs@cohenmilstein.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Mary Kay Vyskocil mvyskocil@stblaw.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

Kerry F Cunningham kerry.cunningham@dlapiper.com

Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

S Douglas Bunch dbunch@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

Jonathan Gardner jgardner@labaton.com

Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Joel P Laitman jlaitman@cohenmilstein.com

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP)

8

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 ♦ FAX 206.682.2992

1  Christopher E Lometti clometti@cohenmilstein.com

2  Michael H. Barr mbarr@sonnenschein.com

3
   Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com
4
5  Leslie D Davis ldavis@sonnenschein.com

6  Kevin P Chavous kchavous@sonnenschein.com

7  Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com

8  Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

9  Serena Richardson (Terminated) srichardson@labaton.com,
   ElectronicCaseFiling@labaton.com
10
11 Frank Busch frank.busch@bingham.com, frank.downing@bingham.com,
   theo.robins@bingham.com
12
13 Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com,
   halcunningham@gmail.com
14
   Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com
15
16 Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

17 Kenneth M Rehns krehns@cohenmilstein.com

18 Adam Zurofsky azurofsky@cahill.com

19 Tammy Roy troy@cahill.com

20 Floyd Abrams fabrams@cahill.com

21 James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

22 Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
23
   Brian O. O'Mara bomara@csgrr.com
24
25 Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

26 Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

27

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;          **TOUSLEY BRAIN STEPHENS PLLC**
[PROPOSED] ORDER                                          1700 Seventh Avenue, Suite 2200
(NO. 2:09-CV-0037-MJP)                        9          Seattle, Washington 98101-1332
                                                         TEL. 206.682.5600 • FAX 206.682.2992

Julie Goldsmith Reiser jreiser@cohenmilstein.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00134-MJP Notice has been electronically mailed to:**

Bruce Earl Larson dwalters@karrtuttle.com

Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com

John A. Kehoe jkehoe@btkmc.com

Sharan Nirmul snirmul@btkmc.com

Andrew B Brettler (Terminated) abrettler@gmail.com

**2:09-cv-00134-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00137-MJP Notice has been electronically mailed to:**

Christopher M Huck huck@pypfirm.com, dana@pypfirm.com

**2:09-cv-00137-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-01557-MJP Notice has been electronically mailed to:**

Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com

**2:09-cv-01557-MJP Notice will not be electronically mailed to:**

**2:10-cv-00990-JCC Notice has been electronically mailed to:**

Joel E. Wright jw@leesmart.com, sm@leesmart.com

John M Casey jcasey@curranfirm.com, kchurch@curranfirm.com

Marc Rosenberg mr@leesmart.com, Lawyermarc@comcast.net

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER
(NO. 2:09-CV-0037-MJP)

10

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  Michael T. Pines info@pinesandassociates.com, michaelpines@gmail.com

2                                    By:  /s/ Janissa A. Strabuk
3                                    Kim D. Stephens, WSBA #11984
                                     Janissa A. Strabuk, WSBA #21827
4                                    1700 Seventh Avenue, Suite 2200
                                     Seattle, Washington 98101
5                                    Telephone: (206) 682-5600
                                     Facsimile: (206) 682-2992
6                                    Email: kstephens@tousley.com
7                                           jstrabuk@tousley.com

8                                    *Liaison Counsel for Plaintiffs and the Proposed*
9                                    *Class*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
[PROPOSED] ORDER                                       11
(NO. 2:09-CV-0037-MJP)

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992