HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; ORDER**<br><br>**NOTE ON MOTION CALENDAR: JULY 5, 2011** |

## I. STIPULATION

On June 22, 2011, Defendants filed their opposition to Plaintiffs' pending motion for class certification. Defendants' opposition raised, *inter alia,* the issue of whether certain tranches of the Offerings at issue in this case are properly included in the proposed class. Plaintiffs' reply in further support of their motion for class certification is due on July 27, 2011.

On June 30, 2011, Defendants filed a motion for judgment on the pleadings concerning a similar issue as to whether the action may be maintained on behalf of those

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
ORDER - 1
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

same tranches, or whether the court should enter judgment adverse to those claims. The motion for judgment on the pleadings is currently noticed for July 22, 2011.

Following a meet and confer call on July 1, 2011, during which the related nature of the motion for judgment on the pleadings and Plaintiffs' reply in support of class certification was discussed, the parties agreed that Plaintiffs' response to the motion for judgment on the pleadings should be filed contemporaneously with their reply in further support of their motion for class certification. As such, the parties agree that:

- The time for Plaintiffs' opposition to the motion for judgment on the pleadings [Dkt No. 259] is extended until July 27, 2011
- The time for Defendants' reply in further support of their motion for judgment on the pleadings is extended until August 3, 2011
- The noting date for Defendant's motion for judgment on the pleadings will be re-noted from July 22, 2011 to August 3, 2011

Should the Court grant the parties' stipulated motion, the remaining deadlines set in the October 29, 2010 Scheduling Order (Dkt no. 207) will not be affected, nor will the requested extension delay the completion of other discovery or delay any other aspect of this action. Notably, fact discovery does not close until December 1, 2011, and the parties are conducting non-class related fact discovery at the same time as class-certification related discovery and briefing.

///
///
///
///
///
///
///

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
ORDER - 2
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | | |
|---|---|---|
| 1 | Dated: July 5, 2011 | Respectfully submitted, |
| 2 | | **TOUSLEY BRAIN STEPHENS PLLC** |
| 3 | | By: /s/ Janissa A. Strabuk |
| | | Kim D. Stephens, WSBA #11984 |
| 4 | | Janissa A. Strabuk, WSBA #21827 |
| | | 1700 Seventh Avenue, Suite 2200 |
| 5 | | Seattle, Washington 98101 |
| | | Telephone: (206) 682-5600 |
| 6 | | Facsimile: (206) 682-2992 |
| 7 | | Email: kstephens@tousley.com |
| | | jstrabuk@tousley.com |
| 8 | | |
| 9 | | *Liaison Counsel for Plaintiffs and the Proposed Class* |
| 10 | | **SCOTT+SCOTT LLP** |
| 11 | | Arthur L. Shingler III (admitted pro hac vice) |
| | | Hal D. Cunningham (admitted pro hac vice) |
| 12 | | 600 B Street, Suite 1500 |
| | | San Diego, California 92101 |
| 13 | | Telephone: (619) 233-4565 |
| 14 | | Facsimile: (619) 233-0508 |
| | | Email: ashingler@scott-scott.com |
| 15 | | hcunningham@scott-scott.com |
| 16 | | Joseph P. Guglielmo (admitted pro hac vice) |
| | | 500 Fifth Avenue, 40th Floor |
| 17 | | New York, New York 10110 |
| | | Telephone: (212) 223-6444 |
| 18 | | Facsimile: (212) 223-6334 |
| 19 | | Email: jguglielmo@scott-scott.com |
| 20 | | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 21 | | Steven J. Toll |
| 22 | | Julie Goldsmith Reiser |
| | | Joshua S. Devore (admitted pro hac vice) |
| 23 | | Matthew B. Kaplan (admitted pro hac vice) |
| | | S. Douglas Bunch (admitted pro hac vice) |
| 24 | | 1100 New York Avenue, NW |
| 25 | | Suite 500 West |
| | | Washington, D.C. 20005 |
| 26 | | Telephone: (202) 408-4600 |
| | | Facsimile: (202) 408-4699 |

27 STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
ORDER - 3
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Email: stoll@cohenmilstein.com
jreiser@cohenmilstein.com
jdevore@cohenmilstein.com
mkaplan@cohenmilstein.com
dbunch@cohenmilstein.com

Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)
Daniel B. Rehns (admitted pro hac vice)
88 Pine Street
14th Floor
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com
clometti@cohenmilstain.com
drehns@cohenmilstein.com

*Lead Counsel for the Proposed Class*

**HILLIS CLARK MARTIN & PETERSON P.S.**
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
Hillis Clark Martin & Peterson P.S.
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com
bcf@hcmp.com

**BINGHAM McCUTCHEN LLP**
David M. Balabanian
John D. Pernick
Jee Young You
Frank Busch
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Email: david.balabanian@bingham.com;
john.pernick@bingham.com;
jeeyoung.you@bingham.com
frank.busch@bingham.com

Theo J. Robins

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
ORDER - 4
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| 2 | 399 Park Avenue, |
|   | New York, NY 10022-4689 |
| 3 | Telephone: (212) 705-7000 |
|   | Facsimile: (212) 702-3680 |
| 4 | Email: theo.robins@bingham.com |

*Attorneys for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
ORDER - 5
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

## II. ORDER

**IT IS SO ORDERED**.

Dated: July 7, 2011

_[signature]_
Marsha J. Pechman
United States District Judge

STIPULATED MOTION ESTABLISHING BRIEFING SCHEDULE
ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
ORDER - 6
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992