THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | CASE NO. C09-037-MJP<br><br>**JP MORGAN CHASE BANK, N.A.'S UNOPPOSED MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING PLAINTIFFS' MOTION FOR LEAVE TO AMEND TO ADD JPMC AS A DEFENDANT IN THIS ACTION**<br><br>**Noting Date: July 15, 2011** |

On June 23, 2011, Plaintiffs filed a motion for leave to amend their complaint in the above-captioned action to add JPMorgan Chase Bank, N.A. ("JPMC") as a defendant. (See Lead Pls.' Mot. & Mem. for Leave to Am. (Dkt. No. 256).) Plaintiffs consent to JPMC's intervention for the limited purpose of opposing Plaintiffs' Motion for Leave to Amend to Add JPMC as a Defendant in This Action. Pursuant to Rule 24 of the Federal Rules of Civil Procedure, JPMC moves for leave to intervene in this action for the limited purpose of opposing Plaintiffs' motion to amend the complaint to add it as a defendant.

"A nonparty seeking to intervene need not intervene as a full party to the litigation, but

JP MORGAN CHASE BANK, N.A.'S UNOPPOSED MOTION
TO INTERVENE - 1
Case No. C09-037-MJP

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

may intervene for a limited purpose." <u>LG Elecs. Inc. v. Q-Lity Computer Inc.</u>, 211 F.R.D. 360, 364 (N.D. Cal. 2002); <u>see also</u> <u>VFD Consulting, Inc. v. 21st Servs.</u>, No. 04-2161, 2005 WL 1115870, at *4 (N.D. Cal. May 11, 2005) ("[T]he Ninth Circuit has expressly held that a non-party seeking to intervene need not intervene as a full party to the litigation, but may intervene for a limited purpose." (citing <u>Beckman Indus., Inc. v. Int'l Ins. Co.</u>, 966 F.2d 470, 472 (9th Cir. 1992)). Courts routinely allow a nonparty to intervene in an action for the limited purpose of opposing a party's motion to amend its pleading to add the nonparty to the action. <u>See, e.g.</u>, <u>Hildes v. Andersen</u>, No. 08-cv-0008, 2010 WL 2836769, at *6 (S.D. Cal. July 19, 2010) (granting the outside directors' motion to intervene because they had "a significant protectable interest in that they seek to oppose a motion that requests leave to add them as defendants in this case"); <u>BMC-The Benchmark Mgmt. Co. v. Ceebraid-Signal Corp.</u>, No. 05-cv-1149, 2006 WL2189703, at *6 n.6 (N.D. Ga. Aug. 1, 2006) (granting the nonparties' motion to intervene in action for the limited purpose of opposing the plaintiffs' motion to amend to add the nonparties as defendants); <u>VFD Consulting</u>, 2005 WL 1115870, at *4-5 (granting the nonparty's motion to intervene for the limited purpose of opposing the defendants' motion to amend to join nonparty in action); <u>cf.</u> <u>LG Elecs.</u>, 211 F.R.D. at 365 (granting the nonparty's motion to intervene for the limited purpose of opposing the plaintiff's motion to amend because "the disposition of [the plaintiff's] motion to amend may as a practical matter impair or impede [the nonparty's] ability to protect its interest"). That is the only reason that JPMC seeks to intervene in this action now. Accordingly, the Court should grant JPMC's motion to intervene, and should allow it the opportunity to oppose Plaintiffs' motion for leave to amend the complaint.

JP MORGAN CHASE BANK, N.A.'S UNOPPOSED MOTION
TO INTERVENE - 2
Case No. C09-037-MJP

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## Conclusion

For the foregoing reasons, the Court should grant JPMC's unopposed motion to intervene for the limited purpose of opposing Plaintiffs' motion for leave to amend to add JPMC as a defendant.

DATED this 11th day of July, 2011.

        CORR CRONIN MICHELSON
        BAUMGARDNER & PREECE LLP

        */s/ Steven W. Fogg*
        Steven W. Fogg, WSBA No. 23528
        Christina N. Dimock, WSBA No. 40159
        1001 Fourth Avenue, Suite 3900
        Seattle, WA  98154
        (206) 625-8600

        CRAVATH, SWAINE & MOORE LLP
        Daniel Slifkin
        Michael A. Paskin
        Worldwide Plaza
        825 Eighth Avenue
        New York, NY  10019
        (212) 474-1000

JP MORGAN CHASE BANK, N.A.'S UNOPPOSED MOTION
TO INTERVENE - 3
Case No. C09-037-MJP

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

The undersigned certifies as follows:

1.  I am employed at Corr Cronin Michelson Baumgardner & Preece LLP, attorneys for JP Morgan Chase & Co. herein.

2.  On July 11, 2011, I caused a true and correct copy of the foregoing document to be served on the following parties in the matter indicated below:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr - mbarr@sonnenschein.com

Walter Eugene Barton - gbarton@karrtuttle.com, nrandall@karrtuttle.com, danderson@karrtuttle.com

