THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | CASE NO. C09-037-MJP<br><br>**[PROPOSED] ORDER GRANTING JP MORGAN CHASE BANK, N.A.'S UNOPPOSED MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING PLAINTIFFS' MOTION FOR LEAVE TO AMEND TO ADD JPMC AS A DEFENDANT IN THIS ACTION**<br><br>Hearing Date: July 15, 2011<br>w/o Oral Argument |

This matter is before the Court on JP Morgan Chase Bank, N.A.'s Unopposed Motion to Intervene for the Limited Purpose of Opposing Plaintiffs' Motion for Leave to Amend to Add JPMC as a Defendant in this Action. The Court has considered all materials submitted by the parties.

Having considered the foregoing, the Court hereby GRANTS JP Morgan Chase Bank, N.A.'s Unopposed Motion to Intervene for the Limited Purpose of Opposing Plaintiffs' Motion for Leave to Amend to Add JPMC as a Defendant in this Action.

[PROPOSED] ORDER GRANTING JP MORGAN CHASE
BANK, N.A.'S UNOPPOSED MOTION TO INTERVENE - 1
Case No. C09-037-MJP

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  Dated this _____ day of _____, 2011.

2

3                                              _____
4                                              HONORABLE MARSHA J. PECHMAN
                                               U.S. DISTRICT COURT JUDGE

5  Presented by:

6

7  CORR CRONIN MICHELSON
   BAUMGARDNER & PREECE LLP

8

9  /s/ Steven W. Fogg
   Steven W. Fogg, WSBA No. 23528
   Christina N. Dimock, WSBA No. 40159
10 1001 Fourth Avenue, Suite 3900
   Seattle, WA 98154
11 (206) 625-8600

12 CRAVATH, SWAINE & MOORE LLP
   Daniel Slifkin
13 Michael A. Paskin
   Worldwide Plaza
14 825 Eighth Avenue
   New York, NY 10019
15 (212) 474-1000

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING JP MORGAN CHASE
BANK, N.A.'S UNOPPOSED MOTION TO INTERVENE - 2
Case No. C09-037-MJP

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900