THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | CASE NO. C09-037-MJP<br><br>**[PROPOSED] ORDER DENYING LEAD PLAINTIFFS' MOTION FOR LEAVE TO AMEND TO ADD JPMC AS A DEFENDANT IN THIS ACTION**<br><br>**Oral Argument Requested**<br>**Hearing Date: July 15, 2011** |

This matter is before the Court on Lead Plaintiffs' Motion for Leave to Amend to Add JPMC as a Defendant in this Action. The Court has considered all materials submitted by the parties, including:

1. Lead Plaintiffs' Motion for Leave to Amend to Add JPMC as a Defendant in this Action;

2. JP Morgan Chase Bank, N.A.'s Opposition to Lead Plaintiffs' Motion for Leave to Amend to Add JPMC as a Defendant in this Action;

3. Declaration of Steven W. Fogg;

4. _____; and

[PROPOSED] ORDER GRANTING JP MORGAN CHASE BANK, N.A.'S OPPOSITION TO MOTION FOR LEAVE TO AMEND - 1
Case No. C09-037-MJP

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1   5. _____.

2   Having considered the foregoing, the Court hereby DENIES Lead Plaintiffs' Motion for

3   Leave to Amend to Add JPMC as a Defendant in this Action;

4   Dated this _____ day of _____, 2011.

5

6

7   _____
    HONORABLE MARSHA J. PECHMAN
    U.S. DISTRICT COURT JUDGE

8   Presented by:

9

10  CORR CRONIN MICHELSON
    BAUMGARDNER & PREECE LLP

11

12  /s/ Steven W. Fogg
    Steven W. Fogg, WSBA No. 23528
    Christina N. Dimock, WSBA No. 40159
13  1001 Fourth Avenue, Suite 3900
    Seattle, WA 98154
14  (206) 625-8600

15  CRAVATH, SWAINE & MOORE LLP
    Daniel Slifkin
16  Michael A. Paskin
    Worldwide Plaza
17  825 Eighth Avenue
    New York, NY 10019
18  (212) 474-1000

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING JP MORGAN CHASE
BANK, N.A.'S OPPOSITION TO MOTION FOR LEAVE TO
AMEND - 2
Case No. C09-037-MJP

**Corr Cronin Michelson
Baumgardner & Preece LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900