THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | CASE NO. C09-037-MJP<br><br>**DECLARATION OF STEVEN W. FOGG IN SUPPORT OF JP MORGAN CHASE BANK, N.A.'S OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR LEAVE TO AMEND TO ADD JPMC AS A DEFENDANT IN THIS ACTION**<br><br>**Oral Argument Requested**<br>**Hearing Date: July 15, 2011** |

I, Steven Fogg, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Corr Cronin Michelson Baumgardner & Preece LLP, counsel for JPMorgan Chase Bank, N.A. I am an attorney in good standing in the State of Washington.

2. I am over 18 years of age and am competent to testify to the matters and facts set forth herein.

3. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Complaint filed in

DECLARATION OF STEVEN W. FOGG - 1
Case No. C09-037-MJP

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  Deutsche Bank National Trust Co. v. FDIC, No. 09-01656 (D.D.C. 2009) (Dkt. No. 1), on
2  August 26, 2009.

3  4. Attached hereto as Exhibit B is a true and correct copy of the Memorandum of Points
4  and Authorities in Support of FDIC Receiver's Motion to Dismiss filed in Deutsche Bank
5  National Trust Co. v. FDIC, No. 09-01656 (D.D.C. 2009) (Dkt No. 20-1), on June 17, 2010.

6  5. Attached hereto as Exhibit C is a true and correct copy of the Memorandum of Points
7  and Authorities in Support of FDIC Receiver's Motion to Dismiss filed in Deutsche Bank
8  National Trust Co. v. FDIC, No. 09-01656 (D.D.C. 2009) (Dkt No. 54-1), on November 22,
9  2010.

10  6. Attached hereto as Exhibit D is a true and correct copy of a March 18, 2004, article
11  entitled "David Beck to Lead Washington Mutual's Capital Markets Efforts; Commercial
12  Group's Dick Fisher Promoted".

13  7. Attached hereto as Exhibit E is a true and correct copy of the July 7, 2010, opinion in
14  GECCMC 2005-C1 Plummer St. Office Ltd. P'ship v. JPMorgan Chase Bank, N.A., No. 10-
15  01615 (Dkt. No. 34) (C.D. Cal.).

16  I hereby declare, under penalty of perjury under the laws of the United States of America,
17  that the foregoing is true and correct.

18  DATED this 11th day of July, 2011, at Seattle, Washington.



Steven W. Fogg

DECLARATION OF STEVEN W. FOGG - 2
Case No. C09-037-MJP

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900


## CERTIFICATE OF SERVICE

The undersigned certifies as follows:

1. I am employed at Corr Cronin Michelson Baumgardner & Preece LLP, attorneys for JP Morgan Chase & Co. herein.

2. On July 11, 2011, I caused a true and correct copy of the foregoing document to be served on the following parties in the matter indicated below:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr - mbarr@sonnenschein.com

Walter Eugene Barton - gbarton@karrtuttle.com, nrandall@karrtuttle.com, danderson@karrtuttle.com

Steve W. Berman - steve@hbsslaw.com, robert@hbsslaw.com, heatherw@hbsslaw.com

S Douglas Bunch - dbunch@cohenmilstein.com

Steven P Caplow - stevencaplow@dwt.com, patrickwatts@dwt.com, sheilarowden@dwt.com, jasonSchattenkerk@dwt.com

Kevin P Chavous - kchavous@sonnenschein.com

James J. Coster - jcoster@ssbb.com, managingclerk@ssbb.com, jregan@ssbb.com

Hal D Cunningham - hcunningham@scott-scott.com, halcunningham@gmail.com, efile@scott-scott.com

Kerry F Cunningham - kerry.cunningham@dlapiper.com

Leslie D Davis - ldavis@sonnenschein.com

Corey E Delaney - corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, richard.hans@dlapiper.com, patrick.smith@dlapiper.com

Joshua S. Devore - jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Joseph A. Fonti - jfonti@labaton.com, ElectronicCaseFiling@labaton.com

