HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR LEAVE TO AMEND TO ADD J.P. MORGAN CHASE BANK, N.A. ("JPMC") AS A DEFENDANT OR, IN THE ALTERNATIVE, TO VACATE THE WASHINGTON MUTUAL BANK ("WMB") DISMISSAL ORDER AND SUBSTITUTE JPMC FOR WMB**<br><br>**Note on Motion Calendar: <u>July 12, 2011</u>** |

Pursuant to CR 7(f), Lead Plaintiffs hereby request that this Court grant Lead Plaintiffs leave to file an over-length reply brief of **eleven (11) pages** in support of the Motion referenced above.

Lead Plaintiffs respectfully submit that the addition of **five (5)** pages above what is allowed under CR 7(d)(3) is warranted given the complexity of the issues involved in the Motion to Amend. This Court had previously granted Plaintiffs' motion to file an over-

LEAD PLAINTIFFS' MOTION FOR LEAVE TO
FILE AN OVER-LENGTH REPLY BRIEF - 1
(NO. 2:09-CV-0037-MJP)
4898/001/245437.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

length opening brief of twenty-one (21) pages. Defendants have not filed a response to the Motion to Amend; however, JP Morgan Chase Bank, N.A. ("JPMC") has filed an unopposed Motion to Intervene in this case for purposes of responding to the Plaintiffs' Motion to Amend. Along with its Motion, JPMC filed a **twenty-two (22)** page response brief. In order to fully apprise the Court of all the facts and legal arguments applicable to the complex issues addressed in the Plaintiffs' Motion to Amend and in JPMC's response, Lead Plaintiffs respectfully request that this Court grant them leave to file an eleven-page reply brief.

Dated: July 12, 2011

Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
      jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

**SCOTT+SCOTT LLP**
Hal D. Cunningham (admitted pro hac vice)
707 Broadway, 10th Floor
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted pro hac vice)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com

LEAD PLAINTIFFS' MOTION FOR LEAVE TO
FILE AN OVER-LENGTH REPLY BRIEF - 2
(NO. 2:09-CV-0037-MJP)
4898/001/245437.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | **COHEN MILSTEIN SELLERS &** |
| | **TOLL PLLC** |
| 2 | Steven J. Toll |
| | Julie Goldsmith Reiser |
| 3 | Joshua S. Devore (admitted pro hac vice) |
| | Matthew B. Kaplan (admitted pro hac vice) |
| 4 | S. Douglas Bunch (admitted pro hac vice) |
| | 1100 New York Avenue, NW |
| 5 | Suite 500 West |
| | Washington, D.C. 20005 |
| 6 | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |
| 7 | Email: stoll@cohenmilstein.com |
| | jreiser@cohenmilstein.com |
| 8 | jdevore@cohenmilstein.com |
| | mkaplan@cohenmilstein.com |
| 9 | dbunch@cohenmilstein.com |
| 10 | |
| 11 | Joel P. Laitman (admitted pro hac vice) |
| | Christopher Lometti (admitted pro hac vice) |
| 12 | Daniel B. Rehns (admitted pro hac vice) |
| | 88 Pine Street |
| 13 | 14th Floor |
| | New York, NY 10005 |
| 14 | Telephone: (212) 838-7797 |
| | Facsimile: (212) 838-7745 |
| 15 | Email: jlaitman@cohenmilstein.com |
| | clometti@cohenmilstein.com |
| 16 | drehns@cohenmilstein.com |
| 17 | |
| 18 | *Lead Counsel for the Proposed Class* |

LEAD PLAINTIFFS' MOTION FOR LEAVE TO
FILE AN OVER-LENGTH REPLY BRIEF - 3
(NO. 2:09-CV-0037-MJP)
4898/001/245437.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Adam Zurofsky     azurofsky@cahill.com

Arthur L Shingler     ashingler@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager     bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner     bradley.meissner@dlapiper.com

Brian C Free     bcf@hcmp.com, gcp@hcmp.com

Brian O. O'Mara     bomara@csgrr.com

Bruce Earl Larson     blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti     clometti@cohenmilstein.com

Corey E Delaney     corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel B Rehns     drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins     e_file_sd@csgrr.com

