HONORABLE MARSHA J. PECHMAN

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

9

10

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**PLAINTIFFS' MOTION TO SEAL CERTAIN PORTIONS OF EXHIBIT H TO THE DECLARATION OF JEE YOUNG YOU IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 29, 2011** |

11

12

13

14

15

16

17

18

19             **I.  INTRODUCTION**

20        Lead Plaintiffs Doral Bank Puerto Rico ("Doral Bank") and Policemen's Annuity and

21   Benefit Fund of the City of Chicago ("Chicago PABF") and Plaintiff Boilermakers National

22   Annuity Trust ("Boilermakers") (collectively, "Plaintiffs") file this Motion to Seal certain

23   portions of excerpts from the Deposition of Marangal Domingo ("Domingo") which has been

24   submitted as Exhibit H to the Declaration of Jee Young You in Support of Defendants'

25   Opposition to Plaintiffs' Motion for Class Certification. (Dkt. No. 250). Plaintiffs

26   respectfully request that the Court issue an Order sealing marked excerpts of Exhibit H and

27   allow the public filing of the proposed redacted version of Exhibit H, which is attached as

PLAINTIFFS' MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 1
4898/001/245536.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   Exhibit A to the Declaration of Enrique Ubarri. ("Ubarri Declaration").  The proposed

2   redactions contain proprietary information that is subject to protection under the Stipulated

3   Protective Order the Court entered in this case (Dkt. No. 213) (the "Protective Order") and

4   concerns ongoing business of Doral Bank, the disclosure of which could result in the

5   annoyance, embarrassment, oppression, or undue burden or expense to Doral Bank.

6                                    **II.  STATEMENT OF FACTS**

7          On March 11, 2011, Plaintiffs submitted their motion seeking to certify a class of

8   purchasers of certain WaMu mortgage-backed securities.  On June 22, 2011, in connection

9   with the filing of their opposition to Plaintiffs' motion, Defendants moved to seal portions of

10  their memorandum of points and authorities in support of their opposition to plaintiffs'

11  motion for class certification, the expert report of Professor Christopher M. James and certain

12  exhibits in support of their opposition.  Among the exhibits that Defendants sought to file

13  under seal were certain excerpts from the deposition of Marangal Domingo, a Rule 30(b)(6)

14  witness testifying on behalf of Plaintiff Doral Bank.  The excerpts ("Exhibit H") included

15  confidential information concerning Doral Bank's business practices and investment

16  procedures. See Ex. H at 88-89, 190-91, 218-19, 224.  Pursuant to the Protective Order, and

17  as made evident by the notation on the top of each page of Exhibit H, the Domingo

18  deposition transcript was marked confidential by Plaintiffs.  Defendants appropriately, in

19  Plaintiffs' view, filed such excerpts under seal.  However, in support of their motion to seal

20  Defendants did not fully explain the reasons sealing Exhibit H was appropriate.  Defendants

21  argued only that that the exhibits sought to be filed under seal, including Exhibit H, were

22  protected from disclosure by federal law, including the Graham-Leach-Bliley Act, 15 U.S.C.

23  § 6801, et seq.  However, on July 8, 2011, this Court ruled that Defendants had failed to

24  rebut the presumption favoring access to judicial documents and had not shown how the

25  Graham-Leach-Bliley Act applied to protect Exhibit H from disclosure. *In re Washington*

26  *Mutual Mortgage-Backed Securities Litigation*, Civ. No. 09-0037-MJP, Dkt. No. 266

27

PLAINTIFFS' MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 2
4898/001/245536.1

1   (W.D.Wa July 8, 2011) (the "Order"). As a result, the Court ordered that the exhibits be

2   publicly filed.

3       Plaintiffs  bring this motion  to maintain certain portions of Exhibit H under seal, not

4   because they are protected by the Graham-Leach-Bliley Act, but because they  contain

5   confidential personal information and trade secrets about Doral Bank and its employees, and

6   there are compelling reasons to keep that information sealed.

