HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL CERTAIN PORTIONS OF EXHIBIT H TO THE DECLARATION OF JEE YOUNG YOU IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 29, 2011** |

THIS MATTER came before the Court on July 29, 2011 on Plaintiffs' Motion to Seal Certain Portions of Exhibit H to the Declaration of Jee Young Yoo in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification. The Court has considered Plaintiffs' motion, any response and reply thereto, and having been fully advised in these matters, now, therefore:

The Court HEREBY FINDS compelling reasons exist to seal marked excerpts on pages 88-89, 190-91, 218-19, 224 of the Deposition of Marangal Domingo, attached as Exhibit H to the Declaration of Jee Young Yoo in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification. Redacted versions of those pages have been

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO SEAL (NO. 2:09-CV-0037-MJP) - 1
4898/001/245544.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  attached as Exhibit A to the Declaration of Enrique Ubarri in Support of the Plaintiffs'
2  Motion to Seal. Those pages contain and disclose information that is subject to protection
3  under the Stipulated Protective Order, concern non-public, proprietary business practices of
4  Doral Bank Puerto Rico, and have little probative value as to the issues in this case.

5       IT IS HEREBY ORDERED that the Clerk shall re-seal Exhibit H to the Declaration
6  of Jee Young Yoo in Support of Defendants' Opposition to Plaintiffs' Motion for Class
7  Certification. Within five (5) days of the entry of this order, Defendants shall refile Exhibit
8  H with pages 88-89, 190-91, 218-19 and 224 of the Deposition of Marangal Domingo
9  redacted as indicated in Exhibit A to the Declaration of Enrique Ubarri in Support of the
10  Plaintiffs' Motion to Seal.

12       DATED this _____ day of _____, 2011.

                              _____
15                        UNITED STATES DISTRICT JUDGE MARSHA J. PECHMAN

17  Presented by:

18  **TOUSLEY BRAIN STEPHENS PLLC**

19  By: /s/ Janissa A. Strabuk
    Kim D. Stephens, WSBA #11984
20  Janissa A. Strabuk, WSBA #21827
    1700 Seventh Avenue, Suite 2200
21  Seattle, Washington 98101
    Telephone: (206) 682-5600
22  Facsimile: (206) 682-2992
23  Email:
    kstephens@tousley.com
24  jstrabuk@tousley.com

25  *Liaison Counsel for Plaintiffs and the Proposed Class*

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 2
4898/001/245544.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

|   |   |
|---|---|
| 1 | **SCOTT+SCOTT LLP** |
| 2 | Arthur L. Shingler III (admitted pro hac vice) |
|   | Hal D. Cunningham (admitted pro hac vice) |
| 3 | 600 B Street, Suite 1500 |
|   | San Diego, California 92101 |
| 4 | Telephone: (619) 233-4565 |
| 5 | Facsimile: (619) 233-0508 |
|   | Email: |
| 6 | ashingler@scott-scott.com |
|   | hcunningham@scott-scott.com |
| 7 |   |
|   | Joseph P. Guglielmo (admitted pro hac vice) |
| 8 | 500 Fifth Avenue, 40th Floor |
|   | New York, New York 10110 |
| 9 | Telephone: (212) 223-6444 |
| 10 | Facsimile: (212) 223-6334 |
|   | Email: |
| 11 | jguglielmo@scott-scott.com |
| 12 | **COHEN MILSTEIN SELLERS &** |
|   | **TOLL PLLC** |
| 13 |   |
| 14 | Steven J. Toll |
|   | Julie Goldsmith Reiser |
| 15 | Joshua S. Devore (admitted pro hac vice) |
|   | Matthew B. Kaplan (admitted pro hac vice) |
| 16 | S. Douglas Bunch (admitted pro hac vice) |
| 17 | 1100 New York Avenue, NW |
|   | Suite 500 West |
| 18 | Washington, D.C. 20005 |
|   | Telephone: (202) 408-4600 |
| 19 | Facsimile: (202) 408-4699 |
|   | Email:     stoll@cohenmilstein.com |
| 20 |            jreiser@cohenmilstein.com |
| 21 |            jdevore@cohenmilstein.com |
|   |            mkaplan@cohenmilstein.com |
| 22 |            dbunch@cohenmilstein.com |
| 23 | Joel P. Laitman (admitted pro hac vice) |
|   | Christopher Lometti (admitted pro hac vice) |
| 24 | Daniel B. Rehns (admitted pro hac vice) |
| 25 | 150 East 52nd Street, Thirtieth Floor |
|   | New York, New York 10022 |
| 26 | Telephone: (212) 838-7797 |
|   | Facsimile: (212) 838-7745 |
| 27 | Email:     jlaitman@cohenmilstein.com |

