HONORABLE MARSHA J. PECHMAN

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**SUPPLEMENTAL DECLARATION OF GEOFFREY M. JOHNSON IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR LEAVE TO AMEND TO ADD JPMC AS A DEFENDANT OR, IN THE ALTERNATIVE, VACATE THE WMB DISMISSAL ORDER AND SUBSTITUTE JPMC**<br><br>**NOTE ON MOTION CALENDAR: July 29, 2011** |

10
11
12
13
14
15
16
17
18
19

I, Geoffrey M. Johnson, declare pursuant to 28 U.S.C. § 1746 that the following is

20 true and correct:

21      1.      I am a partner at Scott + Scott, LLP, and one of the attorneys representing the

22 Policemen's Annuity & Benefit Fund of the City of Chicago in this action.

23      2.      Attached to this Declaration are true and correct copies of the following:

24
25
      Exhibit A:      David Beck's Opening Statement to the U.S. Senate's Permanent
                     Subcommittee on Investigations, April 13, 2010

26      Exhibit B:      Experts from David Beck's Testimony before the U.S. Senate's
                     Permanent Subcommittee on Investigations, April 13, 2010

27

1

<u>Exhibit C</u>:       U.S. Senate's Permanent Subcommittee's Report, April 13, 2011

2

    I declare that the foregoing is true to the best of my knowledge and belief.  Executed

3

on July 15, 2011 in Cleveland Heights, Ohio.

4

5

                    <u>/s/ Geoffrey M. Johnson</u>
                    Geoffrey M. Johnson (admitted *pro hac vice*)

6

                    12434 Cedar Road, Suite 12

7

                    Cleveland Heights, OH 44106
                    Telephone: (216) 229-6088

8

                    Facsimile: (216) 229-6092
                    Email: gjohnson@scott-scott.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Adam Zurofsky    azurofsky@cahill.com

Arthur L Shingler    ashingler@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager    bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner    bradley.meissner@dlapiper.com

Brian C Free    bcf@hcmp.com, gcp@hcmp.com

Brian O. O'Mara    bomara@csgrr.com

Bruce Earl Larson    blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti    clometti@cohenmilstein.com

Corey E Delaney    corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel B Rehns    drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins    e_file_sd@csgrr.com

David Daniel Hoff    dhoff@tousley.com, efile@tousley.com

David M Balabanian    david.balabanian@bingham.com

Dennis H Walters    dwalters@karrtuttle.com, wbarker@karrtuttle.com

Douglas C McDermott    doug@mcdermottnewman.com, eric@mcdermottnewman.com

Floyd Abrams    fabrams@cahill.com

Frank Busch    frank.busch@bingham.com, frank.downing@bingham.com

Gavin Williams Skok    gskok@riddellwilliams.com, lmoore@riddellwilliams.com

1  Geoffrey M Johnson      gjohnson@scott-scott.com, efile@scott-scott.com

2  Hal D Cunningham      hcunningham@scott-scott.com, efile@scott-scott.com,
   halcunningham@gmail.com
3
   Hollis Lee Salzman (Terminated)      hsalzman@labaton.com,
4  ElectronicCaseFiling@labaton.com

5  James J. Coster      jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

6  Janissa Ann Strabuk      jstrabuk@tousley.com, wcruz@tousley.com

7
   Jee Young You      jeeyoung.you@bingham.com
8
   Joel P Laitman      jlaitman@cohenmilstein.com
9
10 John D Lowery      jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

11 John D Pernick      john.pernick@bingham.com

12 Jonathan Gardner      jgardner@labaton.com

13
   Joseph P Guglielmo      jguglielmo@scott-scott.com, efile@scott-scott.com
14
   Joseph A. Fonti (Terminated)      jfonti@labaton.com, ElectronicCaseFiling@labaton.com
15
   Joshua M. Rubins      jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
16
17 Joshua S. Devore      jdevore@cohenmilstein.com, efilings@cohenmilstein.com

18 Julie Goldsmith Reiser      jreiser@cohenmilstein.com

19 Julie Hwang (Terminated)      jhwang@labaton.com, ElectronicCaseFiling@labaton.com

20 Kenneth J Pfaehler      kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

21 Kenneth M Rehns      krehns@cohenmilstein.com

22
   Kerry F Cunningham      kerry.cunningham@dlapiper.com
23
24 Kevin P Chavous      kchavous@sonnenschein.com

25 Kim D Stephens      kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com

26 Larry Steven Gangnes      gangnesl@lanepowell.com, docketing-sea@lanepowell.com,
   donnellyjossm@lanepowell.com, sebringl@lanepowell.com
27

SUPPLEMENTAL DECLRARATION OF GEOFFREY M. JOHNSON
(NO. 2:09-CV-0037-MJP
4898/001/245551.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   Leslie D Davis     ldavis@sonnenschein.com

2   Louis David Peterson     ldp@hcmp.com, smp@hcmp.com

3   Mary Kay Vyskocil     mvyskocil@stblaw.com

4   Matthew B. Kaplan     mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

5   Michael H. Barr     mbarr@sonnenschein.com

6   Mike Liles , Jr     mliles@karrtuttle.com

7
8   Nancy A Pacharzina (Terminated)     npacharzina@tousley.com, mhottman@tousley.com

9   Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

10  Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,
    mdowns@riddellwilliams.com

11
12  Richard A Speirs     rspeirs@cohenmilstein.com

13  Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

14  Robert D Stewart     stewart@kiplinglawgroup.com

15  Rogelio Omar Riojas     omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
    nina.marie@dlapiper.com
16
17  S Douglas Bunch     dbunch@cohenmilstein.com

18  Serena Richardson (Terminated)     srichardson@labaton.com,
    ElectronicCaseFiling@labaton.com
19
20  Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

21  Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com,
    seadocket@dwt.com
22
23  Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

24  Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com

25  Steven P Caplow     stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,
    patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com
26
27  Steven W Fogg     sfogg@corrcronin.com, hpowell@corrcronin.com,
    reception@corrcronin.com

SUPPLEMENTAL DECLRARATION OF GEOFFREY M. JOHNSON
(NO. 2:09-CV-0037-MJP
4898/001/245551.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  Susan L Hoffman     susan.hoffman@bingham.com

2

3  Tammy Roy     troy@cahill.com

4  Theo J. Robins     theo.robins@bingham.com

5  Timothy Michael Moran     moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

6  Walter Eugene Barton     gbarton@karrtuttle.com, danderson@karrtuttle.com,
   nrandall@karrtuttle.com

7

8  Walter W. Noss     wnoss@scott-scott.com, efile@scott-scott.com

9  **2:09-cv-00037-MJP Notice will not be electronically mailed to:**

10 WaMu Officer Defendants Securities MDL

11
                                        By:  /s/ Janissa A. Strabuk
12                                      Kim D. Stephens, WSBA #11984
                                        Janissa A. Strabuk, WSBA #21827
13                                      1700 Seventh Avenue, Suite 2200
                                        Seattle, Washington 98101
14                                      Telephone: (206) 682-5600
                                        Facsimile: (206) 682-2992
15                                      Email: kstephens@tousley.com
                                               jstrabuk@tousley.com
16

17                                      *Liaison Counsel for Plaintiffs and the Proposed
                                        Class*
18

19

20

21

22

23

24

25

26

27

SUPPLEMENTAL DECLRARATION OF GEOFFREY M. JOHNSON
(NO. 2:09-CV-0037-MJP
4898/001/245551.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992