HONORABLE MARSHA J. PECHMAN

09-CV-00037-BOND

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR LEAVE TO AMEND TO ADD J.P. MORGAN CHASE BANK, N.A. ("JPMC") AS A DEFENDANT OR, IN THE ALTERNATIVE, TO VACATE THE WASHINGTON MUTUAL BANK ("WMB") DISMISSAL ORDER AND SUBSTITUTE JPMC FOR WMB<br><br>NOTE ON MOTION CALENDAR:<br>July 12, 2011 |

THIS MATTER having come before the Court pursuant to CR 7(f), and the Court being advised of the premises,

The Court hereby GRANTS Lead Plaintiffs' motion for leave to file an over-length reply brief in support of their Motion for Leave to Amend. The brief shall not exceed eleven (11) pages.

///

///

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO FILE OVER-LENGTH REPLY BRIEF
(NO. 2:09-CV-0037-MJP) - 1
4898/001/245438.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

DATED this 13 day of July 2011.

_____
UNITED STATES DISTRICT JUDGE MARSHA J. PECHMAN

Presented by:

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email:
kstephens@tousley.com
jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

**SCOTT+SCOTT LLP**

Arthur L. Shingler III (admitted pro hac vice)
Hal D. Cunningham (admitted pro hac vice)
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email:
ashingler@scott-scott.com
hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted pro hac vice)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email:
jguglielmo@scott-scott.com

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO FILE OVER-LENGTH REPLY BRIEF
(NO. 2:09-CV-0037-MJP) - 2
4898/001/245438.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  **COHEN MILSTEIN SELLERS &**
   **TOLL PLLC**

2  
3  Steven J. Toll
   Julie Goldsmith Reiser
   Joshua S. Devore (admitted pro hac vice)
4  Matthew B. Kaplan (admitted pro hac vice)
   S. Douglas Bunch (admitted pro hac vice)
5  1100 New York Avenue, NW
   Suite 500 West
6  Washington, D.C. 20005
7  Telephone: (202) 408-4600
   Facsimile: (202) 408-4699
8  Email:    stoll@cohenmilstein.com
             jreiser@cohenmilstein.com
9            jdevore@cohenmilstein.com
             mkaplan@cohenmilstein.com
10           dbunch@cohenmilstein.com

11
   Joel P. Laitman (admitted pro hac vice)
12 Christopher Lometti (admitted pro hac vice)
   Daniel B. Rehns (admitted pro hac vice)
13 150 East 52nd Street, Thirtieth Floor
   New York, New York 10022
14 Telephone: (212) 838-7797
15 Facsimile: (212) 838-7745
   Email:    jlaitman@cohenmilstein.com
16           clometti@cohenmilstain.com
             drehns@cohenmilstein.com
17
18 *Lead Counsel for the Proposed Class*

19
20
21
22
23
24
25
26
27

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO FILE OVER-LENGTH REPLY BRIEF
(NO. 2:09-CV-0037-MJP) - 3
4898/001/245438.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Dennis H Walters dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr mliles@karrtuttle.com

Steven P Caplow stevencaplow@dwt.com, chrisevo@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, wcruz@tousley.com

Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Gavin Williams Skok gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO FILE OVER-LENGTH REPLY BRIEF
(NO. 2:09-CV-0037-MJP) - 4
4898/001/245438.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1. David M Balabanian david.balabanian@bingham.com

2. Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

3. Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

4. John D Pernick john.pernick@bingham.com

5. Brian C Free bcf@hcmp.com, gcp@hcmp.com

6. 
7. Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

8. Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

9. Arthur L Shingler ashingler@scott-scott.com, efile@scott-scott.com

10. Richard A Speirs rspeirs@cohenmilstein.com

11. 
12. Bradley T. Meissner bradley.meissner@dlapiper.com

13. Mary Kay Vyskocil mvyskocil@stblaw.com

14. Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

15. Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

16. Kerry F Cunningham kerry.cunningham@dlapiper.com

17. 
18. Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

19. S Douglas Bunch dbunch@cohenmilstein.com

20. Darren J Robbins e_file_sd@csgrr.com

21. Jonathan Gardner jgardner@labaton.com

22. 
23. Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

24. Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

25. Joel P Laitman jlaitman@cohenmilstein.com

26. 
27. Christopher E Lometti clometti@cohenmilstein.com

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO FILE OVER-LENGTH REPLY BRIEF
(NO. 2:09-CV-0037-MJP) - 5
4898/001/245438.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1. Michael H. Barr mbarr@sonnenschein.com
2. Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com
3. Leslie D Davis ldavis@sonnenschein.com
4. Kevin P Chavous kchavous@sonnenschein.com
5. Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com
6. Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com
7.
8. Serena Richardson (Terminated) srichardson@labaton.com, ElectronicCaseFiling@labaton.com
9. Frank Busch frank.busch@bingham.com, frank.downing@bingham.com,
10. theo.robins@bingham.com
11. Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com
12.
13. Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com
14. Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com
15. Kenneth M Rehns krehns@cohenmilstein.com
16. Adam Zurofsky azurofsky@cahill.com
17. Tammy Roy troy@cahill.com
18.
19. Floyd Abrams fabrams@cahill.com
20. James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
21. Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
22. Brian O. O'Mara bomara@csgrr.com
23. Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com
24. Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com
25. Julie Goldsmith Reiser jreiser@cohenmilstein.com
26.
27. **2:09-cv-00037-MJP Notice will not be electronically mailed to:**

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO FILE OVER-LENGTH REPLY BRIEF
(NO. 2:09-CV-0037-MJP) - 6
4898/001/245438.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  WaMu Officer Defendants Securities MDL

2  **2:09-cv-00134-MJP Notice has been electronically mailed to:**

3  Bruce Earl Larson dwalters@karrtuttle.com

4  Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com

5

6  John A. Kehoe jkehoe@btkmc.com

7  Sharan Nirmul snirmul@btkmc.com

8  Andrew B Brettler (Terminated) abrettler@gmail.com

9  **2:09-cv-00134-MJP Notice will not be electronically mailed to:**

10 WaMu Officer Defendants Securities MDL

11

12 **2:09-cv-00137-MJP Notice has been electronically mailed to:**

13 Christopher M Huck huck@pypfirm.com, dana@pypfirm.com

14 **2:09-cv-00137-MJP Notice will not be electronically mailed to:**

15
16 WaMu Officer Defendants Securities MDL

17
   **2:09-cv-01557-MJP Notice has been electronically mailed to:**
18
   Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com
19
20 **2:09-cv-01557-MJP Notice will not be electronically mailed to:**

21 **2:10-cv-00990-JCC Notice has been electronically mailed to:**

22 Joel E. Wright jw@leesmart.com, sm@leesmart.com

23 John M Casey jcasey@curranfirm.com, kchurch@curranfirm.com

24 Marc Rosenberg mr@leesmart.com, Lawyermarc@comcast.net

25
   Michael T. Pines info@pinesandassociates.com, michaelpines@gmail.com
26

27

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO FILE OVER-LENGTH REPLY BRIEF
(NO. 2:09-CV-0037-MJP) - 7
4898/001/245438.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL 206.682.5600 • FAX 206.682.2992

By: /s/ Kim D. Stephens
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH REPLY BRIEF
(NO. 2:09-CV-0037-MJP) - 8
4898/001/245438.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992