The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**DEFENDANTS' SUPPLEMENTAL BRIEF TO KEEP PORTIONS OF EXPERT REPORT OF PROF. CHRISTOPHER M. JAMES UNDER SEAL** |

*Defendants' Supplemental Brief to Keep Portions of Expert Report of Prof. Christopher M. James Under Seal: (CV09-037 MJP) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Defendants respectfully submit this Supplemental Brief to Keep Portions of Expert Report of Prof. Christopher M. James ("James Report") Under Seal pursuant to this Court's Order on Motion to Seal (July 8, 2011, Dkt. No. 266). With this motion, Defendants have filed a redacted version of the James Report, with redactions to the following marked portions: ¶¶ 54, 59, 60, 68, 69, 70, 76, 79, 80, 82, 83, 85, 97, 117, f Ex. 3, Ex. 15(A), 15(B), 15(C), 15(D) and Ex. 25.

Pursuant to the Paragraph 16(b) of the Stipulated Protective Order and Stipulated Order Regarding the "Clawback" of Documents (the "Protective Order") (Dkt No. 213), and applicable law, Plaintiffs bear the burden, in a response to this Supplemental Brief, of justifying the sealing or redacting of material that they have designated as "Confidential." This includes ¶¶ 54, 59, 68, 69, 70, 82, 106 and 117 of the James Report, which contain excerpts from the deposition transcripts of Marangal Domingo, Mario Rodriguez, Anne Zissu and Scott Hakala. In this Supplemental Brief, Defendants provide the grounds for filing under seal material designated as "Confidential" by third parties and by Defendants, or that contain other sensitive and protected information, in the following portions of the James Report: ¶¶ 60, 76, 83, 85, 97, Ex. 3, Ex. 15 and Ex. 25.

## I.     STATEMENT OF FACTS

On July 8, 2011, this Court issued its Order on Motion to Seal, which granted in part and denied in part Defendants' Motion to Seal. The Court held that deposition transcripts, which were designated as "Confidential" by Plaintiffs and their investment advisors, were not protected from disclosure by the Gramm-Leach-Bliley Act (15 U.S.C. § 6801 *et seq*.) because the testimony did not contain nonpublic personal information relating to specific transactions or a consumer of a financial institution. (*See, e.g.,* Order on Motion to Seal at 2.) The Court did, however, find that excerpts of the deposition of John Van Tassel contained nonpublic information specific to

*Defendants' Supplemental Brief to Keep Portions of Expert Report of Prof. Christopher M. James Under Seal: (CV09-037 MJP) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Chicago Police Annuity and Benefit Fund ("Chicago PABF") and directed that those pages should be kept under seal. (*Id.* at 4.) Pursuant to the Order, on July 14, 2011, Defendants refiled Exhibits G, I, J, K, L and M, with portions of I redacted as ordered. On July 15, 2011, Plaintiffs filed a Motion to Seal Certain Portions of Exhibit H (Dkt No. 272).

Pursuant to the Order, Defendants respectfully submit this supplemental brief to keep portions of the James Report under seal. Concurrently with this brief, Defendants have filed a redacted version of the James Report. The redacted portions that Defendants bear the burden of defending should be kept under seal pursuant to the Gramm-Leach-Bliley Act because they contain nonpublic information that relate to specific transactions or consumers of third party financial institutions or Defendants. For example, ¶¶ 76, 85, 97, Ex. 3 and Ex. 15 contain trading data or specific information regarding consumers that were identified by third party financial institutions subpoenaed by Plaintiffs; ¶ 83 and Ex. 25 contain portions of confidential agreements and trading data, and identify consumers that entered into whole loan purchase agreements with Defendants; ¶ 60 contains quotations from the deposition of John Van Tassel, an investment advisor to Plaintiff Chicago PABF, regarding nonpublic information specific to Chicago PABF. This Court has already granted Plaintiffs' motion to seal portions of the expert report of Anne Zissu, containing trading data and revealing information about consumers obtained from third party financial institutions through subpoenas (Order on Pls. Mot. to Seal, Dkt. No. 237), and has directed that portions of the Van Tassel deposition should remain under seal because they contain nonpublic information specific to Chicago PABF. (Order on Defs.' Mot. to Seal, Dkt No. 266.)

