The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**[PROPOSED] ORDER SEALING PORTIONS OF EXPERT REPORT OF PROF. CHRISTOPHER M. JAMES** |

THIS MATTER came before the Court on Defendants' Supplemental Brief to Keep Portions of Expert Report of Prof. Christopher M. James Under Seal (filed July 18, 2011). The Court has considered Defendants' motion and any response thereto, and having been fully advised in these matters, now, therefore:

The Court HEREBY FINDS that Defendants have shown that compelling reasons exist to seal marked excerpts in Paragraphs 60, 76, 83, 85 ,97, Ex. 3, Ex. 15, and Ex. 25 of the Expert Report of Prof. Christopher M. James, which is Exhibit O to the Declaration of Jee Young You in Support of Defendants' Opposition to Motion for Class Certification (Dkt. No. 253).  These excerpts contain and disclose information that is subject to protection under federal law and the Stipulated Protective Order and Stipulated Order Regarding the

*[Proposed] Order Sealing Portions of Expert Report of Prof. Christopher M. James: (CV09-037 MJP) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

"Clawback" of Documents the Court entered in this case (Dkt. No. 213), and the interests of preserving the privacy of the excerpted information outweighs the public's interest in reviewing the material.  (This Order does not address excerpts of the James Report for which Plaintiffs bear the burden of demonstrating compelling reasons to seal (*e.g.* Paragraphs 54, 59, 68, 69, 70, 82, 107, and 117).)

IT IS HEREBY ORDERED that the marked excerpts in Paragraphs 60, 76, 83, 85, 97, Ex. 3, Ex. 15, and Ex. 25 of the Expert Report of Prof. Christopher M. James, which is Exhibit O to the Declaration of Jee Young You in Support of Defendants' Opposition to Motion for Class Certification (Dkt. No. 253), shall be sealed by the Clerk of the Court under Local Rule 5(g).

DATED this _____ day of July, 2011.

_____
HONORABLE MARSHA J. PECHMAN

Presented By:

HILLIS CLARK MARTIN & PETERSON P.S.

By    *s/Brian C. Free*
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
Hillis Clark Martin & Peterson P.S.
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  ldp@hcmp.com; bcf@hcmp.com

*[Proposed] Order Sealing Portions of Expert Report of Prof. Christopher M. James: (CV09-037 MJP) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr -mbarr@sonnenschein.com

Walter Eugene Barton -
   gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman -
   steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

S Douglas Bunch -dbunch@cohenmilstein.com

Steven P Caplow -
   stevencaplow@dwt.com,patrickwatts@dwt.com,sheilarowden@dwt.com,jason
   Schattenkerk@dwt.com

Kevin P Chavous -kchavous@sonnenschein.com

James J. Coster -jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Hal D Cunningham -hcunningham@scott-
   scott.com,halcunningham@gmail.com,efile@scott-scott.com

Kerry F Cunningham -kerry.cunningham@dlapiper.com

Leslie D Davis -ldavis@sonnenschein.com

Corey E Delaney -
   corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@
   dlapiper.com,patrick.smith@dlapiper.com

Joshua S. Devore -jdevore@cohenmilstein.com,efilings@cohenmilstein.com

Joseph A. Fonti -jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Larry Steven Gangnes -
   gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-
   sea@lanepowell.com,donnellyjossm@lanepowell.com

Jonathan Gardner  jgardner@labaton.com

Joseph P Guglielmo -jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans -richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff -dhoff@tousley.com,efile@tousley.com

Julie Hwang -jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Geoffrey M Johnson - gjohnson@scott-scott.com,efile@scott-scott.com

Matthew B. Kaplan -mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

---

*[Proposed] Order Granting Defendants' Supplemental Brief to Keep Portions of Expert Report of Prof. Christopher M. James Under Seal: (CV09-037 MJP) - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Stellman Keehnel -stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com |
| 2 | Paul Joseph Kundtz - |
| 3 | pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com |
| 4 | Joel P Laitman -jlaitman@cohenmilstein.com |
| 5 | Bruce Earl Larson -blarson@karrtuttle.com,psteinfeld@karrtuttle.com |
| 6 | Mike Liles , Jr-mliles@karrtuttle.com |
| 7 | Christopher E Lometti -clometti@cohenmilstein.com |
| 8 | John D Lowery -jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 9 | Douglas C McDermott -doug@mcdermottnewman.com,eric@mcdermottnewman.com |
| 10 | Bradley T. Meissner -bradley.meissner@dlapiper.com |
| 11 | Timothy Michael Moran - moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 12 | Walter W. Noss - wnoss@scott-scott.com,efile@scott-scott.com |
| 13 | Brian O. O'Mara -bomara@csgrr.com |
| 14 | Barry Robert Ostrager -bostrager@stblaw.com,managingclerk@stblaw.com |
| 15 | Kenneth J Pfaehler -kenneth.pfaehler@snrdenton.com,nicole.reeber@snrdenton.com |
| 16 | Daniel B Rehns -drehns@cohenmilstein.com,efilings@cohenmilstein.com |
| 17 | Kenneth M Rehns -krehns@cohenmilstein.com |
| 18 | Julie Goldsmith Reiser -jreiser@cohenmilstein.com |
| 19 | Serena Richardson -srichardson@labaton.com,ElectronicCaseFiling@labaton.com |
| 20 | Rogelio Omar Riojas - omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com |
| 21 | Darren J Robbins -e_file_sd@csgrr.com |
| 22 | Tammy Roy -troy@cahill.com |
| 23 | Joshua M. Rubins -jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com |
| 24 | Stephen M. Rummage -steverummage@dwt.com,jeannecadley@dwt.com |
| 25 | Hollis Lee Salzman -hsalzman@labaton.com,ElectronicCaseFiling@labaton.com |
| 26 | Paul Scarlato -pscarlato@labaton.com,ElectronicCaseFiling@labaton.com |
| 27 | Arthur L Shingler -ashingler@scott-scott.com,efile@scott-scott.com |
| 28 | Gavin Williams Skok -gskok@riddellwilliams.com,dhammonds@riddellwilliams.com |
| | Richard A Speirs -rspeirs@cohenmilstein.com |
| | Kim D Stephens - kstephens@tousley.com,wcruz@tousley.com,cbonifaci@tousley.com |
| | Robert D Stewart -stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| | Janissa Ann Strabuk - jstrabuk@tousley.com,wcruz@tousley.com |

*[Proposed] Order Granting Defendants' Supplemental Brief to Keep Portions of Expert Report of Prof. Christopher M. James Under Seal: (CV09-037 MJP) - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Steven J Toll -stoll@cohenmilstein.com,efilings@cohenmilstein.com
2  Mary Kay - Vyskocil mvyskocil@stblaw.com
3  Dennis H Walters -dwalters@karrtuttle.com,wbarker@karrtuttle.com
4  Adam Zurofsky -azurofsky@cahill.com

D<small>ATED</small> this 18th day of July, 20112011, at Seattle, Washington.

By  s/ Brian C. Free
    Brian C. Free, WSBA #35788
    1221 Second Avenue, Suite 500
    Seattle WA 98101-2925
    Telephone:  (206) 623-1745
    Facsimile:  (206) 623-7789
    Email:  bcf@hcmp.com

ND: 19719.002  4837-0031-6426v1

*[Proposed] Order Granting Defendants' Supplemental Brief to Keep Portions of Expert Report of Prof. Christopher M. James Under Seal: (CV09-037 MJP) - 5*

H<small>ILLIS</small> C<small>LARK</small> M<small>ARTIN</small> & P<small>ETERSON</small> P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789