The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**PRAECIPE TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

*Praecipe to Defendants' Opposition to Plaintiffs' Motion for Class Certification: (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

C:\Documents and Settings\youjy\Local Settings\Temporary Internet Files\OLK113\Praecipe to Defendants' Opposition to Plaintiffs' Motion for Class Certification (2).docx

1  Defendants' Opposition to Plaintiffs' Motion for Class Certification (Dkt. No. 252) contained

2  the following sentences on page 6, lines 21-23:

> In October 2007, Lead Plaintiff Doral purchased 70,000,000 certificates of the 2006 AR-18 Offering in senior tranche 2A1 at $98.972656 per certificate, for a total of approximately $6.4 billion.

The first sentence should be amended to read as follows:

> According to its supplemental interrogatory responses, in October 2007, Lead Plaintiff Doral purchased 70,000,000 certificates of the 2006 AR-18 Offering in senior tranche 2A1 at $98.972656 per certificate.

This edit is necessary to conform to the only figures provided by Lead Plaintiff Doral Bank of Puerto Rico in its Supplemental Responses and Objections to Defendants' First Set of Interrogatories.  (*See* Pl. Doral Bank Puerto Rico's Suppl. Resp. and Objections to Defs.' First Set of Interrogs. at 7-8 (filed in Decl. of Jee Young You In Support of Pls.' Mot. for Class Cert., Ex. N (Dkt. No. 251)).)  Counsel for Doral has confirmed that it believes the underlying figures in its Supplemental Interrogatory Responses are correct.

---

*Praecipe to Defendants' Opposition to Plaintiffs' Motion for Class Certification: (CV09-037 MJP) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

DATED this 19th day of July, 2011.

                         HILLIS CLARK MARTIN & PETERSON P.S.

                         By    s/ Brian C. Free
                              Louis D. Peterson, WSBA #5776
                              Brian C. Free, WSBA #35788
                              Hillis Clark Martin & Peterson P.S.
                              1221 Second Avenue, Suite 500
                              Seattle WA 98101-2925
                              Telephone:  (206) 623-1745
                              Facsimile:  (206) 623-7789
                              Email:  ldp@hcmp.com; bcf@hcmp.com

OF COUNSEL
ADMITTED PRO HAC VICE
BINGHAM MCCUTCHEN LLP

| Theo J. Robins | David M. Balabanian |
|---|---|
| Bingham McCutchen LLP | John D. Pernick |
| 399 Park Avenue, | Jee Young You |
| New York, NY  10022-4689 | Frank Busch |
| Telephone: (212) 705-7000 | Bingham McCutchen LLP |
| Facsimile:  (212) 702-3680 | Three Embarcadero Center |
| Email:  theo.robins@bingham.com | San Francisco, CA  94111-4067 |
| | Telephone: (415) 393-2000 |
| | Facsimile:  (415) 393-2286 |
| | Email:  david.balabanian@bingham.com; |
| | john.pernick@bingham.com; |
| | jeeyoung.you@bingham.com |
| | frank.busch@bingham.com |

Attorneys for Defendants
WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck,
Richard Careaga, Rolland Jurgens, and Diane Novak

*Praecipe to Defendants' Opposition to Plaintiffs' Motion for Class Certification: (CV09-037 MJP) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr -mbarr@sonnenschein.com

Walter Eugene Barton - gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman - steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

S Douglas Bunch -dbunch@cohenmilstein.com

Steven P Caplow - stevencaplow@dwt.com,patrickwatts@dwt.com,sheilarowden@dwt.com,jasonSchattenkerk@dwt.com

Kevin P Chavous -kchavous@sonnenschein.com

James J. Coster -jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Hal D Cunningham -hcunningham@scott-scott.com,halcunningham@gmail.com,efile@scott-scott.com

Kerry F Cunningham -kerry.cunningham@dlapiper.com

Leslie D Davis -ldavis@sonnenschein.com

Corey E Delaney - corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joshua S. Devore -jdevore@cohenmilstein.com,efilings@cohenmilstein.com

Joseph A. Fonti -jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Larry Steven Gangnes - gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-sea@lanepowell.com,donnellyjossm@lanepowell.com

Jonathan Gardner  jgardner@labaton.com

Joseph P Guglielmo -jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans -richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff -dhoff@tousley.com,efile@tousley.com

Julie Hwang -jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Geoffrey M Johnson - gjohnson@scott-scott.com,efile@scott-scott.com

Matthew B. Kaplan -mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

Stellman Keehnel -stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

---

*Praecipe to Defendants' Opposition to Plaintiffs' Motion for Class Certification: (CV09-037 MJP) - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Paul Joseph Kundtz - pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com

Joel P Laitman -jlaitman@cohenmilstein.com

Bruce Earl Larson -blarson@karrtuttle.com,psteinfeld@karrtuttle.com

Mike Liles , Jr-mliles@karrtuttle.com

Christopher E Lometti -clometti@cohenmilstein.com

John D Lowery -jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com

Douglas C McDermott -doug@mcdermottnewman.com,eric@mcdermottnewman.com

Bradley T. Meissner -bradley.meissner@dlapiper.com

Timothy Michael Moran -moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Walter W. Noss - wnoss@scott-scott.com,efile@scott-scott.com

Brian O. O'Mara -bomara@csgrr.com

Barry Robert Ostrager -bostrager@stblaw.com,managingclerk@stblaw.com

Kenneth J Pfaehler -kenneth.pfaehler@snrdenton.com,nicole.reeber@snrdenton.com

Daniel B Rehns -drehns@cohenmilstein.com,efilings@cohenmilstein.com

Kenneth M Rehns -krehns@cohenmilstein.com

Julie Goldsmith Reiser -jreiser@cohenmilstein.com

Serena Richardson -srichardson@labaton.com,ElectronicCaseFiling@labaton.com

Rogelio Omar Riojas - omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com

Darren J Robbins -e_file_sd@csgrr.com

Tammy Roy -troy@cahill.com

Joshua M. Rubins -jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Stephen M. Rummage -steverummage@dwt.com,jeannecadley@dwt.com

Hollis Lee Salzman -hsalzman@labaton.com,ElectronicCaseFiling@labaton.com

Paul Scarlato -pscarlato@labaton.com,ElectronicCaseFiling@labaton.com

Arthur L Shingler -ashingler@scott-scott.com,efile@scott-scott.com

Gavin Williams Skok -gskok@riddellwilliams.com,dhammonds@riddellwilliams.com

Richard A Speirs -rspeirs@cohenmilstein.com

Kim D Stephens -kstephens@tousley.com,wcruz@tousley.com,cbonifaci@tousley.com

Robert D Stewart -stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Janissa Ann Strabuk - jstrabuk@tousley.com,wcruz@tousley.com

Steven J Toll -stoll@cohenmilstein.com,efilings@cohenmilstein.com

Mary Kay - Vyskocil mvyskocil@stblaw.com

*Praecipe to Defendants' Opposition to Plaintiffs' Motion for Class Certification: (CV09-037 MJP) - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Dennis H Walters -dwalters@karrtuttle.com,wbarker@karrtuttle.com

2  Adam Zurofsky -azurofsky@cahill.com

3  DATED this 19th day of July, 2011 at Seattle, Washington.

By   s/ Brian C. Free
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  bcf@hcmp.com

ND: 19719.002  4832-7275-8026v2

*Praecipe to Defendants' Opposition to Plaintiffs' Motion for Class Certification: (CV09-037 MJP) - 5*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789