|  |  |
|---|---|
| 1 | THE HONORABLE MARSHA J. PECHMAN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | CASE NO. C09-037-MJP<br><br>**ORDER GRANTING JP MORGAN CHASE BANK, N.A.'S UNOPPOSED MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING PLAINTIFFS' MOTION FOR LEAVE TO AMEND TO ADD JPMC AS A DEFENDANT IN THIS ACTION**<br><br>**Hearing Date: July 15, 2011**<br>**w/o Oral Argument** |

This matter is before the Court on JP Morgan Chase Bank, N.A.'s Unopposed Motion to Intervene for the Limited Purpose of Opposing Plaintiffs' Motion for Leave to Amend to Add JPMC as a Defendant in this Action. The Court has considered all materials submitted by the parties.

Having considered the foregoing, the Court hereby GRANTS JP Morgan Chase Bank, N.A.'s Unopposed Motion to Intervene for the Limited Purpose of Opposing Plaintiffs' Motion for Leave to Amend to Add JPMC as a Defendant in this Action.

ORDER GRANTING JP MORGAN CHASE BANK, N.A.'S
UNOPPOSED MOTION TO INTERVENE - 1
Case No. C09-037-MJP

**CORR CRONIN MICHELSON**
**BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1     Dated this 22nd day of July, 2011.

_____
Marsha J. Pechman
United States District Judge

Presented by:

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

*/s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
Christina N. Dimock, WSBA No. 40159
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
(206) 625-8600

CRAVATH, SWAINE & MOORE LLP
Daniel Slifkin
Michael A. Paskin
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

ORDER GRANTING JP MORGAN CHASE BANK, N.A.'S
UNOPPOSED MOTION TO INTERVENE - 2
Case No. C09-037-MJP

**CORR CRONIN MICHELSON**
**BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900