The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**DECLARATION OF JEE YOUNG YOU IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL FURTHER PRODUCTION FROM BOILERMAKERS NATIONAL ANNUITY TRUST**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 12, 2011** |

I, Jee Young You, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law licensed to practice in the State of California. I am an attorney at the firm of Bingham McCutchen LLP, counsel of record for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck, Diane Novak, Richard Careaga and Rolland Jurgens (collectively, "Defendants") in this action. By virtue of my representation of Defendants in this matter, I have personal knowledge of the facts set forth below, and could and would testify competently to those facts if called to do so.

*Declaration of Jee Young You (CV09-037 MJP) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

2. On November 22, 2010 and December 27, 2010, Defendants propounded two sets of requests for production of documents ("Requests"). In response, Defendants received seven documents from Plaintiff Boilermakers National Annuity Trust ("Boilermakers") on January 12, 2011 and February 9, 2011. The production contained no ESI or e-mails.

3. On March 4, 2011, Bingham partner John Pernick sent a meet and confer letter regarding the deficiencies in Boilermakers' production. A true and correct copy of the letter from John Pernick to Plaintiffs' counsel (March 4, 2011) is attached as Exhibit A.

4. On March 14, 2011, we received a letter from Plaintiffs' counsel, responding to the March 4, 2011 letter. A true and correct copy of the letter from Christopher Lometti to John Pernick (March 14, 2011) is attached as Exhibit B. Along with the letter, on March 14, Boilermakers produced three additional documents. On April 29, 2011, Boilermakers produced one additional document: redacted minutes of the Boilermakers board of directors' September 7, 2008 meeting.

5. Boilermakers' production of eleven documents consists of two redacted account summaries from the custodian bank; two investment policy statements (dated June 2006 and June 2008); two contracts with Boilermakers' investment consultant, Callan Associates, Inc. ("Callan"); Boilermakers' investment guidelines for one of Boilermakers' fixed income investment managers, McMorgan & Company ("McMorgan"); three pieces of correspondence; and board minutes from a meeting of the board of trustees of Boilermakers. Boilermakers has produced *no* documents concerning (a) its decision to invest in the Securities in February 2007 and February 2008; (b) its or its investment managers' valuation of the Securities and/or other similar RMBS; or (c) its knowledge of the origination and underwriting practices for the loans backing the Securities.

*Declaration of Jee Young You (CV09-037 MJP) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789


6. On March 21, 2011, the parties met and conferred regarding the many continuing deficiencies in Boilermakers' productions. During the call, Defendants requested documents responsive to various Requests regarding Boilermakers or its investment advisors' knowledge of the mortgage industry; investment in other RMBS; knowledge of underwriting, securitization and origination practices; communications with mortgage originators or investment advisors regarding RMBS; different valuation methodologies; and other such information directly related to knowledge and damages. Boilermakers responded, as they represented in their March 14, 2011 letter, that apart from Request Nos. 12, 23 and 25, to which they objected on the basis of burden, vagueness, ambiguity and relevance, Boilermakers had searched for and produced all relevant documents in their possession or custody.

7. Following the March 21, 2011 call, Defendants did not move to compel further production based on the March 14 letter and the representation made during the meet and confer by Boilermakers' counsel that (a) counsel had used reasonable means to search for documents, including conducting searches of electronic files using a "broad range of search terms"; (b) documents were produced in the form "ordinarily maintained" by Plaintiffs in the normal course of business, and (c) no responsive documents were withheld.

8. Relying on the representation of Boilermakers in their March 14 letter and March 21 meet and confer, Defendants were not aware of the gaps in the production until the deposition of Boilermakers' designed representative Mr. Rodriguez, and the investment advisors' productions, which continued into May 2011. The document productions and the testimony of Mr. Rodriquez both confirmed the wide discrepancy between the documents in Boilermakers' custody and control and the scant production made to Defendants to date.

