The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DOCUMENTS FROM BOILERMAKERS NATIONAL ANNUITY TRUST** |

THIS MATTER came before the Court on Defendants' Motion to Compel Documents from Boilermakers National Annuity Trust ("Boilermakers") (filed July 26, 2011). After having considered the moving papers, and all other documents and evidence on record submitted in support of the Motion, and having been fully advised in these matters, and good cause appearing, the Court orders as follows:

Defendants' Motion is GRANTED.  Plaintiffs are hereby ordered to make a supplemental production of the following documents, and a privilege log, if necessary, no later than 1 month after this Order is entered by the Court:

.   (1) all documents, including e-mails and electronically-stored information ("ESI"), in

---

*[Proposed] Order Granting Defendants' Motion to Compel Documents from Boilermakers National Annuity Trust: (CV09-037 MJP) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1 | Boilermakers' custody and control, from its investment advisors regarding residential mortgage-backed securities, including all communications and reports;

    (2) all documents, including e-mails and ESI, in Boilermakers' custody and control responsive to Defendants' Request for Production Nos. 9, 10, 30;

    (3) all documents, including e-mails and ESI, in Boilermakers' custody and control responsive to Defendants' Request for Production Nos. 13 and 14;

    (4) all documents, including e-mails and ESI, in Boilermakers' custody and control responsive to Defendants' Request for Production Nos. 4, 8, 39 and 43;

    (5) all documents, including e-mails and ESI, in Boilermakers' custody and control responsive to Defendants' Request for Production No. 19.

DATED this ____ day of August, 2011.

_____
HONORABLE MARSHA J. PECHMAN

Presented By:

HILLIS CLARK MARTIN & PETERSON P.S.

By   *s/ Brian C. Free*
     Louis D. Peterson, WSBA #5776
     Brian C. Free, WSBA #35788
     Hillis Clark Martin & Peterson P.S.
     1221 Second Avenue, Suite 500
     Seattle WA 98101-2925
     Telephone: (206) 623-1745
     Facsimile: (206) 623-7789
     Email: ldp@hcmp.com; bcf@hcmp.com

*[Proposed] Order Granting Defendants' Motion to Compel Documents from Boilermakers National Annuity Trust: (CV09-037 MJP) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr -mbarr@sonnenschein.com

Walter Eugene Barton -
   gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman -
   steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

S Douglas Bunch -dbunch@cohenmilstein.com

Steven P Caplow -
   stevencaplow@dwt.com,patrickwatts@dwt.com,sheilarowden@dwt.com,jason
   Schattenkerk@dwt.com

Kevin P Chavous -kchavous@sonnenschein.com

James J. Coster -jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Hal D Cunningham -hcunningham@scott-
   scott.com,halcunningham@gmail.com,efile@scott-scott.com

Kerry F Cunningham -kerry.cunningham@dlapiper.com

Leslie D Davis -ldavis@sonnenschein.com

Corey E Delaney -
   corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@
   dlapiper.com,patrick.smith@dlapiper.com

Joshua S. Devore -jdevore@cohenmilstein.com,efilings@cohenmilstein.com

Joseph A. Fonti -jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Larry Steven Gangnes -
   gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-
   sea@lanepowell.com,donnellyjossm@lanepowell.com

Jonathan Gardner  jgardner@labaton.com

Joseph P Guglielmo -jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans -richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff -dhoff@tousley.com,efile@tousley.com

Julie Hwang -jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Geoffrey M Johnson - gjohnson@scott-scott.com,efile@scott-scott.com

Matthew B. Kaplan -mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

*[Proposed] Order Granting Defendants' Motion to Compel Documents from Boilermakers National Annuity Trust: (CV09-037 MJP) - 3*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

A/74455196.1

| | |
|---|---|
| 1 | Stellman Keehnel -stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com |
| 2 | Paul Joseph Kundtz - |
| 3 | pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com |
| 4 | Joel P Laitman -jlaitman@cohenmilstein.com |
| 5 | Bruce Earl Larson -blarson@karrtuttle.com,psteinfeld@karrtuttle.com |
| | Mike Liles , Jr-mliles@karrtuttle.com |
| 6 | Christopher E Lometti -clometti@cohenmilstein.com |
| 7 | John D Lowery -jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 8 | Douglas C McDermott -doug@mcdermottnewman.com,eric@mcdermottnewman.com |
| 9 | Bradley T. Meissner -bradley.meissner@dlapiper.com |
| | Timothy Michael Moran - |
| 10 | moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 11 | Walter W. Noss - wnoss@scott-scott.com,efile@scott-scott.com |
| 12 | Brian O. O'Mara -bomara@csgrr.com |
| | Barry Robert Ostrager -bostrager@stblaw.com,managingclerk@stblaw.com |
| 13 | Kenneth J Pfaehler -kenneth.pfaehler@snrdenton.com,nicole.reeber@snrdenton.com |
| 14 | Daniel B Rehns -drehns@cohenmilstein.com,efilings@cohenmilstein.com |
| 15 | Kenneth M Rehns -krehns@cohenmilstein.com |
| 16 | Julie Goldsmith Reiser -jreiser@cohenmilstein.com |
| | Serena Richardson -srichardson@labaton.com,ElectronicCaseFiling@labaton.com |
| 17 | Rogelio Omar Riojas - |
| 18 | omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com |
| 19 | Darren J Robbins -e_file_sd@csgrr.com |
| | Tammy Roy -troy@cahill.com |
| 20 | Joshua M. Rubins -jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com |
| 21 | Stephen M. Rummage -steverummage@dwt.com,jeannecadley@dwt.com |
| 22 | Hollis Lee Salzman -hsalzman@labaton.com,ElectronicCaseFiling@labaton.com |
| 23 | Paul Scarlato -pscarlato@labaton.com,ElectronicCaseFiling@labaton.com |
| | Arthur L Shingler -ashingler@scott-scott.com,efile@scott-scott.com |
| 24 | Gavin Williams Skok -gskok@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 25 | Richard A Speirs -rspeirs@cohenmilstein.com |
| 26 | Kim D Stephens - |
| | kstephens@tousley.com,wcruz@tousley.com,cbonifaci@tousley.com |
| 27 | Robert D Stewart -stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 28 | Janissa Ann Strabuk - jstrabuk@tousley.com,wcruz@tousley.com |

*[Proposed] Order Granting Defendants' Motion to Compel Documents from Boilermakers National Annuity Trust: (CV09-037 MJP) - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

A/74455196.1

1  Steven J Toll -stoll@cohenmilstein.com,efilings@cohenmilstein.com
2  Mary Kay - Vyskocil mvyskocil@stblaw.com
3  Dennis H Walters -dwalters@karrtuttle.com,wbarker@karrtuttle.com
   Adam Zurofsky -azurofsky@cahill.com
4
   DATED this 26th day of July, 20112011, at Seattle, Washington.
5
                                    By    s/ Brian C. Free
6                                         Brian C. Free, WSBA #35788
                                          1221 Second Avenue, Suite 500
7                                         Seattle WA 98101-2925
                                          Telephone: (206) 623-1745
8                                         Facsimile: (206) 623-7789
9                                         Email: bcf@hcmp.com

10  ND: 19719 002 4825-9669-3514v1

*[Proposed] Order Granting Defendants' Motion to Compel Documents from Boilermakers National Annuity Trust: (CV09-037 MJP) - 5*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

A/74455196.1