The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION, <br><br> This Document Relates to: ALL CASES | Master Case No. C09-037 MJP <br><br> [Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP] <br><br> **DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER** <br><br> **NOTE ON MOTION CALENDAR: AUGUST 5, 2011** |

*Defendants' Motion to Amend Scheduling Order (CV09-037 MJP) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

I.      INTRODUCTION

This Court's October 29, 2010, Scheduling Order (Dkt. No. 207, the "Scheduling Order") sets July 29, 2011, as the deadline for "substantial completion" of document production. Defendants WaMu Capital Corporation ("WCC") and WaMu Asset Acceptance Corp. ("WAAC") and third party JPMorgan Chase Bank, N.A. ("JPMorgan")[1] have worked diligently to comply with that deadline. As of July 29, WCC (which maintains documents responsive to Plaintiffs' document requests) and JPMorgan will have produced over 1.7 million documents, constituting over 12 million pages. Those productions have been made following extensive efforts by WCC and JPMorgan to search and review WCC's and Washington Mutual Bank's ("WMB") documents, including conducting electronic searches of terabytes of information, reviewing documents responsive to Plaintiffs' document requests over thousands of hours, screening the documents for privilege, and processing the responsive documents for production.

As a result of their efforts, WCC and JPMorgan identified and have begun processing and reviewing a sizeable amount of additional documents. WCC expects to produce an additional 55,000 documents by the middle of August—and it is continuing its efforts to search for, review and produce perhaps thousands of additional documents. JPMorgan likewise is continuing to produce documents. Although WCC and JPMorgan cannot estimate the yield from these ongoing efforts, given the volume of documents that must be reviewed, it

---

[1] In compliance with the Court's October 29, 2010 Scheduling Order which requires the parties to "work jointly with JPMorgan to obtain the documents Plaintiffs seek from J.P. Morgan" (10/29/10 Scheduling Order at 2), Defendants have been in close contact with counsel for JPMorgan to understand the status of its document production. Those discussions form the basis for Defendants' description of JPMorgan's production contained herein. (*See* Declaration of John D. Pernick in Support of Defs.' Mot. to Amend Scheduling Order, dated July 28, 2011 ("Pernick Decl.") ¶ 4.)

*Defendants' Motion to Amend Scheduling Order: (CV09-037 MJP) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

is fair to say that Defendants and JPMorgan will not be "substantially complete" with document production by July 29, 2011.  Accordingly, pursuant to Rule 16 of the Federal Rules of Civil Procedure, Defendants respectfully request that the Scheduling Order be amended to extend by sixty days the date for document production to be "substantially complete" and that certain other changes to the Scheduling Order be made to adjust for that change.  By this motion, Defendants are *not* seeking to extend the existing scheduled dates for dispositive motions or the September 17, 2012 trial date.

## II.   GOOD CAUSE EXISTS FOR AMENDMENT OF THE SCHEDULING ORDER

A scheduling order may be modified only "for good cause", Fed. R. Civ. P. 16(b)(4), "if it cannot reasonably be met despite the diligence of the party seeking the extension", Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment).  "In general, if the party seeking relief can show that the deadlines cannot reasonably be met despite the party's diligence, relief may be given."  Wright, Miller & Kane, *Federal Practice & Procedure* § 1522.2 (3d ed. 2011).

Here, Plaintiffs requested documents relating to two primary issues:  (a) the origination of loans underlying the residential mortgage-backed securities ("RMBS") at issue in this action, which are primarily in JPMorgan's custody; and (b) the process under which those loans were securitized and the RMBS were issued, which are primarily in WCC's custody.

