The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**DECLARATION OF JOHN D. PERNICK IN SUPPORT OF DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 5, 2011** |

I, John D. Pernick, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law licensed to practice in the State of California. I am a member of the firm of Bingham McCutchen LLP, counsel of record for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck, Diane Novak, Richard Careaga and Rolland Jurgens (collectively, "Defendants") in this action. By virtue of my representation of Defendants in this matter, I have personal knowledge of the facts set

---

*Declaration of John D. Pernick in Support of Defendants' Motion to Amend Scheduling Order: (CV09-037 MJP) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

forth below, or knowledge based on information and belief, and could and would testify competently to those facts if called to do so.

2. The loans underlying the RMBS at issue were originated and initially serviced by Washington Mutual Bank ("WMB"). Documents relating to WMB's loan origination business and to the origination and servicing of the loans at issue here are in JPMorgan's custody. Those documents generally fall into four categories: (a) the origination files for the more than 14,000 loans underlying the RMBS at issue; (b) custodial documents (email and other records) of a group of 59 custodians whose data JPMorgan agreed to review and produce; (c) electronic records concerning the servicing of the loans (*e.g.*, notes of communications with borrowers regarding delinquencies, defaults, other and issues); and (d) documents JPMorgan previously produced in response to subpoenas from the Senate Permanent Subcommittee on Investigations (the "PSI").

3. JPMorgan has already produced over 1.5 million documents which total over 9 million pages from its production to the PSI and custodial documents. By July 29, JPMorgan will have also produced over 75,000 documents totaling over 1 million pages in loan origination files.

4. I have had communications with counsel for JPMorgan from the Sidley and Austin firm regarding the status of JPMorgan's production. Matthew Jackson of Sidley and Austin has informed me that, despite having produced a substantial number of documents. JPMorgan expects to complete production of the custodians' data in two weeks (*i.e.*, by August 12, 2011). And although a large number of loan files will have been produced by July 29, 2011, that production will not be "substantially complete" for at least several more weeks. Among other things, although JPMorgan located electronic copies of documents for

*Declaration of John D. Pernick in Support of Defendants' Motion to Amend Scheduling Order: (CV09-037 MJP) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

every origination file for every loan at issue, it is also searching for hard copies of those files in an abundance of caution. In addition, JPMorgan is in the process of completing its search of the loan servicing system, and archives of information from that system, for servicing information related to the loans underlying the RMBS at issue. This effort requires the assistance of third-party vendors, and Mr. Jackson informed me that JPMorgan hopes to substantially complete that effort by the end of September.

5. Documents relating to the securitization process are in WCC's custody. WCC completed production of: (a) the offering documents relating to the securitizations, including, among other things, the Pooling and Servicing Agreements, the Mortgage Loan Purchase Agreements and the "loan tapes" (that provide detailed information about the loans in the securitization) on January 12, 2011; and (b) trading information about the RMBS at issue here on March 1, 2011.

6. In addition, WCC searched its entire email archive (more than 30 million messages and 1 terabyte of compressed data) for communications and other documents relating to the offerings at issue. The collection and review of those documents identified 115,000 likely responsive documents. Approximately 60,000 of those documents, totaling well over 3 million pages, will have been produced by July 29, 2011. The completion of the review (including privilege review) and production of responsive documents from the WCC email archive is expected to be substantially completed by August 12, 2011.

7. WCC has identified an additional data set that may include responsive documents—data from its prior "shared drives" that contain documents WCC employees stored on WCC's servers. WCC reviewed this "shared drive" data to ensure that all sources of potentially responsive documents were identified. During that process, WCC identified at

*Declaration of John D. Pernick in Support of Defendants' Motion to Amend Scheduling Order: (CV09-037 MJP) - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

least an additional half a terabyte of data that had been located in folders on its file servers that must be reviewed for responsiveness. That data is now undergoing processing, review and procedures for production. WCC anticipates completing that review and production by the end of September.

8. Given the nearly complete absence of former WCC employees knowledgeable about the location and nature of WCC's documents, locating potentially responsive documents (electronic and otherwise), loading those documents for review, reviewing the documents (for responsiveness and privilege) and producing those documents has been simply more difficult and taken longer than expected. The time required to produce WMB documents is further impacted by the fact that JPMorgan, which is now the custodian of those documents as a result of its having acquired certain WMB assets from the FDIC, had no prior involvement in WMB's business, as well as by the fact that virtually all of the WMB employees who were involved in the creation of potentially responsive documents have long since departed. In addition, locating information relating to the origination of the over 14,000 loans in the six offerings at issue—as well as the securitization of those loans—has required collecting documents from various repositories—electronic and otherwise. Despite WCC's and JPMorgan's efforts, they will need an additional two months to "substantially complete" production.

