The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**[PROPOSED] AMENDED SCHEDULING ORDER** |

The Court, having considered Defendants' motion to amend the Scheduling Order, and good cause appearing therefore, the Schedule for this Case is hereby amended as follows:

| Event | Original Date | Amended Date |
|---|---|---|
| Initial Disclosures | 11/11/2010 | |
| Answer to Complaint | 12/15/2010 | |
| Motion for Class Certification | 02/11/2011 | 03/11/2011 |
| Response to Motion for Class Certification | 03/25/2011 | 06/22/2011 |
| Reply for Motion for Class Certification | 04/29/2011 | 08/26/2011[1] |
| Document Production Substantially Complete | 07/29/2011 | 09/30/2011 |
| Close of Fact Discovery | 12/01/2011 | 01/17/2012 |
| Last Day to File Fact Discovery | 12/15/2011 | 01/31/2012 |

---

[1] Dates for Class Certification Briefing were changed by prior Court orders.

*Amended Scheduling Order: (CV09-037 MJP) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | | |
|---|---|---|
| Motions | | |
| Deadline for Amending any Pleadings | 01/07/2012 | 02/14/2012 |
| Exchange of Merits Expert Reports | 01/21/2012 | 02/14/2012 |
| Exchange Rebuttal Merits Expert Reports | 02/18/2012 | 03/13/2012 |
| Close of Expert Discovery (except for discovery motions) | 03/16/2012 | 04/03/2012 |
| Deadline for Expert Discovery Motions to be Filed | 03/23/2012 | 04/10/2012 |
| Motions for Summary Judgment | 04/13/2012 | |
| Responses to Motions for Summary Judgment | 05/11/2012 | |
| Replies in Support of Motions for Summary Judgment | 05/25/2012 | |
| Filing of Motions in Limine | 07/01/2012 | |
| Lodging Date for Proposed Pretrial Order | 07/15/2012 | |
| Parties Designate Trial Counsel | 07/15/2012 | |
| Final Pretrial Order | 09/05/2012 | |
| Trial Briefs, Jury Instructions, and Trial Exhibits Due | 09/07/2012 | |
| Pre-Trial Conference | 09/11/2012 at 1:30 p.m. | |
| Trial Date | 09/17/2012 at 9 a.m. | |

These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.

The Clerk is directed to send a copy of this order to all counsel of record.

DATED this _____ day of _____, 2011.

_____
Judge Marsha J. Pechman

*Amended Scheduling Order: (CV09-037 MJP) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Presented By:

2  HILLIS CLARK MARTIN & PETERSON P.S.

3
   By   *s/ Brian C. Free*
4       Louis D. Peterson, WSBA #5776
        Brian C. Free, WSBA #35788
5       Hillis Clark Martin & Peterson P.S.
        1221 Second Avenue, Suite 500
6       Seattle WA 98101-2925
        Telephone: (206) 623-1745
7       Facsimile: (206) 623-7789
        Email: ldp@hcmp.com; bcf@hcmp.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Amended Scheduling Order: (CV09-037 MJP) - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr -mbarr@sonnenschein.com

Walter Eugene Barton -
gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman -
steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

S Douglas Bunch -dbunch@cohenmilstein.com

Steven P Caplow -
stevencaplow@dwt.com,patrickwatts@dwt.com,sheilarowden@dwt.com,jason Schattenkerk@dwt.com

Kevin P Chavous -kchavous@sonnenschein.com

James J. Coster -jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Hal D Cunningham -hcunningham@scott-scott.com,halcunningham@gmail.com,efile@scott-scott.com

Kerry F Cunningham -kerry.cunningham@dlapiper.com

Leslie D Davis -ldavis@sonnenschein.com

Corey E Delaney -
corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joshua S. Devore -jdevore@cohenmilstein.com,efilings@cohenmilstein.com

Joseph A. Fonti -jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Larry Steven Gangnes -
gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-sea@lanepowell.com,donnellyjossm@lanepowell.com

Jonathan Gardner  jgardner@labaton.com

Joseph P Guglielmo -jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans -richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff -dhoff@tousley.com,efile@tousley.com

Julie Hwang -jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Geoffrey M Johnson - gjohnson@scott-scott.com,efile@scott-scott.com

Matthew B. Kaplan -mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Stellman Keehnel -stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com |
| 2 | Paul Joseph Kundtz - |
| 3 | pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com |
| 4 | Joel P Laitman -jlaitman@cohenmilstein.com |
| 5 | Bruce Earl Larson -blarson@karrtuttle.com,psteinfeld@karrtuttle.com |
| | Mike Liles , Jr-mliles@karrtuttle.com |
| 6 | Christopher E Lometti -clometti@cohenmilstein.com |
| 7 | John D Lowery -jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 8 | Douglas C McDermott -doug@mcdermottnewman.com,eric@mcdermottnewman.com |
| 9 | Bradley T. Meissner -bradley.meissner@dlapiper.com |
| 10 | Timothy Michael Moran - moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 11 | Brian O. O'Mara -bomara@csgrr.com |
| 12 | Barry Robert Ostrager -bostrager@stblaw.com,managingclerk@stblaw.com |
| 13 | Nancy A Pacharzina -npacharzina@tousley.com,mhottman@tousley.com |
| | Kenneth J Pfaehler -kenneth.pfaehler@snrdenton.com,nicole.reeber@snrdenton.com |
| 14 | Daniel B Rehns -drehns@cohenmilstein.com,efilings@cohenmilstein.com |
| 15 | Kenneth M Rehns -krehns@cohenmilstein.com |
| 16 | Julie Goldsmith Reiser -jreiser@cohenmilstein.com |
| 17 | Serena Richardson -srichardson@labaton.com,ElectronicCaseFiling@labaton.com |
| 18 | Rogelio Omar Riojas - omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com |
| 19 | Darren J Robbins -e_file_sd@csgrr.com |
| 20 | Tammy Roy -troy@cahill.com |
| | Joshua M. Rubins -jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com |
| 21 | Stephen M. Rummage -steverummage@dwt.com,jeannecadley@dwt.com |
| 22 | Hollis Lee Salzman -hsalzman@labaton.com,ElectronicCaseFiling@labaton.com |
| 23 | Paul Scarlato -pscarlato@labaton.com,ElectronicCaseFiling@labaton.com |
| 24 | Arthur L Shingler -ashingler@scott-scott.com,efile@scott-scott.com |
| 25 | Gavin Williams Skok -gskok@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 26 | Richard A Speirs -rspeirs@cohenmilstein.com |
| | Kim D Stephens - kstephens@tousley.com,wcruz@tousley.com,cbonifaci@tousley.com |
| 27 | Robert D Stewart -stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 28 | Janissa Ann Strabuk - jstrabuk@tousley.com,wcruz@tousley.com |

*Certificate of Service - (CV09-037 MJP)*   **HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Steven J Toll -stoll@cohenmilstein.com,efilings@cohenmilstein.com
2  Mary Kay - Vyskocil mvyskocil@stblaw.com
3  Dennis H Walters -dwalters@karrtuttle.com,wbarker@karrtuttle.com
4  Adam Zurofsky -azurofsky@cahill.com

D<small>ATED</small> this 28th day of July, 2011 at Seattle, Washington.

By     s/ Brian C. Free
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  bcf@hcmp.com

*Certificate of Service - (CV09-037 MJP)*

**H**ILLIS **C**LARK **M**ARTIN & **P**ETERSON **P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789