The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**PRAECIPE TO DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER** |

*Praecipe to Defendants' Motion to Amend Scheduling Order: (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  In Defendants' Motion to Amend Scheduling Order (Dkt. No. 287, the "Motion"), the

2  Conclusion stated as follows:

3
4  For the foregoing reasons, Defendants respectfully request that the Court amend
   the October 29, 2010 Scheduling Order . . . to make additional corresponding
5  changes as proposed in Appendix A attached hereto.

6  The Motion did not present an appendix. The Motion should be amended to read:

7  For the foregoing reasons, Defendants respectfully request that the Court amend
   the October 29, 2010 Scheduling Order . . . to make additional corresponding
8  changes as set forth in Defendants' proposed order.

9
10  DATED this 29th day of July, 2011.

11                                              HILLIS CLARK MARTIN & PETERSON P.S.

12                                      By      s/ Brian C. Free
                                                Louis D. Peterson, WSBA #5776
13                                              Brian C. Free, WSBA #35788
                                                Hillis Clark Martin & Peterson P.S.
14                                              1221 Second Avenue, Suite 500
                                                Seattle WA 98101-2925
15                                              Telephone: (206) 623-1745
                                                Facsimile: (206) 623-7789
16                                              Email: ldp@hcmp.com; bcf@hcmp.com
17                                          OF COUNSEL
                                       ADMITTED PRO HAC VICE
18                                     BINGHAM MCCUTCHEN LLP
19  Theo J. Robins                            David M. Balabanian
20  Bingham McCutchen LLP                     John D. Pernick
    399 Park Avenue,                          Jee Young You
21  New York, NY 10022-4689                   Frank Busch
22  Telephone: (212) 705-7000                 Bingham McCutchen LLP
    Facsimile: (212) 702-3680                 Three Embarcadero Center
23  Email: theo.robins@bingham.com            San Francisco, CA 94111-4067
                                              Telephone: (415) 393-2000
24                                            Facsimile: (415) 393-2286
25                                            Email: david.balabanian@bingham.com;
                                              john.pernick@bingham.com;
26                                            jeeyoung.you@bingham.com
                                              frank.busch@bingham.com
27                                   Attorneys for Defendants
28       WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck,
              Richard Careaga, Rolland Jurgens, and Diane Novak

*Praecipe to Defendants' Motion to Amend Scheduling*           **HILLIS CLARK MARTIN & PETERSON P.S.**
*Order: (CV09-037 MJP) - 1*                                    1221 Second Avenue, Suite 500
                                                               Seattle, Washington 98101-2925
                                                               Telephone: (206) 623-1745
                                                               Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr -mbarr@sonnenschein.com

Walter Eugene Barton - gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman - steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

S Douglas Bunch -dbunch@cohenmilstein.com

Steven P Caplow - stevencaplow@dwt.com,patrickwatts@dwt.com,sheilarowden@dwt.com,jasonSchattenkerk@dwt.com

Kevin P Chavous -kchavous@sonnenschein.com

James J. Coster -jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Hal D Cunningham -hcunningham@scott-scott.com,halcunningham@gmail.com,efile@scott-scott.com

Kerry F Cunningham -kerry.cunningham@dlapiper.com

Leslie D Davis -ldavis@sonnenschein.com

Corey E Delaney - corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joshua S. Devore -jdevore@cohenmilstein.com,efilings@cohenmilstein.com

Joseph A. Fonti -jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Larry Steven Gangnes - gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-sea@lanepowell.com,donnellyjossm@lanepowell.com

Jonathan Gardner  jgardner@labaton.com

Joseph P Guglielmo -jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans -richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff -dhoff@tousley.com,efile@tousley.com

Julie Hwang -jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Geoffrey M Johnson - gjohnson@scott-scott.com,efile@scott-scott.com

Matthew B. Kaplan -mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

Stellman Keehnel -stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

---

*Praecipe to Defendants' Opposition to Plaintiffs' Motion for Class Certification: (CV09-037 MJP) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Paul Joseph Kundtz - |
| 2 | pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com |
| 3 | Joel P Laitman -jlaitman@cohenmilstein.com |
| 4 | Bruce Earl Larson -blarson@karrtuttle.com,psteinfeld@karrtuttle.com |
| 5 | Mike Liles , Jr-mliles@karrtuttle.com |
| | Christopher E Lometti -clometti@cohenmilstein.com |
| 6 | John D Lowery -jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 7 | Douglas C McDermott -doug@mcdermottnewman.com,eric@mcdermottnewman.com |
| 8 | Bradley T. Meissner -bradley.meissner@dlapiper.com |
| 9 | Timothy Michael Moran -moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| | Walter W. Noss - wnoss@scott-scott.com,efile@scott-scott.com |
| 10 | Brian O. O'Mara -bomara@csgrr.com |
| 11 | Barry Robert Ostrager -bostrager@stblaw.com,managingclerk@stblaw.com |
| 12 | Kenneth J Pfaehler -kenneth.pfaehler@snrdenton.com,nicole.reeber@snrdenton.com |
| 13 | Daniel B Rehns -drehns@cohenmilstein.com,efilings@cohenmilstein.com |
| | Kenneth M Rehns -krehns@cohenmilstein.com |
| 14 | Julie Goldsmith Reiser -jreiser@cohenmilstein.com |
| 15 | Serena Richardson -srichardson@labaton.com,ElectronicCaseFiling@labaton.com |
| 16 | Rogelio Omar Riojas - |
| 17 | omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com |
| | Darren J Robbins -e_file_sd@csgrr.com |
| 18 | Tammy Roy -troy@cahill.com |
| 19 | Joshua M. Rubins -jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com |
| 20 | Stephen M. Rummage -steverummage@dwt.com,jeannecadley@dwt.com |
| 21 | Hollis Lee Salzman -hsalzman@labaton.com,ElectronicCaseFiling@labaton.com |
| | Paul Scarlato -pscarlato@labaton.com,ElectronicCaseFiling@labaton.com |
| 22 | Arthur L Shingler -ashingler@scott-scott.com,efile@scott-scott.com |
| 23 | Gavin Williams Skok -gskok@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 24 | Richard A Speirs -rspeirs@cohenmilstein.com |
| | Kim D Stephens -kstephens@tousley.com,wcruz@tousley.com,cbonifaci@tousley.com |
| 25 | Robert D Stewart -stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 26 | Janissa Ann Strabuk - jstrabuk@tousley.com,wcruz@tousley.com |
| 27 | Steven J Toll -stoll@cohenmilstein.com,efilings@cohenmilstein.com |
| 28 | Mary Kay - Vyskocil mvyskocil@stblaw.com |

*Praecipe to Defendants' Opposition to Plaintiffs' Motion for Class Certification: (CV09-037 MJP) - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Dennis H Walters -dwalters@karrtuttle.com,wbarker@karrtuttle.com

Adam Zurofsky -azurofsky@cahill.com

DATED this 29th day of July, 2011 at Seattle, Washington.

> By  s/ Brian C. Free
> Brian C. Free, WSBA #35788
> 1221 Second Avenue, Suite 500
> Seattle WA 98101-2925
> Telephone:  (206) 623-1745
> Facsimile:  (206) 623-7789
> Email:  bcf@hcmp.com

ND: 19719.002 4842-3856-8970v1

---

*Praecipe to Defendants' Opposition to Plaintiffs' Motion for Class Certification: (CV09-037 MJP) - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789