HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**DECLARATION OF JOSEPH P. GUGLIELMO IN OPPOSITION TO DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER**<br><br>**NOTED ON MOTION CALENDAR: August 5, 2011** |

I submit this Declaration in opposition to Defendants' motion to amend scheduling order.

1. Specifically, Plaintiffs object to the length of and the prejudice that the requested extension of time will have on Plaintiffs' ability to litigate the case and complete fact discovery by December 1, 2011. Moreover, Defendants' delays in producing these and other documents has already required Plaintiffs to adjourn and reschedule a number of depositions.

2. Defendants seek an additional two months to produce documents. However, their request will cause significant delay to Plaintiffs and limit Plaintiffs' time to conduct a meaningful review of Defendants' production and will likewise limit and delay Plaintiffs' ability to take depositions.

DECLARATION OF JOSEPH P. GUGLIELMO IN OPPOSITION
TO DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER- 3
(NO. 2:09-CV-0037-MJP
4898/001/246260.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

3. Defendants' request of a two-month extension will delay Plaintiffs from taking any substantive depositions until October – significantly shortening Plaintiffs' time to conduct discovery and leaving Plaintiffs with just three months to review all of the millions of pages of documents produced by Defendants and complete all of the fact depositions.

4. Indeed, Defendants in their request do not tell this Court that they failed to identify, locate and begin the process of identifying WaMu Capital Corporation ("WCC") documents until recently. It was not until a July 19, 2011 telephone call that Josh Devore of Cohen Milstein and I had with Defendants that they disclosed they had not yet even determined how to locate responsive documents on WCC's main shared computer drive and that they were unable to anticipate the volume of responsive documents on that shared drive.

5. During the July 19 call, Defendants suggested they would need additional time to complete document production, and even then suggested that it was only a matter of a few weeks' delay. During that call, Plaintiffs told Defendants that they were reluctant to consent to any extension and that Defendants should file a motion at that time to seek an extension. Following the call, Plaintiffs offered a two-week extension, until August 12, 2011, to complete discovery so that there would be no other modifications to the scheduling order.

6. Defendants waited until the day before the deadline to propose a modified schedule of the form they propose in their motion.

7. To the extent that JPMorgan Chase has sought an extension, we understand that Chase has stated that it can complete its production by August 12, 2011, and Plaintiffs previously offered to discuss a separate extension with Chase.

8. Defendants have been in the possession of document requests since approximately October of 2010, and they have provided no basis for why they have only recently begun to identify and locate documents from WCC.

9. On March 24, 2011, Plaintiffs served a 30(b)(6) deposition notice concerning the identification of documents and the process by which Defendants securitized the loans

DECLARATION OF JOSEPH P. GUGLIELMO IN OPPOSITION
TO DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER- 3
(NO. 2:09-CV-0037-MJP
4898/001/246260.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  and ultimately sold the Certificates to Plaintiffs and other class members. Defendants asked
2  to reschedule the deposition numerous times due to their delays in producing their
3  documents. Most recently, Defendants had agreed to schedule this deposition for August 11,
4  2011, but have now cancelled the deposition due to their failure to identify and timely
5  produce responsive documents.

6      10.    Plaintiffs believe that Defendants should be required to complete their
7  document production now and have offered Defendants until August 12 to complete their
8  document production.

9      11.    Defendants propose postponing the close of fact discovery from December 1
10  until only January 17, 2012, effectively shortening Plaintiffs' time to conduct deposition
11  discovery by more than a month. Also, Defendants propose extending the deadline for
12  amending pleadings by *only 38 days*, which effectively reduces Plaintiffs' time to amend
13  their pleadings by nearly one month. Defendants' proposal will also effectively reduce
14  Plaintiffs' time for preparation of merit expert reports for exchange by 39 days and
15  effectively reduce Plaintiffs' time for expert discovery by 45 days.

16      12.    Defendants' proposal does not change at all for the deadline for Plaintiffs'
17  response to any summary judgment motion filed by Defendants, reducing Plaintiffs' time to
18  prepare their case to respond to any such motion by 63 days – or two months.

19      13.    Defendants have timely produced less than 2 million pages of documents (and
20  in violation of the current scheduling order, an additional 700,000 pages of documents on
21  August 1).

22      14.    Attached hereto as Exhibit A is a true and correct copy of a July 28, 2011
23  email from John Pernick to me and Josh Devore.

24      15.    Attached hereto as Exhibit B is a true and correct copy of Josh Devore's July
25  28 response to Mr. Pernick's email.

