The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**SUPPLEMENTAL DECLARATION OF JEE YOUNG YOU IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL** |

I, Jee Young You, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law licensed to practice in the State of California. I am an attorney at the firm of Bingham McCutchen LLP, counsel of record for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck, Diane Novak, Richard Careaga and Rolland Jurgens (collectively, "Defendants") in this action. By virtue of my representation of Defendants in this matter, I have personal knowledge of the facts set forth below, and could and would testify competently to those facts if called to do so.

2. A true and correct copy of an excerpt from the June 22, 2008 Callan Reports at Callan_02115 is attached as Exhibit A.

*Supplemental Declaration of Jee Young You in Support of Defendants' Reply in Support of Motion to Compel (CV09-037 MJP) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1

3.    A true and correct copy of an excerpt from the June 30, 2008 McMorgan Investment Report at MCM_00234 is attached as Exhibit B.

4.    A true and correct copy of an excerpt from the Custodian Account Summary at BNT0000099 is attached as Exhibit C.

EXECUTED this 12 day of August, 2011, at San Francisco, California.

By      */ s / Jee Young You*
            Jee Young You

ND: 19719 002 4845-3736-6026v1

*Supplemental Declaration of Jee Young You in Support of Defendants' Reply in Support of Motion to Compel (CV09-037 MJP) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr -mbarr@sonnenschein.com

Walter Eugene Barton - gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman - steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

S Douglas Bunch -dbunch@cohenmilstein.com

Steven P Caplow - stevencaplow@dwt.com,patrickwatts@dwt.com,sheilarowden@dwt.com,jason Schattenkerk@dwt.com

Kevin P Chavous -kchavous@sonnenschein.com

James J. Coster -jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Hal D Cunningham -hcunningham@scott-scott.com,halcunningham@gmail.com,efile@scott-scott.com

Kerry F Cunningham -kerry.cunningham@dlapiper.com

Leslie D Davis -ldavis@sonnenschein.com

Corey E Delaney - corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com

Joshua S. Devore -jdevore@cohenmilstein.com,efilings@cohenmilstein.com

Joseph A. Fonti -jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Larry Steven Gangnes - gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-sea@lanepowell.com,donnellyjossm@lanepowell.com

Jonathan Gardner  jgardner@labaton.com

Joseph P Guglielmo -jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans -richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff -dhoff@tousley.com,efile@tousley.com

Julie Hwang -jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Geoffrey M Johnson - gjohnson@scott-scott.com,efile@scott-scott.com

Matthew B. Kaplan -mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Stellman Keehnel -stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

Paul Joseph Kundtz - pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com

Joel P Laitman -jlaitman@cohenmilstein.com

Bruce Earl Larson -blarson@karrtuttle.com,psteinfeld@karrtuttle.com

Mike Liles , Jr-mliles@karrtuttle.com

Christopher E Lometti -clometti@cohenmilstein.com

John D Lowery -jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com

Douglas C McDermott -doug@mcdermottnewman.com,eric@mcdermottnewman.com

Bradley T. Meissner -bradley.meissner@dlapiper.com

Timothy Michael Moran - moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Brian O. O'Mara -bomara@csgrr.com

Barry Robert Ostrager -bostrager@stblaw.com,managingclerk@stblaw.com

Nancy A Pacharzina -npacharzina@tousley.com,mhottman@tousley.com

Kenneth J Pfaehler -kenneth.pfaehler@snrdenton.com,nicole.reeber@snrdenton.com

Daniel B Rehns -drehns@cohenmilstein.com,efilings@cohenmilstein.com

Kenneth M Rehns -krehns@cohenmilstein.com

Julie Goldsmith Reiser -jreiser@cohenmilstein.com

Serena Richardson -srichardson@labaton.com,ElectronicCaseFiling@labaton.com

Rogelio Omar Riojas - omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com

Darren J Robbins -e_file_sd@csgrr.com

Tammy Roy -troy@cahill.com

Joshua M. Rubins -jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Stephen M. Rummage -steverummage@dwt.com,jeannecadley@dwt.com

Hollis Lee Salzman -hsalzman@labaton.com,ElectronicCaseFiling@labaton.com

Paul Scarlato -pscarlato@labaton.com,ElectronicCaseFiling@labaton.com

Arthur L Shingler -ashingler@scott-scott.com,efile@scott-scott.com

Gavin Williams Skok -gskok@riddellwilliams.com,dhammonds@riddellwilliams.com

Richard A Speirs -rspeirs@cohenmilstein.com

Kim D Stephens - kstephens@tousley.com,wcruz@tousley.com,cbonifaci@tousley.com

Robert D Stewart -stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Janissa Ann Strabuk - jstrabuk@tousley.com,wcruz@tousley.com

*Certificate of Service - (CV09-037 MJP)*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Steven J Toll -stoll@cohenmilstein.com,efilings@cohenmilstein.com
Mary Kay - Vyskocil mvyskocil@stblaw.com
Dennis H Walters -dwalters@karrtuttle.com,wbarker@karrtuttle.com
Adam Zurofsky -azurofsky@cahill.com

DATED this 12th day of August, 2011 at Seattle, Washington.

By   s/ Brian C. Free
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: bcf@hcmp.com

*Certificate of Service - (CV09-037 MJP)*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789