# EXHIBIT A
# Filed Under Seal

# EXHIBIT B
# Filed Under Seal

Case 2:09-cv-00037-MJP   Document 303-1   Filed 08/12/11   Page 2 of 3

# EXHIBIT C
# Filed Under Seal