The Honorable Marsha J. Pechman

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9
10

| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION, | Master Case No. C09-037 MJP |
|---|---|
| This Document Relates to:  ALL CASES | [Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP] |

**DEFENDANTS' MOTION TO SEAL EXHIBITS TO THE SUPPLEMENTAL YOU DECLARATION**

**NOTE ON MOTION CALENDAR: AUGUST 26, 2011**

Defendants respectfully submit this Motion to Seal Exhibits to the Supplemental You Declaration (the "Motion") contemporaneously with their Reply in Support of Motion to Compel Production from Boilermakers National Annuity Trust Fund ("Boilermakers").  In the Supplemental Declaration of Jee Young You in Support of Defendants' Reply in Support of Motion to Compel, Defendants have filed or will file under seal the following material:

(1) Exhibit A, which is comprised of excerpts from the June 22, 2008 Callan Report ("Callan Report");

*Defendants' Motion to Seal Exhibits to the Supplemental You Declaration. (CV09-037 MJP) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(2) Exhibit B, which is comprised of excerpts from the June 30, 2008 McMorgan Investment Report ("McMorgan Report"); and

(3) Exhibit C, which is comprised of excerpts from the Custodian Account Summary at BNT0000099 ("Custodian Account Summary").

The Callan Report has been designated as "Confidential" under the Stipulated Protective Order and Stipulated Order Regarding the "Clawback" of Documents (the "Protective Order") (Dkt No. 213) by Callan Associates, Inc., an investment advisor to Boilermakers. The McMorgan Report has been designated as "Confidential" under the Protective Order by McMorgan & Company LLP, an investment advisor to Boilermakers. The Custodian Account Summary has been designated as "Confidential" under the Protective Order by Boilermakers.

Pursuant to the Paragraph 16(b) of the Protective Order and applicable law, the designating party bears the burden of justifying the sealing or redacting of material that they have designated as "Confidential" by a response to this Motion. Defendants will provide notice of this Motion to third parties Callan Associates, Inc. and McMorgan & Company LLP to allow them the opportunity to justify the sealing of these materials. Accordingly, no proposed order is attached to this motion.

*Defendants' Motion to Seal Exhibits to the Supplemental You Declaration (CV09-037 MJP) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

DATED this 12th day of August, 2011.

HILLIS CLARK MARTIN & PETERSON P.S.

By    s/ Brian C. Free
       Louis D. Peterson, WSBA #5776
       Brian C. Free, WSBA #35788
       Hillis Clark Martin & Peterson P.S.
       1221 Second Avenue, Suite 500
       Seattle WA 98101-2925
       Telephone: (206) 623-1745
       Facsimile: (206) 623-7789
       Email: ldp@hcmp.com; bcf@hcmp.com

OF COUNSEL
ADMITTED PRO HAC VICE
BINGHAM MCCUTCHEN LLP
    David M. Balabanian
    John D. Pernick
    Frank Busch
    Three Embarcadero Center
    San Francisco, CA 94111-4067
    Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
    Email: david.balabanian@bingham.com;
    john.pernick@bingham.com;
    frank.busch@bingham.com
Attorneys for Defendants
WaMu Asset Acceptance Corporation, WaMu
Capital Corporation, David Beck, Diane Novak,
Rolland Jurgens and Richard Careaga

*Defendants' Motion to Seal Exhibits to the Supplemental You Declaration (CV09-037 MJP) - 3*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr -mbarr@sonnenschein.com

Walter Eugene Barton -
  gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com

Steve W. Berman -
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

S Douglas Bunch -dbunch@cohenmilstein.com

Steven P Caplow -
  stevencaplow@dwt.com,patrickwatts@dwt.com,sheilarowden@dwt.com,jason
  Schattenkerk@dwt.com

Kevin P Chavous -kchavous@sonnenschein.com

James J. Coster -jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Hal D Cunningham -hcunningham@scott-
  scott.com,halcunningham@gmail.com,efile@scott-scott.com

