UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ARTHUR L. SHINGLER III** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately Arthur L. Shingler III hereby withdraws as counsel of record for Plaintiffs in the above-captioned matter. Joseph P. Guglielmo, Beth A. Kaswan, and Hal D. Cunningham of Scott+Scott LLP remain counsel of record for Plaintiffs in the above-captioned matter.

<u>/s/ Arthur L. Shingler III</u>
**SCOTT+SCOTT LLP**
Arthur L. Shingler III (*admitted pro hac vice*)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
ashingler@scott-scott.com

NOTICE OF WITHDRAWAL OF ATTORNEY ALS
Case No. C09-0037 (MJP)

Scott+Scott LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify that the foregoing is true and correct. Executed on August 16, 2011.

       s/ Arthur L. Shingler III
SCOTT + SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
(619) 233-4565
(619) 233-0508 (fax)
ashingler@scott-scott.com