HONORABLE MARSHA J. PECHMAN

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11
12
13
14
15
16
17

IN RE WASHINGTON MUTUAL
MORTGAGE BACKED SECURITIES
LITIGATION

This Document Relates to: ALL CASES

Master Case No. 2:09-cv-00037-MJP

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO SEAL
EXHIBITS TO THE SUPPLEMENTAL
YOU DECLARATION**

**NOTED ON MOTION CALENDAR:
August 26, 2011**

18
19
20
21
22
23
24
25
26
27

THIS MATTER came before the Court on August 26, 2011, on Defendants' Motion
to Seal Exhibits to the Supplemental You Declaration (Dkt. No. 304). The Court has
considered Defendants' motion, Plaintiff Boilermakers' ("Plaintiff") response and any reply
thereto, and having been fully advised in these matters, now, therefore:

The Court HEREBY FINDS good cause and compelling reasons exist to seal Exhibits
A and B of the Supplemental Declaration of Jee Young You in Support of Defendants' Reply
in Support of Motion to Compel ("You Declaration"), as they contain and disclose
information that is subject to protection under the Stipulated Protective Order the Court
entered in this case; contain non-public, sensitive, and confidential business information

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 1
4898/001/246741.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  regarding Plaintiff's investments, which are not at issue or relevant to this case; and have no

2  probative value as to the issues in this case.  Plaintiff's interest in protecting this business

3  information outweighs the general public interest in public court filings.

4      IT IS HEREBY ORDERED that Exhibits A and B of the You Declaration shall be

5  SEALED by the Clerk of the Court under LR 5(g).  Plaintiff has not requested that Exhibit C

6  to the You Declaration remain sealed; therefore, the Court UNSEALS Exhibit C.  Within five

7  (5) days of the entry of this Order, Defendants shall refile Exhibits A and B to the You

8  Declaration using the redacted versions of those exhibits, which are attached as Exhibits A

9  and B to the Declaration of Kenneth M. Rehns in Response to Defendants' Motion to Seal

10  Exhibits to the Supplemental You Declaration.

11

12      DATED this _____ day of _____, 2011.

13

14      _____

15      UNITED STATES DISTRICT JUDGE MARSHA J. PECHMAN

16

17  Presented by:

18  **TOUSLEY BRAIN STEPHENS PLLC**

19  By:  /s/ Janissa A. Strabuk
    Kim D. Stephens, WSBA #11984
20  Janissa A. Strabuk, WSBA #21827
    1700 Seventh Avenue, Suite 2200
21  Seattle, Washington 98101
    Telephone: (206) 682-5600
22  Facsimile: (206) 682-2992
    Email:
23  kstephens@tousley.com
    jstrabuk@tousley.com
24
25  *Liaison Counsel for Plaintiffs and the Proposed Class*

26

27

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 2
4898/001/246741.1

1

**SCOTT+SCOTT LLP**

2

Arthur L. Shingler III (admitted pro hac vice)

3

Hal D. Cunningham (admitted pro hac vice)
600 B Street, Suite 1500

4

San Diego, California 92101
Telephone: (619) 233-4565

5

Facsimile: (619) 233-0508
Email:

6

ashingler@scott-scott.com
hcunningham@scott-scott.com

7

8

Joseph P. Guglielmo (admitted pro hac vice)
500 Fifth Avenue, 40th Floor

9

New York, New York 10110
Telephone: (212) 223-6444

10

Facsimile: (212) 223-6334
Email:

11

jguglielmo@scott-scott.com

12

**COHEN MILSTEIN SELLERS &**

13

**TOLL PLLC**

14

Steven J. Toll
Julie Goldsmith Reiser

15

Joshua S. Devore (admitted pro hac vice)
Matthew B. Kaplan (admitted pro hac vice)

16

S. Douglas Bunch (admitted pro hac vice)
1100 New York Avenue, NW

17

Suite 500 West

18

Washington, D.C. 20005
Telephone: (202) 408-4600

19

Facsimile: (202) 408-4699
Email:       stoll@cohenmilstein.com

20

            jreiser@cohenmilstein.com

21

            jdevore@cohenmilstein.com
            mkaplan@cohenmilstein.com

22

            dbunch@cohenmilstein.com

23

Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)

