HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE WASHINGTON MUTUAL
MORTGAGE BACKED SECURITIES
LITIGATION

This Document Relates to: ALL CASES

Master Case No. 2:09-cv-00037-MJP

**DECLARATION OF KENNETH M. REHNS IN RESPONSE TO DEFENDANTS' MOTION TO SEAL EXHIBITS TO THE SUPPLEMENTAL YOU DECLARATION**

**NOTED ON MOTION CALENDAR: August 26, 2011**

I, Kenneth M. Rehns, an attorney duly admitted to practice law before the courts of the State of New York and admitted *pro hac vice* to this Court, declare, under the penalty of perjury, as follows:

1.      I am an Associate with the law firm of Cohen Milstein Sellers & Toll PLLC, co-lead counsel and attorneys for Boilermakers National Annuity Trust ("Boilermaker Trust" or "Plaintiff").  I am fully familiar with the facts and circumstances herein.  I submit this Declaration in response to Defendants' motion to seal exhibits to the Supplemental Declaration of Jee Young You ("You Declaration") (Dkt. No. 304).

2.      Exhibits A and B to the You Declaration are excerpts from reports from Plaintiff's investment consultant, Callan & Associates (Exhibit A), and Plaintiff's investment manager, McMorgan & Company (Exhibit B).

DECLARATION OF KENNETH M. REHNS IN SUPPORT
OF OPPOSITION TO MOTION TO COMPEL
(NO. 2:09-CV-0037-MJP) - 1
4898/001/246750.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1    3.    These exhibits include information concerning several of Plaintiff's other

2  securities investments that constitute non-public, sensitive, confidential business information.

3  Other than the information regarding Plaintiff's holdings of the WaMu Certificates that are

4  the subject of this litigation, this information is not relevant to the present action.

5    4.    Attached as Exhibits A and B to this Declaration are redacted versions of

6  Exhibits A and B to the You Declaration, which redact the non-public, sensitive and

7  confidential business information relating to Plaintiff's other securities holdings.

8    5.    The non-redacted Exhibits A and B to the You Declaration should be filed

9  under seal and kept confidential, and the redacted versions made available for public access.

10  Plaintiff has no objection to the public filing of Exhibit C to the You Declaration.

11

12  Dated: August 22, 2011            COHEN MILSTEIN SELLERS & TOLL PLLC

13

14                                    By:  /s/ Kenneth M. Rehns
                                         Kenneth M. Rehns *(admitted pro hac vice)*
15                                       88 Pine Street
                                         Fourteenth Floor
16                                       New York, NY 10005
                                         t:  212.838.7797
17                                       f:  212.838.7745

18

19

20

21

22

23

24

25

26

27

DECLARATION OF KENNETH M. REHNS IN SUPPORT
OF OPPOSITION TO MOTION TO COMPEL
(NO. 2:09-CV-0037-MJP) - 2
4898/001/246750.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Adam Zurofsky    azurofsky@cahill.com

Arthur L Shingler    ashingler@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager    bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner    bradley.meissner@dlapiper.com

Brian C Free    bcf@hcmp.com, gcp@hcmp.com

Brian O. O'Mara    bomara@csgrr.com

Bruce Earl Larson    blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti    clometti@cohenmilstein.com

Corey E Delaney    corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel B Rehns    drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins    e_file_sd@csgrr.com

David Daniel Hoff    dhoff@tousley.com, efile@tousley.com

David M Balabanian    david.balabanian@bingham.com

Dennis H Walters    dwalters@karrtuttle.com, wbarker@karrtuttle.com

Douglas C McDermott    doug@mcdermottnewman.com, eric@mcdermottnewman.com

Floyd Abrams    fabrams@cahill.com

Frank Busch    frank.busch@bingham.com, frank.downing@bingham.com

Gavin Williams Skok    gskok@riddellwilliams.com, lmoore@riddellwilliams.com

DECLARATION OF KENNETH M. REHNS IN SUPPORT
OF OPPOSITION TO MOTION TO COMPEL
(NO. 2:09-CV-0037-MJP) - 3
4898/001/246750.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Geoffrey M Johnson     gjohnson@scott-scott.com, efile@scott-scott.com

Hal D Cunningham     hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Hollis Lee Salzman (Terminated)     hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk     jstrabuk@tousley.com, wcruz@tousley.com

Jee Young You     jeeyoung.you@bingham.com

Joel P Laitman     jlaitman@cohenmilstein.com

John D Lowery     jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

John D Pernick     john.pernick@bingham.com

Jonathan Gardner     jgardner@labaton.com

Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com

Joseph A. Fonti (Terminated)     jfonti@labaton.com, ElectronicCaseFiling@labaton.com

Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua S. Devore     jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Julie Goldsmith Reiser     jreiser@cohenmilstein.com

Julie Hwang (Terminated)     jhwang@labaton.com, ElectronicCaseFiling@labaton.com

Kenneth J Pfaehler     kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

Kenneth M Rehns     krehns@cohenmilstein.com

Kerry F Cunningham     kerry.cunningham@dlapiper.com

Kevin P Chavous     kchavous@sonnenschein.com

Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com

Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

DECLARATION OF KENNETH M. REHNS IN SUPPORT
OF OPPOSITION TO MOTION TO COMPEL
(NO. 2:09-CV-0037-MJP) - 4
4898/001/246750.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1    Leslie D Davis     ldavis@sonnenschein.com

2    Louis David Peterson     ldp@hcmp.com, smp@hcmp.com

3    Mary Kay Vyskocil     mvyskocil@stblaw.com

4    Matthew B. Kaplan     mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

5
     Michael H. Barr     mbarr@sonnenschein.com
6
     Mike Liles , Jr     mliles@karrtuttle.com
7
8    Nancy A Pacharzina (Terminated)     npacharzina@tousley.com, mhottman@tousley.com

9    Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

10   Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,
     mdowns@riddellwilliams.com
11
12   Richard A Speirs     rspeirs@cohenmilstein.com

13   Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

14   Robert D Stewart     stewart@kiplinglawgroup.com

15   Rogelio Omar Riojas     omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
     nina.marie@dlapiper.com
16
17   S Douglas Bunch     dbunch@cohenmilstein.com

18   Serena Richardson (Terminated)     srichardson@labaton.com,
     ElectronicCaseFiling@labaton.com
19
20   Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

21   Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com,
     seadocket@dwt.com
22
23   Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

24   Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com

25   Steven P Caplow     stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,
     patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com
26
27   Steven W Fogg     sfogg@corrcronin.com, hpowell@corrcronin.com,
     reception@corrcronin.com

DECLARATION OF KENNETH M. REHNS IN SUPPORT
OF OPPOSITION TO MOTION TO COMPEL
(NO. 2:09-CV-0037-MJP) - 5
4898/001/246750.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Susan L Hoffman     susan.hoffman@bingham.com

Tammy Roy     troy@cahill.com

Theo J. Robins     theo.robins@bingham.com

Timothy Michael Moran     moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Walter Eugene Barton     gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Walter W. Noss     wnoss@scott-scott.com, efile@scott-scott.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

By:  /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
        jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

DECLARATION OF KENNETH M. REHNS IN SUPPORT
OF OPPOSITION TO MOTION TO COMPEL
(NO. 2:09-CV-0037-MJP) - 6
4898/001/246750.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992