# EXHIBIT A

## MCMORGAN & CO.-FIXED
## PORTFOLIO CHARACTERISTICS DETAIL
## MARCH 31, 2008



### Weighted Average Portfolio Characteristics
Total Fund, By Asset Class and By Sector

| Sector | Ending Market Value | Percent of Portfolio | Coupon | Effective Maturity | Effective Yield | Duration | OA Convexity | Quality |
|---|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | | |

### 5 Largest Holdings

| Name | Sector | Ending Market Value | Percent of Portfolio | Effective Yield | Duration | OA Convexity | Quality |
|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | |

### 5 Lowest Rated Holdings (Quality Rating)

| Name | Sector | Ending Market Value | Percent of Portfolio | Effective Yield | Duration | OA Convexity | Quality |
|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | |

### 5 Longest Duration Holdings

| Name | Sector | Ending Market Value | Percent of Portfolio | Effective Yield | Duration | OA Convexity | Quality |
|---|---|---|---|---|---|---|---|
| REDACTED | | | | | | | |

### 5 Holdings with Highest Effective Yield

| Name | Sector | Ending Market Value | Percent of Portfolio | Effective Yield | Duration | OA Convexity | Quality |
|---|---|---|---|---|---|---|---|
| Wamu Mtg Pass Thru Ctfs Ser 2006 Ar7 | CMOs | $2,013,846 | 1.6% | 19.93 | 2.37 | 0.11 | AAA |
| REDACTED | | | | | | | |

\* All Statistics shown on the page are dependent on the securities in the portfolio being recognized (by their Cusip) and priced. In this case 100% of the securities in the portfolio (by market value) were recognized and priced.

# EXHIBIT B

*Boilermakers National Annuity Trust*

Investment Holdings
*As of: 3/31/2008*

| Amount | Security Description | -PURCHASE INFORMATION- | | -CURRENT MARKET- | | Percent | Indicated | Current |
|---|---|---|---|---|---|---|---|---|
| | | Average Cost | Total Cost | Price | Total Value | of Portfolio | Income | Yield |
| Non-Agency Mortgage | | | | | | | | |
| 3,044,580 | WAMU Mortg Pass-Through 2006 AR7 2A 5.31% Due 7/25/2046 | 99.91 | 3,041,939 | 72.00 | 2,192,098 | 1.76 | 161,545 | 7.37 |

REDACTED

Cash & Equivalents

REDACTED

-12-

MCM 00234