The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILERMAKERS NATIONAL ANNUITY TRUST FUND, on behalf of itself and all others similarly situated, | NO. 2:09-CV-00037-MJP |
| Plaintiff, | NOTICE TO REMOVE COUNSEL FROM CM/ECF NOTICES |
| v. | |
| WAMU MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-AR1, *et al.*, | |
| Defendants. | |

TO: CLERK OF THE COURT
AND TO: ALL COUNSEL OF RECORD

Defendant FDIC was dismissed from the above-captioned matter by Order Granting FDIC's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. No. 62). Therefore, please remove the following attorneys of record for the FDIC from electronic CM/ECF notices:

      Bruce E. Larson, WSBA #6209, blarson@karrtuttle.com
      Dennis H. Walters, WSBA #9994, dwalters@karrtuttle.com
      Walter E. Barton, WSBA #26408, gbarton@karrtuttle.com
      Mike Liles, Jr., WSBA #01365, mliles@karrtuttle.com

NOTICE TO REMOVE COUNSEL FROM SERVICE
OF CM/ECF NOTICES- 1
2:09-CV-00037-MJP
#700754 v1 / 30490-002

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

DATED this 24th day of August, 2011.

By: s/Walter E. Barton
Bruce E. Larson, WSBA #6209
Dennis H. Walters, WSBA #9994
Walter E. Barton, WSBA #26408
Mike Liles, Jr., WSBA #01365
KARR TUTTLE CAMPBELL
1201 3rd Avenue, Suite 2900
Seattle, Washington 98101-3028
blarson@karrtuttle.com
dwalters@karrtuttle.com
gbarton@karrtuttle.com
mliles@karrtuttle.com
Phone: (206) 223-1313
Fax: (206) 682-7100

Attorneys for Defendant Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank

## **DECLARATION OF SERVICE**

I hereby certify that on August 24th, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all counsel of record

s/Walter E. Barton
Bruce E. Larson, WSBA #6209
Dennis H. Walters, WSBA #9994
Walter E. Barton, WSBA #26408
Mike Liles, Jr., WSBA #01365
Karr Tuttle Campbell
Attorneys for Defendant Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank
1201 3rd Avenue, Suite 2900
Seattle, Washington 98101-3028
blarson@karrtuttle.com
dwalters@karrtuttle.com
gbarton@karrtuttle.com
mliles@karrtuttle.com,
Phone: 206-223-1313; Fax: (206) 682-7100

NOTICE TO REMOVE COUNSEL FROM SERVICE OF CM/ECF NOTICES- 2
2:09-CV-00037-MJP
#700754 v1 / 30490-002

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100