HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION

This Document Relates to: ALL CASES

Master Case No. 2:09-cv-00037-MJP

**THIRD STIPULATED MOTION MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE**

**NOTE ON MOTION CALENDAR: AUGUST 25, 2011**

## I. STIPULATION

Pursuant to the Second Stipulated Motion Modifying Briefing Schedule on Defendants' Motion for Judgment on the Pleadings and Order entered by the Court on July 20, 2011 (Doc. No. 281), the current deadline for Lead Plaintiffs' opposition to Defendants' Motion for Judgment on the Pleadings is August 26, 2011. The deadline for Defendants' reply in further support of their Motion for Judgment on the Pleadings is September 2, 2011.

Pursuant to Local Rules 7(d)(1) and 10(g), the parties jointly request:

THIRD STIPULATED MOTION MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
(2:09-cv-00037-MJP) - 1
4898/001/246902.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

- to extend the deadline for Lead Plaintiffs' opposition to Defendants' Motion for Judgment on the Pleadings to September 2, 2011;
- to extend the deadline for Defendants' reply in further support of their Motion for Judgment on the Pleadings to September 16, 2011; and
- that the noting date for Defendant's Motion for Judgment on the Pleadings be re-noted from to September 2, 2011 to September 16, 2011.

The extensions agreed to and submitted above are necessary because certain of Plaintiffs' counsel with the primary oversight roles on Lead Plaintiffs' opposition to Defendants' Motion for Judgment on the Pleadings have been detained on another emergency matter.

The parties met and conferred on August 25, 2011 regarding the briefing schedule and agreed on the proposed deadlines set forth herein. Should the Court grant this stipulated motion, the remaining deadlines set in the October 29, 2010 Scheduling Order (Doc. No. 207) will not be disturbed, nor will the requested extension delay the completion of other discovery or any other aspect of this action.

For the reasons provided above, the parties respectfully request that the Court enter an order extending the briefing deadlines detailed herein.

Dated: August 25, 2011

TOUSLEY BRAIN STEPHENS PLLC

By: /s/ Janissa A. Strabuk

Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

THIRD STIPULATED MOTION MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
(2:09-cv-00037-MJP) - 2
4898/001/246902.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

August 25, 2011

SCOTT+SCOTT LLP

By: /s/ Anne L. Box

Anne L. Box (admitted *pro hac vice*)
Hal D. Cunningham (admitted *pro hac vice*)
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: abox@scott-scott.com
hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted *pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com

COHEN MILSTEIN SELLERS & TOLL PLLC

Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore (admitted *pro hac vice*)
Matthew B. Kaplan (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
jreiser@cohenmilstein.com
jdevore@cohenmilstein.com
mkaplan@cohenmilstein.com
dbunch@cohenmilstein.com

Joel P. Laitman (admitted *pro hac vice*)
Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com
clometti@cohenmilstein.com

THIRD STIPULATED MOTION MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
(2:09-cv-00037-MJP) - 3
4898/001/246902.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

drehns@cohenmilstein.com

*Lead Counsel for the Proposed Class*

Dated August 25, 2011

BINGHAM MCCUTCHEN LLP

By: /s/ John D. Pernick
David M. Balabanian (admitted *pro hac vice*)
John D. Pernick (admitted *pro hac vice*)
Jee Young You (admitted *pro hac vice*)
Frank Busch (admitted *pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2544
Facsimile: (415) 262-9203
Email: david.balabanian@bingham.com
john.pernick@bingham.com
frank.busch@bingham.com

- and -

Susan L. Hoffman (admitted *pro hac vice*)
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone: (213) 680-6454
Facsimile: (213) 680- 6499
Email: susan.hoffman@bingham.com

-and-

Theo J. Robins (admitted *pro hac vice*)
399 Park Avenue
New York, NY 10022
Telephone: (212) 705-7961
Facsimile: (212) 752-5378
Email: theo.robins@bingham.com

HILLIS CLARK MARTIN & PETERSON

Louis D. Peterson. WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Ave, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 470-7646
Email: bcf@hcmp.com
ldp@hcmp.com

THIRD STIPULATED MOTION MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
(2:09-cv-00037-MJP) - 4
4898/001/246902.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

*Attorneys for Defendants Washington Mutual Asset Acceptance Corporation, WaMu Capital Corporation, David Beck, Diane Novak, Richard Careaga, and Rolland Jurgens*

THIRD STIPULATED MOTION MODIFYING BRIEFING
SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT
ON THE PLEADINGS; [PROPOSED] ORDER MODIFYING BRIEFING
SCHEDULE
(2:09-cv-00037-MJP) - 5
4898/001/246902.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

## II. ORDER

IT IS SO ORDERED.

Dated:

______________________________________

Hon. Marsha J. Pechman
United States District Judge

THIRD STIPULATED MOTION MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
(2:09-cv-00037-MJP) - 6
4898/001/246902.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson (Terminated) blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage (Terminated) steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com

Dennis H Walters (Terminated) dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr (Terminated) mliles@karrtuttle.com

Steven P Caplow (Terminated) stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com

THIRD STIPULATED MOTION MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
(2:09-cv-00037-MJP) - 7
4898/001/246902.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com

Walter Eugene Barton (Terminated) gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

David M Balabanian david.balabanian@bingham.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Susan L Hoffman susan.hoffman@bingham.com

Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

John D Pernick john.pernick@bingham.com

Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com

Brian C Free bcf@hcmp.com, gcp@hcmp.com

Christopher M Huck (Terminated) buck@kdg-law.com

Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Richard A Speirs rspeirs@cohenmilstein.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Mary Kay Vyskocil mvyskocil@stblaw.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

Kerry F Cunningham kerry.cunningham@dlapiper.com

Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

THIRD STIPULATED MOTION MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
(2:09-cv-00037-MJP) - 8
4898/001/246902.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

S Douglas Bunch dbunch@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

Jonathan Gardner jgardner@labaton.com

Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Joel P Laitman jlaitman@cohenmilstein.com

Christopher E Lometti clometti@cohenmilstein.com

Michael H. Barr mbarr@sonnenschein.com

Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

Leslie D Davis ldavis@sonnenschein.com

Kevin P Chavous kchavous@sonnenschein.com

Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com

Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

Serena Richardson (Terminated) srichardson@labaton.com, ElectronicCaseFiling@labaton.com

Frank Busch frank.busch@bingham.com, frank.downing@bingham.com

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com

Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

Kenneth M Rehns krehns@cohenmilstein.com

Adam Zurofsky azurofsky@cahill.com

Tammy Roy troy@cahill.com

THIRD STIPULATED MOTION MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
(2:09-cv-00037-MJP) - 9
4898/001/246902.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Floyd Abrams fabrams@cahill.com

James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Theo J. Robins theo.robins@bingham.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

Julie Goldsmith Reiser jreiser@cohenmilstein.com

Jee Young You jeeyoung.you@bingham.com

Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

Evan R. Chesler echesler@cravath.com

Thomas G. Rafferty trafferty@cravath.com

Daniel Slifkin dslifkin@cravath.com

Michael A. Paskin mpaskin@cravath.com

J. Wesley Earnhardt wearnhardt@cravath.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**
WaMu Officer Defendants Securities MDL

Dated August 25, 2011.

By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

THIRD STIPULATED MOTION MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS; [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE
(2:09-cv-00037-MJP) - 10
4898/001/246902.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992