HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL CERTAIN PORTIONS OF EXHIBIT H TO THE DECLARATION OF JEE YOUNG YOU IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 29, 2011** |

THIS MATTER came before the Court on July 29, 2011 on Plaintiffs' Motion to Seal Certain Portions of Exhibit H to the Declaration of Jee Young Yoo in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification. The Court has considered Plaintiffs' motion, any response and reply thereto, and having been fully advised in these matters, now, therefore:

The Court HEREBY FINDS compelling reasons exist to seal marked excerpts on pages 88-89, 190-91, 218-19, 224 of the Deposition of Marangal Domingo, attached as Exhibit H to the Declaration of Jee Young Yoo in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification. Redacted versions of those pages have been

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 1
4898/001/245544.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  attached as Exhibit A to the Declaration of Enrique Ubarri in Support of the Plaintiffs'
2  Motion to Seal. Those pages contain and disclose information that is subject to protection
3  under the Stipulated Protective Order, concern non-public, proprietary business practices of
4  Doral Bank Puerto Rico, and have little probative value as to the issues in this case.

5  IT IS HEREBY ORDERED that the Clerk shall retain under seal Exhibit H to the
6  Declaration of Jee Young Yoo in Support of Defendants' Opposition to Plaintiffs' Motion for
7  Class Certification.  (Dkt. No. 254.)  Within five (5) days of the entry of this order,
8  Defendants shall refile Exhibit H with pages 88-89, 190-91, 218-19 and 224 of the
9  Deposition of Marangal Domingo redacted as indicated in Exhibit A to the Declaration of
10 Enrique Ubarri in Support of the Plaintiffs' Motion to Seal.

12  DATED this 31st day of August, 2011.

Marsha J. Pechman
United States District Judge

17 Presented by:

18 **TOUSLEY BRAIN STEPHENS PLLC**

20 By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
21 Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
22 Seattle, Washington 98101
Telephone: (206) 682-5600
23 Facsimile: (206) 682-2992
Email:
24 kstephens@tousley.com
jstrabuk@tousley.com
25

26 *Liaison Counsel for Plaintiffs and the Proposed Class*

27

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 2
4898/001/245544.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

|   |   |
|---|---|
| 1 | **SCOTT+SCOTT LLP** |
| 2 | Arthur L. Shingler III (admitted pro hac vice) |
|   | Hal D. Cunningham (admitted pro hac vice) |
| 3 | 600 B Street, Suite 1500 |
|   | San Diego, California 92101 |
| 4 | Telephone: (619) 233-4565 |
| 5 | Facsimile: (619) 233-0508 |
|   | Email: |
| 6 | ashingler@scott-scott.com |
|   | hcunningham@scott-scott.com |
| 7 |   |
|   | Joseph P. Guglielmo (admitted pro hac vice) |
| 8 | 500 Fifth Avenue, 40th Floor |
|   | New York, New York 10110 |
| 9 | Telephone: (212) 223-6444 |
| 10 | Facsimile: (212) 223-6334 |
|   | Email: |
| 11 | jguglielmo@scott-scott.com |
| 12 | **COHEN MILSTEIN SELLERS &** |
|   | **TOLL PLLC** |
| 13 |   |
| 14 | Steven J. Toll |
|   | Julie Goldsmith Reiser |
| 15 | Joshua S. Devore (admitted pro hac vice) |
|   | Matthew B. Kaplan (admitted pro hac vice) |
| 16 | S. Douglas Bunch (admitted pro hac vice) |
| 17 | 1100 New York Avenue, NW |
|   | Suite 500 West |
| 18 | Washington, D.C. 20005 |
|   | Telephone: (202) 408-4600 |
| 19 | Facsimile: (202) 408-4699 |
|   | Email:    stoll@cohenmilstein.com |
| 20 |               jreiser@cohenmilstein.com |
| 21 |               jdevore@cohenmilstein.com |
|   |               mkaplan@cohenmilstein.com |
| 22 |               dbunch@cohenmilstein.com |
| 23 | Joel P. Laitman (admitted pro hac vice) |
|   | Christopher Lometti (admitted pro hac vice) |
| 24 | Daniel B. Rehns (admitted pro hac vice) |
| 25 | 150 East 52nd Street, Thirtieth Floor |
|   | New York, New York 10022 |
| 26 | Telephone: (212) 838-7797 |
|   | Facsimile: (212) 838-7745 |
| 27 | Email:    jlaitman@cohenmilstein.com |

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 3
4898/001/245544.1

1
        clometti@cohenmilstain.com
        drehns@cohenmilstein.com

2

*Lead Counsel for the Proposed Class*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL
(NO. 2:09-CV-0037-MJP) - 4
4898/001/245544.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992