HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**DECLARATION OF ANNE L. BOX IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

I, Anne L. Box, swear as follows:

1. I am an attorney with the law firm of Scott+Scott LLP, counsel of record for the Policemen's Annuity and Benefit Fund of the City of Chicago. I make this declaration in support of the opposition to defendants' motion for judgment on the pleadings filed herewith. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

   Exhibit A: WaMu Mortgage Pass-Through Certificates, Series 2007-HY1, dated January 11, 2007 (James Depo. Ex. 9);

   Exhibit B: Excerpts from WaMu Prospectus Supplement to Prospectus dated January 9, 2006; and

DECLARATION OF ANNE L. BOX IN SUPPORT OF
REPLY TO OPPOSITION TO MOTION FOR JUDGMENT ON
THE PLEADINGS
(NO. 2:09-CV-0037-MJP) - 1
4898/001/246946.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Exhibit C    Expert Report of Professor Anne Zissu, Ph.D. in Response to the Expert Report of Christopher M. James, Ph.D., dated August 26, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of September, 2011, at San Diego, California.

Dated: September 2, 2011                SCOTT+SCOTT LLP


                                         *By: Anne L. Box*
                                         Anne L. Box (*admitted pro hac vice*)
                                         707 Broadway, Suite 1000
                                         San Diego, CA 92101

DECLARATION OF ANNE L. BOX IN SUPPORT OF
REPLY TO OPPOSITION TO MOTION FOR JUDGMENT ON
THE PLEADINGS
(NO. 2:09-CV-0037-MJP) - 2
4898/001/246946.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson (Terminated) blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage (Terminated) steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com

Dennis H Walters (Terminated) dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr (Terminated) mliles@karrtuttle.com

Steven P Caplow (Terminated) stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com

DECLARATION OF ANNE L. BOX IN SUPPORT OF
REPLY TO OPPOSITION TO MOTION FOR JUDGMENT ON
THE PLEADINGS
(NO. 2:09-CV-0037-MJP) - 3
4898/001/246946.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Walter Eugene Barton (Terminated) gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com |
| 2 | |
| 3 | Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com |
| 4 | |
| 5 | David M Balabanian david.balabanian@bingham.com |
| 6 | Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com |
| 7 | Susan L Hoffman susan.hoffman@bingham.com |
| 8 | Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 9 | John D Pernick john.pernick@bingham.com |
| 10 | |
| 11 | Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com |
| 12 | Brian C Free bcf@hcmp.com, gcp@hcmp.com |
| 13 | Christopher M Huck (Terminated) buck@kdg-law.com |
| 14 | |
| 15 | Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com |
| 16 | Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 17 | Richard A Speirs rspeirs@cohenmilstein.com |
| 18 | |
| 19 | Bradley T. Meissner bradley.meissner@dlapiper.com |
| 20 | Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com |
| 21 | Mary Kay Vyskocil mvyskocil@stblaw.com |
| 22 | Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com |
| 23 | Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 24 | Kerry F Cunningham kerry.cunningham@dlapiper.com |
| 25 | |
| 26 | Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com |
| 27 | |

DECLARATION OF ANNE L. BOX IN SUPPORT OF
REPLY TO OPPOSITION TO MOTION FOR JUDGMENT ON
THE PLEADINGS
(NO. 2:09-CV-0037-MJP) - 4
4898/001/246946.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1. S Douglas Bunch dbunch@cohenmilstein.com

2. Darren J Robbins e_file_sd@csgrr.com

3. Jonathan Gardner jgardner@labaton.com

4. Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

6. Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

7. Joel P Laitman jlaitman@cohenmilstein.com

8. Christopher E Lometti clometti@cohenmilstein.com

9. Michael H. Barr mbarr@sonnenschein.com

10. Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

12. Leslie D Davis ldavis@sonnenschein.com

13. Kevin P Chavous kchavous@sonnenschein.com

14. Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com

15. Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

16. Serena Richardson (Terminated) srichardson@labaton.com, ElectronicCaseFiling@labaton.com

18. Frank Busch frank.busch@bingham.com, frank.downing@bingham.com

19. Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

21. Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com

22. Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

23. Kenneth M Rehns krehns@cohenmilstein.com

24. Adam Zurofsky azurofsky@cahill.com

25. Tammy Roy troy@cahill.com

27. Floyd Abrams fabrams@cahill.com

DECLARATION OF ANNE L. BOX IN SUPPORT OF
REPLY TO OPPOSITION TO MOTION FOR JUDGMENT ON
THE PLEADINGS
(NO. 2:09-CV-0037-MJP) - 5
4898/001/246946.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Theo J. Robins theo.robins@bingham.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

Julie Goldsmith Reiser jreiser@cohenmilstein.com

Jee Young You jeeyoung.you@bingham.com

Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

Evan R. Chesler echesler@cravath.com

Thomas G. Rafferty trafferty@cravath.com

Daniel Slifkin dslifkin@cravath.com

Michael A. Paskin mpaskin@cravath.com

J. Wesley Earnhardt wearnhardt@cravath.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

Dated September 2, 2011.

> By: /s/ Janissa A. Strabuk
> Kim D. Stephens, WSBA #11984
> Janissa A. Strabuk, WSBA #21827
> 1700 Seventh Avenue, Suite 2200
> Seattle, Washington 98101
> Telephone: (206) 682-5600
> Facsimile: (206) 682-2992
> Email: kstephens@tousley.com
>         jstrabuk@tousley.com
>
> *Liaison Counsel for Plaintiffs and the Proposed Class*

DECLARATION OF ANNE L. BOX IN SUPPORT OF
REPLY TO OPPOSITION TO MOTION FOR JUDGMENT ON
THE PLEADINGS
(NO. 2:09-CV-0037-MJP) - 6
4898/001/246946.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992