HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**DECLARATION OF KENNETH M. REHNS SUBMITTED IN ACCORDANCE WITH THE COURT'S SEPTEMBER 21 ORDER** |

I, Kenneth M. Rehns, an attorney duly admitted to practice law before the courts of the State of New York and admitted *pro hac vice* to this Court, declare, under the penalty of perjury, as follows:

1. I am an Associate with the law firm of Cohen Milstein Sellers & Toll PLLC, co-lead counsel and attorneys for Boilermakers National Annuity Trust ("BNAT" or "Plaintiff"). I am fully familiar with the facts and circumstances herein. I submit this Certification in accordance with the Court's September 21, 2011 Order Granting Defendants' Motion to Compel (the "Order").

DECLARATION OF KENNETH M. REHNS
SUBMITTED IN ACCORDANCE WITH THE
COURT'S SEPTEMBER 21 ORDER
(NO. 2:09-CV-0037-MJP) - 1
4898/001/248079.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

2. In accordance with the Court's Order, all McMorgan & Company and Callan Associates Reports for the time period 2007-2008 that were in BNAT's possession, custody or control were produced on Friday, September 30, 2011 (Bates-stamped BNT0000371-BNT0001542).

3. In addition, BNAT searched the email records of Richard Calcara, BNAT's Administrative Director, Mario Rodriguez, BNAT's Chief Investment Officer, and Cyndy Dekeyser, BNAT's Investments Coordinator. These officers, individually or together, are involved in all investment-related communications for BNAT.

4. In order to search the email system, BNAT's technology department used the followed 23 search terms:

| | |
|---|---|
| Mortgage Backed Securities | WaMu 2006-AR7 |
| MBS | 2006-AR7 |
| WaMu MBS | Washington Mutual Bank |
| "Washington Mutual" and MBS | Washington Mutual Asset Acceptance Corporation |
| "Washington Mutual" and "mortgage backed securities" | WMAAC |
| Residential Mortgage Backed Securities | WMB |
| Countrywide Alternative Loan 2005-76 | Washington Mutual |
| Countrywide | WaMu Capital Corp |
| CWALT 2005-76 | housing market |
| WaMu | |
| RMBS | |

5. The search resulted in 864 hits including emails and attachments. This search took six days, and was completed on Wednesday, September 28, 2011. These documents were then reviewed by Plaintiff's counsel for responsiveness. A total of 62 documents were deemed to be responsive and were subsequently produced in rolling productions that occurred on September 30, 2011 and October 3, 2011 (Bates-stamped BNT0000321-BNT0000371, BNT0001543-BNT0001606). Plaintiff now certifies that all responsive emails have been produced to Defendants.

DECLARATION OF KENNETH M. REHNS
SUBMITTED IN ACCORDANCE WITH THE
COURT'S SEPTEMBER 21 ORDER
(NO. 2:09-CV-0037-MJP) - 2
4898/001/248079.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

6. Simultaneously, the same search terms were used to search the network and electronic files of BNAT. This search ran through the night for eight days. Because of the volume of search terms, and technical difficulties outside of BNAT's control, BNAT's systems were overwhelmed, which resulted in a longer than expected search time. As a result, this search, which was started on September 26, 2011, was completed on October 3, 2011. To date, a total of 1,984 potentially responsive documents have been identified as a result of this search.

7. Furthermore, with the way that BNAT's electronic systems are designed, after completing the search, BNAT's IT Department must now locate manually each file that was part of the search results in order to provide it to counsel for review. Because of these unforeseen complications – the longer than expected search time and the way that BNAT's electronic systems are structured – these documents are still being gathered and reviewed by counsel. It is anticipated that responsive documents (if any) will be produced no later than Monday, October 10, 2011. At that time, Plaintiff will submit a supplemental declaration, certifying, where necessary, that no responsive documents exist, as required by the Order.

8. In sum, in response to the Court's Order, BNAT identified approximately 2,848 documents that were potentially responsive to Defendants' Document Request Nos. 4, 8, 9, 10, 13, 14, 19, 30, 38, and 43, including documents relating to damages (Request No. 19) and BNAT's investments in other residential mortgage-backed securities (Request Nos. 13-14). Of those documents, counsel identified approximately 98 responsive documents to date, including investment manager reports, investment consultant reports and emails, all of which have been produced. As per the Order, these productions include documents that were previously withheld as cumulative or irrelevant.

9. As explained above, it is anticipated that the remainder of potentially responsive documents will be produced no later than October 10, 2011. At this point, and as a result of the most recent search and review completed thus far, which includes all of

DECLARATION OF KENNETH M. REHNS
SUBMITTED IN ACCORDANCE WITH THE
COURT'S SEPTEMBER 21 ORDER
(NO. 2:09-CV-0037-MJP) - 2
4898/001/248079.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1 | BNAT's emails and investment manager and consultant reports, Plaintiff can certify that no
2 | documents exist for the following requests for production, 2, 3, 6-11, 15, 21, 24, 26-27, 29-
3 | 34 and 42.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: October 3, 2011 at New York, New York.

