HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**SUPPLEMENTAL DECLARATION OF KENNETH M. REHNS SUBMITTED IN ACCORDANCE WITH THE COURT'S SEPTEMBER 21 ORDER**<br><br>**ECF CASE** |

I, Kenneth M. Rehns, an attorney duly admitted to practice law before the courts of the State of New York and admitted *pro hac vice* to this Court, declare, under the penalty of perjury, as follows:

1. I am an Associate with the law firm of Cohen Milstein Sellers & Toll PLLC, co-lead counsel and attorneys for Boilermakers National Annuity Trust ("BNAT" or "Plaintiff"). I am fully familiar with the facts and circumstances herein. I submit this Supplemental Certification in accordance with the Court's September 21, 2011 Order granting Defendants' Motion to Compel (the "Order").

2. Plaintiff and Plaintiff's counsel have now completed the search and review of

SUPPLEMENTAL DECLARATION OF KENNETH M. REHNS
SUBMITTED IN ACCORDANCE WITH THE COURT'S
SEPTEMBER 21 ORDER
(NO. 2:09-CV-0037-MJP) - 1
4898/001/248304.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  more than 45,000 pages of potentially responsive documents from BNAT's network and
2  electronic files. Because of the technical difficulties described more fully in the declaration
3  filed on Monday, October 3, 2011, this search was not completed until Tuesday, October 4,
4  2011. At that point, Plaintiff began providing the documents found in the search to counsel
5  for review. The review for responsiveness and privilege of the full set of search results took
6  four days to complete.

7      3.   On October 7, 2011, Plaintiff produced 62 documents totaling more than
8  2,600 pages. As a result, all responsive documents found in the search of BNAT's records
9  and files have now been produced to Defendants. Plaintiff certifies that no documents exist
10 for the following requests for production, 2, 3, 6-11, 15, 21, 24, 26-27, 29-34 and 42.

12 Dated: October 10, 2011 at New York, New York.

13                    COHEN MILSTEIN SELLERS & TOLL PLLC

15                    By:  /s/ Kenneth M. Rehns
                           Kenneth M. Rehns *(admitted pro hac vice)*
16                         88 Pine Street
                           Fourteenth Floor
17                         New York, NY 10005
                           t:  212.838.7797
18                         f:  212.838.7745

SUPPLEMENTAL DECLARATION OF KENNETH M. REHNS
SUBMITTED IN ACCORDANCE WITH THE COURT'S
SEPTEMBER 21 ORDER
(NO. 2:09-CV-0037-MJP) - 2
4898/001/248304.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson (Terminated) blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage (Terminated) steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com

Dennis H Walters (Terminated) dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr (Terminated) mliles@karrtuttle.com

Steven P Caplow (Terminated) stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com

SUPPLEMENTAL DECLARATION OF KENNETH M. REHNS
SUBMITTED IN ACCORDANCE WITH THE COURT'S
SEPTEMBER 21 ORDER
(NO. 2:09-CV-0037-MJP) - 3
4898/001/248304.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  Walter Eugene Barton (Terminated) gbarton@karrtuttle.com, danderson@karrtuttle.com,
2  nrandall@karrtuttle.com

3  Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com,
   lmoore@riddellwilliams.com
4

5  David M Balabanian david.balabanian@bingham.com

6  Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

7  Susan L Hoffman susan.hoffman@bingham.com

8  Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

9  John D Pernick john.pernick@bingham.com

10
   Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com,
11 reception@corrcronin.com

12 Brian C Free bcf@hcmp.com, gcp@hcmp.com

13 Christopher M Huck (Terminated) buck@kdg-law.com

14
   Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
15 nina.marie@dlapiper.com

16 Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

17 Richard A Speirs rspeirs@cohenmilstein.com

18
   Bradley T. Meissner bradley.meissner@dlapiper.com
19
   Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com
20

21 Mary Kay Vyskocil mvyskocil@stblaw.com

22 Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

23 Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

24 Kerry F Cunningham kerry.cunningham@dlapiper.com

25
   Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com,
26 patrick.smith@dlapiper.com, richard.hans@dlapiper.com

27

SUPPLEMENTAL DECLARATION OF KENNETH M. REHNS
SUBMITTED IN ACCORDANCE WITH THE COURT'S
SEPTEMBER 21 ORDER
(NO. 2:09-CV-0037-MJP) - 4
4898/001/248304.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | S Douglas Bunch dbunch@cohenmilstein.com |
| 2 | Darren J Robbins e_file_sd@csgrr.com |
| 3 | Jonathan Gardner jgardner@labaton.com |
| 4 5 | Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com |
| 6 | Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com |
| 7 | Joel P Laitman jlaitman@cohenmilstein.com |
| 8 | Christopher E Lometti clometti@cohenmilstein.com |
| 9 | Michael H. Barr mbarr@sonnenschein.com |
| 10 11 | Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 12 | Leslie D Davis ldavis@sonnenschein.com |
| 13 | Kevin P Chavous kchavous@sonnenschein.com |
| 14 | Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 15 | Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 16 17 | Serena Richardson (Terminated) srichardson@labaton.com, ElectronicCaseFiling@labaton.com |
| 18 | Frank Busch frank.busch@bingham.com, frank.downing@bingham.com |
| 19 20 | Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com |
| 21 | Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 22 | Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com |
| 23 | Kenneth M Rehns krehns@cohenmilstein.com |
| 24 | Adam Zurofsky azurofsky@cahill.com |
| 25 | Tammy Roy troy@cahill.com |
| 26 27 | Floyd Abrams fabrams@cahill.com |

SUPPLEMENTAL DECLARATION OF KENNETH M. REHNS SUBMITTED IN ACCORDANCE WITH THE COURT'S SEPTEMBER 21 ORDER (NO. 2:09-CV-0037-MJP) - 5
4898/001/248304.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

2  Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

3  Theo J. Robins theo.robins@bingham.com

4

5  Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

6  Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

7  Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

8  Julie Goldsmith Reiser jreiser@cohenmilstein.com

9  Jee Young You jeeyoung.you@bingham.com

10 Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

11

12 Evan R. Chesler echesler@cravath.com

13 Thomas G. Rafferty trafferty@cravath.com

14 Daniel Slifkin dslifkin@cravath.com

15 Michael A. Paskin mpaskin@cravath.com

16 J. Wesley Earnhardt wearnhardt@cravath.com

17 **2:09-cv-00037-MJP Notice will not be electronically mailed to:**

18 WaMu Officer Defendants Securities MDL

19 Dated October 10, 2011.

20                                                  By:  /s/ Janissa A. Strabuk
                                                    Kim D. Stephens, WSBA #11984
21                                                  Janissa A. Strabuk, WSBA #21827
                                                    1700 Seventh Avenue, Suite 2200
22                                                  Seattle, Washington 98101
                                                    Telephone: (206) 682-5600
23                                                  Facsimile: (206) 682-2992
                                                    Email: kstephens@tousley.com
24                                                          jstrabuk@tousley.com
25
26                                                  *Liaison Counsel for Plaintiffs and the Proposed Class*

27

SUPPLEMENTAL DECLARATION OF KENNETH M. REHNS
SUBMITTED IN ACCORDANCE WITH THE COURT'S
SEPTEMBER 21 ORDER
(NO. 2:09-CV-0037-MJP) - 6
4898/001/248304.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992