The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**SUPPLEMENTAL CONFIDENTIALITY STIPULATION AND ORDER RELATING TO LOAN FILE PRODUCTIONS**<br><br>**NOTED ON MOTION CALENDAR: OCTOBER 19, 2011** |

**WHEREAS**, Plaintiffs have requested that JPMorgan Chase Bank, National Association ("JPMC") produce certain documents relating to the origination and servicing of individual mortgage loans (hereinafter "loan file documents"), and

**WHEREAS**, the requests encompass more than 14,000 mortgage loans, and such documents are extremely voluminous, sometimes totaling more than a thousand pages for a single loan, and

*Supplemental Confidentiality Stipulation and Order Relating to Loan File Productions: (CV09-037 MJP) - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**WHEREAS**, a comprehensive review of remaining documents for privileged information would significantly delay and increase the cost of production with little or no benefit to any party to this action, and

**WHEREAS**, the parties to this action have agreed that it is in their interests to expedite production of the documents,

**NOW, THEREFORE**, subject to the approval of the Court, JPMC and the undersigned parties (collectively, the "Parties" and each a "Party"), by and through their undersigned counsel, hereby stipulate and agree to the following provisions for the protection of information that may be produced by the Parties in response to requests for loan file documents.

1. <u>Nonparty Borrower Information</u>. For purposes of this Stipulation and Order, "Nonparty Borrower Information" shall mean any information that constitutes "nonpublic personal information" within the meaning of the Gramm Leach Bliley Act, 15 U.S.C. § 6802, et seq. and its implementing regulations, including, but not limited to, any portion of a mortgage loan file or other document which includes financial or credit information for any person (including any credit history, report or score obtained on any such person to determine the individual's eligibility for credit) together with personally identifiable information with respect to such person, including, but not limited to, name, address, Social Security number, loan number, telephone number, or place or position of work. As set forth in Paragraph 4, this Stipulation and Order authorizes the disclosure of such Nonparty Borrower Information in this action.

2. <u>Non-waiver of Privileges</u>. This Stipulation and Order is entered pursuant to Federal Rule of Evidence 502(d). In order to allow for expeditious production of loan file

*Supplemental Confidentiality Stipulation and Order*
*Relating to Loan File Productions: (CV09-037 MJP) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

documents, a Producing Party may, at its sole option, produce such materials without detailed, or any, review to determine whether privilege or other privilege or immunity from discovery applies to some of the documents produced. In accordance with Federal Rule of Evidence 502(d) and other applicable Rules, disclosure in the course of discovery of any document or information shall not be deemed to waive—in this litigation or in any other Federal or State proceeding—any applicable privilege or immunity from discovery that would otherwise attach to the document or information produced or to other documents or information, including without limitation, the attorney-client privilege, the work-product doctrine, the joint defense or common interest privilege, personal privacy protection, the bank examination privilege and the deliberative process privilege, regardless of the extent (if any) to which the producing Party has reviewed the document or information for privilege or other protection. Likewise, where a Party has produced loan file documents in another action, investigation, or other proceeding without detailed, or any, review to determine whether privilege or other immunity from discovery applies, no Party shall claim that production of such documents in such other action, investigation, or other proceeding constitutes a waiver of any privilege or protection with respect to the documents produced.

3. <u>Clawback of Protected or Erroneously Produced Documents</u>. The following provision applies to all loan file documents produced in this action, and supersedes the Stipulated Protective Order and Stipulated Order Regarding Clawback of Inadvertently Produced Documents dated November 24, 2010 (Doc. 213), with regard to the production of loan file documents, to the extent this provision and that Order conflict. Pursuant to Fed. R. Evid. 502(d), if a Party (hereinafter, "Producing Party") at any time notifies any other Party (hereinafter, "Receiving Party") that the Producing Party, for any reason, disclosed loan file

*Supplemental Confidentiality Stipulation and Order*
*Relating to Loan File Productions: (CV09-037 MJP) - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

documents that are protected from disclosure under the attorney-client privilege, work product doctrine, and/or any other applicable privilege or immunity from disclosure, or the Receiving Party discovers such disclosure (in which case the Receiving Party shall give the Producing Party prompt notice), the disclosure, pursuant to Rule 502(d), shall not be deemed a waiver – in this litigation or in any other proceeding, including in Federal or State proceedings – of the applicable privilege or protection.

