1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

IN RE WASHINGTON MUTUAL
MORTGAGE-BACKED SECURITIES
LITIGATION

This Document Relates To:  ALL CASES

CASE NO. C09-37 MJP

ORDER DENYING
CONFIDENTIALITY STIPULATION

15

16

17

18

19

20

21

22

23

24

This matter comes before the Court on the parties' supplemental confidentiality

stipulation relating to loan file productions.  (Dkt. No. 344.)  Having reviewed the stipulation, the

Court DENIES the proposed order.  The parties appear to propose that the Court excuse them

from complying with any and all privacy laws in regard to producing nonparty borrower

information.  (Dkt. No. 344 at 4-5.)  The parties have largely failed to identify what those laws

are and why their compliance with them should be excused.  The Court cannot simply grant the

parties carte blanche to ignore any relevant laws much less "explicitly prohibit[]" the parties'

compliance with those laws.  (Id. at 5.)  The request itself is difficult for the Court to understand

given its vagueness and the poorly described basis for granting the relief requested.  The Court

1  will consider a renewed request for an exemption from a specific privacy laws.  Such a future

2  request must: (1) identify the laws from which compliance is sought to be exempted; (2) the

3  reasons for such an exemption; and (3) why compliance is not possible or unreasonable.  The

4  parties are also directed to cease employing the "WHEREAS" format the parties seem so

5  inclined to use.  The Court finds it unhelpful to the presentation of the parties' positions and the

6  resolution of any disputes.

7          The clerk is ordered to provide copies of this order to all counsel.

8          Dated this 27th day of October, 2011.

9

10

11          _____
            Marsha J. Pechman
12          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24