THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**DECLARATION OF MATTHEW JACKSON IN SUPPORT OF MOTION FOR ENTRY OF REVISED CONFIDENTIALITY ORDER RELATING TO LOAN FILE PRODUCTIONS**<br><br>Hearing Date: November 25, 2011<br>w/o Oral Argument |

Matthew S. Jackson deposes and states as follows:

1. I am a litigation staff lawyer with Sidley Austin LLP. I have reviewed various loan origination files that have been produced in this case.

2. Plaintiffs' requests for production in this matter encompass more than 14,000 mortgage loans. The files for these loans are extremely voluminous, sometimes totaling more

DECLARATION OF MATTHEW JACKSON - 1
Case No. C09-037-MJP

**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

than a thousand pages for a single loan.  On information and belief, of the 14,000 loans, 957 potentially implicate the financial privacy laws of Illinois, Maryland, Montana, New Jersey, Rhode Island, Texas, or Vermont.  On information and belief, the loan files for those 957 loans contain 52,395 documents totaling 787,453 pages.

3. Based on my experience in this and other similar cases, loan files can be reviewed for nonpublic personal information and redacted at a rate of approximately 45 pages per hour.  Reviewing all 787,453 pages of the loan files potentially implicating the financial privacy laws of the states listed above would thus take a total of approximately 17,500 total hours of review time.

I hereby declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED this 16th day of November, 2011.

/s/ Matthew S. Jackson_____
Matthew S. Jackson

DECLARATION OF MATTHEW JACKSON - 2
Case No. C09-037-MJP

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

The undersigned certifies as follows:

1. I am employed at Corr Cronin Michelson Baumgardner & Preece LLP, attorneys for JP Morgan Chase Bank, N.A. herein.

2. On November 16, 2011, I caused a true and correct copy of the foregoing document to be served on the following parties in the matter indicated below:

Floyd Abrams - fabrams@cahill.com

Michael H. Barr - mbarr@sonnenschein.com

Walter Eugene Barton - gbarton@karrtuttle.com, nrandall@karrtuttle.com, danderson@karrtuttle.com

Steve W. Berman - steve@hbsslaw.com, robert@hbsslaw.com, heatherw@hbsslaw.com

S Douglas Bunch - dbunch@cohenmilstein.com

Steven P Caplow - stevencaplow@dwt.com, patrickwatts@dwt.com, sheilarowden@dwt.com, jasonSchattenkerk@dwt.com

Kevin P Chavous - kchavous@sonnenschein.com

James J. Coster - jcoster@ssbb.com, managingclerk@ssbb.com, jregan@ssbb.com

Hal D Cunningham - hcunningham@scott-scott.com, halcunningham@gmail.com, efile@scott-scott.com

Kerry F Cunningham - kerry.cunningham@dlapiper.com

Leslie D Davis - ldavis@sonnenschein.com

Corey E Delaney - corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, richard.hans@dlapiper.com, patrick.smith@dlapiper.com

Joshua S. Devore - jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Joseph A. Fonti - jfonti@labaton.com, ElectronicCaseFiling@labaton.com

Larry Steven Gangnes - gangnesl@lanepowell.com, sebringl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com

Jonathan Gardner jgardner@labaton.com

DECLARATION OF MATTHEW JACKSON - 3
Case No. C09-037-MJP

**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1. Joseph P Guglielmo -jguglielmo@scott-scott.com, efile@scott-scott.com
2. Richard F Hans -richard.hans@dlapiper.com, dorinda.castro@dlapiper.com
3. David Daniel Hoff -dhoff@tousley.com, efile@tousley.com
4. Julie Hwang -jhwang@labaton.com, ElectronicCaseFiling@labaton.com
5. Geoffrey M Johnson - gjohnson@scott-scott.com, efile@scott-scott.com
6. Matthew B. Kaplan -mkaplan@cohenmilstein.com, efilings@cohenmilstein.com
7. Stellman Keehnel -stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com
8. Paul Joseph Kundtz - pkundtz@riddellwilliams.com, mdowns@riddellwilliams.com, mbergquam@riddellwilliams.com
9. Joel P Laitman - jlaitman@cohenmilstein.com
10. Bruce Earl Larson - blarson@karrtuttle.com, psteinfeld@karrtuttle.com
11. Mike Liles - Jr-mliles@karrtuttle.com
12. Christopher E Lometti - clometti@cohenmilstein.com
13. John D Lowery - jlowery@riddellwilliams.com,dhammonds@riddellwilliams.com
14. Douglas C McDermott - doug@mcdermottnewman.com, eric@mcdermottnewman.com
15. Bradley T. Meissner - bradley.meissner@dlapiper.com
16. Timothy Michael Moran - moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com
17. Walter W. Noss - wnoss@scott-scott.com, efile@scott-scott.com
18. Brian O. O'Mara - bomara@csgrr.com
19. Barry Robert Ostrager - bostrager@stblaw.com, managingclerk@stblaw.com
20. Kenneth J Pfaehler - kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com
21. Daniel B Rehns - drehns@cohenmilstein.com, efilings@cohenmilstein.com
22. Kenneth M Rehns - krehns@cohenmilstein.com
23. Julie Goldsmith Reiser - jreiser@cohenmilstein.com
24. Serena Richardson - srichardson@labaton.com, ElectronicCaseFiling@labaton.com
25. Rogelio Omar Riojas - omar.riojas@dlapiper.com, nina.marie@dlapiper.com, karen.hansen@dlapiper.com
26. Darren J Robbins -e_file_sd@csgrr.com

DECLARATION OF MATTHEW JACKSON - 4
Case No. C09-037-MJP

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1. Tammy Roy - troy@cahill.com
2. Joshua M. Rubins - jrubins@ssbb.com,managingclerk@ssbb.com, jregan@ssbb.com
3. Stephen M. Rummage - steverummage@dwt.com, jeannecadley@dwt.com
4. Hollis Lee Salzman - hsalzman@labaton.com, ElectronicCaseFiling@labaton.com
5. Paul Scarlato - pscarlato@labaton.com, ElectronicCaseFiling@labaton.com
6. Arthur L Shingler - ashingler@scott-scott.com, efile@scott-scott.com
7. Gavin Williams Skok - gskok@riddellwilliams.com, dhammonds@riddellwilliams.com
8. Richard A Speirs - rspeirs@cohenmilstein.com
9. Kim D Stephens - kstephens@tousley.com, wcruz@tousley.com, cbonifaci@tousley.com
10. Robert D Stewart - stewart@kiplinglawgroup.com, cannon@kiplinglawgroup.com
11. Janissa Ann Strabuk - jstrabuk@tousley.com, wcruz@tousley.com
12. Steven J Toll - stoll@cohenmilstein.com, efilings@cohenmilstein.com
13. Mary Kay - Vyskocil mvyskocil@stblaw.com
14. Dennis H Walters - dwalters@karrtuttle.com, wbarker@karrtuttle.com
15. Adam Zurofsky - azurofsky@cahill.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 16th day of November, 2011, at Seattle, Washington.

*/s/Heidi M. Powell*
Heidi M. Powell

DECLARATION OF MATTHEW JACKSON - 5
Case No. C09-037-MJP

**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

726 03 lk165404