THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION TO AMEND SCHEDULING ORDER** |

*[Proposed] Order Granting Plaintiffs' Expedited Motion to Amend Scheduling Order*
*Case No. C09-037-MJP*

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   This matter, after being duly noticed, came before the honorable Marsha J. Pechman, on

2  Plaintiffs' Expedited Motion to Amend Scheduling Order.  IT IS HEREBY ORDERED THAT:

3   The Expedited Motion to Amend the Scheduling Order is GRANTED.

4   Plaintiffs' Proposed Schedule attached as Exhibit D to the Box Declaration is adopted.

5   **IT IS SO ORDERED.**

7   DATED this _____ day of _____, 2011.

9   _____
    Honorable Marsha J. Pechman
10  UNITED STATES DISTRICT JUDGE

12  Presented by:

13  **TOUSLEY BRAIN STEPHENS PLLC**
    Kim D. Stephens, WSBA #11984
14  Janissa A. Strabuk, WSBA #21827
    1700 Seventh Avenue, Suite 2200
15  Seattle, WA 98101
    Telephone: (206) 682-5600
16  Facsimile: (206) 682-2992
    Email: kstephens@tousley.com
17         jstrabuk@tousley.com

19  *Liaison Counsel for Plaintiffs and the Class*

*[Proposed] Order Granting Plaintiffs' Expedited Motion to Amend Scheduling Order*
*Case No. C09-037-MJP*

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1

| | |
|---|---|
| 1 | **COHEN MILSTEIN SELLERS &** |
| | **TOLL PLLC** |
| 2 | Steven J. Toll |
| | Julie Goldsmith Reiser |
| 3 | Joshua S. Devore (admitted *pro hac vice*) |
| 4 | S. Douglas Bunch (admitted *pro hac vice*) |
| | 1100 New York Avenue, N.W. |
| 5 | Suite 500, West Tower |
| | Washington, DC 20005 |
| 6 | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |
| 7 | Email: stoll@cohenmilstein.com |
| 8 |    jreiser@cohenmilstein.com |
| |    jdevore@cohenmilstein.com |
| 9 |    dbunch@cohenmilstein.com |
| 10 | Joel P. Laitman (admitted *pro hac vice*) |
| | Christopher Lometti (admitted *pro hac vice*) |
| 11 | Daniel B. Rehns (admitted *pro hac vice*) |
| 12 | 150 East 52nd Street, Thirtieth Floor |
| | New York, NY 10022 |
| 13 | Telephone: (212) 838-7797 |
| | Facsimile: (212) 838-7745 |
| 14 | Email: jlaitman@cohenmilstein.com |
| 15 |    clometti@cohenmilstain.com |
| |    drehns@cohenmilstein.com |
| 16 | **SCOTT+SCOTT LLP** |
| 17 | Anne L. Box (admitted *pro hac vice*) |
| | Hal D. Cunningham (admitted *pro hac vice*) |
| 18 | 707 Broadway, Suite 1000 |
| | San Diego, CA 92101 |
| 19 | Telephone: (619) 233-4565 |
| 20 | Facsimile: (619) 233-0508 |
| | Email: abox@scott-scott.com |
| 21 |    hcunningham@scott-scott.com |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

*[Proposed] Order Granting Plaintiffs' Expedited Motion to Amend Scheduling Order*
*Case No. C09-037-MJP*

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

2

1  Joseph P. Guglielmo (admitted *pro hac vice*)
   500 Fifth Avenue, 40th Floor
2  New York, NY 10110
   Telephone: (212) 223-6444
3  Facsimile: (212) 223-6334
   Email: jguglielmo@scott-scott.com
4

5  *Lead Counsel for the Class*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*[Proposed] Order Granting Plaintiffs' Expedited*
*Motion to Amend Scheduling Order*
*Case No. C09-037-MJP*

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

3