UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION, | Master Case No. 2:09-cv-00037-MJP |
| This Document Relates to: ALL CASES | **DECLARATION OF ANNE L. BOX IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION TO AMEND SCHEDULING ORDER**<br><br>**NOTED ON MOTION CALENDAR: December 16, 2011**<br><br>**ORAL ARGUMENT REQUESTED** |

*Decl. of Anne Box ISO Plaintiffs' Expedited Motion to Amend Scheduling Order Case No. C09-037-MJP*

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

I, Anne L. Box, declare as follows:

1.     I am an attorney with the law firm Scott+Scott LLP, counsel for Plaintiffs in this matter.  I make this declaration in support of Plaintiffs' Expedited Motion to Amend the Scheduling Order.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     In November 2008, the United States Senate Permanent Subcommittee on Investigations initiated an investigation into some of the key causes of the 2008 financial crisis.  As part of the investigation, the Senate Subcommittee used WMB as a case study in its examination of the events and actions that led to the 2008 financial crisis.  Of the 1.5 million documents produced by Defendants and JPMC in this action, many were previously produced in response to Senate Subcommittee subpoenas and at least half do not pertain to this case.

3.     On December 7 – 8, 2011, an attorney for Scott & Scott conducted an initial cursory review of the loan files located in Monroe, Louisiana.  I was informed there are approximately 9,000 loan files and that each file contains approximately 300 – 500 pages of documents for an approximate total page count of 2.7 – 4.5 million pages.  Representative documents contained within those files examined on December 7 – 8 include the following: identification verification; employment verification; loan application; appraisal documentation; credit report; loan approval report; exception documentation; income verification; and collateral valuation reports.

4.     I was informed that on September 26 – 30 and October 17 – 19, 2011, five attorneys from local and Lead Counsel's firms traveled to San Francisco to review paper loan files made available by Defendants and JPMC.  Plaintiffs' counsel isolated approximately 12,000 pages, out of the hundreds of thousands reviewed, and requested copies of these documents from Defendants.  Despite the relatively low volume of relevant documents which Plaintiffs requested be produced, Plaintiffs did not receive them until November 16, 2011.

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

5.      Plaintiffs' counsel was informed on December 7, 2011 that Cynthia Abercrombie could not be deposed due to having suffered a stroke.

6.      I declare that attached to this declaration are true and correct copies of the following exhibits:

Exhibit A:      September 12, 2011 letter from John Pernick to Joe Guglielmo re status of defendants' document production;

Exhibit B:      October 25, 2011 email from You Jee Young to Plaintiffs' Counsel attaching privilege log relating to WCC productions;

Exhibit C:      October 26, 2011 letter from Matthew Jackson to Joshua Devore re production of loan origination files; and

Exhibit D:      Plaintiffs' Proposed Schedule.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Diego, California on December 8, 2011.

ANNE L. BOX
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
abox@scott-scott.com

*Decl. of Anne Box ISO Plaintiffs' Expedited Motion to*
*Amend Scheduling Order*
*Case No. C09-037-MJP*

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

2

1

<u>CERTIFICATE OF SERVICE</u>

2
I hereby certify that on December 8, 2011, I caused the foregoing to be electronically

3
filed with the Clerk of the Court using the CM/ECF system which will send notification of such

4
filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that

5
I caused the foregoing document or paper to be mailed via the United States Postal Service to the

6
non-CM/ECF participants indicated on the Manual Notice List.

7
I certify under penalty of perjury under the laws of the United States of America that the

8
foregoing is true and correct. Executed on December 8, 2011.

9

10
    /s/ Kim D. Stephens
Kim D. Stephens, WSBA #11984

11
**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200

12
Seattle, WA 98101
Telephone: (206) 682-5600

13
Facsimile: (206) 682-2992
Email: kstephens@tousley.com

14

15

16

17

18

19

20

21

22

23

24

25

*Decl. of Anne Box ISO Plaintiffs' Expedited Motion to
Amend Scheduling Order
Case No. C09-037-MJP*

3