UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,

This Documents Relates to: ALL CASES

CASE NO. C09-37MJP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

This matter comes before the Court on Lead Plaintiff's unopposed motion for entry of a revised confidentiality order. (Dkt. No. 347.) Lead Plaintiff has failed to explain what particular information it seeks, why it is necessary to be discovered, and what it intends to do with the information. To expedite the resolution of this matter, the Court will contact the parties to set a telephonic hearing on the motion.

\\

\\

MINUTE ORDER- 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed this 13th day of December, 2011.

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER- 2