THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**DECLARATION OF ANNE BOX IN SUPPORT OF PLAINTIFFS' REPLY ON THE EXPEDITED MOTION TO AMEND SCHEDULING ORDER**<br><br>**NOTED ON MOTION CALENDAR: December 16, 2011**<br><br>**ORAL ARGUMENT REQUESTED** |

Decl. of Anne Box ISO Plaintiffs' Reply
Case No. 2:09-cv-00037-MJP

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

I, Anne Box, declare as follows:

1. I am an attorney with the law firm Scott+Scott LLP, counsel for Plaintiffs in this matter. I make this declaration in support of Plaintiffs' Reply Memorandum in Further Support of the Expedited Motion to Amend the Scheduling Order. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I declare that attached to this declaration are true and correct copies of the following exhibits:

Exhibit A: December 13, 2011 letter from Matthew Jackson to Josh Devore;

Exhibit B: July 28, 2011 email from John Pernick to Joseph Guglielmo and Josh Devore;

Exhibit C: July 12, 2011 email from John Pernick to Joseph Guglielmo;

Exhibit D: December 12, 2011 letter from Joseph Guglielmo to John Pernick, Eric Mattson and Michael Paskin; and

Exhibit E: October 6, 2011 letter from Josh Devore to Michael Paskin and Daniel Slifkin.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Diego, California, on December 16, 2011.

/s/ Anne L. Box
Anne L. Box (admitted *pro hac vice*)
**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: abox@scott-scott.com

*Decl. of Anne Box ISO Plaintiffs' Reply - 1*
*Case No. 2:09-cv-00037-MJP*

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson (Terminated) blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage (Terminated) steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com

Dennis H Walters (Terminated) dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr (Terminated) mliles@karrtuttle.com

Steven P Caplow (Terminated) stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

*Decl. of Anne Box ISO Plaintiffs' Reply - 2*
*Case No. 2:09-cv-00037-MJP*

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  
2  Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com

3  Walter Eugene Barton (Terminated) gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

4  
5  Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

6  David M Balabanian david.balabanian@bingham.com

7  Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

8  
9  Susan L Hoffman susan.hoffman@bingham.com

10  Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

11  John D Pernick john.pernick@bingham.com

12  Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com

13  Brian C Free bcf@hcmp.com, gcp@hcmp.com

14  Christopher M Huck (Terminated) buck@kdg-law.com

15  
16  Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

17  Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

18  Richard A Speirs rspeirs@cohenmilstein.com

19  Bradley T. Meissner bradley.meissner@dlapiper.com

20  
21  Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

22  Mary Kay Vyskocil mvyskocil@stblaw.com

23  Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

24  Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

25  Kerry F Cunningham kerry.cunningham@dlapiper.com

*Decl. of Anne Box ISO Plaintiffs' Reply - 3*  
*Case No. 2:09-cv-00037-MJP*

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com |
| 2 | |
| 3 | S Douglas Bunch dbunch@cohenmilstein.com |
| 4 | Darren J Robbins e_file_sd@csgrr.com |
| 5 | Jonathan Gardner jgardner@labaton.com |
| 6 | Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com |
| 7 | Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com |
| 8 | |
| 9 | Joel P Laitman jlaitman@cohenmilstein.com |
| 10 | Christopher E Lometti clometti@cohenmilstein.com |
| 11 | Michael H. Barr mbarr@sonnenschein.com |
| 12 | Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 13 | Leslie D Davis ldavis@sonnenschein.com |
| 14 | Kevin P Chavous kchavous@sonnenschein.com |
| 15 | Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 16 | |
| 17 | Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 18 | Serena Richardson (Terminated) srichardson@labaton.com, ElectronicCaseFiling@labaton.com |
| 19 | Frank Busch frank.busch@bingham.com, frank.downing@bingham.com |
| 20 | Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com |
| 21 | |
| 22 | Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 23 | Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com |
| 24 | Kenneth M Rehns krehns@cohenmilstein.com |
| 25 | Adam Zurofsky azurofsky@cahill.com |
| | Tammy Roy troy@cahill.com |

*Decl. of Anne Box ISO Plaintiffs' Reply - 4*
*Case No. 2:09-cv-00037-MJP*

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1
2   Floyd Abrams fabrams@cahill.com

3   James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

4   Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

5   Theo J. Robins theo.robins@bingham.com

6   Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

7   Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

8
9   Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

10  Julie Goldsmith Reiser jreiser@cohenmilstein.com

11  Jee Young You jeeyoung.you@bingham.com

12  Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

13  Evan R. Chesler echesler@cravath.com

14  Thomas G. Rafferty trafferty@cravath.com

15  Daniel Slifkin dslifkin@cravath.com

16
17  Michael A. Paskin mpaskin@cravath.com

18  J. Wesley Earnhardt wearnhardt@cravath.com

19  Jesse M. Weiss jweiss@cravath.com

20  **2:09-cv-00037-MJP Notice will not be electronically mailed to:**

21  WaMu Officer Defendants Securities MDL

22  Dated December 16, 2011.

23
24
25

*Decl. of Anne Box ISO Plaintiffs' Reply - 5*
*Case No. 2:09-cv-00037-MJP*

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
        jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

*Decl. of Anne Box ISO Plaintiffs' Reply - 6*
*Case No. 2:09-cv-00037-MJP*

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992