**EXHIBIT A**



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |

matthew.jackson@sidley.com
(312) 853 0630

FOUNDED 1866

December 13, 2011



**By FedEx**

Mr. Joshua S. Devore
Cohen Milstein
1100 New York Ave. NW
Suite 500 West
Washington, DC  20005

   Re: *In re Washington Mutual Mortgage Backed Securities Litigation*, 2:09-cv-00037-MJP (W.D. Wash.)

Dear Josh:

  Pursuant to the subpoena served on JPMorgan Chase Bank, N.A. ("Chase") on October 27, 2010 and the agreement between Chase and plaintiffs, enclosed are non-privileged repurchase and "putback" documents as requested. The Bates range for this production is JPMWaMuMBS0004352030 to JPMWaMuMBS0004352866.

  Also enclosed are images of the non-privileged custodial hard copy documents selected by plaintiffs' counsel as a result of your review of these documents in our San Francisco office. The Bates range for this production is JPMWaMuMBS0004352867 to JPMWaMuMBS0004360787.

           Regards,

           /s/ Matthew Jackson

           Matthew S. Jackson

MJ:dlg

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

CH1 6391807v.1



Joshua S. Devore
December 13, 2011
Page 2

cc:   John D. Pernick
      Eric S. Mattson

CH1 6391807v.1



# Packing Slip

December 14, 2011

**Address:**
Xerox Litigation Services
80 State Street
Albany, NY 12207
Phone: (518) 434-6543
Fax: (518) 434-8457

**Ship To:**
Joshua S. Devore
Cohen Milstein
1100 New York Ave NW, Suite 500 West
Washington, DC  20005

| | |
|---|---|
| **Request Number:** | 233715 |
| **Matter:** | JPMC16 - Sidley MBS Production |
| **Contact:** | Sean Fennel |
| **Phone:** | 212.488.0636 |
| **Email:** | Sean.Fennel@xerox.com |

| Description | Unit Type | Order Quantity | Ship Quantity |
|---|---|---|---|
| Sidley MBS Production #13 (21 Repurchase Documents) | DVD | 1 | 1 |
| | **Total:** | 1 | 1 |

**Comments:** Shipped via FedEx, Tracking#797842600463

