**EXHIBIT B**

| | |
|---|---|
| **From:** | Pernick, John D. <john.pernick@bingham.com> |
| **Sent:** | Thursday, July 28, 2011 11:46 AM |
| **To:** | Joseph P. Guglielmo; Devore, Joshua |
| **Cc:** | Jackson, Matthew; Mattson, Eric |
| **Subject:** | Proposed Amended Scheduling Order |
| **Attachments:** | WaMu Proposed Amended Scheduling Order.doc |

Joe and Josh,

We are planning on filing a motion today seeking to amend the scheduling order to reflect that neither JPMorgan Chase Bank nor Defendants will have substantially completed document production by tomorrow. Tomorrow you will be receiving very significant productions of loan files and documents from the WCC email server, but WCC's email production will not be substantially complete until August 12 and my understanding from Matt Jackson is that the custodial productions will not be complete until that time period as well and that the complete production of documents relating to the loan files, including servicing information, will not be substantially complete until the end of September or so. Additionally, as I have told you previously, WCC is currently searching through folders on the WCC shared drive for potentially responsive documents and the process of searching for and identifying responsive documents and preparing those documents for production, will also not be substantially complete until the end of September.

Therefore, we believe that the scheduling order should be amended to call for substantial completion of document production by the end of September. Given that delay, we believe the discovery cut off should be moved to January 17. We are not proposing to change the trial date or the date for filing summary judgment motions, but have proposed tweaks in some of the other scheduling to adjust for the extended discovery.

Please review the attached proposed amended scheduling order. If it is acceptable to you, let me know, and we will prepare a stipulated motion. We are also happy to consider other changes so long as the basic deadlines regarding document production and close of discovery set out in the order remain. But if you are not agreeable to the change in those deadlines, then we will file a motion today to amend the scheduling order.

Please let me know as soon as possible. I am available for a call to discuss if you would like.

John

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.