**EXHIBIT C**

| | |
|---|---|
| **From:** | Pernick, John D. <john.pernick@bingham.com> |
| **Sent:** | Tuesday, July 12, 2011 1:04 PM |
| **To:** | Joseph P. Guglielmo; 'emattson@sidley.com'; 'matthew.jackson@sidley.com' |
| **Cc:** | 'JDEVORE@cohenmilstein.com'; Hal Cunningham; 'drehns@cohenmilstein.com'; 'clometti@cohenmilstein.com'; You, Jee Young; Hoffman, Susan |
| **Subject:** | RE: In re Washington Mutual Mortgage Backed Securities Litigation |

Joe,

It is looking like the document production may not be complete until the first or second week of August. I am still working on getting a final estimate (we are adding reviewers this week and I need to see how that impacts the timing).

In the meantime, do you have any firm depo dates for any of the witnesses you subpoenaed. Given that the production of documents from WMB is farther along, it may make sense to do those first if we can get them set.

John

---

**From:** Joseph P. Guglielmo [mailto:jguglielmo@scott-scott.com]
**Sent:** Wednesday, July 06, 2011 5:06 PM
**To:** Pernick, John D.; 'emattson@sidley.com'; 'matthew.jackson@sidley.com'
**Cc:** 'JDEVORE@cohenmilstein.com'; Hal Cunningham; 'drehns@cohenmilstein.com'; 'clometti@cohenmilstein.com'
**Subject:** Re: In re Washington Mutual Mortgage Backed Securities Litigation

Thanks John.

---

**From:** Pernick, John D. <john.pernick@bingham.com>
**To:** Joseph P. Guglielmo; Mattson, Eric <emattson@Sidley.com>; Jackson, Matthew <matthew.jackson@sidley.com>
**Cc:** JDEVORE@cohenmilstein.com <JDEVORE@cohenmilstein.com>; Hal Cunningham; drehns@cohenmilstein.com <drehns@cohenmilstein.com>; clometti@cohenmilstein.com <clometti@cohenmilstein.com>
**Sent:** Wed Jul 06 19:15:24 2011
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

Joe,

I am starting to hear that the universe of documents is larger than we first thought (by at least 30,000 documents). I will get final numbers tomorrow. I really want to get this done by the end of July so will work with the client to see if we can expedite the process (and keep with that schedule), but I just wanted to keep you updated on my info. Let's see where we are at the end of this week. In the meantime, I will make sure that Ms. Hebble holds open the second week of August for us.

John

---

**From:** Joseph P. Guglielmo [mailto:jguglielmo@scott-scott.com]
**Sent:** Wednesday, July 06, 2011 4:12 PM
**To:** Pernick, John D.; Mattson, Eric; Jackson, Matthew
**Cc:** JDEVORE@cohenmilstein.com; Hal Cunningham; drehns@cohenmilstein.com; clometti@cohenmilstein.com
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

It appears that it should in light of your representations on the document production. If the production time line slips, we can discuss a further extension.

---

**From:** Pernick, John D. [mailto:john.pernick@bingham.com]
**Sent:** Wednesday, July 06, 2011 4:19 PM
**To:** Joseph P. Guglielmo; Mattson, Eric; Jackson, Matthew
**Cc:** JDEVORE@cohenmilstein.com; Hal Cunningham; drehns@cohenmilstein.com; clometti@cohenmilstein.com
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

Joe,

We are working with the goal of completing the production of the WCC documents that are currently being reviewed by the end of July, with a rolling production that will begin either at the end of this week or early next week. With that schedule, I think setting Helaine Hebble's 30(b)(6) deposition for the week of August 8 makes sense. I am out the last two weeks of August, so if you would prefer something later, then we could do early September (though I have not checked with Helaine on her availability that late, I know she is available the first two weeks of August).

If the second week of August works with your time frame, I will get you a specific date.

