1

**THE HONORABLE MARSHA J. PECHMAN**

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9                    AT SEATTLE

10 | BOILERMAKERS NATIONAL | Consolidated Case No. C09-0037 (MJP)
   | ANNUITY TRUST FUND, on Behalf of |
11 | Itself and All Others Similarly Situated, |
   | | **NOTICE OF WITHDRAWAL**
12 |                Plaintiff, |
   | |
13 |        v. |
   | |
14 | WAMU MORTGAGE PASS-THROUGH |
   | CERTIFICATES, SERIES AR1, et al., |
15 | |
   |            Defendants. |
16

17 | NEW ORLEANS EMPLOYEES' | Case No. C09-00137 (MJP)
   | RETIREMENT SYSTEM, et al., |
18 |                Plaintiffs, |
   | |
19 |        v. |
   | |
20 | THE FIRST AMERICAN |
   | CORPORATION and FIRST AMERICAN |
21 | eAPPRAISEIT, LLC, |
   | |
22 |            Defendants. |

23  **TO:          THE CLERK OF THE COURT**

24
   **AND TO:     ALL PARTIES THROUGH THEIR COUNSEL OF RECORD**
25
            PLEASE TAKE NOTICE that, pursuant to General Rule 2(g)(2)(B), Corey E Delaney**,**
26
   formerly of DLA Piper LLP (US), admitted *pro hac vice,* hereby withdraws as counsel of

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800

1   record for Defendants The First American Corporation and First American eAppraiseIT, LLC.

2        Defendants will continue to be represented in this matter by DLA Piper LLP (US).  All

3   further notices and pleadings with regard to this action, exclusive of original process, are to be

4   served on Stellman Keehnel, R. Omar Riojas, Bradley T. Meissner, and Richard F. Hans, of

5   DLA Piper LLP (US).

6        Dated this 20th day of December, 2011.

7

8                            */s/* Corey Elanor Delaney

9                            Stellman Keehnel, WSBA No. 9309

                           R. Omar Riojas, WSBA No. 35400

10                          Bradley T. Meissner, WSBA No. 39592

                         **DLA PIPER LLP (US)**

11                          701 Fifth Avenue, Suite 7000

                         Seattle, Washington  98104

12                          Telephone:      206.839.4800

                         Fax:                206.839.4801

13                          E-mail:  stellman.keehnel@dlapiper.com

                                omar.riojas@dlapiper.com

14                                 bradley.meissner@dlapiper.com

15

16                          Corey Elanor Delaney (admitted *pro hac vice*)

                         Formerly of DLA Piper LLP (US),

                         Richard F. Hans (admitted *pro hac vice*)

17                          **DLA PIPER LLP (US)**

18                          1251 Avenue of the Americas

                         27th Floor

19                          New York, New York  10020-1104

                         Tel:                212.335.4500

20                          Fax:                212.335.4501

                         E-mail:  richard.hans@dlapiper.com

21                          Attorneys for Defendants

                         The First American Corporation and

22                          eAppraiseIT, LLC

23

24

25

26

NOTICE OF WITHDRAWAL – 2
NO. C 09-0037 (MJP)

                                    DLA Piper LLP (US)
                            701 Fifth Avenue, Suite 7000
                     Seattle, WA  98104-7044 | Tel: 206.839.4800

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on December 20, 2011, I electronically filed the foregoing

3 **NOTICE OF WITHDRAWAL** with the Clerk of the Court using the CM/ECF system which

4 will send notification of such filing to all counsel of record:

5      Signed at New York, New York, this 20th day of December, 2011.

6

7                                          */s/* Corey Elanor Delaney

8                                          Corey Elanor Delaney

9 WEST\21902578.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF WITHDRAWAL – 3
NO. C 09-0037 (MJP)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800