FILED

JAN 10 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: WASHINGTON MUTUAL MORTGAGE-BACKED SECURITIES LITIGATION. | No. 11-80277<br><br>D.C. No. 2:09-cv-00037-MJP<br>Western District of Washington, Seattle |
| DORAL BANK PUERTO RICO; POLICEMAN'S ANNUITY AND BENEFIT FUND OF CHICAGO; BOILERMAKERS NATIONAL ANNUITY TRUST,<br><br>        Plaintiffs - Petitioners,<br><br> v.<br><br>WASHINGTON MUTUAL ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; DAVID BECK; DIANE NOVAK; RICHARD CAREAGA; ROLLAND JURGENS,<br><br>        Defendants - Respondents. | ORDER |

Before: CANBY and SILVERMAN, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's October 21, 2011, order granting in part class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

RJ/MOATT