THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER RELATING TO LOAN FILE PRODUCTIONS** |

Pursuant to Federal Rule of Civil Procedure 26 and Federal Rule of Evidence 502, and in the interest of efficiency and judicial economy, particularly in the interest of avoiding ancillary litigation over discovery issues relating to confidential or proprietary information or the production of privileged materials, the undersigned Plaintiffs and Defendants hereby stipulate and agree to this order and the procedures set forth herein for addressing the production of the privileged material described herein.

1. <u>Non-waiver of Privileges</u>. This Order is entered pursuant to Federal Rule of Evidence 502(d). In order to allow for expeditious production of loan file documents[1]

---

[1] These documents are distinct from those discussed during the December 19, 2011 telephonic hearing with the Court and not subject to the state privacy laws at issue at that hearing.

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

including voluminous servicing records sought in this matter which typically contain very little if any privileged material, a Producing Party may, at its sole option, produce such materials without detailed, or any, review to determine whether privilege or other privilege or immunity from discovery applies to some of the documents produced. In accordance with Federal Rule of Evidence 502(d) and other applicable Rules, disclosure in the course of discovery of any document or information shall not be deemed to waive—in this litigation or in any other Federal or State proceeding—any applicable privilege or immunity from discovery that would otherwise attach to the document or information produced or to other documents or information, including without limitation the attorney-client privilege, the work-product doctrine, the joint defense or common interest privilege, personal privacy protection, the bank examination privilege and the deliberative process privilege, regardless of the extent (if any) to which the Producing Party has reviewed the document or information for privilege or other protection. Likewise, where a Party has produced loan file documents in another action, investigation, or other proceeding without detailed, or any, review to determine whether privilege or other immunity from discovery applies, no Party shall claim that production of such documents in such other action, investigation, or other proceeding constitutes a waiver of any privilege or protection with respect to the documents produced.

2. <u>Clawback of Protected or Erroneously Produced Documents</u>. The following provision applies to all loan file documents produced in this action, and supersedes the Stipulated Protective Order and Stipulated Order Regarding Clawback of Inadvertently Produced Documents dated November 24, 2010 (Doc. 213) with regard to the production of loan file documents, to the extent this provision and that Order conflict. Pursuant to Fed. R. Evid. 502(d), if a Party (hereinafter, "Producing Party") at any time notifies any other Party (hereinafter, "Receiving Party") that the Producing Party, for any reason, disclosed loan file documents that are protected from disclosure under the attorney-client privilege, work product doctrine, and/or any other applicable privilege or immunity from disclosure, or the Receiving

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Party discovers such disclosure (in which case the Receiving Party shall give the Producing Party prompt notice), the disclosure, pursuant to Rule 502(d), shall not be deemed a waiver – in this litigation or in any other proceeding, including in Federal or State proceedings – of the applicable privilege or protection.

The Receiving Party shall upon request immediately return to the Producing Party or destroy all summaries or copies of such loan file documents, shall provide a certification of counsel that all such disclosed materials have been returned or destroyed, and shall not use such items for any purpose until further order of the Court. In all events, such return or destruction and certification must occur within five business days of receipt of the request. Within ten business days of the notification that the disclosed materials have been returned or destroyed, the Producing Party shall produce a privilege log with respect to the disclosed materials. The return of any Discovery Material to the Producing Party shall not in any way preclude the Receiving Party from moving the Court for a ruling that the disclosed information was never privileged; however, the Receiving Party cannot assert as a basis for the relief it seeks the fact or circumstance that such privileged documents have already been produced. Allegedly privileged documents shall remain protected against disclosure and use during the pendency of any dispute over their status. Nothing in this Order shall affect any Party's right to withhold from disclosure documents or information that are privileged or otherwise protected from disclosure.

Dated:  January __, 2012               Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By:  */s/ Janissa A. Strabuk*
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Email:  kstephens@tousley.com
jstrabuk@tousley.com

*Liaison Counsel for the Class*
**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll
Julie Goldsmith Reiser, WSBA #27485
Joshua S. Devore (admitted *pro hac vice*)
Matthew B. Kaplan (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email:  stoll@cohenmilstein.com
jreiser@cohenmilstein.com
jdevore@cohenmilstein.com
mkaplan@cohenmilstein.com
dbunch@cohenmilstein.com

Joel P. Laitman (admitted *pro hac vice*)
Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
88 Pine Street, 14th Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email:  jlaitman@cohenmilstein.com
clometti@cohenmilstain.com
drehns@cohenmilstein.com

**SCOTT+SCOTT LLP**

Anne L. Box (admitted *pro hac vice*)
Hal D. Cunningham (admitted *pro hac vice*)
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email:  abox@scott-scott.com
hcunningham@scott-scott.com

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 4

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Joseph P. Guglielmo (admitted *pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com

*Lead Counsel for the Class*

**HILLIS CLARK MARTIN & PETERSON P.S.**

By: */s/ Brian C. Free*
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
Hillis Clark Martin & Peterson P.S.
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Tel: (206) 623-1745 Fax: (206) 623-7789
Email: ldp@hcmp.com; bcf@hcmp.com

**BINGHAM MCCUTCHEN LLP**

Susan L. Hoffman (admitted *pro hac vice*)
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Tel: (213) 680-6400 Fax: (213) 680-6499
Email: susan.hoffman@bingham.com

David M. Balabanian (admitted *pro hac vice*)
John D. Pernick (admitted *pro hac vice*)
Jee Young You (admitted *pro hac vice*)
Frank Busch (admitted *pro hac vice*)
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Tel: (415) 393-2000 Fax: (415) 393-2286
Email: davidbalabanian@bingham.com;
john.pernick@bingham.com;
jeeyoung.you@bingham.com
frank.busch@bingham.com

