THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER RELATING TO LOAN FILE PRODUCTIONS** |

Pursuant to Federal Rule of Civil Procedure 26 and Federal Rule of Evidence 502, and in the interest of efficiency and judicial economy, particularly in the interest of avoiding ancillary litigation over discovery issues relating to confidential or proprietary information or the production of privileged materials, the undersigned Plaintiffs and Defendants hereby stipulate and agree to this order and the procedures set forth herein for addressing the production of the privileged material described herein.

1.  <u>Non-waiver of Privileges</u>. This Order is entered pursuant to Federal Rule of Evidence 502(d). In order to allow for expeditious production of loan file documents[1]

---

[1] These documents are distinct from those discussed during the December 19, 2011 telephonic hearing with the Court and not subject to the state privacy laws at issue at that hearing.

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

including voluminous servicing records sought in this matter which typically contain very little if any privileged material, a Producing Party may, at its sole option, produce such materials without detailed, or any, review to determine whether privilege or other privilege or immunity from discovery applies to some of the documents produced. In accordance with Federal Rule of Evidence 502(d) and other applicable Rules, disclosure in the course of discovery of any document or information shall not be deemed to waive—in this litigation or in any other Federal or State proceeding—any applicable privilege or immunity from discovery that would otherwise attach to the document or information produced or to other documents or information, including without limitation the attorney-client privilege, the work-product doctrine, the joint defense or common interest privilege, personal privacy protection, the bank examination privilege and the deliberative process privilege, regardless of the extent (if any) to which the Producing Party has reviewed the document or information for privilege or other protection. Likewise, where a Party has produced loan file documents in another action, investigation, or other proceeding without detailed, or any, review to determine whether privilege or other immunity from discovery applies, no Party shall claim that production of such documents in such other action, investigation, or other proceeding constitutes a waiver of any privilege or protection with respect to the documents produced.

2. <u>Clawback of Protected or Erroneously Produced Documents</u>. The following provision applies to all loan file documents produced in this action, and supersedes the Stipulated Protective Order and Stipulated Order Regarding Clawback of Inadvertently Produced Documents dated November 24, 2010 (Doc. 213) with regard to the production of loan file documents, to the extent this provision and that Order conflict. Pursuant to Fed. R. Evid. 502(d), if a Party (hereinafter, "Producing Party") at any time notifies any other Party (hereinafter, "Receiving Party") that the Producing Party, for any reason, disclosed loan file documents that are protected from disclosure under the attorney-client privilege, work product doctrine, and/or any other applicable privilege or immunity from disclosure, or the Receiving

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  Party discovers such disclosure (in which case the Receiving Party shall give the Producing

2  Party prompt notice), the disclosure, pursuant to Rule 502(d), shall not be deemed a waiver –

3  in this litigation or in any other proceeding, including in Federal or State proceedings – of the

4  applicable privilege or protection.

5        The Receiving Party shall upon request immediately return to the Producing Party or

6  destroy all summaries or copies of such loan file documents, shall provide a certification of

7  counsel that all such disclosed materials have been returned or destroyed, and shall not use

8  such items for any purpose until further order of the Court. In all events, such return or

9  destruction and certification must occur within five business days of receipt of the request.

10 Within ten business days of the notification that the disclosed materials have been returned or

11 destroyed, the Producing Party shall produce a privilege log with respect to the disclosed

12 materials. The return of any Discovery Material to the Producing Party shall not in any way

13 preclude the Receiving Party from moving the Court for a ruling that the disclosed

14 information was never privileged; however, the Receiving Party cannot assert as a basis for

15 the relief it seeks the fact or circumstance that such privileged documents have already been

16 produced. Allegedly privileged documents shall remain protected against disclosure and use

17 during the pendency of any dispute over their status. Nothing in this Order shall affect any

18 Party's right to withhold from disclosure documents or information that are privileged or

19 otherwise protected from disclosure.

20 Dated: January __, 2012                    Respectfully submitted,

**HILLIS CLARK MARTIN & PETERSON P.S.**

By:_____

Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
Hillis Clark Martin & Peterson P.S.

