HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**STIPULATION, AGREED MOTION AND [PROPOSED] ORDER MODIFYING AND CORRECTING ORDER ON CLASS CERTIFICATION DATED OCTOBER 21, 2011**<br><br>**NOTED ON MOTION CALENDAR: January 25, 2012** |

**STIPULATION AND AGREED MOTION**

Pursuant to the Court's October 21, 2011, Order Granting in part and Denying in Part Plaintiffs' Motion for Class Certification ECF No. 345 ("Order") the following Class was certified in this Action:

> All persons or entities who purchased or otherwise acquired the following WaMu Mortgage-Pass Through Certificates: 2006 AR-7 tranche 1A; 2006 AR-12 tranche 1A1; 2006 AR-16 tranches 2A1, LB1, LB2, LB3, 3B1, 3B2, and 3B3; 2006 AR- 17 tranche 1A; 2006 AR-18 tranche 2A1; and 2007-HY1 tranches 1A1 and 3A3 ("WAMU Bonds") on or before August 1 ,2008 pursuant and/or traceable to their Registration Statements and accompanying Prospectuses filed with the Securities and Exchange Commission ("Offering Documents") and who were damaged thereby..

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
MODIFYING AND CORRECTING ORDER ON CLASS CERT
(NO. 2:09-CV-0037-MJP) - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

Pursuant to FRCP 60(a), the parties jointly request to amend and correct that Order to reflect the correct tranche of Certificates purchased by Plaintiff Boilermakers in the WAMU 2006-AR7 Certificate Offering – tranche 2A.

The parties agree that Plaintiff Boilermakers purchased the WAMU 2006-AR7 *tranche 2A*, not *tranche 1A*, Certificates, as the current Order states. Because the Court limited the Certified Class in this case and held that Plaintiffs only have the standing "to represent those entities and persons who purchased certificates from the thirteen tranches of WaMu MBS that the named Plaintiffs actually purchased," Order at 16, the Class that should have been Certified reads as follows:

> All persons or entities who purchased or otherwise acquired the following WaMu Mortgage-Pass Through Certificates: 2006 AR-7 *tranche 2A*; 2006 AR-12 tranche 1A1; 2006 AR-16 tranches 2A1, LB1, LB2, LB3, 3B1, 3B2, and 3B3; 2006 AR- 17 tranche 1A; 2006 AR-18 tranche 2A1; and 2007-HY1 tranches 1A1 and 3A3 ("WAMU Bonds") on or before August 1 ,2008 pursuant and/or traceable to their Registration Statements and accompanying Prospectuses filed with the Securities and Exchange Commission ("Offering Documents") and who were damaged thereby.

Because the parties agree that the Court's error was nothing more than an inadvertent clerical error, and because there will be no prejudice incurred by any party hereto, the parties respectfully request that the Court modify the October 21, 2011 Order certifying the class action to reflect Boilermakers' purchase of, and role as Class Representative for, WAMU 2006-AR7, Tranche 2A.

The parties have annexed hereto for the Court's approval and signature, a Proposed Corrected Version of Page 17 of the October 21, 2011 Order on Class Certification to reflect this proposed change. The parties respectfully request that the Court order the clerk to replace page 17 of the Order with the attached corrected version.

///

///

///

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
MODIFYING AND CORRECTING ORDER ON CLASS CERT
(NO. 2:09-CV-0037-MJP) - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

Dated:  January 25, 2012

                                      **TOUSLEY BRAIN STEPHENS PLLC**

By: */s/ Janissa A. Strabuk*
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email:  kstephens@tousley.com
         jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email:  stoll@cohenmilstein.com
         jreiser@cohenmilstein.com
         jdevore@cohenmilstein.com
         dbunch@cohenmilstein.com

Joel P. Laitman (admitted *pro hac vice*)
Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email:  jlaitman@cohenmilstein.com
         clometti@cohenmilstain.com
         drehns@cohenmilstein.com

