judgment on the pleadings and dismisses all claims beyond the thirteen tranches in which the named Plaintiffs purchased. Considering this narrowed class, the Court finds the action should be certified under Rule 23 and GRANTS in part Plaintiffs' motion for class certification. The Court agrees with Plaintiffs that all of the Rule 23(a) and the Rule 23(b)(3) factors are met. The Court certifies the Class as follows:

> All persons or entities who purchased or otherwise acquired the following WaMu Mortgage-Pass Through Certificates: 2006 AR-7 tranche 2A; 2006 AR-12 tranche 1A1; 2006 AR-16 tranches 2A1, LB1, LB2, LB3, 3B1, 3B2, and 3B3; 2006 AR-17 tranche 1A; 2006 AR-18 tranche 2A1; and 2007-HYI tranches 1A1 and 3A3 ("WAMU Bonds") on or before August 1, 2008 pursuant and/or traceable to their Registration Statements and accompanying Prospectuses filed with the Securities and Exchange Commission ("Offering Documents") and who were damaged thereby.

The Court also appoints Cohen Milstein and Scott + Scott as Co-Lead Class Counsel.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 21st day of October, 2011.

                                          Marsha J. Pechman
                                          United States District Judge

ORDER GRANTING DEFENDANTS' MOTION
FOR JUDGMENT ON THE PLEADINGS AND
GRANTING IN PART PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION- 17