HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**STIPULATION, AGREED MOTION AND ORDER MODIFYING AND CORRECTING ORDER ON CLASS CERTIFICATION DATED OCTOBER 21, 2011**<br><br>**NOTED ON MOTION CALENDAR: January 25, 2012** |

**STIPULATION AND AGREED MOTION**

Pursuant to the Court's October 21, 2011, Order Granting in part and Denying in Part Plaintiffs' Motion for Class Certification ECF No. 345 ("Order") the following Class was certified in this Action:

> All persons or entities who purchased or otherwise acquired the following WaMu Mortgage-Pass Through Certificates: 2006 AR-7 tranche 1A; 2006 AR-12 tranche 1A1; 2006 AR-16 tranches 2A1, LB1, LB2, LB3, 3B1, 3B2, and 3B3; 2006 AR- 17 tranche 1A; 2006 AR-18 tranche 2A1; and 2007-HY1 tranches 1A1 and 3A3 ("WAMU Bonds") on or before August 1 ,2008 pursuant and/or traceable to their Registration Statements and accompanying Prospectuses filed with the Securities and Exchange Commission ("Offering Documents") and who were damaged thereby..

STIPULATION, AGREED MOTION AND ORDER MODIFYING AND CORRECTING ORDER ON CLASS CERT
(NO. 2:09-CV-0037-MJP) - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

Pursuant to FRCP 60(a), the parties jointly request to amend and correct that Order to reflect the correct tranche of Certificates purchased by Plaintiff Boilermakers in the WAMU 2006-AR7 Certificate Offering – tranche 2A.

The parties agree that Plaintiff Boilermakers purchased the WAMU 2006-AR7 *tranche 2A*, not *tranche 1A*, Certificates, as the current Order states. Because the Court limited the Certified Class in this case and held that Plaintiffs only have the standing "to represent those entities and persons who purchased certificates from the thirteen tranches of WaMu MBS that the named Plaintiffs actually purchased," Order at 16, the Class that should have been Certified reads as follows:

> All persons or entities who purchased or otherwise acquired the following WaMu Mortgage-Pass Through Certificates: 2006 AR-7 *tranche 2A*; 2006 AR-12 tranche 1A1; 2006 AR-16 tranches 2A1, LB1, LB2, LB3, 3B1, 3B2, and 3B3; 2006 AR- 17 tranche 1A; 2006 AR-18 tranche 2A1; and 2007-HY1 tranches 1A1 and 3A3 ("WAMU Bonds") on or before August 1 ,2008 pursuant and/or traceable to their Registration Statements and accompanying Prospectuses filed with the Securities and Exchange Commission ("Offering Documents") and who were damaged thereby.

Because the parties agree that the Court's error was nothing more than an inadvertent clerical error, and because there will be no prejudice incurred by any party hereto, the parties respectfully request that the Court modify the October 21, 2011 Order certifying the class action to reflect Boilermakers' purchase of, and role as Class Representative for, WAMU 2006-AR7, Tranche 2A.

The parties have annexed hereto for the Court's approval and signature, a Proposed Corrected Version of Page 17 of the October 21, 2011 Order on Class Certification to reflect this proposed change. The parties respectfully request that the Court order the clerk to replace page 17 of the Order with the attached corrected version.

///

///

///

STIPULATION, AGREED MOTION AND ORDER MODIFYING AND CORRECTING ORDER ON CLASS CERT (NO. 2:09-CV-0037-MJP) - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

Dated: January 26, 2012

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
         jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Class*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
         jreiser@cohenmilstein.com
         jdevore@cohenmilstein.com
         dbunch@cohenmilstein.com

Joel P. Laitman (admitted *pro hac vice*)
Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
88 Pine Street, Fourteenth Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com
         clometti@cohenmilstain.com
         drehns@cohenmilstein.com

STIPULATION, AGREED MOTION AND ORDER MODIFYING
AND CORRECTING ORDER ON CLASS CERT
(NO. 2:09-CV-0037-MJP) - 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

| | |
|---|---|
| 1 | **SCOTT+SCOTT LLP** |
| | Anne L. Box (admitted *pro hac vice*) |
| 2 | Hal D. Cunningham (admitted *pro hac vice*) |
| | 707 Broadway, Suite 1000 |
| 3 | San Diego, CA 92101 |
| | Telephone: (619) 233-4565 |
| 4 | Facsimile: (619) 233-0508 |
| | Email: abox@scott-scott.com |
| 5 | hcunningham@scott-scott.com |
| 6 | |
| | Joseph P. Guglielmo (admitted *pro hac vice*) |
| 7 | 500 Fifth Avenue, 40th Floor |
| | New York, NY 10110 |
| 8 | Telephone: (212) 223-6444 |
| | Facsimile: (212) 223-6334 |
| 9 | Email: jguglielmo@scott-scott.com |
| 10 | |
| | *Lead Counsel for the Class* |
| 11 | *Class* |
| 12 | |
| | **BINGHAM MCCUTCHEN LLP** |
| 13 | **By:** */s/ John D. Pernick* |
| | David M. Balabanian (admitted pro hac vice) |
| 14 | John D. Pernick (admitted pro hac vice) |
| | Frank Busch (admitted pro hac vice) |
| 15 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 16 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 17 | Email: david.balabanian@bingham.com |
| | john.pernick@bingham.com |
| 18 | frank.busch@bingham.com |
| 19 | |
| | **HILLIS CLARK MARTIN & PETERSON, P.S.** |
| 20 | |
| | Louis D. Peterson, WSBA #5776 |
| 21 | Brian C. Free, WSBA #35788 |
| | 1221 Second Avenue, Suite 500 |
| 22 | Seattle WA 98101-2925 |
| | Telephone:  (206) 623-1745 |
| 23 | Facsimile:  (206) 623-7789 |
| | Email: ldp@hcmp.com |
| 24 | bcf@hcmp.com |
| 25 | |
| 26 | *Attorneys for Defendants Washington Mutual Asset Acceptance Corporation, Washington* |
| 27 | |

STIPULATION, AGREED MOTION AND ORDER MODIFYING
AND CORRECTING ORDER ON CLASS CERT
(NO. 2:09-CV-0037-MJP) - 4

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

1
2
*Mutual Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

3
4
5
6
7
8
9
10
11
**CRAVATH, SWAINE & MOORE LLP**
**By:** */s/ Wes Earnhardt*
Daniel Slifkin (admitted *pro hac vice*)
Michael A. Paskin (admitted *pro hac vice*)
Wes Earnhardt (admitted *pro hac vice*)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1000 Fax: (212) 474-3700
Email: echesler@cravath.com;
trafferty@cravath.com; dslifkin@cravath.com;
mpaskin@cravath.com;
wearnhardt@cravath.com

12
13
*Attorneys for Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION, AGREED MOTION AND ORDER MODIFYING
AND CORRECTING ORDER ON CLASS CERT
(NO. 2:09-CV-0037-MJP) - 5

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1

1
2
3  **IT IS SO ORDERED**.
4
5  Dated: January 26, 2012
6
7  _____
8  Marsha J. Pechman
   United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION, AGREED MOTION AND ORDER MODIFYING
AND CORRECTING ORDER ON CLASS CERT
(NO. 2:09-CV-0037-MJP) - 6

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

4898/001/251611.1