HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POLYGON NORTHWEST COMPANY, L.L.C., a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LOUISIANA-PACIFIC CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 2:11-cv-620 MJP<br><br>[PROPOSED] ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND TO REQUIRE DEFENDANT TO COMPLY WITH COURT'S DISCOVERY ORDER<br><br>NOTE ON MOTION CALENDAR:<br>March 2, 2012 |

The Court having considered

1.  Plaintiff's Motion To Continue Trial Date and To Require Defendant To Comply with Court's Discovery Order;

2.  The Declaration of Paul Moomaw in support thereof, and attached exhibits;

3.  Defendant's response;

4.  Plaintiff's reply; and

5.  The files and records herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Plaintiff's Motion To Continue Trial Date and To Require Defendant To Comply with Court's Discovery Order is **GRANTED**.

[PROPOSED] ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND TO REQUIRE DEFENDANT TO COMPLY
WITH COURT'S DISCOVERY ORDER
[CASE NO. **2:11-CV-620 MJP**] - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

4275/001/252384.1

1  The trial date in this case will be continued to _____, and the
2  case schedule shall be adjusted to permit the parties sufficient time to complete discovery.
3  Defendant Louisiana Pacific Corporation ("LP") shall, within two business days of this
4  Order, comply with the Court's January 30, 2012 discovery order by producing any and all
5  documents ordered to be produced therein that it has not yet produced.

6
7  DONE IN OPEN COURT this _____ day of March, 2012.
8
9  _____
   HONORABLE MARSHA J. PECHMAN
10 United States District Judge

11 Presented By:

12 TOUSLEY BRAIN STEPHENS PLLC

13 By: : /s/ Paul W. Moomaw
       Christopher I. Brain, WSBA #5054
14     cbrain@tousley.com
       Paul W. Moomaw, WSBA #32728
15     pmoomaw@tousley.com
       *Attorneys for Plaintiff*

16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND TO REQUIRE DEFENDANT TO COMPLY
WITH COURT'S DISCOVERY ORDER
[CASE NO. 2:11-CV-620 MJP] - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

4275/001/252384.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    E. Pennock Gheen, WSBA #14969
    Email: pgheen@karrtuttle.com
    Celeste Mountain Monroe, WSBA #35842
    Email: cmonroe@karrtuttle.com
    Karr Tuttle Campbell
    1201 Third Avenue, Suite 2900
    Seattle, WA 98101
    Tel:   (206) 223-1313
    Fax:  (206) 682-7100

*Attorneys for Defendant*

    /s/ Paul W. Moomaw
    Christopher I. Brain, WSBA #5054
    Email: cbrain@tousley.com
    Paul W. Moomaw, WSBA #32728
    Email: pmoomaw@tousley.com
    TOUSLEY BRAIN STEPHENS PLLC
    1700 Seventh Avenue, Suite 2200
    Seattle, Washington 98101-4416
    Tel:   206.682.5600
    Fax:  206.682.2992

*Attorneys for Plaintif*

[PROPOSED] ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND TO REQUIRE DEFENDANT TO COMPLY WITH COURT'S DISCOVERY ORDER
[CASE NO. **2:11-CV-620 MJP**] - 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

4275/001/252384.1