HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**PRAECIPE TO REMOVE ECF NO. 372 FROM DOCKET** |

TO:     CLERK OF THE COURT

AND TO:     OPPOSING COUNSEL

YOU ARE HEREBY REQUESTED to remove Dkt # 372, in its entirety and with all attachments, from the case docket. It was inadvertently filed in the wrong case.

Dated: February 13, 2012             Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By: /s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600

PRAECIPE- 1
(NO. 2:09-CV-0037-MJP)
4898/001/246371.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

|   |   |
|---|---|
| 1 | Facsimile: (206) 682-2992 |
|   | Email: kstephens@tousley.com |
| 2 |       jstrabuk@tousley.com |
| 3 | *Liaison Counsel for Plaintiffs and the Proposed Class* |
| 4 |   |
| 5 | **SCOTT+SCOTT LLP** |
|   | David R. Scott (admitted *pro hac vice*) |
| 6 | 156 South Main Street |
|   | Colchester, CT 06415 |
| 7 | Telephone: (860) 537-5537 |
|   | Facsimile: (860) 537-4432 |
| 8 | Email: dscott@scott-scott.com |
| 9 |   |
|   | Beth A. Kaswan (admitted *pro hac vice*) |
| 10 | Joseph P. Guglielmo (admitted *pro hac vice*) |
|   | 500 Fifth Avenue, 40th Floor |
| 11 | New York, New York 10110 |
|   | Telephone: (212) 223-6444 |
| 12 | Facsimile: (212) 223-6334 |
|   | Email: jguglielmo@scott-scott.com |
| 13 |       bkaswan@scott-scott.com |
| 14 |   |
|   | Geoffrey M. Johnson (admitted *pro hac vice*) |
| 15 | 12434 Cedar Road, Suite 12 |
|   | Cleveland Heights, OH 44106 |
| 16 | Telephone: (216) 229-6088 |
|   | Facsimile: (216) 229-6092 |
| 17 | Email: gjohnson@scott-scott.com |

PRAECIPE- 2
(NO. 2:09-CV-0037-MJP)
4898/001/246371.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 2 | Steven J. Toll |
| | Julie Goldsmith Reiser |
| 3 | Joshua S. Devore (admitted pro hac vice) |
| | Matthew B. Kaplan (admitted pro hac vice) |
| 4 | S. Douglas Bunch (admitted pro hac vice) |
| | 1100 New York Avenue, NW |
| 5 | Suite 500 West |
| | Washington, D.C. 20005 |
| 6 | Telephone: (202) 408-4600 |
| 7 | Facsimile: (202) 408-4699 |
| | Email: stoll@cohenmilstein.com |
| 8 | jreiser@cohenmilstein.com |
| | jdevore@cohenmilstein.com |
| 9 | mkaplan@cohenmilstein.com |
| 10 | dbunch@cohenmilstein.com |
| 11 | Joel P. Laitman (admitted pro hac vice) |
| | Christopher Lometti (admitted pro hac vice) |
| 12 | Daniel B. Rehns (admitted pro hac vice) |
| 13 | 88 Pine Street |
| | 14th Floor |
| 14 | New York, NY 10005 |
| | Telephone: (212) 838-7797 |
| 15 | Facsimile: (212) 838-7745 |
| | Email: jlaitman@cohenmilstein.com |
| 16 | clometti@cohenmilstein.com |
| 17 | drehns@cohenmilstein.com |
| 18 | *Lead Counsel for the Proposed Class* |

PRAECIPE- 3
(NO. 2:09-CV-0037-MJP)
4898/001/246371.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Adam Zurofsky    azurofsky@cahill.com

Arthur L Shingler    ashingler@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager    bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner    bradley.meissner@dlapiper.com

Brian C Free    bcf@hcmp.com, gcp@hcmp.com

Brian O. O'Mara    bomara@csgrr.com

Bruce Earl Larson    blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti    clometti@cohenmilstein.com

Corey E Delaney    corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel B Rehns    drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins    e_file_sd@csgrr.com

