The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**JOINT MOTION FOR CLARIFICATION OF SCHEDULING ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**Monday, February 27, 2012** |

*Joint Motion for Clarification of Scheduling Order* (CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1    The parties to the above-captioned actions jointly submit this motion to
2    seek the Court's clarification of one aspect of the September 6, 2011 Scheduling Order
3    (Dkt. No. 335).  Specifically, the parties respectfully request that the Court confirm the
4    parties' understanding regarding the deadline for motions directed to the admissibility of
5    expert testimony, including pursuant to *Daubert v. Merrill Dow Pharmaceuticals, Inc.*,
6    509 U.S. 579 (1993).
7    The parties first proposed a schedule to govern this matter through trial in
8    their October 12, 2010 joint status report (Dkt. No. 200).  In making that proposal, the
9    parties' intention and understanding was that motions directed to the admissibility of
10   expert testimony would be due by the deadline for submitting motions in limine
11   (currently slated for July 1, 2012), which is when such motions are customarily filed as
12   they pertain primarily to the admissibility of evidence for trial.
13   However, during recent discussions related to expert discovery, it occurred
14   to the parties that there may be a potential ambiguity as to the deadline for *Daubert*
15   motions based on the April 10, 2012 "Deadline for Expert Discovery Motions" reflected
16   in the current scheduling order.  That language had its genesis in the October 10, 2010
17   joint status report that was subsequently incorporated into the October 29, 2010
18   Scheduling Order (Dkt. No. 207) and the current September 6, 2011 Amended
19   Scheduling Order.  It was not the parties' intention for the "expert discovery motion"
20   deadline to apply to *Daubert* motions but rather to disputes more commonly associated
21   with discovery—for example, motions to compel the production of documents relied
22   upon by a party's expert.  Nevertheless, while *Daubert* motions certainly are not
23   "discovery" motions, they do relate to expert testimony, so the parties deemed it prudent,
24   in an abundance of caution, to seek the Court's confirmation of the parties' understanding
25

*Joint Motion for Clarification of Scheduling Order* (CV09-037 MJP)   2

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

[[NYLIT:2596866v4:4256w:02/27/12--10:52 a]]

1  of this aspect of the schedule.  Accordingly, the parties respectfully request that the Court

2  clarify that the deadline applicable to *Daubert* motions in the current schedule is the

3  July 1, 2012 deadline for the filing of motions in limine, and not the April 10, 2012

4  "Deadline for Expert Discovery Motions".

5

6  DATED this 27th day of February, 2012.

7     **HILLIS CLARK MARTIN & PETERSON P.S.**
      By:  /s/ Louis D. Peterson
8     Louis D. Peterson, WSBA #5776
      Brian C. Free, WSBA #35788
9     1221 Second Avenue, Suite 500
      Seattle WA 98101-2925
10    Telephone: (206) 623-1745
      Facsimile: (206) 623-7789
11    Email: ldp@hcmp.com
              bcf@hcmp.com
12

13    **BINGHAM MCCUTCHEN LLP**
      **By:**  */s/ John D. Pernick*
14    David M. Balabanian (admitted *pro hac vice*)
      John D. Pernick (admitted *pro hac vice*)
15    Frank Busch (admitted *pro hac vice*)
      Three Embarcadero Center
16    San Francisco, CA 94111-4067
      Telephone: (415) 393-2000
17    Facsimile: (415) 393-2286
      Email: david.balabanian@bingham.com
18           john.pernick@bingham.com
             frank.busch@bingham.com
19
      *Attorneys for Defendants Washington Mutual*
20    *Asset Acceptance Corporation, Washington*
      *Mutual Capital Corporation, David Beck,*
21    *Richard Careaga, Rolland Jurgens, and Diane*
      *Novak*
22

23

24

25

*Joint Motion for Clarification of Scheduling Order* (CV09-037 MJP)    3

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

[[NYLIT:2596866v4:4256w:02/27/12--10:52 a]]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**CRAVATH, SWAINE & MOORE LLP**
By: */s/ Michael A. Paskin*
Evan R. Chesler (admitted *pro hac vice*)
Thomas G. Rafferty (admitted *pro hac vice*)
Daniel Slifkin (admitted *pro hac vice*)
Michael A. Paskin (admitted *pro hac vice*)
Wes Earnhardt (admitted *pro hac vice*)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
Email: echesler@cravath.com;
        trafferty@cravath.com;
        dslifkin@cravath.com;
        mpaskin@cravath.com;
        wearnhardt@cravath.com

*Attorneys for Defendants Washington Mutual Asset Acceptance Corporation and Washington Mutual Capital Corporation*

**TOUSLEY BRAIN STEPHENS PLLC**
By: */s/ Janissa A. Strabuk*
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
        jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Class*

*Joint Motion for Clarification of Scheduling Order* (CV09-037 MJP)     4

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

[[NYLIT:2596866v4:4256w:02/27/12--10:52 a]]

