The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**ORDER GRANTING MOTION FOR CLARIFICATION OF SCHEDULING ORDER** |

*Order Granting Motion for Clarification of Scheduling Order* (CV09-037 MJP)

1

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  This matter came before the Court on the parties' Joint Motion for
2  Clarification of the September 6, 2011 Scheduling Order.  Having considered the
3  submission of the parties, the Court hereby GRANTS the motion.  The deadline
4  applicable to motions directed to the admissibility of expert testimony, including pursuant
5  to *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), is the
6  July 1, 2012 deadline for the filing of motions in limine, not the April 10, 2012 deadline
7  for expert discovery motions.

8  **IT IS SO ORDERED.**

9  DATED this 27th day of February, 2012.

Marsha J. Pechman
United States District Judge

Presented by:

**HILLIS CLARK MARTIN & PETERSON P.S.**
**By:** */s/ Louis D. Peterson*
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email:  ldp@hcmp.com
         bcf@hcmp.com

*Attorneys for Defendants Washington Mutual Asset Acceptance Corporation, Washington Mutual Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

*Order Granting Motion for Clarification of Scheduling Order* (CV09-037 MJP)

2

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  **BINGHAM MCCUTCHEN LLP**
   David M. Balabanian (admitted *pro hac vice*)
2  John D. Pernick (admitted *pro hac vice*)
   Frank Busch (admitted *pro hac vice*)
3  Three Embarcadero Center
   San Francisco, CA 94111-4067
4  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
5  Email: david.balabanian@bingham.com
          john.pernick@bingham.com
6         frank.busch@bingham.com

7  *Attorneys for Defendants Washington*
   *Mutual Asset Acceptance Corporation,*
8  *Washington Mutual Capital Corporation,*
   *David Beck, Richard Careaga, Rolland*
9  *Jurgens, and Diane Novak*

10
   **CRAVATH, SWAINE & MOORE LLP**
11 **By:** */s/ Michael A. Paskin*
   Evan R. Chesler (admitted *pro hac vice*)
12 Thomas G. Rafferty (admitted *pro hac vice*)
   Daniel Slifkin (admitted *pro hac vice*)
13 Michael A. Paskin (admitted *pro hac vice*)
   Wes Earnhardt (admitted *pro hac vice*)
14 Cravath, Swaine & Moore LLP
   Worldwide Plaza
15 825 8th Avenue
   New York, NY 10019
16 Tel: (212) 474-1000
   Fax: (212) 474-3700
17 Email: echesler@cravath.com;
          trafferty@cravath.com;
18        dslifkin@cravath.com;
          mpaskin@cravath.com;
19        wearnhardt@cravath.com

20 *Attorneys for Defendants Washington*
   *Mutual Asset Acceptance Corporation and*
21 *Washington Mutual Capital Corporation*

22

23

24

25

*Order Granting Motion for*
*Clarification of Scheduling Order*
(CV09-037 MJP)                                    3

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  **TOUSLEY BRAIN STEPHENS PLLC**
   Kim D. Stephens, WSBA #11984
2  Janissa A. Strabuk, WSBA #21827
   1700 Seventh Avenue, Suite 2200
3  Seattle, WA 98101
   Telephone: (206) 682-5600
4  Facsimile: (206) 682-2992
   Email:  kstephens@tousley.com
5          jstrabuk@tousley.com

6  *Liaison Counsel for Plaintiffs and the Class*

7
   **COHEN MILSTEIN SELLERS & TOLL PLLC**
8  Steven J. Toll
   Julie Goldsmith Reiser
9  Joshua S. Devore (admitted *pro hac vice*)
   S. Douglas Bunch (admitted *pro hac vice*)
10 1100 New York Avenue, N.W.
   Suite 500, West Tower
11 Washington, DC 20005
   Telephone: (202) 408-4600
12 Facsimile: (202) 408-4699
   Email: stoll@cohenmilstein.com
13         jreiser@cohenmilstein.com
           jdevore@cohenmilstein.com
14         dbunch@cohenmilstein.com

15 Joel P. Laitman (admitted *pro hac vice*)
   Christopher Lometti (admitted *pro hac vice*)
16 Daniel B. Rehns (admitted *pro hac vice*)
   88 Pine Street, Fourteenth Floor
17 New York, NY 10005
   Telephone: (212) 838-7797
18 Facsimile: (212) 838-7745
   Email: jlaitman@cohenmilstein.com
19         clometti@cohenmilstain.com
           drehns@cohenmilstein.com
20

21

22

23

24

25

*Order Granting Motion for
Clarification of Scheduling Order*
(CV09-037 MJP)                                  4

