The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTE ON MOTION CALENDAR: March 29, 2012** |

Pursuant to Local Civil Rule 7(f), Defendants WaMu Asset Acceptance Corporation, WaMu Capital Corporation, David Beck, Diane Novak, Richard Careaga and Rolland Jurgens (collectively, "Defendants") respectfully request that the Court grant them leave to file a single motion for summary judgment not to exceed 48 pages in length.

Discovery in this case commenced on October 25, 2010.  (Declaration of J. Wesley Earnhardt in Support of Defendants' Motion for Leave to File Over-Length Brief, dated Mar. 29, 2012 ("Earnhardt Decl.") ¶ 3.)  In response to Plaintiffs' document requests, Defendants and non-party JPMorgan Chase Bank, N.A. produced over twenty-six million

*Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment: (CV09-037 MJP) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

pages of documents.  (Id.)  Plaintiffs have taken twenty-three depositions of fact witnesses (with one fact witness deposition remaining); Defendants have taken eighteen fact witness depositions.  (Earnhardt Decl. ¶ 4.)  Discovery closes on April 3, 2012, and motions for summary judgment are due April 13, 2012.  (Earnhardt Decl. ¶ 5.)

Defendants request leave to file a 48-page summary judgment motion for the following two reasons.

First, pursuant to Local Civil Rule 7(e), the six defendants are each entitled to file a 24-page motion.  In lieu of doing so, Defendants propose filing a single motion not to exceed 48 pages to more efficiently and concisely present their arguments to the Court.  Notably, this is the same page limit that the Court deemed appropriate at the motion to dismiss stage of this proceeding, before the extensive discovery record that now exists had been developed.  (Dkt. No. 118.)

Second, this is a complex litigation that involves multiple issues and an extensive discovery record relating to thirteen securities issued through six separate offerings.  Each of the SEC filings alleged to include false and misleading statements is over a hundred pages long and contains numerous disclosures relevant to the bases on which Defendants will seek summary judgment.  The parties have deposed forty separate fact witnesses and have produced over twenty-six million pages of documents.  Due to the size and complexity of this case, Defendants require an extension of the page limits to adequately present their arguments.

Defendants sought the consent of Plaintiffs' counsel to this extension.  (Earnhardt Decl. ¶ 2.)  Plaintiffs refused, stating that they would oppose any extension of page limits, even after Defendants indicated that they would agree to file a single brief on behalf of all

*Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment: (CV09-037 MJP) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Defendants.  (*Id.*)  The only basis Plaintiffs have articulated for their position is that, in their
2  view, Defendants should not seek summary judgment in this matter.  (*Id.*)  Defendants believe
3  that they have meritorious and dispositive arguments as to why summary judgment is
4  warranted.  Therefore, the parties are at an impasse with respect to this issue.
5  
6        For the foregoing reasons, Defendants respectfully request that the Court grant them
7  leave to file a single over-length motion for summary judgment not to exceed 48 pages.
8        DATED this  29th  day of March, 2012.

        HILLIS CLARK MARTIN & PETERSON P.S.

        By    s/ Brian C. Free
           Louis D. Peterson, WSBA #5776
           Brian C. Free, WSBA #35788
           Hillis Clark Martin & Peterson P.S.
           1221 Second Avenue, Suite 500
           Seattle WA 98101-2925
           Tel:  (206) 623-1745 Fax:  (206) 623-7789
           Email:  ldp@hcmp.com; bcf@hcmp.com

        BINGHAM MCCUTCHEN LLP
        ADMITTED *PRO HAC VICE*

| Susan L. Hoffman | David M. Balabanian |
| --- | --- |
| Bingham McCutchen LLP | John D. Pernick |
| 355 South Grand Avenue, Suite 4400 | Jee Young You |
| Los Angeles, CA 90071-3106 | Frank Busch |
| Tel: (213) 680-6400 | Bingham McCutchen LLP |
| Fax: (213) 680-6499 | Three Embarcadero Center |
| Email:  susan.hoffman@bingham.com | San Francisco, CA  94111-4067 |
| | Tel: (415) 393-2000 Fax:  (415) 393-2286 |
| | Email:  david.balabanian@bingham.com; |
| | john.pernick@bingham.com; |
| | jeeyoung.you@bingham.com |
| | frank.busch@bingham.com |

*Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment: (CV09-037 MJP) - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Theo J. Robins
Bingham McCutchen LLP
399 Park Avenue,
New York, NY  10022-4689
Tel: (212) 705-7000 Fax:  (212) 702-3680
Email:  theo.robins@bingham.com

Attorneys for Defendants
Washington Mutual Asset Acceptance Corporation, Washington Mutual Capital Corporation,
David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak

C‌RAVATH, S‌WAINE & M‌OORE LLP
A‌DMITTED *PRO HAC VICE*

Evan R. Chesler
Thomas G. Rafferty
Daniel Slifkin
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1000 Fax:  (212) 474-3700
Email: echesler@cravath.com;
trafferty@cravath.com; dslifkin@cravath.com;
mpaskin@cravath.com;
wearnhardt@cravath.com

