The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

This matter came before the Court on Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment, pursuant to CR 7(f).  The Court, having considered this motion and finding good cause to file an over-length brief, hereby

*[Proposed] Order Granting Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment Brief: C09-037 MJP - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1 | GRANTS said motion.  Defendants may file a single motion for summary judgment of up to
2 | 48 pages.
3 |
4 |        IT IS SO ORDERED.
5 |        DONE THIS _____ day of March, 2012.

                                            _____
                                            THE HONORABLE MARSHA J. PECHMAN
                                            UNITED STATES DISTRICT JUDGE

Presented by:

HILLIS CLARK MARTIN & PETERSON P.S.

By     s/ Brian C. Free
       Louis D. Peterson, WSBA #5776
       Brian C. Free, WSBA #35788
       Hillis Clark Martin & Peterson P.S.
       1221 Second Avenue, Suite 500
       Seattle WA 98101-2925
       Tel:  (206) 623-1745 Fax:  (206) 623-7789
       Email:  ldp@hcmp.com; bcf@hcmp.com

BINGHAM MCCUTCHEN LLP
ADMITTED PRO HAC VICE
    David M. Balabanian
    John D. Pernick
    Jee Young You
    Frank Busch
    Bingham McCutchen LLP
    Three Embarcadero Center
    San Francisco, CA  94111-4067
    Tel: (415) 393-2000 Fax:  (415) 393-2286
    Email:  david.balabanian@bingham.com;
    john.pernick@bingham.com;
    jeeyoung.you@bingham.com
    frank.busch@bingham.com

*[Proposed] Order Granting Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment Brief: C09-037 MJP - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

|   |   |
|---|---|
| 1 | Susan L. Hoffman |
| 2 | Bingham McCutchen LLP |
|   | 355 South Grand Avenue, Suite 4400 |
| 3 | Los Angeles, CA 90071-3106 |
|   | Tel: (213) 680-6400 |
| 4 | Fax: (213) 680-6499 |
| 5 | Email: susan.hoffman@bingham.com |

Susan L. Hoffman
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Tel: (213) 680-6400
Fax: (213) 680-6499
Email: susan.hoffman@bingham.com

Theo J. Robins
Bingham McCutchen LLP
399 Park Avenue,
New York, NY 10022-4689
Tel: (212) 705-7000 Fax: (212) 702-3680
Email: theo.robins@bingham.com

*Attorneys for Defendants*
*Washington Mutual Asset Acceptance Corporation,*
*Washington Mutual Capital Corporation, David Beck,*
*Richard Careaga, Rolland Jurgens, and Diane Novak*

CRAVATH, SWAINE & MOORE LLP
ADMITTED *PRO HAC VICE*
   Evan R. Chesler
   Thomas G. Rafferty
   Daniel Slifkin
   Michael A. Paskin
   Cravath, Swaine & Moore LLP
   Worldwide Plaza
   825 8th Avenue
   New York, NY 10019
   Tel: (212) 474-1000 Fax: (212) 474-3700
   Email: echesler@cravath.com;
   trafferty@cravath.com; dslifkin@cravath.com;
   mpaskin@cravath.com;
   wearnhardt@cravath.com

*Attorneys for Defendants*
*Washington Mutual Asset Acceptance Corporation and*
*Washington Mutual Capital Corporation*

*[Proposed] Order Granting Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment Brief: C09-037 MJP - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the  29th  day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Adam Zurofsky     azurofsky@cahill.com
- Barry Robert Ostrager     bostrager@stblaw.com, managingclerk@stblaw.com
- Bradley T. Meissner     bradley.meissner@dlapiper.com
- Brian O. O'Mara     bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com
- Christopher E Lometti     clometti@cohenmilstein.com
- Daniel B Rehns     drehns@cohenmilstein.com, efilings@cohenmilstein.com
- Darren J Robbins     e_file_sd@csgrr.com
- David Daniel Hoff     dhoff@tousley.com, efile@tousley.com
- Douglas C McDermott     doug@mcdermottnewman.com, eric@mcdermottnewman.com
- Floyd Abrams     fabrams@cahill.com
- Gavin Williams Skok     gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com
- Geoffrey M Johnson     gjohnson@scott-scott.com, efile@scott-scott.com
- Hal D Cunningham     hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com
- Hollis Lee Salzman (Terminated)     hsalzman@labaton.com, ElectronicCaseFiling@labaton.com
- James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
- Janissa Ann Strabuk     jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com
- Jason T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com
- Joel P Laitman     jlaitman@cohenmilstein.com
- John D Lowery     jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com
- Jonathan Gardner     jgardner@labaton.com
- Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com
- Joseph A. Fonti (Terminated)     jfonti@labaton.com, ElectronicCaseFiling@labaton.com
- Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
- Joshua S. Devore     jdevore@cohenmilstein.com, efilings@cohenmilstein.com
- Julie Goldsmith Reiser     jreiser@cohenmilstein.com

*[Proposed] Order Granting Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment Brief: C09-037 MJP - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Julie Hwang (Terminated)     jhwang@labaton.com, ElectronicCaseFiling@labaton.com

Kenneth J Pfaehler     kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

Kenneth M Rehns     krehns@cohenmilstein.com

Kerry F Cunningham     kerry.cunningham@dlapiper.com

Kevin P Chavous     kchavous@sonnenschein.com

Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

Leslie D Davis     ldavis@sonnenschein.com

Mary Kay Vyskocil     mvyskocil@stblaw.com

Matthew B. Kaplan     mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

Michael H. Barr     mbarr@sonnenschein.com

Nancy A Pacharzina (Terminated)     npacharzina@tousley.com, mhottman@tousley.com

Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Richard A Speirs     rspeirs@cohenmilstein.com

Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

Robert D Stewart     stewart@kiplinglawgroup.com

Rogelio Omar Riojas     omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

S Douglas Bunch     dbunch@cohenmilstein.com

Serena Rich ardson (Terminated)     srichardson@labaton.com, ElectronicCaseFiling@labaton.com

Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com

Steven P Caplow     stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Steven W Fogg     sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com

Tammy Roy     troy@cahill.com

*[Proposed] Order Granting Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment Brief: C09-037 MJP - 5*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1     Timothy Michael Moran     moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

2     Walter W. Noss     wnoss@scott-scott.com, efile@scott-scott.com

3     DATED this 29th day of March, 2012 at Seattle, Washington.

                                     By s/ Brian C. Free
                                            Brian C. Free, WSBA #35788
                                            1221 Second Avenue, Suite 500
                                            Seattle WA 98101-2925
                                            Telephone: (206) 623-1745
                                            Facsimile: (206) 623-7789
                                            Email: bcf@hcmp.com

ND: 19719.002 4842-5036-6991v1

*[Proposed] Order Granting Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment Brief: C09-037 MJP - 6*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789