The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

IN RE WASHINGTON MUTUAL
MORTGAGE BACKED SECURITIES
LITIGATION,

This Document Relates to:  ALL CASES

Master Case No. C09-037 MJP

[Consolidated with: Case Nos.
CV09-0134 MJP, CV09-0137 MJP, and
CV09-01557 MJP]

**DECLARATION OF J. WESLEY
EARNHARDT IN SUPPORT OF
DEFENDANTS' MOTION FOR LEAVE
TO FILE OVER-LENGTH BRIEF IN
SUPPORT OF MOTION FOR SUMMARY
JUDGMENT**

**NOTE ON MOTION CALENDAR:
March 29, 2012**

I, J. Wesley Earnhardt, hereby declare as follows under penalty of perjury pursuant to

28 U.S.C. § 1746:

1.      I am an attorney at law licensed to practice in the State of New York.  I am a

member of the firm of Cravath, Swaine & Moore LLP, counsel of record for defendants

WaMu Asset Acceptance Corporation and WaMu Capital Corporation (collectively, the

"WaMu Defendants") in this action.  By virtue of my representation of the WaMu Defendants

in this matter, I have personal knowledge of the facts set forth below, or knowledge based on

*Declaration of J. Wesley Earnhardt:*
*(CV09-037 MJP) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

information and belief, and could and would testify competently to those facts if called to do so.

2.      On March 26, 2012, the parties held a telephonic meet and confer regarding Defendants' request for an extension of page limits for their forthcoming motion for summary judgment.  During the conference, I sought the consent of Plaintiffs' counsel, Joshua Devore of Cohen Milstein and Anne Box of Scott + Scott, to the requested extension.  Mr. Devore and Ms. Box stated that Plaintiffs would oppose any extension of page limits, and stated that their basis for such opposition was that, in their view, Defendants should not seek summary judgment in this matter, making any extension of page limits unnecessary and unreasonable.  I explained to Plaintiffs' counsel that Defendants nevertheless intended to move for summary judgment and, rather than having multiple Defendants file separate briefs, Defendants would agree to file a single joint brief.  The intention to file a single joint brief (in lieu of filing multiple briefs) also had been communicated to Mr. Devore and Ms. Box via email prior to the meet and confer.  Mr. Devore and Ms. Box did not change their position but, instead, refused to grant any extension of the page limits.

3.      The accompanying motion is premised in part on the following facts. Discovery in this case commenced on October 25, 2010.  (Joint Discovery Plan, Dkt. 203, filed Oct. 25, 2010).  In response to Plaintiffs' document requests, Defendants and non-party JPMorgan Chase Bank, N.A. produced over twenty-six million pages of documents.  (Decl. of Anne Box in Support of Plaintiffs' Expedited Motion to Amend Scheduling Order, dated Dec. 8, 2011, Ex. A.)

*Declaration of J. Wesley Earnhardt:*
*(CV09-037 MJP) - 2*

4.      Plaintiffs have taken twenty-three depositions of fact witnesses in this case, with one fact witness deposition remaining.  Defendants have taken eighteen fact witness depositions.

5.      Discovery closes on April 3, 2012 (Dkt. 335), and motions for summary judgment are due April 13, 2012 (Dkt. 207).

EXECUTED this 29th Day of March, 2012, at New York, New York.


By: s/ J. Wesley Earnhardt
J. Wesley Earnhardt

*Declaration of J. Wesley Earnhardt:*
*(CV09-037 MJP) - 3*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on the __29th__ day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky    azurofsky@cahill.com

Barry Robert Ostrager    bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner    bradley.meissner@dlapiper.com

Brian O. O'Mara    bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E Lometti    clometti@cohenmilstein.com

Daniel B Rehns    drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins    e_file_sd@csgrr.com

David Daniel Hoff    dhoff@tousley.com, efile@tousley.com

Douglas C McDermott    doug@mcdermottnewman.com, eric@mcdermottnewman.com

Floyd Abrams    fabrams@cahill.com

Gavin Williams Skok    gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M Johnson    gjohnson@scott-scott.com, efile@scott-scott.com

Hal D Cunningham    hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Hollis Lee Salzman (Terminated)    hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

James J. Coster    jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk    jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Jason T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com

Joel P Laitman    jlaitman@cohenmilstein.com

John D Lowery    jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Jonathan Gardner    jgardner@labaton.com

Joseph P Guglielmo    jguglielmo@scott-scott.com, efile@scott-scott.com

Joseph A. Fonti (Terminated)    jfonti@labaton.com, ElectronicCaseFiling@labaton.com

Joshua M. Rubins    jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua S. Devore    jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Julie Goldsmith Reiser    jreiser@cohenmilstein.com

*Certificate of Service : C09-037 MJP - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Julie Hwang (Terminated)     jhwang@labaton.com, ElectronicCaseFiling@labaton.com

Kenneth J Pfaehler     kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

Kenneth M Rehns     krehns@cohenmilstein.com

Kerry F Cunningham     kerry.cunningham@dlapiper.com

Kevin P Chavous     kchavous@sonnenschein.com

Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com,
    lrolling@tousley.com, wcruz@tousley.com

Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com,
    donnellyjossm@lanepowell.com, sebringl@lanepowell.com

Leslie D Davis     ldavis@sonnenschein.com

Mary Kay Vyskocil     mvyskocil@stblaw.com

Matthew B. Kaplan     mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

Michael H. Barr     mbarr@sonnenschein.com

Nancy A Pacharzina (Terminated)     npacharzina@tousley.com, mhottman@tousley.com

Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,
    mdowns@riddellwilliams.com

Richard A Speirs     rspeirs@cohenmilstein.com

Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

Robert D Stewart     stewart@kiplinglawgroup.com

Rogelio Omar Riojas     omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
    nina.marie@dlapiper.com

S Douglas Bunch     dbunch@cohenmilstein.com

Serena Rich ardson (Terminated)     srichardson@labaton.com,
    ElectronicCaseFiling@labaton.com

Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com,
    seadocket@dwt.com

Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com

Steven P Caplow     stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,
    patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Steven W Fogg     sfogg@corrcronin.com, hpowell@corrcronin.com,
    reception@corrcronin.com

Tammy Roy     troy@cahill.com

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Timothy Michael Moran    moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Walter W. Noss    wnoss@scott-scott.com, efile@scott-scott.com

DATED this  _29th_  day of March, 2012 at Seattle, Washington.

By s/Brian C. Free
        Brian C. Free, WSBA #35788
        1221 Second Avenue, Suite 500
        Seattle WA 98101-2925
        Telephone:  (206) 623-1745
        Facsimile:  (206) 623-7789
        Email:  bcf@hcmp.com

ND: 19719.002 4816-3272-8079v1

*Certificate of Service : C09-037 MJP - 6*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789