The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

This matter came before the Court on Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment, pursuant to CR 7(f).  The Court, having considered this motion and finding good cause to file an over-length brief, hereby

*Order Granting Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment Brief: C09-037 MJP - 1*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  GRANTS said motion.  Defendants may file a single motion for summary judgment of up to

2  48 pages.

3       IT IS SO ORDERED.

4

5       DONE THIS 4th day of April, 2012.

6

7

8                               Marsha J. Pechman

9                               United States District Judge

10

11  Presented by:

12

13  HILLIS CLARK MARTIN & PETERSON P.S.

14  By    s/ Brian C. Free
     Louis D. Peterson, WSBA #5776

15       Brian C. Free, WSBA #35788
     Hillis Clark Martin & Peterson P.S.

16       1221 Second Avenue, Suite 500
     Seattle WA 98101-2925

17       Tel:  (206) 623-1745 Fax:  (206) 623-7789

18       Email:  ldp@hcmp.com; bcf@hcmp.com

19  BINGHAM MCCUTCHEN LLP
ADMITTED *PRO HAC VICE*

20      David M. Balabanian
    John D. Pernick

21      Jee Young You

22      Frank Busch
    Bingham McCutchen LLP

23      Three Embarcadero Center

24      San Francisco, CA  94111-4067
    Tel: (415) 393-2000 Fax:  (415) 393-2286

25      Email:  david.balabanian@bingham.com;
    john.pernick@bingham.com;

26      jeeyoung.you@bingham.com

27      frank.busch@bingham.com

28

*Order Granting Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment Brief: C09-037 MJP - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

```
1   Susan L. Hoffman
    Bingham McCutchen LLP
2   355 South Grand Avenue, Suite 4400
3   Los Angeles, CA 90071-3106
    Tel: (213) 680-6400
4   Fax: (213) 680-6499
    Email:  susan.hoffman@bingham.com
5
    Theo J. Robins
6   Bingham McCutchen LLP
7   399 Park Avenue,
    New York, NY  10022-4689
8   Tel: (212) 705-7000 Fax:  (212) 702-3680
    Email:  theo.robins@bingham.com
9
```

*Attorneys for Defendants*
*Washington Mutual Asset Acceptance Corporation,*
*Washington Mutual Capital Corporation, David Beck,*
*Richard Careaga, Rolland Jurgens, and Diane Novak*

CRAVATH, SWAINE & MOORE LLP
ADMITTED *PRO HAC VICE*

```
    Evan R. Chesler
    Thomas G. Rafferty
    Daniel Slifkin
    Michael A. Paskin
    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 8th Avenue
    New York, NY 10019
    Tel: (212) 474-1000 Fax:  (212) 474-3700
    Email: echesler@cravath.com;
    trafferty@cravath.com; dslifkin@cravath.com;
    mpaskin@cravath.com;
    wearnhardt@cravath.com
```

*Attorneys for Defendants*
*Washington Mutual Asset Acceptance Corporation and*
*Washington Mutual Capital Corporation*

*Order Granting Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment Brief: C09-037 MJP - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky    azurofsky@cahill.com

Barry Robert Ostrager    bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner    bradley.meissner@dlapiper.com

Brian O. O'Mara    bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E Lometti    clometti@cohenmilstein.com

Daniel B Rehns    drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins    e_file_sd@csgrr.com

David Daniel Hoff    dhoff@tousley.com, efile@tousley.com

Douglas C McDermott    doug@mcdermottnewman.com, eric@mcdermottnewman.com

Floyd Abrams    fabrams@cahill.com

Gavin Williams Skok    gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M Johnson    gjohnson@scott-scott.com, efile@scott-scott.com

Hal D Cunningham    hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Hollis Lee Salzman (Terminated)    hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

James J. Coster    jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk    jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Jason T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com

Joel P Laitman    jlaitman@cohenmilstein.com

John D Lowery    jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Jonathan Gardner    jgardner@labaton.com

Joseph P Guglielmo    jguglielmo@scott-scott.com, efile@scott-scott.com

Joseph A. Fonti (Terminated)    jfonti@labaton.com, ElectronicCaseFiling@labaton.com

Joshua M. Rubins    jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua S. Devore    jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Julie Goldsmith Reiser    jreiser@cohenmilstein.com

*Order Granting Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment Brief: C09-037 MJP - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Julie Hwang (Terminated)    jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 2 | Kenneth J Pfaehler    kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 3 | Kenneth M Rehns    krehns@cohenmilstein.com |
| 4 | Kerry F Cunningham    kerry.cunningham@dlapiper.com |
|   | Kevin P Chavous    kchavous@sonnenschein.com |
| 5 | Kim D Stephens    kstephens@tousley.com, cbonifaci@tousley.com, |
| 6 |      lrolling@tousley.com, wcruz@tousley.com |
| 7 | Larry Steven Gangnes    gangnesl@lanepowell.com, docketing-sea@lanepowell.com, |
|   |      donnellyjossm@lanepowell.com, sebringl@lanepowell.com |
| 8 | Leslie D Davis    ldavis@sonnenschein.com |
| 9 | Mary Kay Vyskocil    mvyskocil@stblaw.com |
| 10 | Matthew B. Kaplan    mkaplan@cohenmilstein.com, efilings@cohenmilstein.com |
| 11 | Michael H. Barr    mbarr@sonnenschein.com |
|   | Nancy A Pacharzina (Terminated)    npacharzina@tousley.com, mhottman@tousley.com |
| 12 | Paul Scarlato    pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 13 | Paul Joseph Kundtz    pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, |
| 14 |      mdowns@riddellwilliams.com |
| 15 | Richard A Speirs    rspeirs@cohenmilstein.com |
|   | Richard F Hans    richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 16 | Robert D Stewart    stewart@kiplinglawgroup.com |
| 17 | Rogelio Omar Riojas    omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, |
| 18 |      nina.marie@dlapiper.com |
| 19 | S Douglas Bunch    dbunch@cohenmilstein.com |
|   | Serena Rich ardson (Terminated)    srichardson@labaton.com, |
| 20 |      ElectronicCaseFiling@labaton.com |
| 21 | Stellman Keehnel    stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 22 | Stephen M. Rummage    steverummage@dwt.com, jeannecadley@dwt.com, |
|   |      seadocket@dwt.com |
| 23 | Steve W. Berman    steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com |
| 24 | Steven J Toll    stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 25 | Steven P Caplow    stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, |
|   |      patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com |
| 26 | Steven W Fogg    sfogg@corrcronin.com, hpowell@corrcronin.com, |
| 27 |      reception@corrcronin.com |
| 28 | Tammy Roy    troy@cahill.com |

*Order Granting Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment Brief: C09-037 MJP - 5*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Timothy Michael Moran     moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Walter W. Noss     wnoss@scott-scott.com, efile@scott-scott.com

DATED this  29th  day of April, 2012 at Seattle, Washington.

By s/ Brian C. Free
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email:  bcf@hcmp.com

proposed order granting mtn file overlength brief.docx

*Order Granting Defendants' Motion for Leave to File Over-Length Brief in Support of Motion for Summary Judgment Brief: C09-037 MJP - 6*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789