THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**NOTICE OF WITHDRAW OF ATTORNEY MATTHEW B. KAPLAN** |

**TO: THE CLERK OF THE COURT**

**AND TO: ALL PARTIES THROUGH THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that, pursuant to General Rule 2(g)(2)(B), Matthew B. Kaplan of the law firm Cohen Milstein Sellers & Toll PLLC hereby withdraws as counsel of record for the Lead Plaintiff and the proposed class. The Lead Plaintiff and the class will continue to be represented by the Cohen Milstein law firm and by the attorneys of that firm that have appeared on their behalf in this case.

Dated: April 23, 2012 Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By: s/ Kim D. Stephens
By: s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

Email: kstephens@tousley.com
jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

**SCOTT+SCOTT LLP**
David R. Scott (admitted *pro hac vice*)
156 South Main Street
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
Email: dscott@scott-scott.com

Beth A. Kaswan (admitted *pro hac vice*)
Joseph P. Guglielmo (admitted *pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com
bkaswan@scott-scott.com

Geoffrey M. Johnson (admitted *pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092
Email: gjohnson@scott-scott.com

John T. Jasnoch (admitted pro hac vice)
Edward C. Signaigo (admitted pro hac vice)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Email: jjasnoch@scott-scott.com
esignaigo@scott-scott.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore (admitted pro hac vice)
Matthew B. Kaplan (admitted pro hac vice)
S. Douglas Bunch (admitted pro hac vice)
1100 New York Avenue, NW
Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
jreiser@cohenmilstein.com
jdevore@cohenmilstein.com
mkaplan@cohenmilstein.com
dbunch@cohenmilstein.com

Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)
Daniel B. Rehns (admitted pro hac vice)
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com
clometti@cohenmilstein.com
drehns@cohenmilstein.com

*Lead Counsel for the Proposed Class*

NOTICE OF WITHDRAW OF ATTORNEY
MATTHEW B. KAPLAN - 3
4898/001/251510.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Adam Zurofsky azurofsky@cahill.com

Anne L. Box abox@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner bmeissner@fenwick.com

Brian C Free bcf@hcmp.com, gcp@hcmp.com

Brian O O'Mara bomara@rgrdlaw.com, e_file_sd@rgrdlaw.com, johnkg@rgrdlaw.com

Bruce Earl Larson blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti clometti@cohenmilstein.com

Corey E Delaney corey.delaney@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel Slifkin dslifkin@cravath.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

David M Balabanian david.balabanian@bingham.com

Dennis H Walters dwalters@karrtuttle.com, wbarker@karrtuttle.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Evan R. Chesler echesler@cravath.com

Floyd Abrams fabrams@cahill.com



TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Frank Busch frank.busch@bingham.com, frank.downing@bingham.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

J. Wesley Earnhardt wearnhardt@cravath.com

James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, mhottman@tousley.com, wcruz@tousley.com

Jee Young You jeeyoung.you@bingham.com

Joel P Laitman jlaitman@cohenmilstein.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

John D Pernick john.pernick@bingham.com

Jonathan Gardner jgardner@labaton.com

Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Julie Goldsmith Reiser jreiser@cohenmilstein.com

Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

Kenneth M Rehns krehns@cohenmilstein.com

Kevin P Chavous kchavous@sonnenschein.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, gracen@lanepowell.com

Leslie D Davis ldavis@sonnenschein.com

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Mary Kay Vyskocil mvyskocil@stblaw.com

Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

Michael A. Paskin mpaskin@cravath.com

Michael H. Barr mbarr@sonnenschein.com

Mike Liles , Jr mliles@karrtuttle.com

Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Richard A Speirs rspeirs@cohenmilstein.com

Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

Robert D Stewart stewart@kiplinglawgroup.com

Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

S Douglas Bunch dbunch@cohenmilstein.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

Steven P Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com

Susan L Hoffman susan.hoffman@bingham.com

Tammy Roy troy@cahill.com

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Theo J. Robins theo.robins@bingham.com

Thomas G. Rafferty trafferty@cravath.com

Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Walter Eugene Barton gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

Dated April 23, 2012.

By: s/ Kim D. Stephens
By: s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

NOTICE OF WITHDRAW OF ATTORNEY
MATTHEW B. KAPLAN - 7
4898/001/251510.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992