The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. CV09-037 MJP<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES D. COWAN AND IRA HOLT**<br><br>NOTE ON MOTION CALENDAR:<br>April 23, 2012 |

*Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt* (CV09-037 MJP)

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1    Pursuant to Local Civil Rule 7(f), Defendants WaMu Asset Acceptance
2  Corporation, WaMu Capital Corporation, David Beck, Diane Novak, Richard Careaga
3  and Rolland Jurgens (collectively, "Defendants") respectfully request that the Court grant
4  them leave to file a single motion to exclude the proffered expert testimony of
5  Dr. Charles D. Cowan and Mr. Ira Holt not to exceed 18 pages in length.

6    On March 2, 2012, Dr. Cowan and Mr. Holt each submitted an expert
7  report on behalf of the Plaintiffs in this matter.  (Declaration of J. Wesley Earnhardt in
8  Support of Defendants' Unopposed Motion for Leave to File Over-Length Motion to
9  Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt, dated
10 April 23, 2012 ("Earnhardt Decl.") ¶ 2.)  Defendants intend to move on April 26, 2012, to
11 exclude the proffered testimony of both Dr. Cowan and Mr. Holt.  For the following
12 reasons, Defendants request leave to file a single, 18-page motion addressing both
13 experts:

14    First, based on Local Rule 7(e)(4)'s 12-page limit for nondispositive
15 motions, Defendants would be permitted to file two separate 12-page motions to exclude
16 the proffered testimony of Dr. Cowan and Mr. Holt.  However, because Dr. Cowan's and
17 Mr. Holt's opinions are interrelated, and in the interests of judicial economy, Defendants
18 seek permission to file a single, 18-page motion to exclude the testimony of both
19 proffered experts.  A single, 18-page motion will enable Defendants to present their
20 arguments to the Court in the most efficient, complete and concise manner.

21    Second, although the methodological errors committed by the proposed
22 experts are fundamental, demonstrating those errors requires Defendants to both (i)
23 summarize Dr. Cowan's and Mr. Holt's methodologies in some detail and (ii)
24 demonstrate the reasons why each step of both experts' methodologies was flawed.
25

*Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt*
(CV09-037 MJP)                    2

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Defendants believe that 18 pages will allow them to present their arguments fully and

2  succinctly for the Court's consideration.

3        Plaintiffs' counsel have indicated that they consent to Defendants' request

4  to file an over-length motion. (Earnhardt Decl. ¶ 4.)

5        For the foregoing reasons, Defendants respectfully request that the Court

6  grant them leave to file a single, over-length motion to exclude the proffered expert

7  testimony of Dr. Charles D. Cowan and Mr. Ira Holt not to exceed 18 pages.

8  DATED this 23rd day of April, 2012.

**HILLIS CLARK MARTIN & PETERSON, P.S.**
By: /s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com
      bcf@hcmp.com

**BINGHAM MCCUTCHEN LLP**
By: /s/ John D. Pernick
David M. Balabanian (admitted *pro hac vice*)
John D. Pernick (admitted *pro hac vice*)
Frank Busch (admitted *pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Email: david.balabanian@bingham.com
      john.pernick@bingham.com
      frank.busch@bingham.com

*Attorneys for Defendants Washington Mutual Asset Acceptance Corporation, Washington Mutual Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

*Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt*
(CV09-037 MJP)        3

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**CRAVATH, SWAINE & MOORE LLP**
By: /s/ Michael A. Paskin
Evan R. Chesler (admitted *pro hac vice*)
Daniel Slifkin (admitted *pro hac vice*)
Michael A. Paskin (admitted *pro hac vice*)
Wes Earnhardt (admitted *pro hac vice*)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
Email:  echesler@cravath.com;
           dslifkin@cravath.com;
           mpaskin@cravath.com;
           wearnhardt@cravath.com

*Attorneys for Defendants Washington Mutual Asset Acceptance Corporation and Washington Mutual Capital Corporation*

---

*Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt*
(CV09-037 MJP)                                       4

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of April 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky azurofsky@cahill.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E. Lometti clometti@cohenmilstein.com

Daniel B. Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J. Robbins e_file_sd@csgrr.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Douglas C. McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Floyd Abrams fabrams@cahill.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com,
lmoore@riddellwilliams.com

Geoffrey M. Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Hal D. Cunningham hcunningham@scott-scott.com, efile@scott-scott.com,
halcunningham@gmail.com

Hollis Lee Salzman (Terminated) hsalzman@labaton.com,
ElectronicCaseFiling@labaton.com

James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com,
wcruz@tousley.com

Jason T. Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com

Certificate of Service
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1   Joel P. Laitman jlaitman@cohenmilstein.com

2   John D. Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

3   Jonathan Gardner jgardner@labaton.com

4   Joseph P. Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

5   Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com

6   Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

7   Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

8   Julie Goldsmith Reiser jreiser@cohenmilstein.com

9   Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com

10  Kenneth J. Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

11  Kenneth M. Rehns krehns@cohenmilstein.com

12  Kerry F. Cunningham kerry.cunningham@dlapiper.com

13  Kevin P. Chavous kchavous@sonnenschein.com

14  Kim D. Stephens kstephens@tousley.com, cbonifaci@tousley.com,

15         lrolling@tousley.com, wcruz@tousley.com

16  Larry Steven Gangnes gangnesl@lanepowell.com, docketingsea@lanepowell.com,

17         donnellyjossm@lanepowell.com, sebringl@lanepowell.com

18  Leslie D. Davis ldavis@sonnenschein.com

19  Mary Kay Vyskocil mvyskocil@stblaw.com

20  Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

21  Michael H. Barr mbarr@sonnenschein.com

22  Nancy A. Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com

23  Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

24  Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,

25         mdowns@riddellwilliams.com

Certificate of Service
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1   Richard A. Speirs rspeirs@cohenmilstein.com

2   Richard F. Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

3   Robert D. Stewart stewart@kiplinglawgroup.com

4   Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,

5   nina.marie@dlapiper.com

6   S. Douglas Bunch dbunch@cohenmilstein.com

7   Serena Richardson (Terminated) srichardson@labaton.com,

8   ElectronicCaseFiling@labaton.com

9   Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

10  Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com,

11  seadocket@dwt.com

12  Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

13  Steven J. Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

14  Steven P. Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,

15  patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

16  Steven W. Fogg sfogg@corrcronin.com, hpowell@corrcronin.com,

17  reception@corrcronin.com

18  Tammy Roy troy@cahill.com

19  Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

20  Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

21  DATED this 23rd day of April 2012 at Seattle, Washington.

By: /s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com

Certificate of Service
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789