The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. CV09-037 MJP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES D. COWAN AND IRA HOLT** |

*[Proposed] Order Granting Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt*
(CV09-037 MJP)                                    1

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1   THIS MATTER came before the Court on Defendants' Unopposed Motion for
2   Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of
3   Charles D. Cowan and Ira Holt, pursuant to Local Civil Rule 7(f).  The Court, having
4   considered this motion and finding good cause shown, hereby GRANTS said motion for
5   an extension of page limits.  Defendants may file a single motion to exclude the proffered
6   expert testimony of Charles D. Cowan and Ira Holt, not to exceed 18 pages in length.
7   **IT IS SO ORDERED.**
8   DATED this ___ day of _____ 2012.

_____
The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Presented by:

**HILLIS CLARK MARTIN & PETERSON, P.S.**
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email:  ldp@hcmp.com
            bcf@hcmp.com

*Attorneys for Defendants Washington Mutual Asset Acceptance Corporation, Washington Mutual Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

*[Proposed] Order Granting Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt*
(CV09-037 MJP)

2

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | **BINGHAM MCUTCHEN LLP** |
|   | David M. Balabanian (admitted *pro hac vice*) |
| 2 | John D. Pernick (admitted *pro hac vice*) |
|   | Frank Busch (admitted *pro hac vice*) |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
|   | Facsimile: (415) 393-2286 |
| 5 | Email: david.balabanian@bingham.com |
|   |         john.pernick@bingham.com |
| 6 |         frank.busch@bingham.com |
| 7 | *Attorneys for Defendants Washington* |
|   | *Mutual Asset Acceptance Corporation,* |
| 8 | *Washington Mutual Capital Corporation,* |
|   | *David Beck, Richard Careaga, Rolland* |
| 9 | *Jurgens, and Diane Novak* |
| 10 | |
|   | **CRAVATH, SWAINE & MOORE LLP** |
| 11 | **By:** */s/ Michael A. Paskin* |
|   | Evan R. Chesler (admitted *pro hac vice*) |
| 12 | Daniel Slifkin (admitted *pro hac vice*) |
|   | Michael A. Paskin (admitted *pro hac vice*) |
| 13 | Wes Earnhardt (admitted *pro hac vice*) |
|   | Cravath, Swaine & Moore LLP |
| 14 | Worldwide Plaza |
|   | 825 Eighth Avenue |
| 15 | New York, NY 10019 |
|   | Tel: (212) 474-1000 |
| 16 | Fax: (212) 474-3700 |
|   | Email: echesler@cravath.com; |
| 17 |        dslifkin@cravath.com; |
|   |        mpaskin@cravath.com; |
| 18 |        wearnhardt@cravath.com |
| 19 | *Attorneys for Defendants Washington* |
|   | *Mutual Asset Acceptance Corporation and* |
| 20 | *Washington Mutual Capital Corporation* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

*[Proposed] Order Granting Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt*
(CV09-037 MJP)                               3

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of April 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky azurofsky@cahill.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E. Lometti clometti@cohenmilstein.com

Daniel B. Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J. Robbins e_file_sd@csgrr.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Douglas C. McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Floyd Abrams fabrams@cahill.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com,
    lmoore@riddellwilliams.com

Geoffrey M. Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Hal D. Cunningham hcunningham@scott-scott.com, efile@scott-scott.com,
    halcunningham@gmail.com

Hollis Lee Salzman (Terminated) hsalzman@labaton.com,
    ElectronicCaseFiling@labaton.com

James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com,
    wcruz@tousley.com

Jason T. Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com

Joel P. Laitman jlaitman@cohenmilstein.com

John D. Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Jonathan Gardner jgardner@labaton.com

*[Proposed] Order Granting Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt*
(CV09-037 MJP)                                4

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Joseph P. Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com
2  Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com
3  Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
4  Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com
   Julie Goldsmith Reiser jreiser@cohenmilstein.com
5  Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com
6  Kenneth J. Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com
7  Kenneth M. Rehns krehns@cohenmilstein.com
8  Kerry F. Cunningham kerry.cunningham@dlapiper.com
   Kevin P. Chavous kchavous@sonnenschein.com
9  Kim D. Stephens kstephens@tousley.com, cbonifaci@tousley.com,
10         lrolling@tousley.com, wcruz@tousley.com
11 Larry Steven Gangnes gangnesl@lanepowell.com, docketingsea@lanepowell.com,
           donnellyjossm@lanepowell.com, sebringl@lanepowell.com
12 Leslie D. Davis ldavis@sonnenschein.com
13 Mary Kay Vyskocil mvyskocil@stblaw.com
14 Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com
   Michael H. Barr mbarr@sonnenschein.com
15 Nancy A. Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com
16 Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com
17 Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,
          mdowns@riddellwilliams.com
18 Richard A. Speirs rspeirs@cohenmilstein.com
19 Richard F. Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com
20 Robert D. Stewart stewart@kiplinglawgroup.com
21 Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
22        nina.marie@dlapiper.com
   S. Douglas Bunch dbunch@cohenmilstein.com
23 Serena Richardson (Terminated) srichardson@labaton.com,
24        ElectronicCaseFiling@labaton.com
25

*[Proposed] Order Granting Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt*
(CV09-037 MJP)                              5

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1. Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com
2. Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com,
3. seadocket@dwt.com
4. Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com
5. Steven J. Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com
6. Steven P. Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,
7. patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com
8. Steven W. Fogg sfogg@corrcronin.com, hpowell@corrcronin.com,
9. reception@corrcronin.com
10. Tammy Roy troy@cahill.com
11. Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com
12. Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

DATED this 23rd day of April 2012 at Seattle, Washington.

By: /s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com

*[Proposed] Order Granting Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt*
(CV09-037 MJP)                    6

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789