The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No. CV09-037 MJP<br><br>**DECLARATION OF J. WESLEY EARNHARDT IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES D. COWAN AND IRA HOLT** |

I, J. Wesley Earnhardt, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law licensed to practice in the State of New York. I am a member of the firm of Cravath, Swaine & Moore LLP, counsel of record for defendants WaMu Asset Acceptance Corporation and WaMu Capital Corporation (collectively, the "WaMu Defendants") in this action. By virtue of my representation of the WaMu Defendants in this matter, I have personal knowledge of the facts set forth below and could and would testify competently to those facts if called to do so.

*Declaration of J. Wesley Earnhardt in Support of Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt*
(CV09-037 MJP)                    1

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

2. On March 2, 2012, Dr. Charles Cowan and Mr. Ira Holt each submitted an expert report on behalf of the Plaintiffs in the above-captioned matter.

3. On April 19, 2012, Defendants' counsel emailed Plaintiffs' counsel to determine their position with respect to Defendants' request for permission to file an over-length motion to exclude the testimony of Charles Cowan and Ira Holt.

4. On April 20, 2012, Joshua Devore, counsel of record for Plaintiffs in this matter, responded, indicating that Plaintiffs agree to the requested page extension.

EXECUTED this 23rd day of April, 2012, at New York, New York.

_____
J. Wesley Earnhardt

*Declaration of J. Wesley Earnhardt in Support of Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt*
(CV09-037 MJP)                      2

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky azurofsky@cahill.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E. Lometti clometti@cohenmilstein.com

Daniel B. Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J. Robbins e_file_sd@csgrr.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Douglas C. McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Floyd Abrams fabrams@cahill.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M. Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Hal D. Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Jason T. Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com

*Certificate of Service*
(CV09-037 MJP)

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1. Joel P. Laitman jlaitman@cohenmilstein.com
2. John D. Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com
3. Jonathan Gardner jgardner@labaton.com
4. Joseph P. Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com
5. Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com
6. Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
7. Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com
8. Julie Goldsmith Reiser jreiser@cohenmilstein.com
9. Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com
10. Kenneth J. Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com
11. Kenneth M. Rehns krehns@cohenmilstein.com
12. Kerry F. Cunningham kerry.cunningham@dlapiper.com
13. Kevin P. Chavous kchavous@sonnenschein.com
14. Kim D. Stephens kstephens@tousley.com, cbonifaci@tousley.com,
15.       lrolling@tousley.com, wcruz@tousley.com
16. Larry Steven Gangnes gangnesl@lanepowell.com, docketingsea@lanepowell.com,
17.       donnellyjossm@lanepowell.com, sebringl@lanepowell.com
18. Leslie D. Davis ldavis@sonnenschein.com
19. Mary Kay Vyskocil mvyskocil@stblaw.com
20. Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com
21. Michael H. Barr mbarr@sonnenschein.com
22. Nancy A. Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com
23. Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com
24. Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,
25.       mdowns@riddellwilliams.com

*Certificate of Service*
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Richard A. Speirs rspeirs@cohenmilstein.com |
| 2 | Richard F. Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 3 | Robert D. Stewart stewart@kiplinglawgroup.com |
| 4 | Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, |
| 5 | nina.marie@dlapiper.com |
| 6 | S. Douglas Bunch dbunch@cohenmilstein.com |
| 7 | Serena Richardson (Terminated) srichardson@labaton.com, |
| 8 | ElectronicCaseFiling@labaton.com |
| 9 | Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 10 | Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com, |
| 11 | seadocket@dwt.com |
| 12 | Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com |
| 13 | Steven J. Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 14 | Steven P. Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, |
| 15 | patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com |
| 16 | Steven W. Fogg sfogg@corrcronin.com, hpowell@corrcronin.com, |
| 17 | reception@corrcronin.com |
| 18 | Tammy Roy troy@cahill.com |
| 19 | Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 20 | Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com |
| 21 | DATED this 23rd day of April 2012 at Seattle, Washington. |

By: /s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com

*Certificate of Service*
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789