HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**CLASS ACTION**<br><br>**STIPULATION, AGREED MOTION AND [PROPOSED] ORDER APPROVING THE FORM AND METHOD FOR DISTRIBUTION OF NOTICE OF PENDENCY OF CLASS ACTION** |

**STIPULATION AND AGREED MOTION**

On March 11, 2011, Lead Plaintiffs Doral Bank of Puerto Rico and Policemen's Annuity and Benefit Fund of the City of Chicago and Plaintiff Boilermakers National Annuity Trust (collectively, "Plaintiffs") filed their Motion for Class Certification (ECF No. 223). In an Order dated October 21, 2011 (ECF No. 345), the Court certified the following Class of entities and persons who purchased WaMu Mortgage–Pass Through Certificates ("WaMu MBS Certificates"):

> All persons or entities who purchased or otherwise acquired the following WaMu Mortgage-Pass Through Certificates: 2006 AR-7 tranche 2A; 2006 AR-12 tranche 1A1; 2006 AR-16 tranches 2A1, LB1, LB2, LB3, 3B1, 3B2, and 3B3; 2006 AR- 17 tranche 1A; 2006 AR-18 tranche 2A1; and 2007-HY1 tranches 1A1 and 3A3 ("WAMU Bonds") on or before August 1, 2008

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 1
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

pursuant and/or traceable to their Registration Statements and accompanying Prospectuses filed with the Securities and Exchange Commission ("Offering Documents") and who were damaged thereby.

The parties have conferred and have agreed upon the form and method of distribution of the Notice of Pendency of Class Action ("Notice"), annexed hereto as Exhibit A, and the Summary Notice of Pendency of Class Action ("Summary Notice"), annexed hereto as Exhibit B. The parties believe that the form, substance, and requirements of the Notice and Summary Notice comply with the requirements of Fed. R. Civ. P. 23(c)(2)(B) and due process.

Plaintiffs have engaged Garden City Group, Inc. ("Garden City Group"), an experienced class action claims administrator, to publish, disseminate and administer the proposed method of notifying the Class of the pendency of this class action (the "Notice Program").

The Notice Program is as follows:

1. Within fourteen (14) days of receipt of a copy of this Order, Garden City Group will mail the Notice by First Class mail to all persons or entities that have been previously identified by Plaintiffs in discovery as custodians, nominees and beneficial holders of the WaMu MBS Certificates.

2. Brokerage firms, banks, nominees, or any other persons or entities who purchased or otherwise acquired the WaMu MBS Certificates on behalf of a beneficial holder shall, within fourteen (14) days of receipt of the Notice, either provide Garden City Group with a list of the names and addresses of such beneficial holders, or directly mail the Notice by First Class mail to such beneficial holders. If such brokerage firms, banks, or nominees provide Garden City Group with a list of beneficial holders, Garden City Group shall mail the Notice by First Class mail to all beneficial holders identified by any brokerage firm, bank, or nominee within fourteen (14) days of receipt of such information.

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 2
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1        3.    Garden City Group will provide printed Notices to all custodians or nominees who request additional copies (at no cost) for the purpose of mailing them to beneficial holders.

4        4.    Within fourteen (14) days of the entry of this Order, Garden City Group shall cause to be published the Summary Notice, substantially in the form attached hereto as Exhibit B, in Investors' Business Daily, which will provide class members with a toll free hotline number and information on how to obtain the Notice.  Within thirty (30) days of the entry of this Order, Class Counsel shall file proof of publication of the Summary Notice with the Court.

10       5.    Within fourteen (14) days of the entry of this Order, Class Counsel shall make the Summary Notice available on the DTC Electronic Legal Notice system.

Dated:  April 23, 2012            Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By:  s/ Kim D. Stephens
By:  s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
       jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

**SCOTT+SCOTT LLP**
David R. Scott (admitted *pro hac vice*)
156 South Main Street
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
Email: dscott@scott-scott.com

