The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. CV09-037 MJP<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES D. COWAN AND IRA HOLT** |

*Order Granting Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt*
(CV09-037 MJP)    1

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1   THIS MATTER came before the Court on Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt, pursuant to Local Civil Rule 7(f). The Court, having considered this motion and finding good cause shown, hereby GRANTS said motion for an extension of page limits. Defendants may file a single motion to exclude the proffered expert testimony of Charles D. Cowan and Ira Holt, not to exceed 18 pages in length.

**IT IS SO ORDERED.**

DATED this 25th day of April, 2012.

_____
Marsha J. Pechman
United States District Judge

Presented by:

**HILLIS CLARK MARTIN & PETERSON, P.S.**
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email:  ldp@hcmp.com
        bcf@hcmp.com

*Attorneys for Defendants Washington Mutual Asset Acceptance Corporation, Washington Mutual Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

*Order Granting Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt*
(CV09-037 MJP)                                2

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1   **BINGHAM MCCUTCHEN LLP**
    David M. Balabanian (admitted *pro hac vice*)
2   John D. Pernick (admitted *pro hac vice*)
    Frank Busch (admitted *pro hac vice*)
3   Three Embarcadero Center
    San Francisco, CA 94111-4067
4   Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
5   Email: david.balabanian@bingham.com
             john.pernick@bingham.com
6            frank.busch@bingham.com

7   *Attorneys for Defendants Washington*
    *Mutual Asset Acceptance Corporation,*
8   *Washington Mutual Capital Corporation,*
    *David Beck, Richard Careaga, Rolland*
9   *Jurgens, and Diane Novak*

10
    **CRAVATH, SWAINE & MOORE LLP**
11  **By:** */s/ Michael A. Paskin*
    Evan R. Chesler (admitted *pro hac vice*)
12  Daniel Slifkin (admitted *pro hac vice*)
    Michael A. Paskin (admitted *pro hac vice*)
13  Wes Earnhardt (admitted *pro hac vice*)
    Cravath, Swaine & Moore LLP
14  Worldwide Plaza
    825 Eighth Avenue
15  New York, NY 10019
    Tel: (212) 474-1000
16  Fax: (212) 474-3700
    Email: echesler@cravath.com;
17           dslifkin@cravath.com;
             mpaskin@cravath.com;
18           wearnhardt@cravath.com

19  *Attorneys for Defendants Washington*
    *Mutual Asset Acceptance Corporation and*
20  *Washington Mutual Capital Corporation*

21

22

23

24

25

*Order Granting Defendants' Unopposed Motion for Leave to File Over-Length Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt*
(CV09-037 MJP)                          3

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789