HONORABLE MARSHA J. PECHMAN

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11

IN RE WASHINGTON MUTUAL
MORTGAGE BACKED SECURITIES
LITIGATION

This Document Relates to: ALL CASES

Master Case No. 2:09-cv-00037-MJP

**PRAECIPE TO SUBSTITUTE
CORRECTED STIPULATION,
AGREED MOTION AND
[PROPOSED] ORDER APPROVING
THE FORM AND METHOD FOR
DISTRIBUTION OF NOTICE OF
PENDENCY OF CLASS ACTION**

12
13
14
15
16
17
18

TO:     CLERK OF THE COURT

19

AND TO:       OPPOSING COUNSEL

20

        YOU ARE HEREBY REQUESTED to substitute the Stipulation, Agreed Motion and

21

[Proposed] Order Approving the Form and Method for Distribution of Notice of Pendency of

22

Class Action, filed on April 24, 2012 (ECF No. 399).

23

        It has come to counsel's attention that the noting date was inadvertently not included

24

pursuant to CR 7(b)(1) and CR 7(d)(1). The corrected document is attached hereto as Exhibit

25

A.

26
27

PRAECIPE- 1
(NO. 2:09-CV-0037-MJP)
4898/001/246371.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Dated:  April 25, 2012 |
| 2 | |

Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By:  s/ Kim D. Stephens
By:  s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
            jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

**SCOTT+SCOTT LLP**
David R. Scott (admitted *pro hac vice*)
156 South Main Street
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
Email: dscott@scott-scott.com

Beth A. Kaswan (admitted *pro hac vice*)
Joseph P. Guglielmo (admitted *pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com
            bkaswan@scott-scott.com

Geoffrey M. Johnson (admitted *pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092
Email: gjohnson@scott-scott.com

John T. Jasnoch (admitted pro hac vice)
Edward C. Signaigo (admitted pro hac vice)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

PRAECIPE- 2
(NO. 2:09-CV-0037-MJP)
4898/001/246371.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1

Email: jjasnoch@scott-scott.com
esignaigo@scott-scott.com

2

**COHEN MILSTEIN SELLERS &**
**TOLL PLLC**

3

Steven J. Toll

4

Julie Goldsmith Reiser
Joshua S. Devore (admitted pro hac vice)

5

Matthew B. Kaplan (admitted pro hac vice)

6

S. Douglas Bunch (admitted pro hac vice)
1100 New York Avenue, NW

7

Suite 500 West
Washington, D.C. 20005

8

Telephone: (202) 408-4600
Facsimile: (202) 408-4699

9

Email: stoll@cohenmilstein.com

10

jreiser@cohenmilstein.com
jdevore@cohenmilstein.com

11

mkaplan@cohenmilstein.com
dbunch@cohenmilstein.com

12

13

Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)

14

Daniel B. Rehns (admitted pro hac vice)
88 Pine Street

15

14th Floor
New York, NY 10005

16

Telephone: (212) 838-7797
Facsimile: (212) 838-7745

17

Email: jlaitman@cohenmilstein.com

18

clometti@cohenmilstein.com
drehns@cohenmilstein.com

19

20

*Lead Counsel for the Class*

21

22

23

24

25

26

27

PRAECIPE- 3
(NO. 2:09-CV-0037-MJP)
4898/001/246371.1

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on April 25, 2012, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system which will send electronic notification of such

4

filing to all counsel of record and additional persons listed below:

5

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

6

Adam Zurofsky      azurofsky@cahill.com

7

Anne L. Box      abox@scott-scott.com, efile@scott-scott.com

8

9

Barry Robert Ostrager      bostrager@stblaw.com, managingclerk@stblaw.com

10

Bradley T. Meissner      bmeissner@fenwick.com

11

Brian C Free      bcf@hcmp.com, gcp@hcmp.com

12

Brian O O'Mara      bomara@rgrdlaw.com, e_file_sd@rgrdlaw.com, johnkg@rgrdlaw.com

13

Bruce Earl Larson      blarson@karrtuttle.com, psteinfeld@karrtuttle.com

14

Christopher E Lometti      clometti@cohenmilstein.com

15

16

Corey E Delaney      corey.delaney@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

17

Daniel Slifkin      dslifkin@cravath.com

18

19

Daniel B Rehns      drehns@cohenmilstein.com, efilings@cohenmilstein.com

20

Darren J Robbins      e_file_sd@csgrr.com

21

David Daniel Hoff      dhoff@tousley.com, efile@tousley.com

22

David M Balabanian      david.balabanian@bingham.com

23

Dennis H Walters      dwalters@karrtuttle.com, wbarker@karrtuttle.com

24

Douglas C McDermott      doug@mcdermottnewman.com, eric@mcdermottnewman.com

25

Evan R. Chesler      echesler@cravath.com

26

Floyd Abrams      fabrams@cahill.com

27

PRAECIPE- 4
(NO. 2:09-CV-0037-MJP)
4898/001/246371.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Frank Busch     frank.busch@bingham.com, frank.downing@bingham.com

Gavin Williams Skok     gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M Johnson     gjohnson@scott-scott.com, efile@scott-scott.com

J. Wesley Earnhardt     wearnhardt@cravath.com

James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk     jstrabuk@tousley.com, lrolling@tousley.com, mhottman@tousley.com, wcruz@tousley.com

Jee Young You     jeeyoung.you@bingham.com

Joel P Laitman     jlaitman@cohenmilstein.com

John D Lowery     jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

John D Pernick     john.pernick@bingham.com

Jonathan Gardner     jgardner@labaton.com

Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com

Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua S. Devore     jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Julie Goldsmith Reiser     jreiser@cohenmilstein.com

Kenneth J Pfaehler     kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

Kenneth M Rehns     krehns@cohenmilstein.com

Kevin P Chavous     kchavous@sonnenschein.com

Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, gracen@lanepowell.com

Leslie D Davis     ldavis@sonnenschein.com

Louis David Peterson     ldp@hcmp.com, smp@hcmp.com

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Mary Kay Vyskocil      mvyskocil@stblaw.com

Matthew B. Kaplan      mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

Michael A. Paskin      mpaskin@cravath.com

Michael H. Barr      mbarr@sonnenschein.com

Mike Liles , Jr      mliles@karrtuttle.com

Paul Scarlato      pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

Paul Joseph Kundtz      pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Richard A Speirs      rspeirs@cohenmilstein.com

Richard F Hans      richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

Robert D Stewart      stewart@kiplinglawgroup.com

Rogelio Omar Riojas      omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

S Douglas Bunch      dbunch@cohenmilstein.com

Stellman Keehnel      stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Stephen M. Rummage      steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Steve W. Berman      steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Steven J Toll      stoll@cohenmilstein.com, efilings@cohenmilstein.com

Steven P Caplow      stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Steven W Fogg      sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com

Susan L Hoffman      susan.hoffman@bingham.com

Tammy Roy      troy@cahill.com

Theo J. Robins      theo.robins@bingham.com

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Thomas G. Rafferty     trafferty@cravath.com

Timothy Michael Moran     moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Walter Eugene Barton     gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Walter W. Noss     wnoss@scott-scott.com, efile@scott-scott.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

Dated April 25, 2012.

<div style="margin-left:40%;">

By:  s/ Kim D. Stephens
By:  s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
        jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

</div>

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992