HONORABLE MARSHA J. PECHMAN

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**CLASS ACTION**<br><br>**STIPULATION, AGREED MOTION AND [PROPOSED] ORDER APPROVING THE FORM AND METHOD FOR DISTRIBUTION OF NOTICE OF PENDENCY OF CLASS ACTION**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**April 24, 2012** |

10
11
12
13
14
15
16
17

18

**STIPULATION AND AGREED MOTION**

19

On March 11, 2011, Lead Plaintiffs Doral Bank of Puerto Rico and Policemen's

20

Annuity and Benefit Fund of the City of Chicago and Plaintiff Boilermakers National

21

Annuity Trust (collectively, "Plaintiffs") filed their Motion for Class Certification (ECF No.

22

223).  In an Order dated October 21, 2011 (ECF No. 345), the Court certified the following

23

Class of entities and persons who purchased WaMu Mortgage–Pass Through Certificates

24

("WaMu MBS Certificates"):

25

26
> All persons or entities who purchased or otherwise acquired the following
> WaMu Mortgage-Pass Through Certificates: 2006 AR-7 tranche 2A; 2006
> AR-12 tranche 1A1; 2006 AR-16 tranches 2A1, LB1, LB2, LB3, 3B1, 3B2,

27

and 3B3; 2006 AR- 17 tranche 1A; 2006 AR-18 tranche 2A1; and 2007-HY1 tranches 1A1 and 3A3 ("WAMU Bonds") on or before August 1, 2008 pursuant and/or traceable to their Registration Statements and accompanying Prospectuses filed with the Securities and Exchange Commission ("Offering Documents") and who were damaged thereby.

The parties have conferred and have agreed upon the form and method of distribution of the Notice of Pendency of Class Action ("Notice"), annexed hereto as Exhibit A, and the Summary Notice of Pendency of Class Action ("Summary Notice"), annexed hereto as Exhibit B.  The parties believe that the form, substance, and requirements of the Notice and Summary Notice comply with the requirements of Fed. R. Civ. P. 23(c)(2)(B) and due process.

Plaintiffs have engaged Garden City Group, Inc. ("Garden City Group"), an experienced class action claims administrator, to publish, disseminate and administer the proposed method of notifying the Class of the pendency of this class action (the "Notice Program").

The Notice Program is as follows:

1.      Within fourteen (14) days of receipt of a copy of this Order, Garden City Group will mail the Notice by First Class mail to all persons or entities that have been previously identified by Plaintiffs in discovery as custodians, nominees and beneficial holders of the WaMu MBS Certificates.

2.      Brokerage firms, banks, nominees, or any other persons or entities who purchased or otherwise acquired the WaMu MBS Certificates on behalf of a beneficial holder shall, within fourteen (14) days of receipt of the Notice, either provide Garden City Group with a list of the names and addresses of such beneficial holders, or directly mail the Notice by First Class mail to such beneficial holders.  If such brokerage firms, banks, or nominees provide Garden City Group with a list of beneficial holders, Garden City Group shall mail the Notice by First Class mail to all beneficial holders identified by any brokerage firm, bank, or nominee within fourteen (14) days of receipt of such information.

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 2
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1    3.    Garden City Group will provide printed Notices to all custodians or nominees

2  who request additional copies (at no cost) for the purpose of mailing them to beneficial

3  holders.

4    4.    Within fourteen (14) days of the entry of this Order, Garden City Group shall

5  cause to be published the Summary Notice, substantially in the form attached hereto as

6  Exhibit B, in Investors' Business Daily, which will provide class members with a toll free

7  hotline number and information on how to obtain the Notice.  Within thirty (30) days of the

8  entry of this Order, Class Counsel shall file proof of publication of the Summary Notice with

9  the Court.

10    5.    Within fourteen (14) days of the entry of this Order, Class Counsel shall make

11  the Summary Notice available on the DTC Electronic Legal Notice system.

