The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | MASTER CASE NO. C09-037 MJP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL** |

THIS MATTER came before the Court on Defendants' Motion to Seal, dated April 25, 2012.  The Court has considered Defendants' motion and any response thereto, and having been fully advised in these matters, now, therefore:

The Court HEREBY FINDS that Defendants have shown good cause to seal in their entirety:

- Exhibits 6 and 7 to the April 25, 2012 Declaration of J. Wesley Earnhardt in Support of Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt.

The above documents disclose information that is subject to protection under Federal law and the Stipulated Protective Order and Stipulated Order Regarding the "Clawback" of Documents the Court entered in this matter (Dkt. 213), and the interests of

*[Proposed] Order Granting Defendants'*
*Motion to Seal: (CV09-037 MJP)*          1

1  preserving the privacy of that information outweigh the public's interest in reviewing that

2  material.

3       IT IS HEREBY ORDERED that the materials indicated above shall be sealed by

4  the Clerk of the Court under Local Rule 5(g).

5       DATED this _____ day of _____ 2012.

6

7                              _____

                            The Honorable Marsha J. Pechman

8                              UNITED STATES DISTRICT JUDGE

9  Presented by:

10 **HILLIS CLARK MARTIN & PETERSON, P.S.**
   **By:** *s/ Louis D. Peterson*

11 Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788

12 1221 Second Avenue, Suite 500
Seattle WA 98101-2925

13 Telephone: (206) 623-1745
Facsimile: (206) 623-7789

14 Email:  ldp@hcmp.com
        bcf@hcmp.com

15

16 **BINGHAM MCCUTCHEN LLP**
David M. Balabanian (admitted *pro hac vice*)

17 John D. Pernick (admitted *pro hac vice*)
Frank Busch (admitted *pro hac vice*)

18 Three Embarcadero Center
San Francisco, CA 94111-4067

19 Telephone: (415) 393-2000
Facsimile: (415) 393-2286

20 Email: david.balabanian@bingham.com
      john.pernick@bingham.com

21       frank.busch@bingham.com

22 *Attorneys for Defendants Washington*
*Mutual Asset Acceptance Corporation,*

23 *Washington Mutual Capital Corporation,*
*David Beck, Richard Careaga, Rolland*

24 *Jurgens, and Diane Novak*

25

*[Proposed] Order Granting Defendants'*
*Motion to Seal: (CV09-037 MJP)*     2

1  **CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler (admitted *pro hac vice*)
2  Daniel Slifkin (admitted *pro hac vice*)
Michael A. Paskin (admitted *pro hac vice*)
3  Wes Earnhardt (admitted *pro hac vice*)
Cravath, Swaine & Moore LLP
4  Worldwide Plaza
825 8th Avenue
5  New York, NY 10019
Tel: (212) 474-1000
6  Fax: (212) 474-3700
Email: echesler@cravath.com;
7          dslifkin@cravath.com;
           mpaskin@cravath.com;
8          wearnhardt@cravath.com

9  *Attorneys for Defendants Washington
Mutual Asset Acceptance Corporation and
10 Washington Mutual Capital Corporation*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*[Proposed] Order Granting Defendants'
Motion to Seal: (CV09-037 MJP)*

3

1

**CERTIFICATE OF SERVICE**

2
I hereby certify that on the 25th day of April, 2012, I electronically filed the

3
foregoing with the Clerk of the Court using the CM/ECF system which will send

4
notification of such filing to the following:

5
Adam Zurofsky azurofsky@cahill.com

6
Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

7
Bradley T. Meissner bradley.meissner@dlapiper.com

8
Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

9
Christopher E Lometti clometti@cohenmilstein.com

10
Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

11
Darren J Robbins e_file_sd@csgrr.com

12
David Daniel Hoff dhoff@tousley.com, efile@tousley.com

13
Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

14
Floyd Abrams fabrams@cahill.com

15
Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com,

16
lmoore@riddellwilliams.com

17
Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

18
Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com,

19
halcunningham@gmail.com

20
Hollis Lee Salzman (Terminated) hsalzman@labaton.com,

21
ElectronicCaseFiling@labaton.com

22
James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

23
Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com,

24
wcruz@tousley.com

25
Jason T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com

*[Proposed] Order Granting Defendants'*
*Motion to Seal: (CV09-037 MJP)*                    4

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1   Joel P Laitman jlaitman@cohenmilstein.com

2   John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

3   Jonathan Gardner jgardner@labaton.com

4   Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

5   Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com

6   Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

7   Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

8   Julie Goldsmith Reiser jreiser@cohenmilstein.com

9   Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com

10  Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

11  Kenneth M Rehns krehns@cohenmilstein.com

12  Kerry F Cunningham kerry.cunningham@dlapiper.com

13  Kevin P Chavous kchavous@sonnenschein.com

14  Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com,

15  lrolling@tousley.com, wcruz@tousley.com

16  Larry Steven Gangnes gangnesl@lanepowell.com, docketingsea@lanepowell.com,

17      donnellyjossm@lanepowell.com, sebringl@lanepowell.com

18  Leslie D Davis ldavis@sonnenschein.com

19  Mary Kay Vyskocil mvyskocil@stblaw.com

20  Michael H. Barr mbarr@sonnenschein.com

21  Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com

22  Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

23  Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,

24      mdowns@riddellwilliams.com

25  Richard A Speirs rspeirs@cohenmilstein.com

*[Proposed] Order Granting Defendants' Motion to Seal: (CV09-037 MJP)*    5

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

2  Robert D Stewart stewart@kiplinglawgroup.com

3  Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,

4       nina.marie@dlapiper.com

5  S Douglas Bunch dbunch@cohenmilstein.com

6  Serena Rich ardson (Terminated) srichardson@labaton.com,

7       ElectronicCaseFiling@labaton.com

8  Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

9  Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com,

10      seadocket@dwt.com

11 Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

12 Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

13 Steven P Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,

14      patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

15 Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com,

16      reception@corrcronin.com

17 Tammy Roy troy@cahill.com

18 Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

19 Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

20      DATED this 25th day of April, 2012 at Seattle, Washington.

21      By:  /s/ Louis D. Peterson
        Louis D. Peterson, WSBA #5776
22      1221 Second Avenue, Suite 500
        Seattle, WA 98101-2925
23      Telephone: (206) 623-1745
        Facsimile: (206) 623-7789
24      Email: ldp@hcmp.com

25

*[Proposed] Order Granting Defendants'
Motion to Seal: (CV09-037 MJP)*          6

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789