The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | MASTER CASE NO. C09-037 MJP<br><br>**DECLARATION OF MICHAEL A. PASKIN IN SUPPORT OF DEFENDANTS' MOTION TO SEAL** |

Declaration of Michael A. Paskin in Support of
Defendants' Motion to Seal
(CV09-037 MJP)

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

I, Michael A. Paskin, hereby declare as follows under penalty of perjury:

1. I am an attorney at law licensed to practice in the State of New York. I am a member of the firm of Cravath, Swaine & Moore LLP, counsel of record for Defendants WaMu Asset Acceptance Corp. and WaMu Capital Corp. in this matter. I submit this declaration in support of Defendants' Motion to Seal certain exhibits to the April 25, 2012 Declaration of J. Wesley Earnhardt in Support of Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt (the "Earnhardt Declaration"). By virtue of my representation of Defendants in this matter, I have personal knowledge of the facts set forth below, and could and would testify competently to those facts if called to do so.

2. Exhibits 6 and 7 to the Earnhardt Declaration are Excel spreadsheets containing data generated by Plaintiffs' proposed re-underwriting expert, Mr. Holt, and his team during their review of a sample of 424 loans that underlie the securitizations at issue.

3. That data purports to summarize and reflect loan-level information obtained directly from the relevant loan applications submitted by borrowers and the loan files generated in connection with those applications. This includes, among other things, sensitive nonpublic personal and financial information about individual borrowers, including borrower income, assets, employment history, credit history and other personal information.

4. Accordingly, Defendants designated the loan files that served as a source of the data in Exhibit 6 and 7 "Confidential" pursuant to the applicable Protective Order when they produced them in this litigation.

Declaration of Michael A. Paskin in Support of
Defendants' Motion to Seal
(CV09-037 MJP)                            1

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

5. Although Exhibits 6 and 7 do not contain borrower names, it is my understanding that the loan numbers they do contain potentially could be used to match the private information contained therein to individual borrowers.

I hereby declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED this 25th day of April, 2012, at New York, New York.

*/s/ Michael A. Paskin*

Michael A. Paskin

Declaration of Michael A. Paskin in Support of
Defendants' Motion to Seal
(CV09-037 MJP)                    2

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky azurofsky@cahill.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E Lometti clometti@cohenmilstein.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Floyd Abrams fabrams@cahill.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Jason T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com

Certificate of Service
(CV09-037 MJP)

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Joel P Laitman jlaitman@cohenmilstein.com |
| 2 | John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 3 | Jonathan Gardner jgardner@labaton.com |
| 4 | Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com |
| 5 | Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 6 | Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 7 | Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com |
| 8 | Julie Goldsmith Reiser jreiser@cohenmilstein.com |
| 9 | Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 10 | Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 11 | Kenneth M Rehns krehns@cohenmilstein.com |
| 12 | Kerry F Cunningham kerry.cunningham@dlapiper.com |
| 13 | Kevin P Chavous kchavous@sonnenschein.com |
| 14 | Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, |
| 15 | lrolling@tousley.com, wcruz@tousley.com |
| 16 | Larry Steven Gangnes gangnesl@lanepowell.com, docketingsea@lanepowell.com, |
| 17 | donnellyjossm@lanepowell.com, sebringl@lanepowell.com |
| 18 | Leslie D Davis ldavis@sonnenschein.com |
| 19 | Mary Kay Vyskocil mvyskocil@stblaw.com |
| 20 | Michael H. Barr mbarr@sonnenschein.com |
| 21 | Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com |
| 22 | Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 23 | Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, |
| 24 | mdowns@riddellwilliams.com |
| 25 | Richard A Speirs rspeirs@cohenmilstein.com |

Certificate of Service
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 2 | Robert D Stewart stewart@kiplinglawgroup.com |
| 3 | Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, |
| 4 | nina.marie@dlapiper.com |
| 5 | S Douglas Bunch dbunch@cohenmilstein.com |
| 6 | Serena Rich ardson (Terminated) srichardson@labaton.com, |
| 7 | ElectronicCaseFiling@labaton.com |
| 8 | Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 9 | Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com, |
| 10 | seadocket@dwt.com |
| 11 | Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com |
| 12 | Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 13 | Steven P Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, |
| 14 | patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com |
| 15 | Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com, |
| 16 | reception@corrcronin.com |
| 17 | Tammy Roy troy@cahill.com |
| 18 | Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 19 | Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com |
| 20 | DATED this 25th day of April, 2012 at Seattle, Washington. |

By: /s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com

Certificate of Service
(CV09-037 MJP)

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789