The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | MASTER CASE NO. C09-037 MJP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES D. COWAN AND IRA HOLT** |

THIS MATTER came before the Court on Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt.  The Court has considered Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt, the Declaration of J. Wesley Earnhardt in Support of Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt and exhibits thereto, any response and reply thereto, and having been fully advised in these matters, now, therefore:

*[Proposed] Order Granting Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt: (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

IT IS HEREBY ORDERED that Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt is GRANTED.

DATED this _____ day of _____ 2012.

_____
The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Presented by:

**HILLIS CLARK MARTIN & PETERSON, P.S.**
**By:** *s/ Louis D. Peterson*
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email:  ldp@hcmp.com
           bcf@hcmp.com

*Attorneys for Defendants Washington Mutual Asset Acceptance Corporation, Washington Mutual Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*


**BINGHAM MCCUTCHEN LLP**
David M. Balabanian (admitted *pro hac vice*)
John D. Pernick (admitted *pro hac vice*)
Frank Busch (admitted *pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Email: david.balabanian@bingham.com
          john.pernick@bingham.com
          frank.busch@bingham.com

*Attorneys for Defendants Washington Mutual Asset Acceptance Corporation, Washington Mutual Capital Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

*[Proposed] Order Granting Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt: (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

2

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler (admitted *pro hac vice*)
Daniel Slifkin (admitted *pro hac vice*)
Michael A. Paskin (admitted *pro hac vice*)
Wes Earnhardt (admitted *pro hac vice*)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
Email: echesler@cravath.com;
      dslifkin@cravath.com;
      mpaskin@cravath.com;
      wearnhardt@cravath.com

*Attorneys for Defendants Washington Mutual Asset Acceptance Corporation and Washington Mutual Capital Corporation*

| *[Proposed] Order Granting Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt: (CV09-037 MJP)* | **HILLIS CLARK MARTIN & PETERSON P.S.**<br>1221 Second Avenue, Suite 500<br>Seattle, Washington 98101-2925<br>Telephone: (206) 623-1745<br>Facsimile: (206) 623-7789 |
|---|---|

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky azurofsky@cahill.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E Lometti clometti@cohenmilstein.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Floyd Abrams fabrams@cahill.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com,
    lmoore@riddellwilliams.com

Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com,
    halcunningham@gmail.com

Hollis Lee Salzman (Terminated) hsalzman@labaton.com,
    ElectronicCaseFiling@labaton.com

James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com,
    wcruz@tousley.com

Jason T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com

Joel P Laitman jlaitman@cohenmilstein.com

*[Proposed] Order Granting Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt: (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

2  Jonathan Gardner jgardner@labaton.com

3  Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

4  Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com

5  Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

6  Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

7  Julie Goldsmith Reiser jreiser@cohenmilstein.com

8  Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com

9  Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

10 Kenneth M Rehns krehns@cohenmilstein.com

11 Kerry F Cunningham kerry.cunningham@dlapiper.com

12 Kevin P Chavous kchavous@sonnenschein.com

13 Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com,

14 lrolling@tousley.com, wcruz@tousley.com

15 Larry Steven Gangnes gangnesl@lanepowell.com, docketingsea@lanepowell.com,

16      donnellyjossm@lanepowell.com, sebringl@lanepowell.com

17 Leslie D Davis ldavis@sonnenschein.com

18 Mary Kay Vyskocil mvyskocil@stblaw.com

19 Michael H. Barr mbarr@sonnenschein.com

20 Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com

21 Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

22 Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,

23      mdowns@riddellwilliams.com

24 Richard A Speirs rspeirs@cohenmilstein.com

25 Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

Robert D Stewart stewart@kiplinglawgroup.com

*[Proposed] Order Granting Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt: (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

5

1. Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
2.     nina.marie@dlapiper.com
3. S Douglas Bunch dbunch@cohenmilstein.com
4. Serena Rich ardson (Terminated) srichardson@labaton.com,
5.     ElectronicCaseFiling@labaton.com
6. Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com
7. Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com,
8.     seadocket@dwt.com
9. Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com
10. Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com
11. Steven P Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,
12.     patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com
13. Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com,
14.     reception@corrcronin.com
15. Tammy Roy troy@cahill.com
16. Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com
17. Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

    DATED this 25th day of April, 2012 at Seattle Washington.

> By: /s/ Louis D. Peterson
> Louis D. Peterson, WSBA #5776
> 1221 Second Avenue, Suite 500
> Seattle WA 98101-2925
> Telephone: (206) 623-1745
> Facsimile: (206) 623-7789
> Email: ldp@hcmp.com

---

*[Proposed] Order Granting Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt: (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

6