The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | MASTER CASE NO. C09-037 MJP<br><br>**DECLARATION OF J. WESLEY EARNHARDT IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES D. COWAN AND IRA HOLT** |

Declaration of J. Wesley Earnhardt in Support of Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt (CV09-037 MJP)

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

I, J. WESLEY EARNHARDT, hereby declare as follows under penalty of perjury:

1. I am an attorney at law licensed to practice in the State of New York. I am a member of the firm of Cravath, Swaine & Moore LLP, counsel of record for Defendants WaMu Asset Acceptance Corp. and WaMu Capital Corp. in this matter. I submit this declaration in support of Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt. By virtue of my representation of Defendants in this matter, I have personal knowledge of the facts set forth below, and could and would testify competently to those facts if called to do so.

2. Attached as Exhibit 1 is a true and correct copy of the Expert Report of Charles D. Cowan, Ph.D, dated March 2, 2012 and submitted on behalf of Plaintiffs in this matter.

3. Attached as Exhibit 2 is a true and correct copy of the Expert Report of Ira Holt, dated March 2, 2012 and submitted on behalf of Plaintiffs in this matter.

4. Attached as Exhibit 3 is a true and correct copy of the Expert Report of George Ostendorf, dated March 30, 2012 and submitted on behalf of Defendants in this matter. Exhibit 3 omits the exhibits to Mr. Ostendorf's report and contains certain redactions, both of which are necessary in order to maintain the confidentiality of borrower-specific loan-level financial and personal information contained therein.

5. Attached as Exhibit 4 is a true and correct copy of the Expert Report of William E. Wecker, Ph.D, dated March 30, 2012 and submitted on behalf of Defendants in this matter.

Declaration of J. Wesley Earnhardt in Support of Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt (CV09-037 MJP)    1

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

6. Attached as Exhibit 5 is a true and correct copy of the survey template produced to Defendants by Plaintiffs' counsel as part of the backup for Mr. Holt's expert report.

7. Attached as Exhibit 6 [FILED UNDER SEAL] is a true and correct copy of the survey results produced to Defendants by Plaintiffs' counsel as part of the backup for Mr. Holt's expert report. This data was originally produced to Defendants as an SPSS file. However, for purposes of compatibility, Defendants converted the file to an Excel spreadsheet format, without otherwise altering its contents. One of the textual fields in Exhibit 6, as originally produced to Defendants and attached hereto, was truncated (i.e., the text was cut off). After Defendants brought the issue to the attention of Plaintiffs' counsel, Plaintiffs' counsel produced the untruncated text in a separate file. Defendants thereafter incorporated the untruncated text into the corresponding fields of Exhibit 7, as described below.

8. Attached as Exhibit 7 [FILED UNDER SEAL] is a more user-friendly version of Exhibit 6 prepared by Defendants. Plaintiffs produced the data in Exhibit 6 in a raw format that was not readily capable of being understood by a human user. For example, it lacked descriptive labels to denote the questions from the survey (Exhibit 5) to which the data in Exhibit 6 corresponded. In order to render the data usable, Defendants systematically made certain non-substantive modifications to the raw data, including adding labels to match the question number and question text from the survey (Exhibit 5) to the corresponding answers in Exhibit 6. Defendants also made formatting changes, such as altering the width of columns or replacing "NULL" or "Not Selected"

Declaration of J. Wesley Earnhardt in Support of Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt (CV09-037 MJP)   2

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

values with blank spaces so as to render the data more readable. In making these modifications, Defendants did not knowingly alter in any way the substance of any of the data originally contained in Exhibit 6. Defendants also incorporated into Column JE of each sheet of Exhibit 7 certain untruncated data provided separately by Plaintiffs' counsel to replace data that had been truncated when it was originally produced to Defendants.

9. Attached as Exhibit 8 is a true and correct copy of Washington Mutual Home Loans' Conventional Underwriting Guidelines, dated August 17, 2006.

10. Attached as Exhibit 9 is a true and correct copy of Washington Mutual Home Loans' Product and Pricing Guide, dated August 17, 2006.

11. Attached as Exhibit 10 is a true and correct copy of Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings dated September 2, 2011 (Docket No. 327).

I hereby declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED this 25th day of April, 2012, at New York, New York.

_____
J. Wesley Earnhardt

Declaration of J. Wesley Earnhardt in Support of Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt (CV09-037 MJP)

3

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky azurofsky@cahill.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E Lometti clometti@cohenmilstein.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Floyd Abrams fabrams@cahill.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Hollis Lee Salzman (Terminated) hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Jason T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com

Certificate of Service
(CV09-037 MJP)

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Joel P Laitman jlaitman@cohenmilstein.com |
| 2 | John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 3 | Jonathan Gardner jgardner@labaton.com |
| 4 | Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com |
| 5 | Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 6 | Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 7 | Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com |
| 8 | Julie Goldsmith Reiser jreiser@cohenmilstein.com |
| 9 | Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 10 | Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 11 | Kenneth M Rehns krehns@cohenmilstein.com |
| 12 | Kerry F Cunningham kerry.cunningham@dlapiper.com |
| 13 | Kevin P Chavous kchavous@sonnenschein.com |
| 14 | Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, |
| 15 | lrolling@tousley.com, wcruz@tousley.com |
| 16 | Larry Steven Gangnes gangnesl@lanepowell.com, docketingsea@lanepowell.com, |
| 17 | donnellyjossm@lanepowell.com, sebringl@lanepowell.com |
| 18 | Leslie D Davis ldavis@sonnenschein.com |
| 19 | Mary Kay Vyskocil mvyskocil@stblaw.com |
| 20 | Michael H. Barr mbarr@sonnenschein.com |
| 21 | Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com |
| 22 | Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 23 | Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, |
| 24 | mdowns@riddellwilliams.com |
| 25 | Richard A Speirs rspeirs@cohenmilstein.com |

Certificate of Service
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 2 | Robert D Stewart stewart@kiplinglawgroup.com |
| 3 | Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, |
| 4 | nina.marie@dlapiper.com |
| 5 | S Douglas Bunch dbunch@cohenmilstein.com |
| 6 | Serena Rich ardson (Terminated) srichardson@labaton.com, |
| 7 | ElectronicCaseFiling@labaton.com |
| 8 | Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 9 | Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com, |
| 10 | seadocket@dwt.com |
| 11 | Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com |
| 12 | Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 13 | Steven P Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, |
| 14 | patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com |
| 15 | Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com, |
| 16 | reception@corrcronin.com |
| 17 | Tammy Roy troy@cahill.com |
| 18 | Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 19 | Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com |
| 20 | DATED this 25th day of April, 2012 at Seattle, Washington. |

By: /s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com

Certificate of Service
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789