The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. C09-037 MJP<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**NOTICE OF FILING PAPER OR OTHER MATERIALS WITH THE CLERK** |

*Notice of Filing Paper or Other Materials: (CV09-037 MJP) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Defendants WaMu Capital Corporation, Washington Mutual Asset Acceptance
2  Corporation, David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak give notice
3  that Exhibit Nos. 6 and 7 to the DECLARATION OF J. WESLEY EARNHARDT IN
4  SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT
5  TESTIMONY OF CHARLES D. COWAN AND IRA HOLT are being filed UNDER SEAL
6  in disc form with the Clerk's Office for the Western District of Washington. The document
7  will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of
8  the Western District of Washington.

DATED this 25th day of April, 2012.

HILLIS CLARK MARTIN & PETERSON P.S.
By     s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
Hillis Clark Martin & Peterson P.S.
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Tel: (206) 623-1745 Fax: (206) 623-7789
Email: ldp@hcmp.com; bcf@hcmp.com

BINGHAM MCCUTCHEN LLP
ADMITTED *PRO HAC VICE*

| Susan L. Hoffman | David M. Balabanian |
|---|---|
| Bingham McCutchen LLP | John D. Pernick |
| 355 South Grand Avenue, Suite 4400 | Jee Young You |
| Los Angeles, CA 90071-3106 | Frank Busch |
| Tel: (213) 680-6400 | Bingham McCutchen LLP |
| Fax: (213) 680-6499 | Three Embarcadero Center |
| Email: susan.hoffman@bingham.com | San Francisco, CA 94111-4067 |
| | Tel: (415) 393-2000 Fax: (415) 393-2286 |
| | Email: david.balabanian@bingham.com; |
| | john.pernick@bingham.com; |
| | jeeyoung.you@bingham.com |
| | frank.busch@bingham.com |

*Notice of Filing Paper or Other Materials:*
*(CV09-037 MJP) - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Theo J. Robins
Bingham McCutchen LLP
399 Park Avenue,
New York, NY 10022-4689
Tel: (212) 705-7000 Fax: (212) 702-3680
Email: theo.robins@bingham.com

Attorneys for Defendants
Washington Mutual Asset Acceptance Corporation, Washington Mutual Capital Corporation,
David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak

CRAVATH, SWAINE & MOORE LLP
ADMITTED *PRO HAC VICE*
Evan R. Chesler
Thomas G. Rafferty
Daniel Slifkin
Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1000 Fax: (212) 474-3700
Email: echesler@cravath.com;
trafferty@cravath.com; dslifkin@cravath.com;
mpaskin@cravath.com;
wearnhardt@cravath.com

Attorneys for Defendants
Washington Mutual Asset Acceptance Corporation and Washington Mutual Capital Corporation

*Notice of Filing Paper or Other Materials: (CV09-037 MJP) - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Adam Zurofsky     azurofsky@cahill.com
- Barry Robert Ostrager     bostrager@stblaw.com, managingclerk@stblaw.com
- Bradley T. Meissner     bradley.meissner@dlapiper.com
- Brian O. O'Mara     bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com
- Christopher E Lometti     clometti@cohenmilstein.com
- Daniel B Rehns     drehns@cohenmilstein.com, efilings@cohenmilstein.com
- Darren J Robbins     e_file_sd@csgrr.com
- David Daniel Hoff     dhoff@tousley.com, efile@tousley.com
- Douglas C McDermott     doug@mcdermottnewman.com, eric@mcdermottnewman.com
- Floyd Abrams     fabrams@cahill.com
- Gavin Williams Skok     gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com
- Geoffrey M Johnson     gjohnson@scott-scott.com, efile@scott-scott.com
- Hal D Cunningham     hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com
- Hollis Lee Salzman (Terminated)     hsalzman@labaton.com, ElectronicCaseFiling@labaton.com
- James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
- Janissa Ann Strabuk     jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com
- Jason T Jasnoch     jjasnoch@scott-scott.com, efile@scott-scott.com
- Joel P Laitman     jlaitman@cohenmilstein.com
- John D Lowery     jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com
- Jonathan Gardner     jgardner@labaton.com
- Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com
- Joseph A. Fonti (Terminated)     jfonti@labaton.com, ElectronicCaseFiling@labaton.com
- Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
- Joshua S. Devore     jdevore@cohenmilstein.com, efilings@cohenmilstein.com
- Julie Goldsmith Reiser     jreiser@cohenmilstein.com

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Julie Hwang (Terminated)     jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 2 | Kenneth J Pfaehler     kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 3 | Kenneth M Rehns     krehns@cohenmilstein.com |
| 4 | Kerry F Cunningham     kerry.cunningham@dlapiper.com |
|   | Kevin P Chavous     kchavous@sonnenschein.com |
| 5 | Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, |
| 6 |     lrolling@tousley.com, wcruz@tousley.com |
| 7 | Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, |
|   |     donnellyjossm@lanepowell.com, sebringl@lanepowell.com |
| 8 | Leslie D Davis     ldavis@sonnenschein.com |
| 9 | Mary Kay Vyskocil     mvyskocil@stblaw.com |
| 10 | Michael H. Barr     mbarr@sonnenschein.com |
| 11 | Nancy A Pacharzina (Terminated)     npacharzina@tousley.com, mhottman@tousley.com |
| 12 | Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
|    | Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, |
| 13 |     mdowns@riddellwilliams.com |
| 14 | Richard A Speirs     rspeirs@cohenmilstein.com |
| 15 | Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
|    | Robert D Stewart     stewart@kiplinglawgroup.com |
| 16 | Rogelio Omar Riojas     omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, |
| 17 |     nina.marie@dlapiper.com |
| 18 | S Douglas Bunch     dbunch@cohenmilstein.com |
| 19 | Serena Rich ardson (Terminated)     srichardson@labaton.com, |
|    |     ElectronicCaseFiling@labaton.com |
| 20 | Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 21 | Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com, |
| 22 |     seadocket@dwt.com |
|    | Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com |
| 23 | Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 24 | Steven P Caplow     stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, |
| 25 |     patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com |
| 26 | Steven W Fogg     sfogg@corrcronin.com, hpowell@corrcronin.com, |
|    |     reception@corrcronin.com |
| 27 | Tammy Roy     troy@cahill.com |
| 28 | Timothy Michael Moran     moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1 | Walter W. Noss    wnoss@scott-scott.com, efile@scott-scott.com

2 | DATED this 25th day of April, 2012 at Seattle, Washington.

3 | By   s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com

*Certificate of Service - (CV09-037 MJP)*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789