1

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | Master Case No. C09-037 MJP<br><br>**CERTIFICATE OF SERVICE** |

I, Suzanne Powers, am a legal assistant for the law firm of Hillis Clark Martin & Peterson, P.S., 1221 Second Avenue, Suite 500, Seattle, WA  98101.  I hereby certify that on the 25th day of April, 2012, I caused to be served true and correct copies of the *Defendants' Motion to Seal; Declaration of Michael A. Paskin in Support of Defendants' Motion to Seal; Proposed Order Granting Defendants' Motion to Seal; Sealed Exhibit Numbers 6 and 7 to the Declaration of J. Wesley Earnhardt in Support of Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt;* and this *Certificate of Service* on the following:

  Kim D, Stephens, WSBA #11984
  Janissa A. Strabuk, WSBA #21827
  Nancy A. Pacharzina, WSBA #25946
  Tousley Brain Stephens PLLC
  1700 Seventh Avenue, Suite 2200
  Seattle, Washington 98101
  *Liaison Counsel for Plaintiffs and the Proposed Class*
  *Via Email and Legal Messenger*

*Certificate of Service - (CV09-037 MJP) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  
2     Arthur L. Shingler III (admitted pro hac vice)  
      Hal D. Cunningham (admitted pro hac vice)  
3     SCOTT+SCOTT LLP  
      707 Broadway, Suite 1000  
4     San Diego, California 9210 I  
      Email: ashingler@scott-scott.com  
5             cunningham@scott-scott.com  
6     *Via Email and Overnight Courier*

7     Joseph P. Guglielmo (admitted pro hac vice)  
      SCOTT+SCOTT LLP  
8     500 Fifth Avenue, 40th Floor  
9     New York, New York 10110  
      Email: jguglielmo@scott-scott.com  
10    *Lead Counsel for the Proposed Class*  
11    *Via Email and Overnight Courier*  
      Steven J, Toll  
12    Julie Goldsmith Reiser  
      Joshua S, Devore (admitted pro hac vice)  
13    S. Douglas Bunch (admitted pro hac vice)  
14    COHEN MILSTEIN SELLERS & TOLLPLLC  
      1100 New York Avenue, N,W,  
15    Suite 500, West Tower  
      Washington, D,C, 20005  
16    Email: stoll@cohenmilstein.com  
17            jreiser@cohenmilstein.com  
              jdevore@cohenmilstein.com  
18            mkaplan@cohemuilstein.com  
19            dbuneh@cohenmilstein.com  
      *Lead Counsel for the Proposed Class*  
20    *Via Email and Overnight Courier*

21    I declare under penalty of perjury under the laws of the State of Washington that the  
22    foregoing is true and correct.

23    DATED this 25th day of April, 2012 at Seattle, Washington.

24  
25                               _____s/ Suzanne Powers_____  
                                 Suzanne Powers  
26  
27  
28

*Certificate of Service - (CV09-037 MJP) - 2*            **HILLIS CLARK MARTIN & PETERSON P.S.**  
                                                          1221 Second Avenue,  Suite 500  
                                                          Seattle, Washington   98101-2925  
                                                          Telephone: (206) 623-1745  
                                                          Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Adam Zurofsky     azurofsky@cahill.com
- Barry Robert Ostrager     bostrager@stblaw.com, managingclerk@stblaw.com
- Bradley T. Meissner     bradley.meissner@dlapiper.com
- Brian O. O'Mara     bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com
- Christopher E Lometti     clometti@cohenmilstein.com
- Daniel B Rehns     drehns@cohenmilstein.com, efilings@cohenmilstein.com
- Darren J Robbins     e_file_sd@csgrr.com
- David Daniel Hoff     dhoff@tousley.com, efile@tousley.com
- Douglas C McDermott     doug@mcdermottnewman.com, eric@mcdermottnewman.com
- Floyd Abrams     fabrams@cahill.com
- Gavin Williams Skok     gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com
- Geoffrey M Johnson     gjohnson@scott-scott.com, efile@scott-scott.com
- Hal D Cunningham     hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com
- Hector J. Valdes - hvaldes@cravath.com
- Hollis Lee Salzman (Terminated)     hsalzman@labaton.com, ElectronicCaseFiling@labaton.com
- James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
- Janissa Ann Strabuk     jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com
- Jason T Jasnoch     jjasnoch@scott-scott.com, efile@scott-scott.com
- Joel P Laitman     jlaitman@cohenmilstein.com
- John D Lowery     jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com
- Jonathan Gardner     jgardner@labaton.com
- Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com
- Joseph A. Fonti (Terminated)     jfonti@labaton.com, ElectronicCaseFiling@labaton.com
- Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
- Joshua S. Devore     jdevore@cohenmilstein.com, efilings@cohenmilstein.com

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Julie Goldsmith Reiser     jreiser@cohenmilstein.com |
| 2 | Julie Hwang (Terminated)     jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 3 | Kenneth J Pfaehler     kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 4 | Kenneth M Rehns     krehns@cohenmilstein.com |
| | Kerry F Cunningham     kerry.cunningham@dlapiper.com |
| 5 | Kevin P Chavous     kchavous@sonnenschein.com |
| 6 | Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, |
| 7 | lrolling@tousley.com, wcruz@tousley.com |
| | Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com, |
| 8 | donnellyjossm@lanepowell.com, sebringl@lanepowell.com |
| 9 | Leslie D Davis     ldavis@sonnenschein.com |
| 10 | Mary Kay Vyskocil     mvyskocil@stblaw.com |
| 11 | Michael H. Barr     mbarr@sonnenschein.com |
| 12 | Nancy A Pacharzina (Terminated)     npacharzina@tousley.com, mhottman@tousley.com |
| 13 | Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| | Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, |
| 14 | mdowns@riddellwilliams.com |
| 15 | Richard A Speirs     rspeirs@cohenmilstein.com |
| 16 | Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 17 | Robert D Stewart     stewart@kiplinglawgroup.com |
| | Rogelio Omar Riojas     omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, |
| 18 | nina.marie@dlapiper.com |
| 19 | S Douglas Bunch     dbunch@cohenmilstein.com |
| | Serena Rich ardson (Terminated)     srichardson@labaton.com, |
| 20 | ElectronicCaseFiling@labaton.com |
| 21 | Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 22 | Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com, |
| | seadocket@dwt.com |
| 23 | Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com |
| 24 | Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 25 | Steven P Caplow     stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, |
| | patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com |
| 26 | Steven W Fogg     sfogg@corrcronin.com, hpowell@corrcronin.com, |
| 27 | reception@corrcronin.com |
| 28 | Tammy Roy     troy@cahill.com |

*Certificate of Service - (CV09-037 MJP) - 4*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1 | Timothy Michael Moran     moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com
2 | Walter W. Noss     wnoss@scott-scott.com, efile@scott-scott.com
3 |     DATED this 25th day of April, 2012 at Seattle, Washington.

        By____s/ Louis D. Peterson_____
        Louis D. Peterson, WSBA #5776
        1221 Second Avenue, Suite 500
        Seattle WA 98101-2925
        Telephone:  (206) 623-1745
        Facsimile:  (206) 623-7789
        Email:  ldp@hcmp.com

*Certificate of Service - (CV09-037 MJP) - 5*

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789