HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**CLASS ACTION**<br><br>**STIPULATION, AGREED MOTION AND [PROPOSED] ORDER APPROVING THE FORM AND METHOD FOR DISTRIBUTION OF NOTICE OF PENDENCY OF CLASS ACTION**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**April 27, 2012** |

**STIPULATION AND AGREED MOTION**

On March 11, 2011, Lead Plaintiffs Doral Bank of Puerto Rico and Policemen's Annuity and Benefit Fund of the City of Chicago and Plaintiff Boilermakers National Annuity Trust (collectively, "Plaintiffs") filed their Motion for Class Certification (ECF No. 223). In an Order dated October 21, 2011 (ECF No. 345), the Court certified the following Class of entities and persons who purchased WaMu Mortgage–Pass Through Certificates ("WaMu MBS Certificates"):

> All persons or entities who purchased or otherwise acquired the following WaMu Mortgage-Pass Through Certificates: 2006 AR-7 tranche 2A; 2006 AR-12 tranche 1A1; 2006 AR-16 tranches 2A1, LB1, LB2, LB3, 3B1, 3B2,

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 1
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

and 3B3; 2006 AR- 17 tranche 1A; 2006 AR-18 tranche 2A1; and 2007-HY1 tranches 1A1 and 3A3 ("WAMU Bonds") on or before August 1, 2008 pursuant and/or traceable to their Registration Statements and accompanying Prospectuses filed with the Securities and Exchange Commission ("Offering Documents") and who were damaged thereby.

The parties have conferred and have agreed upon the form and method of distribution of the Notice of Pendency of Class Action ("Notice"), annexed hereto as Exhibit A, and the Summary Notice of Pendency of Class Action ("Summary Notice"), annexed hereto as Exhibit B.  The parties believe that the form, substance, and requirements of the Notice and Summary Notice comply with the requirements of Fed. R. Civ. P. 23(c)(2)(B) and due process.

Plaintiffs have engaged Garden City Group, Inc. ("Garden City Group"), an experienced class action claims administrator, to publish, disseminate and administer the proposed method of notifying the Class of the pendency of this class action (the "Notice Program").

The Notice Program is as follows:

1. Within thirty (30) days of receipt of a copy of this Order, Garden City Group will mail the Notice by First Class mail to all persons or entities that have been previously identified by Plaintiffs in discovery as custodians, nominees and beneficial holders of the WaMu MBS Certificates.

2. Brokerage firms, banks, nominees, or any other persons or entities who purchased or otherwise acquired the WaMu MBS Certificates on behalf of a beneficial holder shall, within fourteen (14) days of receipt of the Notice, either provide Garden City Group with a list of the names and addresses of such beneficial holders, or directly mail the Notice by First Class mail to such beneficial holders.  If such brokerage firms, banks, or nominees provide Garden City Group with a list of beneficial holders, Garden City Group shall mail the Notice by First Class mail to all beneficial holders identified by any brokerage firm, bank, or nominee within fourteen (14) days of receipt of such information.

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 2
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1    3.   Garden City Group will provide printed Notices to all custodians or nominees who request additional copies (at no cost) for the purpose of mailing them to beneficial holders.

4.   Within thirty (30) days of the entry of this Order, Garden City Group shall cause to be published the Summary Notice, substantially in the form attached hereto as Exhibit B, in Investors' Business Daily, which will provide class members with a toll free hotline number and information on how to obtain the Notice. Within forty-five (45) days of the entry of this Order, Class Counsel shall file proof of publication of the Summary Notice with the Court.

5.   Within thirty (30) days of the entry of this Order, Class Counsel shall make the Summary Notice available on the DTC Electronic Legal Notice system.

