<u>LEGAL NOTICE</u>

ATTENTION PURCHASERS OF WASHINGTON MUTUAL MORTGAGE-BACKED SECURITIES

<u>SUMMARY NOTICE OF PENDENCY OF CLASS ACTION</u>

TO: All persons or entities who purchased or otherwise acquired the following WaMu Mortgage-Pass Through Certificates: 2006 AR-7 tranche 2A; 2006 AR-12 tranche 1A1; 2006 AR-16 tranches 2A1, LB1, LB2, LB3, 3B1, 3B2, and 3B3; 2006 AR-17 tranche 1A; 2006 AR-18 tranche 2A1; and 2007-HY1 tranches 1A1 and 3A3 ("WAMU Certificates") on or before August 1, 2008 pursuant and/or traceable to their Registration Statements and accompanying Prospectuses filed with the Securities and Exchange Commission ("Offering Documents") and who were damaged thereby.

The Class contains *only* the following securities identified by their CUSIP numbers:

| Offering | Class | CUSIP |
|---|---|---|
| WAMU 2006-AR7 | 2A | 93363CAB5 |
| WAMU 2006-AR12 | 1A1 | 93363NAA3 |
| WAMU 2006-AR16 | 3B1 | 92925GAP8 |
| | 3B2 | 92925GAQ6 |
| | 3B3 | 92925GAR4 |
| | LB1 | 92925GAL7 |
| | LB2 | 92925GAM5 |
| | LB3 | 92925GAN3 |
| | 2A1 | 92925GAC7 |
| WAMU 2006-AR17 | 1A | 92925DAA8 |
| WAMY 2006-AR18 | 2A1 | 933637AC4 |
| WAMY 2007-HY1 | 1A1 | 92925VAA8 |
| | 3A3 | 92925VAK6 |

**YOU ARE HEREBY NOTIFIED THAT A CLASS HAS BEEN CERTIFIED IN PENDING LITIGATION THAT MAY AFFECT YOUR RIGHTS.**

If you are a member of the class described above, your rights may be affected by the lawsuit referred to as In re Washington Mutual Mortgage-Backed Securities Litigation, Civ. No. 09-0037-MJP, which is now pending before the United States District Court for the Western District of Washington, Seattle Division (the "Court"), brought by Plaintiffs and Class Representatives Doral Bank of Puerto Rico ("Doral"), Policemen's Annuity and Benefit Fund of the City of Chicago ("PABF"), and Boilermakers National Annuity Trust ("Boilermakers") against Defendants WaMu Asset Acceptance Corp. ("WMAAC"), WaMu Capital Corp., David Beck, Diane Novak, Rolland Jurgens and Richard Careaga (collectively, "Defendants").

The Court determined that the Action may proceed as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure. You may be a member of the Class. Excluded from the Class are Defendants in the lawsuit, their officers and directors at all relevant times, members of their immediate families, and their legal representatives, heirs, successors or assigns and any entity in which any Defendant has or had a majority interest.

This Notice is not an expression of any opinion by the Court with respect to the merits of the claims or the defenses asserted in the Action. This Notice is merely to advise you of the pendency of this Action and of your rights therein.

1336692.1 1

If you have not yet received the "Notice of Pendency of Class Action" which describes the Class Action and your related rights in detail, you may obtain a copy by contacting:

WAMU MBS LITIGATION<br>
c/o The Garden City Group, Inc.<br>
PO Box 9875<br>
Dublin, OH 43017-5775<br>
Telephone: 1-800-757-9279<br>
info@WAMUMBSLitigation.com

If you fall within the definition of the Class set forth above, you are a member of the Class.

**IF YOU WISH TO REMAIN A MEMBER OF THE CLASS, YOU DO NOT NEED TO DO ANYTHING AT THIS TIME.**

If you wish to be excluded from the Class, you must send a direction to be excluded to WAMU MBS LITIGATION c/o The Garden City Group, Inc., PO Box 9875, Dublin, OH 43017-5775, postmarked no later than **[60 days from the date of the Notice], 2012**.  There are specific requirements for being excluded that are set forth in the detailed Notice of Pendency of Class Action.  In addition, inquiries regarding this litigation may be addressed to:

| Class Counsel: | Notice Administrator: |
|---|---|
| **COHEN MILSTEIN SELLERS & TOLL PLLC**<br>Steven J. Toll<br>Joshua S. Devore<br>1100 New York Avenue, NW<br>Suite 500 West<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Email:   stoll@cohenmilstein.com<br>             jdevore@cohenmilstein.com<br><br>Christopher Lometti<br>Daniel Rehns<br>88 Pine Street, 14th Floor<br>New York, N.Y. 10005<br>Telephone: (212) 838-7797<br>Email:   clometti@cohenmilstein.com<br>             drehns@cohenmilstein.com<br><br>**SCOTT+SCOTT LLP**<br>Anne L. Box<br>Hal D. Cunningham<br>707 Broadway, Suite 1000<br>San Diego, California 92101<br>Telephone: (619) 233-4565<br>Email:   abox@scott-scott.com<br>             hcunningham@scott-scott.com<br><br>Beth Kaswan<br>500 Fifth Avenue, 40th Floor | **WAMU MBS LITIGATION**<br>c/o The Garden City Group, Inc.<br>PO Box 9875<br>Dublin, OH 43017-5775<br>Telephone: 1-800-757-9279<br>info@WAMUMBSLitigation.com |

1336692.1 1

| | |
|---|---|
| New York, New York 10110<br>Telephone: (212) 223-6444<br>Email: bkaswan@scott-scott.com | |

**PLEASE DO NOT CALL THE COURT OR THE DISTRICT CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: This _____ day of _____, 2012.    UNITED STATES DISTRICT COURT
                                           WESTERN DISCTICT OF WASHINGTON

1336692.1 1