HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**CLASS ACTION**<br><br>**STIPULATION, AGREED MOTION AND ORDER APPROVING THE FORM AND METHOD FOR DISTRIBUTION OF NOTICE OF PENDENCY OF CLASS ACTION**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**April 27, 2012** |

**STIPULATION AND AGREED MOTION**

On March 11, 2011, Lead Plaintiffs Doral Bank of Puerto Rico and Policemen's Annuity and Benefit Fund of the City of Chicago and Plaintiff Boilermakers National Annuity Trust (collectively, "Plaintiffs") filed their Motion for Class Certification (ECF No. 223). In an Order dated October 21, 2011 (ECF No. 345), the Court certified the following Class of entities and persons who purchased WaMu Mortgage–Pass Through Certificates ("WaMu MBS Certificates"):

> All persons or entities who purchased or otherwise acquired the following WaMu Mortgage-Pass Through Certificates: 2006 AR-7 tranche 2A; 2006 AR-12 tranche 1A1; 2006 AR-16 tranches 2A1, LB1, LB2, LB3, 3B1, 3B2, and 3B3; 2006 AR- 17 tranche 1A; 2006 AR-18 tranche 2A1; and 2007-HY1

STIPULATION, AGREED MOTION AND ORDER APPROVING
THE FORM AND METHOD FOR DISTRIBUTION OF NOTICE
OF PENDENCY OF CLASS ACTION - 1
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

tranches 1A1 and 3A3 ("WAMU Bonds") on or before August 1, 2008 pursuant and/or traceable to their Registration Statements and accompanying Prospectuses filed with the Securities and Exchange Commission ("Offering Documents") and who were damaged thereby.

The parties have conferred and have agreed upon the form and method of distribution of the Notice of Pendency of Class Action ("Notice"), annexed hereto as Exhibit A, and the Summary Notice of Pendency of Class Action ("Summary Notice"), annexed hereto as Exhibit B. The parties believe that the form, substance, and requirements of the Notice and Summary Notice comply with the requirements of Fed. R. Civ. P. 23(c)(2)(B) and due process.

Plaintiffs have engaged Garden City Group, Inc. ("Garden City Group"), an experienced class action claims administrator, to publish, disseminate and administer the proposed method of notifying the Class of the pendency of this class action (the "Notice Program").

The Notice Program is as follows:

1. Within thirty (30) days of receipt of a copy of this Order, Garden City Group will mail the Notice by First Class mail to all persons or entities that have been previously identified by Plaintiffs in discovery as custodians, nominees and beneficial holders of the WaMu MBS Certificates.

2. Brokerage firms, banks, nominees, or any other persons or entities who purchased or otherwise acquired the WaMu MBS Certificates on behalf of a beneficial holder shall, within fourteen (14) days of receipt of the Notice, either provide Garden City Group with a list of the names and addresses of such beneficial holders, or directly mail the Notice by First Class mail to such beneficial holders. If such brokerage firms, banks, or nominees provide Garden City Group with a list of beneficial holders, Garden City Group shall mail the Notice by First Class mail to all beneficial holders identified by any brokerage firm, bank, or nominee within fourteen (14) days of receipt of such information.

STIPULATION, AGREED MOTION AND ORDER APPROVING
THE FORM AND METHOD FOR DISTRIBUTION OF NOTICE
OF PENDENCY OF CLASS ACTION - 2
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

3. Garden City Group will provide printed Notices to all custodians or nominees who request additional copies (at no cost) for the purpose of mailing them to beneficial holders.

4. Within thirty (30) days of the entry of this Order, Garden City Group shall cause to be published the Summary Notice, substantially in the form attached hereto as Exhibit B, in Investors' Business Daily, which will provide class members with a toll free hotline number and information on how to obtain the Notice. Within forty-five (45) days of the entry of this Order, Class Counsel shall file proof of publication of the Summary Notice with the Court.

5. Within thirty (30) days of the entry of this Order, Class Counsel shall make the Summary Notice available on the DTC Electronic Legal Notice system.

Dated:  April 30, 2012                Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By:  s/ Kim D. Stephens
By:  s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
          jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Class*

**SCOTT+SCOTT LLP**
David R. Scott (admitted *pro hac vice*)
156 South Main Street
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
Email: dscott@scott-scott.com

STIPULATION, AGREED MOTION AND ORDER APPROVING
THE FORM AND METHOD FOR DISTRIBUTION OF NOTICE
OF PENDENCY OF CLASS ACTION - 3
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

|   |   |
|---|---|
| 1 | Beth A. Kaswan (admitted *pro hac vice*) |
|   | Joseph P. Guglielmo (admitted *pro hac vice*) |
| 2 | 500 Fifth Avenue, 40th Floor |
|   | New York, New York 10110 |
| 3 | Telephone: (212) 223-6444 |
|   | Facsimile: (212) 223-6334 |
| 4 | Email: jguglielmo@scott-scott.com |
| 5 | bkaswan@scott-scott.com |

Geoffrey M. Johnson (admitted *pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092
Email: gjohnson@scott-scott.com

John T. Jasnoch (admitted pro hac vice)
Edward C. Signaigo (admitted pro hac vice)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Email: jjasnoch@scott-scott.com
        esignaigo@scott-scott.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore (admitted pro hac vice)
S. Douglas Bunch (admitted pro hac vice)
1100 New York Avenue, NW
Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
        jreiser@cohenmilstein.com
        jdevore@cohenmilstein.com
        dbunch@cohenmilstein.com

