HONORABLE MARSHA J. PECHMAN

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF WASHINGTON
9                              AT SEATTLE

10

11  IN RE WASHINGTON MUTUAL              Master Case No. C09-00037 (MJP)
    MORTGAGE BACKED SECURITIES
12  LITIGATION                           [Consolidated with: Case Nos. CV09-
                                         0134 MJP, CV09-0137 MJP, and CV09-
13  This Document Relates to: ALL CASES  01557 MJP]

14                                       **STIPULATION, AGREED MOTION
                                         AND [PROPOSED] ORDER
15                                       MODIFYING BRIEFING SCHEDULE
                                         ON: (1) PLAINTIFFS' OPPOSITION
16                                       TO DEFENDANTS' MOTION TO
                                         EXCLUDE THE PROFFERED
17                                       EXPERT TESTIMONY OF
                                         CHARLES D. COWAN AND IRA
18                                       HOLT AND (2) DEFENDANTS'
                                         REPLY TO PLAINTIFFS'
19                                       OPPOSITION TO DEFENDANTS'
                                         MOTION TO EXCLUDE THE
20                                       PROFFERED EXPERT TESTIMONY
                                         OF CHARLES D. COWAN AND IRA
21                                       HOLT
22
                                         NOTED ON MOTION CALENDAR:
23                                       May 1, 2012**
24

25

26

27

1

## I.   STIPULATION AND AGREED MOTION

Pursuant to Local Rule 7(d)(3), the current deadline for Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt ("Plaintiffs' Opposition") is May 7, 2011; and the deadline for Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt ("Defendants' Reply") is May 11, 2012.

Pursuant to Local Rules 7(d)(1) and 10(g), the Parties jointly request to extend the briefing schedule on Plaintiffs' Opposition and Defendants' Reply as follows:

1.   Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt shall be due on May 25, 2012; and

2.   Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt shall be due on June 8, 2012.

The Parties agree that this request for an extension of the deadlines is justified in light of the fact that Parties are currently devoting substantial time and effort to briefing with respect to Defendants' Motion for Summary Judgment and preparing for expert depositions.

Importantly, should the Court grant the Parties' motion, no other deadlines will be affected.

For these reasons, the Parties respectfully request that the Court enter an order extending the briefing deadlines for Plaintiffs' Opposition and Defendants' Reply.

Dated:  May 1, 2012                    Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By:  *s/ Kim D. Stephens*
By:  *s/ Janissa A. Strabuk*
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
MODIFYING BRIEFING SCHEDULE - 2
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

1    Seattle, WA 98101
     Telephone: (206) 682-5600
2    Facsimile: (206) 682-2992
     Email: kstephens@tousley.com
3             jstrabuk@tousley.com

4    *Liaison Counsel for Plaintiffs and the Class*

5    **SCOTT+SCOTT LLP**
6    Anne L. Box (admitted *pro hac vice*)
     John T. Jasnoch (admitted *pro hac vice*)
7    707 Broadway, Suite 1000
     San Diego, California 92101
8    Tel: (619) 233-4565
     Fax: (619) 233-0508
9    Email: abox@scott-scott.com
10            jjasnoch@scott-scott.com

11   Beth A. Kaswan (admitted *pro hac vice*)
     Joseph P. Guglielmo (admitted *pro hac vice*)
12   500 Fifth Avenue, 40th Floor
     New York, New York 10110
13   Tel: (212) 223-6444
     Fax: (212) 223-6334
14   Email: bkaswan@scott-scott.com
15            jguglielmo@scott-scott.com

16   Dated:  May 1, 2012          **COHEN MILSTEIN SELLERS &**
                                  **TOLL PLLC**
17                                Steven J. Toll
18                                Joshua S. Devore (admitted *pro hac vice*)
                                  S. Douglas Bunch (admitted *pro hac vice*)
19                                1100 New York Avenue, N.W.
                                  Suite 500, West Tower
20                                Washington, DC 20005
21                                Tel: (202) 408-4600
                                  Fax: (202) 408-4699
22                                Email: stoll@cohenmilstein.com
                                         jdevore@cohenmilstein.com
23                                       dbunch@cohenmilstein.com

24                                Christopher Lometti (admitted *pro hac vice*)
25                                Daniel B. Rehns (admitted *pro hac vice*)
                                  150 East 52nd Street, Thirtieth Floor
26                                New York, New York 10022
                                  Tel: (212) 838-7797
27                                Fax: (212) 838-7745

