HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. C09-00037 (MJP)<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**STIPULATION, AGREED MOTION AND ORDER MODIFYING BRIEFING SCHEDULE ON: (1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES D. COWAN AND IRA HOLT AND (2) DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES D. COWAN AND IRA HOLT**<br><br>**NOTED ON MOTION CALENDAR: May 1, 2012** |

# I.   STIPULATION AND AGREED MOTION

Pursuant to Local Rule 7(d)(3), the current deadline for Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt ("Plaintiffs' Opposition") is May 7, 2011; and the deadline for Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt ("Defendants' Reply") is May 11, 2012.

Pursuant to Local Rules 7(d)(1) and 10(g), the Parties jointly request to extend the briefing schedule on Plaintiffs' Opposition and Defendants' Reply as follows:

1.   Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt shall be due on May 25, 2012; and

2.   Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt shall be due on June 8, 2012.

The Parties agree that this request for an extension of the deadlines is justified in light of the fact that Parties are currently devoting substantial time and effort to briefing with respect to Defendants' Motion for Summary Judgment and preparing for expert depositions.

Importantly, should the Court grant the Parties' motion, no other deadlines will be affected.

For these reasons, the Parties respectfully request that the Court enter an order extending the briefing deadlines for Plaintiffs' Opposition and Defendants' Reply.

Dated:  May 1, 2012                              Respectfully submitted,

**TOUSLEY BRAIN STEPHENS PLLC**

By:  *s/ Kim D. Stephens*
By:  *s/ Janissa A. Strabuk*
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200

STIPULATION, AGREED MOTION AND ORDER MODIFYING
BRIEFING SCHEDULE - 2
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

1

2

3

Seattle, WA 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
        jstrabuk@tousley.com

4

*Liaison Counsel for Plaintiffs and the Class*

5

6

7

8

9

10

**SCOTT+SCOTT LLP**
Anne L. Box (admitted *pro hac vice*)
John T. Jasnoch (admitted *pro hac vice*)
707 Broadway, Suite 1000
San Diego, California 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
Email: abox@scott-scott.com
        jjasnoch@scott-scott.com

11

12

13

14

15

Beth A. Kaswan (admitted *pro hac vice*)
Joseph P. Guglielmo (admitted *pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Tel: (212) 223-6444
Fax: (212) 223-6334
Email: bkaswan@scott-scott.com
        jguglielmo@scott-scott.com

16

17

18

19

20

21

22

23

Dated: May 1, 2012

**COHEN MILSTEIN SELLERS &
TOLL PLLC**
Steven J. Toll
Joshua S. Devore (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
        jdevore@cohenmilstein.com
        dbunch@cohenmilstein.com

24

25

26

27

Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Tel: (212) 838-7797
Fax: (212) 838-7745

STIPULATION, AGREED MOTION AND ORDER MODIFYING
BRIEFING SCHEDULE - 3
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

Email: clometti@cohenmilstain.com
        drehns@cohenmilstein.com

*Lead Counsel for the Class*

Dated:  May 1, 2012                   **HILLIS CLARK MARTIN & PETERSON, P.S.**

By:  s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Tel: (206) 623-1745
Fax: (206) 623-7789
Email: ldp@hcmp.com

Dated:  May 1, 2012                   **BINGHAM MCCUTCHEN LLP**

By:  s/ John D. Pernick
John D. Pernick (admitted *pro hac vice*)
Jee Young You (admitted *pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Tel: (415) 393-2000
Fax: (415) 393-2286
Email: john.pernick@bingham.com
        Jeeyoung.you@bingham.com

Theo J. Robins (admitted *pro hac vice*)
399 Park Avenue
New York, NY 10022-4689
Tel: (212) 705-7000
Fax: (212) 702-3680
Email: theo.robins@bingham.com

*Attorneys for Defendants*
*Washington Mutual Asset Acceptance*
*Corporation, Washington Mutual Capital*
*Corporation, David Beck, Richard Careaga,*
*Rolland Jurgens, and Diane Novak*

STIPULATION, AGREED MOTION AND ORDER MODIFYING
BRIEFING SCHEDULE - 4
(NO. 2:09-CV-0037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992

1

Dated:  May 1, 2012

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CRAVATH SWAINE & MOORE, LLP**

By:  *s/ Michael A. Paskin*
Michael A. Paskin (admitted *pro hac vice*)
Wes Earnhardt (admitted *pro hac vice*)
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
Email: mpaskin@cravath.com
           wearnhardt@cravath.com

*Attorneys for Defendants*
*Washington Mutual Asset Acceptance*
*Corporation and Washington Mutual Capital*
*Corporation*

STIPULATION, AGREED MOTION AND ORDER MODIFYING
BRIEFING SCHEDULE - 5
(NO. 2:09-CV-0037-MJP)

## II.  ORDER

Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt shall be due on May 25, 2012, and Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt shall be due on June 8, 2012.  The motion will now be noted for consideration June 8, 2012.

**IT IS SO ORDERED**.

Dated: May 4, 2012

Marsha J. Pechman
United States District Judge

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX  206.682.2992