The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | No. 2:09-cv-00037 (MJP)<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

DECLARATION OF JOHN T. JASNOCH
IN SUPPORT OF PLAINTIFFS' OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
No. 2:09-cv-00037-MJP

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

I, John T. Jasnoch, hereby swear as follows:

1.      I am an attorney licensed to practice in the State of California  I am associated with the law firm of Scott+Scott LLP, counsel of record for Plaintiffs.  I make this declaration in support of the Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of excerpts from Washington Mutual Inc. Form 10-K, Annual Report for the Fiscal Year ended December 31, 2006, retrieved from http://www.sec.gov/edgar/searchedgar/companysearch.html.

3.      Attached as Exhibit 2 is a true and correct copy of the prepared statement of David Schneider given before the Permanent Subcommittee on Investigations, United States Senate, on April 13, 2010.

4.      Attached as Exhibit 3 is a true and correct copy of the Opening Statement of David Beck given before the Permanent Subcommittee on Investigations, United States Senate, on April 13, 2010.

5.      Attached as Exhibit 4 is a true and correct copy of excerpts from the transcript of the January 18, 2012 deposition of David Beck.

6.      Attached as Exhibit 5 is a true and correct copy of 2006 WaMu AR-7, Free Written Prospectus, Loan Tape from SEC's EDGAR Website Filed June 23, 2006.   This document was converted to a PDF format from an .html from SEC's EDGAR Website.

7.      Attached as Exhibit 6 is a true and correct copy of 2006 WaMu AR12, Free Written Prospectus, Loan Tape from SEC's EDGAR Website Filed September 25, 2006.  This document was converted to a PDF format from an .html from SEC's EDGAR Website.

8.      Attached as Exhibit 7 is a true and correct copy of 2006 WaMu AR16, Free Written Prospectus, Loan Tape from SEC's EDGAR Website Filed November 17, 2006.  This document was converted to a PDF format from an .html from SEC's EDGAR Website.

DECLARATION OF JOHN T. JASNOCH                    1
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(NO. 2:09-CV-0037-MJP)

1    9.    Attached as Exhibit 8 is a true and correct copy of 2006 WaMu AR17, Free

2    Written Prospectus, Loan Tape from SEC's EDGAR Website Filed November 20, 2006.  This

3    document was converted to a PDF format from an .html from SEC's EDGAR Website.

4    10.    Attached as Exhibit 9 is a true and correct copy of 2006 WaMu AR18, Free

5    Written Prospectus, Loan Tape from SEC's EDGAR Website Filed November 19, 2006.  This

6    document was converted to a PDF format from an .html from SEC's EDGAR Website.

7    11.    Attached as Exhibit 10 is a true and correct copy of 2007 WaMu HY1, Free

8    Written Prospectus, Loan Tape from SEC's EDGAR Website Filed January 19, 2007.  This

9    document was converted to a PDF format from an .html from SEC's EDGAR Website.

10    12.    Attached as Exhibit 11 is a true and correct copy of the Summary Judgment

11    Motion Declaration of Ira Holt, dated May 11, 2012.

12    13.    Attached as Exhibit 12 is a true and correct copy of a document produced in this

13    litigation bearing Bates numbers CHASE-0003101444 through CHASE-0003101457.

14    14.    Attached as Exhibit 13 is a true and correct copy of a document produced in this

15    litigation bearing Bates numbers CHASE-0006250070 through CHASE-0006250088.

16    15.    Attached as Exhibit 14 is a true and correct copy of a document produced in this

17    litigation bearing Bates numbers CHASE-0000507846 through CHASE-0000507857.  This

18    document was previously marked as Deposition Exhibit 717 in this litigation.

19    16.    Attached as Exhibit 15 is a true and correct copy of a document produced in this

20    litigation bearing Bates numbers CHASE-0001717553 through CHASE-0001717554.  This

21    document was previously marked as Deposition Exhibit 723 in this litigation.

22    17.    Attached as Exhibit 16 is a true and correct copy of a document produced in this

23    litigation bearing Bates numbers CHASE-0002974976 through CHASE-0002974978.  This

24    document was previously marked as Deposition Exhibit 659 in this litigation.

25    18.    Attached as Exhibit 17 is a true and correct copy of excerpts from the transcript of

26    the April 10, 2012 deposition of Cheryl Feltgen.

