THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**PRAECIPE TO SUBSTITUTE CORRECTED PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

*Praecipe to Substitute Corrected Plaintiffs' Opposition to Defendants' Motion for Summary Judgment*
Case No. C09-037 MJP

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565

TO:          CLERK OF THE COURT

AND TO:   OPPOSING COUNSEL

On May 11, 2012, Plaintiffs filed their Opposition to Defendants' Motion for Summary Judgment ("Opposition"). [Doc. No. 414] Due to the computer system crashing before the Opposition was filed, the Opposition that was filed as Doc. No. 414 contains the following typographical errors noted below.  For the convenience of the Court and all parties, the corrected language is noted below as well.

Page 10, line 1:
Typographical error: "defensive [sp?] posture"
Corrected language: "defensive posture"

Page 15, lines 18-19:
Typographical error: "stated income were made"
Corrected language: "stated income loans were made"

Page 34, line 10:
Typographical error: "sold to investors.""
Corrected language: "sold to investors."

Page 34, line 13:
Typographical error: "I sell as safe. Not good."
Corrected language: "I sell as same.  Not good."

Page 35, line 13:
Typographical error: "salaried borrower Ex. D to the Holt Decl.); the group which had a legitimate"
Corrected language: "salaried borrower (Ex. D to the Holt Decl.), the group which did not have a legitimate"

Page 47, line 3:
Typographical error: "disclosure's true significant.  Thus,"
Corrected language: "disclosure's true significance.  Thus,"

Page 47, line 5:
Typographical error: "three months prior."); *see also*"
Corrected language: "three months prior."  588 F. Supp. 2d at 1200; *see also*"

*Praecipe to Substitute Corrected Plaintiffs' Opposition to Defendants' Motion for Summary Judgment*
Case No. C09-037 MJP

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565

YOU ARE HEREBY REQUESTED to substitute the attached Exhibit A, a corrected Plaintiffs' Opposition to Defendants' Motion for Summary Judgment for the Opposition filed on May 11, 2012. [Doc. No. 414]

Dated:  May 14, 2012              Respectfully submitted,
                                  **SCOTT+SCOTT LLP**


                                  /s/ Anne L. Box
                                  Anne L. Box (admitted *pro hac vice*)
                                  SCOTT+SCOTT LLP
                                  707 Broadway, Suite 1000
                                  San Diego, CA 92101
                                  Telephone: 619-233-4565
                                  Fax: 619-233-0508
                                  E-mail: abox@scott-scott.com


                                  Beth Kaswan (admitted *pro hac vice*)
                                  Joseph P. Guglielmo (admitted *pro hac vice*)
                                  500 Fifth Avenue, 40th Floor
                                  New York, New York 10110
                                  Telephone: (212) 223-6444
                                  Facsimile: (212) 223-6334
                                  Email:  bkaswan@scott-scott.com
                                          jguglielmo@scott-scott.com


                                  **COHEN MILSTEIN SELLERS &
                                  TOLL PLLC**
                                  Steven J. Toll
                                  Joshua S. Devore (admitted *pro hac vice*)
                                  S. Douglas Bunch (admitted *pro hac vice*)
                                  1100 New York Avenue, N.W.
                                  Suite 500, West Tower
                                  Washington, D.C. 20005
                                  Telephone: (202) 408-4600
                                  Facsimile: (202) 408-4699
                                  Email:  stoll@cohenmilstein.com
                                          jdevore@cohenmilstein.com
                                          dbunch@cohenmilstein.com


*Praecipe to Substitute Corrected Plaintiffs' Opposition*          **SCOTT+SCOTT LLP**
*to Defendants' Motion for Summary Judgment*                       707 Broadway, Suite 1000
Case No. C09-037 MJP                                               San Diego, California 92101
                                                                   Telephone: (619) 233-4565

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: clometti@cohenmilstain.com
         drehns@cohenmilstein.com

*Lead Counsel for the Class*

**TOUSLEY BRAIN STEPHENS PLLC**
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
         jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Class*

*Praecipe to Substitute Corrected Plaintiffs' Opposition to Defendants' Motion for Summary Judgment*
Case No. C09-037 MJP

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565

CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 14, 2012.

/s/ Anne L. Box
Anne L. Box (admitted *pro hac vice*)
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
E-mail: abox@scott-scott.com

*Praecipe to Substitute Corrected Plaintiffs' Opposition to Defendants' Motion for Summary Judgment*
Case No. C09-037 MJP

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565

- 4 -