HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**DECLARATION OF DANIEL B. REHNS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES D. COWAN AND IRA HOLT** |

I, Daniel B. Rehns, an attorney duly admitted to practice law before the courts of the State of New York and this Court, declare, under the penalty of perjury, as follows:

1.  I am an Associate with the law firm of Cohen Milstein Sellers & Toll PLLC, lead counsel for Plaintiffs and the Class in the above-captioned matter. I am fully familiar with all the facts and circumstances herein. I submit this Declaration in Support of Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt.

2.  Attached as Exhibit 1 is a true and correct copy of the Daubert Motion

DECLARATION OF DANIEL B. REHNS IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES
D. COWAN AND IRA HOLT
(NO. 2:09-CV-0037-MJP) - 1

COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
Telephone: (212) 838-7797

Declaration of Ira Holt, dated May 25, 2012 and submitted on behalf of Plaintiffs in this matter, with redactions. Exhibit 1 contains certain redactions which are necessary in order to maintain the confidentiality of borrower-specific loan-level financial and personal information contained therein.

      3.      Attached as Exhibit 2 is a true and correct copy of the Daubert Motion Declaration of Charles D. Cowan, Ph.D., dated May 25, 2012 and submitted on behalf of Plaintiffs in this matter.

I hereby declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: May 25, 2012         **COHEN MILSTEIN SELLERS & TOLL PLLC**

                                       By: /s/ Daniel B. Rehns

                                       Daniel B. Rehns *(admitted pro hac vice)*

DECLARATION OF DANIEL B. REHNS IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES
D. COWAN AND IRA HOLT
(NO. 2:09-CV-0037-MJP) - 2

**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
Telephone: (212) 838-7797

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, gracen@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Bruce Earl Larson (Terminated) blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage (Terminated) steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com

Dennis H Walters (Terminated) dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr (Terminated) mliles@karrtuttle.com

Steven P Caplow (Terminated) stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, mhottman@tousley.com, wcruz@tousley.com

DECLARATION OF DANIEL B. REHNS IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES
D. COWAN AND IRA HOLT
(NO. 2:09-CV-0037-MJP) - 3

COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
Telephone: (212) 838-7797

1  Walter Eugene Barton (Terminated) gbarton@karrtuttle.com, danderson@karrtuttle.com,
2  nrandall@karrtuttle.com

3  Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com,
   lmoore@riddellwilliams.com
4

5  David M Balabanian david.balabanian@bingham.com

6  Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

7  Susan L Hoffman susan.hoffman@bingham.com

8  Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

9  John D Pernick john.pernick@bingham.com

10
   Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com,
11 reception@corrcronin.com

12 Brian C Free bcf@hcmp.com, bkp@hcmp.com

13 Christopher M Huck (Terminated) buck@kdg-law.com

14
   Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com
15
   Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com
16

17 Richard A Speirs rspeirs@cohenmilstein.com

18 Bradley T. Meissner bmeissner@fenwick.com

19 Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

20 Mary Kay Vyskocil mvyskocil@stblaw.com

21
   Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com
22
   Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com
23

24 S Douglas Bunch dbunch@cohenmilstein.com

25 Darren J Robbins e_file_sd@csgrr.com

26 Jonathan Gardner jgardner@labaton.com

27 DECLARATION OF DANIEL B. REHNS IN SUPPORT OF
   PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
   EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES    COHEN MILSTEIN SELLERS & TOLL PLLC
   D. COWAN AND IRA HOLT                                 88 Pine Street, 14th Floor
   (NO. 2:09-CV-0037-MJP) - 4                            Telephone: (212) 838-7797

| | |
|---|---|
| 1 | Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com |
| 2 | Joel P Laitman jlaitman@cohenmilstein.com |
| 3 | Christopher E Lometti clometti@cohenmilstein.com |
| 4 | Michael H. Barr mbarr@sonnenschein.com |
| 5 | Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 6 | Leslie D Davis ldavis@sonnenschein.com |
| 7 | |
| 8 | Kevin P Chavous kchavous@sonnenschein.com |
| 9 | Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 10 | Frank Busch frank.busch@bingham.com, andrew.obach@bingham.com |
| 11 | Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com |
| 12 | Kenneth M Rehns krehns@cohenmilstein.com, efilings@cohenmilstein.com |
| 13 | Adam Zurofsky azurofsky@cahill.com |
| 14 | Tammy Roy troy@cahill.com |
| 15 | |
| 16 | Floyd Abrams fabrams@cahill.com |
| 17 | James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 18 | Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 19 | Theo J. Robins theo.robins@bingham.com |
| 20 | Brian O O'Mara bomara@rgrdlaw.com, e_file_sd@rgrdlaw.com, johnkg@rgrdlaw.com |
| 21 | Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com |
| 22 | |
| 23 | Julie Goldsmith Reiser jreiser@cohenmilstein.com |
| 24 | Jee Young You jeeyoung.you@bingham.com |
| 25 | Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com |
| 26 | Anne L. Box abox@scott-scott.com, edewan@scott-scott.com, efile@scott-scott.com |

27  DECLARATION OF DANIEL B. REHNS IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES
D. COWAN AND IRA HOLT
(NO. 2:09-CV-0037-MJP) - 5

COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
Telephone: (212) 838-7797

Evan R. Chesler echesler@cravath.com

Thomas G. Rafferty trafferty@cravath.com

Daniel Slifkin dslifkin@cravath.com

Michael A. Paskin mpaskin@cravath.com

J. Wesley Earnhardt wearnhardt@cravath.com

Jesse M. Weiss jweiss@cravath.com

John T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com

Edward C. Signaigo esignaigo@scott-scott.com, efile@scott-scott.com

Hector J Valdes hvaldes@cravath.com

Ryan Wagenleitner rwagenleitner@scott-scott.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00134-MJP Notice has been electronically mailed to:**

Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com

John A. Kehoe jkehoe@btkmc.com

Sharan Nirmul snirmul@btkmc.com

Joseph A. Fonti jfonti@labaton.com, ElectronicCaseFiling@labaton.com

Serena Richardson srichardson@labaton.com, ElectronicCaseFiling@labaton.com

**2:09-cv-00134-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00137-MJP Notice has been electronically mailed to:**

Christopher M Huck huck@kdg-law.com

Hollis Lee Salzman hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

DECLARATION OF DANIEL B. REHNS IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES
D. COWAN AND IRA HOLT
(NO. 2:09-CV-0037-MJP) - 6

**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
Telephone: (212) 838-7797

**2:09-cv-00137-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

Julie Hwang
LABATON SUCHAROW LLP
140 BROADWAY
FLOOR 34
NEW YORK, NY 10005

**2:09-cv-01557-MJP Notice has been electronically mailed to:**

Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com

**2:09-cv-01557-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

Dated May 25, 2012.

By:  s/ Kim D. Stephens
By:  s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
         jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Class*

DECLARATION OF DANIEL B. REHNS IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES
D. COWAN AND IRA HOLT
(NO. 2:09-CV-0037-MJP) - 7

COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
Telephone: (212) 838-7797