The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | MASTER CASE NO. C09-037 MJP<br><br>**DECLARATION OF HECTOR J. VALDES IN SUPPORT OF DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

*Declaration of Hector J. Valdes in Support of Defendants' Reply in Further Support of Their Motion for Summary Judgment: (CV09-037 MJP)*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

I, HECTOR J. VALDES, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law licensed to practice in the State of New York. I am associated with the firm of Cravath, Swaine & Moore LLP, counsel of record for defendants WaMu Asset Acceptance Corp. and WaMu Capital Corp. (collectively, the "WaMu Defendants") in this action. By virtue of my representation of the WaMu Defendants in this matter, I have personal knowledge of the facts set forth below, or knowledge based on information and belief, and could and would testify competently to those facts if called to do so.

2. In connection with drafting the Reply Brief in Further Support of Defendants' Motion for Summary Judgment, I supervised a team of attorneys and legal assistants in conducting a review of the electronic loan files produced in discovery in this matter (JPMWaMuMBSLF0000000001 to JPMWaMuMBSLF0008440993). Specifically, the team ran electronic searches to identify the potential universe of loan files in which Washington Mutual Bank's ("WMB") Downey office or Montebello office (also known as Commerce) was identified as the originating office or loan fulfillment center ("LFC"). After running the search, we sorted the results to segregate only the loans that back the particular tranches at issue in this litigation. I then supervised the team in conducting a manual review of the resulting loan files to determine whether each loan was actually originated at the Downey or Montebello office, or instead was a false hit captured by our search only due to other reasons (such as a property address in the California cities of the same names). In those few instances where we found that the information in the

*Declaration of Hector J. Valdes in Support of Defendants' Reply in Further Support of Their Motion for Summary Judgment: (CV09-037 MJP)*     1

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

loan file was unclear regarding the appropriate originating office or LFC, we resolved the uncertainty in favor of including those loans in our count.

3. Based on the review described above, we determined that a maximum of 67 loans backing the tranches at issue were originated at WMB's Downey or Montebello offices.

4. The following is a list of the loan numbers that we included in the total reported in ¶ 3. As explained above, this includes some loans that likely were not originated at Downey or Montebello but which we included on our list as a measure of conservatism:

| | | |
|---|---|---|
| 681399960 | 3061345652 | 3062755982 |
| 702344995 | 3061345959 | 3062758309 |
| 710599671 | 3061346031 | 3062759455 |
| 3011093758 | 3061346635 | 3062760412 |
| 3011124900 | 3061346734 | 3062760487 |
| 3011136201 | 3061927756 | 3062760511 |
| 3011242066 | 3061928184 | 3062760693 |
| 3011467283 | 3061928549 | 3062761352 |
| 3011467325 | 3061928846 | 3062761659 |
| 3011468018 | 3061929588 | 3062761725 |
| 3011470337 | 3061929695 | 3062762012 |
| 3011476268 | 3061930115 | 3062762038 |
| 3011511023 | 3061930800 | 3062762186 |
| 3011519018 | 3061931394 | 3062762509 |
| 3011519505 | 3061931865 | 3062762871 |
| 3011534835 | 3061932145 | 3062762970 |
| 3012009852 | 3061932178 | 3062763044 |
| 3012039321 | 3062748706 | 3062763127 |
| 3012209775 | 3062749431 | 3062763192 |
| 3061344374 | 3062750231 | 3072595121 |
| 3061345231 | 3062751502 | 3072655057 |
| 3061345314 | 3062751684 | |
| 3061345348 | 3062755826 | |

5. Attached as Exhibit 128 is a true and correct copy of the Notice of Pendency of Class Action, dated April 27, 2012 (Docket No. 410-1).

*Declaration of Hector J. Valdes in Support of Defendants' Reply in Further Support of Their Motion for Summary Judgment: (CV09-037 MJP)*     2

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

6. Attached as Exhibit 129 is a chart listing various news articles relating to the availability of stated income loans to non-self-employed borrowers. Also attached are the news articles referenced in the chart.

7. Attached as Exhibit 130 is a true and correct copy of an email from Anne Box to Defendants' counsel sent on April 26, 2012.

8. Attached as Exhibit 131 is a true and correct copy of the Expert Rebuttal Report of John Graham, dated March 30, 2012.

