The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | MASTER CASE NO. C09-037 MJP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO PRECLUDE USE OF UNTIMELY DISCLOSED WITNESSES PURSUANT TO FED. R. CIV. P. 37(c)(1)** |

THIS MATTER came before the Court on Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1). The Court having considered Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1), the Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses and exhibits thereto, any response and reply thereto, and having been fully advised in these matters, hereby GRANTS the motion and ORDERS as follows:

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)                                                1

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure:

- Exhibits 36 and 37 to the Declaration of John T. Jasnoch in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Dkt. 415) and any references to or arguments made in reliance thereon in Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Dkt. 414) are hereby stricken; and
- Plaintiffs shall be precluded from presenting testimony on a motion, at a hearing, or at trial from any of the following witnesses:

Janis Adler; Bacc Alexander; Rob Alinder; Kathleen Allen; Lisa Alvarez; Lesa Alvizures; Amy Anderson; Khara Anderson; Ricardo Arambula; Barbara Babik; Jared Baker; Lisa Baker; Marin Balogh; Kathy Barrera; Tim Bates; Charyl Baugh; Amy Beggs; Jennifer Bennet; Steven M. Berman; Amy Bernstein; Ron Betarie; Leslie Bidelson; John Bier; Chris Bifone; Jason W. Blackford; Scott R. Bledsoe; Teresa Bondurant; Sandy Brahm; Evelyn Brown; Jen Buchanan; Nancy Butzen; Paul Campbell; Anthony Cangemi; Yolanda B. Capati; Gary Chase; Henry C. Chen; Steven D. Columbus; Cleo Coman; Amy Condon; Bridget Connolly; Stephanie Cook; Keysha Cooper; Ian Cornett; Sam Crocker; Mark C. Crowley; Lee Cubbedge; Michele Culberston; Henry Darakhovskiy; Stephanie S. Dean; Mabette Del Rosario; Christina Dell'Orco; Joseph Delsandro; Al Denson; Derrick Dominguez; Monica Dominguez; Pamela Dominguez; David A. Douglas; Randy Duran; Scott Edwards; Henry Engelken; Kristine Ennis; Sandra Estrella; Marcus Falz; Dona Farnbauch; Jeffrey Filby; Cathryn Finley; Lisa Fogelsanger; Karen Fridley; Latryce D. Fuller; Maureen Gardner; Lauri Garza; Kelly Gates; Alana Giggins; Christina Gil; Dan Gilbert; Erica Gilbert; Josh Goldberg; Nancy Gonseth; Ashley Grissom; Rick Gurney; Keri Hayashi; Maria Hearn; Rosemarie Heine; Antoinette Hendryx; Josh Hogan; Mike Huggins; Diana Jeanty; Lisa Jimenez;

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP) — 2

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1   Michelle Joans; Kyle Johnson; Lynne Johnston; Clifford Jones; Nina Jones;
2   Tiffany Jones; Melih Kahraman; Alpa Kamani; Heidi Kantola; Robyn Kehrli;
3   Valerie Kirkpatrick; Nicole J. Kitatani; Julie Korman; Dot Lackey; Martine Lado;
4   Dennis Lai; Michael Lash; Venessa Lawson; Trang Le; Paul Leboeuf; Andrew Lee;
5   David M. Lehman; Rosario Lopez; Mario Loria; Denise Luedtke; Alvida Marchuk;
6   Corey L. Martin; Chad Masters; William McManus; Suzanne Mellon;
7   Lisa Menapace; Theresa Mendez; Anthony Meola; Robert Miles; Kristen Miller;
8   Sheri Miller; George Milsap; Earl Moore; Ernie Mortenson; Bilal Muhammad;
9   Nikki M. Myers; David Nagle; Greg Nelson; Tiffany Nelson; Denise O'Brien;
10  Edward M. O'Brien; Joseph O'Brien; Peter O'Kane; Janet O'Keefe;
11  Anthony Oscarson; Irma Padilla; Kwang Paik; Theresa Pearson-Melton;
12  Joseph H. Pezley; Alice Potter; Leah Priceman; Michael Provencio; Ryan Quiqley;
13  Tom Ramirez; Marianne Rego; Qiana Reynolds; Debra Rider; Sally Roark;
14  Charles Romeo; Meridith Rood; Bobbie Rothfeld; Saunja Rutledge; Greg Saffer;
15  Lupe Sanchez; Daniel Savage; Sandra L. Schaefer; Robina Schenck; Betty Schwab;
16  Rahul Sen; MewLan Seto; Roya Shabtaie; Kerry Shmmin; Jennifer Shoemaker;
17  Terry Shofner; Azra Siddiqui; Brenda Sifodaskalakis; Jill Simons; Eric Skeen;
18  Mac Skimming; Lezlea Smith; Jennifer Speidel; Anthony L. Stripling; Tomas Suazo;
19  Leland Sundstrom; Lea Ann Sweere; Kristie Szypula; Jean Tador; Sandra Taylor;
20  Colleen A. Tetrick; Liquitha D. Thompson; Elizabeth Torres; Patricia Toscano;
21  Chad Troutwine; Lydia Upshaw; Linda Valles; Arletta V. Vass; Dan Vastola;
22  Melanie Vides; Sherry Diane Wade; Cheryl Waid; Michelle Y. Walker;
23  Gwendolyn Washington; Dwight Wiles; Trent Williams; Laura Wofford; Jack Wu;
24  Rebecca C. Yankah; Irene Yim; Richard I. Yngson; Bob Youngs; Sherri D. Zaback;
25  David Zielke; Dana Zweibel.

