The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | MASTER CASE NO. C09-037 MJP<br><br>**DECLARATION OF NICHOLAS A. JACKSON IN SUPPORT OF DEFENDANTS' MOTION TO PRECLUDE USE OF UNTIMELY DISCLOSED WITNESSES PURSUANT TO FED. R. CIV. P. 37(c)(1)** |

*Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  I, NICHOLAS A. JACKSON, hereby declare as follows under penalty of
2  perjury pursuant to 28 U.S.C. § 1746:
3      1.  I am an attorney at law licensed to practice in the State of New York.  I am
4  an associate of the firm of Cravath, Swaine & Moore LLP, counsel of record for
5  Defendants WaMu Asset Acceptance Corp. and WaMu Capital Corp. (collectively, the
6  "WaMu Defendants") in this matter.  I submit this declaration in support of Defendants'
7  Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P.
8  37(c)(1).  By virtue of my representation of the WaMu Defendants in this matter, I have
9  personal knowledge of the facts set forth below, or knowledge based on information and
10 belief, and could and would testify competently to those facts if called to do so.
11     2.  Plaintiffs have taken twenty-three depositions of fact witnesses in this
12 case.  Plaintiffs deposed only one witness in WMB's underwriting department, Mark
13 Brown, who was the Head of Underwriting during the relevant time period.
14     3.  Of the 262 individuals listed in Lead Plaintiffs' Supplement to Fed. R.
15 Civ. P. 26(a) Initial Disclosures, dated April 12, 2012, and Lead Plaintiffs' Second
16 Supplement to Fed. R. Civ. P. 26(a)(1) Initial Disclosures, dated May 9, 2012, the
17 following 206 individuals have not previously been listed on either parties' initial or
18 supplemental Rule 26(a)(1) disclosures (as evidenced by the disclosures attached as
19 Exhibits C through G hereto), identified in either parties' responses to requests for
20 production or interrogatories, been deposed in this matter, or otherwise been identified as
21 a potential witness during the course of discovery:
22     Janis Adler; Bacc Alexander; Rob Alinder; Kathleen Allen; Lisa Alvarez;
23 Lesa Alvizures; Amy Anderson; Khara Anderson; Ricardo Arambula; Barbara Babik;
24 Jared Baker; Lisa Baker; Marin Balogh; Kathy Barrera; Tim Bates; Charyl Baugh; Amy
25

*Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)     1

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Beggs; Jennifer Bennet; Steven M. Berman; Amy Bernstein; Ron Betarie; Leslie Bidelson; John Bier; Chris Bifone; Jason W. Blackford; Scott R. Bledsoe; Teresa Bondurant; Sandy Brahm; Evelyn Brown; Jen Buchanan; Nancy Butzen; Paul Campbell; Anthony Cangemi; Yolanda B. Capati; Gary Chase; Henry C. Chen; Steven D. Columbus; Cleo Coman; Amy Condon; Bridget Connolly; Stephanie Cook; Keysha Cooper; Ian Cornett; Sam Crocker; Mark C. Crowley; Lee Cubbedge; Michele Culberston; Henry Darakhovskiy; Stephanie S. Dean; Mabette Del Rosario; Christina Dell'Orco; Joseph Delsandro; Al Denson; Derrick Dominguez; Monica Dominguez; Pamela Dominguez; David A. Douglas; Randy Duran; Scott Edwards; Henry Engelken; Kristine Ennis; Sandra Estrella; Marcus Falz; Dona Farnbauch; Jeffrey Filby; Cathryn Finley; Lisa Fogelsanger; Karen Fridley; Latryce D. Fuller; Maureen Gardner; Lauri Garza; Kelly Gates; Alana Giggins; Christina Gil; Dan Gilbert; Erica Gilbert; Josh Goldberg; Nancy Gonseth; Ashley Grissom; Rick Gurney; Keri Hayashi; Maria Hearn; Rosemarie Heine; Antoinette Hendryx; Josh Hogan; Mike Huggins; Diana Jeanty; Lisa Jimenez; Michelle Joans; Kyle Johnson; Lynne Johnston; Clifford Jones; Nina Jones; Tiffany Jones; Melih Kahraman; Alpa Kamani; Heidi Kantola; Robyn Kehrli; Valerie Kirkpatrick; Nicole J. Kitatani; Julie Korman; Dot Lackey; Martine Lado; Dennis Lai; Michael Lash; Venessa Lawson; Trang Le; Paul Leboeuf; Andrew Lee; David M. Lehman; Rosario Lopez; Mario Loria; Denise Luedtke; Alvida Marchuk; Corey L. Martin; Chad Masters; William McManus; Suzanne Mellon; Lisa Menapace; Theresa Mendez; Anthony Meola; Robert Miles; Kristen Miller; Sheri Miller; George Milsap; Earl Moore; Ernie Mortenson; Bilal Muhammad; Nikki M. Myers; David Nagle; Greg Nelson; Tiffany Nelson; Denise O'Brien; Edward M. O'Brien; Joseph O'Brien; Peter O'Kane; Janet O'Keefe; Anthony Oscarson; Irma Padilla; Kwang Paik; Theresa Pearson-

*Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)                                   2

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Melton; Joseph H. Pezley; Alice Potter; Leah Priceman; Michael Provencio; Ryan
2  Quiqley; Tom Ramirez; Marianne Rego; Qiana Reynolds; Debra Rider; Sally Roark;
3  Charles Romeo; Meridith Rood; Bobbie Rothfeld; Saunja Rutledge; Greg Saffer; Lupe
4  Sanchez; Daniel Savage; Sandra L. Schaefer; Robina Schenck; Betty Schwab; Rahul Sen;
5  MewLan Seto; Roya Shabtaie; Kerry Shmmin; Jennifer Shoemaker; Terry Shofner; Azra
6  Siddiqui; Brenda Sifodaskalakis; Jill Simons; Eric Skeen; Mac Skimming; Lezlea Smith;
7  Jennifer Speidel; Anthony L. Stripling; Tomas Suazo; Leland Sundstrom; Lea Ann
8  Sweere; Kristie Szypula; Jean Tador; Sandra Taylor; Colleen A. Tetrick; Liquitha D.
9  Thompson; Elizabeth Torres; Patricia Toscano; Chad Troutwine; Lydia Upshaw; Linda
10 Valles; Arletta V. Vass; Dan Vastola; Melanie Vides; Sherry Diane Wade; Cheryl Waid;
11 Michelle Y. Walker; Gwendolyn Washington; Dwight Wiles; Trent Williams; Laura
12 Wofford; Jack Wu; Rebecca C. Yankah; Irene Yim; Richard I. Yngson; Bob Youngs;
13 Sherri D. Zaback; David Zielke; Dana Zweibel.

14  4.  Attached as Exhibit A is a true and correct copy of Lead Plaintiffs'
15 Supplement to Fed. R. Civ. P. 26(a) Initial Disclosures, dated April 12, 2012.  Personal
16 information relating to individuals, such as home addresses, personal phone numbers and
17 email addresses, has been redacted to protect those individuals' privacy.

18  5.  Attached as Exhibit B is a true and correct copy of Lead Plaintiffs' Second
19 Supplement to Fed. R. Civ. P. 26(a)(1) Initial Disclosures, dated May 9, 2012.  Personal
20 information relating to individuals, such as home addresses, personal phone numbers and
21 email addresses, has been redacted to protect those individuals' privacy.

22  6.  Attached as Exhibit C is a true and correct copy of Lead Plaintiffs' Rule
23 26(a)(1) Initial Disclosures, dated November 12, 2010.

24
25

*Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)                              3

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

7. Attached as Exhibit D is a true and correct copy of WaMu Defendants' Initial Disclosures, dated November 12, 2010.

8. Attached as Exhibit E is a true and correct copy of Lead Plaintiffs' Amended Rule 26(a)(1) Initial Disclosures, dated March 14, 2011.

