HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>NOTICE OF INTENT TO FILE SURREPLY TO DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT |

Pursuant to CR 7(g), Plaintiffs hereby notify Defendants and the Court that they intend to file a surreply to Defendants' Reply in Further Support of Their Motion for Summary Judgment (the "Reply"), for the purpose of requesting that the Court strike certain material contained in the Reply and the declarations in support thereof.

///

///

///

///

///

NOTICE OF INTENT TO FILE SURREPLY TO DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT
(NO. 2:09-CV-0037-MJP) - 1
4898/001/256246.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1     Dated: May 29, 2012 Respectfully submitted,

2                                     **TOUSLEY BRAIN STEPHENS PLLC**

3                                     By: <u>*s/ Kim D. Stephens*</u>

4                                     By: <u>*s/ Janissa A. Strabuk*</u>
Kim D. Stephens, WSBA #11984

5 Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200

6 Seattle, Washington 98101
Telephone: (206) 682-5600

7 Facsimile: (206) 682-2992
Email: kstephens@tousley.com

8                                             jstrabuk@tousley.com

9

10                               *Liaison Counsel for Plaintiffs and the Class*

11                               **SCOTT+SCOTT LLP**
David R. Scott (admitted *pro hac vice*)

12 Amanda F. Lawrence (admitted *pro hac vice*)
156 South Main Street

13 Colchester, CT 06415
Telephone: (860) 537-5537

14 Facsimile: (860) 537-4432
Email: dscott@scott-scott.com

15                                           alawrence@scott-scott.com

16

17                             Beth A. Kaswan (admitted *pro hac vice*)
Joseph P. Guglielmo (admitted *pro hac vice*)

18 500 Fifth Avenue, 40th Floor
New York, New York 10110

19 Telephone: (212) 223-6444
Facsimile: (212) 223-6334

20 Email: jguglielmo@scott-scott.com
                                        bkaswan@scott-scott.com

21

22                             Geoffrey M. Johnson (admitted *pro hac vice*)
12434 Cedar Road, Suite 12

23 Cleveland Heights, OH 44106
Telephone: (216) 229-6088

24 Facsimile: (216) 229-6092
Email: gjohnson@scott-scott.com

25

26                             John T. Jasnoch (admitted *pro hac vice*)
Edward C. Signaigo (admitted *pro hac vice*)

27                             Ryan Wagenleitner (admitted *pro hac vice*)

NOTICE OF INTENT TO FILE SURREPLY TO DEFENDANTS'
REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR
SUMMARY JUDGMENT
(NO. 2:09-CV-0037-MJP) - 2
4898/001/256246.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

|  |  |
|---|---|
| 1 | 707 Broadway, Suite 1000 |
| 2 | San Diego, CA 92101 |
|   | Telephone: (619) 233-4565 |
| 3 | Email: jjasnoch@scott-scott.com |
|   |         esignaigo@scott-scott.com |
| 4 |         rwagenleitner@scott-scott.com |

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, NW
Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
        jreiser@cohenmilstein.com
        jdevore@cohenmilstein.com
        dbunch@cohenmilstein.com

Joel P. Laitman (admitted *pro hac vice*)
Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: jlaitman@cohenmilstein.com
        clometti@cohenmilstein.com
        drehns@cohenmilstein.com

*Lead Counsel for the Class*

NOTICE OF INTENT TO FILE SURREPLY TO DEFENDANTS'
REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR
SUMMARY JUDGMENT
(NO. 2:09-CV-0037-MJP) - 3
4898/001/256246.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, gracen@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Bruce Earl Larson (Terminated) blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage (Terminated) steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com

Dennis H Walters (Terminated) dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr (Terminated) mliles@karrtuttle.com

Steven P Caplow (Terminated) stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, mhottman@tousley.com, wcruz@tousley.com

NOTICE OF INTENT TO FILE SURREPLY TO DEFENDANTS'
REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR
SUMMARY JUDGMENT
(NO. 2:09-CV-0037-MJP) - 4
4898/001/256246.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Walter Eugene Barton (Terminated) gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com |
| 2 | |
| 3 | Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com |
| 4 | David M Balabanian david.balabanian@bingham.com |
| 5 | Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com |
| 6 | |
| 7 | Susan L Hoffman susan.hoffman@bingham.com |
| 8 | Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com |
| 9 | John D Pernick john.pernick@bingham.com |
| 10 | Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com |
| 11 | |
| 12 | Brian C Free bcf@hcmp.com, bkp@hcmp.com |
| 13 | Christopher M Huck (Terminated) buck@kdg-law.com |
| 14 | Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com |
| 15 | Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com |
| 16 | Richard A Speirs rspeirs@cohenmilstein.com |
| 17 | Bradley T. Meissner bmeissner@fenwick.com |
| 18 | |
| 19 | Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com |
| 20 | Mary Kay Vyskocil mvyskocil@stblaw.com |
| 21 | Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com |
| 22 | Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com |
| 23 | S Douglas Bunch dbunch@cohenmilstein.com |
| 24 | Darren J Robbins e_file_sd@csgrr.com |
| 25 | |
| 26 | Jonathan Gardner jgardner@labaton.com |
| 27 | Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com |

