**EXHIBIT C**

| | |
|---|---|
| **From:** | Lowery Jr, Ronald M. <ronald.lowery@wamu.net> |
| **Sent:** | Tuesday, April 1, 2008 4:52 PM |
| **To:** | Fortunato, Steve <steve.fortunato@wamu.net> |
| **Subject:** | FW: Servicing Tape Questions |
| **Attach:** | WaMu-Col_Data_Export Codes.xls |

**The following fields aren't used:**
Bank_Code1
Entity (company #)
Excess_ser
Prepay_Dsc
Stat_code
Neg_Amrt

Comments below.

Below are a number of questions on the servicing tape, and I was hoping you could work through these with Ron. As for timing, I didn't not receive guidance but expect there is some urgency to this request. Call me if you have any questions.

*Questions on the servicing tape:*

We do not have definitions for the following fields on the tape:

ARM_Code - no code translation provided.  - On Spreadsheet

Bank_Code1 - layout describes it as a remittance type code, but we have no code translations  (NOT USED)

Banko - no description in layout, but assumed to be a bankrutpcy code  (B for Banbruptcy____N for No Bankruptcy)

CLTV - description in layout actually says Prepayment Information - Accutape format, Prepayment Penalty Term. However, the data in the field is 60, 65, 70, 75, and 80. Not sure what this field really is.  (On Spreadsheet)

Entity - No translation, although this is likely a code that will need to be included in our pooling tree  (NOT USED)

Excess_ser - appears to be an excess servicing fee. Not sure how to handle this field. Other field provided Servicing_ is described as the "NET" spread earned by company. Would this include the excess?  (NOT USED)

Fitarm - no code translation provided, but appears to be a hybrid code.  (On Spreadsheet)
Index_Code - no code translation provided; tab in Excel spreadsheet called Interest Rate appears to have code translations for an index code, but the code values do not line up to what is on the data tape.   (On Spreadsheet)

CONFIDENTIAL

JPM_WM03120064
CHASE-0002113520

Neg_Amrt - no code translation; code values in field are '0' and 'Z'. Could potentially assume '0' is negam as the loan count lines up closely with the loans identified as ARM loans (non-hybrid), but loans with both codes actually have neg am limits. The neg am limit field is also confusing. I see loans with and without neg am limits regardless of the neg am flag they have. I see fixed rate loans with a neg am limit (which we can ignore, of course). I see loans with a 999 limit - does that mean can't be negam or no limit? 999 means data not available - most were acquisitions.  (We do not use this field)

Note_Type - no code translation provided.  (On Spreadsheet)

Prepay_Pen/Prepay_Dsc - these fields both relate to prepay penalties. Prepay_pen is a Y/N flag. Prepay_Dsc has a code value that gives the terms of the penalty. There is what appears to be a code translation for this field, but will need to review in conjunction with the Prepay_Pen field b/c if you were to look at the description along, essentially all of the loans would have a prepay penalty when the flag only indicates about 300,000 do. Have no information on prepay penalty term  (Do not Use_ Use CLTV Field)

Product_ID - no code translation provided.  (On Spreadsheet)

Purpose_Cd - no code translation provided.  (On Spreadsheet)

Recourse_C - Values of '0', 'P', and 'S'. About 45K loans have an 'S', while less than 1K have 'P'. Need code translation.  (On Spreadsheet)

Remit_Type - will be useful for prime msr valuation, but more detail needed for subprime valuation. Don't have any real remittance information, particularly on the privates. May have more information if we get a code translation for Bank_Code1 field, but don't know. About 417K loans have the value 'ERROR' in this field. Will need to look in conjunction with Grade/Custom2 field. May be primarily Port loans, but loan count does not line up exactly. Seems as if some of the Port loans must have a remittance type associated with them.  (On Spreadsheet)

Strat_Code - no code translation for this field. Will likely need to include in our pooling tree  (Do Not Use)

Sup_Inv - seems like a super investor field, but need code translation.  (On Spreadsheet)

Additionally, we have questions related to data missing from the data file.

We have no IO flags or IO terms. Could be part of Product_ID, but no code translation provided for that field.   Yes, the Product_ID will have the I/O info.

It appears as if only the original LTV has been provided. Is a more updated LTV available?  No, not on the tape provided   (We can Pull this Field)

We have no way of specifically identifying the payment option ARMs that are likely included in the portfolio information provided. They may be identifiable through one or more of the codes provided on the data file, but without good code translations, we don't know for sure.  ( Index Code)

No advance information has been provided - escrow or corporate.  (I do not have this information)

On prepayment penalties (this is on the subprime side) - the majority of the loans that have a "Y" in the penalty flag have an '8' in the desc field. '8' is defined in the Beijing file as shown below:  (WAMU does not keep prepayment penalties on subprime servicing)

08   SPECIAL AGREEMENT - SEE LOAN FILE FOR PPAY INFO ON NOTE
Are there any loans with step service fees in the portfolio, particularly on the subprime side?

CONFIDENTIAL

JPM_WM03120065
CHASE-0002113521