# EXHIBIT D

# Anne Box

| | |
|---|---|
| **From:** | WEarnhardt@cravath.com |
| **Sent:** | Friday, May 25, 2012 12:10 PM |
| **To:** | Anne Box |
| **Cc:** | MPaskin@cravath.com; Beth Kaswan; Devore, Joshua; Hector Valdes; MSanfilippo@cravath.com |
| **Subject:** | Re: Defendants' Exhibits 15-20 to the MSJ |

Anne,

Those are production documents, not documents we or our expert created, and the titles of the columns we cite are self-explanatory. I'm not aware of a 'key' or other coding sheet in the production, but also have not performed an exhaustive search for one, which you could perform as well as we could.

If I misunderstand your question, let me know.

Regards,

Wes

---

**From:** Anne Box [abox@scott-scott.com]
**Sent:** 05/25/2012 06:56 PM GMT
**To:** Wes Earnhardt
**Cc:** Michael Paskin; Beth Kaswan <bkaswan@scott-scott.com>; "Devore, Joshua" <JDEVORE@cohenmilstein.com>
**Subject:** RE: Defendants' Exhibits 15-20 to the MSJ

Michael and Wes,

I have not received a reponse to this email. Please provide us with a response today.

Thanks, Anne

**From:** Anne Box
**Sent:** Monday, May 21, 2012 4:56 PM
**To:** Wes Earnhardt (WEarnhardt@cravath.com)
**Cc:** Michael Paskin (MPaskin@cravath.com)
**Subject:** Defendants' Exhibits 15-20 to the MSJ

Wes,

We have reviewed the production for document code mapping sheets that pertain to Defendants' Exhibits 15-20 and have not been able to locate a sheet (or document) that explains or gives a definition for all of the responses in each column of the exhibits. Does such a document exist and if so, would you send it to me or identify the bates number?

Thanks, Anne



Anne Box, Attorney
SCOTT+SCOTT LLP

1

707 Broadway, Suite 1000
San Diego, CA 92101
619.233.4565 Phone
619.233.0508 Fax
www.scott-scott.com

This transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify Scott+Scott LLP immediately by telephone at 619.233.4565, or e-mail at abox@scott-scott.com and immediately delete this message and all its attachments.

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

2