The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | MASTER CASE NO. C09-037 MJP<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SEAL** |

THIS MATTER came before the Court on Defendants' Motion to Seal, dated April 13, 2012. (Dkt. No. 380.) The Court has considered Defendants' motion and any response thereto, and having been fully advised in these matters, now, therefore:

The Court HEREBY FINDS Defendants have shown compelling reasons to seal:

- Exhibits 15 through 20 to the Declaration of Jesse M. Weiss in Support of Defendants' Motion for Summary Judgment (the "Weiss Declaration"), in their entirety;

- Exhibits 93 through 98 to the Weiss Declaration, in their entirety;

- the excerpts of pages 28, 29, 30, 31, 32, 33, 34, 35 (and Hakala Exhibit C) of the Hakala Report (Exhibit 5 to the Weiss Declaration) indicated in the redacted version of that exhibit filed by Defendants;

*Order Granting Defendants'*
*Motion to Seal: (CV09-037 MJP)*

- the excerpts of pages 4, 37, 38, 39, 48, 49, 50, 51 (and Zissu Exhibit 5) of the Zissu Report (Exhibit 6 to the Weiss Declaration) indicated in the redacted version of that exhibit filed by Defendants;

- the excerpt of page 26 of Defendants' Motion for Summary Judgment indicated in the redacted version of that motion filed by Defendants.

The above documents and portions of documents contain and disclose information that is subject to protection under federal law and the Stipulated Protective Order and Stipulated Order Regarding the "Clawback" of Documents the Court entered in this matter (Dkt. 213), and the interests of preserving the privacy of that information outweighs the public's interest in reviewing that material.

IT IS HEREBY ORDERED that the materials indicated in the bulletpoints above shall be sealed by the Clerk of the Court under Local Rule 5(g).

DATED this 5th day of June, 2012.

Marsha J. Pechman
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25