The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | MASTER CASE NO. C09-037 MJP<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SEAL** |

THIS MATTER came before the Court on Defendants' Motion to Seal, dated April 25, 2012.  (Dkt. No. 404.)  The Court has considered Defendants' motion and any response thereto, and having been fully advised in these matters, now, therefore:

The Court HEREBY FINDS Defendants have shown good cause to seal in their entirety:

- Exhibits 6 and 7 to the April 25, 2012 Declaration of J. Wesley Earnhardt in Support of Defendants' Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt.

The above documents disclose information that is subject to protection under Federal law and the Stipulated Protective Order and Stipulated Order Regarding the "Clawback" of Documents the Court entered in this matter (Dkt. 213), and the interests of

*Order Granting Defendants'*
*Motion to Seal: (CV09-037 MJP)*                    1

1  preserving the privacy of that information outweigh the public's interest in reviewing that
2  material.
3        IT IS HEREBY ORDERED that the materials indicated above shall be sealed by
4  the Clerk of the Court under Local Rule 5(g).
5        DATED this 5th day of June, 2012.

Marsha J. Pechman
United States District Judge

*Order Granting Defendants'*
*Motion to Seal: (CV09-037 MJP)*        2