The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | MASTER CASE NO. C09-037 MJP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO PRECLUDE USE OF UNTIMELY DISCLOSED EXPERT OPINIONS OF IRA HOLT AND CHARLES D. COWAN PURSUANT TO FED. R. CIV. P. 37(c)(1)** |

THIS MATTER came before the Court on Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1).  The Court having considered Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1), the Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1) and exhibits thereto, any response and

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)                         1

HILLIS CLARK MARTIN &
PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

reply thereto, and having been fully advised in these matters, hereby GRANTS the motion and ORDERS as follows:

    Pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure, Plaintiffs shall be precluded from offering any opinion or testimony from Ira Holt or Charles D. Cowan on any motion, hearing or at trial that is premised on a review of any loans other than the 424 loans discussed in their expert reports dated March 2, 2012.

    IT IS SO ORDERED.

    DATED this _____ day of _____ 2012.

_____
The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

Presented by:
**HILLIS CLARK MARTIN & PETERSON, P.S.**
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email:  ldp@hcmp.com
       bcf@hcmp.com

*Attorneys for Defendants WaMu Asset Acceptance Corp., WaMu Capital Corp., David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)                                   2

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  **BINGHAM MCCUTCHEN LLP**
   David M. Balabanian (admitted *pro hac vice*)
2  John D. Pernick (admitted *pro hac vice*)
   Frank Busch (admitted *pro hac vice*)
3  Three Embarcadero Center
4  San Francisco, CA 94111-4067
   Telephone: (415) 393-2000
5  Facsimile: (415) 393-2286
   Email: david.balabanian@bingham.com
6          john.pernick@bingham.com
           frank.busch@bingham.com
7

8  *Attorneys for Defendants WaMu Asset*
   *Acceptance Corp., WaMu Capital Corp.,*
9  *David Beck, Richard Careaga, Rolland*
   *Jurgens, and Diane Novak*
10

11
   **CRAVATH, SWAINE & MOORE LLP**
12 Evan R. Chesler (admitted *pro hac vice*)
   Daniel Slifkin (admitted *pro hac vice*)
13 Michael A. Paskin (admitted *pro hac vice*)
   Wes Earnhardt (admitted *pro hac vice*)
14 Cravath, Swaine & Moore LLP
   Worldwide Plaza
15 825 8th Avenue
16 New York, NY 10019
   Tel: (212) 474-1000
17 Fax: (212) 474-3700
   Email: echesler@cravath.com;
18         dslifkin@cravath.com;
           mpaskin@cravath.com;
19         wearnhardt@cravath.com
20
   *Attorneys for Defendants WaMu Asset*
21 *Acceptance Corp. and WaMu Capital Corp.*

22

23

24

25

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)

3

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky azurofsky@cahill.com

Amanda F. Lawrence alawrence@scott-scott.com

Anne L. Box abox@scott-scott.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E Lometti clometti@cohenmilstein.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Daniel Slifkin dslifkin@cravath.com

Edward C. Signaigo esignaigo@scott-scott.com

Evan R. Chesler echesler@cravath.com

Floyd Abrams fabrams@cahill.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com,
    lmoore@riddellwilliams.com

Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com,
    halcunningham@gmail.com

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)    4

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1. Hector J. Valdes hvaldes@cravath.com
2. Hollis Lee Salzman (Terminated) hsalzman@labaton.com,
3.     ElectronicCaseFiling@labaton.com
4. James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
5. Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com,
6.     wcruz@tousley.com
7. Jason T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com
8. Jesse M. Weiss jweiss@cravath.com
9. Joel P Laitman jlaitman@cohenmilstein.com
10. John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com
11. John D. Pernick john.pernick@bingham.com
12. John T. Jasnoch jjasnoch@scott-scott.com
13. Jonathan Gardner jgardner@labaton.com
14. Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com
15. Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com
16. Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
17. Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com
18. Julie Goldsmith Reiser jreiser@cohenmilstein.com
19. Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com
20. J. Wesley Earnhardt wearnhardt@cravath.com
21. Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com
22. Kenneth M Rehns krehns@cohenmilstein.com
23. Kerry F Cunningham kerry.cunningham@dlapiper.com
24. Kevin P Chavous kchavous@sonnenschein.com
25. 

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

5

1 | Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com,
2 | lrolling@tousley.com, wcruz@tousley.com
3 | Larry Steven Gangnes gangnesl@lanepowell.com, docketingsea@lanepowell.com,
4 | donnellyjossm@lanepowell.com, sebringl@lanepowell.com
5 | Leslie D Davis ldavis@sonnenschein.com
6 | Mary Kay Vyskocil mvyskocil@stblaw.com
7 | Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com
8 | Michael A. Paskin mpaskin@cravath.com
9 | Michael H. Barr mbarr@sonnenschein.com
10 | Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com
11 | Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com
12 | Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,
13 | mdowns@riddellwilliams.com
14 | Richard A Speirs rspeirs@cohenmilstein.com
15 | Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com
16 | Robert D Stewart stewart@kiplinglawgroup.com
17 | Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
18 | nina.marie@dlapiper.com
19 | Ryan Wagenleitner rwagenleitner@scott-scott.com
20 | S Douglas Bunch dbunch@cohenmilstein.com
21 | Serena Rich ardson (Terminated) srichardson@labaton.com,
22 | ElectronicCaseFiling@labaton.com
23 | Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com
24 | Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com,
25 | seadocket@dwt.com

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

6

1  Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

2  Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

3  Steven P Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,

4      patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

5  Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com,

6      reception@corrcronin.com

7  Susan L. Hoffman susan.hoffman@bingham.com

8  Tammy Roy troy@cahill.com

9  Thomas G. Rafferty trafferty@cravath.com

10  Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

11  Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

12  DATED this 7th day of June, 2012 at Seattle, Washington.

                By:  /s/ Louis D. Peterson
                Louis D. Peterson, WSBA #5776
                1221 Second Avenue, Suite 500
                Seattle, WA 98101-2925
                Telephone: (206) 623-1745
                Facsimile: (206) 623-7789
                Email: ldp@hcmp.com

*[Proposed] Order Granting Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)                                    7

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789