The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | MASTER CASE NO. C09-037 MJP<br><br>**DECLARATION OF NICHOLAS A. JACKSON IN SUPPORT OF DEFENDANTS' MOTION TO PRECLUDE USE OF UNTIMELY DISCLOSED EXPERT OPINIONS OF IRA HOLT AND CHARLES D. COWAN PURSUANT TO FED. R. CIV. P. 37(c)(1)** |

*Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

I, NICHOLAS A. JACKSON, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law licensed to practice in the State of New York. I am an associate of the firm of Cravath, Swaine & Moore LLP, counsel of record for Defendants WaMu Asset Acceptance Corp. and WaMu Capital Corp. (collectively, the "WaMu Defendants") in this matter. I submit this declaration in support of Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1). By virtue of my representation of the WaMu Defendants in this matter, I have personal knowledge of the facts set forth below, or knowledge based on information and belief, and could and would testify competently to those facts if called to do so.

2. The Daubert Motion Declaration of Ira Holt, dated May 25, 2012 (Dkt. 425-1) and the Daubert Motion Declaration of Charles D. Cowan, dated May 25, 2012 (Dkt. 425-2), both state that Mr. Holt and his staff have purportedly re-underwritten 1,027 additional loans since March 2, 2012, the date of Mr. Holt's expert report. To date, Plaintiffs have not provided Defendants with any reports, data, or other information in any form relating to the content or underlying basis of Ira Holt's or Charles D. Cowan's purported opinions regarding these 1,027 additional loans. Plaintiffs also have not provided Defendants with any information concerning which loans Mr. Holt has reviewed since March 2, 2012 or which loans he has deemed defective.

3. According to Mr. Holt's March 2, 2012 report, his re-underwriting review was based on an online "survey" completed by staff working under his direction. (Expert Report of Ira Holt, dated March 2, 2012, at 15 (Dkt. 407-1).) The responses to that survey were contained in an Excel spreadsheet produced by Plaintiffs in connection with

*Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)                    1

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Mr. Holt's report, and included numerous references to certain "formula worksheets."

2  On March 13, 2012, Plaintiffs produced to Defendants 423 "formula worksheets" in

3  Excel format.  Each of those spreadsheets contains information recorded and calculations

4  performed by Mr. Holt and/or his staff in connection with their review of particular loan

5  files.

6      4.  I have reviewed the 423 formula worksheet files produced by Plaintiffs in

7  their original, unaltered format.  All of the files contained metadata indicating the date

8  and time the file was first created.  Many files also included a date as part of the filename.

9  The earliest date indicated by either the filename or the "date created" metadata of any of

10  the 423 files was February 2, 2012.

11      5.  The Court's scheduling order provided for the exchange of initial expert

12  reports on February 28, 2012 and rebuttal reports on March 27, 2012.  (Dkt. 335.)

13  Plaintiffs requested and Defendants agreed to extend those dates to March 2 and March

14  30, 2012, respectively, which had no impact on the deadlines for any Court filings.

15      6.  Attached as Exhibit 1 is a true and correct copy of a letter from Matthew

16  S. Jackson to Joshua S. Devore, dated July 25, 2011, enclosing the initial production of

17  loan origination files in electronic form.

18      7.  Attached as Exhibit 2 is a true and correct copy of a letter from Matthew

19  S. Jackson to Joshua S. Devore, dated September 10, 2011, enclosing the final production

20  of loan files in electronic form.

21      8.  Attached as Exhibit 3 is a true and correct copy of a letter from Matthew

22  S. Jackson to Joshua S. Devore, dated September 6, 2011.

23      9.  Attached as Exhibit 4 is a true and correct copy of a letter from Wes

24  Earnhardt to Plaintiffs' Counsel, dated March 14, 2012.

25

*Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1)*
(CV09-037 MJP)                                        2

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

I hereby declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED this 7th day of June, 2012, at New York, New York.

