The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | MASTER CASE NO. C09-037 MJP<br><br>**DECLARATION OF MATTHEW S. JACKSON IN SUPPORT OF DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHARLES D. COWAN AND IRA HOLT** |

I, MATTHEW S. JACKSON, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney at law licensed to practice in the State of Illinois. I am associated with the firm of Sidley Austin LLP, counsel for non-party JPMorgan Chase Bank, N.A. ("JPMC"). By virtue of my representation of JPMC, I have personal knowledge of the facts set forth below, or knowledge based on information and belief, and could and would testify competently to those facts if called to do so.

*Declaration of Matthew S. Jackson in Support of Defendants' Reply in Further Support of Their Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt: (CV09-037 MJP)*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

2. In connection with my representation of JPMC, I participated in and oversaw JPMC's production of documents in response to a subpoena from the Plaintiffs in the above-captioned matter. Among other things, that production included the electronic loan origination files for loans underlying the securitizations at issue in this matter. I have reviewed numerous examples of those electronic loan files and am therefore generally familiar with their contents and characteristics.

3. JPMC produced those files in a format that contains optical character recognition ("OCR") data, which means that the loan files are text-searchable. The loan files were also produced with numerous fields of metadata, one of which allows a user to locate all of the documents associated with a particular loan by running a search for the relevant loan number in the "Loan number" field.

EXECUTED this 6th day of June, 2012, at Chicago, Illinois.

By: *[signature]*

Matthew S. Jackson

*Declaration of Matthew S. Jackson in Support of Defendants' Reply in Further Support of Their Motion to Exclude the Proffered Expert Testimony of Charles D. Cowan and Ira Holt: (CV09-037 MJP)*   2

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of June, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky azurofsky@cahill.com

Amanda F. Lawrence alawrence@scott-scott.com

Anne L. Box abox@scott-scott.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E Lometti clometti@cohenmilstein.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Daniel Slifkin dslifkin@cravath.com

Edward C. Signaigo esignaigo@scott-scott.com

Evan R. Chesler echesler@cravath.com

Floyd Abrams fabrams@cahill.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com,
    lmoore@riddellwilliams.com

Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com,
    halcunningham@gmail.com

Hector J. Valdes hvaldes@cravath.com

*Certificate of Service*
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

```
 1    Hollis Lee Salzman (Terminated) hsalzman@labaton.com,
 2        ElectronicCaseFiling@labaton.com
 3    James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
 4    Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com,
 5        wcruz@tousley.com
 6    Jason T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com
 7    Jesse M. Weiss jweiss@cravath.com
 8    Joel P Laitman jlaitman@cohenmilstein.com
 9    John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com
10    John D. Pernick john.pernick@bingham.com
11    John T. Jasnoch jjasnoch@scott-scott.com
12    Jonathan Gardner jgardner@labaton.com
13    Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com
14    Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com
15    Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com
16    Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com
17    Julie Goldsmith Reiser jreiser@cohenmilstein.com
18    Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com
19    J. Wesley Earnhardt wearnhardt@cravath.com
20    Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com
21    Kenneth M Rehns krehns@cohenmilstein.com
22    Kerry F Cunningham kerry.cunningham@dlapiper.com
23    Kevin P Chavous kchavous@sonnenschein.com
24    Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com,
25        lrolling@tousley.com, wcruz@tousley.com
```

*Certificate of Service*
(CV09-037 MJP)

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1  Larry Steven Gangnes gangnesl@lanepowell.com, docketingsea@lanepowell.com,
2         donnellyjossm@lanepowell.com, sebringl@lanepowell.com
3  Leslie D Davis ldavis@sonnenschein.com
4  Mary Kay Vyskocil mvyskocil@stblaw.com
5  Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com
6  Michael A. Paskin mpaskin@cravath.com
7  Michael H. Barr mbarr@sonnenschein.com
8  Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com
9  Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com
10 Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,
11        mdowns@riddellwilliams.com
12 Richard A Speirs rspeirs@cohenmilstein.com
13 Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com
14 Robert D Stewart stewart@kiplinglawgroup.com
15 Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,
16        nina.marie@dlapiper.com
17 Ryan Wagenleitner rwagenleitner@scott-scott.com
18 S Douglas Bunch dbunch@cohenmilstein.com
19 Serena Rich ardson (Terminated) srichardson@labaton.com,
20        ElectronicCaseFiling@labaton.com
21 Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com
22 Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com,
23        seadocket@dwt.com
24 Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com
25 Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

*Certificate of Service*
(CV09-037 MJP)

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1. Steven P Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,
2.     patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com
3. Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com,
4.     reception@corrcronin.com
5. Susan L. Hoffman susan.hoffman@bingham.com
6. Tammy Roy troy@cahill.com
7. Thomas G. Rafferty trafferty@cravath.com
8. Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com
9. Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com
10. DATED this 8th day of June, 2012 at Seattle, Washington.

          By: /s/ Louis D. Peterson
          Louis D. Peterson, WSBA #5776
          1221 Second Avenue, Suite 500
          Seattle, WA 98101-2925
          Telephone: (206) 623-1745
          Facsimile: (206) 623-7789
          Email: ldp@hcmp.com

*Certificate of Service*
(CV09-037 MJP)

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789