THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>**DECLARATION OF ANNE BOX IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO PRECLUDE USE OF UNTIMELY DISCLOSED WITNESSES PURSUANT TO FED. R. CIV. P. 37(c)(1)**<br><br>ORAL ARGUMENT REQUESTED |

DECL. OF ANNE BOX IN SUPPORT OF PLAINTIFFS'
RESPONSE TO DEFS.' MOTION TO PRECLUDE USE
OF UNTIMELY DISCLOSED WITNESSES PURSUANT TO
FED. R. CIV. P. 37(c)(1)

Case No. C09-037 MJP

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1          I, Anne Box, hereby declare as follows under penalty of perjury pursuant to 28 U.S.C. §1746, that:

2          1.      I am an attorney licensed to practice in the State of California. I am employed by Scott+Scott LLP, which, along with Cohen Milstein Sellers & Toll PLLC, is lead counsel in this action. I have been actively engaged in discovery in this case and, in that capacity, I am familiar with documents filed, served, produced and reviewed by Plaintiffs' counsel, their employees, contractors, and experts.

3          2.      Defendants and J.P. Morgan Chase ("Chase") have produced approximately 30 million pages of documents in this case, with the bulk of the production occurring in August and September 2011. During the final two months of fact discovery, Defendants produced 124,648 pages which Plaintiffs undertook to review as quickly as possible. Plaintiffs took 22 of 24 fact witness depositions in this case during the period of September 2011 to February 2012, and defended five depositions taken by Plaintiffs. After the close of discovery on February 10, 2012, Defendants and Chase produced over 20,000 pages of documents.

4          3.      On November 12, 2011, Plaintiffs served their initial disclosures on Defendants as mandated by Fed. R. Civ. Pr. 26(a) which revealed the knowledgeable individuals associated with Plaintiffs-investors, and information about the Defendants and their affiliates that counsel had learned through informal investigation of the facts of this case. At that time, Plaintiffs were not aware of the identities of Michelle Joans ("Joans"), Timothy Bates ("Bates"), Teresa Bondurant ("Bondurant"), Karen Fridley ("Fridley"), Denise Luedtke ("Luedtke"), and Diana Jeanty ("Jeanty").

5          4.      Through discovery in this case and the bankruptcy proceedings for Washington Mutual Inc. ("WMI"), Plaintiffs learned Chase acquired the assets of Washington Mutual Bank ("WMB") from the FDIC in September 2008, for $1.9 billion. These assets included WMB's wholly owned subsidiaries, Defendants Washington Mutual Capital Corporation ("WCC") and Washington Mutual Asset Acceptance Corporation ("WMAAC").

DECL. OF ANNE BOX IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFS.' MOTION TO PRECLUDE USE OF UNTIMELY DISCLOSED WITNESSES PURSUANT TO FED. R. CIV. P. 37(c)(1)
Case No. C09-037 MJP                               1

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

5. As disclosed during the depositions taken in this case, many key witnesses formerly employed by WMI, WMB, WCC and/or WMAAC (collectively "WaMu") were hired by Chase when it acquired WMB assets, including defendant David Beck and the head of the WMI Home Loans Division, David Schneider. Beck, head of WaMu's Capital Markets group, reported to Schneider. David Schneider, among other witnesses, continues to be employed at Chase. Defendants at all times had access to Schneider, Beck and other individuals previously employed by WaMu who then went to work for Chase. These individuals could have readily identified relevant witnesses in this case, and Chase had possession of WCC and WMAAC documents that also identified key witnesses in the case.

6. The depositions of other key witnesses also revealed that Defendants in this case had ready access to information not available to Plaintiffs. Even witnesses not now employed by Chase, for example, Michael Aaknes and Cheryl Feltgen, were represented by counsel they had not retained, given that those witnesses testified they did not pay the fees for the attorney representing them at their depositions, and, in addition, they did not know who was paying the attorney fees. The only possible answer is that Defendants provided this representation and had informal access to these witnesses' information. Additionally, John Drastal testified during his deposition that Chase was paying for his attorneys' fees.

7. Defendants never updated Interrogatory No. 6, as required under Rule 26(e)(3), to "Identify all Persons with whom You discussed Your underwriting policies, procedures, or standards relating to the Certificates." *See* Exhibits A and B to Declaration of Anne Box in Support of Plaintiffs' Rule 7(g) Surreply (ECF No. 432).

