# EXHIBIT 1



**SCOTT + SCOTT**

January 3, 2012

<u>**VIA FEDEX**</u>

Michael A. Paskin
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

John D. Pernick
Jee Young You
Bingham McCutchen
3 Embarcadero Ctr.
San Francisco, CA 94111-4067

Re: *In re Washington Mutual Mortgage Backed Securities Litigation*, No. C09-0037 (MJP) (W.D. Wash)

Dear Michael:

Enclosed please find one CD containing transcripts from depositions taken in *In re Washington Mutual, Inc. Securities, Derivative & ERISA* Litigation, No. 2:08-md-1919-MJP and associated exhibits. The parties to the MDL action produced these transcripts upon the request of plaintiffs in the above-referenced action. The transcripts and exhibits are designated as confidential under the Stipulated Protective Order, Dkt. No. 213.

If you have any questions, please contact us.

Sincerely,
SCOTT+SCOTT LLP

*Hal D. Cunningham /MTL*

Hal D. Cunningham

HDC/mtl
Enclosure

cc: Joseph P. Guglielmo
    Joshua S. Devore

---

ATTORNEYS AT LAW

NEW YORK
CONNECTICUT
OHIO
CALIFORNIA

SCOTT + SCOTT, LLP
500 FIFTH AVENUE
40TH FLOOR
NEW YORK, NY 10110

212 223-6444 VOICE
212 223-6334 FAX
SCOTTLAW@SCOTT-SCOTT.COM
WWW.SCOTT-SCOTT.COM

