The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | MASTER CASE NO. C09-037 MJP<br><br>**DECLARATION OF MICHAEL A. SANFILIPPO IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO PRECLUDE USE OF UNTIMELY DISCLOSED EXPERT OPINIONS OF IRA HOLT AND CHARLES D. COWAN PURSUANT TO FED. R. CIV. P. 37(c)(1)** |

*Declaration of Michael A. Sanfilippo in Support of Defendants' Reply in Support of Their Motion To Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1) - (CV09-037 MJP)*

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1    I, MICHAEL A. SANFILIPPO, hereby declare as follows under penalty of

2    perjury pursuant to 28 U.S.C. § 1746:

3        1.    I am an attorney at law licensed to practice in the State of New York.  I am an

4    associate of the firm of Cravath, Swaine & Moore LLP, counsel of record for Defendants WaMu

5    Asset Acceptance Corp. and WaMu Capital Corp. (collectively, the "WaMu Defendants") in this

6    matter.  I submit this declaration in support of Defendants' Reply in Support of Their Motion To

7    Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant

8    to Fed. R. Civ. P. 37(c)(1).  By virtue of my representation of the WaMu Defendants in this

9    matter, I have personal knowledge of the facts set forth below, or knowledge based on

10   information and belief, and could and would testify competently to those facts if called to do so.

11       2.    Attached as Exhibit 1 is a true and correct copy of one of the exhibits to the

12   March 30, 2012 rebuttal expert report of Defendants' underwriting expert, George Ostendorf.

13   Personally identifying and financial information has been redacted from the exhibit to protect the

14   individual borrower's privacy.  The exhibit illustrates the detailed analysis that Mr. Ostendorf

15   undertook with respect to each loan that Mr. Holt claimed was materially defective (out of the

16   original 424 loan sample).  For each such loan, Mr. Ostendorf and his staff reviewed the

17   applicable underwriting guidelines, the relevant loan file (which typically was at least several

18   hundred pages long), populated 90 fields of information on the attached exhibit and, where

19   appropriate, offered a point-by-point analysis and rebuttal of the alleged deficiencies raised by

20   Mr. Holt.

21       I hereby declare, under penalty of perjury under the laws of the United States of

22   America, that the foregoing is true and correct.

23       DATED this 22nd day of June, 2012, at New York, New York.

24                           Michael A. Sanfilippo

25

*Declaration of Michael A. Sanfilippo in Support of Defendants' Reply in Support of Their Motion To Preclude Use of Untimely Disclosed Expert Opinions of Ira Holt and Charles D. Cowan Pursuant to Fed. R. Civ. P. 37(c)(1) - (CV09-037 MJP)*    1

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

# Exhibit 1

## Loan Identification

| | | | | |
|---|---|---|---|---|
| (1)Loan Number: | Redaction | (2)Deal ID: | Redaction | (3)Tranche: Redaction |
| (4)Borrower Name: | | (5)Co-Borrower Name: | | (6)Subject Property Address: |

| Loan Type | | Loan Profile | | Property | |
|---|---|---|---|---|---|
| (7)Type: | Interest Only ARM | (12)Origination Date: Redaction | (19)Original LTV: Redaction | (25)Property Type: Redaction | (29)2nd Appraisal Value: Redaction |
| (8)ARM Features: | 7/1 Libor | (13)Lock Date: | (20)Doc Type: | (26)# of Units: | (30)2nd Appraisal Date: |
| (9)CUG Date: | 04/07/2006 | (14)Closing Date: | (21)Lien Position: | (27)Appraisal Value: | (31)Purchase Price: |
| (10)PPG Date: | 04/11/2006 | (15)First Payment Date: | (22)Other Financing: | (28)Appraisal Date: | (32)Original List Price: |
| (11)Channel: | Premier Broker | (16)Original Balance: | (23)MI?: | | |
| | | (17)Qual. Note Rate: | (24)Payment Shock Analysis Req?: | | |
| | | (18)Initial Note Rate: | | | |

