HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No. 2:09-cv-00037-MJP<br><br>**STIPULATION AND AGREED ORDER MODIFYING DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: JUNE 28, 2012** |

## I. STIPULATION

**A.  Motions in Limine and *Daubert* Motions**

Pursuant to the Scheduling Order (Doc. No. 207), the deadline for the parties to file motions in limine and *Daubert* motions is Sunday, July 1, 2012.

The parties agree that because the submission date for *Daubert* motions and motions in limine is a non-court day, and due to the closure of the ECF system for maintenance on the scheduled date, the appropriate date for submission is the next court day. Therefore, under Local Rules 7(d)(1) and 10(g), the parties jointly request leave to modify the deadline as follows:

- Plaintiffs and defendants will file their motions in limine and *Daubert* motions on July 2, 2012.

- Plaintiffs will note their motion for consideration on July 20, 2012.

STIPULATION AND AGREED ORDER MODIFYING DEADLINES
(2:09-cv-00037-MJP) - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

- Defendants will note their motion for consideration in accordance with Local Rule 7(d).

**B.   Proposed Pretrial Order**

Also pursuant to the Scheduling Order (Doc. No. 207), the deadline for the parties to file the Proposed Pretrial Order is Sunday, July 15, 2012. The parties agree the appropriate date for submission is the next court day. Under Local Rules 7(d)(1) and 10(g), the parties jointly request leave to file the Pretrial Order on July 16, 2012.

Dated: June 28, 2012            TOUSLEY BRAIN STEPHENS PLLC

By: *s/ Janissa A. Strabuk*
By: *s/ Kim D. Stephens*
   Kim D. Stephens, WSBA #11984
   Janissa A. Strabuk, WSBA #21827
   1700 Seventh Avenue, Suite 2200
   Seattle, Washington 98101
   Telephone: (206) 682-5600
   Facsimile: (206) 682-2992
   Email:   kstephens@tousley.com
            jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

Dated: June 28, 2012            SCOTT+SCOTT LLP

By:  *s/ Anne L. Box*
   Anne L. Box (admitted pro hac vice)
   John T. Jasnoch (admitted pro hac vice)
   Ryan Wagenleitner (admitted pro hac vice)
   707 Broadway, Suite 1000
   San Diego, CA 92101
   Telephone: (619) 233-4565
   Email:   jjasnoch@scott-scott.com
            rwagenleitner@scott-scott.com
            abox@scott-scott.com

   David R. Scott (admitted *pro hac vice*)
   Amanda F. Lawrence (admitted *pro hac vice*)
   156 South Main Street
   Colchester, CT 06415
   Telephone: (860) 537-5537

STIPULATION AND AGREED ORDER MODIFYING DEADLINES
(2:09-cv-00037-MJP) - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

```
                              Facsimile: (860) 537-4432
                              Email:   dscott@scott-scott.com
                                        alawrence@scott-scott.com

                              Beth A. Kaswan (admitted *pro hac vice*)
                              500 Fifth Avenue, 40th Floor
                              New York, New York 10110
                              Telephone: (212) 223-6444
                              Facsimile: (212) 223-6334
                              Email:   bkaswan@scott-scott.com

                        COHEN MILSTEIN SELLERS & TOLL PLLC

                              Steven J. Toll
                              Julie Goldsmith Reiser
                              Joshua S. Devore (admitted *pro hac vice*)
                              Matthew B. Kaplan (admitted *pro hac vice*)
                              S. Douglas Bunch (admitted *pro hac vice*)
                              1100 New York Avenue, N.W.
                              Suite 500, West Tower
                              Washington, D.C. 20005
                              Telephone: (202) 408-4600
                              Facsimile: (202) 408-4699
                              Email:   stoll@cohenmilstein.com
                                        jreiser@cohenmilstein.com
                                        jdevore@cohenmilstein.com
                                        mkaplan@cohenmilstein.com
                                        dbunch@cohenmilstein.com

                              Joel P. Laitman (admitted *pro hac vice*)
                              Christopher Lometti (admitted *pro hac vice*)
                              Daniel B. Rehns (admitted *pro hac vice*)
                              88 Pine Street, 14th Floor
                              New York, New York 10005
                              Tel: (212) 838-7797
                              Fax: (212) 838-7745
                              Email:   jlaitman@cohenmilstein.com
                                        clometti@cohenmilstein.com
                                        drehns@cohenmilstein.com

                              *Lead Counsel for the Proposed Class*
```

