THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>**DECLARATION OF S. DOUGLAS BUNCH IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE PROFERRED EXPERT TESTIMONY OF JOHN GRAHAM**<br><br>NOTE ON MOTION CALENDER:<br>July 20, 2012<br><br>ORAL ARGUMENT REQUESTED |

DECLARATION OF S. DOUGLAS BUNCH IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE PROFERRED EXPERT TESTIMONY OF JOHN GRAHAM  Case No. C09-0037 MJP - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

I, S. Douglas Bunch, hereby declare as follows:

1. I am an attorney admitted *pro hac vice* to practice in the Western District of Washington. I am associated with the law firm of Cohen Milstein Sellers & Toll PLLC, counsel of record for Plaintiffs. I make this declaration in support of Plaintiffs' Reply in Further Support of Their Motion to Exclude the Proffered Expert Testimony of John Graham. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the June 28, 2012 Deposition Transcript of Adam J. Levitin.

3. Attached as Exhibit 2 is a true and correct copy of Exhibit 922 to the Deposition of Christopher M. James, Ph.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of July, 2012, at Washington, District of Columbia.

    /s/ S. Douglas Bunch
S. Douglas Bunch (Admitted *Pro Hac Vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dbunch@cohenmilstein.com

DECLARATION OF S. DOUGLAS BUNCH IN SUPPORT
OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR
MOTION TO EXCLUDE THE PROFERRED EXPERT
TESTIMONY OF JOHN GRAHAM  Case No. C09-0037 MJP - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992