# Exhibit 1

# In The Matter Of:

*WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION*

_____

*ADAM J. LEVITIN - Vol. 1*
*June 28, 2012*

_____

*CONFIDENTIAL*

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

**CONFIDENTIAL**
**ADAM J. LEVITIN - 6/28/2012**

1

```
 1                    ADAM J. LEVITIN
 2   UNITED STATES DISTRICT COURT
 3   WESTERN DISTRICT OF WASHINGTON
 4   AT SEATTLE
 5
     ------------------------------------------------x
 6   IN RE:   WASHINGTON MUTUAL MORTGAGE BACKED
     SECURITIES LITIGATION
 7
     Master Case No. C09-0037
 8
     ------------------------------------------------x
 9
                    CONFIDENTIAL
10
                         June 28, 2012
11
                         9:35 a.m.
12
13           Videotaped deposition of ADAM J.
     LEVITIN, at the offices of Scott + Scott, 500
14   Fifth Avenue, New York, New York, before Nancy
     Mahoney, a Certified Court Reporter, Registered
15   Professional Reporter, Certified LiveNote
     Reporter, and Notary Public within and for the
16   States of New York and New Jersey.
17
18
19
20
21
22
23
24
25
```

**CONFIDENTIAL**
**ADAM J. LEVITIN - 6/28/2012**

167

1  ADAM J. LEVITIN
2  With respect to the questioning on
3  authorities for certain of the statements that
4  are made in that paragraph.
5  Have you ever heard the term "skin
6  in the game"?
7      A.   Yes.
8      Q.   And what does that refer to?
9      A.   In the context of securitization,
10  it means whether the securitization sponsor --
11  usually the sponsor, sometimes an originator,
12  but usually whether the sponsor has a stake in
13  the performance of the -- of the deal.
14  So if the secur -- does the sponsor
15  share in the risk in the securitization.
16      Q.   Would that concept include whether
17  or not loans remained on the balance sheet?
18      A.   Well, if loans remained on balance
19  sheet, assuming that there is no insurance for
20  them, then there is a hundred percent skin in
21  the game.
22      Q.   Okay.  Sir, in connection with the
23  congressional hearings relating -- related to
24  Dodd-Frank, was the issue of skin in the game
25  evaluated?

**CONFIDENTIAL**
**ADAM J. LEVITIN - 6/28/2012**

168

1             **ADAM J. LEVITIN**
2        A.    Yes, this was actually a critical
3   piece of Dodd-Frank.
4              There is -- I believe it's in
5   Title IX of Dodd-Frank -- I'm not sure I have --
6   I can give you the citation -- the U.S. code off
7   the top of my head -- but in Title IX of
8   Dodd-Frank modifying the securities law and
9   Title 15 of the U.S. code, there is now a
10  provision requiring skin in the game for non --
11  for securitizations other than of qualified
12  residential mortgages.
13       **Q.    And was there any testimony or any**
14  **studies that supported that change?**
15       A.    Quite a few.  That this was
16  something that was -- that has been a major
17  concern about securitization in the academic
18  literature for some time, about whether there is
19  a moral hazard in securitization because the
20  securitization sponsor is likely to have private
21  information about the assets that the investors
22  do not have and is able to transfer the risk on
23  the assets to the investors.
24              So it's a very non --
25  non-exhaustive list of works that reference

**CONFIDENTIAL**
**ADAM J. LEVITIN - 6/28/2012**

169

```
 1                   ADAM J. LEVITIN
 2   this.  There is an article by Chris Mayer, I
 3   think with some co-authors.  Chris is a
 4   professor at the Columbia Business School.
 5            Actually, the defendants' expert,
 6   Mr. James, has an article looking at this
 7   himself and certainly sites some other sources
 8   within that.
 9            MS. KASWAN:  I have no further
10   questions of the witness.
11            EXAMINATION BY MR. CHESLER:
12       Q.   Do you have any knowledge about any
13   information which the sponsor for any of the
14   deals at issue in this case had that was not
15   known to the investors?
16       A.   It -- it is my understanding that
17   Washington Mutual as sponsor of these deals was
18   aware that it had changed -- changed its
19   underwriting process in numerous ways and also
20   did not -- and also was not always following its
21   underwriting process and that that was not
22   communicated to the plaintiffs in the -- in this
23   litigation.
24       Q.   What's that understanding based on?
25       A.   That understanding is based on
```