The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | No. 2:09-cv-00037 (MJP)<br><br>**DECLARATION OF AMANDA F. LAWRENCE IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF CHRISTOPHER JAMES, Ph.D.**<br><br>**Note on Motion Calendar:**<br>**July 20, 2012** |

DECLARATION OF AMANDA F. LAWRENCE IN SUPPORT OF
PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION
MOTION TO EXCLUDE THE PROFFERED EXPERT
TESTIMONY OF CHRISTOPHER JAMES, Ph.D.
No. 2:09-cv-00037-MJP

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

I, Amanda F. Lawrence, hereby swear as follows:

1. I am an attorney licensed to practice in the State of Connecticut. I am associated with the law firm of Scott+Scott LLP, counsel of record for Plaintiffs. I make this declaration in support of the Plaintiffs' Reply to Defendants' Opposition to Motion to Exclude the Proffered Expert Testimony of Christopher James, Ph.D. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the transcript of the June 21, 2012 deposition of Christopher James, Ph.D.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the transcript of the June 28, 2012 deposition of Adam Levitin.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of July, 2012, at Colchester, Connecticut.

*[signature]*
Amanda F. Lawrence (admitted *pro hac vice*)
SCOTT+SCOTT LLP
156 South Main Street
Colchester, CT 06415
Telephone: 860-537-5537
Fax: 860-537-4432
E-mail: alawrence@scott-scott.com

DECLARATION OF AMANDA F. LAWRENCE IN SUPPORT OF
PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION
MOTION TO EXCLUDE THE PROFFERED EXPERT
TESTIMONY OF CHRISTOPHER JAMES, Ph.D.
(NO. 2:09-CV-0037-MJP)

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, gracen@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Bruce Earl Larson (Terminated) blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage (Terminated) steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com

Dennis H Walters (Terminated) dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr (Terminated) mliles@karrtuttle.com

Steven P Caplow (Terminated) stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, mhottman@tousley.com, wcruz@tousley.com

Walter Eugene Barton (Terminated) gbarton@karrtuttle.com, danderson@karrtuttle.com,

(NO. 2:09-CV-0037-MJP) - 1
4898/001/241396.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1   nrandall@karrtuttle.com

2   Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

3

4   David M Balabanian david.balabanian@bingham.com

5   Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

6   Susan L Hoffman susan.hoffman@bingham.com

7   Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

8   John D Pernick john.pernick@bingham.com

9   Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com,

10  reception@corrcronin.com

11  Brian C Free bcf@hcmp.com, bkp@hcmp.com

12  Christopher M Huck (Terminated) buck@kdg-law.com

13  Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com

14

15  Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

16  Richard A Speirs rspeirs@cohenmilstein.com

17  Bradley T. Meissner bmeissner@fenwick.com

18  Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

19  Mary Kay Vyskocil mvyskocil@stblaw.com

20  Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

21  Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

22

23  S Douglas Bunch dbunch@cohenmilstein.com

24  Darren J Robbins e_file_sd@csgrr.com

25  Jonathan Gardner jgardner@labaton.com

26  Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

27  Joel P Laitman jlaitman@cohenmilstein.com

(NO. 2:09-CV-0037-MJP) - 2
4898/001/241396.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  Christopher E Lometti clometti@cohenmilstein.com

2  Michael H. Barr mbarr@sonnenschein.com

3  Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

4

5  Leslie D Davis ldavis@sonnenschein.com

6  Kevin P Chavous kchavous@sonnenschein.com

7  Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

8  Frank Busch frank.busch@bingham.com, andrew.obach@bingham.com

9  Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

10

11 Kenneth M Rehns krehns@cohenmilstein.com, efilings@cohenmilstein.com

12 Adam Zurofsky azurofsky@cahill.com

13 Tammy Roy troy@cahill.com

14 Floyd Abrams fabrams@cahill.com

15 James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

16 Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

17 Theo J. Robins theo.robins@bingham.com

18

19 Brian O O'Mara bomara@rgrdlaw.com, e_file_sd@rgrdlaw.com, johnkg@rgrdlaw.com

20 Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

21 Julie Goldsmith Reiser jreiser@cohenmilstein.com

22 Jee Young You jeeyoung.you@bingham.com

23 Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

24 Anne L. Box abox@scott-scott.com, edewan@scott-scott.com, efile@scott-scott.com

25

26 Evan R. Chesler echesler@cravath.com

27 Thomas G. Rafferty trafferty@cravath.com

(NO. 2:09-CV-0037-MJP) - 3
4898/001/241396.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | Daniel Slifkin dslifkin@cravath.com |
| 2 | Michael A. Paskin mpaskin@cravath.com |
| 3 | J. Wesley Earnhardt wearnhardt@cravath.com |
| 4 | Jesse M. Weiss jweiss@cravath.com |
| 5 | John T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com |
| 6 | Edward C. Signaigo esignaigo@scott-scott.com, efile@scott-scott.com |
| 7 | |
| 8 | Hector J Valdes hvaldes@cravath.com |
| 9 | Ryan Wagenleitner rwagenleitner@scott-scott.com |
| 10 | **2:09-cv-00037-MJP Notice will not be electronically mailed to:** |
| 11 | WaMu Officer Defendants Securities MDL |
| 12 | **2:09-cv-00134-MJP Notice has been electronically mailed to:** |
| 13 | Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com |
| 14 | John A. Kehoe jkehoe@btkmc.com |
| 15 | |
| 16 | Sharan Nirmul snirmul@btkmc.com |
| 17 | Joseph A. Fonti jfonti@labaton.com, ElectronicCaseFiling@labaton.com |
| 18 | Serena Richardson srichardson@labaton.com, ElectronicCaseFiling@labaton.com |
| 19 | **2:09-cv-00134-MJP Notice will not be electronically mailed to:** |
| 20 | WaMu Officer Defendants Securities MDL |
| 21 | **2:09-cv-00137-MJP Notice has been electronically mailed to:** |
| 22 | |
| 23 | Christopher M Huck huck@kdg-law.com |
| 24 | Hollis Lee Salzman hsalzman@labaton.com, ElectronicCaseFiling@labaton.com |
| 25 | **2:09-cv-00137-MJP Notice will not be electronically mailed to:** |
| 26 | WaMu Officer Defendants Securities MDL |
| 27 | Julie Hwang |

(NO. 2:09-CV-0037-MJP) - 4
4898/001/241396.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

LABATON SUCHAROW LLP
140 BROADWAY
FLOOR 34
NEW YORK, NY 10005

**2:09-cv-01557-MJP Notice has been electronically mailed to:**

Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com

**2:09-cv-01557-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

Dated July 20, 2012.

By:  s/ Kim D. Stephens
By:  s/ Janissa A. Strabuk
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email:  kstephens@tousley.com
            jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Class*

(NO. 2:09-CV-0037-MJP) - 5
4898/001/241396.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL. 206.682.5600 • FAX 206.682.2992