The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to:  ALL CASES | MASTER CASE NO. C09-037 MJP<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SEAL** |

THIS MATTER came before the Court on Defendants' Motion to Seal, dated July 2, 2012.  (Dkt. No. 463.)  The Court has considered Defendants' motion and any response thereto, and having been fully advised in these matters, now, therefore:

The Court HEREBY FINDS that Defendants have shown good cause to seal:

- the portions of pages 64, 72, 86-89 , 93–106, 109, 111, 113–114, 116, 138–143, 147, 174–176, 178–179, 182–183 and 186 of the Hakala Deposition (Exhibit 3 to the 7/2/12 DeMay Declaration) indicated in the redacted version of that exhibit filed by Defendants;

- the portions of pages 13 and 14 (and James Exhibits 4A–4F and 5) of the James Report (Exhibit 5 to the 7/2/12 DeMay Declaration) indicated in the redacted version of that exhibit filed by Defendants;

*Order Granting Defendants' Motion to Seal: (CV09-037 MJP)*   1

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

1    •   the portions of pages 4–5, 8–9 and 11 of Defendants' Motion to Exclude the Proffered
2        Expert Testimony of Scott D. Hakala, Ph.D., CFA, indicated in the redacted version of
3        that motion filed by Defendants.
4      The above documents disclose information that is subject to protection under federal law
5 and the Stipulated Protective Order and Stipulated Order Regarding the "Clawback" of
6 Documents the Court entered in this matter (Dkt. 213), and the interests of preserving the privacy
7 of that information outweigh the public's interest in reviewing that material.
8      IT IS HEREBY ORDERED that the materials indicated above shall be sealed by the
9 Clerk of the Court under Local Rule 5(g).
10      DATED this 30th day of July, 2012.

                                        Marsha J. Pechman
                                        United States District Judge

21 Presented by:

*Order Granting Defendants' Motion to Seal: (CV09-037 MJP)*   2

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

**HILLIS CLARK MARTIN & PETERSON, P.S.**
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
1221 Second Avenue, Suite 500
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email:  ldp@hcmp.com
            bcf@hcmp.com

**BINGHAM MCCUTCHEN LLP**
David M. Balabanian (admitted *pro hac vice*)
John D. Pernick (admitted *pro hac vice*)
Frank Busch (admitted *pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
Email: david.balabanian@bingham.com
            john.pernick@bingham.com
          frank.busch@bingham.com

*Attorneys for Defendants WaMu Asset Acceptance Corp., WaMu Capital Corp., David Beck, Richard Careaga, Rolland Jurgens, and Diane Novak*

**CRAVATH, SWAINE & MOORE LLP**
**By:** */s/ Michael A. Paskin*
Evan R. Chesler (admitted *pro hac vice*)
Daniel Slifkin (admitted *pro hac vice*)
Michael A. Paskin (admitted *pro hac vice*)
Wes Earnhardt (admitted *pro hac vice*)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
Email: echesler@cravath.com;
            dslifkin@cravath.com;
            mpaskin@cravath.com;
            wearnhardt@cravath.com

*Attorneys for Defendants WaMu Asset Acceptance Corp. and WaMu Capital Corp.*

*Order Granting Defendants' Motion to Seal: (CV09-037 MJP)*   3

**HILLIS CLARK MARTIN & PETERSON P.S.**
1221 Second Avenue,  Suite 500
Seattle, Washington  98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789