THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>**DECLARATION OF S. DOUGLAS BUNCH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE PROFERRED EXPERT TESTIMONY OF JAMES F. MILLER**<br><br>NOTE ON MOTION CALENDAR:<br>August 3, 2012<br><br>ORAL ARGUMENT REQUESTED |

DECLARATION OF S. DOUGLAS BUNCH IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
EXCLUDE THE PROFERRED EXPERT TESTIMONY OF JAMES F. MILLER - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

I, S. Douglas Bunch, hereby declare as follows:

1. I am an attorney admitted *pro hac vice* to practice in the Western District of Washington. I am associated with the law firm of Cohen Milstein Sellers & Toll PLLC, counsel of record for Plaintiffs. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of James F. Miller. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the June 26, 2012 Deposition Transcript of James F. Miller.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of July, 2012, at Washington, District of Columbia.

 /s/ S. Douglas Bunch
S. Douglas Bunch (Admitted *Pro Hac Vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dbunch@cohenmilstein.com

DECLARATION OF S. DOUGLAS BUNCH IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
EXCLUDE THE PROFERRED EXPERT TESTIMONY OF JAMES F. MILLER - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, gracen@lanepowell.com

David Daniel Hoff dhoff@tousley.com, efile@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Bruce Earl Larson (Terminated) blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage (Terminated) steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Kim D Stephens kstephens@tousley.com, cbonifaci@tousley.com, lrolling@tousley.com, wcruz@tousley.com

Robert D Stewart stewart@kiplinglawgroup.com

Dennis H Walters (Terminated) dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr (Terminated) mliles@karrtuttle.com

Steven P Caplow (Terminated) stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, lrolling@tousley.com, mhottman@tousley.com, wcruz@tousley.com

DECLARATION OF S. DOUGLAS BUNCH IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
EXCLUDE THE PROFERRED EXPERT TESTIMONY OF JAMES F. MILLER - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  Walter Eugene Barton (Terminated) gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

2
3  Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

4  David M Balabanian david.balabanian@bingham.com

5  Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

6
7  Susan L Hoffman susan.hoffman@bingham.com

8  Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

9  John D Pernick john.pernick@bingham.com

10 Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com

11 Brian C Free bcf@hcmp.com, bkp@hcmp.com

12 Christopher M Huck (Terminated) buck@kdg-law.com

13
14 Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com

15 Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

16 Richard A Speirs rspeirs@cohenmilstein.com

17 Bradley T. Meissner bmeissner@fenwick.com

18 Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

19 Mary Kay Vyskocil mvyskocil@stblaw.com

20 Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

21
22 Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

23 S Douglas Bunch dbunch@cohenmilstein.com

24 Darren J Robbins e_file_sd@csgrr.com

25 Jonathan Gardner jgardner@labaton.com

26 Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

27
28 DECLARATION OF S. DOUGLAS BUNCH IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
EXCLUDE THE PROFERRED EXPERT TESTIMONY OF JAMES F. MILLER - 4

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1  Joel P Laitman jlaitman@cohenmilstein.com

2  Christopher E Lometti clometti@cohenmilstein.com

3  Michael H. Barr mbarr@sonnenschein.com

4  Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

5  Leslie D Davis ldavis@sonnenschein.com

6  Kevin P Chavous kchavous@sonnenschein.com

7
8  Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

9  Frank Busch frank.busch@bingham.com, andrew.obach@bingham.com

10 Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

11 Kenneth M Rehns krehns@cohenmilstein.com, efilings@cohenmilstein.com

12 Adam Zurofsky azurofsky@cahill.com

13 Tammy Roy troy@cahill.com

14
15 Floyd Abrams fabrams@cahill.com

16 James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

17 Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

18 Theo J. Robins theo.robins@bingham.com

19 Brian O O'Mara bomara@rgrdlaw.com, e_file_sd@rgrdlaw.com, johnkg@rgrdlaw.com

20 Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

21
22 Julie Goldsmith Reiser jreiser@cohenmilstein.com

23 Jee Young You jeeyoung.you@bingham.com

24 Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

25 Anne L. Box abox@scott-scott.com, edewan@scott-scott.com, efile@scott-scott.com

26 Evan R. Chesler echesler@cravath.com

27
28 DECLARATION OF S. DOUGLAS BUNCH IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
EXCLUDE THE PROFERRED EXPERT TESTIMONY OF JAMES F. MILLER - 5

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

1. Thomas G. Rafferty trafferty@cravath.com

2. Daniel Slifkin dslifkin@cravath.com

3. Michael A. Paskin mpaskin@cravath.com

4. J. Wesley Earnhardt wearnhardt@cravath.com

5. Jesse M. Weiss jweiss@cravath.com

6. John T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com

7. Edward C. Signaigo esignaigo@scott-scott.com, efile@scott-scott.com

8. Hector J Valdes hvaldes@cravath.com

9. Ryan Wagenleitner rwagenleitner@scott-scott.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00134-MJP Notice has been electronically mailed to:**

Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com

John A. Kehoe jkehoe@btkmc.com

Sharan Nirmul snirmul@btkmc.com

Joseph A. Fonti jfonti@labaton.com, ElectronicCaseFiling@labaton.com

Serena Richardson srichardson@labaton.com, ElectronicCaseFiling@labaton.com

**2:09-cv-00134-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00137-MJP Notice has been electronically mailed to:**

Christopher M Huck huck@kdg-law.com

Hollis Lee Salzman hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

**2:09-cv-00137-MJP Notice will not be electronically mailed to:**

DECLARATION OF S. DOUGLAS BUNCH IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
EXCLUDE THE PROFERRED EXPERT TESTIMONY OF JAMES F. MILLER - 6

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992

WaMu Officer Defendants Securities MDL

Julie Hwang
LABATON SUCHAROW LLP
140 BROADWAY
FLOOR 34
NEW YORK, NY 10005

**2:09-cv-01557-MJP Notice has been electronically mailed to:**

Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com

**2:09-cv-01557-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

Dated July 30, 2012.

>                              By:  s/ Kim D. Stephens
>                              By:  s/ Janissa A. Strabuk
>                              Kim D. Stephens, WSBA #11984
>                              Janissa A. Strabuk, WSBA #21827
>                              1700 Seventh Avenue, Suite 2200
>                              Seattle, Washington 98101
>                              Telephone: (206) 682-5600
>                              Facsimile: (206) 682-2992
>                              Email: kstephens@tousley.com
>                                         jstrabuk@tousley.com
>
>                              *Liaison Counsel for Plaintiffs and the Class*

DECLARATION OF S. DOUGLAS BUNCH IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO
EXCLUDE THE PROFERRED EXPERT TESTIMONY OF JAMES F. MILLER - 7

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL. 206.682.5600 • FAX 206.682.2992