# Exhibit 1

# In The Matter Of:

*IN RE:  WASHINGTON MUTUAL MORTGAGE BACKED*
*SECURITIES LITIGATION*

———————————————————————

## *JAMES F. MILLER – Vol. 1*
### *June 26, 2012*

———————————————————————

# *CONFIDENTIAL*

**MERRILL CORPORATION**

LegaLink, Inc.

225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

79

                    JAMES F. MILLER
1
2   the record is clear.
3               Your rebuttal report relates to
4   your analysis of WCC's due diligence, correct?
5        A.    That's correct.
6        Q.    And everything in your rebuttal
7   report relates to WCC's due diligence, correct,
8   or your analysis of WCC's due diligence?
9        A.    I believe that's correct.
10       Q.    When were you first contacted to
11  work on this case?
12       A.    I don't off -- I don't honestly
13  remember.  I think it was sometime in the first
14  quarter of this year -- it must have been early,
15  early in the year or maybe even December of last
16  year.  Over the winter at some point.
17       Q.    Who -- who called you?
18       A.    A partner at Cohen Milstein named
19  Chris Lometti -- or he's of counsel, I think.
20       Q.    How many hours have you spent to
21  date working on this case?
22       A.    I don't recall precisely.  It's --
23  it's in my computer, which I did not bring to
24  New York on this trip, but somewhere between one
25  and two hundred hours.  I'm just trying to

**CONFIDENTIAL**
**JAMES F.  MILLER - 6/26/2012**

```
 1                   JAMES F. MILLER
 2   recall my billing records.
 3        Q.     Okay.  Between one and two hundred?
 4        A.     I believe that's correct.
 5        Q.     Do you have any guess as to whether
 6   it's closer to one hundred or two hundred?
 7        A.     I really don't recall.
 8        Q.     I'm going to ask these questions in
 9   a percentage basis since you don't recall the
10   exact number of hours.
11        A.     Okay.
12        Q.     So of the time you spent, how much
13   of that time did you spend reading discovery
14   materials?
15        A.     Oh, the vast majority was reading
16   materials rather than actually writing my
17   report.
18        Q.     How -- what percentage of time was
19   reading discovery materials?
20             MS. BOX:  Objection, form, calls
21   for speculation.
22        A.     I'm going to guess it was 80
23   percent reviewing the record and 20 percent
24   drafting, something like that.
25        Q.     Okay.  Well, did you -- did you
```