THE HONORABLE MARSHA J. PECHMAN

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

| 10 | IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION, | Master Case No.: C09-0037 (MJP) |
|---|---|---|
| 11 | | |
| 12 | This Document Relates to: ALL CASES | **PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE THE PROFFERED EXPERT TESTIMONY OF SCOTT D. HAKALA** |
| 13 | | |
| 14 | | |
| 15 | | |

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH
DECLARATION IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO
PRECLUDE THE PROFFERED EXPERT
TESTIMONY OF SCOTT D. HAKALA
Case No. C09-037 MJP

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

Lead Plaintiffs Doral Bank Puerto Rico, Policemen's Annuity and Benefit Fund of the City of Chicago, and Boilermakers National Annuity Trust (collectively, "Plaintiffs") respectfully submit this Motion to Seal contemporaneously with the Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of Scott D. Hakala.

## PRELIMINARY STATEMENT

Plaintiffs respectfully request that the Court issue an Order sealing, in whole or in part, certain Exhibits to the Declaration of John T. Jasnoch (the "Jasnoch Declaration"), filed in in support of Plaintiffs' Opposition to Defendants' Motion to Preclude the Proffered Expert Testimony of Scott D. Hakala, pursuant to Local Civil Rule 5(g), Paragraph 16 of the Stipulated Protective Order and Stipulated Order Regarding the "Clawback" of Documents (the "Protective Order") (ECF No. 213) and applicable law.  Plaintiffs seek to seal portions of Exhibit 1 to the Jasnoch Declaration, which contains nonpublic trading data and other information regarding customers of third-party financial institutions, which has been designated as "Confidential" by those third parties.  This data is contained and discussed in Exhibit 1, which is the June 8, 2012 deposition of Scott D. Hakala.  Plaintiffs have strictly limited the motion to seal to the information that may be required to be protected from disclosure under applicable law.

## ARGUMENT

### I.      Legal Standard

Under Paragraph 16 of the Protective Order and Local Civil Rule 5(g)(3), a party must obtain the Court's authority to file documents under seal, which "will be kept under seal only if the party presents 'compelling reasons' for preserving them under seal."  Order on Motion to Seal [ECF No. 266] at 1-2 (citation omitted).  Courts in the Ninth Circuit typically consider the following factors in determining whether such "compelling reasons" exist: "(1) the public's interest in understanding the judicial process; (2) whether disclosure of the material at issue could result in improper use (such as to incite scandal, libel a party, or enable infringement of a

PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH
DECLARATION IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO
PRECLUDE THE PROFFERED EXPERT
TESTIMONY OF SCOTT D. HAKALA
Case No. C09-037 MJP                                1

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1  party's trade secrets); (3) the interests of the parties and the balance of equities"; and (4) "the

2  duty of the court to balance all of these competing interests and to inform the public of the basis

3  for its decision."  *See California ex rel. Lockyer v. Safeway, Inc.*, 355 F. Supp. 2d 1111, 1115

4  (C.D. Cal. 2005) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 602-04 (1978)).

5  **II.      Documents to be Sealed Are Claimed to Be Subject to Confidentiality Protections of the Protective Order**

6          Exhibit 1 to the Jasnoch Declaration is the transcript of the June 8, 2012 deposition of

7  Scott D. Hakala.   This transcript contains several references to trading data which the third

8  parties who produced the materials claim to be subject to confidentiality protections of the

9  Protective Order.   While Plaintiffs do not believe any of this material is, in fact, sensitive or

10  confidential, this motion is being filed to comply with the terms of the Protective Order.

11                                  **CONCLUSION**

12          For the foregoing reasons, and on the basis of the authorities cited, Plaintiffs file this

13  Motion to Seal Exhibit 1 to the Jasnoch Declaration in Support of Plaintiffs' Opposition to

14  Defendants' Motion to Preclude the Proffered Expert Testimony of Scott D. Hakala.

15

16  Dated: July 30, 2012                          Respectfully submitted,
                                                   **SCOTT+SCOTT LLP**

17

18                                                  /s/ Anne L. Box
                                                   Anne L. Box (admitted *pro hac vice*)
19                                                 John T. Jasnoch (admitted *pro hac vice*)
                                                   SCOTT+SCOTT LLP
20                                                 707 Broadway, Suite 1000
                                                   San Diego, California 92101
21                                                 Telephone: 619-233-4565
                                                   Fax: 619-233-0508
22                                                 Email:  abox@scott-scott.com
                                                           jjasnoch@scott-scott.com
23

24

25

26  PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH
    DECLARATION IN SUPPORT OF PLAINTIFFS'
27  OPPOSITION TO DEFENDANTS' MOTION TO
    PRECLUDE THE PROFFERED EXPERT                          **SCOTT+SCOTT LLP**
28  TESTIMONY OF SCOTT D. HAKALA                            707 Broadway, Suite 1000
                                                            San Diego, CA 92101
    Case No. C09-037 MJP                    2              Telephone: (619) 233-4565

1

2

Beth Kaswan (admitted *pro hac vice*)
Amanda F. Lawrence (admitted *pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Fax: (212) 223-6334
Email: bkaswan@scott-scott.com
        alawrence@scott-scott.com

3

4

5

6

**COHEN MILSTEIN SELLERS &
TOLL PLLC**
Steven J. Toll
Joshua S. Devore (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
        jdevore@cohenmilstein.com
        dbunch@cohenmilstein.com

7

8

9

10

11

12

13

14

Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: clometti@cohenmilstain.com
        drehns@cohenmilstein.com

15

16

17

18

19

*Lead Counsel for the Class*

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH
DECLARATION IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO
PRECLUDE THE PROFFERED EXPERT
TESTIMONY OF SCOTT D. HAKALA
Case No. C09-037 MJP                              3

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1

2

**TOUSLEY BRAIN STEPHENS PLLC**
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
      jstrabuk@tousley.com

3

4

5

6

*Liaison Counsel for Plaintiffs and the Class*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH
DECLARATION IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO
PRECLUDE THE PROFFERED EXPERT
TESTIMONY OF SCOTT D. HAKALA
Case No. C09-037 MJP                              4

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1

2

## CERTIFICATE OF SERVICE

3        I hereby certify that on July 30, 2012, I caused the foregoing to be electronically filed

4   with the Clerk of the Court using the CM/ECF system which will send notification of such filing

5   to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I

6   caused the foregoing document or paper to be mailed via the United States Postal Service to the

7   non-CM/ECF participants indicated on the Manual Notice List.

8        I certify under penalty of perjury under the laws of the United States of America that the

9   foregoing is true and correct.  Executed on July 30, 2012.

10

11                                              /s/ Anne L. Box
                                          Anne L. Box
12                                          SCOTT+SCOTT LLP
                                          707 Broadway, Suite 1000
13                                          San Diego, California 92101
                                          Telephone: 619-233-4565
14                                          Fax: 619-233-0508
                                          Email:  abox@scott-scott.com
15

16

17

18

19

20

21

22

23

24

25

26   PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH
     DECLARATION IN SUPPORT OF PLAINTIFFS'
27   OPPOSITION TO DEFENDANTS' MOTION TO
     PRECLUDE THE PROFFERED EXPERT                               **SCOTT+SCOTT LLP**
28   TESTIMONY OF SCOTT D. HAKALA                                707 Broadway, Suite 1000
                                                                 San Diego, CA 92101
     Case No. C09-037 MJP                    5                   Telephone: (619) 233-4565