THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO THE JASNOCH DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE THE PROFERRED EXPERT TESTIMONY OF SCOTT D. HAKALA** |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO SEAL PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO PRECLUDE THE
PROFERRED EXPERT TESTIMONY OF
SCOTT D. HAKALA
Case No. C09-037 MJP

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

THIS MATTER came before the Court on Plaintiffs' Motion to Seal dated July 30, 2012. The Court has considered Plaintiffs' motion and any response thereto, and having been fully advised in these matters, now, therefore:

IT IS HEREBY ORDERED that the materials indicated above shall be sealed by the Clerk of the Court under Local Rule 5(g).

DATED this ____ day of _____ 2012.

_____
The Honorable Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO SEAL PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO PRECLUDE THE
PROFERRED EXPERT TESTIMONY OF
SCOTT D. HAKALA
Case No. C09-037 MJP

1

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565