THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | No. 2:09-cv-00037 (MJP)<br><br>**DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE PROFFERED EXPERT TESTIMONY OF SCOTT D. HAKALA** |

DECLARATION OF JOHN T. JASNOCH
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO EXCLUDE THE
PROFFERED EXPERT TESTIMONY OF SCOTT D. HAKALA.
No. 2:09-cv-00037-MJP

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1     I, John T. Jasnoch, hereby swear as follows:

2     1.    I am an attorney licensed to practice in the State of California  I am associated with the law firm of Scott+Scott LLP, counsel of record for Plaintiffs. I make this declaration in support of the Plaintiffs' Opposition to Defendants' Motion to Exclude the Proffered Expert Testimony of Scott D. Hakala. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

    2.    Attached as Exhibit 1 is a true and correct copy of the transcript of the June 8, 2012 deposition of Scott D. Hakala. [PORTIONS FILED UNDER SEAL]

    3.    Attached as Exhibit 2 is a true and correct copy of the Declaration of Scott D. Hakala, Ph.D., CFA Regarding Defendants' Motion to Exclude the Expert Testimony of Scott D. Hakala.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of July, 2012, at San Diego, California.

_____
John T. Jasnoch (admitted *pro hac vice*)
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
E-mail: jjasnoch@scott-scott.com

DECLARATION OF JOHN T. JASNOCH
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO EXCLUDE THE
PROFFERED EXPERT TESTIMONY OF SCOTT D. HAKALA.

(NO. 2:09-CV-0037-MJP)

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 30, 2012.

/s/ Anne L. Box
Anne L. Box (admitted *pro hac vice*)
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
E-mail: abox@scott-scott.com

DECLARATION OF JOHN T. JASNOCH
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO EXCLUDE THE
PROFFERED EXPERT TESTIMONY OF SCOTT D. HAKALA.

(NO. 2:09-CV-0037-MJP)

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565