UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | CASE NO. C09-37 MJP<br><br>ORDER DENYING MOTIONS TO SEAL |

This matter comes before the Court on Plaintiffs' two motions to seal their two motions to exclude. (Dkt. Nos. 452, 453.) Having reviewed the motions, and noted the lack of any response from Defendants, the Court DENIES the motions. Plaintiffs believe that some information may be confidential, but they provide no argument as to which specific documents should remain under seal. The Court does not find good cause to keep the materials under seal. The Court unseals docket numbers 455, 456, 567, 458.

\\

\\

\\

ORDER DENYING MOTIONS TO SEAL- 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated this 30th day of July, 2012.

3

4

5                         Marsha J. Pechman

6                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24