UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | CASE NO. C09-37 MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

This order corrects the Court's order denying Plaintiffs' two motions to seal. (Dkt. No. 493.) That order incorrectly referred to unsealing Dkt. No. 567. No such docket exists. This minute order corrects the mistake to refer to Dkt. No. 457, not 567. The Court UNSEALS docket entry 457.

\\

\\

\\

MINUTE ORDER- 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Filed this 31st day of July, 2012.

                                   William M. McCool  
                                   Clerk of Court

                                   s/Mary Duett  
                                   Deputy Clerk

MINUTE ORDER- 2