THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**PRAECIPE TO SUBSTITUTE CORRECTED PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE THE PROFFERED EXPERT TESTIMONY OF SCOTT D. HAKALA** |

Praecipe to Substitute Corrected Plaintiffs'
Motion to Seal Exhibit 1 to Jasnoch Declaration
in Support of Plaintiffs' Opposition to Defendants'
Motion to Preclude the Proffered Expert
Testimony of Scott D. Hakala
Case No. C09-037 MJP

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565

1  TO:   CLERK OF THE COURT AND ALL PARTIES OF RECORD

2  On July 30, 2012, Plaintiffs filed their Motion to Seal Exhibit 1 to Jasnoch Declaration in Support of Plaintiffs' Opposition to Defendants' Motion to Preclude the Proffered Expert Testimony of Scott D. Hakala. [ECF No. 489.] Due to an administrative oversight, the Motion to Seal that was filed did not contain a noting date. For the convenience of the Court and all parties, the corrected version of the Motion to Seal contains a noting date of August 10, 2012.

YOU ARE HEREBY REQUESTED to substitute the attached Exhibit A, a corrected Plaintiffs' Motion to Seal Exhibit 1 to Jasnoch Declaration in Support of Plaintiffs' Opposition to Defendants' Motion to Preclude the Proffered Expert Testimony of Scott D. Hakala filed on July 30, 2012. [ECF No. 489.]

Dated: August 1, 2012              Respectfully submitted,
                                   **SCOTT+SCOTT LLP**

                                   /s/ Anne L. Box
                                   Anne L. Box (admitted *pro hac vice*)
                                   John T. Jasnoch (admitted *pro hac vice*)
                                   SCOTT+SCOTT LLP
                                   707 Broadway, Suite 1000
                                   San Diego, CA 92101
                                   Telephone: 619-233-4565
                                   Fax: 619-233-0508
                                   E-mail: abox@scott-scott.com

                                   Beth Kaswan (admitted *pro hac vice*)
                                   Joseph P. Guglielmo (admitted *pro hac vice*)
                                   500 Fifth Avenue, 40th Floor
                                   New York, New York 10110
                                   Telephone: (212) 223-6444
                                   Facsimile: (212) 223-6334
                                   Email: bkaswan@scott-scott.com
                                          jguglielmo@scott-scott.com

Praecipe to Substitute Corrected Plaintiffs'       1
Motion to Seal Exhibit 1 to Jasnoch Declaration
in Support of Plaintiffs' Opposition to Defendants'
Motion to Preclude the Proffered Expert                    **SCOTT+SCOTT LLP**
Testimony of Scott D. Hakala                               707 Broadway, Suite 1000
Case No. C09-037 MJP                                       San Diego, California 92101
                                                           Telephone: (619) 233-4565

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Joshua S. Devore (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email:  stoll@cohenmilstein.com
           jdevore@cohenmilstein.com
           dbunch@cohenmilstein.com

Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email:  clometti@cohenmilstain.com
           drehns@cohenmilstein.com

*Lead Counsel for the Class*

**TOUSLEY BRAIN STEPHENS PLLC**
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email:  kstephens@tousley.com
           jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Class*

---

Praecipe to Substitute Corrected Plaintiffs'
Motion to Seal Exhibit 1 to Jasnoch Declaration
in Support of Plaintiffs' Opposition to Defendants'
Motion to Preclude the Proffered Expert
Testimony of Scott D. Hakala
Case No. C09-037 MJP

2

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2   I hereby certify that on August 1, 2012, I caused the foregoing to be electronically filed

3   with the Clerk of the Court using the CM/ECF system which will send notification of such filing

4   to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I

5   caused the foregoing document or paper to be mailed via the United States Postal Service to the

6   non-CM/ECF participants indicated on the Manual Notice List.

7   I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on August 1, 2012.

/s/ Anne L. Box
Anne L. Box (admitted *pro hac vice*)
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
E-mail: abox@scott-scott.com

Praecipe to Substitute Corrected Plaintiffs'    3
Motion to Seal Exhibit 1 to Jasnoch Declaration
in Support of Plaintiffs' Opposition to Defendants'
Motion to Preclude the Proffered Expert
Testimony of Scott D. Hakala
Case No. C09-037 MJP

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565