**EXHIBIT A**

THE HONORABLE MARSHA J. PECHMAN

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>**PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO PRECLUDE THE PROFFERED EXPERT TESTIMONY OF SCOTT D. HAKALA**<br><br>NOTE ON MOTION CALENDAR:<br>August 10, 2012 |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH
DECLARATION IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO
PRECLUDE THE PROFFERED EXPERT
TESTIMONY OF SCOTT D. HAKALA
Case No. C09-037 MJP

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

27
28

1        Lead Plaintiffs Doral Bank Puerto Rico, Policemen's Annuity and Benefit Fund of the

2 City of Chicago, and Boilermakers National Annuity Trust (collectively, "Plaintiffs")

3 respectfully submit this Motion to Seal contemporaneously with the Opposition to Defendants'

4 Motion to Exclude the Proffered Expert Testimony of Scott D. Hakala.

5 **PRELIMINARY STATEMENT**

6        Plaintiffs respectfully request that the Court issue an Order sealing, in whole or in part,

7 certain Exhibits to the Declaration of John T. Jasnoch (the "Jasnoch Declaration"), filed in in

8 support of Plaintiffs' Opposition to Defendants' Motion to Preclude the Proffered Expert

9 Testimony of Scott D. Hakala, pursuant to Local Civil Rule 5(g), Paragraph 16 of the Stipulated

10 Protective Order and Stipulated Order Regarding the "Clawback" of Documents (the "Protective

11 Order") (ECF No. 213) and applicable law.  Plaintiffs seek to seal portions of Exhibit 1 to the

12 Jasnoch Declaration, which contains nonpublic trading data and other information regarding

13 customers of third-party financial institutions, which has been designated as "Confidential" by

14 those third parties.  This data is contained and discussed in Exhibit 1, which is the June 8, 2012

15 deposition of Scott D. Hakala.  Plaintiffs have strictly limited the motion to seal to the

16 information that may be required to be protected from disclosure under applicable law.

17 **ARGUMENT**

18 **I.     Legal Standard**

19        Under Paragraph 16 of the Protective Order and Local Civil Rule 5(g)(3), a party must

20 obtain the Court's authority to file documents under seal, which "will be kept under seal only if

21 the party presents 'compelling reasons' for preserving them under seal."  Order on Motion to

22 Seal [ECF No. 266] at 1-2 (citation omitted).  Courts in the Ninth Circuit typically consider the

23 following factors in determining whether such "compelling reasons" exist: "(1) the public's

24 interest in understanding the judicial process; (2) whether disclosure of the material at issue

25 could result in improper use (such as to incite scandal, libel a party, or enable infringement of a

26 PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH
DECLARATION IN SUPPORT OF PLAINTIFFS'

27 OPPOSITION TO DEFENDANTS' MOTION TO
PRECLUDE THE PROFFERED EXPERT

28 TESTIMONY OF SCOTT D. HAKALA
Case No. C09-037 MJP          1

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1  party's trade secrets); (3) the interests of the parties and the balance of equities"; and (4) "the

2  duty of the court to balance all of these competing interests and to inform the public of the basis

3  for its decision."  *See California ex rel. Lockyer v. Safeway, Inc.*, 355 F. Supp. 2d 1111, 1115

4  (C.D. Cal. 2005) (citing *Nixon v. Warner Commc'ns, Inc*., 435 U.S. 589, 602-04 (1978)).

5  **II.     Documents to be Sealed Are Claimed to Be Subject to Confidentiality Protections of the Protective Order**

6         Exhibit 1 to the Jasnoch Declaration is the transcript of the June 8, 2012 deposition of

7  Scott D. Hakala.   This transcript contains several references to trading data which the third

8  parties who produced the materials claim to be subject to confidentiality protections of the

9  Protective Order.   While Plaintiffs do not believe any of this material is, in fact, sensitive or

10  confidential, this motion is being filed to comply with the terms of the Protective Order.

11                                   **CONCLUSION**

12         For the foregoing reasons, and on the basis of the authorities cited, Plaintiffs file this

13  Motion to Seal Exhibit 1 to the Jasnoch Declaration in Support of Plaintiffs' Opposition to

14  Defendants' Motion to Preclude the Proffered Expert Testimony of Scott D. Hakala.

15

16  Dated: August 1, 2012                              Respectfully submitted,
                                                       **SCOTT+SCOTT LLP**
17

18                                                     /s/ Anne L. Box
                                                       Anne L. Box (admitted *pro hac vice*)
19                                                     John T. Jasnoch (admitted *pro hac vice*)
                                                       SCOTT+SCOTT LLP
20                                                     707 Broadway, Suite 1000
                                                       San Diego, California 92101
21                                                     Telephone: 619-233-4565
                                                       Fax: 619-233-0508
22                                                     Email:  abox@scott-scott.com
                                                                  jjasnoch@scott-scott.com
23

24

25

26  PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH
    DECLARATION IN SUPPORT OF PLAINTIFFS'
27  OPPOSITION TO DEFENDANTS' MOTION TO
    PRECLUDE THE PROFFERED EXPERT                                    **SCOTT+SCOTT LLP**
28                                                                   707 Broadway, Suite 1000
    TESTIMONY OF SCOTT D. HAKALA                                     San Diego, CA 92101
                                                                     Telephone: (619) 233-4565
    Case No. C09-037 MJP                    2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Beth Kaswan (admitted *pro hac vice*)
Amanda F. Lawrence (admitted *pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Fax: (212) 223-6334
Email: bkaswan@scott-scott.com
         alawrence@scott-scott.com

**COHEN MILSTEIN SELLERS &
TOLL PLLC**
Steven J. Toll
Joshua S. Devore (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
         jdevore@cohenmilstein.com
         dbunch@cohenmilstein.com

Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: clometti@cohenmilstain.com
         drehns@cohenmilstein.com

*Lead Counsel for the Class*

PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH
DECLARATION IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO
PRECLUDE THE PROFFERED EXPERT
TESTIMONY OF SCOTT D. HAKALA
Case No. C09-037 MJP                    3

**SCOTT**+**SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TOUSLEY BRAIN STEPHENS PLLC**
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
        jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Class*

PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH
DECLARATION IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO
PRECLUDE THE PROFFERED EXPERT
TESTIMONY OF SCOTT D. HAKALA
Case No. C09-037 MJP                    4

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1

## CERTIFICATE OF SERVICE

2

3          I hereby certify that on August 1, 2012, I caused the foregoing to be electronically filed

4    with the Clerk of the Court using the CM/ECF system which will send notification of such filing

5    to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I

6    caused the foregoing document or paper to be mailed via the United States Postal Service to the

7    non-CM/ECF participants indicated on the Manual Notice List.

8          I certify under penalty of perjury under the laws of the United States of America that the

9    foregoing is true and correct.  Executed on August 1, 2012.

10

                                              /s/ Anne L. Box
11                                            Anne L. Box
                                              SCOTT+SCOTT LLP
12                                            707 Broadway, Suite 1000
                                              San Diego, California 92101
13                                            Telephone: 619-233-4565
                                              Fax: 619-233-0508
14                                            Email:  abox@scott-scott.com

15

16

17

18

19

20

21

22

23

24

25

26    PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO JASNOCH
      DECLARATION IN SUPPORT OF PLAINTIFFS'
27    OPPOSITION TO DEFENDANTS' MOTION TO
      PRECLUDE THE PROFFERED EXPERT
28    TESTIMONY OF SCOTT D. HAKALA
      Case No. C09-037 MJP                         5

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565