THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>**MOTION FOR RELIEF FROM THE DEADLINE FOR THE DESIGNATION OF TRIAL COUNSEL**<br><br>NOTE ON MOTION CALENDER:<br>August 10, 2012 |

MOTION FOR RELIEF FROM THE DEADLINE FOR THE
DESIGNATION OF TRIAL COUNSEL
Case No. C09-037 MJP

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1    Plaintiffs hereby seek relief from the Court's July 16, 2012 deadline for the limited
2 purpose of amending their designation of trial counsel.  On July 16th, Plaintiffs and Defendants
3 submitted a Joint Declaration of Trial Counsel (ECF No. 475).  The Designation stated that
4 Plaintiffs will be represented at trial by Beth Kaswan, Anne Box, and Amanda Lawrence of
5 Scott+Scott LLP, Steve Toll, Josh Devore, and Chris Lometti of Cohen Milstein Sellers & Toll
6 PLLC, and Kim Stephens and Janissa Strabuk of Tousley Brain Stephens PLLC.  Beth Kaswan
7 and Kim Stephens were designated as lead trial counsel.  By this motion, Plaintiffs respectfully
8 request that the Court grant Plaintiffs' request to substitute David Scott of Scott+Scott LLP for
9 Amanda Lawrence of Scott+Scott LLP.  On August 2, 2012, counsel for Plaintiffs conferred with
10 counsel for Defendants who indicated that they do not object to the relief requested through this
11 motion.

Dated: August 2, 2012

Respectfully submitted,
**SCOTT+SCOTT LLP**

/s/ Anne L. Box

Anne L. Box (admitted *pro hac vice*)
John T. Jasnoch (admitted *pro hac vice*)
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: 619-233-4565
Fax: 619-233-0508
Email:  abox@scott-scott.com
            jjasnoch@scott-scott.com

Beth Kaswan (admitted *pro hac vice*)
Amanda F. Lawrence (admitted *pro hac vice*)
500 Fifth Avenue, 40th Floor
New York, New York 10110
Telephone: (212) 223-6444
Fax: (212) 223-6334
Email: bkaswan@scott-scott.com
            alawrence@scott-scott.com

MOTION FOR RELIEF FROM THE DEADLINE FOR THE
DESIGNATION OF TRIAL COUNSEL
Case No. C09-037 MJP             1

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Joshua S. Devore (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
       jdevore@cohenmilstein.com
       dbunch@cohenmilstein.com

Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
88 Pine Street, Fourteenth Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: clometti@cohenmilstein.com
       drehns@cohenmilstein.com

*Lead Counsel for the Class*

**TOUSLEY BRAIN STEPHENS PLLC**
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
       jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Class*

MOTION FOR RELIEF FROM THE DEADLINE FOR THE DESIGNATION OF TRIAL COUNSEL
Case No. C09-037 MJP          2

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 2, 2012.

    /s/ Anne L. Box
Anne L. Box
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: 619-233-4565
Fax: 619-233-0508
Email:  abox@scott-scott.com

MOTION FOR RELIEF FROM THE DEADLINE FOR THE DESIGNATION OF TRIAL COUNSEL
Case No. C09-037 MJP            3

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565