THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM THE DEADLINE FOR THE DESIGNATION OF TRIAL COUNSEL**<br><br>Note on Motion Calendar:<br>August 10, 2012 |

[PROPOSED] ORDER
Case No. C09-037 MJP

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

This matter came before the Court on Plaintiffs' Motion For Relief from the Deadline for the Designation of Trial Counsel, any response and reply thereto, and having been fully advised in these matters, now, therefore:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Relief from the Deadline for the Designation of Trial Counsel is GRANTED.

DATED this 10th day of August, 2012.

                                          The Honorable Marsha J. Pechman
                                          UNITED STATES DISTRICT JUDGE

Presented by:

**SCOTT+SCOTT LLP**
Anne L. Box (admitted *pro hac vice*)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: abox@scott-scott.com

*Counsel for Plaintiffs and the Class*

[PROPOSED] ORDER
Case No. C09-037 MJP

1

SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565