UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | CASE NO. C09-37 MJP<br><br>ORDER DENYING MOTION TO SEAL |

This matter comes before the Court on Plaintiffs' motion to seal Exhibit 1 to the Jasnoch Declaration filed in relation to Plaintiffs' opposition to Defendants' motion to exclude Scott Hakala. (Dkt. No. 489.) Having reviewed the motion, and noted the lack of any response from Defendants, the Court DENIES the motion. Plaintiffs believe that some information may be confidential, but they provide no argument as to which specific documents should remain under seal. The Court does not find good cause to keep the materials under seal. The Court unseals docket number 491.

\\

\\

ORDER DENYING MOTION TO SEAL- 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated this 21st day of August, 2012.

                Marsha J. Pechman
                United States District Judge