Steve W. Berman - steve@hbsslaw.com, robert@hbsslaw.com, heatherw@hbsslaw.com

S Douglas Bunch - dbunch@cohenmilstein.com

Steven P Caplow - stevencaplow@dwt.com, patrickwatts@dwt.com, sheilarowden@dwt.com, jasonSchattenkerk@dwt.com

Kevin P Chavous - kchavous@sonnenschein.com

James J. Coster - jcoster@ssbb.com, managingclerk@ssbb.com, jregan@ssbb.com

Hal D Cunningham - hcunningham@scott-scott.com, halcunningham@gmail.com, efile@scott-scott.com

Kerry F Cunningham - kerry.cunningham@dlapiper.com

Leslie D Davis - ldavis@sonnenschein.com

Corey E Delaney - corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, richard.hans@dlapiper.com, patrick.smith@dlapiper.com

Joshua S. Devore - jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Joseph A. Fonti - jfonti@labaton.com, ElectronicCaseFiling@labaton.com

Larry Steven Gangnes - gangnesl@lanepowell.com, sebringl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com

JP MORGAN CHASE BANK, N.A.'S UNOPPOSED MOTION
TO INTERVENE - 4
Case No. C09-037-MJP

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1 | Jonathan Gardner jgardner@labaton.com |
| 2 | Joseph P Guglielmo -jguglielmo@scott-scott.com, efile@scott-scott.com |
| 3 | Richard F Hans -richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 4 | David Daniel Hoff -dhoff@tousley.com, efile@tousley.com |
| 5 | Julie Hwang -jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 6 | Geoffrey M Johnson - gjohnson@scott-scott.com, efile@scott-scott.com |
| 7 | Matthew B. Kaplan -mkaplan@cohenmilstein.com, efilings@cohenmilstein.com |
| 8 | Stellman Keehnel -stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 9 | Paul Joseph Kundtz - pkundtz@riddellwilliams.com, mdowns@riddellwilliams.com, mbergquam@riddellwilliams.com |
| 10 | Joel P Laitman - jlaitman@cohenmilstein.com |
| 11 | Bruce Earl Larson - blarson@karrtuttle.com, psteinfeld@karrtuttle.com |
| 12 | Mike Liles - Jr-mliles@karrtuttle.com |
| 13 | Christopher E Lometti - clometti@cohenmilstein.com |
| 14 | John D Lowery - jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 15 | Douglas C McDermott - doug@mcdermottnewman.com, eric@mcdermottnewman.com |
| 16 | Bradley T. Meissner - bradley.meissner@dlapiper.com |
| 17 | Timothy Michael Moran - moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 18 | Walter W. Noss - wnoss@scott-scott.com, efile@scott-scott.com |
| 19 | Brian O. O'Mara - bomara@csgrr.com |
| 20 | Barry Robert Ostrager - bostrager@stblaw.com, managingclerk@stblaw.com |
| 21 | Kenneth J Pfaehler - kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 22 | Daniel B Rehns - drehns@cohenmilstein.com, efilings@cohenmilstein.com |
| 23 | Kenneth M Rehns - krehns@cohenmilstein.com |
| 24 | Julie Goldsmith Reiser - jreiser@cohenmilstein.com |
|  | Serena Richardson - srichardson@labaton.com, ElectronicCaseFiling@labaton.com |
|  | Rogelio Omar Riojas - omar.riojas@dlapiper.com, nina.marie@dlapiper.com, karen.hansen@dlapiper.com |
| 25 | |

JP MORGAN CHASE BANK, N.A.'S UNOPPOSED MOTION
TO INTERVENE - 5
Case No. C09-037-MJP

**CORR CRONIN MICHELSON**
**BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Darren J Robbins -e_file_sd@csgrr.com

Tammy Roy - troy@cahill.com

Joshua M. Rubins - jrubins@ssbb.com,managingclerk@ssbb.com, jregan@ssbb.com

Stephen M. Rummage - steverummage@dwt.com, jeannecadley@dwt.com

Hollis Lee Salzman - hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

Paul Scarlato - pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

Arthur L Shingler - ashingler@scott-scott.com, efile@scott-scott.com

Gavin Williams Skok - gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

Richard A Speirs - rspeirs@cohenmilstein.com

Kim D Stephens - kstephens@tousley.com, wcruz@tousley.com, cbonifaci@tousley.com

Robert D Stewart - stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Janissa Ann Strabuk - jstrabuk@tousley.com, wcruz@tousley.com

Steven J Toll - stoll@cohenmilstein.com, efilings@cohenmilstein.com

Mary Kay - Vyskocil mvyskocil@stblaw.com

Dennis H Walters - dwalters@karrtuttle.com, wbarker@karrtuttle.com

Adam Zurofsky - azurofsky@cahill.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 11th day of July, 2011, at Seattle, Washington.

*/s/Heidi M. Powell*
Heidi M. Powell

JP MORGAN CHASE BANK, N.A.'S UNOPPOSED MOTION TO INTERVENE - 6
Case No. C09-037-MJP

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900