Larry Steven Gangnes - gangnesl@lanepowell.com, sebringl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com

Jonathan Gardner jgardner@labaton.com

DECLARATION OF STEVEN W. FOGG - 3
Case No. C09-037-MJP

Corr Cronin Michelson
Baumgardner & Preece LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| 1 | Joseph P Guglielmo -jguglielmo@scott-scott.com, efile@scott-scott.com |
| 2 | Richard F Hans -richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 3 | David Daniel Hoff -dhoff@tousley.com, efile@tousley.com |
| 4 | Julie Hwang -jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 5 | Geoffrey M Johnson - gjohnson@scott-scott.com, efile@scott-scott.com |
| 6 | Matthew B. Kaplan -mkaplan@cohenmilstein.com, efilings@cohenmilstein.com |
| 7 | Stellman Keehnel -stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 8 | Paul Joseph Kundtz - pkundtz@riddellwilliams.com, mdowns@riddellwilliams.com, mbergquam@riddellwilliams.com |
| 9 | Joel P Laitman - jlaitman@cohenmilstein.com |
| 10 | Bruce Earl Larson - blarson@karrtuttle.com, psteinfeld@karrtuttle.com |
| 11 | Mike Liles - Jr-mliles@karrtuttle.com |
| 12 | Christopher E Lometti - clometti@cohenmilstein.com |
| 13 | John D Lowery - jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 14 | Douglas C McDermott - doug@mcdermottnewman.com, eric@mcdermottnewman.com |
| 15 | Bradley T. Meissner - bradley.meissner@dlapiper.com |
| 16 | Timothy Michael Moran - moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 17 | Walter W. Noss - wnoss@scott-scott.com, efile@scott-scott.com |
| 18 | Brian O. O'Mara - bomara@csgrr.com |
| 19 | Barry Robert Ostrager - bostrager@stblaw.com, managingclerk@stblaw.com |
| 20 | Kenneth J Pfaehler - kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 21 | Daniel B Rehns - drehns@cohenmilstein.com, efilings@cohenmilstein.com |
| 22 | Kenneth M Rehns - krehns@cohenmilstein.com |
| 23 | Julie Goldsmith Reiser - jreiser@cohenmilstein.com |
| 24 | Serena Richardson - srichardson@labaton.com, ElectronicCaseFiling@labaton.com |
| 25 | Rogelio Omar Riojas - omar.riojas@dlapiper.com, nina.marie@dlapiper.com, karen.hansen@dlapiper.com |
| | Darren J Robbins -e_file_sd@csgrr.com |

DECLARATION OF STEVEN W. FOGG - 4
Case No. C09-037-MJP

**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Tammy Roy - troy@cahill.com

Joshua M. Rubins - jrubins@ssbb.com, managingclerk@ssbb.com, jregan@ssbb.com

Stephen M. Rummage - steverummage@dwt.com, jeannecadley@dwt.com

Hollis Lee Salzman - hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

Paul Scarlato - pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

Arthur L Shingler - ashingler@scott-scott.com, efile@scott-scott.com

Gavin Williams Skok - gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

Richard A Speirs - rspeirs@cohenmilstein.com

Kim D Stephens - kstephens@tousley.com, wcruz@tousley.com, cbonifaci@tousley.com

Robert D Stewart - stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Janissa Ann Strabuk - jstrabuk@tousley.com, wcruz@tousley.com

Steven J Toll - stoll@cohenmilstein.com, efilings@cohenmilstein.com

Mary Kay - Vyskocil mvyskocil@stblaw.com

Dennis H Walters - dwalters@karrtuttle.com, wbarker@karrtuttle.com

Adam Zurofsky - azurofsky@cahill.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 11th day of July, 2011, at Seattle, Washington.

/s/Heidi M. Powell
Heidi M. Powell

DECLARATION OF STEVEN W. FOGG - 5
Case No. C09-037-MJP

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900