David Daniel Hoff     dhoff@tousley.com, efile@tousley.com

David M Balabanian     david.balabanian@bingham.com

Dennis H Walters     dwalters@karrtuttle.com, wbarker@karrtuttle.com

Douglas C McDermott     doug@mcdermottnewman.com, eric@mcdermottnewman.com

Floyd Abrams     fabrams@cahill.com

Frank Busch     frank.busch@bingham.com, frank.downing@bingham.com

Gavin Williams Skok     gskok@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M Johnson     gjohnson@scott-scott.com, efile@scott-scott.com

LEAD PLAINTIFFS' MOTION FOR LEAVE TO
FILE AN OVER-LENGTH REPLY BRIEF - 4
(NO. 2:09-CV-0037-MJP)
4898/001/245437.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Hal D Cunningham    hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com |
| 2 | |
| 3 | Hollis Lee Salzman (Terminated)    hsalzman@labaton.com, ElectronicCaseFiling@labaton.com |

Hal D Cunningham     hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Hollis Lee Salzman (Terminated)     hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk     jstrabuk@tousley.com, wcruz@tousley.com

Jee Young You     jeeyoung.you@bingham.com

Joel P Laitman     jlaitman@cohenmilstein.com

John D Lowery     jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

John D Pernick     john.pernick@bingham.com

Jonathan Gardner     jgardner@labaton.com

Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com

Joseph A. Fonti (Terminated)     jfonti@labaton.com, ElectronicCaseFiling@labaton.com

Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua S. Devore     jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Julie Goldsmith Reiser     jreiser@cohenmilstein.com

Julie Hwang (Terminated)     jhwang@labaton.com, ElectronicCaseFiling@labaton.com

Kenneth J Pfaehler     kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

Kenneth M Rehns     krehns@cohenmilstein.com

Kerry F Cunningham     kerry.cunningham@dlapiper.com

Kevin P Chavous     kchavous@sonnenschein.com

Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com

Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

Leslie D Davis     ldavis@sonnenschein.com

LEAD PLAINTIFFS' MOTION FOR LEAVE TO
FILE AN OVER-LENGTH REPLY BRIEF - 5
(NO. 2:09-CV-0037-MJP)
4898/001/245437.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Louis David Peterson     ldp@hcmp.com, smp@hcmp.com |
| 2 | |
| | Mary Kay Vyskocil     mvyskocil@stblaw.com |
| 3 | |
| 4 | Matthew B. Kaplan     mkaplan@cohenmilstein.com, efilings@cohenmilstein.com |
| 5 | Michael H. Barr     mbarr@sonnenschein.com |
| 6 | Mike Liles , Jr     mliles@karrtuttle.com |
| 7 | Nancy A Pacharzina (Terminated)     npacharzina@tousley.com, mhottman@tousley.com |
| 8 | Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 9 | Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, |
| 10 | mdowns@riddellwilliams.com |
| 11 | Richard A Speirs     rspeirs@cohenmilstein.com |
| 12 | Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 13 | Robert D Stewart     stewart@kiplinglawgroup.com |
| 14 | Rogelio Omar Riojas     omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, |
| 15 | nina.marie@dlapiper.com |
| 16 | S Douglas Bunch     dbunch@cohenmilstein.com |
| 17 | Serena Richardson (Terminated)     srichardson@labaton.com, |
| 18 | ElectronicCaseFiling@labaton.com |
| 19 | Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 20 | Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com, |
| 21 | seadocket@dwt.com |
| 22 | Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com |
| 23 | Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 24 | Steven P Caplow     stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, |
| 25 | patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com |
| 26 | Steven W Fogg     sfogg@corrcronin.com, hpowell@corrcronin.com, |
| | reception@corrcronin.com |
| 27 | |

LEAD PLAINTIFFS' MOTION FOR LEAVE TO
FILE AN OVER-LENGTH REPLY BRIEF - 6
(NO. 2:09-CV-0037-MJP)
4898/001/245437.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Susan L Hoffman     susan.hoffman@bingham.com |
| 2 | Tammy Roy     troy@cahill.com |
| 3 | Theo J. Robins     theo.robins@bingham.com |
| 4 | Timothy Michael Moran     moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 5 | Walter Eugene Barton     gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com |
| 7 | Walter W. Noss     wnoss@scott-scott.com, efile@scott-scott.com |

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

                                            By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
       jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

LEAD PLAINTIFFS' MOTION FOR LEAVE TO
FILE AN OVER-LENGTH REPLY BRIEF - 7
(NO. 2:09-CV-0037-MJP)
4898/001/245437.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992