7                           **III.  ARGUMENT AND AUTHORITY**

8   **A.      Standard of Review**

9       The Court has authority to seal documents, or portions of documents, that contain

10  confidential or highly sensitive information.  The Protective Order and LR 5(g)(3) provide

11  that a party must obtain the Court's authority to seal documents by filing a motion to seal.

12  This Court has previously ruled that it will not grant a motion to seal made in connection

13  with a motion for class certification absent compelling reasons.  See Order Granting in Part

14  and Denying in Part Motion to Seal, *Kelley v. Microsoft Corp.*, No. cv-00475-MJP, Dkt. 129.

15      A "compelling reasons" standard applies to the sealing of most judicial records.

16  *Pintos v. Pac. Creditors Assoc.*, 605 F.3d 665, 678 (2010) (citing *Kamakana v. City &*

17  *County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto. Ins.*

18  *Co.,* 331 F.3d 1122, 1135-36 (9th Cir. 2003)).  This standard derives from the common law

19  right "to inspect and copy public records and documents, including judicial records and

20  documents." *Id.* (quoting *Kamakana*, 447 F.3d at 1178 (citation and internal quotation marks

21  omitted).  To limit this common law right of access, a party seeking to seal judicial records

22  must show that "compelling reasons supported by specific factual findings ... outweigh the

23  general history of access and the public policies favoring disclosure." *Id.* (citing *Kamakana*,

24  447 F.3d at 1178-79 (internal quotation marks and citations omitted)).

25      Under the "compelling reasons" standard, a district court must weigh "relevant

26  factors," base its decision "on a compelling reason," and "articulate the factual basis for its

27  ruling, without relying on hypothesis or conjecture." *Id.* at 679 (quoting *Hagestad v.*

PLAINTIFFS' MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 3
4898/001/245536.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1    *Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995)).  Courts in the Ninth Circuit have considered

2    the following factors in determining whether compelling reasons exist to warrant sealing

3    records:  (1) the public's interest in understanding the judicial process; (2) whether disclosure

4    of the material at issue could result in improper use (such as to incite scandal, libel a party, or

5    enable infringement of a party's trade secrets); (3) the interests of the parties, and the balance

6    of equities; and (4) the duty of the court to balance all of these competing interests and to

7    inform the public of the basis for its decision.  *See California ex rel. Lockyer v. Safeway,*

8    *Inc.*, 355 F. Supp. 2d 1111, 1115 (C.D. Cal. 2005) (citing *Nixon v. Warner Comm'n, Inc.*,

9    435 U.S. 589, 602-04, 98 S. Ct. 1306, 55 L. Ed. 2d 570 (1978); *Hagestad*, 49 F.3d at 1434;

10   *Valley Broad. Co. v. U.S. District Court*, 798 F.2d 1289, 1294 (9th Cir. 1986)) (finding in the

11   context of a labor dispute that consideration of these factors as well as "the national labor

12   policy" were relevant in evaluating a non-party's motion to seal exhibits containing personal

13   financial information).

14   **B.      Compelling Reasons Exist to Redact Portions of Exhibit H**

15           "It is well-settled that the court has the authority to shield proprietary information

16   related to the ongoing operations of a business from public review.  *Selling Source, LLC v.*

17   *Red River Ventures*, LLC, 2011 U.S. Dist. LEXIS 49664 (D. Nev. Apr. 29, 2011).  In *Selling*

18   *Source*, faced with a motion to seal discovery documents and deposition transcripts that

19   related to the Defendant's business, the court held that, "most of the material consists of

20   detailed information regarding the parties' business operations, customer agreements,

21   corporate structure, the details of Selling Source's customer base and how the company

22   works with and licenses products to its customers and measures it takes to protect its

23   intellectual property. Based on the content of this material, the parties' interest in protecting

24   their trade secrets and proprietary business practices outweighs the general public interest in

25   public filings." *Selling Source*, 2011 U.S. Dist. LEXIS 49664 at *5.