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 3
4898/001/245544.1

1

clometti@cohenmilstain.com
drehns@cohenmilstein.com

*Lead Counsel for the Proposed Class*

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 4
4898/001/245544.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Dennis H Walters dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr mliles@karrtuttle.com

Steven P Caplow stevencaplow@dwt.com, chrisevo@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, wcruz@tousley.com

Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Gavin Williams Skok gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 5
4898/001/245544.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

David M Balabanian david.balabanian@bingham.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

John D Pernick john.pernick@bingham.com

Brian C Free bcf@hcmp.com, gcp@hcmp.com

Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Arthur L Shingler ashingler@scott-scott.com, efile@scott-scott.com

Richard A Speirs rspeirs@cohenmilstein.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Mary Kay Vyskocil mvyskocil@stblaw.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

Kerry F Cunningham kerry.cunningham@dlapiper.com

Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

S Douglas Bunch dbunch@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

Jonathan Gardner jgardner@labaton.com

Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Joel P Laitman jlaitman@cohenmilstein.com

Christopher E Lometti clometti@cohenmilstein.com

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  Michael H. Barr mbarr@sonnenschein.com

2  Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

3  Leslie D Davis ldavis@sonnenschein.com

4  Kevin P Chavous kchavous@sonnenschein.com

5  Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com

6  Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

7
8  Serena Richardson (Terminated) srichardson@labaton.com, ElectronicCaseFiling@labaton.com

9
10  Frank Busch frank.busch@bingham.com, frank.downing@bingham.com, theo.robins@bingham.com

11  Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com
12
13  Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com

14  Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

15  Kenneth M Rehns krehns@cohenmilstein.com

16  Adam Zurofsky azurofsky@cahill.com

17  Tammy Roy troy@cahill.com
18
19  Floyd Abrams fabrams@cahill.com

20  James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

21  Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

22  Brian O. O'Mara bomara@csgrr.com

23  Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

24  Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com
25
26  Julie Goldsmith Reiser jreiser@cohenmilstein.com

27  **2:09-cv-00037-MJP Notice will not be electronically mailed to:**

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 7
4898/001/245544.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

WaMu Officer Defendants Securities MDL

**2:09-cv-00134-MJP Notice has been electronically mailed to:**

Bruce Earl Larson dwalters@karrtuttle.com

Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com

John A. Kehoe jkehoe@btkmc.com

Sharan Nirmul snirmul@btkmc.com

Andrew B Brettler (Terminated) abrettler@gmail.com

**2:09-cv-00134-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00137-MJP Notice has been electronically mailed to:**

Christopher M Huck huck@pypfirm.com, dana@pypfirm.com

**2:09-cv-00137-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-01557-MJP Notice has been electronically mailed to:**

Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com

**2:09-cv-01557-MJP Notice will not be electronically mailed to:**

**2:10-cv-00990-JCC Notice has been electronically mailed to:**

Joel E. Wright jw@leesmart.com, sm@leesmart.com

John M Casey jcasey@curranfirm.com, kchurch@curranfirm.com

Marc Rosenberg mr@leesmart.com, Lawyermarc@comcast.net

Michael T. Pines info@pinesandassociates.com, michaelpines@gmail.com

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 8
4898/001/245544.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | By: /s/ Janissa A. Strabuk |
| 2 | Kim D. Stephens, WSBA #11984 |
|   | Janissa A. Strabuk, WSBA #21827 |
| 3 | 1700 Seventh Avenue, Suite 2200 |
|   | Seattle, Washington 98101 |
| 4 | Telephone: (206) 682-5600 |
|   | Facsimile: (206) 682-2992 |
| 5 | Email: kstephens@tousley.com |
|   |        jstrabuk@tousley.com |

*Liaison Counsel for Plaintiffs and the Proposed Class*

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 9
4898/001/245544.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992