*Defendants' Supplemental Brief to Keep Portions of Expert Report of Prof. Christopher M. James Under Seal: (CV09-037 MJP) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

## II. ARGUMENT

### A. STANDARD OF REVIEW

Paragraph 16 of the Protective Order and Local Rule 5(g)(3) provide that a party must obtain the Court's authority to file documents under seal by filing a motion to seal. Under Ninth Circuit precedent, "compelling reasons" must be shown for the sealing of most judicial records because of the common law right to inspect and copy public records and documents, including judicial records and documents. *See Pintos v. Pac. Creditors Assoc.*, 605 F.3d 665, 678 (9th Cir. 2010) (*citing Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) and *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003)). Under the compelling reasons standard, the party seeking to seal judicial records must show that "compelling reasons supported by specific factual findings ... outweigh the general history of access and the public policies favoring disclosure." *Pintos*, 605 F.3d 678 (*citing Kamakana*, 447 F.3d at 1172).

### B. PORTIONS OF THE JAMES REPORT CONTAINING TRADING DATA AND IDENTITIES OF CONSUMERS SHOULD BE SEALED BECAUSE THEY ARE PROTECTED BY THE GRAMM-LEACH-BLILEY ACT

The financial institutions that have produced customer information containing trade data are required under federal law to protect consumers' financial information. The Gramm-Leach-Bliley Act (the "Act") provides that financial institutions have affirmative and continuing obligations to protect the security and confidentiality of their customers' nonpublic personal information. *See* 15 U.S.C. § 6801. "Nonpublic personal information" is defined as personally identifiable financial information provided by a consumer to a financial institution, resulting from any transaction with the consumer or any service performed for the consumer or otherwise obtained by the financial institution. 15 U.S.C. § 6809(4)(A). It does not include publicly

*Defendants' Supplemental Brief to Keep Portions of Expert Report of Prof. Christopher M. James Under Seal: (CV09-037 MJP) - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

available information. 15 U.S.C. § 6809(4)(B). Section 313.3(p)(1) of title 16 of the Code of Federal Regulations defines "publicly available information" as any information that one has a reasonable basis to believe is lawfully made available to the general public from: (1) federal, state, or local government records; (2) widely distributed media; or (3) disclosures to the general public that are required to be made by federal, state or local law.

Paragraphs 60, 76, 83, 85, 97, Ex. 3, Ex. 15 and Ex. 25 to the James Report contain nonpublic personal information provided by third party financial institutions. For example, ¶¶ 76, 85, 97 list particular trades made by the financial institutions' customers. The identities of the customers of each of the subpoenaed third-party financial institutions are not "publicly available" and are subject to the Act's privacy protections. Therefore, the third party financial institutions here have a continuing obligation to protect the security and confidentiality of their customers' nonpublic, personal information. Indeed, these parties agreed to provide information to Plaintiffs based upon the understanding that such information would be subject to the Protective Order. (*See* Decl. of Kenneth Rehns in Supp. of Pls.' Mot. to Seal, Dkt. No. 225, at ¶ 2.) This Court has already granted Plaintiffs' motion to seal such third party information presented in their expert's report, holding that "privacy of [the] information" produced by third party financial institutions, including the third parties that produced trade data in this matter, "outweighs the public's interest in reviewing the material." (Order on Motion to Seal, Dkt. No. 237, at 1:21-2:1.)