*Declaration of Jee Young You: (CV09-037 MJP) - 3*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Following Boilermakers' letter and the meet and confer, Defendants received third party productions from Callan Associates (April 4, 2011) and McMorgan & Company (May 26-27, 2011). In the third party productions, there were emails to and from Boilermakers regarding the investment in the Certificates, including an email regarding the performance of the fixed income portfolio, as well as a set of monthly and quarterly reports from both investment advisors to Boilermakers. The emails and reports contain information relevant and responsive to the Requests, including the Certificates' ratings, Boilermakers' allocation of investment in mortgage-backed securities, Boilermakers' investment strategies, Boilermakers' investment in the Certificates, and information about market conditions. Defendants have not received all of Callan's quarterly reports from the 2007-2008 time period, none of Callan's monthly snapshot performance reports, and have received only a fraction of McMorgan's quarterly reports.

9. Following the April 26, 2011 deposition and the discovery of the gaps in Boilermakers' production, the parties met and conferred on April 29, 2011 to discuss the status of discovery and potential extension of the briefing schedule on the class certification motion. During this call, Defendants discussed the deficiencies identified in Boilermakers' production, and Boilermakers apparently abandoned its prior position that it had produced all responsive documents and refused to produce the investment advisors' reports on the basis that they were "cumulative" of the two redacted custodian bank reports already produced. However, Boilermakers also indicated it would investigate whether it had any additional responsive documents to produce, and/or reevaluate its position regarding its decision to withhold documents. Boilermakers also responded that any emails regarding the Securities was produced, but did not respond to Defendants' more general request for all relevant

*Declaration of Jee Young You (CV09-037 MJP) - 4*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1 electronic communications.

2     10.     By May 26, 2011, Boilermakers failed to get back to Defendants regarding whether a supplemental production would be forthcoming. Therefore, Defendants sent another meet and confer letter regarding the status of discovery and requesting the production of the reports, emails, and electronic documents that were missing from the production. A true and correct copy of the letter from John Pernick to Plaintiffs' Counsel (May 27, 2011) is attached as Exhibit C.

    11.     Plaintiffs' assertion that the custodian bank reports are cumulative of the investment advisors' is factually incorrect, based on a comparison of the documents. The custodian bank reports are merely redacted account statements, which provide limited information regarding the WaMu Mortgage Pass Thru Certificate Series 2006-AR7, such as the balance, debit and credit on the account. In contrast, the McMorgan reports provide descriptive information regarding responses to particular inquiries by Boilermakers; valuations of various RMBS; description of McMorgan's "Philosophy, Strategy & Style"; investment summary; fixed income quality ratings; and transaction activity. Callan's quarterly reports, similarly, provide descriptive information regarding Boilermakers' monthly asset allocation report; quarterly investment measurement report; market overview; comparison of investment manager returns to indexes; quarterly total fund attribution; cumulative performance relative to target; cumulative total fund attribution; asset class risk and return; investment manager returns and peer group rankings; portfolio-specific details (including investment-level details); and market indicators.

    12.     On June 2, 2011, Boilermakers responded to the May 27 letter, indicating that it will not be supplementing its production. A true and correct copy of the letter from

*Declaration of Jee Young You (CV09-037 MJP) - 5*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Christopher Lometti to Defendants' Counsel (June 2, 2011) is attached as Exhibit D. |
| 2 | 13.    A true and correct copy of excerpts from the transcript from the deposition of |
| 3 | |
| 4 | Mario Rodriguez (April 26, 2011) is attached as Exhibit E. |
| 5 | 14.    A true and correct copy of Plaintiff Boilermakers National Annuity Trust's |
| 6 | Responses and Objections to Defendants' Interrogatories, Set One, is attached as Exhibit F. |
| 7 | |
| 8 | EXECUTED this 26th day of July, 2011, at San Francisco, California. |

              *s/Jee Young You*
              Jee Young You

*Declaration of Jee Young You: (CV09-037 MJP) - 6*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr -mbarr@sonnenschein.com

Walter Eugene Barton - gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman - steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

S Douglas Bunch -dbunch@cohenmilstein.com

Steven P Caplow - stevencaplow@dwt.com,patrickwatts@dwt.com,sheilarowden@dwt.com,jason Schattenkerk@dwt.com