The loans underlying the RMBS at issue were originated and initially serviced by Washington Mutual Bank ("WMB"). (Declaration of John D. Pernick In Support of Defs.' Mot. to Amend Scheduling Order, dated July 28, 2011 ("Pernick Decl.") ¶ 2.)  Documents relating to WMB's loan origination business and to the origination and servicing of the loans

*Defendants' Motion to Amend Scheduling Order: (CV09-037 MJP) - 3*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

at issue here are in JPMorgan's custody. (*Id.*) Those documents generally fall into four categories: (a) the origination files for the more than 14,000 loans underlying the RMBS at issue; (b) custodial documents (email and other records) of a group of 59 custodians whose data JPMorgan agreed to review and produce; (c) electronic records concerning the servicing of the loans (*e.g.*, notes of communications with borrowers regarding delinquencies, defaults, other and issues); and (d) documents JPMorgan previously produced in response to subpoenas from the Senate Permanent Subcommittee on Investigations (the "PSI"). (*Id.*) JPMorgan has already produced over 1.5 million documents which total over 9 million pages, including its production to the PSI and custodial documents. (Pernick Decl. ¶ 3.) By July 29, JPMorgan will have also produced over 75,000 documents totaling over 1 million pages in loan origination files. (*Id.*)

Despite having produced a substantial number of documents, JPMorgan will not have "substantially completed" document production by July 29. JPMorgan expects to complete production of the custodians' data in two weeks (*i.e.*, by August 12, 2011). (Pernick Decl. ¶ 4.) And although a large number of loan files will have been produced by July 29, 2011, that production will not be "substantially complete" for at least several more weeks. Among other things, although JPMorgan located electronic copies of documents for every origination file for every loan at issue, it is also searching for hard copies of those files in an abundance of caution. (*Id.*) In addition, JPMorgan is in the process of completing its search of the loan servicing system, and archives of information from that system, for servicing information related to the loans underlying the RMBS at issue. (*Id.*) This effort requires the assistance of third-party vendors, and JPMorgan hopes to substantially complete that effort by the end of September. (*Id.*)

*Defendants' Motion to Amend Scheduling Order: (CV09-037 MJP) - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Documents relating to the securitization process are in WCC's custody. (Pernick Decl. ¶ 5.) WCC has also already produced a large number of documents. WCC completed production of: (a) the offering documents relating to the securitizations, including, among other things, the Pooling and Servicing Agreements, the Mortgage Loan Purchase Agreements and the "loan tapes" (that provide detailed information about the loans in the securitization) on January 12, 2011; and (b) trading information about the RMBS at issue here on March 1, 2011. (*Id.*)  In addition, WCC searched its entire email archive (more than 30 million messages and 1 terabyte of compressed data) for communications and other documents relating to the offerings at issue. (Pernick Decl. ¶ 6.) The collection and review of those documents identified 115,000 likely responsive documents. (*Id.*) Approximately 60,000 of those documents, totaling well over 3 million pages, will have been produced by July 29, 2011. (*Id.*) The completion of the review (including privilege review) and production of responsive documents from the WCC email archive is expected to be substantially completed by August 12, 2011. (*Id.*)

WCC has identified an additional data set that may include responsive documents—data from its prior "shared drives" that contain documents WCC employees stored on WCC's servers. (Pernick Decl. ¶ 7.) WCC reviewed this "shared drive" data to ensure that all sources of potentially responsive documents were identified. During that process, WCC identified at least an additional half a terabyte of data that had been located in folders on its file servers that must be reviewed for responsiveness. (*Id.*) That data is now undergoing processing, review and procedures for production. WCC anticipates completing that review and production by the end of September. (*Id.*)

*Defendants' Motion to Amend Scheduling Order: (CV09-037 MJP) - 5*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Both WCC and JPMorgan have thus been working diligently to locate, review and produce documents responsive to Plaintiffs' document requests. WCC and JPMorgan, however, request an extension of the July 29, 2011, deadline based on the substantial number of potentially responsive documents for each of JPMorgan and WCC. Given the nearly complete absence of former WCC employees knowledgeable about the location and nature of WCC's documents, locating potentially responsive documents (electronic and otherwise), loading those documents for review, reviewing the documents (for responsiveness and privilege) and producing those documents has been simply more difficult and taken longer than expected. (Pernick Decl. ¶ 8.) The time required to produce WMB documents is further impacted by the fact that JPMorgan, which is now the custodian of those documents as a result of its having acquired certain WMB assets from the FDIC, had no prior involvement in WMB's business, as well as by the fact that virtually all of the WMB employees who were involved in the creation of potentially responsive documents have long since departed. (*Id.*) In addition, locating information relating to the origination of the over 14,000 loans in the six offerings at issue—as well as the securitization of those loans—has required collecting documents from various repositories—electronic and otherwise. (*Id.*) Despite WCC's and JPMorgan's efforts, they will need an additional two months to "substantially complete" production. (*Id.*)