EXECUTED this 28th day of July, 2011, at San Francisco, California.

By:     */ s / John D. Pernick*
            John D. Pernick

*Declaration of John D. Pernick in Support of Defendants' Motion to Amend Scheduling Order: (CV09-037 MJP) - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr -mbarr@sonnenschein.com

Walter Eugene Barton -
 gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman -
 steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

S Douglas Bunch -dbunch@cohenmilstein.com

Steven P Caplow -
 stevencaplow@dwt.com,patrickwatts@dwt.com,sheilarowden@dwt.com,jason Schattenkerk@dwt.com

Kevin P Chavous -kchavous@sonnenschein.com

James J. Coster -jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Hal D Cunningham -hcunningham@scott-
 scott.com,halcunningham@gmail.com,efile@scott-scott.com

Kerry F Cunningham -kerry.cunningham@dlapiper.com

Leslie D Davis -ldavis@sonnenschein.com

Corey E Delaney -
 corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joshua S. Devore -jdevore@cohenmilstein.com,efilings@cohenmilstein.com

Joseph A. Fonti -jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Larry Steven Gangnes -
 gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-sea@lanepowell.com,donnellyjossm@lanepowell.com

Jonathan Gardner  jgardner@labaton.com

Joseph P Guglielmo -jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans -richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff -dhoff@tousley.com,efile@tousley.com

Julie Hwang -jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Geoffrey M Johnson - gjohnson@scott-scott.com,efile@scott-scott.com

Matthew B. Kaplan -mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Stellman Keehnel -stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com |
| 2 | Paul Joseph Kundtz - |
| 3 | pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com |
| 4 | Joel P Laitman -jlaitman@cohenmilstein.com |
| 5 | Bruce Earl Larson -blarson@karrtuttle.com,psteinfeld@karrtuttle.com |
| | Mike Liles , Jr-mliles@karrtuttle.com |
| 6 | Christopher E Lometti -clometti@cohenmilstein.com |
| 7 | John D Lowery -jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 8 | Douglas C McDermott -doug@mcdermottnewman.com,eric@mcdermottnewman.com |
| 9 | Bradley T. Meissner -bradley.meissner@dlapiper.com |
| | Timothy Michael Moran - |
| 10 | moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 11 | Brian O. O'Mara -bomara@csgrr.com |
| 12 | Barry Robert Ostrager -bostrager@stblaw.com,managingclerk@stblaw.com |
| | Nancy A Pacharzina -npacharzina@tousley.com,mhottman@tousley.com |
| 13 | Kenneth J Pfaehler -kenneth.pfaehler@snrdenton.com,nicole.reeber@snrdenton.com |
| 14 | Daniel B Rehns -drehns@cohenmilstein.com,efilings@cohenmilstein.com |
| 15 | Kenneth M Rehns -krehns@cohenmilstein.com |
| 16 | Julie Goldsmith Reiser -jreiser@cohenmilstein.com |
| | Serena Richardson -srichardson@labaton.com,ElectronicCaseFiling@labaton.com |
| 17 | Rogelio Omar Riojas - |
| 18 | omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com |
| 19 | Darren J Robbins -e_file_sd@csgrr.com |
| | Tammy Roy -troy@cahill.com |
| 20 | Joshua M. Rubins -jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com |
| 21 | Stephen M. Rummage -steverummage@dwt.com,jeannecadley@dwt.com |
| 22 | Hollis Lee Salzman -hsalzman@labaton.com,ElectronicCaseFiling@labaton.com |
| 23 | Paul Scarlato -pscarlato@labaton.com,ElectronicCaseFiling@labaton.com |
| | Arthur L Shingler -ashingler@scott-scott.com,efile@scott-scott.com |
| 24 | Gavin Williams Skok -gskok@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 25 | Richard A Speirs -rspeirs@cohenmilstein.com |
| 26 | Kim D Stephens - |
| | kstephens@tousley.com,wcruz@tousley.com,cbonifaci@tousley.com |
| 27 | Robert D Stewart -stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 28 | Janissa Ann Strabuk - jstrabuk@tousley.com,wcruz@tousley.com |

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Steven J Toll -stoll@cohenmilstein.com,efilings@cohenmilstein.com
2  Mary Kay - Vyskocil mvyskocil@stblaw.com
3  Dennis H Walters -dwalters@karrtuttle.com,wbarker@karrtuttle.com
4  Adam Zurofsky -azurofsky@cahill.com

DATED this 28th day of July, 2011 at Seattle, Washington.

By     s/ Brian C. Free
       Brian C. Free, WSBA #35788
       1221 Second Avenue, Suite 500
       Seattle WA 98101-2925
       Telephone:  (206) 623-1745
       Facsimile:  (206) 623-7789
       Email:  bcf@hcmp.com

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789