26  ///

27  ///

DECLARATION OF JOSEPH P. GUGLIELMO IN OPPOSITION
TO DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER- 3
(NO. 2:09-CV-0037-MJP
4898/001/246260.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  I declare under penalty of perjury that the foregoing facts are true and correct and that
2  this declaration was executed on August 3, 2011.
3  Dated: August 3, 2011

                SCOTT+SCOTT LLP

                By: */s/ Joseph P. Guglielmo*
                Joseph P. Guglielmo
                500 Fifth Avenue
                40th Floor
                New York, NY 10110

DECLARATION OF JOSEPH P. GUGLIELMO IN OPPOSITION
TO DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER- 3
(NO. 2:09-CV-0037-MJP)
4898/001/246260.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Adam Zurofsky     azurofsky@cahill.com

Arthur L Shingler     ashingler@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager     bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner     bradley.meissner@dlapiper.com

Brian C Free     bcf@hcmp.com, gcp@hcmp.com

Brian O. O'Mara     bomara@csgrr.com

Bruce Earl Larson     blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti     clometti@cohenmilstein.com

Corey E Delaney     corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel B Rehns     drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins     e_file_sd@csgrr.com

David Daniel Hoff     dhoff@tousley.com, efile@tousley.com

David M Balabanian     david.balabanian@bingham.com

Dennis H Walters     dwalters@karrtuttle.com, wbarker@karrtuttle.com

Douglas C McDermott     doug@mcdermottnewman.com, eric@mcdermottnewman.com

Floyd Abrams     fabrams@cahill.com

Frank Busch     frank.busch@bingham.com, frank.downing@bingham.com

Gavin Williams Skok     gskok@riddellwilliams.com, lmoore@riddellwilliams.com

DECLARATION OF JOSEPH P. GUGLIELMO IN OPPOSITION
TO DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER- 3
(NO. 2:09-CV-0037-MJP
4898/001/246260.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Geoffrey M Johnson     gjohnson@scott-scott.com, efile@scott-scott.com |
| 2 | Hal D Cunningham     hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com |
| 3 | |
| 4 | Hollis Lee Salzman (Terminated)     hsalzman@labaton.com, ElectronicCaseFiling@labaton.com |
| 5 | James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 6 | Janissa Ann Strabuk     jstrabuk@tousley.com, wcruz@tousley.com |
| 7 | |
| 8 | Jee Young You     jeeyoung.you@bingham.com |
| 9 | Joel P Laitman     jlaitman@cohenmilstein.com |
| 10 | John D Lowery     jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 11 | John D Pernick     john.pernick@bingham.com |
| 12 | Jonathan Gardner     jgardner@labaton.com |
| 13 | Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com |
| 14 | Joseph A. Fonti (Terminated)     jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 15 | |
| 16 | Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 17 | Joshua S. Devore     jdevore@cohenmilstein.com, efilings@cohenmilstein.com |
| 18 | Julie Goldsmith Reiser     jreiser@cohenmilstein.com |
| 19 | Julie Hwang (Terminated)     jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 20 | Kenneth J Pfaehler     kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 21 | |
| 22 | Kenneth M Rehns     krehns@cohenmilstein.com |
| 23 | Kerry F Cunningham     kerry.cunningham@dlapiper.com |
| 24 | Kevin P Chavous     kchavous@sonnenschein.com |
| 25 | Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com |
| 26 | Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com |
| 27 | |

DECLARATION OF JOSEPH P. GUGLIELMO IN OPPOSITION
TO DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER- 3
(NO. 2:09-CV-0037-MJP
4898/001/246260.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  Leslie D Davis     ldavis@sonnenschein.com

2  Louis David Peterson     ldp@hcmp.com, smp@hcmp.com

3  Mary Kay Vyskocil     mvyskocil@stblaw.com

4  Matthew B. Kaplan     mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

5  Michael H. Barr     mbarr@sonnenschein.com

6  Mike Liles , Jr     mliles@karrtuttle.com

7
8  Nancy A Pacharzina (Terminated)     npacharzina@tousley.com, mhottman@tousley.com

9  Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

10  Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

11
12  Richard A Speirs     rspeirs@cohenmilstein.com

13  Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

14  Robert D Stewart     stewart@kiplinglawgroup.com

15  Rogelio Omar Riojas     omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

16
17  S Douglas Bunch     dbunch@cohenmilstein.com

18  Serena Richardson (Terminated)     srichardson@labaton.com, ElectronicCaseFiling@labaton.com

19
20  Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

21  Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

22
23  Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

24  Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com

25  Steven P Caplow     stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

26
27  Steven W Fogg     sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com

DECLARATION OF JOSEPH P. GUGLIELMO IN OPPOSITION
TO DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER- 3
(NO. 2:09-CV-0037-MJP
4898/001/246260.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Susan L Hoffman     susan.hoffman@bingham.com |
| 2 | |
| | Tammy Roy     troy@cahill.com |
| 3 | |
| | Theo J. Robins     theo.robins@bingham.com |
| 4 | |
| 5 | Timothy Michael Moran     moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 6 | Walter Eugene Barton     gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com |
| 7 | |
| 8 | Walter W. Noss     wnoss@scott-scott.com, efile@scott-scott.com |
| 9 | **2:09-cv-00037-MJP Notice will not be electronically mailed to:** |
| 10 | WaMu Officer Defendants Securities MDL |

By:  /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
        jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

---

DECLARATION OF JOSEPH P. GUGLIELMO IN OPPOSITION
TO DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER- 3
(NO. 2:09-CV-0037-MJP
4898/001/246260.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992