Kerry F Cunningham -kerry.cunningham@dlapiper.com

Leslie D Davis -ldavis@sonnenschein.com

Corey E Delaney -
  corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@
  dlapiper.com,patrick.smith@dlapiper.com

Joshua S. Devore -jdevore@cohenmilstein.com,efilings@cohenmilstein.com

Joseph A. Fonti -jfonti@labaton.com,ElectronicCaseFiling@labaton.com

Larry Steven Gangnes -
  gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-
  sea@lanepowell.com,donnellyjossm@lanepowell.com

Jonathan Gardner  jgardner@labaton.com

Joseph P Guglielmo -jguglielmo@scott-scott.com,efile@scott-scott.com

Richard F Hans -richard.hans@dlapiper.com,dorinda.castro@dlapiper.com

David Daniel Hoff -dhoff@tousley.com,efile@tousley.com

Julie Hwang -jhwang@labaton.com,ElectronicCaseFiling@labaton.com

Geoffrey M Johnson - gjohnson@scott-scott.com,efile@scott-scott.com

Matthew B. Kaplan -mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

*Certificate of Service - (CV09-037 MJP)*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Stellman Keehnel -stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com

Paul Joseph Kundtz -
pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com

Joel P Laitman -jlaitman@cohenmilstein.com

Bruce Earl Larson -blarson@karrtuttle.com,psteinfeld@karrtuttle.com

Mike Liles , Jr-mliles@karrtuttle.com

Christopher E Lometti -clometti@cohenmilstein.com

John D Lowery -jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com

Douglas C McDermott -doug@mcdermottnewman.com,eric@mcdermottnewman.com

Bradley T. Meissner -bradley.meissner@dlapiper.com

Timothy Michael Moran -
moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Brian O. O'Mara -bomara@csgrr.com

Barry Robert Ostrager -bostrager@stblaw.com,managingclerk@stblaw.com

Nancy A Pacharzina -npacharzina@tousley.com,mhottman@tousley.com

Kenneth J Pfaehler -kenneth.pfaehler@snrdenton.com,nicole.reeber@snrdenton.com

Daniel B Rehns -drehns@cohenmilstein.com,efilings@cohenmilstein.com

Kenneth M Rehns -krehns@cohenmilstein.com

Julie Goldsmith Reiser -jreiser@cohenmilstein.com

Serena Richardson -srichardson@labaton.com,ElectronicCaseFiling@labaton.com

Rogelio Omar Riojas -
omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com

Darren J Robbins -e_file_sd@csgrr.com

Tammy Roy -troy@cahill.com

Joshua M. Rubins -jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com

Stephen M. Rummage -steverummage@dwt.com,jeannecadley@dwt.com

Hollis Lee Salzman -hsalzman@labaton.com,ElectronicCaseFiling@labaton.com

Paul Scarlato -pscarlato@labaton.com,ElectronicCaseFiling@labaton.com

Arthur L Shingler -ashingler@scott-scott.com,efile@scott-scott.com

Gavin Williams Skok -gskok@riddellwilliams.com,dhammonds@riddellwilliams.com

Richard A Speirs -rspeirs@cohenmilstein.com

Kim D Stephens -
kstephens@tousley.com,wcruz@tousley.com,cbonifaci@tousley.com

Robert D Stewart -stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com

Janissa Ann Strabuk - jstrabuk@tousley.com,wcruz@tousley.com

*Certificate of Service - (CV09-037 MJP)*

Steven J Toll -stoll@cohenmilstein.com,efilings@cohenmilstein.com
Mary Kay - Vyskocil mvyskocil@stblaw.com
Dennis H Walters -dwalters@karrtuttle.com,wbarker@karrtuttle.com
Adam Zurofsky -azurofsky@cahill.com

DATED this 12th day of August, 2011 at Seattle, Washington.

By___s/ Brian C. Free_____
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  bcf@hcmp.com

*Certificate of Service - (CV09-037 MJP)*