24

Daniel B. Rehns (admitted pro hac vice)

25

150 East 52nd Street, Thirtieth Floor
New York, New York 10022

26

Telephone: (212) 838-7797
Facsimile: (212) 838-7745

27

Email:       jlaitman@cohenmilstein.com

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 3
4898/001/246741.1

clometti@cohenmilstain.com
drehns@cohenmilstein.com

*Lead Counsel for the Proposed Class*

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Dennis H Walters dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr mliles@karrtuttle.com

Steven P Caplow stevencaplow@dwt.com, chrisevo@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, wcruz@tousley.com

Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Gavin Williams Skok gskok@riddellwilliams.com, dhammonds@riddellwilliams.com

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   David M Balabanian david.balabanian@bingham.com

2   Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

3   Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

4   John D Pernick john.pernick@bingham.com

5   Brian C Free bcf@hcmp.com, gcp@hcmp.com

6   Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
7   nina.marie@dlapiper.com

8   Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

9   Arthur L Shingler ashingler@scott-scott.com, efile@scott-scott.com

10  Richard A Speirs rspeirs@cohenmilstein.com

11
12  Bradley T. Meissner bradley.meissner@dlapiper.com

13  Mary Kay Vyskocil mvyskocil@stblaw.com

14  Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

15  Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

16  Kerry F Cunningham kerry.cunningham@dlapiper.com

17  Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com,
18  patrick.smith@dlapiper.com, richard.hans@dlapiper.com

19  S Douglas Bunch dbunch@cohenmilstein.com

20  Darren J Robbins e_file_sd@csgrr.com

21  Jonathan Gardner jgardner@labaton.com

22  Hollis Lee Salzman (Terminated) hsalzman@labaton.com,
23  ElectronicCaseFiling@labaton.com

24  Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

25  Joel P Laitman jlaitman@cohenmilstein.com

26  Christopher E Lometti clometti@cohenmilstein.com
27

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 6
4898/001/246741.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Michael H. Barr mbarr@sonnenschein.com

Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

Leslie D Davis ldavis@sonnenschein.com

Kevin P Chavous kchavous@sonnenschein.com

Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com

Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

Serena Richardson (Terminated) srichardson@labaton.com, ElectronicCaseFiling@labaton.com

Frank Busch frank.busch@bingham.com, frank.downing@bingham.com, theo.robins@bingham.com

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com

Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

Kenneth M Rehns krehns@cohenmilstein.com

Adam Zurofsky azurofsky@cahill.com

Tammy Roy troy@cahill.com

Floyd Abrams fabrams@cahill.com

James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Brian O. O'Mara bomara@csgrr.com

Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

Julie Goldsmith Reiser jreiser@cohenmilstein.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 7
4898/001/246741.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

WaMu Officer Defendants Securities MDL

**2:09-cv-00134-MJP Notice has been electronically mailed to:**

Bruce Earl Larson dwalters@karrtuttle.com

Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com

John A. Kehoe jkehoe@btkmc.com

Sharan Nirmul snirmul@btkmc.com

Andrew B Brettler (Terminated) abrettler@gmail.com

**2:09-cv-00134-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00137-MJP Notice has been electronically mailed to:**

Christopher M Huck huck@pypfirm.com, dana@pypfirm.com

**2:09-cv-00137-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-01557-MJP Notice has been electronically mailed to:**

Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com

**2:09-cv-01557-MJP Notice will not be electronically mailed to:**

**2:10-cv-00990-JCC Notice has been electronically mailed to:**

Joel E. Wright jw@leesmart.com, sm@leesmart.com

John M Casey jcasey@curranfirm.com, kchurch@curranfirm.com

Marc Rosenberg mr@leesmart.com, Lawyermarc@comcast.net

Michael T. Pines info@pinesandassociates.com, michaelpines@gmail.com

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
        jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992