        COHEN MILSTEIN SELLERS & TOLL PLLC

        By: /s/ Kenneth M. Rehns
            Kenneth M. Rehns *(admitted pro hac vice)*
            88 Pine Street
            Fourteenth Floor
            New York, NY 10005
            t: 212.838.7797
            f: 212.838.7745

DECLARATION OF KENNETH M. REHNS
SUBMITTED IN ACCORDANCE WITH THE
COURT'S SEPTEMBER 21 ORDER
(NO. 2:09-CV-0037-MJP) - 3
4898/001/248079.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson (Terminated) blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage (Terminated) steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com

Dennis H Walters (Terminated) dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr (Terminated) mliles@karrtuttle.com

Steven P Caplow (Terminated) stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com

DECLARATION OF KENNETH M. REHNS
SUBMITTED IN ACCORDANCE WITH THE
COURT'S SEPTEMBER 21 ORDER
(NO. 2:09-CV-0037-MJP) - 4
4898/001/248079.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Walter Eugene Barton (Terminated) gbarton@karrtuttle.com, danderson@karrtuttle.com, |
| 2 | nrandall@karrtuttle.com |
| 3 | Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, |
| 4 | lmoore@riddellwilliams.com |
| 5 | David M Balabanian david.balabanian@bingham.com |
| 6 | Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com |
| 7 | Susan L Hoffman susan.hoffman@bingham.com |
| 8 | Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 9 | John D Pernick john.pernick@bingham.com |
| 10 | |
| 11 | Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com |
| 12 | Brian C Free bcf@hcmp.com, gcp@hcmp.com |
| 13 | Christopher M Huck (Terminated) buck@kdg-law.com |
| 14 | |
| 15 | Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com |
| 16 | Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 17 | Richard A Speirs rspeirs@cohenmilstein.com |
| 18 | |
| 19 | Bradley T. Meissner bradley.meissner@dlapiper.com |
| 20 | Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com |
| 21 | Mary Kay Vyskocil mvyskocil@stblaw.com |
| 22 | Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com |
| 23 | Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 24 | Kerry F Cunningham kerry.cunningham@dlapiper.com |
| 25 | |
| 26 | Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com |
| 27 | |

DECLARATION OF KENNETH M. REHNS
SUBMITTED IN ACCORDANCE WITH THE
COURT'S SEPTEMBER 21 ORDER
(NO. 2:09-CV-0037-MJP) - 5
4898/001/248079.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | S Douglas Bunch dbunch@cohenmilstein.com |
| 2 | Darren J Robbins e_file_sd@csgrr.com |
| 3 | Jonathan Gardner jgardner@labaton.com |
| 4 | Hollis Lee Salzman (Terminated) hsalzman@labaton.com, |
| 5 | ElectronicCaseFiling@labaton.com |
| 6 | Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com |
| 7 | Joel P Laitman jlaitman@cohenmilstein.com |
| 8 | Christopher E Lometti clometti@cohenmilstein.com |
| 9 | Michael H. Barr mbarr@sonnenschein.com |
| 10 | |
| 11 | Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 12 | Leslie D Davis ldavis@sonnenschein.com |
| 13 | Kevin P Chavous kchavous@sonnenschein.com |
| 14 | Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 15 | Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 16 | Serena Richardson (Terminated) srichardson@labaton.com, |
| 17 | ElectronicCaseFiling@labaton.com |
| 18 | Frank Busch frank.busch@bingham.com, frank.downing@bingham.com |
| 19 | Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, |
| 20 | halcunningham@gmail.com |
| 21 | Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 22 | Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com |
| 23 | Kenneth M Rehns krehns@cohenmilstein.com |
| 24 | Adam Zurofsky azurofsky@cahill.com |
| 25 | Tammy Roy troy@cahill.com |
| 26 | |
| 27 | Floyd Abrams fabrams@cahill.com |

DECLARATION OF KENNETH M. REHNS
SUBMITTED IN ACCORDANCE WITH THE
COURT'S SEPTEMBER 21 ORDER
(NO. 2:09-CV-0037-MJP) - 6
4898/001/248079.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| 1  | James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 2  | |
|    | Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 3  | |
|    | Theo J. Robins theo.robins@bingham.com |
| 4  | |
| 5  | Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com |
| 6  | Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com |
| 7  | Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com |
| 8  | Julie Goldsmith Reiser jreiser@cohenmilstein.com |
| 9  | Jee Young You jeeyoung.you@bingham.com |
| 10 | |
|    | Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com |
| 11 | |
|    | Evan R. Chesler echesler@cravath.com |
| 12 | |
| 13 | Thomas G. Rafferty trafferty@cravath.com |
| 14 | Daniel Slifkin dslifkin@cravath.com |
| 15 | Michael A. Paskin mpaskin@cravath.com |
| 16 | J. Wesley Earnhardt wearnhardt@cravath.com |

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

Dated October 3, 2011.

By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

DECLARATION OF KENNETH M. REHNS
SUBMITTED IN ACCORDANCE WITH THE
COURT'S SEPTEMBER 21 ORDER
(NO. 2:09-CV-0037-MJP) - 7
4898/001/248079.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992