The Receiving Party shall upon request immediately return to the Producing Party or destroy all summaries or copies of such loan file documents, shall provide a certification of counsel that all such disclosed materials have been returned or destroyed, and shall not use such items for any purpose until further order of the Court. In all events, such return or destruction and certification must occur within five (5) business days of receipt of the request. Within ten (10) business days of the notification that the disclosed materials have been returned or destroyed, the Producing Party shall produce a privilege log with respect to the disclosed materials. The return of any Discovery Material to the Producing Party shall not in any way preclude the Receiving Party from moving the Court for a ruling that the disclosed information was never privileged; however, the Receiving Party cannot assert as a basis for the relief it seeks the fact or circumstance that such privileged documents have already been produced. Alleged privileged documents shall remain protected against disclosure and use during the pendency of any dispute over their status. Nothing in this Stipulation and Order shall affect any Party's right to withhold from disclosure documents or information that are privileged or otherwise protected from disclosure.

4. <u>Disclosure of Nonparty Borrower Information</u>. To the extent any federal or state law or other legal authority governing the disclosure or use of Nonparty Borrower

*Supplemental Confidentiality Stipulation and Order*
*Relating to Loan File Productions: (CV09-037 MJP) - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Information (hereinafter, "Nonparty Borrower Information Law") permits disclosure of such information pursuant to an order of a court, this Stipulation and Order shall constitute compliance with such requirement. To the extent any Nonparty Borrower Information Law requires a Party to obtain a court-ordered subpoena or give notice to or obtain consent, in any form or manner, from any person or entity before disclosure of any Nonparty Borrower Information, the Court finds that, in view of the protections provided for the information disclosed in this Stipulation and Order, the volume of documents to be produced and the ongoing oversight of the Court, there is good cause to excuse such requirement, and this Stipulation and Order shall constitute an express direction that the Party is exempted from obtaining a court-ordered subpoena or having to notify and/or obtain consent from any person or entity prior to the disclosure of Nonparty Borrower Information. To the extent that any Nonparty Borrower Information Law requires that any person or entity be notified prior to disclosure of Nonparty Borrower Information except where such notice is prohibited by court order, the Court directs that, in view of the protections provided for the information disclosed in this Stipulation and Order, the volume of documents to be produced and the ongoing oversight of the Court, the parties are explicitly prohibited from providing such notice; provided, however, that this Stipulation and Order shall not prohibit either Party from contacting any person or entity for any other purpose. Any Producing Party may seek additional orders from this Court that such Party believes may be necessary to comply with any Nonparty Borrower Information Law. Nothing in this Order shall prohibit a party from designating any documents as CONFIDENTIAL under the Stipulated Protective Order and Stipulated Order Regarding "Clawback" of Inadvertently Produced Documents (Doc. 213).

*Supplemental Confidentiality Stipulation and Order Relating to Loan File Productions: (CV09-037 MJP) - 5*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

5. <u>Binding Effect</u>.  This Stipulation shall bind the Parties.  The Parties understand that JPMC will seek an order from the Court approving the Stipulation and implementing its terms.  Any breach of this Stipulation thereafter shall be subject to remedies for violations of a court order.

6. <u>Execution of Agreement; Amendments</u>.  This Stipulation may be executed by facsimile, electronically and in counterparts.  This Stipulation may be amended with the written consent of the Parties.