John

**From:** Joseph P. Guglielmo [mailto:jguglielmo@scott-scott.com]
**Sent:** Tuesday, July 05, 2011 1:58 PM
**To:** Pernick, John D.; Mattson, Eric; Jackson, Matthew
**Cc:** JDEVORE@cohenmilstein.com; Hal Cunningham; drehns@cohenmilstein.com; clometti@cohenmilstein.com
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

Ok, just let us know when you will be available to discuss.  Thanks

**From:** Pernick, John D. [mailto:john.pernick@bingham.com]
**Sent:** Tuesday, July 05, 2011 4:55 PM
**To:** Joseph P. Guglielmo; Mattson, Eric; Jackson, Matthew
**Cc:** JDEVORE@cohenmilstein.com; Hal Cunningham; drehns@cohenmilstein.com; clometti@cohenmilstein.com
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

Joe,

I am getting an update on the status of the WCC production this evening that will give me at least some basis for an estimate as to when the production will be complete, I will get you that info tomorrow and, based on that info, will work on getting alternate deposition dates.

John

**From:** Joseph P. Guglielmo [mailto:jguglielmo@scott-scott.com]
**Sent:** Tuesday, July 05, 2011 12:04 PM
**To:** Pernick, John D.; Mattson, Eric; Jackson, Matthew
**Cc:** JDEVORE@cohenmilstein.com; Hal Cunningham; drehns@cohenmilstein.com; clometti@cohenmilstein.com
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

John, following up on your suggestion to push back the 30(b)(6) deposition, we are amenable to moving the deposition a few weeks, can you provide us a more specific proposal on production of documents re: WCC and some revised dates?  Thanks.

**From:** Pernick, John D. [mailto:john.pernick@bingham.com]
**Sent:** Friday, July 01, 2011 6:11 PM
**To:** Joseph P. Guglielmo; Mattson, Eric; Jackson, Matthew
**Cc:** JDEVORE@cohenmilstein.com; Hal Cunningham; drehns@cohenmilstein.com; clometti@cohenmilstein.com
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

Following up on our call today, Defendants will agree to move the date for Plaintiffs' opposition to Defendants' motion for judgment on the pleadings to July 27, the due date for Plaintiffs' reply re the motion for class certification if Plaintiffs will agree that the deadline for Defendants' reply re the motion for judgment on the pleadings is August 3.

John

**From:** Joseph P. Guglielmo [mailto:jguglielmo@scott-scott.com]
**Sent:** Wednesday, June 29, 2011 12:02 PM
**To:** Mattson, Eric; Jackson, Matthew; Pernick, John D.
**Cc:** JDEVORE@cohenmilstein.com; Hal Cunningham; drehns@cohenmilstein.com; clometti@cohenmilstein.com
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

yes, let's use this dial in:

- USA Toll-Free: (877)402-9753
- USA Caller Paid/International Toll : (636)651-3141
- ACCESS CODE: 8964186

**From:** Mattson, Eric [mailto:emattson@Sidley.com]
**Sent:** Wednesday, June 29, 2011 2:51 PM
**To:** Joseph P. Guglielmo; Jackson, Matthew; Pernick, John D.
**Cc:** JDEVORE@cohenmilstein.com; Hal Cunningham; drehns@cohenmilstein.com; clometti@cohenmilstein.com
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

Sorry, can we make it 1 Central?

**From:** Joseph P. Guglielmo [mailto:jguglielmo@scott-scott.com]
**Sent:** Wednesday, June 29, 2011 1:33 PM
**To:** Jackson, Matthew; Pernick, John D.
**Cc:** JDEVORE@cohenmilstein.com; Hal Cunningham; drehns@cohenmilstein.com; clometti@cohenmilstein.com; Mattson, Eric
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

ok, that works.

---

**From:** Jackson, Matthew [mailto:matthew.jackson@sidley.com]
**Sent:** Wednesday, June 29, 2011 1:48 PM
**To:** Joseph P. Guglielmo; Pernick, John D.
**Cc:** JDEVORE@cohenmilstein.com; Hal Cunningham; drehns@cohenmilstein.com; clometti@cohenmilstein.com; Mattson, Eric
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

Joe, I won't be free until 12:00 central, but I am free anytime after that.

Matt Jackson
312.853.0630

---

**From:** Joseph P. Guglielmo [mailto:jguglielmo@scott-scott.com]
**Sent:** Wednesday, June 29, 2011 12:41 PM
**To:** Jackson, Matthew; Pernick, John D.
**Cc:** JDEVORE@cohenmilstein.com; Hal Cunningham; drehns@cohenmilstein.com; clometti@cohenmilstein.com; Mattson, Eric
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

Matt, can we talk on friday at 11am?