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 5

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1
2
3
4
5
6
7
8

Theo J. Robins (admitted *pro hac vice*)
Bingham McCutchen LLP
399 Park Avenue,
New York, NY 10022-4689
Tel: (212) 705-7000 Fax: (212) 702-3680
Email: theo.robins@bingham.com

*Attorneys for Defendants Washington Mutual Asset Acceptance Corporation, Washington Mutual Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

9

**CRAVATH, SWAINE & MOORE LLP**

10
11
12
13
14
15
16
17
18

Evan R. Chesler (admitted *pro hac vice*)
Thomas G. Rafferty (admitted *pro hac vice*)
Daniel Slifkin (admitted *pro hac vice*)
Michael A. Paskin (admitted *pro hac vice*)
Wes Earnhardt (admitted *pro hac vice*)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1000 Fax: (212) 474-3700
Email: echesler@cravath.com;
trafferty@cravath.com; dslifkin@cravath.com;
mpaskin@cravath.com;
wearnhardt@cravath.com

19
20
21

*Attorneys for Defendants Washington Mutual Asset Acceptance Corporation and Washington Mutual Capital Corporation*

22
23
24
25
26
27
28

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 6

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

**ORDER**

IT IS SO ORDERED.

Dated: _____     _____
                                  MARSHA J. PECHMAN
                                  UNITED STATES DISTRICT JUDGE

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 7

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Adam Zurofsky     azurofsky@cahill.com

Anne L. Box     abox@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager     bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner     bmeissner@fenwick.com

Brian C Free     bcf@hcmp.com, gcp@hcmp.com

Brian O O'Mara     bomara@rgrdlaw.com, e_file_sd@rgrdlaw.com, johnkg@rgrdlaw.com

Bruce Earl Larson     blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti     clometti@cohenmilstein.com

Corey E Delaney     corey.delaney@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel Slifkin     dslifkin@cravath.com

Daniel B Rehns     drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins     e_file_sd@csgrr.com

David Daniel Hoff     dhoff@tousley.com, efile@tousley.com

David M Balabanian     david.balabanian@bingham.com

Dennis H Walters     dwalters@karrtuttle.com, wbarker@karrtuttle.com

Douglas C McDermott     doug@mcdermottnewman.com, eric@mcdermottnewman.com

Evan R. Chesler     echesler@cravath.com

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 8

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Floyd Abrams     fabrams@cahill.com |
| 2 | |
| | Frank Busch     frank.busch@bingham.com, frank.downing@bingham.com |
| 3 | |
| 4 | Gavin Williams Skok     gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com |
| 5 | |
| 6 | Geoffrey M Johnson     gjohnson@scott-scott.com, efile@scott-scott.com |
| 7 | J. Wesley Earnhardt     wearnhardt@cravath.com |
| 8 | James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 9 | Janissa Ann Strabuk     jstrabuk@tousley.com, lrolling@tousley.com, mhottman@tousley.com, wcruz@tousley.com |
| 10 | |
| 11 | Jee Young You     jeeyoung.you@bingham.com |
| 12 | Joel P Laitman     jlaitman@cohenmilstein.com |
| 13 | John D Lowery     jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 14 | |
| 15 | John D Pernick     john.pernick@bingham.com |
| 16 | Jonathan Gardner     jgardner@labaton.com |
| 17 | Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com |
| 18 | Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 19 | |
| 20 | Joshua S. Devore     jdevore@cohenmilstein.com, efilings@cohenmilstein.com |
| 21 | Julie Goldsmith Reiser     jreiser@cohenmilstein.com |
| 22 | Kenneth J Pfaehler     kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 23 | Kenneth M Rehns     krehns@cohenmilstein.com |
| 24 | Kevin P Chavous     kchavous@sonnenschein.com |
| 25 | |
| 26 | Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com |
| 27 | |
| 28 | Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, |

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 9

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   donnellyjossm@lanepowell.com, gracen@lanepowell.com

2   Leslie D Davis     ldavis@sonnenschein.com

3
4   Louis David Peterson     ldp@hcmp.com, smp@hcmp.com

5   Mary Kay Vyskocil     mvyskocil@stblaw.com

6   Matthew B. Kaplan     mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

7   Michael A. Paskin     mpaskin@cravath.com

8   Michael H. Barr     mbarr@sonnenschein.com
9
10  Mike Liles , Jr     mliles@karrtuttle.com

11  Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

12  Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,
13  mdowns@riddellwilliams.com

14  Richard A Speirs     rspeirs@cohenmilstein.com

15  Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

16  Robert D Stewart     stewart@kiplinglawgroup.com
17
18  Rogelio Omar Riojas     omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
    nina.marie@dlapiper.com
19
20  S Douglas Bunch     dbunch@cohenmilstein.com

21  Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

22  Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com,
23  seadocket@dwt.com

24  Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

25  Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com

26  Steven P Caplow     stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,
27  patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

28

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 10

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   Steven W Fogg      sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com

3   Susan L Hoffman      susan.hoffman@bingham.com

4   Tammy Roy      troy@cahill.com

5   Theo J. Robins      theo.robins@bingham.com

7   Thomas G. Rafferty      trafferty@cravath.com

8   Timothy Michael Moran      moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

9   Walter Eugene Barton      gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

11   Walter W. Noss      wnoss@scott-scott.com, efile@scott-scott.com

12   **2:09-cv-00037-MJP Notice will not be electronically mailed to:**

13   WaMu Officer Defendants Securities MDL

14   Dated January 20, 2012.

By:  /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
          jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 11

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992