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   1221 Second Avenue, Suite 500
2   Seattle WA 98101-2925
    Tel: (206) 623-1745 Fax: (206) 623-7789
3   Email: ldp@hcmp.com; bcf@hcmp.com

4   **BINGHAM MCCUTCHEN LLP**

5
    Susan L. Hoffman (admitted *pro hac vice*)
6   Bingham McCutchen LLP
    355 South Grand Avenue, Suite 4400
7   Los Angeles, CA 90071-3106
    Tel: (213) 680-6400 Fax: (213) 680-6499
8   Email: susan.hoffman@bingham.com

9
    David M. Balabanian (admitted *pro hac vice*)
10  John D. Pernick (admitted *pro hac vice*)
    Jee Young You (admitted *pro hac vice*)
11  Frank Busch (admitted *pro hac vice*)
    Bingham McCutchen LLP
12  Three Embarcadero Center
    San Francisco, CA 94111-4067
13
    Tel: (415) 393-2000 Fax: (415) 393-2286
14  Email: davidbalabanian@bingham.com;
    john.pernick@bingham.com;
15  jeeyoung.you@bingham.com
    frank.busch@bingham.com
16

17
    Theo J. Robins (admitted *pro hac vice*)
18  Bingham McCutchen LLP
    399 Park Avenue,
19  New York, NY 10022-4689
    Tel: (212) 705-7000 Fax: (212) 702-3680
20  Email: theo.robins@bingham.com

21
22  *Attorneys for Defendants Washington Mutual
    Asset Acceptance Corporation, Washington
23  Mutual Capital Corporation, David Beck,
    Richard Careaga, Rolland Jurgens, and Diane
24  Novak*

25
26  **CRAVATH, SWAINE & MOORE LLP**

27  Evan R. Chesler (admitted *pro hac vice*)
    Thomas G. Rafferty (admitted *pro hac vice*)
28

---

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 4

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

|   |   |
|---|---|
| 1 | Daniel Slifkin (admitted *pro hac vice*) |
| 2 | Michael A. Paskin (admitted *pro hac vice*) |
|   | Wes Earnhardt (admitted *pro hac vice*) |
| 3 | Cravath, Swaine & Moore LLP |
|   | Worldwide Plaza |
| 4 | 825 8th Avenue |
| 5 | New York, NY 10019 |
|   | Tel: (212) 474-1000 Fax: (212) 474-3700 |
| 6 | Email: echesler@cravath.com; |
| 7 | trafferty@cravath.com; dslifkin@cravath.com; |
|   | mpaskin@cravath.com; |
| 8 | wearnhardt@cravath.com |

*Attorneys for Defendants Washington Mutual Asset Acceptance Corporation and Washington Mutual Capital Corporation*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll
Julie Goldsmith Reiser, WSBA #27485
Joshua S. Devore (admitted *pro hac vice*)
Matthew B. Kaplan (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email:  stoll@cohenmilstein.com
   jreiser@cohenmilstein.com
   jdevore@cohenmilstein.com
   mkaplan@cohenmilstein.com
   dbunch@cohenmilstein.com

Joel P. Laitman (admitted *pro hac vice*)
Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
88 Pine Street, 14th Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 5

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

clometti@cohenmilstain.com
drehns@cohenmilstein.com

**SCOTT+SCOTT LLP**

Anne L. Box (admitted *pro hac vice*)
Hal D. Cunningham (admitted *pro hac vice*)
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: abox@scott-scott.com
hcunningham@scott-scott.com

Joseph P. Guglielmo (admitted *pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com

*Lead Counsel for the Class*

**TOUSLEY BRAIN STEPHENS PLLC**

Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
jstrabuk@tousley.com

*Liaison Counsel for the Class*

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 6

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

**ORDER**

IT IS SO ORDERED.

Dated: January 24, 2012

_____
Marsha J. Pechman
United States District Judge

STIPULATED SUPPLEMENTAL CONFIDENTIALITY ORDER
RELATING TO LOAN FILE PRODUCTIONS
(CV09-037 MJP) - 7

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992