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
MODIFYING AND CORRECTING ORDER ON CLASS CERT
(NO. 2:09-CV-0037-MJP) - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

| | |
|---|---|
| 1 | **SCOTT+SCOTT LLP** |
| | Anne L. Box (admitted *pro hac vice*) |
| 2 | Hal D. Cunningham (admitted *pro hac vice*) |
| 3 | 707 Broadway, Suite 1000 |
| | San Diego, CA 92101 |
| 4 | Telephone: (619) 233-4565 |
| | Facsimile: (619) 233-0508 |
| 5 | Email: abox@scott-scott.com |
| |       hcunningham@scott-scott.com |
| 6 | |
| 7 | Joseph P. Guglielmo (admitted *pro hac vice*) |
| | 500 Fifth Avenue, 40th Floor |
| 8 | New York, NY 10110 |
| | Telephone: (212) 223-6444 |
| 9 | Facsimile: (212) 223-6334 |
| | Email: jguglielmo@scott-scott.com |
| 10 | |
| 11 | *Lead Counsel for the Class* |
| | *Class* |
| 12 | |
| | **BINGHAM MCCUTCHEN LLP** |
| 13 | **By:** */s/ John D. Pernick* |
| | David M. Balabanian (admitted pro hac vice) |
| 14 | John D. Pernick (admitted pro hac vice) |
| | Frank Busch (admitted pro hac vice) |
| 15 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 16 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 17 | Email:  david.balabanian@bingham.com |
| 18 |       john.pernick@bingham.com |
| |       frank.busch@bingham.com |
| 19 | |
| 20 | **HILLIS CLARK MARTIN & PETERSON, P.S.** |
| 21 | Louis D. Peterson, WSBA #5776 |
| | Brian C. Free, WSBA #35788 |
| 22 | 1221 Second Avenue, Suite 500 |
| | Seattle WA 98101-2925 |
| 23 | Telephone:  (206) 623-1745 |
| | Facsimile:  (206) 623-7789 |
| 24 | Email: ldp@hcmp.com |
| |       bcf@hcmp.com |
| 25 | |
| 26 | *Attorneys for Defendants Washington Mutual Asset Acceptance Corporation, Washington* |
| 27 | |

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
MODIFYING AND CORRECTING ORDER ON CLASS CERT
(NO. 2:09-CV-0037-MJP) - 4

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

| | |
|---|---|
| 1 | *Mutual Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak* |
| 2 | |
| 3 | **CRAVATH, SWAINE & MOORE LLP** |
| | By:  */s/ Wes Earnhardt* |
| 4 | Daniel Slifkin (admitted *pro hac vice*) |
| 5 | Michael A. Paskin (admitted *pro hac vice*) |
| | Wes Earnhardt (admitted *pro hac vice*) |
| 6 | Cravath, Swaine & Moore LLP |
| | Worldwide Plaza |
| 7 | 825 8th Avenue |
| | New York, NY 10019 |
| 8 | Tel: (212) 474-1000 Fax: (212) 474-3700 |
| | Email: echesler@cravath.com; |
| 9 | trafferty@cravath.com; dslifkin@cravath.com; |
| 10 | mpaskin@cravath.com; |
| | wearnhardt@cravath.com |
| 11 | |
| 12 | *Attorneys for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak* |
| 13 | |

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
MODIFYING AND CORRECTING ORDER ON CLASS CERT
(NO. 2:09-CV-0037-MJP) - 5

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

**IT IS SO ORDERED**.

Dated: _____

                                        The Honorable Marsha J. Pechman
                                        United States District Judge

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
MODIFYING AND CORRECTING ORDER ON CLASS CERT
(NO. 2:09-CV-0037-MJP) - 6

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, gracen@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson (Terminated) blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage (Terminated) steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com

Dennis H Walters (Terminated) dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr (Terminated) mliles@karrtuttle.com

Steven P Caplow (Terminated) stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, mhottman@tousley.com, wcruz@tousley.com

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER MODIFYING AND CORRECTING ORDER ON CLASS CERT (NO. 2:09-CV-0037-MJP) - 7