David Daniel Hoff    dhoff@tousley.com, efile@tousley.com

David M Balabanian    david.balabanian@bingham.com

Dennis H Walters    dwalters@karrtuttle.com, wbarker@karrtuttle.com

Douglas C McDermott    doug@mcdermottnewman.com, eric@mcdermottnewman.com

Floyd Abrams    fabrams@cahill.com

Frank Busch    frank.busch@bingham.com, frank.downing@bingham.com

Gavin Williams Skok    gskok@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M Johnson    gjohnson@scott-scott.com, efile@scott-scott.com

PRAECIPE- 4
(NO. 2:09-CV-0037-MJP)
4898/001/246371.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Hal D Cunningham     hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com |
| 2 | |
| 3 | Hollis Lee Salzman (Terminated)     hsalzman@labaton.com, ElectronicCaseFiling@labaton.com |
| 4 | |
| 5 | James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 6 | Janissa Ann Strabuk     jstrabuk@tousley.com, wcruz@tousley.com |
| 7 | Jee Young You     jeeyoung.you@bingham.com |
| 8 | Joel P Laitman     jlaitman@cohenmilstein.com |
| 9 | John D Lowery     jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 10 | John D Pernick     john.pernick@bingham.com |
| 11 | |
| 12 | Jonathan Gardner     jgardner@labaton.com |
| 13 | Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com |
| 14 | Joseph A. Fonti (Terminated)     jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 15 | Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 16 | Joshua S. Devore     jdevore@cohenmilstein.com, efilings@cohenmilstein.com |
| 17 | Julie Goldsmith Reiser     jreiser@cohenmilstein.com |
| 18 | Julie Hwang (Terminated)     jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 19 | |
| 20 | Kenneth J Pfaehler     kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 21 | Kenneth M Rehns     krehns@cohenmilstein.com |
| 22 | Kerry F Cunningham     kerry.cunningham@dlapiper.com |
| 23 | Kevin P Chavous     kchavous@sonnenschein.com |
| 24 | Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, wcruz@tousley.com |
| 25 | Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com |
| 26 | |
| 27 | Leslie D Davis     ldavis@sonnenschein.com |

PRAECIPE- 5
(NO. 2:09-CV-0037-MJP)
4898/001/246371.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Louis David Peterson     ldp@hcmp.com, smp@hcmp.com

Mary Kay Vyskocil     mvyskocil@stblaw.com

Matthew B. Kaplan     mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

Michael H. Barr     mbarr@sonnenschein.com

Mike Liles , Jr     mliles@karrtuttle.com

Nancy A Pacharzina (Terminated)     npacharzina@tousley.com, mhottman@tousley.com

Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Richard A Speirs     rspeirs@cohenmilstein.com

Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

Robert D Stewart     stewart@kiplinglawgroup.com

Rogelio Omar Riojas     omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

S Douglas Bunch     dbunch@cohenmilstein.com

Serena Richardson (Terminated)     srichardson@labaton.com, ElectronicCaseFiling@labaton.com

Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com

Steven P Caplow     stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Steven W Fogg     sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com

PRAECIPE- 6
(NO. 2:09-CV-0037-MJP)
4898/001/246371.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Susan L Hoffman    susan.hoffman@bingham.com |
| 2 | Tammy Roy    troy@cahill.com |
| 3 | Theo J. Robins    theo.robins@bingham.com |
| 4 | Timothy Michael Moran    moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 5 | Walter Eugene Barton    gbarton@karrtuttle.com, danderson@karrtuttle.com, |
| 6 | nrandall@karrtuttle.com |
| 7 | Walter W. Noss    wnoss@scott-scott.com, efile@scott-scott.com |

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

> By: /s/ Janissa A. Strabuk
> Kim D. Stephens, WSBA #11984
> Janissa A. Strabuk, WSBA #21827
> 1700 Seventh Avenue, Suite 2200
> Seattle, Washington 98101
> Telephone: (206) 682-5600
> Facsimile: (206) 682-2992
> Email: kstephens@tousley.com
>         jstrabuk@tousley.com
>
> *Liaison Counsel for Plaintiffs and the Proposed Class*

PRAECIPE- 7
(NO. 2:09-CV-0037-MJP)
4898/001/246371.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992