1
2   **COHEN MILSTEIN SELLERS &
3   TOLL PLLC**
    Steven J. Toll
    Julie Goldsmith Reiser
    Joshua S. Devore (admitted *pro hac vice*)
4   S. Douglas Bunch (admitted *pro hac vice*)
    1100 New York Avenue, N.W.
5   Suite 500, West Tower
    Washington, DC 20005
6   Telephone: (202) 408-4600
    Facsimile: (202) 408-4699
7   Email:  stoll@cohenmilstein.com
            jreiser@cohenmilstein.com
8           jdevore@cohenmilstein.com
            dbunch@cohenmilstein.com
9
    Joel P. Laitman (admitted *pro hac vice*)
10  Christopher Lometti (admitted *pro hac vice*)
    Daniel B. Rehns (admitted *pro hac vice*)
11  88 Pine Street, Fourteenth Floor
    New York, NY 10005
12  Telephone: (212) 838-7797
    Facsimile: (212) 838-7745
13  Email: jlaitman@cohenmilstein.com
            clometti@cohenmilstain.com
14          drehns@cohenmilstein.com

15
    **SCOTT+SCOTT LLP**
16  Anne L. Box (admitted *pro hac vice*)
    Hal D. Cunningham (admitted *pro hac vice*)
17  707 Broadway, Suite 1000
    San Diego, CA 92101
18  Telephone: (619) 233-4565
    Facsimile: (619) 233-0508
19  Email:  abox@scott-scott.com
            hcunningham@scott-scott.com
20
    Joseph P. Guglielmo (admitted *pro hac vice*)
21  500 Fifth Avenue, 40th Floor
    New York, NY 10110
22  Telephone: (212) 223-6444
    Facsimile: (212) 223-6334
23  Email: jguglielmo@scott-scott.com

24  *Lead Counsel for the Class*

25

*Joint Motion for Clarification of
Scheduling Order* (CV09-037 MJP)            5

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

[[NYLIT:2596866v4:4256w:02/27/12--10:52 a]]

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Adam Zurofsky    azurofsky@cahill.com
- Barry Robert Ostrager    bostrager@stblaw.com, managingclerk@stblaw.com
- Bradley T. Meissner    bradley.meissner@dlapiper.com
- Brian O. O'Mara    bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com
- Christopher E Lometti    clometti@cohenmilstein.com
- Daniel B Rehns    drehns@cohenmilstein.com, efilings@cohenmilstein.com
- Darren J Robbins    e_file_sd@csgrr.com
- David Daniel Hoff    dhoff@tousley.com, efile@tousley.com
- Douglas C McDermott    doug@mcdermottnewman.com, eric@mcdermottnewman.com
- Floyd Abrams    fabrams@cahill.com
- Gavin Williams Skok    gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com
- Geoffrey M Johnson    gjohnson@scott-scott.com, efile@scott-scott.com
- Hal D Cunningham    hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com
- Hollis Lee Salzman (Terminated)    hsalzman@labaton.com, ElectronicCaseFiling@labaton.com
- James J. Coster    jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
- Janissa Ann Strabuk    jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com
- Jason T Jasnoch    jjasnoch@scott-scott.com, efile@scott-scott.com
- Joel P Laitman    jlaitman@cohenmilstein.com
- John D Lowery    jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com
- Jonathan Gardner    jgardner@labaton.com
- Joseph P Guglielmo    jguglielmo@scott-scott.com, efile@scott-scott.com
- Joseph A. Fonti (Terminated)    jfonti@labaton.com, ElectronicCaseFiling@labaton.com

*Certificate of Service*
(CV09-037 MJP)                                   6

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

2  Joshua S. Devore     jdevore@cohenmilstein.com, efilings@cohenmilstein.com

3  Julie Goldsmith Reiser     jreiser@cohenmilstein.com

4  Julie Hwang (Terminated)     jhwang@labaton.com, ElectronicCaseFiling@labaton.com

5  Kenneth J Pfaehler     kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

6  Kenneth M Rehns     krehns@cohenmilstein.com

7  Kerry F Cunningham     kerry.cunningham@dlapiper.com

8  Kevin P Chavous     kchavous@sonnenschein.com

9  Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

10 Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

11 Leslie D Davis     ldavis@sonnenschein.com

12 Mary Kay Vyskocil     mvyskocil@stblaw.com

13 Matthew B. Kaplan     mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

14 Michael H. Barr     mbarr@sonnenschein.com

15 Nancy A Pacharzina (Terminated)     npacharzina@tousley.com, mhottman@tousley.com

16 Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

17 Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

18 Richard A Speirs     rspeirs@cohenmilstein.com

19 Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

20 Robert D Stewart     stewart@kiplinglawgroup.com

21 Rogelio Omar Riojas     omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

22 S Douglas Bunch     dbunch@cohenmilstein.com

23 Serena Rich ardson (Terminated)     srichardson@labaton.com, ElectronicCaseFiling@labaton.com

24 Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

*Certificate of Service*
(CV09-037 MJP)                                7

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Stephen M. Rummage   steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

2  Steve W. Berman   steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

3  Steven J Toll   stoll@cohenmilstein.com, efilings@cohenmilstein.com

4  Steven P Caplow   stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

5  Steven W Fogg   sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com

6  Tammy Roy   troy@cahill.com

7  Timothy Michael Moran   moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

8  Walter W. Noss   wnoss@scott-scott.com, efile@scott-scott.com

DATED this 27th day of February, 2012 at Seattle, Washington.

By   s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  ldp@hcmp.com

---

*Certificate of Service*
(CV09-037 MJP)

8

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789