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  **SCOTT+SCOTT LLP**
   Anne L. Box (admitted *pro hac vice*)
2  Hal D. Cunningham (admitted *pro hac vice*)
   707 Broadway, Suite 1000
3  San Diego, CA 92101
   Telephone: (619) 233-4565
4  Facsimile: (619) 233-0508
   Email:  abox@scott-scott.com
5          hcunningham@scott-scott.com

6  Joseph P. Guglielmo (admitted *pro hac vice*)
   500 Fifth Avenue, 40th Floor
7  New York, NY 10110
   Telephone: (212) 223-6444
8  Facsimile: (212) 223-6334
   Email: jguglielmo@scott-scott.com
9
   *Lead Counsel for the Class*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Order Granting Motion for
Clarification of Scheduling Order*
(CV09-037 MJP)                    5

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Adam Zurofsky    azurofsky@cahill.com
- Barry Robert Ostrager    bostrager@stblaw.com, managingclerk@stblaw.com
- Bradley T. Meissner    bradley.meissner@dlapiper.com
- Brian O. O'Mara    bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com
- Christopher E Lometti    clometti@cohenmilstein.com
- Daniel B Rehns    drehns@cohenmilstein.com, efilings@cohenmilstein.com
- Darren J Robbins    e_file_sd@csgrr.com
- David Daniel Hoff    dhoff@tousley.com, efile@tousley.com
- Douglas C McDermott    doug@mcdermottnewman.com, eric@mcdermottnewman.com
- Floyd Abrams    fabrams@cahill.com
- Gavin Williams Skok    gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com
- Geoffrey M Johnson    gjohnson@scott-scott.com, efile@scott-scott.com
- Hal D Cunningham    hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com
- Hollis Lee Salzman (Terminated)    hsalzman@labaton.com, ElectronicCaseFiling@labaton.com
- James J. Coster    jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
- Janissa Ann Strabuk    jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com
- Jason T Jasnoch    jjasnoch@scott-scott.com, efile@scott-scott.com
- Joel P Laitman    jlaitman@cohenmilstein.com
- John D Lowery    jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com
- Jonathan Gardner    jgardner@labaton.com
- Joseph P Guglielmo    jguglielmo@scott-scott.com, efile@scott-scott.com
- Joseph A. Fonti (Terminated)    jfonti@labaton.com, ElectronicCaseFiling@labaton.com

*Order Granting Motion for Clarification of Scheduling Order* (CV09-037 MJP)    6

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua S. Devore     jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Julie Goldsmith Reiser     jreiser@cohenmilstein.com

Julie Hwang (Terminated)     jhwang@labaton.com, ElectronicCaseFiling@labaton.com

Kenneth J Pfaehler     kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

Kenneth M Rehns     krehns@cohenmilstein.com

Kerry F Cunningham     kerry.cunningham@dlapiper.com

Kevin P Chavous     kchavous@sonnenschein.com

Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

Leslie D Davis     ldavis@sonnenschein.com

Mary Kay Vyskocil     mvyskocil@stblaw.com

Matthew B. Kaplan     mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

Michael H. Barr     mbarr@sonnenschein.com

Nancy A Pacharzina (Terminated)     npacharzina@tousley.com, mhottman@tousley.com

Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Richard A Speirs     rspeirs@cohenmilstein.com

Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

Robert D Stewart     stewart@kiplinglawgroup.com

Rogelio Omar Riojas     omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

S Douglas Bunch     dbunch@cohenmilstein.com

Serena Rich ardson (Terminated)     srichardson@labaton.com, ElectronicCaseFiling@labaton.com

Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

*Order Granting Motion for Clarification of Scheduling Order* (CV09-037 MJP)     7

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1. Stephen M. Rummage    steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com
2. Steve W. Berman    steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com
3. Steven J Toll    stoll@cohenmilstein.com, efilings@cohenmilstein.com
4. Steven P Caplow    stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com
5. Steven W Fogg    sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com
6. Tammy Roy    troy@cahill.com
7. Timothy Michael Moran    moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com
8. Walter W. Noss    wnoss@scott-scott.com, efile@scott-scott.com

DATED this 27th day of February, 2012 at Seattle, Washington.

By___s/ Louis D. Peterson_____
  Louis D. Peterson, WSBA #5776
  1221 Second Avenue, Suite 500
  Seattle WA 98101-2925
  Telephone: (206) 623-1745
  Facsimile: (206) 623-7789
  Email: ldp@hcmp.com

*Order Granting Motion for Clarification of Scheduling Order*
(CV09-037 MJP)

8

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789