Attorneys for Defendants
Washington Mutual Asset Acceptance Corporation and Washington Mutual Capital Corporation

*Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment: (CV09-037 MJP) - 4*

**H‌ILLIS C‌LARK M‌ARTIN & P‌ETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the  29th  day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

   Adam Zurofsky     azurofsky@cahill.com

   Barry Robert Ostrager     bostrager@stblaw.com, managingclerk@stblaw.com

   Bradley T. Meissner     bradley.meissner@dlapiper.com

   Brian O. O'Mara     bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

   Christopher E Lometti     clometti@cohenmilstein.com

   Daniel B Rehns     drehns@cohenmilstein.com, efilings@cohenmilstein.com

   Darren J Robbins     e_file_sd@csgrr.com

   David Daniel Hoff     dhoff@tousley.com, efile@tousley.com

   Douglas C McDermott     doug@mcdermottnewman.com, eric@mcdermottnewman.com

   Floyd Abrams     fabrams@cahill.com

   Gavin Williams Skok     gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

   Geoffrey M Johnson     gjohnson@scott-scott.com, efile@scott-scott.com

   Hal D Cunningham     hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

   Hollis Lee Salzman (Terminated)     hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

   James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

   Janissa Ann Strabuk     jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com

   Jason T Jasnoch    jjasnoch@scott-scott.com, efile@scott-scott.com

   Joel P Laitman     jlaitman@cohenmilstein.com

   John D Lowery     jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

   Jonathan Gardner     jgardner@labaton.com

   Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com

   Joseph A. Fonti (Terminated)     jfonti@labaton.com, ElectronicCaseFiling@labaton.com

   Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

   Joshua S. Devore     jdevore@cohenmilstein.com, efilings@cohenmilstein.com

   Julie Goldsmith Reiser     jreiser@cohenmilstein.com

*Certificate of Service: C09-037 MJP - 5*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1    Julie Hwang (Terminated)   jhwang@labaton.com, ElectronicCaseFiling@labaton.com

2    Kenneth J Pfaehler   kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

3    Kenneth M Rehns   krehns@cohenmilstein.com

4    Kerry F Cunningham   kerry.cunningham@dlapiper.com

     Kevin P Chavous   kchavous@sonnenschein.com

5    Kim D Stephens   kstephens@tousley.com, cbonifaci@tousley.com,

6      lrolling@tousley.com, wcruz@tousley.com

7    Larry Steven Gangnes   gangnesl@lanepowell.com, docketing-sea@lanepowell.com,
     donnellyjossm@lanepowell.com, sebringl@lanepowell.com

8    Leslie D Davis   ldavis@sonnenschein.com

9    Mary Kay Vyskocil   mvyskocil@stblaw.com

10    Matthew B. Kaplan   mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

11    Michael H. Barr   mbarr@sonnenschein.com

12    Nancy A Pacharzina (Terminated)   npacharzina@tousley.com, mhottman@tousley.com

     Paul Scarlato   pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

13    Paul Joseph Kundtz   pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,

14      mdowns@riddellwilliams.com

15    Richard A Speirs   rspeirs@cohenmilstein.com

     Richard F Hans   richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

16    Robert D Stewart   stewart@kiplinglawgroup.com

17    Rogelio Omar Riojas   omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,

18      nina.marie@dlapiper.com

19    S Douglas Bunch   dbunch@cohenmilstein.com

     Serena Rich ardson (Terminated)   srichardson@labaton.com,
20      ElectronicCaseFiling@labaton.com

21    Stellman Keehnel   stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

22    Stephen M. Rummage   steverummage@dwt.com, jeannecadley@dwt.com,
     seadocket@dwt.com

23    Steve W. Berman   steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

24    Steven J Toll   stoll@cohenmilstein.com, efilings@cohenmilstein.com

25    Steven P Caplow   stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,
     patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

26    Steven W Fogg   sfogg@corrcronin.com, hpowell@corrcronin.com,

27      reception@corrcronin.com

28    Tammy Roy   troy@cahill.com

*Certificate of Service: C09-037 MJP - 6*        **HILLIS CLARK MARTIN & PETERSON P.S.**
     1221 Second Avenue, Suite 500
     Seattle, Washington 98101-2925
     Telephone: (206) 623-1745
     Facsimile: (206) 623-7789

Timothy Michael Moran    moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Walter W. Noss    wnoss@scott-scott.com, efile@scott-scott.com

D<small>ATED</small> this  29th  day of March, 2012 at Seattle, Washington.

By <u>s/ Brian C. Free</u><br>
Brian C. Free, WSBA #35788<br>
1221 Second Avenue, Suite 500<br>
Seattle WA 98101-2925<br>
Telephone:  (206) 623-1745<br>
Facsimile:  (206) 623-7789<br>
Email:  bcf@hcmp.com

ND:  19719.002  4835-2796-3663v1

---

*Certificate of Service: C09-037 MJP - 7*    **H**ILLIS **C**LARK **M**ARTIN **& P**ETERSON **P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789