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 3
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

|   |   |
|---|---|
| 1 | Beth A. Kaswan (admitted *pro hac vice*) |
| 2 | Joseph P. Guglielmo (admitted *pro hac vice*) |
|   | 500 Fifth Avenue, 40th Floor |
| 3 | New York, New York 10110 |
|   | Telephone: (212) 223-6444 |
| 4 | Facsimile: (212) 223-6334 |
|   | Email: jguglielmo@scott-scott.com |
| 5 |        bkaswan@scott-scott.com |
| 6 |   |
|   | Geoffrey M. Johnson (admitted *pro hac vice*) |
| 7 | 12434 Cedar Road, Suite 12 |
|   | Cleveland Heights, OH 44106 |
| 8 | Telephone: (216) 229-6088 |
|   | Facsimile: (216) 229-6092 |
| 9 | Email: gjohnson@scott-scott.com |
| 10 |   |
|   | John T. Jasnoch (admitted pro hac vice) |
| 11 | Edward C. Signaigo (admitted pro hac vice) |
|   | 707 Broadway, Suite 1000 |
| 12 | San Diego, CA 92101 |
|   | Telephone: (619) 233-4565 |
| 13 | Email: jjasnoch@scott-scott.com |
| 14 |        esignaigo@scott-scott.com |
| 15 | **COHEN MILSTEIN SELLERS &** |
|   | **TOLL PLLC** |
| 16 | By: s/ Daniel B. Rehns |
|   | Steven J. Toll |
| 17 | Julie Goldsmith Reiser |
| 18 | Joshua S. Devore (admitted pro hac vice) |
|   | S. Douglas Bunch (admitted pro hac vice) |
| 19 | 1100 New York Avenue, NW |
|   | Suite 500 West |
| 20 | Washington, D.C. 20005 |
| 21 | Telephone: (202) 408-4600 |
|   | Facsimile: (202) 408-4699 |
| 22 | Email: stoll@cohenmilstein.com |
|   |        jreiser@cohenmilstein.com |
| 23 |        jdevore@cohenmilstein.com |
|   |        dbunch@cohenmilstein.com |
| 24 |   |
| 25 | Joel P. Laitman (admitted pro hac vice) |
|   | Christopher Lometti (admitted pro hac vice) |
| 26 | Daniel B. Rehns (admitted pro hac vice) |
|   | 88 Pine Street |
| 27 |   |

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 4
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

|   |   |
|---|---|
| 1 | 14th Floor |
|   | New York, NY 10005 |
| 2 | Telephone: (212) 838-7797 |
|   | Facsimile: (212) 838-7745 |
| 3 | Email: jlaitman@cohenmilstein.com |
|   | clometti@cohenmilstein.com |
| 4 | drehns@cohenmilstein.com |

*Lead Counsel for the Proposed Class*

**BINGHAM MCCUTCHEN LLP**
By: s/ John D. Pernick
David M. Balabanian (admitted pro hac vice)
John D. Pernick (admitted pro hac vice)
Frank Busch (admitted pro hac vice)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Email: david.balabanian@bingham.com
    john.pernick@bingham.com
    frank.busch@bingham.com

**HILLIS CLARK MARTIN & PETERSON, P.S.**
By: s/ Brian C. Free
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com
    bcf@hcmp.com

*Attorneys for Defendants WaMu Asset Acceptance Corp., WaMu Capital Corp., David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

**CRAVATH, SWAINE & MOORE LLP**
By: /s Wes Earnhardt
Daniel Slifkin (admitted *pro hac vice*)
Michael A. Paskin (admitted *pro hac vice*)
Wes Earnhardt (admitted *pro hac vice*)

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 5
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

|   |   |
|---|---|
| 1 | Cravath, Swaine & Moore LLP |
| 2 | Worldwide Plaza |
|   | 825 8th Avenue |
|   | New York, NY 10019 |
| 3 | Tel: (212) 474-1000 Fax: (212) 474-3700 |
|   | Email: echesler@cravath.com; |
| 4 | trafferty@cravath.com; dslifkin@cravath.com; |
|   | mpaskin@cravath.com; |
| 5 | wearnhardt@cravath.com |

*Attorneys for Defendants WaMu Asset Acceptance Corp. and WaMu Capital Corp.*

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 6
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

# ORDER

1. The Court finds, pursuant to Fed. R. Civ. P. 23(c)(2)(B), that the proposed Notice Program constitutes the best notice practicable under the circumstances and comports with due process, and hereby approves the Notice Program and forms of Notice and Summary Notice, annexed as Exhibits A and B hereto.

2. Class members shall be bound by all orders, determinations and judgments in this action, whether favorable or unfavorable unless such persons demand exclusion from the Class in a timely manner and in accordance with the requirements set forth in the Notice. Class members who seek to be excluded from the Class shall have 90 days from the date of this Order to request exclusion as set forth in the attached Notice.