12

13    Dated:  April 25, 2012          Respectfully submitted,

14                          **TOUSLEY BRAIN STEPHENS PLLC**

15                          By:  s/ Kim D. Stephens
                            By:  s/ Janissa A. Strabuk
16                          Kim D. Stephens, WSBA #11984
                            Janissa A. Strabuk, WSBA #21827
17                          1700 Seventh Avenue, Suite 2200
                            Seattle, Washington 98101
18                          Telephone: (206) 682-5600
                            Facsimile: (206) 682-2992
19                          Email: kstephens@tousley.com
20                                 jstrabuk@tousley.com

21                          *Liaison Counsel for Plaintiffs and the Proposed*
22                          *Class*

23                          **SCOTT+SCOTT LLP**
                            David R. Scott (admitted *pro hac vice*)
24                          156 South Main Street
                            Colchester, CT 06415
25                          Telephone: (860) 537-5537
                            Facsimile: (860) 537-4432
26                          Email: dscott@scott-scott.com

27

Beth A. Kaswan (admitted *pro hac vice*)
Joseph P. Guglielmo (admitted *pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com
       bkaswan@scott-scott.com

Geoffrey M. Johnson (admitted *pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092
Email: gjohnson@scott-scott.com

John T. Jasnoch (admitted pro hac vice)
Edward C. Signaigo (admitted pro hac vice)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Email: jjasnoch@scott-scott.com
       esignaigo@scott-scott.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore (admitted pro hac vice)
S. Douglas Bunch (admitted pro hac vice)
1100 New York Avenue, NW
Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
       jreiser@cohenmilstein.com
       jdevore@cohenmilstein.com
       dbunch@cohenmilstein.com

Joel P. Laitman (admitted pro hac vice)
Christopher Lometti (admitted pro hac vice)
Daniel B. Rehns (admitted pro hac vice)
88 Pine Street
14th Floor

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com
        clometti@cohenmilstein.com
        drehns@cohenmilstein.com

*Lead Counsel for the Class*

**BINGHAM MCCUTCHEN LLP**
By: s/ John D. Pernick
David M. Balabanian (admitted pro hac vice)
John D. Pernick (admitted pro hac vice)
Frank Busch (admitted pro hac vice)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Email: david.balabanian@bingham.com
        john.pernick@bingham.com
        frank.busch@bingham.com

**HILLIS CLARK MARTIN & PETERSON, P.S.**
By: s/ Brian C. Free
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
Email: ldp@hcmp.com
        bcf@hcmp.com

*Attorneys for Defendants WaMu
Asset Acceptance Corp., WaMu Capital Corp.,
David Beck, Richard Careaga, Rolland Jurgens,
and Diane
Novak*

**CRAVATH, SWAINE & MOORE LLP**
By: /s Wes Earnhardt
Daniel Slifkin (admitted *pro hac vice*)
Michael A. Paskin (admitted *pro hac vice*)
Wes Earnhardt (admitted *pro hac vice*)
Cravath, Swaine & Moore LLP

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 5
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1

2

Worldwide Plaza
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1000 Fax: (212) 474-3700
Email: echesler@cravath.com;
trafferty@cravath.com; dslifkin@cravath.com;
mpaskin@cravath.com;
wearnhardt@cravath.com

3

4

5

6

*Attorneys for Defendants WaMu Asset
Acceptance Corp. and
WaMu Capital Corp.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 6
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

## <u>ORDER</u>

1. The Court finds, pursuant to Fed. R. Civ. P. 23(c)(2)(B), that the proposed Notice Program constitutes the best notice practicable under the circumstances and comports with due process, and hereby approves the Notice Program and forms of Notice and Summary Notice, annexed as Exhibits A and B hereto.

2. Class members shall be bound by all orders, determinations and judgments in this action, whether favorable or unfavorable unless such persons demand exclusion from the Class in a timely manner and in accordance with the requirements set forth in the Notice. Class members who seek to be excluded from the Class shall have 90 days from the date of this Order to request exclusion as set forth in the attached Notice.

3. Class members who demand exclusion from the Class shall not be bound by any orders, determinations and judgments in this action, whether favorable or unfavorable.

**IT IS SO ORDERED.**

Dated:_____          _____
                                        MARSHA J. PECHMAN
                                        UNITED STATES DISTRICT JUDGE

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 7
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Adam Zurofsky      azurofsky@cahill.com

Anne L. Box      abox@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager      bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner      bmeissner@fenwick.com

Brian C Free      bcf@hcmp.com, gcp@hcmp.com

Brian O O'Mara      bomara@rgrdlaw.com, e_file_sd@rgrdlaw.com, johnkg@rgrdlaw.com

Bruce Earl Larson      blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti      clometti@cohenmilstein.com

Corey E Delaney      corey.delaney@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel Slifkin      dslifkin@cravath.com