Dated: April 27, 2012          Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By:  s/ Kim D. Stephens
By:  s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
         jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Class*

**SCOTT+SCOTT LLP**
David R. Scott (admitted *pro hac vice*)
156 South Main Street
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
Email: dscott@scott-scott.com

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 3
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

|    |    |
|----|----|
| 1  | Beth A. Kaswan (admitted *pro hac vice*) |
|    | Joseph P. Guglielmo (admitted *pro hac vice*) |
| 2  | 500 Fifth Avenue, 40th Floor |
|    | New York, New York 10110 |
| 3  | Telephone: (212) 223-6444 |
|    | Facsimile: (212) 223-6334 |
| 4  | Email: jguglielmo@scott-scott.com |
| 5  |        bkaswan@scott-scott.com |
| 6  | Geoffrey M. Johnson (admitted *pro hac vice*) |
|    | 12434 Cedar Road, Suite 12 |
| 7  | Cleveland Heights, OH 44106 |
|    | Telephone: (216) 229-6088 |
| 8  | Facsimile: (216) 229-6092 |
|    | Email: gjohnson@scott-scott.com |
| 9  |    |
| 10 | John T. Jasnoch (admitted pro hac vice) |
|    | Edward C. Signaigo (admitted pro hac vice) |
| 11 | 707 Broadway, Suite 1000 |
|    | San Diego, CA 92101 |
| 12 | Telephone: (619) 233-4565 |
|    | Email: jjasnoch@scott-scott.com |
| 13 |        esignaigo@scott-scott.com |
| 14 |    |
|    | **COHEN MILSTEIN SELLERS &** |
| 15 | **TOLL PLLC** |
|    | Steven J. Toll |
| 16 | Julie Goldsmith Reiser |
|    | Joshua S. Devore (admitted pro hac vice) |
| 17 | S. Douglas Bunch (admitted pro hac vice) |
| 18 | 1100 New York Avenue, NW |
|    | Suite 500 West |
| 19 | Washington, D.C. 20005 |
|    | Telephone: (202) 408-4600 |
| 20 | Facsimile: (202) 408-4699 |
|    | Email:  stoll@cohenmilstein.com |
| 21 |        jreiser@cohenmilstein.com |
| 22 |        jdevore@cohenmilstein.com |
|    |        dbunch@cohenmilstein.com |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 4
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

|   |   |
|---|---|
| 1 | Joel P. Laitman (admitted pro hac vice) |
| 2 | Christopher Lometti (admitted pro hac vice) |
|   | Daniel B. Rehns (admitted pro hac vice) |
| 3 | 88 Pine Street |
|   | 14th Floor |
| 4 | New York, NY 10005 |
|   | Telephone: (212) 838-7797 |
| 5 | Facsimile: (212) 838-7745 |
| 6 | Email: jlaitman@cohenmilstein.com |
|   |        clometti@cohenmilstein.com |
| 7 |        drehns@cohenmilstein.com |
| 8 | *Lead Counsel for the Class* |
| 9 |   |
|   | **BINGHAM MCCUTCHEN LLP** |
| 10 | By: s/ John D. Pernick |
|   | David M. Balabanian (admitted pro hac vice) |
| 11 | John D. Pernick (admitted pro hac vice) |
|   | Frank Busch (admitted pro hac vice) |
| 12 | Three Embarcadero Center |
| 13 | San Francisco, CA  94111-4067 |
|   | Telephone: (415) 393-2000 |
| 14 | Facsimile: (415) 393-2286 |
|   | Email: david.balabanian@bingham.com |
| 15 |        john.pernick@bingham.com |
|   |        frank.busch@bingham.com |
| 16 |   |
| 17 | **HILLIS CLARK MARTIN & PETERSON, P.S.** |
| 18 | By: s/ Brian C. Free |
|   | Louis D. Peterson, WSBA #5776 |
| 19 | Brian C. Free, WSBA #35788 |
|   | 1221 Second Avenue, Suite 500 |
| 20 | Seattle WA 98101-2925 |
| 21 | Telephone:  (206) 623-1745 |
|   | Facsimile:  (206) 623-7789 |
| 22 | Email: ldp@hcmp.com |
|   |        bcf@hcmp.com |
| 23 |   |
| 24 | *Attorneys for Defendants WaMu Asset Acceptance Corp., WaMu Capital Corp.,* |
| 25 | *David Beck, Richard Careaga, Rolland Jurgens, and Diane* |
| 26 | *Novak* |
| 27 |   |