---

STIPULATION, AGREED MOTION AND ORDER APPROVING
THE FORM AND METHOD FOR DISTRIBUTION OF NOTICE
OF PENDENCY OF CLASS ACTION - 4
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

|   |   |
|---|---|
| 1 | Joel P. Laitman (admitted pro hac vice) |
| 2 | Christopher Lometti (admitted pro hac vice) |
|   | Daniel B. Rehns (admitted pro hac vice) |
| 3 | 88 Pine Street |
|   | 14th Floor |
| 4 | New York, NY 10005 |
|   | Telephone: (212) 838-7797 |
| 5 | Facsimile: (212) 838-7745 |
| 6 | Email: jlaitman@cohenmilstein.com |
|   |    clometti@cohenmilstein.com |
| 7 |    drehns@cohenmilstein.com |
| 8 | *Lead Counsel for the Class* |
| 9 |   |
|   | **BINGHAM MCCUTCHEN LLP** |
| 10 | By: <u>s/ John D. Pernick</u> |
|   | David M. Balabanian (admitted pro hac vice) |
| 11 | John D. Pernick (admitted pro hac vice) |
|   | Frank Busch (admitted pro hac vice) |
| 12 | Three Embarcadero Center |
| 13 | San Francisco, CA 94111-4067 |
|   | Telephone: (415) 393-2000 |
| 14 | Facsimile: (415) 393-2286 |
|   | Email: david.balabanian@bingham.com |
| 15 |    john.pernick@bingham.com |
|   |    frank.busch@bingham.com |
| 16 |   |
| 17 | **HILLIS CLARK MARTIN & PETERSON, P.S.** |
| 18 | By: <u>s/ Brian C. Free</u> |
|   | Louis D. Peterson, WSBA #5776 |
| 19 | Brian C. Free, WSBA #35788 |
|   | 1221 Second Avenue, Suite 500 |
| 20 | Seattle WA 98101-2925 |
| 21 | Telephone: (206) 623-1745 |
|   | Facsimile: (206) 623-7789 |
| 22 | Email: ldp@hcmp.com |
|   |    bcf@hcmp.com |
| 23 |   |
| 24 | *Attorneys for Defendants WaMu Asset Acceptance Corp., WaMu Capital Corp.,* |
| 25 | *David Beck, Richard Careaga, Rolland Jurgens, and Diane* |
| 26 | *Novak* |
| 27 |   |

STIPULATION, AGREED MOTION AND ORDER APPROVING
THE FORM AND METHOD FOR DISTRIBUTION OF NOTICE
OF PENDENCY OF CLASS ACTION - 5
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

T<small>OUSLEY</small> B<small>RAIN</small> S<small>TEPHENS</small> PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

|   |   |
|---|---|
| 1 | **CRAVATH, SWAINE & MOORE LLP** |
|   | By:  s/ Wes Earnhardt |
| 2 | Daniel Slifkin (admitted *pro hac vice*) |
|   | Michael A. Paskin (admitted *pro hac vice*) |
| 3 | Wes Earnhardt (admitted *pro hac vice*) |
|   | Cravath, Swaine & Moore LLP |
| 4 | Worldwide Plaza |
|   | 825 8th Avenue |
| 5 | New York, NY 10019 |
|   | Tel: (212) 474-1000 Fax: (212) 474-3700 |
| 6 | Email: echesler@cravath.com; |
| 7 | trafferty@cravath.com; dslifkin@cravath.com; |
|   | mpaskin@cravath.com; |
| 8 | wearnhardt@cravath.com |

*Attorneys for Defendants WaMu Asset Acceptance Corp. and WaMu Capital Corp.*

STIPULATION, AGREED MOTION AND ORDER APPROVING
THE FORM AND METHOD FOR DISTRIBUTION OF NOTICE
OF PENDENCY OF CLASS ACTION - 6
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

**ORDER**

1. The Court finds, pursuant to Fed. R. Civ. P. 23(c)(2)(B), that the proposed Notice Program constitutes the best notice practicable under the circumstances and comports with due process, and hereby approves the Notice Program and forms of Notice and Summary Notice, annexed as Exhibits A and B hereto.

2. Class members shall be bound by all orders, determinations and judgments in this action, whether favorable or unfavorable unless such persons demand exclusion from the Class in a timely manner and in accordance with the requirements set forth in the Notice. Class members who seek to be excluded from the Class shall have 60 days from the date of the Notice to postmark a request for exclusion as set forth in the attached Notice.

3. Class members who demand exclusion from the Class shall not be bound by any orders, determinations and judgments in this action, whether favorable or unfavorable.

**IT IS SO ORDERED.**

Dated: April 30, 2012.

*[signature]*

Marsha J. Pechman
United States District Judge

STIPULATION, AGREED MOTION AND ORDER APPROVING
THE FORM AND METHOD FOR DISTRIBUTION OF NOTICE
OF PENDENCY OF CLASS ACTION - 7
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION, AGREED MOTION AND ORDER APPROVING
THE FORM AND METHOD FOR DISTRIBUTION OF NOTICE
OF PENDENCY OF CLASS ACTION - 8
(NO. 2:09-CV-0037-MJP)
4898/001/255106.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992