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
MODIFYING BRIEFING SCHEDULE - 3
(NO. 2:09-CV-0037-MJP)

1
        Email: clometti@cohenmilstain.com
                drehns@cohenmilstein.com

2
        *Lead Counsel for the Class*

3
Dated:  May 1, 2012        **HILLIS CLARK MARTIN & PETERSON,**

4
        **P.S.**

5
        By:  *s/ Louis D. Peterson*

6
        Louis D. Peterson, WSBA #5776
        1221 Second Avenue, Suite 500

7
        Seattle, WA 98101-2925
        Tel: (206) 623-1745

8
        Fax: (206) 623-7789

9
        Email: ldp@hcmp.com

10
Dated:  May 1, 2012        **BINGHAM MCCUTCHEN LLP**

11
        By:  *s/ John D. Pernick*

12
        John D. Pernick (admitted *pro hac vice*)
        Jee Young You (admitted *pro hac vice*)

13
        Three Embarcadero Center
        San Francisco, CA 94111-4067

14
        Tel: (415) 393-2000
        Fax: (415) 393-2286

15
        Email: john.pernick@bingham.com
                Jeeyoung.you@bingham.com

16

17
        Theo J. Robins (admitted *pro hac vice*)
        399 Park Avenue

18
        New York, NY 10022-4689
        Tel: (212) 705-7000

19
        Fax: (212) 702-3680
        Email: theo.robins@bingham.com

20

21
        *Attorneys for Defendants*
        *Washington Mutual Asset Acceptance*

22
        *Corporation, Washington Mutual Capital*
        *Corporation, David Beck, Richard Careaga,*

23
        *Rolland Jurgens, and Diane Novak*

24

25

26

27

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
MODIFYING BRIEFING SCHEDULE - 4
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

Dated:  May 1, 2012

**CRAVATH SWAINE & MOORE, LLP**

By:  *s/ Michael A. Paskin*
Michael A. Paskin (admitted *pro hac vice*)
Wes Earnhardt (admitted *pro hac vice*)
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
Email: mpaskin@cravath.com
           wearnhardt@cravath.com

*Attorneys for Defendants*
*Washington Mutual Asset Acceptance*
*Corporation and Washington Mutual Capital*
*Corporation*

1

## II.  [PROPOSED] ORDER

2
    Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert

3
Testimony of Charles D. Cowan and Ira Holt shall be due on May 25, 2012, and Defendants'

4
Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert

5
Testimony of Charles D. Cowan and Ira Holt shall be due on June 8, 2012.  The motion will

6
now be noted for consideration June 8, 2012.

7

8
**IT IS SO ORDERED**.

9

10
Dated: _____

11
                                        The Honorable Marsha J. Pechman
                                        United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2012, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send electronic notification of such

filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Adam Zurofsky      azurofsky@cahill.com

Anne L. Box      abox@scott-scott.com, edewan@scott-scott.com, efile@scott-scott.com

Barry Robert Ostrager      bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner      bmeissner@fenwick.com

Brian C Free      bcf@hcmp.com, bkp@hcmp.com

Brian O O'Mara      bomara@rgrdlaw.com, e_file_sd@rgrdlaw.com, johnkg@rgrdlaw.com

Bruce Earl Larson      blarson@karrtuttle.com, psteinfeld@karrtuttle.com

Christopher E Lometti      clometti@cohenmilstein.com

Daniel Slifkin      dslifkin@cravath.com

Daniel B Rehns      drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins      e_file_sd@csgrr.com

David Daniel Hoff      dhoff@tousley.com, efile@tousley.com

David M Balabanian      david.balabanian@bingham.com

Dennis H Walters      dwalters@karrtuttle.com, wbarker@karrtuttle.com

Douglas C McDermott      doug@mcdermottnewman.com, eric@mcdermottnewman.com

Edward C. Signaigo      esignaigo@scott-scott.com, efile@scott-scott.com

Evan R. Chesler      echesler@cravath.com

Floyd Abrams      fabrams@cahill.com

Frank Busch      frank.busch@bingham.com, andrew.obach@bingham.com

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
MODIFYING BRIEFING SCHEDULE - 7
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Gavin Williams Skok     gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M Johnson     gjohnson@scott-scott.com, efile@scott-scott.com