27

28    DECLARATION OF JOHN T. JASNOCH                  2
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(NO. 2:09-CV-0037-MJP)

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1       19.    Attached as Exhibit 18 is a true and correct copy of excerpts from the transcript of

2 the January 10, 2012 deposition of James Tiegen.

3       20.    Attached as Exhibit 19 is a true and correct copy of excerpts from the transcript of

4 the January 30, 2012 deposition of Hugh Boyle.

5       21.    Attached as Exhibit 20 is a true and correct copy of a document produced in this

6 litigation bearing Bates numbers JPMWaMuMBS0000763743 through

7 JPMWaMuMBS0000763748.  This document was previously marked as Deposition Exhibit 682

8 in this litigation.

9       22.    Attached as Exhibit 21 is a true and correct copy of a document produced in this

10 litigation bearing Bates numbers CHASE-0002271237 through CHASE-0002271238.

11       23.    Attached as Exhibit 22 is a true and correct copy of a document produced in this

12 litigation bearing Bates numbers CHASE-0007982504 through CHASE-0007982577.

13       24.    Attached as Exhibit 23 is a true and correct copy of a document produced in this

14 litigation bearing Bates numbers CHASE-0002070890 through CHASE-0002070893.   This

15 document was previously marked as Deposition Exhibit 867 in this litigation.

16       25.    Attached as Exhibit 24 is a true and correct copy of a document produced in this

17 litigation bearing Bates numbers CHASE-0007982719 through CHASE-0007982760.

18       26.    Attached as Exhibit 25 is a true and correct copy of a document produced in this

19 litigation bearing Bates numbers CHASE-0001840622 through CHASE-0001840624.

20       27.    Attached as Exhibit 26 is a true and correct copy of a document produced in this

21 litigation bearing Bates numbers CHASE-0005352103 through CHASE-0005352183.

22       28.    Attached as Exhibit 27 is a true and correct copy of a document produced in this

23 litigation bearing Bates numbers JPMWaMuMBS0004260682 through

24 JPMWaMuMBS0004260684.

25       29.    Attached as Exhibit 28 is a true and correct copy of a document produced in this

26 litigation bearing Bates numbers CHASE-0005326251 through CHASE-0005326316.

27

28 DECLARATION OF JOHN T. JASNOCH      3
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(NO. 2:09-CV-0037-MJP)

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1       30.    Attached as Exhibit 29 is a true and correct copy of a document produced in this

2   litigation bearing Bates numbers JPMWaMuMBS0000291028 through

3   JPMWaMuMBS0000291031.  This document was previously marked as Deposition Exhibit 195

4   in this litigation

5       31.    Attached as Exhibit 30 is a true and correct copy of the Expert Rebuttal Report of

6   James Miller dated March 30, 2012.

7       32.    Attached as Exhibit 31 is a true and correct copy of a document produced in this

8   litigation bearing Bates numbers CHASE-0001749977 through CHASE-0001750037.

9       33.    Attached as Exhibit 32 is a true and correct copy of a document produced in this

10  litigation bearing Bates numbers CHASE-0001862339 through CHASE-0001862401.

11      34.    Attached as Exhibit 33 is a true and correct copy of a document produced in this

12  litigation bearing Bates number JPMWaMuMBS0000768183 through

13  JPMWaMuMBS0000768185.  This document was previously marked as Deposition Exhibit 754

14  in this litigation.

15      35.    Attached as Exhibit 34 is a true and correct copy of a document produced in this

16  litigation bearing Bates numbers CHASE-0000822310 through CHASE-0000822313.

17      36.    Attached as Exhibit 35 is a true and correct copy of excerpted transcript from the

18  January 13, 2012 deposition of Diane Novak.

19      37.    Attached as Exhibit 36 is a true and correct copy of the Declaration of Diane

20  Jeanty in support of Plaintiff's opposition to Motion for Summary Judgment, dated May 7, 2012.

21      38.    Attached as Exhibit 37 is a true and correct copy of the Declaration of Denise

22  Luedtke in Support of Plaintiffs' Opposition to Motion for Summary Judgment, dated May 9,

23  2012.