9. Attached as Exhibit 132 is a true and correct copy of the Expert Report of Professor Anne Zissu, Ph.D. in Support of Plaintiffs' Motion for Class Certification, dated March 10, 2011, as previously filed with the Court by Plaintiffs in redacted form (Docket No. 226-1).

EXECUTED this 25th Day of May, 2012, at New York, New York.

By: *[signature]*

Hector J. Valdes

*Declaration of Hector J. Valdes in Support of Defendants' Reply in Further Support of Their Motion for Summary Judgment: (CV09-037 MJP)*   3

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky azurofsky@cahill.com

Amanda F. Lawrence alawrence@scott-scott.com

Anne L. Box abox@scott-scott.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E Lometti clometti@cohenmilstein.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Daniel Slifkin dslifkin@cravath.com

Edward C. Signaigo esignaigo@scott-scott.com

Evan R. Chesler echesler@cravath.com

Floyd Abrams fabrams@cahill.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Hector J. Valdes hvaldes@cravath.com

*Certificate of Service*
(CV09-037 MJP)

4

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Hollis Lee Salzman (Terminated) hsalzman@labaton.com, |
| 2 | ElectronicCaseFiling@labaton.com |
| 3 | James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 4 | Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, |
| 5 | wcruz@tousley.com |
| 6 | Jason T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com |
| 7 | Jesse M. Weiss jweiss@cravath.com |
| 8 | Joel P Laitman jlaitman@cohenmilstein.com |
| 9 | John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 10 | John D. Pernick john.pernick@bingham.com |
| 11 | John T. Jasnoch jjasnoch@scott-scott.com |
| 12 | Jonathan Gardner jgardner@labaton.com |
| 13 | Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com |
| 14 | Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 15 | Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 16 | Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com |
| 17 | Julie Goldsmith Reiser jreiser@cohenmilstein.com |
| 18 | Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 19 | J. Wesley Earnhardt wearnhardt@cravath.com |
| 20 | Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 21 | Kenneth M Rehns krehns@cohenmilstein.com |
| 22 | Kerry F Cunningham kerry.cunningham@dlapiper.com |
| 23 | Kevin P Chavous kchavous@sonnenschein.com |
| 24 | Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, |
| 25 | lrolling@tousley.com, wcruz@tousley.com |

*Certificate of Service*
(CV09-037 MJP)                    5

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Larry Steven Gangnes gangnesl@lanepowell.com, docketingsea@lanepowell.com, |
| 2 | donnellyjossm@lanepowell.com, sebringl@lanepowell.com |
| 3 | Leslie D Davis ldavis@sonnenschein.com |
| 4 | Mary Kay Vyskocil mvyskocil@stblaw.com |
| 5 | Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com |
| 6 | Michael A. Paskin mpaskin@cravath.com |
| 7 | Michael H. Barr mbarr@sonnenschein.com |
| 8 | Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com |
| 9 | Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 10 | Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, |
| 11 | mdowns@riddellwilliams.com |
| 12 | Richard A Speirs rspeirs@cohenmilstein.com |
| 13 | Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 14 | Robert D Stewart stewart@kiplinglawgroup.com |
| 15 | Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, |
| 16 | nina.marie@dlapiper.com |
| 17 | Ryan Wagenleitner rwagenleitner@scott-scott.com |
| 18 | S Douglas Bunch dbunch@cohenmilstein.com |
| 19 | Serena Rich ardson (Terminated) srichardson@labaton.com, |
| 20 | ElectronicCaseFiling@labaton.com |
| 21 | Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 22 | Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com, |
| 23 | seadocket@dwt.com |
| 24 | Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com |
| 25 | Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com |

*Certificate of Service*
(CV09-037 MJP)

6

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1. Steven P Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,
2.     patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com
3. Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com,
4.     reception@corrcronin.com
5. Susan L. Hoffman susan.hoffman@bingham.com
6. Tammy Roy troy@cahill.com
7. Thomas G. Rafferty trafferty@cravath.com
8. Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com
9. Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com
10. DATED this 25th day of May, 2012 at Seattle, Washington.

        By: /s/ Louis D. Peterson
        Louis D. Peterson, WSBA #5776
        1221 Second Avenue, Suite 500
        Seattle, WA 98101-2925
        Telephone: (206) 623-1745
        Facsimile: (206) 623-7789
        Email: ldp@hcmp.com

*Certificate of Service*
(CV09-037 MJP)

7

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789