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)                                                         3

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

IT IS SO ORDERED.

DATED this ___ day of _____ 2012.

_____
The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Presented by:
**HILLIS CLARK MARTIN & PETERSON, P.S.**
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email:  ldp@hcmp.com
        bcf@hcmp.com

*Attorneys for Defendants WaMu Asset Acceptance Corp., WaMu Capital Corp., David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)

4

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**BINGHAM MCCUTCHEN LLP**
David M. Balabanian (admitted *pro hac vice*)
John D. Pernick (admitted *pro hac vice*)
Frank Busch (admitted *pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Email: david.balabanian@bingham.com
       john.pernick@bingham.com
       frank.busch@bingham.com

*Attorneys for Defendants WaMu Asset Acceptance Corp., WaMu Capital Corp., David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

**CRAVATH, SWAINE & MOORE LLP**
**By:** */s/ Michael A. Paskin*
Evan R. Chesler (admitted *pro hac vice*)
Daniel Slifkin (admitted *pro hac vice*)
Michael A. Paskin (admitted *pro hac vice*)
Wes Earnhardt (admitted *pro hac vice*)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
Email: echesler@cravath.com;
       dslifkin@cravath.com;
       mpaskin@cravath.com;
       wearnhardt@cravath.com

*Attorneys for Defendants WaMu Asset Acceptance Corp. and WaMu Capital Corp.*

---

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)

5

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky azurofsky@cahill.com

Amanda F. Lawrence alawrence@scott-scott.com

Anne L. Box abox@scott-scott.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E Lometti clometti@cohenmilstein.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Daniel Slifkin dslifkin@cravath.com

Edward C. Signaigo esignaigo@scott-scott.com

Evan R. Chesler echesler@cravath.com

Floyd Abrams fabrams@cahill.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)

6

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1. Hector J. Valdes hvaldes@cravath.com
2. Hollis Lee Salzman (Terminated) hsalzman@labaton.com,
3.     ElectronicCaseFiling@labaton.com
4. James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
5. Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com,
6.     wcruz@tousley.com
7. Jason T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com
8. Jesse M. Weiss jweiss@cravath.com
9. Joel P Laitman jlaitman@cohenmilstein.com
10. John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com
11. John D. Pernick john.pernick@bingham.com
12. John T. Jasnoch jjasnoch@scott-scott.com
13. Jonathan Gardner jgardner@labaton.com
14. Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com
15. Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com
16. Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
17. Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com
18. Julie Goldsmith Reiser jreiser@cohenmilstein.com
19. Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com
20. J. Wesley Earnhardt wearnhardt@cravath.com
21. Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com
22. Kenneth M Rehns krehns@cohenmilstein.com
23. Kerry F Cunningham kerry.cunningham@dlapiper.com
24. Kevin P Chavous kchavous@sonnenschein.com
25.

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)

7

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1. Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com,
2. lrolling@tousley.com, wcruz@tousley.com
3. Larry Steven Gangnes gangnesl@lanepowell.com, docketingsea@lanepowell.com,
4. donnellyjossm@lanepowell.com, sebringl@lanepowell.com
5. Leslie D Davis ldavis@sonnenschein.com
6. Mary Kay Vyskocil mvyskocil@stblaw.com
7. Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com
8. Michael A. Paskin mpaskin@cravath.com
9. Michael H. Barr mbarr@sonnenschein.com
10. Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com
11. Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com
12. Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,
13. mdowns@riddellwilliams.com
14. Richard A Speirs rspeirs@cohenmilstein.com
15. Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com
16. Robert D Stewart stewart@kiplinglawgroup.com
17. Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
18. nina.marie@dlapiper.com
19. Ryan Wagenleitner rwagenleitner@scott-scott.com
20. S Douglas Bunch dbunch@cohenmilstein.com
21. Serena Rich ardson (Terminated) srichardson@labaton.com,
22. ElectronicCaseFiling@labaton.com
23. Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com
24. Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com,
25. seadocket@dwt.com

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
*(CV09-037 MJP)*   8

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1. Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com
2. Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com
3. Steven P Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,
4.     patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com
5. Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com,
6.     reception@corrcronin.com
7. Susan L. Hoffman susan.hoffman@bingham.com
8. Tammy Roy troy@cahill.com
9. Thomas G. Rafferty trafferty@cravath.com
10. Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com
11. Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

DATED this 25th day of May, 2012 at Seattle, Washington.

By: /s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)

9

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789