9. Attached as Exhibit F is a true and correct copy of WaMu Defendants' Supplemental Disclosures, dated February 15, 2011.

10. Attached as Exhibit G is a true and correct copy of WaMu Defendants' Second Supplemental Disclosures, dated June 14, 2011. Personal information relating to individuals, such as home addresses, personal phone numbers and email addresses, has been redacted to protect those individuals' privacy.

I hereby declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED this 25th day of May, 2012, at New York, New York.

*/s/ Nicholas A. Jackson*
Nicholas A. Jackson

---

*Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)

4

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky azurofsky@cahill.com

Amanda F. Lawrence alawrence@scott-scott.com

Anne L. Box abox@scott-scott.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E Lometti clometti@cohenmilstein.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Daniel Slifkin dslifkin@cravath.com

Edward C. Signaigo esignaigo@scott-scott.com

Evan R. Chesler echesler@cravath.com

Floyd Abrams fabrams@cahill.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com,
    lmoore@riddellwilliams.com

Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com,
    halcunningham@gmail.com

---

*Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)                            5

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1. Hector J. Valdes hvaldes@cravath.com
2. Hollis Lee Salzman (Terminated) hsalzman@labaton.com,
3.     ElectronicCaseFiling@labaton.com
4. James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
5. Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com,
6.     wcruz@tousley.com
7. Jason T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com
8. Jesse M. Weiss jweiss@cravath.com
9. Joel P Laitman jlaitman@cohenmilstein.com
10. John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com
11. John D. Pernick john.pernick@bingham.com
12. John T. Jasnoch jjasnoch@scott-scott.com
13. Jonathan Gardner jgardner@labaton.com
14. Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com
15. Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com
16. Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
17. Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com
18. Julie Goldsmith Reiser jreiser@cohenmilstein.com
19. Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com
20. J. Wesley Earnhardt wearnhardt@cravath.com
21. Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com
22. Kenneth M Rehns krehns@cohenmilstein.com
23. Kerry F Cunningham kerry.cunningham@dlapiper.com
24. Kevin P Chavous kchavous@sonnenschein.com
25.

*Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)     6

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, |
| 2 | lrolling@tousley.com, wcruz@tousley.com |
| 3 | Larry Steven Gangnes gangnesl@lanepowell.com, docketingsea@lanepowell.com, |
| 4 | donnellyjossm@lanepowell.com, sebringl@lanepowell.com |
| 5 | Leslie D Davis ldavis@sonnenschein.com |
| 6 | Mary Kay Vyskocil mvyskocil@stblaw.com |
| 7 | Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com |
| 8 | Michael A. Paskin mpaskin@cravath.com |
| 9 | Michael H. Barr mbarr@sonnenschein.com |
| 10 | Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com |
| 11 | Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com |
| 12 | Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, |
| 13 | mdowns@riddellwilliams.com |
| 14 | Richard A Speirs rspeirs@cohenmilstein.com |
| 15 | Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 16 | Robert D Stewart stewart@kiplinglawgroup.com |
| 17 | Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, |
| 18 | nina.marie@dlapiper.com |
| 19 | Ryan Wagenleitner rwagenleitner@scott-scott.com |
| 20 | S Douglas Bunch dbunch@cohenmilstein.com |
| 21 | Serena Rich ardson (Terminated) srichardson@labaton.com, |
| 22 | ElectronicCaseFiling@labaton.com |
| 23 | Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com |
| 24 | Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com, |
| 25 | |

*Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)                                    7

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1       seadocket@dwt.com

2 Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

3 Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

4 Steven P Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,

5       patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

6 Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com,

7       reception@corrcronin.com

8 Susan L. Hoffman susan.hoffman@bingham.com

9 Tammy Roy troy@cahill.com

10 Thomas G. Rafferty trafferty@cravath.com

11 Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

12 Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

13 DATED this 25th day of May, 2012 at Seattle, Washington.

By: /s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com

---

*Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Witnesses Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)

8

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789