NOTICE OF INTENT TO FILE SURREPLY TO DEFENDANTS'
REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR
SUMMARY JUDGMENT
(NO. 2:09-CV-0037-MJP) - 5
4898/001/256246.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1. Joel P Laitman jlaitman@cohenmilstein.com

2. Christopher E Lometti clometti@cohenmilstein.com

3. Michael H. Barr mbarr@sonnenschein.com

4. Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

5. Leslie D Davis ldavis@sonnenschein.com

6. Kevin P Chavous kchavous@sonnenschein.com

7. Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

8. Frank Busch frank.busch@bingham.com, andrew.obach@bingham.com

9. Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

10. Kenneth M Rehns krehns@cohenmilstein.com, efilings@cohenmilstein.com

11. Adam Zurofsky azurofsky@cahill.com

12. Tammy Roy troy@cahill.com

13. Floyd Abrams fabrams@cahill.com

14. James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

15. Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

16. Theo J. Robins theo.robins@bingham.com

17. Brian O O'Mara bomara@rgrdlaw.com, e_file_sd@rgrdlaw.com, johnkg@rgrdlaw.com

18. Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

19. Julie Goldsmith Reiser jreiser@cohenmilstein.com

20. Jee Young You jeeyoung.you@bingham.com

21. Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

22. Anne L. Box abox@scott-scott.com, edewan@scott-scott.com, efile@scott-scott.com

23. Evan R. Chesler echesler@cravath.com

NOTICE OF INTENT TO FILE SURREPLY TO DEFENDANTS'
REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR
SUMMARY JUDGMENT
(NO. 2:09-CV-0037-MJP) - 6
4898/001/256246.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Thomas G. Rafferty trafferty@cravath.com |
| 2 | |
| | Daniel Slifkin dslifkin@cravath.com |
| 3 | |
| 4 | Michael A. Paskin mpaskin@cravath.com |
| 5 | J. Wesley Earnhardt wearnhardt@cravath.com |
| 6 | Jesse M. Weiss jweiss@cravath.com |
| 7 | John T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com |
| 8 | Edward C. Signaigo esignaigo@scott-scott.com, efile@scott-scott.com |
| 9 | Hector J Valdes hvaldes@cravath.com |
| 10 | |
| 11 | Ryan Wagenleitner rwagenleitner@scott-scott.com |
| 12 | **2:09-cv-00037-MJP Notice will not be electronically mailed to:** |
| 13 | WaMu Officer Defendants Securities MDL |
| 14 | **2:09-cv-00134-MJP Notice has been electronically mailed to:** |
| 15 | Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com |
| 16 | John A. Kehoe jkehoe@btkmc.com |
| 17 | Sharan Nirmul snirmul@btkmc.com |
| 18 | |
| 19 | Joseph A. Fonti jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 20 | Serena Richardson srichardson@labaton.com, ElectronicCaseFiling@labaton.com |
| 21 | **2:09-cv-00134-MJP Notice will not be electronically mailed to:** |
| 22 | WaMu Officer Defendants Securities MDL |
| 23 | **2:09-cv-00137-MJP Notice has been electronically mailed to:** |
| 24 | Christopher M Huck huck@kdg-law.com |
| 25 | |
| 26 | Hollis Lee Salzman hsalzman@labaton.com, ElectronicCaseFiling@labaton.com |
| 27 | **2:09-cv-00137-MJP Notice will not be electronically mailed to:** |

NOTICE OF INTENT TO FILE SURREPLY TO DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT
(NO. 2:09-CV-0037-MJP) - 7
4898/001/256246.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | WaMu Officer Defendants Securities MDL |
| 2 | |
| 3 | Julie Hwang<br>LABATON SUCHAROW LLP<br>140 BROADWAY |
| 4 | FLOOR 34<br>NEW YORK, NY 10005 |
| 5 | |
| 6 | **2:09-cv-01557-MJP Notice has been electronically mailed to:** |
| 7 | Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com |
| 8 | **2:09-cv-01557-MJP Notice will not be electronically mailed to:** |
| 9 | WaMu Officer Defendants Securities MDL |
| 10 | Dated May 29, 2012. |

|  |  |
|---|---|
|  | By:  s/ Kim D. Stephens |
|  | By:  s/ Janissa A. Strabuk |
|  | Kim D. Stephens, WSBA #11984 |
|  | Janissa A. Strabuk, WSBA #21827 |
|  | 1700 Seventh Avenue, Suite 2200 |
|  | Seattle, Washington 98101 |
|  | Telephone: (206) 682-5600 |
|  | Facsimile: (206) 682-2992 |
|  | Email: kstephens@tousley.com |
|  |            jstrabuk@tousley.com |
|  | *Liaison Counsel for Plaintiffs and the Class* |

NOTICE OF INTENT TO FILE SURREPLY TO DEFENDANTS'
REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR
SUMMARY JUDGMENT
(NO. 2:09-CV-0037-MJP) - 8
4898/001/256246.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992