_____
Nicholas A. Jackson

*Declaration of Nicholas A. Jackson in Support of Defendants' Motion to Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1)* (CV09-037 MJP)   3

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky azurofsky@cahill.com

Amanda F. Lawrence alawrence@scott-scott.com

Anne L. Box abox@scott-scott.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E Lometti clometti@cohenmilstein.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Daniel Slifkin dslifkin@cravath.com

Edward C. Signaigo esignaigo@scott-scott.com

Evan R. Chesler echesler@cravath.com

Floyd Abrams fabrams@cahill.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com, halcunningham@gmail.com

Hector J. Valdes hvaldes@cravath.com

*Certificate of Service*
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

| | |
|---|---|
| 1 | Hollis Lee Salzman (Terminated) hsalzman@labaton.com, |
| 2 | ElectronicCaseFiling@labaton.com |
| 3 | James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 4 | Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, |
| 5 | wcruz@tousley.com |
| 6 | Jason T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com |
| 7 | Jesse M. Weiss jweiss@cravath.com |
| 8 | Joel P Laitman jlaitman@cohenmilstein.com |
| 9 | John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com |
| 10 | John D. Pernick john.pernick@bingham.com |
| 11 | John T. Jasnoch jjasnoch@scott-scott.com |
| 12 | Jonathan Gardner jgardner@labaton.com |
| 13 | Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com |
| 14 | Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 15 | Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com |
| 16 | Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com |
| 17 | Julie Goldsmith Reiser jreiser@cohenmilstein.com |
| 18 | Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com |
| 19 | J. Wesley Earnhardt wearnhardt@cravath.com |
| 20 | Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com |
| 21 | Kenneth M Rehns krehns@cohenmilstein.com |
| 22 | Kerry F Cunningham kerry.cunningham@dlapiper.com |
| 23 | Kevin P Chavous kchavous@sonnenschein.com |
| 24 | Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, |
| 25 | lrolling@tousley.com, wcruz@tousley.com |

*Certificate of Service*
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1. Larry Steven Gangnes gangnesl@lanepowell.com, docketingsea@lanepowell.com,
2. donnellyjossm@lanepowell.com, sebringl@lanepowell.com
3. Leslie D Davis ldavis@sonnenschein.com
4. Mary Kay Vyskocil mvyskocil@stblaw.com
5. Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com
6. Michael A. Paskin mpaskin@cravath.com
7. Michael H. Barr mbarr@sonnenschein.com
8. Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com
9. Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com
10. Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,
11. mdowns@riddellwilliams.com
12. Richard A Speirs rspeirs@cohenmilstein.com
13. Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com
14. Robert D Stewart stewart@kiplinglawgroup.com
15. Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
16. nina.marie@dlapiper.com
17. Ryan Wagenleitner rwagenleitner@scott-scott.com
18. S Douglas Bunch dbunch@cohenmilstein.com
19. Serena Rich ardson (Terminated) srichardson@labaton.com,
20. ElectronicCaseFiling@labaton.com
21. Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com
22. Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com,
23. seadocket@dwt.com
24. Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com
25. Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

*Certificate of Service*
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Steven P Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,

2  patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

3  Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com,

4  reception@corrcronin.com

5  Susan L. Hoffman susan.hoffman@bingham.com

6  Tammy Roy troy@cahill.com

7  Thomas G. Rafferty trafferty@cravath.com

8  Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

9  Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

10 DATED this 7th day of June, 2012 at Seattle, Washington.

11
By: /s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com

*Certificate of Service*
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# Exhibit 1

4

Case 2:09-cv-00037-MJP   Document 436   Filed 06/07/12   Page 10 of 17



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX<br><br>matthew.jackson@sidley.com<br>(312) 853 0630 | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES<br><br>FOUNDED 1866 | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |

July 25, 2011

**By FedEx**

Mr. Joshua S. Devore
Cohen Milstein
1100 New York Ave. NW
Suite 500 West
Washington, DC  20005

      Re:    *In re Washington Mutual Mortgage Backed Securities Litigation*, 2:09-cv-00037-MJP (W.D. Wash.)

Dear Josh:

    Pursuant to the subpoena served on JPMorgan Chase Bank, N.A. ("Chase") on October 27, 2010 and the agreement between Chase and plaintiffs, enclosed is the initial production of loan origination files. The Bates range for this production is JPMWaMuMBSLF0000000001 - JPMWaMuMBSLF0000308706.