8. Plaintiffs' counsel in this case negotiated with plaintiffs' counsel in the related case of *In re Washington Mutual, Inc. Securities, Derivative, & Erisa Litig.*, No. 2:08-md-1919-MJP (the "§10b case") to obtain deposition transcripts and associated exhibits from eight of the individuals deposed in that litigation, including Michelle Joans and Timothy Bates, pursuant to agreed-upon terms for confidentiality. Plaintiffs in this action sent to John Pernick and Michael

DECL. OF ANNE BOX IN SUPPORT OF PLAINTIFFS'
RESPONSE TO DEFS.' MOTION TO PRECLUDE USE
OF UNTIMELY DISCLOSED WITNESSES PURSUANT TO
FED. R. CIV. P. 37(c)(1)
Case No. C09-037 MJP                2

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1  Paskin, the counsel at Bingham McCutchen LLP and Cravath, Swaine & Moore LLP, the
2  attorneys signing off on the Motion to Produce Use of Untimely Disclosed Witnesses Pursuant to
3  Fed. R. Civ. P. 37(c)(i) (ECF No. 428) for Defendants, copies of the transcripts and associated
4  exhibits on January 3, 2012. *See* Ex. 1 attached hereto. During her deposition in the related
5  case, Michelle Joans was represented by the firm of Stetler Duffy & Rotert, Ltd., a firm which
6  also represented three other witnesses in the present case who are not currently employed by
7  Chase. Both Joans's and Bate's names (combined) were mentioned over 70 times during
8  depositions in this case.

9.  Bates was a Senior Vice President of WMI in charge of Credit Risk management, and between January 2008 through June 2008, ran the Corporate Credit Review (the "CCR") group, the group which reviewed the performance of the Home Loans division and which wrote many of the reports Defendants offered in their summary judgment motion.

10. Given the difficulty in locating witnesses, in particular, the witnesses who worked for WMB as underwriters, I retained a private investigative firm in January 2012 because of the approaching deadlines for summary judgment and trial.

11. On April 12, 2012, Plaintiffs served Defendants with Lead Plaintiffs' Supplement to Fed. R. Civ. P. 26(a) Initial Disclosures which contained, among others, the names Teresa Bondurant, Karen Fridley, Diana Jeanty and Michelle Joans. On May 9, 2012, Plaintiffs served Defendants with Lead Plaintiffs' Second Supplement to Fed. R. Civ. P. 26(a)(1) which contained, among others, the names Tim Bates and Denise Luedtke. In order to avoid any claim of surprise on the part of Defendants, and because we were still in the process of identifying and narrowing the potential number of witnesses, I included in the supplemental disclosures all witnesses known to Plaintiffs at that time, including from their investigators, that might possibly possess information that supported Plaintiffs' claims in this case.

12. In an effort to compromise and avoid Court intervention, Plaintiffs' counsel proposed by email to meet and confer in response to Defendants' Motion to Preclude Use of

DECL. OF ANNE BOX IN SUPPORT OF PLAINTIFFS'
RESPONSE TO DEFS.' MOTION TO PRECLUDE USE
OF UNTIMELY DISCLOSED WITNESSES PURSUANT TO
FED. R. CIV. P. 37(c)(1)
Case No. C09-037 MJP — 3

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1  Untimely Witnesses and offered to narrow the list of potential witnesses contained in the
2  supplemental disclosures to designate six for use at trial. *See* Ex. 2. During a telephone call with
3  Defendants' counsel, we again offered to narrow the list of potential witnesses to Joans, Bates,
4  Jeanty, Luedtke, Bondurant and Fridley. Counsel for Defendants, however, refused to amend
5  their motion, even with respect to the use of Joans and Bates at trial.

I declare under penalty of perjury that the foregoing is true.

Executed at San Diego, CA on June 11, 2012.

          /s/ Anne L. Box
Anne L. Box
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
E-mail: abox@scott-scott.com

DECL. OF ANNE BOX IN SUPPORT OF PLAINTIFFS'
RESPONSE TO DEFS.' MOTION TO PRECLUDE USE
OF UNTIMELY DISCLOSED WITNESSES PURSUANT TO
FED. R. CIV. P. 37(c)(1)
Case No. C09-037 MJP — 4

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 11, 2012.

    /s/ Anne L. Box
Anne L. Box
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
E-mail: abox@scott-scott.com

DECL. OF ANNE BOX IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFS.' MOTION TO PRECLUDE USE OF UNTIMELY DISCLOSED WITNESSES PURSUANT TO FED. R. CIV. P. 37(c)(1)
Case No. C09-037 MJP — 5

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565