## Loan Application

| | | | |
|---|---|---|---|
| (33)Loan Purpose: | Redaction | (35)Occupancy: Redaction | (37)AUS & AUS Decision: Redaction |
| (34)First Time Home Buyer? | | (36)Total Number of Properties Owned: | |

| *Employment/Income* | | | | *Liabilities* | |
|---|---|---|---|---|---|
| (38)B1 Occupation: | Redaction | (49)B2 Occupation: Redaction | (60)Mtg(s): Redaction | | |
| (39)B1 Employer: | | (50)B2 Employer: | (61)Installments: | | |
| (40)B1 Employer City & State: | | (51)B2 Employer City & State: | (62)Revolving: | | |
| (41)B1 Yrs in Industry: | | (52)B2 Yrs in Industry: | (63)Garnishments: | | |
| (42)B1 Yrs in Job: | | (53)B2 Yrs in Job: | (64)P&I: | | |
| (43)B1 3rd Party Verification Required? | | (54)B2 3rd Party Verification Required? | (65)2nd Mtg: | | |
| (44)B1 Employer Verification Type: | | (55)B2 Employer Verification Type: | (66)Taxes: | | |
| (45)B1 Monthly Income: | | (56)B2 Monthly Income: | (67)HOI/HOA: | | |
| (46)B1 Citizenship? | | (57)B2 Citizenship? | (68)Other: | | |
| (47)B1 SSN Available? | | (58)B2 SSN Available? | (69)Total of (64) through (68): | | |
| (48)B1 Years in Previous Residence: | | (59)B2 Years in Previous Residence: | | | |

## Credit Profile

| Comparison Analysis: | Guidelines | Guide Citation | Origination | Quattro | Holt | Variance Quattro vs Holt | Comments |
|---|---|---|---|---|---|---|---|
| (70)Housing Ratio: | 27.690% | CUG pgs 6-10 | Redaction | | | 20.292% | Holt disallowed B2 income. See #89 below. Redaction |
| (71)Debt to Income Ratio: | 31.020% | CUG pgs 6-10 | | | | 28.147% | Holt disallowed B2 income. See #89 below. |
| (72)PITI: | Portion of monthly payment | CUG pgs G-15 | | | | $102.46 | Holt used lower taxes and insurance premium |
| (73)Loan Amount: | $1,000,000 | PPG pgs 2-76 | | | | $0.00 | |
| (74)Combined Loan Amount: | NA | NA | | | | $0.00 | |
| (75)Credit Score: | 680 | PPG pgs 2-67 | | | | 0 | |
| (76)Trade Lines: | No Minimum | CUG pgs 3-13 | | | | 0 | |
| (77)Mortgage/Rental History: | 0x30 in last 12 mos | CUG pgs 3-20 | | | | 0 | |
| (78)Income: | Must be reasonable | CUG pgs 4-3 | | | | $7,083.00 | Holt disallowed B2 income. See #89 below. Redaction |
| (79)Assets: | ID borrower acct info | CUG pgs 5-2 | | | | $256,715.16 | Retirement statements and HUD from sale of existing residence in file. |
| (80)Required Reserves in $ & mos.: | 6 Months PITI | CUG Pgs 5-5 | | | | 0 | |
| (81)LTV: | 90.00% | PPG pgs 2-76 | | | | 0.000% | |
| (82)CLTV: | NA | NA | | | | 0.000% | |
| (83)Cash Out: | NA | NA | | | | $0.00 | |
| (84)Cash to Close: | Borrowers own funds | CUG pgs 5-2 | | | | $194,760.74 | Retirement statements and HUD from sale of existing residence in file. |
| (85)Payment Shock: | NA | NA | | | | | |
| (86)Open Collections/Judgments/Liens: | NA | NA | | | | | |

## Assessment of Loan Audit

**(87)Reported Defects:**

1. DTI exceeds guidelines when correctly calculated
2. Missing required verification of employment
3. Missing asset verification documentation
4. Missing approval documentation

**(88)Assessment:**

1. B2 income is [redacted] Work Number verification dated 04/13/2006, states date of hire [redacted] is an [redacted] and is an active employee. When B2 income is included, DTI is within published DTI guideline for manual underwriting: 30/38% (CUG pg. 6-10).
2. Work Number verification dated 04/13/2006, states date of hire [redacted] is a [redacted] Corporal and is an active employee. When B2 income is included DTI is within guidelines
3. Final HUD in file dated [redacted] showing proceeds of [redacted] on sale of previous residence. Funds to close for subject loan sent directly from the sale escrow
4. Final underwriting approval dated [redacted] is in file

**(89)Other:**

1. Regarding asset documentation, there is also a [redacted] retirement statement in file for [redacted] with a balance of [redacted] which is not included in verified assets.