STIPULATION AND AGREED ORDER MODIFYING DEADLINES
(2:09-cv-00037-MJP) - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | | |
|---|---|---|
| 1 | Dated:  June 28, 2012 | HILLIS CLARK MARTIN & PETERSON, P.S. |
| 2 | | By:  *s/ Louis D. Peterson* |
| | | Louis D. Peterson, WSBA #5776 |
| 3 | | 1221 Second Avenue, Suite 500 |
| | | Seattle, WA 98101-2925 |
| 4 | | Tel: (206) 623-1745 |
| | | Fax: (206) 623-7789 |
| 5 | | Email: ldp@hcmp.com |
| 6 | Dated:  June 28, 2012 | BINGHAM MCCUTCHEN LLP |
| 7 | | |
| 8 | | By:  *s/ John D. Pernick* |
| | | John D. Pernick (admitted *pro hac vice*) |
| 9 | | Jee Young You (admitted *pro hac vice*) |
| | | Three Embarcadero Center |
| 10 | | San Francisco, CA 94111-4067 |
| | | Tel: (415) 393-2000 |
| 11 | | Fax: (415) 393-2286 |
| | | Email: john.pernick@bingham.com |
| 12 | | Jeeyoung.you@bingham.com |
| 13 | | |
| | | Theo J. Robins (admitted *pro hac vice*) |
| 14 | | 399 Park Avenue |
| | | New York, NY 10022-4689 |
| 15 | | Tel: (212) 705-7000 |
| | | Fax: (212) 702-3680 |
| 16 | | Email: theo.robins@bingham.com |
| 17 | | |
| | | *Attorneys for Defendants* |
| 18 | | *Washington Mutual Asset Acceptance* |
| | | *Corporation, Washington Mutual Capital* |
| 19 | | *Corporation, David Beck, Richard Careaga,* |
| | | *Rolland Jurgens, and Diane Novak* |
| 20 | | |

STIPULATION AND AGREED ORDER MODIFYING DEADLINES
(2:09-cv-00037-MJP) - 4

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| Dated: June 28, 2012 | CRAVATH SWAINE & MOORE, LLP |
| | By: <u>*s/ Michael A. Paskin*</u><br>Michael A. Paskin (admitted *pro hac vice*)<br>Wes Earnhardt (admitted *pro hac vice*)<br>Worldwide Plaza<br>825 8th Avenue<br>New York, NY 10019<br>Tel: (212) 474-1000<br>Fax: (212) 474-3700<br>Email: mpaskin@cravath.com<br>            wearnhardt@cravath.com |
| | *Attorneys for Defendants*<br>*Washington Mutual Asset Acceptance*<br>*Corporation and Washington Mutual Capital*<br>*Corporation* |

STIPULATION AND AGREED ORDER MODIFYING DEADLINES
(2:09-cv-00037-MJP) - 5

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

## II. ORDER

IT IS SO ORDERED.

Dated: _____

Hon. Marsha J. Pechman
United States District Judge

STIPULATION AND AGREED ORDER MODIFYING DEADLINES
(2:09-cv-00037-MJP) - 6

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

## II. ORDER

IT IS SO ORDERED.