26           The proposed redactions of confidential information discussed in Exhibit H include

27   testimony about Doral Bank's business practices, which constitutes proprietary information

PLAINTIFFS' MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 4
4898/001/245536.1

1   that should be shielded from disclosure.  This proprietary information includes Doral Bank's

2   securitizations and investment pricing practices, asset and liability management committee

3   processes, due diligence practices, and approval procedures.  See Ex. H at 88-89, 190-91,

4   218-19, 224.  Public disclosure of this information could further subject Doral Bank to the

5   risk that this information will be used improperly by third-party competitors.

6   **C.      Sealing These Documents Will Not Hamper the Public's Understanding of the Judicial Process**

7   

8   Moreover, other "relevant factors" warrant sealing this information.  First, sealing the

9   non-public business practices of Doral Bank will neither hamper nor threaten the public's

10  interest in understanding the judicial process.  Indeed, the other exhibits filed in this action,

    especially the other exhibits filed in support of Defendants' Opposition to Plaintiffs' Motion

11  for Class Certification provide a wealth of information regarding the issues in this case and

12  Defendants' arguments against class certification. The sealing of discrete portions of one of

13  the many exhibits submitted in support of Defendants' opposition does not negatively impact

14  the public's interest.

15  Continued access to the other exhibits filed in this case, including the rest of

16  Defendants' exhibits, will ensure that the public is able to review and assess the information

17  most relevant to this case.  The public's interest in understanding the claims and defenses in

18  this case and, ultimately, the public's  interest in understanding the judicial process by which

19  those claims and defenses will be evaluated, will not be impaired if the Court grants this

20  motion.

21  **D.      Disclosure of This Information Could Result in Improper Use**

22  Furthermore, information regarding Doral Bank's business practices and procedures

23  could be used against Doral Bank by competitors, the potential of which should be

24  considered in determining whether compelling reasons exist to seal documents.  By bringing

25  this motion, Plaintiffs seek to prevent the possibility of other entities misusing, manipulating,

26  or otherwise exploiting this information to the detriment of Doral Bank.

27

PLAINTIFFS' MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 5
4898/001/245536.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

**E.** **Neither the Parties' Interests nor a Balancing of the Equities Precludes Sealing This Information, and The Court Must Balance These Competing Interests and Inform the Public of the Basis for its Decision**

Finally, Plaintiffs' interest in protecting this information outweighs those interests of the public. The information Plaintiffs seek to seal has little probative value as to the issues raised in their certification motion or in Defendants' opposition, and sealing this information will not impede the public's ability to independently assess the case. As previously discussed, continued access to other exhibits filed in this matter, especially with regard to Defendants' opposition, will ensure this interest is adequately protected.

### IV.  CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court seal excerpts on pages 88-89, 190-91, 218-19 and 224 of Exhibit H to the Declaration of Jee Young You in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification. A proposed redacted version of Exhibit H is attached to the Ubarri Declaration submitted herewith.

### V.  PROPOSED ORDER

A proposed order is submitted herewith.

Dated:  July 15, 2011

PLAINTIFFS' MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 6
4898/001/245536.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Respectfully submitted,


**TOUSLEY BRAIN STEPHENS PLLC**


By:  /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
          jstrabuk@tousley.com


*Liaison Counsel for Plaintiffs and the Proposed
Class*

**COHEN MILSTEIN SELLERS &
TOLL PLLC**


Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore (admitted pro hac vice)
Matthew B. Kaplan (admitted pro hac vice)
S. Douglas Bunch (admitted pro hac vice)
1100 New York Avenue, NW
Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
          jreiser@cohenmilstein.com
          jdevore@cohenmilstein.com
          mkaplan@cohenmilstein.com
          dbunch@cohenmilstein.com


Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)
Daniel B. Rehns (admitted pro hac vice)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com
          clometti@cohenmilstain.com
          drehns@cohenmilstein.com

PLAINTIFFS' MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 7
4898/001/245536.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

*Lead Counsel for the Proposed Class*

**SCOTT+SCOTT LLP**

Arthur L. Shingler III (admitted pro hac vice)
Hal D. Cunningham (admitted pro hac vice)
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: ashingler@scott-scott.com
           hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted pro hac vice)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com

PLAINTIFFS' MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 8
4898/001/245536.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Dennis H Walters dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr mliles@karrtuttle.com