The same rationale extends to ¶ 83 and Ex. 25 to the James Report, which contain nonpublic information regarding Defendants' customers' whole loan purchases, including the identity of the customers, certain confidential or proprietary information and the terms of the purchase agreements. (You Decl. in Supp. of Mot. to Seal, Dkt. No. 251, at ¶ 4.) These

*Defendants' Supplemental Brief to Keep Portions of Expert Report of Prof. Christopher M. James Under Seal: (CV09-037 MJP) - 4*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

documents and information are nonpublic and should be sealed pursuant to the Act, and because the terms were privately negotiated between the parties to the agreements. (*Id.*)

The redacted portions of ¶ 60 to the James Report contain excerpts from the deposition of John Van Tassel regarding nonpublic information specific to Chicago PABF. In its Order on Motion to Seal, this Court has directed that portions of Van Tassel deposition should remain under seal because they contain nonpublic information specific to Chicago PABF. (Dkt No. 266 at 4.) Paragraph 60 of the James Report should likewise be kept under seal because it contains nonpublic information specific to Chicago PABF, namely, its secondary bond purchase strategy.

C. **SEALING THESE DOCUMENTS WILL NOT HAMPER THE PUBLIC'S UNDERSTANDING OF THE JUDICIAL PROCESS AND WILL PREVENT MISUSE BY THIRD PARTIES**

Sealing the identities of the financial institutions, the identities of their customers, and the whole loan purchase agreements will neither hamper nor threaten the public's interest in understanding the judicial process because Defendants' proposed redactions comprise only a small portion of the James Report. Thus, the public's interest in understanding Plaintiffs' claims against Defendants, and its interest in understanding the judicial process by which these claims will be evaluated, will not be impaired by the granting of this motion. Furthermore, granting this motion will prevent third parties from misusing, manipulating, or otherwise exploiting confidential information contained in the sealed documents, including the identities, investment strategies, proprietary processes, and confidential agreements of third parties and their customers. (*See* You Decl. in Supp. of Mot. to Seal at ¶ 5.)

### III.   CONCLUSION

For the reasons set forth above, the Court should seal the designated excerpt of ¶¶ 60, 76, 83, 85, 97, Ex. 3, Ex. 15 and Ex. 25 to the James Report. A proposed order is attached.

*Defendants' Supplemental Brief to Keep Portions of Expert Report of Prof. Christopher M. James Under Seal: (CV09-037 MJP) - 5*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

DATED this 18th day of July, 2011.

      HILLIS CLARK MARTIN & PETERSON P.S.

By  s/ Brian C. Free
  Louis D. Peterson, WSBA #5776
  Brian C. Free, WSBA #35788
  Hillis Clark Martin & Peterson P.S.
  1221 Second Avenue, Suite 500
  Seattle WA 98101-2925
  Telephone: (206) 623-1745
  Facsimile: (206) 623-7789
  Email: ldp@hcmp.com; bcf@hcmp.com

OF COUNSEL
ADMITTED PRO HAC VICE
BINGHAM MCCUTCHEN LLP
  David M. Balabanian
  John D. Pernick
  Frank Busch
  Three Embarcadero Center
  San Francisco, CA 94111-4067
  Telephone: (415) 393-2000
  Facsimile: (415) 393-2286
  Email: david.balabanian@bingham.com;
  john.pernick@bingham.com;
  frank.busch@bingham.com

Attorneys for Defendants
WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck, Diane Novak, Rolland Jurgens and Richard Careaga

*Defendants' Supplemental Brief to Keep Portions of Expert Report of Prof. Christopher M. James Under Seal: (CV09-037 MJP) - 6*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr -mbarr@sonnenschein.com

Walter Eugene Barton - gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman - steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

S Douglas Bunch -dbunch@cohenmilstein.com

Steven P Caplow - stevencaplow@dwt.com,patrickwatts@dwt.com,sheilarowden@dwt.com,jasonSchattenkerk@dwt.com

Kevin P Chavous -kchavous@sonnenschein.com

James J. Coster -jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Hal D Cunningham -hcunningham@scott-scott.com,halcunningham@gmail.com,efile@scott-scott.com