Kevin P Chavous -kchavous@sonnenschein.com

James J. Coster -jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Hal D Cunningham -hcunningham@scott-scott.com,halcunningham@gmail.com,efile@scott-scott.com

Kerry F Cunningham -kerry.cunningham@dlapiper.com

Leslie D Davis -ldavis@sonnenschein.com

Corey E Delaney - corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joshua S. Devore -jdevore@cohenmilstein.com,efilings@cohenmilstein.com

Joseph A. Fonti -jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Larry Steven Gangnes - gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-sea@lanepowell.com,donnellyjossm@lanepowell.com

Jonathan Gardner  jgardner@labaton.com

Joseph P Guglielmo -jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans -richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff -dhoff@tousley.com,efile@tousley.com

Julie Hwang -jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Geoffrey M Johnson - gjohnson@scott-scott.com,efile@scott-scott.com

Matthew B. Kaplan -mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

*Declaration of Jee You Young  C09-037 MJP - 7*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1. Stellman Keehnel -stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com
2. Paul Joseph Kundtz - pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com
3. Joel P Laitman -jlaitman@cohenmilstein.com
4. Bruce Earl Larson -blarson@karrtuttle.com,psteinfeld@karrtuttle.com
5. Mike Liles , Jr-mliles@karrtuttle.com
6. Christopher E Lometti -clometti@cohenmilstein.com
7. John D Lowery -jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com
8. Douglas C McDermott -doug@mcdermottnewman.com,eric@mcdermottnewman.com
9. Bradley T. Meissner -bradley.meissner@dlapiper.com
10. Timothy Michael Moran - moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com
11. Walter W. Noss - wnoss@scott-scott.com,efile@scott-scott.com
12. Brian O. O'Mara -bomara@csgrr.com
13. Barry Robert Ostrager -bostrager@stblaw.com,managingclerk@stblaw.com
14. Kenneth J Pfaehler -kenneth.pfaehler@snrdenton.com,nicole.reeber@snrdenton.com
15. Daniel B Rehns -drehns@cohenmilstein.com,efilings@cohenmilstein.com
16. Kenneth M Rehns -krehns@cohenmilstein.com
17. Julie Goldsmith Reiser -jreiser@cohenmilstein.com
18. Serena Richardson -srichardson@labaton.com,ElectronicCaseFiling@labaton.com
19. Rogelio Omar Riojas - omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com
20. Darren J Robbins -e_file_sd@csgrr.com
21. Tammy Roy -troy@cahill.com
22. Joshua M. Rubins -jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com
23. Stephen M. Rummage -steverummage@dwt.com,jeannecadley@dwt.com
24. Hollis Lee Salzman -hsalzman@labaton.com,ElectronicCaseFiling@labaton.com
25. Paul Scarlato -pscarlato@labaton.com,ElectronicCaseFiling@labaton.com
26. Arthur L Shingler -ashingler@scott-scott.com,efile@scott-scott.com
27. Gavin Williams Skok -gskok@riddellwilliams.com,dhammonds@riddellwilliams.com
28. Richard A Speirs -rspeirs@cohenmilstein.com
29. Kim D Stephens - kstephens@tousley.com,wcruz@tousley.com,cbonifaci@tousley.com
30. Robert D Stewart -stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com
31. Janissa Ann Strabuk - jstrabuk@tousley.com,wcruz@tousley.com

*Declaration of Jee You Young C09-037 MJP - 8*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Steven J Toll -stoll@cohenmilstein.com,efilings@cohenmilstein.com
Mary Kay - Vyskocil mvyskocil@stblaw.com
Dennis H Walters -dwalters@karrtuttle.com,wbarker@karrtuttle.com
Adam Zurofsky -azurofsky@cahill.com

DATED this 26th day of July, 2011 at Seattle, Washington.

By   s/ Brian C. Free
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: bcf@hcmp.com

ND: 19719 002 4830-4627-0218v1

*Declaration of Jee You Young C09-037 MJP - 9*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789