Accordingly, as set forth in the proposed amended scheduled attached as Appendix A, Defendants propose a sixty day extension to the deadline for document production to be "substantially complete" (*i.e.*, September 30, 2011), and that the fact discovery cutoff be extended from December 1, 2011, to January 17, 2012. In addition, Defendants propose that the expert discovery schedule set forth in the Scheduling Order be modified to accommodate

*Defendants' Motion to Amend Scheduling Order: (CV09-037 MJP) - 6*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

the newly proposed fact discovery deadlines.  Defendants do not request any change in the schedule for summary judgment motions or trial—and do not believe that the changes requested by this motion should have any impact on the currently-scheduled trial date.

### III.  CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court amend the October 29, 2010 Scheduling Order to extend the deadline for document production to be "substantially complete" to September 30, 2011, for the Close of Fact Discovery to January 17, 2012, and to make additional corresponding changes as proposed in Appendix A attached hereto.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

*Defendants' Motion to Amend Scheduling Order:*
*(CV09-037 MJP) - 7*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1     DATED this 28th day of July, 2011.

                              HILLIS CLARK MARTIN & PETERSON P.S.

                By    s/ Brian C. Free
                       Louis D. Peterson, WSBA #5776
                       Brian C. Free, WSBA #35788
                       Hillis Clark Martin & Peterson P.S.
                       1221 Second Avenue, Suite 500
                       Seattle WA 98101-2925
                       Telephone:  (206) 623-1745
                       Facsimile:  (206) 623-7789
                       Email:  ldp@hcmp.com; bcf@hcmp.com

                                   OF COUNSEL
                            ADMITTED PRO HAC VICE
                           BINGHAM MCCUTCHEN LLP

| Theo J. Robins | David M. Balabanian |
| --- | --- |
| Bingham McCutchen LLP | John D. Pernick |
| 399 Park Avenue, | Jee Young You |
| New York, NY  10022-4689 | Frank Busch |
| Telephone: (212) 705-7000 | Bingham McCutchen LLP |
| Facsimile:  (212) 702-3680 | Three Embarcadero Center |
| Email:  theo.robins@bingham.com | San Francisco, CA  94111-4067 |
| | Telephone: (415) 393-2000 |
| | Facsimile:  (415) 393-2286 |
| | Email:  david.balabanian@bingham.com; |
| | john.pernick@bingham.com; |
| | jeeyoung.you@bingham.com |
| | frank.busch@bingham.com |

                               Attorneys for Defendants
WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck,
              Richard Careaga, Rolland Jurgens, and Diane Novak

*Defendants' Motion to Amend Scheduling Order: (CV09-037 MJP) - 8*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr -mbarr@sonnenschein.com

Walter Eugene Barton -
 gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman -
 steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

S Douglas Bunch -dbunch@cohenmilstein.com

Steven P Caplow -
 stevencaplow@dwt.com,patrickwatts@dwt.com,sheilarowden@dwt.com,jason
 Schattenkerk@dwt.com

Kevin P Chavous -kchavous@sonnenschein.com

James J. Coster -jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Hal D Cunningham -hcunningham@scott-
 scott.com,halcunningham@gmail.com,efile@scott-scott.com

Kerry F Cunningham -kerry.cunningham@dlapiper.com

Leslie D Davis -ldavis@sonnenschein.com

Corey E Delaney -
 corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@
 dlapiper.com,patrick.smith@dlapiper.com