Respectfully submitted,

Dated:  October 19, 2011           SCOTT+SCOTT LLP

By: s/ Joseph P. Guglielmo
Hal D. Cunningham (admitted pro hac vice)
600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted pro hac vice)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com

COHEN MILSTEIN SELLERS &
TOLL PLLC
Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore (admitted pro hac vice)
Matthew B. Kaplan (admitted pro hac vice)
S. Douglas Bunch (admitted pro hac vice)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Supplemental Confidentiality Stipulation and Order Relating to Loan File Productions: (CV09-037 MJP) - 6*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Email: stoll@cohenmilstein.com
jreiser@cohenmilstein.com
jdevore@cohenmilstein.com
mkaplan@cohenmilstein.com
dbunch@cohenmilstein.com

Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)
Daniel B. Rehns (admitted pro hac vice)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com
clometti@cohenmilstain.com
drehns@cohenmilstein.com

Lead Counsel for the Proposed Class


TOUSLEY BRAIN STEPHENS PLLC

By: s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
jstrabuk@tousley.com

Liaison Counsel for Plaintiffs and the Proposed Class


HILLIS CLARK MARTIN & PETERSON, P.S.

By: s/ Brian C. Free
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Supplemental Confidentiality Stipulation and Order Relating to Loan File Productions: (CV09-037 MJP) - 7*

Email: ldp@hcmp.com
bcf@hcmp.com

Of Counsel

BINGHAM MCCUTCHEN LLP
David M. Balabanian (admitted pro hac vice)
John D. Pernick (admitted pro hac vice)
Frank Busch (admitted pro hac vice)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Email: david.balabanian@bingham.com
john.pernick@bingham.com
frank.busch@bingham.com

Attorneys for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler (admitted pro hac vice)
Thomas G. Rafferty (admitted pro hac vice)
Daniel Slifkin (admitted pro hac vice)
Michael A. Paskin (admitted pro hac vice)
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1000 Fax: (212) 474-3700
Email: echesler@cravath.com;
trafferty@cravath.com;
dslifkin@cravath.com;
mpaskin@cravath.com

Attorneys for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation

---

*Supplemental Confidentiality Stipulation and Order Relating to Loan File Productions: (CV09-037 MJP) - 8*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

|   |   |   |
|---|---|---|
| 1 | | SIDLEY AUSTIN LLP |
| 2 | | By: s/ Eric S. Mattson |
| 3 | | Eric S. Mattson |
| | | One South Dearborn |
| 4 | | Chicago, IL 60603 |
| 5 | | Telephone: (312) 853-4716 |
| | | Facsimile: (312)853-7036 |
| 6 | | Email: emattson@sidley.com |
| 7 | | Attorneys for JPMorgan Chase, N.A. |

SO ORDERED.

Dated:_____

MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

*Supplemental Confidentiality Stipulation and Order*
*Relating to Loan File Productions: (CV09-037 MJP) - 9*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Floyd Abrams - fabrams@cahill.com
- Michael H. Barr -mbarr@sonnenschein.com
- Walter Eugene Barton - gbarton@karrtuttle.com,nrandall@karrtuttle.com,danderson@karrtuttle.com
- Steve W. Berman - steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com
- S Douglas Bunch -dbunch@cohenmilstein.com
- Steven P Caplow - stevencaplow@dwt.com,patrickwatts@dwt.com,sheilarowden@dwt.com,jasonSchattenkerk@dwt.com
- Kevin P Chavous -kchavous@sonnenschein.com
- James J. Coster -jcoster@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com
- Hal D Cunningham -hcunningham@scott-scott.com,halcunningham@gmail.com,efile@scott-scott.com
- Kerry F Cunningham -kerry.cunningham@dlapiper.com
- Leslie D Davis -ldavis@sonnenschein.com
- Corey E Delaney - corey.delaney@dlapiper.com,kerry.cunningham@dlapiper.com,richard.hans@dlapiper.com,patrick.smith@dlapiper.com
- Joshua S. Devore -jdevore@cohenmilstein.com,efilings@cohenmilstein.com
- Joseph A. Fonti -jfonti@labaton.com,ElectronicCaseFiling@labaton.com
- Larry Steven Gangnes - gangnesl@lanepowell.com,sebringl@lanepowell.com,docketing-sea@lanepowell.com,donnellyjossm@lanepowell.com
- Jonathan Gardner  jgardner@labaton.com
- Joseph P Guglielmo -jguglielmo@scott-scott.com,efile@scott-scott.com
- Richard F Hans -richard.hans@dlapiper.com,dorinda.castro@dlapiper.com
- David Daniel Hoff -dhoff@tousley.com,efile@tousley.com
- Julie Hwang -jhwang@labaton.com,ElectronicCaseFiling@labaton.com
- Geoffrey M Johnson - gjohnson@scott-scott.com,efile@scott-scott.com
- Matthew B. Kaplan -mkaplan@cohenmilstein.com,efilings@cohenmilstein.com