---

**From:** Jackson, Matthew [mailto:matthew.jackson@sidley.com]
**Sent:** Tuesday, June 28, 2011 10:48 AM
**To:** Joseph P. Guglielmo; Pernick, John D.
**Cc:** JDEVORE@cohenmilstein.com; Hal Cunningham; drehns@cohenmilstein.com; clometti@cohenmilstein.com; Mattson, Eric
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

Joe, I can tell you that (a) Chase has been working diligently on this and (b) we expect to be able to give an update to you on Friday.  As you know the volume of documents we are dealing with is very large.

Matt Jackson
Sidley Austin LLP
One South Dearborn, Chicago, Illinois, 60603
Tel: (312)853-0630  Fax: (312) 853-7036
matthew.jackson@sidley.com

---

**From:** Joseph P. Guglielmo [mailto:jguglielmo@scott-scott.com]
**Sent:** Monday, June 27, 2011 6:08 PM
**To:** Jackson, Matthew; Pernick, John D.
**Cc:** JDEVORE@cohenmilstein.com; Hal Cunningham; drehns@cohenmilstein.com; clometti@cohenmilstein.com; Mattson, Eric
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

Matt, please provide an update.  At this point, we need to move to compel this production.

---

**From:** Jackson, Matthew [mailto:matthew.jackson@sidley.com]
**Sent:** Tuesday, June 07, 2011 3:45 PM
**To:** Joseph P. Guglielmo; Pernick, John D.
**Cc:** JDEVORE@cohenmilstein.com; Hal Cunningham; drehns@cohenmilstein.com; clometti@cohenmilstein.com; Mattson, Eric
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

As to the loan file production, I do not yet have much more to add to my update provided on 6/1/2011.  I have been told that the loan files have finished loading and QC of the files is underway.  I have requested a further update from the vendor.

Matt Jackson
Sidley Austin LLP
One South Dearborn, Chicago, Illinois, 60603
Tel: (312)853-0630  Fax: (312) 853-7036
matthew.jackson@sidley.com

---

**From:** Joseph P. Guglielmo [mailto:jguglielmo@scott-scott.com]

**Sent:** Tuesday, June 07, 2011 12:10 PM
**To:** Pernick, John D.; Jackson, Matthew; Mattson, Eric
**Cc:** 'JDEVORE@cohenmilstein.com'; Hal Cunningham; 'drehns@cohenmilstein.com'; 'clometti@cohenmilstein.com'
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

John, any update on deposition location and/or witnesses?  Also, what is the status of WCC docs.  Eric, do you have any update on the loan file production?

---

**From:** Pernick, John D. [mailto:john.pernick@bingham.com]
**Sent:** Wednesday, June 01, 2011 4:06 PM
**To:** Joseph P. Guglielmo; 'matthew.jackson@sidley.com'; 'emattson@sidley.com'
**Cc:** 'JDEVORE@cohenmilstein.com'; Hal Cunningham; 'drehns@cohenmilstein.com'; 'clometti@cohenmilstein.com'
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

30(b)(6) will be in NY.  Hoping to get an update re the WCC docs in the next day or so, which will give me a time frame for educating the witness.

---

**From:** Joseph P. Guglielmo [mailto:jguglielmo@scott-scott.com]
**Sent:** Wednesday, June 01, 2011 11:37 AM
**To:** 'matthew.jackson@sidley.com'; 'emattson@sidley.com'; Pernick, John D.
**Cc:** 'JDEVORE@cohenmilstein.com'; Hal Cunningham; 'drehns@cohenmilstein.com'; 'clometti@cohenmilstein.com'
**Subject:** Re: In re Washington Mutual Mortgage Backed Securities Litigation

Matt and John, can you provide an update on the loan file production?

Also, John, do you have any proposed dates/locations for the 30(b)(6) deposition?

---

**From:** Jackson, Matthew <matthew.jackson@sidley.com>
**To:** Joseph P. Guglielmo; Mattson, Eric <emattson@Sidley.com>; Pernick, John D. <john.pernick@bingham.com>
**Cc:** Devore, Joshua <JDEVORE@cohenmilstein.com>; Hal Cunningham; Rehns, Daniel <drehns@cohenmilstein.com>; Lometti, Christopher <clometti@cohenmilstein.com>
**Sent:** Fri May 27 15:07:53 2011
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

Joseph, please see below for an update on Chase's custodial productions.  As to the partially produced custodians for which we are verifying and supplementing custodial data (where necessary), I have asked that we expedite the supplemental collections of Jurgens, Drastal and Hebble.  Regarding Hebble, I know we only had a very small number of documents that hit on your search terms in our most recent production, so we expect the supplemental data we receive for her to be significant.  I cannot yet provide guidance on when all collections will be completed and processed, but I will keep you informed.