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

| | |
|---|---|
| 1 | Walter Eugene Barton (Terminated) gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com |
| 2 | |
| 3 | Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com |
| 4 | David M Balabanian david.balabanian@bingham.com |
| 5 | Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com |
| 6 | |
| 7 | Susan L Hoffman susan.hoffman@bingham.com |
| 8 | Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 9 | John D Pernick john.pernick@bingham.com |
| 10 | Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com |
| 11 | |
| 12 | Brian C Free bcf@hcmp.com, gcp@hcmp.com |
| 13 | Christopher M Huck (Terminated) buck@kdg-law.com |
| 14 | Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com |
| 15 | |
| 16 | Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 17 | Richard A Speirs rspeirs@cohenmilstein.com |
| 18 | Bradley T. Meissner bmeissner@fenwick.com |
| 19 | Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com |
| 20 | Mary Kay Vyskocil mvyskocil@stblaw.com |
| 21 | |
| 22 | Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com |
| 23 | Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 24 | S Douglas Bunch dbunch@cohenmilstein.com |
| 25 | Darren J Robbins e_file_sd@csgrr.com |
| 26 | Jonathan Gardner jgardner@labaton.com |
| 27 | |

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
MODIFYING AND CORRECTING ORDER ON CLASS CERT
(NO. 2:09-CV-0037-MJP) - 8

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

1. Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

2. Joel P Laitman jlaitman@cohenmilstein.com

3. Christopher E Lometti clometti@cohenmilstein.com

4. Michael H. Barr mbarr@sonnenschein.com

5. Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

6. Leslie D Davis ldavis@sonnenschein.com

7. Kevin P Chavous kchavous@sonnenschein.com

8. Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

9. Frank Busch frank.busch@bingham.com, frank.downing@bingham.com

10. Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

11. Kenneth M Rehns krehns@cohenmilstein.com

12. Adam Zurofsky azurofsky@cahill.com

13. Tammy Roy troy@cahill.com

14. Floyd Abrams fabrams@cahill.com

15. James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

16. Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

17. Theo J. Robins theo.robins@bingham.com

18. Brian O O'Mara bomara@rgrdlaw.com, e_file_sd@rgrdlaw.com, johnkg@rgrdlaw.com

19. Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

20. Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

21. Julie Goldsmith Reiser jreiser@cohenmilstein.com

22. Jee Young You jeeyoung.you@bingham.com

23. Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER MODIFYING AND CORRECTING ORDER ON CLASS CERT (NO. 2:09-CV-0037-MJP) - 9

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

Anne L. Box abox@scott-scott.com, efile@scott-scott.com

Evan R. Chesler echesler@cravath.com

Thomas G. Rafferty trafferty@cravath.com

Daniel Slifkin dslifkin@cravath.com

Michael A. Paskin mpaskin@cravath.com

J. Wesley Earnhardt wearnhardt@cravath.com

Jesse M. Weiss jweiss@cravath.com

John T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00134-MJP Notice has been electronically mailed to:**

Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com

John A. Kehoe jkehoe@btkmc.com

Sharan Nirmul snirmul@btkmc.com

Joseph A. Fonti jfonti@labaton.com, ElectronicCaseFiling@labaton.com

Serena Richardson srichardson@labaton.com, ElectronicCaseFiling@labaton.com

**2:09-cv-00134-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00137-MJP Notice has been electronically mailed to:**

Christopher M Huck huck@kdg-law.com

Hollis Lee Salzman hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

**2:09-cv-00137-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER MODIFYING AND CORRECTING ORDER ON CLASS CERT (NO. 2:09-CV-0037-MJP) - 10

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

Julie Hwang
LABATON SUCHAROW LLP
140 BROADWAY
FLOOR 34
NEW YORK, NY 10005

**2:09-cv-01557-MJP Notice has been electronically mailed to:**

Nancy A Pacharzina npacharzina@tousley.com, mhottman@tousley.com

Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com

Dated: January 25, 2012

By: */s/ Janissa A. Strabuk*
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email:  kstephens@tousley.com
  jstrabuk@tousley.com

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER MODIFYING AND CORRECTING ORDER ON CLASS CERT (NO. 2:09-CV-0037-MJP) - 11

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1