3. Class members who demand exclusion from the Class shall not be bound by any orders, determinations and judgments in this action, whether favorable or unfavorable.

**IT IS SO ORDERED.**

Dated:_____     _____
                                  MARSHA J. PECHMAN
                                  UNITED STATES DISTRICT JUDGE

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 7
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Adam Zurofsky    azurofsky@cahill.com

Anne L. Box    abox@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager    bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner    bmeissner@fenwick.com

Brian C Free    bcf@hcmp.com, gcp@hcmp.com

Brian O O'Mara    bomara@rgrdlaw.com, e_file_sd@rgrdlaw.com, johnkg@rgrdlaw.com

Bruce Earl Larson    blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti    clometti@cohenmilstein.com

Corey E Delaney    corey.delaney@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel Slifkin    dslifkin@cravath.com

Daniel B Rehns    drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins    e_file_sd@csgrr.com

David Daniel Hoff    dhoff@tousley.com, efile@tousley.com

David M Balabanian    david.balabanian@bingham.com

Dennis H Walters    dwalters@karrtuttle.com, wbarker@karrtuttle.com

Douglas C McDermott    doug@mcdermottnewman.com, eric@mcdermottnewman.com

Evan R. Chesler    echesler@cravath.com

Floyd Abrams    fabrams@cahill.com

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER APPROVING THE FORM AND METHOD FOR DISTRIBUTION OF NOTICE OF PENDENCY OF CLASS ACTION - 8
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Frank Busch     frank.busch@bingham.com, frank.downing@bingham.com

Gavin Williams Skok     gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M Johnson     gjohnson@scott-scott.com, efile@scott-scott.com

J. Wesley Earnhardt     wearnhardt@cravath.com

James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk     jstrabuk@tousley.com, lrolling@tousley.com, mhottman@tousley.com, wcruz@tousley.com

Jee Young You     jeeyoung.you@bingham.com

Joel P Laitman     jlaitman@cohenmilstein.com

John D Lowery     jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

John D Pernick     john.pernick@bingham.com

Jonathan Gardner     jgardner@labaton.com

Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com

Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua S. Devore     jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Julie Goldsmith Reiser     jreiser@cohenmilstein.com

Kenneth J Pfaehler     kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

Kenneth M Rehns     krehns@cohenmilstein.com

Kevin P Chavous     kchavous@sonnenschein.com

Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, gracen@lanepowell.com

Leslie D Davis     ldavis@sonnenschein.com

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 9
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   Louis David Peterson      ldp@hcmp.com, smp@hcmp.com

2   Mary Kay Vyskocil      mvyskocil@stblaw.com

3   Matthew B. Kaplan      mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

4

5   Michael A. Paskin      mpaskin@cravath.com

6   Michael H. Barr      mbarr@sonnenschein.com

7   Mike Liles , Jr      mliles@karrtuttle.com

8   Paul Scarlato      pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

9   Paul Joseph Kundtz      pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,
10  mdowns@riddellwilliams.com

11  Richard A Speirs      rspeirs@cohenmilstein.com

12  Richard F Hans      richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

13  Robert D Stewart      stewart@kiplinglawgroup.com

14  Rogelio Omar Riojas      omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
15  nina.marie@dlapiper.com

16  S Douglas Bunch      dbunch@cohenmilstein.com

17  Stellman Keehnel      stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

18  Stephen M. Rummage      steverummage@dwt.com, jeannecadley@dwt.com,
19  seadocket@dwt.com

20  Steve W. Berman      steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

21  Steven J Toll      stoll@cohenmilstein.com, efilings@cohenmilstein.com

22  Steven P Caplow      stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,
23  patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

24  Steven W Fogg      sfogg@corrcronin.com, hpowell@corrcronin.com,
25  reception@corrcronin.com

26  Susan L Hoffman      susan.hoffman@bingham.com

27

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 10
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Tammy Roy    troy@cahill.com

Theo J. Robins    theo.robins@bingham.com

Thomas G. Rafferty    trafferty@cravath.com

Timothy Michael Moran    moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Walter Eugene Barton    gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Walter W. Noss    wnoss@scott-scott.com, efile@scott-scott.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

Dated April 23, 2012.

By:  s/ Kim D. Stephens
By:  s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
         jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER APPROVING THE FORM AND METHOD FOR DISTRIBUTION OF NOTICE OF PENDENCY OF CLASS ACTION - 11
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992