Daniel B Rehns      drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins      e_file_sd@csgrr.com

David Daniel Hoff      dhoff@tousley.com, efile@tousley.com

David M Balabanian      david.balabanian@bingham.com

Dennis H Walters      dwalters@karrtuttle.com, wbarker@karrtuttle.com

Douglas C McDermott      doug@mcdermottnewman.com, eric@mcdermottnewman.com

Evan R. Chesler      echesler@cravath.com

Floyd Abrams      fabrams@cahill.com

Frank Busch      frank.busch@bingham.com, frank.downing@bingham.com

Gavin Williams Skok      gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M Johnson      gjohnson@scott-scott.com, efile@scott-scott.com

J. Wesley Earnhardt      wearnhardt@cravath.com

James J. Coster      jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk      jstrabuk@tousley.com, lrolling@tousley.com, mhottman@tousley.com, wcruz@tousley.com

Jee Young You      jeeyoung.you@bingham.com

Joel P Laitman      jlaitman@cohenmilstein.com

John D Lowery      jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

John D Pernick      john.pernick@bingham.com

Jonathan Gardner      jgardner@labaton.com

Joseph P Guglielmo      jguglielmo@scott-scott.com, efile@scott-scott.com

Joshua M. Rubins      jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua S. Devore      jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Julie Goldsmith Reiser      jreiser@cohenmilstein.com

Kenneth J Pfaehler      kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

Kenneth M Rehns      krehns@cohenmilstein.com

Kevin P Chavous      kchavous@sonnenschein.com

Kim D Stephens      kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Larry Steven Gangnes      gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, gracen@lanepowell.com

Leslie D Davis      ldavis@sonnenschein.com

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1    Louis David Peterson      ldp@hcmp.com, smp@hcmp.com

2    Mary Kay Vyskocil      mvyskocil@stblaw.com

3    Matthew B. Kaplan      mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

4

5    Michael A. Paskin      mpaskin@cravath.com

6    Michael H. Barr      mbarr@sonnenschein.com

7    Mike Liles , Jr      mliles@karrtuttle.com

8    Paul Scarlato      pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

9    Paul Joseph Kundtz      pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,
10   mdowns@riddellwilliams.com

11   Richard A Speirs      rspeirs@cohenmilstein.com

12   Richard F Hans      richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

13   Robert D Stewart      stewart@kiplinglawgroup.com

14
     Rogelio Omar Riojas      omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
15   nina.marie@dlapiper.com

16   S Douglas Bunch      dbunch@cohenmilstein.com

17   Stellman Keehnel      stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

18
     Stephen M. Rummage      steverummage@dwt.com, jeannecadley@dwt.com,
19   seadocket@dwt.com

20   Steve W. Berman      steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

21   Steven J Toll      stoll@cohenmilstein.com, efilings@cohenmilstein.com

22
     Steven P Caplow      stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,
23   patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

24   Steven W Fogg      sfogg@corrcronin.com, hpowell@corrcronin.com,
25   reception@corrcronin.com

26   Susan L Hoffman      susan.hoffman@bingham.com

27

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 10
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   Tammy Roy      troy@cahill.com

2   Theo J. Robins      theo.robins@bingham.com

3   Thomas G. Rafferty      trafferty@cravath.com

4   Timothy Michael Moran      moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

5
    Walter Eugene Barton      gbarton@karrtuttle.com, danderson@karrtuttle.com,
6   nrandall@karrtuttle.com

7   Walter W. Noss      wnoss@scott-scott.com, efile@scott-scott.com

8   **2:09-cv-00037-MJP Notice will not be electronically mailed to:**

9   WaMu Officer Defendants Securities MDL

10  Dated April 25, 2012.

11                                              By:  s/ Kim D. Stephens
                                                By:  s/ Janissa A. Strabuk
12                                              Kim D. Stephens, WSBA #11984
                                                Janissa A. Strabuk, WSBA #21827
13                                              1700 Seventh Avenue, Suite 2200
                                                Seattle, Washington 98101
14                                              Telephone: (206) 682-5600
                                                Facsimile: (206) 682-2992
15                                              Email: kstephens@tousley.com
                                                        jstrabuk@tousley.com
16

17                                              *Liaison Counsel for Plaintiffs and the Proposed*
                                                *Class*
18

19

20

21

22

23

24

25

26

27

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 11
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992