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 5
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

T<small>OUSLEY</small> B<small>RAIN</small> S<small>TEPHENS</small> PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | **CRAVATH, SWAINE & MOORE LLP** |
| | By: /s Wes Earnhardt |
| 2 | Daniel Slifkin (admitted *pro hac vice*) |
| | Michael A. Paskin (admitted *pro hac vice*) |
| 3 | Wes Earnhardt (admitted *pro hac vice*) |
| | Cravath, Swaine & Moore LLP |
| 4 | Worldwide Plaza |
| | 825 8th Avenue |
| 5 | New York, NY 10019 |
| | Tel: (212) 474-1000 Fax: (212) 474-3700 |
| 6 | Email: echesler@cravath.com; |
| 7 | trafferty@cravath.com; dslifkin@cravath.com; |
| | mpaskin@cravath.com; |
| 8 | wearnhardt@cravath.com |
| 9 | |
| 10 | *Attorneys for Defendants WaMu Asset Acceptance Corp. and* |
| | *WaMu Capital Corp.* |

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 6
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

**ORDER**

1. The Court finds, pursuant to Fed. R. Civ. P. 23(c)(2)(B), that the proposed Notice Program constitutes the best notice practicable under the circumstances and comports with due process, and hereby approves the Notice Program and forms of Notice and Summary Notice, annexed as Exhibits A and B hereto.

2. Class members shall be bound by all orders, determinations and judgments in this action, whether favorable or unfavorable unless such persons demand exclusion from the Class in a timely manner and in accordance with the requirements set forth in the Notice. Class members who seek to be excluded from the Class shall have 60 days from the date of the Notice to postmark a request for exclusion as set forth in the attached Notice.

3. Class members who demand exclusion from the Class shall not be bound by any orders, determinations and judgments in this action, whether favorable or unfavorable.

**IT IS SO ORDERED.**

Dated:_____          _____
                                        MARSHA J. PECHMAN
                                        UNITED STATES DISTRICT JUDGE

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 7
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Adam Zurofsky     azurofsky@cahill.com

Anne L. Box     abox@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager     bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner     bmeissner@fenwick.com

Brian C Free     bcf@hcmp.com, gcp@hcmp.com

Brian O O'Mara     bomara@rgrdlaw.com, e_file_sd@rgrdlaw.com, johnkg@rgrdlaw.com

Bruce Earl Larson     blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti     clometti@cohenmilstein.com

Corey E Delaney     corey.delaney@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

Daniel Slifkin     dslifkin@cravath.com

Daniel B Rehns     drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins     e_file_sd@csgrr.com