Hector J Valdes     hvaldes@cravath.com

J. Wesley Earnhardt     wearnhardt@cravath.com

James J. Coster     jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Janissa Ann Strabuk     jstrabuk@tousley.com, lrolling@tousley.com, mhottman@tousley.com, wcruz@tousley.com

Jee Young You     jeeyoung.you@bingham.com

Jesse M. Weiss     jweiss@cravath.com

Joel P Laitman     jlaitman@cohenmilstein.com

John D Lowery     jlowery@riddellwilliams.com

John D Pernick     john.pernick@bingham.com

John T Jasnoch     jjasnoch@scott-scott.com, efile@scott-scott.com

Jonathan Gardner     jgardner@labaton.com

Joseph P Guglielmo     jguglielmo@scott-scott.com, efile@scott-scott.com

Joshua M. Rubins     jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

Joshua S. Devore     jdevore@cohenmilstein.com, efilings@cohenmilstein.com

Julie Goldsmith Reiser     jreiser@cohenmilstein.com

Kenneth J Pfaehler     kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

Kenneth M Rehns     krehns@cohenmilstein.com, efilings@cohenmilstein.com

Kevin P Chavous     kchavous@sonnenschein.com

Kim D Stephens     kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Larry Steven Gangnes     gangnesl@lanepowell.com, docketing-sea@lanepowell.com,

1  donnellyjossm@lanepowell.com, gracen@lanepowell.com

2  Leslie D Davis     ldavis@sonnenschein.com

3  Louis David Peterson     ldp@hcmp.com, smp@hcmp.com

4  Mary Kay Vyskocil     mvyskocil@stblaw.com

5  Michael A. Paskin     mpaskin@cravath.com

6  Michael H. Barr     mbarr@sonnenschein.com

7
8  Mike Liles , Jr     mliles@karrtuttle.com

9  Paul Scarlato     pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

10  Paul Joseph Kundtz     pkundtz@riddellwilliams.com, jsherred@riddellwilliams.com,
    lmoore@riddellwilliams.com
11
12  Paul W Moomaw     pmoomaw@tousley.com, lrolling@tousley.com, wcruz@tousley.com

13  Richard A Speirs     rspeirs@cohenmilstein.com

14  Richard F Hans     richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

15  Robert D Stewart     stewart@kiplinglawgroup.com

16  Rogelio Omar Riojas     omar.riojas@dlapiper.com, karen.hansen@dlapiper.com

17  S Douglas Bunch     dbunch@cohenmilstein.com

18
19  Stellman Keehnel     stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

20  Stephen M. Rummage     steverummage@dwt.com, jeannecadley@dwt.com,
    seadocket@dwt.com
21
22  Steve W. Berman     steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

23  Steven J Toll     stoll@cohenmilstein.com, efilings@cohenmilstein.com

24  Steven P Caplow     stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,
    patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com
25
26  Steven W Fogg     sfogg@corrcronin.com, hpowell@corrcronin.com,
    reception@corrcronin.com
27
    Susan L Hoffman     susan.hoffman@bingham.com

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
MODIFYING BRIEFING SCHEDULE - 9
(NO. 2:09-CV-0037-MJP)

1   Tammy Roy       troy@cahill.com

2   Theo J. Robins      theo.robins@bingham.com

3   Thomas G. Rafferty       trafferty@cravath.com

4

5   Timothy Michael Moran       moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

6   Walter Eugene Barton       gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

7

8   Walter W. Noss       wnoss@scott-scott.com, efile@scott-scott.com

9   **2:09-cv-00037-MJP Notice will not be electronically mailed to:**

10  WaMu Officer Defendants Securities MDL

11

12  WaMu Officer Defendants Securities MDL

13          Dated this 1st day of May, 2012.

14

15                                  By:  *s/ Kim D. Stephens*
                                    By:  *s/ Janissa A. Strabuk*
16                                  Kim D. Stephens, WSBA #11984
                                    Janissa A. Strabuk, WSBA #21827
17                                  1700 Seventh Avenue, Suite 2200
                                    Seattle, Washington 98101
18                                  Telephone: (206) 682-5600
                                    Facsimile: (206) 682-2992
19                                  Email: kstephens@tousley.com
                                            jstrabuk@tousley.com
20

21                                  *Liaison Counsel for Plaintiffs and the Class*

22

23

24

25

26

27

STIPULATION, AGREED MOTION AND [PROPOSED] ORDER
MODIFYING BRIEFING SCHEDULE - 10
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992