24      39.    Attached as Exhibit 38 is a true and correct copy of a document produced in this

25  litigation bearing Bates numbers CHASE-0000944225 through CHASE-0000944238.   This

26  document was previously marked as Deposition Exhibit 753 in this litigation.

27

28  DECLARATION OF JOHN T. JASNOCH       4
    IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
    DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
    (NO. 2:09-CV-0037-MJP)

1    40.    Attached as Exhibit 39 is a true and correct copy of a document produced in this

2  litigation bearing Bates numbers CHASE-0003153304 through CHASE-0003153309.   This

3  document was previously marked as Deposition Exhibit 528 in this litigation.

4    41.    Attached as Exhibit 40 is a true and correct copy of a document produced in this

5  litigation bearing Bates numbers CHASE-0002518626 through CHASE-0002518627.   This

6  document was previously marked as Deposition Exhibit 525 in this litigation.

7    42.    Attached as Exhibit 41 is a true and correct copy of a document produced in this

8  litigation    bearing    Bates    numbers    JPMWaMuMBS000021882    through

9  JPMWaMuMBS000021886.  This document was previously marked as Deposition Exhibit 859

10  in this litigation.

11    43.    Attached as Exhibit 42 is a true and correct copy of a document produced in this

12  litigation bearing Bates numbers CHASE-0003360505 through CHASE-0003360510.   This

13  document was previously marked as Deposition Exhibit 858 in this litigation.

14    44.    Attached as Exhibit 43 is a true and correct copy of a document produced in this

15  litigation    bearing    Bates    number    JPMWaMuMBS0004260682    through

16  JPMWaMuMBS0004260684.  This document was previously marked as Deposition Exhibit 663

17  in this litigation

18    45.    Attached as Exhibit 44 is a true and correct copy of excerpts from Wall Street and

19  the Financial Crisis: The Role of High Risk Home Loans.  Hearing Before the Permanent

20  Subcommittee on Investigations of the U.S. Senate, Dated April 13, 2010.  This document was

21  previously marked as Deposition Exhibit 666 in this litigation.

22    46.    Attached as Exhibit 45 is a true and correct copy of a document produced in this

23  litigation bearing Bates number JPMWaMuMBS0000023618.  This document was previously

24  marked as Deposition Exhibit 874 in this litigation.

25    47.    Attached as Exhibit 46 is a true and correct copy of a document produced in this

26  litigation bearing Bates numbers CHASE-0003358098 through CHASE-0003358133.

27

28

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1    48.    Attached as Exhibit 47 is a true and correct copy of a document produced in this

2    litigation bearing Bates numbers CHASE-0005890722 through CHASE-0005890728.   This

3    document was previously marked as Deposition Exhibit 660 in this litigation.

4    49.    Attached as Exhibit 48 is a true and correct copy of a document produced in this

5    litigation bearing Bates numbers CHASE-0004439853 through CHASE-0004439858.

6    50.    Attached as Exhibit 49 is a true and correct copy of a document produced in this

7    litigation bearing Bates numbers CHASE-0002954199 through CHASE-0002954202.

8    51.    Attached as Exhibit 50 is a true and correct copy of a document produced in this

9    litigation bearing Bates numbers CHASE-0003019524 through CHASE-0003019527.

10   52.    Attached as Exhibit 51 is a true and correct copy of a document produced in this

11   litigation bearing Bates numbers CHASE-0007141650 through CHASE-0007141655.

12   53.    Attached as Exhibit 52 is a true and correct copy of a document produced in this

13   litigation bearing Bates numbers CHASE-0006186079 through CHASE-0006186096.

14   54.    Attached as Exhibit 53 is a true and correct copy of a document produced in this

15   litigation bearing Bates numbers CHASE-0007141650 through CHASE-0007141665.

16   55.    Attached as Exhibit 54 is a true and correct copy of a document produced in this

17   litigation     bearing     Bates     numbers     JPMWaMuMBS00000025895     through

18   JPMWaMuMBS00000025899.   This document was previously marked as Deposition Exhibit

19   888 in this litigation.

20   56.    Attached as Exhibit 55 is a true and correct copy of a document produced in this

21   litigation bearing Bates number CHASE-0002621004.