                                          Regards,

                                          Matthew S. Jackson

MJ:dlg

cc:    John D. Pernick
        Eric S. Mattson

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

CH1 6066434v.1

5

# Exhibit 2



| | |
|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX<br><br>matthew.jackson@sidley.com<br>(312) 853 0630 | BEIJING           NEW YORK<br>BRUSSELS        PALO ALTO<br>CHICAGO         SAN FRANCISCO<br>DALLAS            SHANGHAI<br>FRANKFURT     SINGAPORE<br>GENEVA           SYDNEY<br>HONG KONG   TOKYO<br>LONDON          WASHINGTON, D.C.<br>LOS ANGELES<br><br>FOUNDED 1866 |

September 10, 2011

**By FedEx**

Mr. Joshua S. Devore
Cohen Milstein
1100 New York Ave. NW
Suite 500 West
Washington, DC 20005

      Re:   *In re Washington Mutual Mortgage Backed Securities Litigation*, 2:09-cv-00037-MJP (W.D. Wash.)

Dear Josh:

      Pursuant to the subpoena served on JPMorgan Chase Bank, N.A. ("Chase") on October 27, 2010 and the agreement between Chase and plaintiffs, enclosed is the twelfth production of loan origination files. The Bates range for this production is JPMWaMuMBSLF0007991587 - JPMWaMuMBSLF0008440993.

      Regards,

      */s/ Matthew S. Jackson*

      Matthew S. Jackson

MJ:dlg

cc:   John D. Pernick
       Eric S. Mattson

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

CH1 5915581v.1

7

# Exhibit 3



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
| matthew.jackson@sidley.com<br>(312) 853 0630 | FOUNDED 1866 | |

September 6, 2011

**By FedEx**

Mr. Joshua S. Devore
Cohen Milstein
1100 New York Ave. NW
Suite 500 West
Washington, DC 20005

    Re:    *In re Washington Mutual Mortgage Backed Securities Litigation*, 2:09-cv-00037-MJP (W.D. Wash.)

Dear Josh:

    Pursuant to the subpoena served on JPMorgan Chase Bank, N.A. ("Chase") on October 27, 2010 and the agreement between Chase and plaintiffs, enclosed is a production of loan underwriting guidelines. The Bates range for this production is JPMWaMuMBSUG0000000001 to JPMWaMuMBSUG0000287529.

                                       Regards,

                                       Matthew S. Jackson

MJ:dlg

cc:    John D. Pernick
        Eric S. Mattson

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships

CH1 5915581v.1

9

# Exhibit 4

# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| STUART W. GOLD | ROWAN D. WILSON | WORLDWIDE PLAZA | MICHAEL A. PASKIN | TATIANA LAPUSHCHIK |
| JOHN W. WHITE | CHRISTINE A. VARNEY | 825 EIGHTH AVENUE | ANDREW J. PITTS | ERIC L. SCHIELE |
| EVAN R. CHESLER | PETER T. BARBUR | NEW YORK, NY 10019-7475 | MICHAEL T. REYNOLDS | ALYSSA K. CAPLES |
| MICHAEL L. SCHLER | SANDRA C. GOLDSTEIN | | ANTONY L. RYAN | JENNIFER S. CONWAY |
| RICHARD LEVIN | THOMAS G. RAFFERTY | | GEORGE E. ZOBITZ | MINH VAN NGO |
| KRIS F. HEINZELMAN | MICHAEL S. GOLDMAN | TELEPHONE: (212) 474-1000 | GEORGE A. STEPHANAKIS | KEVIN J. ORSINI |
| B. ROBBINS KIESSLING | RICHARD HALL | FACSIMILE: (212) 474-3700 | DARIN P. MCATEE | MATTHEW MORREALE |
| ROGER D. TURNER | JULIE A. NORTH | | GARY A. BORNSTEIN | J. WESLEY EARNHARDT |
| PHILIP A. GELSTON | ANDREW W. NEEDHAM | | TIMOTHY G. CAMERON | YONATAN EVEN |
| RORY O. MILLSON | STEPHEN L. BURNS | CITYPOINT | KARIN A. DEMASI | BENJAMIN GRUENSTEIN |
| RICHARD W. CLARY | KEITH R. HUMMEL | ONE ROPEMAKER STREET | LIZABETHANN R. EISEN | JOSEPH D. ZAVAGLIA |
| WILLIAM P. ROGERS, JR. | DANIEL SLIFKIN | LONDON EC2Y 9HR | DAVID S. FINKELSTEIN | |
| JAMES D. COOPER | ROBERT I. TOWNSEND, III | TELEPHONE: 44-20-7453-1000 | DAVID GREENWALD | |
| STEPHEN L. GORDON | WILLIAM J. WHELAN, III | FACSIMILE: 44-20-7860-1150 | RACHEL G. SKAISTIS | |
| DANIEL L. MOSLEY | SCOTT A. BARSHAY | | PAUL H. ZUMBRO | |
| PETER S. WILSON | PHILIP J. BOECKMAN | | JOEL F. HEROLD | SPECIAL COUNSEL |
| JAMES C. VARDELL, III | ROGER G. BROOKS | WRITER'S DIRECT DIAL NUMBER | ERIC W. HILFERS | SAMUEL C. BUTLER |
| ROBERT H. BARON | WILLIAM V. FOGG | | GEORGE F. SCHOEN | GEORGE J. GILLESPIE, III |
| KEVIN J. GREHAN | FAIZA J. SAEED | | ERIK R. TAVZEL | |
| STEPHEN S. MADSEN | RICHARD J. STARK | | CRAIG F. ARCELLA | |
| C. ALLEN PARKER | THOMAS E. DUNN | | TEENA-ANN V. SANKOORIKAL | |
| MARC S. ROSENBERG | MARK I. GREENE | | ANDREW R. THOMPSON | |
| SUSAN WEBSTER | SARKIS JEBEJIAN | (212) 474-1138 | DAMIEN R. ZOUBEK | OF COUNSEL |
| DAVID MERCADO | DAVID R. MARRIOTT | | LAUREN ANGELILLI | PAUL C. SAUNDERS |