3

**(90)Conclusion(Agree/Disagree):Disagree**

HIGHLY CONFIDENTIAL

**Ostendorf Reviewed: Yes**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Zurofsky azurofsky@cahill.com

Amanda F. Lawrence alawrence@scott-scott.com

Anne L. Box abox@scott-scott.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

Christopher E Lometti clometti@cohenmilstein.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Daniel Slifkin dslifkin@cravath.com

Edward C. Signaigo esignaigo@scott-scott.com

Evan R. Chesler echesler@cravath.com

Floyd Abrams fabrams@cahill.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com,
        lmoore@riddellwilliams.com

Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com,
        halcunningham@gmail.com

Hector J. Valdes hvaldes@cravath.com

*Certificate of Service*
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1   Hollis Lee Salzman (Terminated) hsalzman@labaton.com,  ElectronicCaseFiling@labaton.com

2   James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

3   Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com,

4           wcruz@tousley.com

5   Jason T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com

6   Jesse M. Weiss jweiss@cravath.com

7   Joel P Laitman jlaitman@cohenmilstein.com

8   John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

9   John D. Pernick john.pernick@bingham.com

10  John T. Jasnoch jjasnoch@scott-scott.com

11  Jonathan Gardner jgardner@labaton.com

12  Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

13  Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com

14  Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

15  Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

16  Julie Goldsmith Reiser jreiser@cohenmilstein.com

17  Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com

18  J. Wesley Earnhardt wearnhardt@cravath.com

19  Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

20  Kenneth M Rehns krehns@cohenmilstein.com

21  Kerry F Cunningham kerry.cunningham@dlapiper.com

22  Kevin P Chavous kchavous@sonnenschein.com

23  Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com,

24  wcruz@tousley.com

25

*Certificate of Service*
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1    Larry Steven Gangnes gangnesl@lanepowell.com, docketingsea@lanepowell.com,

2          donnellyjossm@lanepowell.com, sebringl@lanepowell.com

3    Leslie D Davis ldavis@sonnenschein.com

4    Mary Kay Vyskocil mvyskocil@stblaw.com

5    Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

6    Michael A. Paskin mpaskin@cravath.com

7    Michael H. Barr mbarr@sonnenschein.com

8    Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com

9    Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

10   Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com,

11         mdowns@riddellwilliams.com

12   Richard A Speirs rspeirs@cohenmilstein.com

13   Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

14   Robert D Stewart stewart@kiplinglawgroup.com

15   Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com,

16         nina.marie@dlapiper.com

17   Ryan Wagenleitner rwagenleitner@scott-scott.com

18   S Douglas Bunch dbunch@cohenmilstein.com

19   Serena Rich ardson (Terminated) srichardson@labaton.com,

20         ElectronicCaseFiling@labaton.com

21   Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

22   Stephen M. Rummage steverummage@dwt.com, jeannecadley@dwt.com,

23         seadocket@dwt.com

24   Steve W. Berman steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

25   Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

*Certificate of Service*
(CV09-037 MJP)

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

Steven P Caplow stevencaplow@dwt.com, jasonSchattenkerk@dwt.com,

patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com,

reception@corrcronin.com

Susan L. Hoffman susan.hoffman@bingham.com

Tammy Roy troy@cahill.com

Thomas G. Rafferty trafferty@cravath.com

Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

DATED this 22nd day of June, 2012 at Seattle, Washington.

By: /s/ Louis D. Peterson
Louis D. Peterson, WSBA #5776
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: ldp@hcmp.com

*Certificate of Service*
(CV09-037 MJP)

HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue,  Suite 500
Seattle, Washington   98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789