Dated: _____

Hon. Marsha J. Pechman
United States District Judge

STIPULATION AND AGREED ORDER MODIFYING DEADLINES
(2:09-cv-00037-MJP) - 6

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, sebringl@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, mbergquam@riddellwilliams.com, mdowns@riddellwilliams.com

Bruce Earl Larson (Terminated) blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com, dhammonds@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage (Terminated) steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com

Dennis H Walters (Terminated) dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr (Terminated) mliles@karrtuttle.com

Steven P Caplow (Terminated) stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Nancy A Pacharzina (Terminated) npacharzina@tousley.com, mhottman@tousley.com

STIPULATION AND AGREED ORDER MODIFYING DEADLINES
(2:09-cv-00037-MJP) - 7

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

Walter Eugene Barton (Terminated) gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

David M Balabanian david.balabanian@bingham.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Susan L Hoffman susan.hoffman@bingham.com

Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

John D Pernick john.pernick@bingham.com

Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com

Brian C Free bcf@hcmp.com, gcp@hcmp.com

Christopher M Huck (Terminated) buck@kdg-law.com

Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com

Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Richard A Speirs rspeirs@cohenmilstein.com

Bradley T. Meissner bradley.meissner@dlapiper.com

Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Mary Kay Vyskocil mvyskocil@stblaw.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

Kerry F Cunningham kerry.cunningham@dlapiper.com

Corey E Delaney corey.delaney@dlapiper.com, kerry.cunningham@dlapiper.com, patrick.smith@dlapiper.com, richard.hans@dlapiper.com

S Douglas Bunch dbunch@cohenmilstein.com

STIPULATION AND AGREED ORDER MODIFYING DEADLINES
(2:09-cv-00037-MJP) - 8

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   Darren J Robbins e_file_sd@csgrr.com

2   Jonathan Gardner jgardner@labaton.com

3   Hollis Lee Salzman (Terminated) hsalzman@labaton.com,
    ElectronicCaseFiling@labaton.com
4

5   Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

6   Joel P Laitman jlaitman@cohenmilstein.com

7   Christopher E Lometti clometti@cohenmilstein.com

8   Michael H. Barr mbarr@sonnenschein.com

9   Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

10  Leslie D Davis ldavis@sonnenschein.com
11
12  Kevin P Chavous kchavous@sonnenschein.com

13  Joseph A. Fonti (Terminated) jfonti@labaton.com, ElectronicCaseFiling@labaton.com

14  Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

15  Serena Richardson (Terminated) srichardson@labaton.com,
    ElectronicCaseFiling@labaton.com
16

17  Frank Busch frank.busch@bingham.com, frank.downing@bingham.com

18  Hal D Cunningham hcunningham@scott-scott.com, efile@scott-scott.com,
    halcunningham@gmail.com
19

20  Julie Hwang (Terminated) jhwang@labaton.com, ElectronicCaseFiling@labaton.com

21  Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

22  Kenneth M Rehns krehns@cohenmilstein.com

23  Adam Zurofsky azurofsky@cahill.com

24  Tammy Roy troy@cahill.com

25  Floyd Abrams fabrams@cahill.com
26
27  James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

STIPULATION AND AGREED ORDER MODIFYING DEADLINES
(2:09-cv-00037-MJP) - 9

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1. Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

2. Theo J. Robins theo.robins@bingham.com

3. Brian O. O'Mara bo'mara@rgrdlaw.com, e_file_sd@rgrdlaw.com

4. Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

5. Matthew B. Kaplan mkaplan@cohenmilstein.com, efilings@cohenmilstein.com

6. Julie Goldsmith Reiser jreiser@cohenmilstein.com

7. Jee Young You jeeyoung.you@bingham.com

8. Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

9. Evan R. Chesler echesler@cravath.com

10. Thomas G. Rafferty trafferty@cravath.com

11. Daniel Slifkin dslifkin@cravath.com

12. Michael A. Paskin mpaskin@cravath.com

13. J. Wesley Earnhardt wearnhardt@cravath.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**
WaMu Officer Defendants Securities MDL

Dated June 28, 2012.

By: *s/ Janissa A. Strabuk*
By: *s/ Kim D. Stephens*
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: jstrabuk@tousley.com
kstephens@tousley.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

STIPULATION AND AGREED ORDER MODIFYING DEADLINES
(2:09-cv-00037-MJP) - 10

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992