Steven P Caplow stevencaplow@dwt.com, chrisevo@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, wcruz@tousley.com

Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Gavin Williams Skok gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

PLAINTIFFS' MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 9
4898/001/245536.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   David M Balabanian david.balabanian@bingham.com

2   Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

3   Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

4   John D Pernick john.pernick@bingham.com

5   Brian C Free bcf@hcmp.com, gcp@hcmp.com

6
    Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
7   nina.marie@dlapiper.com

8   Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

9   Arthur L Shingler ashingler@scott-scott.com, efile@scott-scott.com

10
    Richard A Speirs rspeirs@cohenmilstein.com
11
    Bradley T. Meissner bradley.meissner@dlapiper.com
12
    Mary Kay Vyskocil mvyskocil@stblaw.com
13
14  Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

15  Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

16  Kerry F Cunningham kerry.cunningham@dlapiper.com

17
    Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com,
18  patrick.smith@dlapiper.com, richard.hans@dlapiper.com

19  S Douglas Bunch dbunch@cohenmilstein.com

20  Darren J Robbins e_file_sd@csgrr.com

21  Jonathan Gardner jgardner@labaton.com

22
    Hollis Lee Salzman (Terminated) hsalzman@labaton.com,
23  ElectronicCaseFiling@labaton.com

24  Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

25  Joel P Laitman jlaitman@cohenmilstein.com

26
    Christopher E Lometti clometti@cohenmilstein.com
27

PLAINTIFFS' MOTION TO SEAL                          **TOUSLEY BRAIN STEPHENS PLLC**
(NO. 2:09-CV-0037-MJP) - 10                         1700 Seventh Avenue, Suite 2200
4898/001/245536.1                                   Seattle, Washington  98101-1332
                                                    TEL. 206.682.5600 • FAX 206.682.2992

1   Michael H. Barr mbarr@sonnenschein.com

2   Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

3   Leslie D Davis ldavis@sonnenschein.com

4   Kevin P Chavous kchavous@sonnenschein.com

5   Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com

6   Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

7

8   Serena Richardson (Terminated) srichardson@labaton.com,
    ElectronicCaseFiling@labaton.com

9

10  Frank Busch frank.busch@bingham.com, frank.downing@bingham.com,
    theo.robins@bingham.com

11  Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com,
    halcunningham@gmail.com

12

13  Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com

14  Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

15  Kenneth M Rehns krehns@cohenmilstein.com

16  Adam Zurofsky azurofsky@cahill.com

17  Tammy Roy troy@cahill.com

18  Floyd Abrams fabrams@cahill.com

19  James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

20

21  Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

22  Brian O. O'Mara bomara@csgrr.com

23  Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

24  Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

25  Julie Goldsmith Reiser jreiser@cohenmilstein.com

26

27  **2:09-cv-00037-MJP Notice will not be electronically mailed to:**

PLAINTIFFS' MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 11
4898/001/245536.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

WaMu Officer Defendants Securities MDL

**2:09-cv-00134-MJP Notice has been electronically mailed to:**

Bruce Earl Larson dwalters@karrtuttle.com

Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com

John A. Kehoe jkehoe@btkmc.com

Sharan Nirmul snirmul@btkmc.com

Andrew B Brettler (Terminated) abrettler@gmail.com

**2:09-cv-00134-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00137-MJP Notice has been electronically mailed to:**

Christopher M Huck huck@pypfirm.com, dana@pypfirm.com

**2:09-cv-00137-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-01557-MJP Notice has been electronically mailed to:**

Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com

**2:09-cv-01557-MJP Notice will not be electronically mailed to:**

**2:10-cv-00990-JCC Notice has been electronically mailed to:**

Joel E. Wright jw@leesmart.com, sm@leesmart.com

John M Casey jcasey@curranfirm.com, kchurch@curranfirm.com

Marc Rosenberg mr@leesmart.com, Lawyermarc@comcast.net

Michael T. Pines info@pinesandassociates.com, michaelpines@gmail.com

PLAINTIFFS' MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 12
4898/001/245536.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

By:  /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
        jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

PLAINTIFFS' MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 13
4898/001/245536.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 ● FAX 206.682.2992