Kerry F Cunningham -kerry.cunningham@dlapiper.com

Leslie D Davis -ldavis@sonnenschein.com

Corey E Delaney - corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joshua S. Devore -jdevore@cohenmilstein.com,efilings@cohenmilstein.com

Joseph A. Fonti -jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Larry Steven Gangnes - gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-sea@lanepowell.com,donnellyjossm@lanepowell.com

Jonathan Gardner  jgardner@labaton.com

Joseph P Guglielmo -jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans -richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff -dhoff@tousley.com,efile@tousley.com

Julie Hwang -jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Geoffrey M Johnson - gjohnson@scott-scott.com,efile@scott-scott.com

Matthew B. Kaplan -mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Stellman Keehnel -stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com |
| 2 | Paul Joseph Kundtz - pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com |
| 3 | |
| 4 | Joel P Laitman -jlaitman@cohenmilstein.com |
| 5 | Bruce Earl Larson -blarson@karrtuttle.com,psteinfeld@karrtuttle.com |
| | Mike Liles , Jr-mliles@karrtuttle.com |
| 6 | Christopher E Lometti -clometti@cohenmilstein.com |
| 7 | John D Lowery -jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 8 | Douglas C McDermott -doug@mcdermottnewman.com,eric@mcdermottnewman.com |
| | Bradley T. Meissner -bradley.meissner@dlapiper.com |
| 9 | Timothy Michael Moran - moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 10 | |
| 11 | Brian O. O'Mara -bomara@csgrr.com |
| | Barry Robert Ostrager -bostrager@stblaw.com,managingclerk@stblaw.com |
| 12 | Nancy A Pacharzina -npacharzina@tousley.com,mhottman@tousley.com |
| 13 | Kenneth J Pfaehler -kenneth.pfaehler@snrdenton.com,nicole.reeber@snrdenton.com |
| 14 | Daniel B Rehns -drehns@cohenmilstein.com,efilings@cohenmilstein.com |
| 15 | Kenneth M Rehns -krehns@cohenmilstein.com |
| | Julie Goldsmith Reiser -jreiser@cohenmilstein.com |
| 16 | Serena Richardson -srichardson@labaton.com,ElectronicCaseFiling@labaton.com |
| 17 | Rogelio Omar Riojas - omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com |
| 18 | |
| 19 | Darren J Robbins -e_file_sd@csgrr.com |
| 20 | Tammy Roy -troy@cahill.com |
| | Joshua M. Rubins -jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com |
| 21 | Stephen M. Rummage -steverummage@dwt.com,jeannecadley@dwt.com |
| 22 | Hollis Lee Salzman -hsalzman@labaton.com,ElectronicCaseFiling@labaton.com |
| 23 | Paul Scarlato -pscarlato@labaton.com,ElectronicCaseFiling@labaton.com |
| | Arthur L Shingler -ashingler@scott-scott.com,efile@scott-scott.com |
| 24 | Gavin Williams Skok -gskok@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 25 | Richard A Speirs -rspeirs@cohenmilstein.com |
| 26 | Kim D Stephens - kstephens@tousley.com,wcruz@tousley.com,cbonifaci@tousley.com |
| 27 | Robert D Stewart -stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 28 | Janissa Ann Strabuk - jstrabuk@tousley.com,wcruz@tousley.com |

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Steven J Toll -stoll@cohenmilstein.com,efilings@cohenmilstein.com
2  Mary Kay - Vyskocil mvyskocil@stblaw.com
3  Dennis H Walters -dwalters@karrtuttle.com,wbarker@karrtuttle.com
4  Adam Zurofsky -azurofsky@cahill.com

DATED this 18th day of July, 2011 at Seattle, Washington.

By   s/ Brian C. Free
    Brian C. Free, WSBA #35788
    1221 Second Avenue, Suite 500
    Seattle WA 98101-2925
    Telephone:  (206) 623-1745
    Facsimile:  (206) 623-7789
    Email:  bcf@hcmp.com

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789