Joshua S. Devore -jdevore@cohenmilstein.com,efilings@cohenmilstein.com

Joseph A. Fonti -jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Larry Steven Gangnes -
 gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-
 sea@lanepowell.com,donnellyjossm@lanepowell.com

Jonathan Gardner  jgardner@labaton.com

Joseph P Guglielmo -jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans -richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff -dhoff@tousley.com,efile@tousley.com

Julie Hwang -jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Geoffrey M Johnson - gjohnson@scott-scott.com,efile@scott-scott.com

Matthew B. Kaplan -mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Stellman Keehnel -stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com |
| 2 | Paul Joseph Kundtz - |
| 3 |     pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com |
| 4 | Joel P Laitman -jlaitman@cohenmilstein.com |
| 5 | Bruce Earl Larson -blarson@karrtuttle.com,psteinfeld@karrtuttle.com |
|   | Mike Liles , Jr-mliles@karrtuttle.com |
| 6 | Christopher E Lometti -clometti@cohenmilstein.com |
| 7 | John D Lowery -jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 8 | Douglas C McDermott -doug@mcdermottnewman.com,eric@mcdermottnewman.com |
|   | Bradley T. Meissner -bradley.meissner@dlapiper.com |
| 9 | Timothy Michael Moran - |
| 10 |     moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 11 | Brian O. O'Mara -bomara@csgrr.com |
| 12 | Barry Robert Ostrager -bostrager@stblaw.com,managingclerk@stblaw.com |
|   | Nancy A Pacharzina -npacharzina@tousley.com,mhottman@tousley.com |
| 13 | Kenneth J Pfaehler -kenneth.pfaehler@snrdenton.com,nicole.reeber@snrdenton.com |
| 14 | Daniel B Rehns -drehns@cohenmilstein.com,efilings@cohenmilstein.com |
| 15 | Kenneth M Rehns -krehns@cohenmilstein.com |
| 16 | Julie Goldsmith Reiser -jreiser@cohenmilstein.com |
|   | Serena Richardson -srichardson@labaton.com,ElectronicCaseFiling@labaton.com |
| 17 | Rogelio Omar Riojas - |
| 18 |     omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com |
| 19 | Darren J Robbins -e_file_sd@csgrr.com |
|   | Tammy Roy -troy@cahill.com |
| 20 | Joshua M. Rubins -jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com |
| 21 | Stephen M. Rummage -steverummage@dwt.com,jeannecadley@dwt.com |
| 22 | Hollis Lee Salzman -hsalzman@labaton.com,ElectronicCaseFiling@labaton.com |
| 23 | Paul Scarlato -pscarlato@labaton.com,ElectronicCaseFiling@labaton.com |
|   | Arthur L Shingler -ashingler@scott-scott.com,efile@scott-scott.com |
| 24 | Gavin Williams Skok -gskok@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 25 | Richard A Speirs -rspeirs@cohenmilstein.com |
| 26 | Kim D Stephens - |
|   |     kstephens@tousley.com,wcruz@tousley.com,cbonifaci@tousley.com |
| 27 | Robert D Stewart -stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 28 | Janissa Ann Strabuk - jstrabuk@tousley.com,wcruz@tousley.com |

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Steven J Toll -stoll@cohenmilstein.com,efilings@cohenmilstein.com

Mary Kay - Vyskocil mvyskocil@stblaw.com

Dennis H Walters -dwalters@karrtuttle.com,wbarker@karrtuttle.com

Adam Zurofsky -azurofsky@cahill.com

DATED this 28th day of July, 2011 at Seattle, Washington.

> By   s/ Brian C. Free          
>       Brian C. Free, WSBA #35788
>       1221 Second Avenue, Suite 500
>       Seattle WA 98101-2925
>       Telephone:  (206) 623-1745
>       Facsimile:  (206) 623-7789
>       Email:  bcf@hcmp.com

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789