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Stellman Keehnel -stellman.keehnel@dlapiper.com,patsy.howson@dlapiper.com |
| 2 | Paul Joseph Kundtz - |
| 3 | pkundtz@riddellwilliams.com,mdowns@riddellwilliams.com,mbergquam@riddellwilliams.com |
| 4 | Joel P Laitman -jlaitman@cohenmilstein.com |
| 5 | Bruce Earl Larson -blarson@karrtuttle.com,psteinfeld@karrtuttle.com |
| 6 | Mike Liles , Jr-mliles@karrtuttle.com |
| | Christopher E Lometti -clometti@cohenmilstein.com |
| 7 | John D Lowery -jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 8 | Douglas C McDermott -doug@mcdermottnewman.com,eric@mcdermottnewman.com |
| 9 | Bradley T. Meissner -bradley.meissner@dlapiper.com |
| 10 | Timothy Michael Moran - moran@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 11 | Brian O. O'Mara -bomara@csgrr.com |
| 12 | Barry Robert Ostrager -bostrager@stblaw.com,managingclerk@stblaw.com |
| 13 | Kenneth J Pfaehler -kenneth.pfaehler@snrdenton.com,nicole.reeber@snrdenton.com |
| | Daniel B Rehns -drehns@cohenmilstein.com,efilings@cohenmilstein.com |
| 14 | Kenneth M Rehns -krehns@cohenmilstein.com |
| 15 | Julie Goldsmith Reiser -jreiser@cohenmilstein.com |
| 16 | Serena Richardson -srichardson@labaton.com,ElectronicCaseFiling@labaton.com |
| 17 | Rogelio Omar Riojas - omar.riojas@dlapiper.com,nina.marie@dlapiper.com,karen.hansen@dlapiper.com |
| 18 | Darren J Robbins -e_file_sd@csgrr.com |
| 19 | Tammy Roy -troy@cahill.com |
| | Joshua M. Rubins -jrubins@ssbb.com,managingclerk@ssbb.com,jregan@ssbb.com |
| 20 | Stephen M. Rummage -steverummage@dwt.com,jeannecadley@dwt.com |
| 21 | Hollis Lee Salzman -hsalzman@labaton.com,ElectronicCaseFiling@labaton.com |
| 22 | Paul Scarlato -pscarlato@labaton.com,ElectronicCaseFiling@labaton.com |
| 23 | Arthur L Shingler -ashingler@scott-scott.com,efile@scott-scott.com |
| | Gavin Williams Skok -gskok@riddellwilliams.com,dhammonds@riddellwilliams.com |
| 24 | Richard A Speirs -rspeirs@cohenmilstein.com |
| 25 | Kim D Stephens - kstephens@tousley.com,wcruz@tousley.com,cbonifaci@tousley.com |
| 26 | Robert D Stewart -stewart@kiplinglawgroup.com,cannon@kiplinglawgroup.com |
| 27 | Janissa Ann Strabuk - jstrabuk@tousley.com,wcruz@tousley.com |
| 28 | Steven J Toll -stoll@cohenmilstein.com,efilings@cohenmilstein.com |

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Mary Kay - Vyskocil mvyskocil@stblaw.com

Dennis H Walters -dwalters@karrtuttle.com,wbarker@karrtuttle.com

Adam Zurofsky -azurofsky@cahill.com

DATED this 19th day of October, 2011 at Seattle, Washington.

By   s/ Brian C. Free
     Brian C. Free, WSBA #35788
     1221 Second Avenue, Suite 500
     Seattle WA 98101-2925
     Telephone: (206) 623-1745
     Facsimile: (206) 623-7789
     Email: bcf@hcmp.com

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789