Custodial data productions completed:

| Cynthia | Abercombie |
|---|---|
| Mark | Brown |
| David | Beck |
| Tom | Casey |
| Cathy L. | Doperalski |
| Cheryl | Feltgen |
| Stephen | Fortunato |
| Juanita | Gephardt |
| Arlene | Hyde |
| Randy | Melby |
| Charles | Mortensen |
| Tim | Pihl |
| John | Robinson |
| Clifford | Rossi |
| Steve | Rotella |
| David | Schneider |
| Maureen | Shafer |
| June | Thoreson-Rogers |
| Ann | Tierney |
| Bridgette | Timberlake |

| James | Vanasek |
| James~~Jay~~ | ~~Vanasek~~Weisbrod |
| Don | White |

Custodial data produced but supplementing / verifying data sets.

| Todd | Baker |
| Hugh | Boyle |
| Richard | Careaga |
| Ron | Cathcart |
| Youyi | Chen |
| Michael D. | Coyne |
| John | Drastal |
| Helaine | Hebble |
| Karen A. | Holbrook |
| Mark | Hillis |
| Rolland | Jurgens |
| Kerry | Killinger |
| Tom | Lehman |
| Tim | Maimone |
| Richard | McCoppin |
| Michael | Parker |
| Doug | Potolsky |
| Mahwish | Rasheed |
| Richard | Stephenson |

Custodial data is being collected, not yet produced:

| Michael | Aaknes |
| Cleo | Coman |
| Scott | Edwards |
| Lisa | Fogo |
| Todd | Hanssen |
| Scott | Hitchcock |
| Gary | Hunter |
| Dennis | Lai |
| Tom | Lazar |
| Barbara | Lilly |
| Barbara | Loper |
| Rob | Marone |
| Kevin | Seidl |
| Vinnie | Varca |
| Diane | Novak |
| Thomas | Green |
| Donald | Wilhelm |

Matt Jackson
Sidley Austin LLP
One South Dearborn, Chicago, Illinois, 60603
Tel: (312)853-0630  Fax: (312) 853-7036
matthew.jackson@sidley.com

**From:** Joseph P. Guglielmo [mailto:jguglielmo@scott-scott.com]
**Sent:** Friday, May 27, 2011 1:14 PM
**To:** Mattson, Eric; Pernick, John D.; Jackson, Matthew
**Cc:** Devore, Joshua; Hal Cunningham; Rehns, Daniel; Lometti, Christopher
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

ok, thanks.

**From:** Mattson, Eric [mailto:emattson@sidley.com]

**Sent:** Friday, May 27, 2011 2:12 PM
**To:** Joseph P. Guglielmo; Pernick, John D.; Jackson, Matthew
**Cc:** Devore, Joshua; Hal Cunningham; Rehns, Daniel; Lometti, Christopher
**Subject:** RE: In re Washington Mutual Mortgage Backed Securities Litigation

I will defer to Matt with respect to Chase's production.  Also, please copy Matt on future e-mails.

---

**From:** Joseph P. Guglielmo [mailto:jguglielmo@scott-scott.com]
**Sent:** Friday, May 27, 2011 9:52 AM
**To:** Mattson, Eric; Pernick, John D.
**Cc:** Devore, Joshua; Hal Cunningham; Rehns, Daniel; Lometti, Christopher
**Subject:** In re Washington Mutual Mortgage Backed Securities Litigation

Eric and John, can you please provide an update on the custodial production and indentify which custodian's production is complete?  Thanks.



Joseph P. Guglielmo, Attorney
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110

212.223.6444 Phone
212.223.6334 Fax
www.scott-scott.com

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify Scott+Scott LLP immediately by telephone at 212.223.6444, or e-mail at jguglielmo@scott-scott.com and immediately delete this message and all its attachments.

---------------------------------------------------------------------------------------

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred

to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
***********************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.


***********************************************************************************

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.