David Daniel Hoff     dhoff@tousley.com, efile@tousley.com

David M Balabanian     david.balabanian@bingham.com

Dennis H Walters     dwalters@karrtuttle.com, wbarker@karrtuttle.com

Douglas C McDermott     doug@mcdermottnewman.com, eric@mcdermottnewman.com

Evan R. Chesler     echesler@cravath.com

Floyd Abrams     fabrams@cahill.com

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 8
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Frank Busch      frank.busch@bingham.com, frank.downing@bingham.com |
| 2 | |
| 3 | Gavin Williams Skok      gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com |
| 4 | Geoffrey M Johnson      gjohnson@scott-scott.com, efile@scott-scott.com |
| 5 | J. Wesley Earnhardt      wearnhardt@cravath.com |
| 6 | James J. Coster      jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 7 | |
| 8 | Janissa Ann Strabuk      jstrabuk@tousley.com, lrolling@tousley.com, mhottman@tousley.com, wcruz@tousley.com |
| 9 | Jee Young You      jeeyoung.you@bingham.com |
| 10 | Joel P Laitman      jlaitman@cohenmilstein.com |
| 11 | |
| 12 | John D Lowery      jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 13 | John D Pernick      john.pernick@bingham.com |
| 14 | Jonathan Gardner      jgardner@labaton.com |
| 15 | Joseph P Guglielmo      jguglielmo@scott-scott.com, efile@scott-scott.com |
| 16 | Joshua M. Rubins      jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 17 | Joshua S. Devore      jdevore@cohenmilstein.com, efilings@cohenmilstein.com |
| 18 | |
| 19 | Julie Goldsmith Reiser      jreiser@cohenmilstein.com |
| 20 | Kenneth J Pfaehler      kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 21 | Kenneth M Rehns      krehns@cohenmilstein.com |
| 22 | Kevin P Chavous      kchavous@sonnenschein.com |
| 23 | Kim D Stephens      kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com |
| 24 | |
| 25 | Larry Steven Gangnes      gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, gracen@lanepowell.com |
| 26 | |
| 27 | Leslie D Davis      ldavis@sonnenschein.com |

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 9
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Louis David Peterson     ldp@hcmp.com, smp@hcmp.com |
| 2 | Mary Kay Vyskocil     mvyskocil@stblaw.com |
| 3 | |
| 4 | Matthew B. Kaplan     mkaplan@cohenmilstein.com, efilings@cohenmilstein.com |
| 5 | Michael A. Paskin     mpaskin@cravath.com |
| 6 | Michael H. Barr     mbarr@sonnenschein.com |
| 7 | Mike Liles , Jr     mliles@karrtuttle.com |
| 8 | Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 9 | Paul Joseph Kundtz     pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, |
| 10 | mdowns@riddellwilliams.com |
| 11 | Richard A Speirs     rspeirs@cohenmilstein.com |
| 12 | Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 13 | Robert D Stewart     stewart@kiplinglawgroup.com |
| 14 | Rogelio Omar Riojas     omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, |
| 15 | nina.marie@dlapiper.com |
| 16 | S Douglas Bunch     dbunch@cohenmilstein.com |
| 17 | Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 18 | Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com, |
| 19 | seadocket@dwt.com |
| 20 | Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com |
| 21 | Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 22 | Steven P Caplow     stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, |
| 23 | patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com |
| 24 | Steven W Fogg     sfogg@corrcronin.com, hpowell@corrcronin.com, |
| 25 | reception@corrcronin.com |
| 26 | Susan L Hoffman     susan.hoffman@bingham.com |
| 27 | |

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 10
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  Tammy Roy     troy@cahill.com

2  Theo J. Robins      theo.robins@bingham.com

3  Thomas G. Rafferty     trafferty@cravath.com

4  Timothy Michael Moran      moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

5  Walter Eugene Barton      gbarton@karrtuttle.com, danderson@karrtuttle.com,
6  nrandall@karrtuttle.com

7  Walter W. Noss     wnoss@scott-scott.com, efile@scott-scott.com

8  **2:09-cv-00037-MJP Notice will not be electronically mailed to:**

9  WaMu Officer Defendants Securities MDL

10 Dated April 27, 2012.

```
                                        By:  s/ Kim D. Stephens
                                        By:  s/ Janissa A. Strabuk
                                        Kim D. Stephens, WSBA #11984
                                        Janissa A. Strabuk, WSBA #21827
                                        1700 Seventh Avenue, Suite 2200
                                        Seattle, Washington 98101
                                        Telephone: (206) 682-5600
                                        Facsimile: (206) 682-2992
                                        Email: kstephens@tousley.com
                                               jstrabuk@tousley.com

                                        Liaison Counsel for Plaintiffs and the Class
```

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
APPROVING THE FORM AND METHOD FOR DISTRIBUTION
OF NOTICE OF PENDENCY OF CLASS ACTION - 11
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992