22   57.    Attached as Exhibit 56 is a true and correct copy of a document produced in this

23   litigation     bearing     Bates     numbers     JPMWaMuMBS0000025953     through

24   JPMWaMuMBS0000025955.

25   58.    Attached as Exhibit 57 is a true and correct copy of a document produced in this

26   litigation     bearing     Bates     numbers     JPMWaMuMBS0000192521     through

27

28   DECLARATION OF JOHN T. JASNOCH                    6
     IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
     DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
     (NO. 2:09-CV-0037-MJP)

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1   JPMWaMuMBS0000192522.  This document was previously marked as Deposition Exhibit 215

2   in this litigation.

3        59.   Attached as Exhibit 58 is a true and correct copy of excerpts from the document

4   entitled *Wall Street and the Financial Crisis: Anatomy of a Financial Collapse*, published on

5   April 13, 2011 by the Permanent Subcommittee on Investigations of the U.S. Senate.  This

6   document was previously marked as Deposition Exhibit 702 in this litigation.

7        60.   Attached as Exhibit 59 is a true and correct copy of a document entitled

8   Evaluation of Federal Regulatory Oversight of Washington Mutual Bank, published on April 9,

9   2010 by the Offices of Inspector General of the Department of the Treasury and Federal Deposit

10  Insurance Corporation.

11       61.   Attached as Exhibit 60 is a true and correct copy of a document produced in this

12  litigation bearing Bates numbers CHASE-0001885380 through CHASE-0001885521.   This

13  document was previously marked as Deposition Exhibit 709 in this litigation.

14       62.   Attached as Exhibit 61 is a true and correct copy of the transcript of the January

15  24, 2012 deposition of David Schneider.

16       63.   Attached as Exhibit 62 is a true and correct copy of the transcript of the March 6,

17  2012 deposition of Randy Melby.

18       64.   Attached as Exhibit 63 is a true and correct copy of a document produced in this

19  litigation bearing Bates numbers CHASE-0006655003 through CHASE-0006655004.   This

20  document was previously marked as Deposition Exhibit 496 in this litigation.

21       65.   Attached as Exhibit 64 is a true and correct copy of a document produced in this

22  litigation bearing Bates numbers CHASE-0006655001 through CHASE-0006655002.   This

23  document was previously marked as Deposition Exhibit 497

24       66.   Attached as Exhibit 65 is a true and correct copy of a document produced in this

25  litigation bearing Bates number CHASE-0006655005.  This document was previously marked as

26  Deposition Exhibit 498 in this litigation.

27

28  DECLARATION OF JOHN T. JASNOCH                    7
    IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
    DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
    (NO. 2:09-CV-0037-MJP)

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

67.     Attached as Exhibit 66 is a true and correct copy of a document produced in this litigation bearing Bates numbers CHASE-0000856839 through CHASE-0000856856.   This document was previously marked as Deposition Exhibit 526 in this litigation.

68.     Attached as Exhibit 67 is a true and correct copy of a document entitled "Washington Mutual Practices That Created A Mortgage Time Bomb" dated April 2010 and prepared by the U.S. Senate Permanent Subcommittee on Investigations.   This document was previously marked as Deposition Exhibit 655 in this litigation.

69.     Attached as Exhibit 68 is a true and correct copy of a document produced in this litigation bearing Bates numbers CHASE-0006621444 through CHASE-0006621456.   This document was previously marked as Deposition Exhibit 503 in this litigation.

70.     Attached as Exhibit 69 is a true and correct copy of a document produced in this litigation bearing Bates numbers CHASE-0003003321 through CHASE-0003003341.   This document was previously marked as Deposition Exhibit 509 in this litigation.

71.     Attached as Exhibit 70 is a true and correct copy of a document produced in this litigation bearing Bates numbers JPMWaMuMBS0000038959 through JPMWaMuMBS0000038960.

72.     Attached as Exhibit 71 is a true and correct copy of a document produced in this litigation bearing Bates numbers CHASE-0007000506 through CHASE-0007000508.   This document was previously marked as Deposition Exhibit 224 in this litigation.

73.     Attached as Exhibit 72 is a true and correct copy of a document produced in this litigation bearing Bates numbers CHASE-0008063092 through CHASE-0008063093.   This document was previously marked as Deposition Exhibit 492.