March 14, 2012

*In re Washington Mutual Mortgage Backed Securities Litigation*
No. 09-0037-MJP

Dear Counsel:

   I write regarding the reports of Mr. Ira Holt (the "Holt Report") and Dr. Charles D. Cowan (the "Cowan Report"), which Plaintiffs served on March 2, 2012.

   Under Federal Rule of Civil Procedure 26(a)(2), you were required to provide "a complete statement of all opinions [Mr. Holt and Dr. Cowan] will express and the basis and reasons for them" and "the facts or data considered by" Mr. Holt and Dr. Cowan in forming their opinions. You failed to do so, and have now forced us to spend 11 days (so far) asking and re-asking for information that we should have received on March 2. To wit:

- On March 3, you provided the backup data and materials for your Reports, despite indicating that you would provide them on March 2 to an FTP site provided by us. Notably, on March 2, we did provide to you via FTP all of the backup materials for all of Defendants' reports.

- On March 5, following two letters from Defendants setting out your disclosure obligations, you produced a PDF version of the "survey" that is at the heart of Mr. Holt's analysis. Only three days later, on March 8, did you produce the native version.

- On March 8, after a repeated request from Defendants, you belatedly produced the sample loan list generated by Dr. Cowan and provided to Mr. Holt. On March 11, again only after prompting by Defendants, you produced the sample loan lists as they were provided to Mr. Holt.

- On March 13, after yet another repeated request by Defendants, you produced 423 worksheets that evidenced the purported reunderwriting and analysis performed on the loans that Dr. Holt included in his report.

11

    Your failure to produce these items on the agreed-upon date has prejudiced our experts' ability to respond to the Reports. The information produced after the deadline – in particular, the worksheets with substantive analysis of underwriting – is critically important to understanding the Reports.

    There are now only 16 days left under the current schedule to analyze the information in the Holt and Cowan Reports. That is not the schedule to which the parties agreed. Accordingly, although Defendants will attempt to meet the disclosure deadline, we reserve the right for our experts to take an additional 11 days to respond to the Cowan and Holt Reports.

                Very truly yours,

                  Wes Earnhardt

Joseph P. Guglielmo, Esq.
 SCOTT + SCOTT
  500 5th Avenue
   New York, NY 10110

Anne Box, Esq.
 SCOTT + SCOTT
  707 Broadway, Suite 1000
   San Diego, CA 9201

Josh Devore, Esq.
 COHEN MILSTEIN SELLERS & TOLL
  1100 New York Ave NW, Suite 500 West
   Washington, DC 20005

BY EMAIL


Copy to:

John Pernick, Esq.
 Bingham McCutchen
  Three Embarcadero Center
   San Francisco, CA 94111

BY EMAIL