74.     Attached as Exhibit 73 is a true and correct copy of a document produced in this litigation bearing Bates numbers CHASE-0006802983 through CHASE-0006802988.

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

75.     Attached as Exhibit 74 is a true and correct copy of a document produced in this litigation bearing Bates numbers CHASE-0006803008 through CHASE-0006803013.   This document was previously marked as Exhibit 809 in this litigation.

76.     Attached as Exhibit 75 is a true and correct copy of a document produced in this litigation bearing Bates numbers CHASE-0003231572 through CHASE-0003231578.   This document was previously marked as Deposition Exhibit 460 in this litigation.

77.     Attached as Exhibit 76 is a true and correct copy of a document produced in this litigation bearing Bates numbers CHASE-000304176 through CHASE-0003004181.   This document was previously marked as Deposition Exhibit 219 in this litigation.

78.     Attached as Exhibit 77 is a true and correct copy of the transcript of the May 12, 2011 deposition of Scott Hakala, Ph.D., CFA.

79.     Attached as Exhibit 78 is a true and correct copy of excerpts from Washington Mutual's Home Loans' Conventional Underwriting Guidelines dated November 3, 2006, which was produced in this litigation bearing Bates numbers CHASE-0000334094 though CHASE-0000334099.  This document was previously marked as Deposition Exhibit 854 in this litigation.

80.     Attached as Exhibit 79 is a true and correct copy of a document produced in this litigation bearing Bates number JPMWaMuMBS0000023447 through JPMWaMuMBS0000023450.  The document was previously marked as Deposition Exhibit 708 in this litigation.

81.     Attached as Exhibit 80 is a true and correct copy of Expert Rebuttal Report of Adam Levitin dated March 30, 2012.

82.     Attached as Exhibit 81 is a true and correct copy of the Expert Rebuttal Report of Scott Hakala Ph.D., CFA.

83.     Attached as Exhibit 82 is a true and correct copy of a document produced in this litigation bearing Bates numbers CHASE-0000573575 through CHASE-0000573599.   This document was previously marked as Deposition Exhibit 658 in this litigation.

DECLARATION OF JOHN T. JASNOCH
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(NO. 2:09-CV-0037-MJP)

9

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1      84.  Attached as Exhibit 83 is a true and correct copy of an April 14, 2008 article from

2    *The Seattle Times* entitled "Where WaMu went wrong" by Drew DeSilver.

3      85.  Attached as Exhibit 84 is a true and correct copy of CHASE-0002622767 through

4    CHASE-0002622771.

5      86.  Attached as Exhibit 85 is a true and correct copy of JPMWaMuMBS0001065573

6    through JPMWaMuMBS0001065578.

7      87.  Attached as Exhibit 86 is a true and correct copy of CHASE-0007488337 through

8    CHASE-0007488338.

9

10      I declare under penalty of perjury under the laws of the United States of America that the

11    foregoing is true and correct.

12      Executed this 11th day of May, 2012, at San Diego, California.

13

14    _____

15    John T. Jasnoch (Admitted *Pro Hac Vice*)
  SCOTT+SCOTT LLP

16    707 Broadway, Suite 1000
  San Diego, CA 92101

17    Telephone: 619-233-4565
  Fax: 619-233-0508

18    E-mail: jjasnoch@scott-scott.com

19

20

21

22

23

24

25

26

27

28    DECLARATION OF JOHN T. JASNOCH     10
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(NO. 2:09-CV-0037-MJP)

1

CERTIFICATE OF SERVICE

2      I hereby certify that on May 11, 2012, I caused the foregoing to be electronically filed

3 with the Clerk of the Court using the CM/ECF system which will send notification of such filing

4 to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I

5 caused the foregoing document or paper to be mailed via the United States Postal Service to the

6 non-CM/ECF participants indicated on the Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on May 11, 2012.

9

10                                             /s/ Anne L. Box
                                             Anne L. Box (admitted *pro hac vice*)
11                                           SCOTT+SCOTT LLP
                                             707 Broadway, Suite 1000
12                                           San Diego, CA 92101
                                             Telephone: 619-233-4565
13                                           Fax: 619-233-0508
                                             E-mail: abox@scott-scott.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
DECLARATION OF JOHN T. JASNOCH              11
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
(NO. 2:09-CV-0037-MJP)

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565