The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>CLASS ACTION<br><br>PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT<br><br>NOTICE ON MOTION CALENDAR:<br>September 4, 2012 |

Lead Plaintiffs Doral Bank of Puerto Rico, Policemen's Annuity Benefit Fund of the City of Chicago, and Boilermakers National Annuity Trust (collectively, "Plaintiffs"), hereby move this Court for entry of an order (i) granting preliminary approval of the proposed Settlement set forth in the Stipulation of Settlement dated September 4, 2012; (ii) approving the form and manner of giving notice of the proposed Settlement to the Class; and (iii) setting a hearing date for final approval of the Settlement and all its terms and elements, including the proposed Plan of Allocation. Lead Counsel has conferred with Defendants' Counsel prior to filing this motion, and Defendants concur with and join in this motion.

This Motion is based upon the Stipulation of Settlement and all exhibits attached thereto; the [Proposed] Order for Notice and Hearing which provides for the preliminary approval of the

PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
C09-0037 (MJP)

1

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

1  Settlement and distribution of the Notice; all other pleadings and matters of record; and such
2  additional evidence or argument as may be presented at the hearing.
3      Because all of the Parties to this action concur in the filing of this motion, they request
4  that the Court approve it without a noticed hearing.  Of course, should the Court desire more
5  information, we will provide it immediately.
6      Accordingly, Plaintiff requests that the Court enter the [Proposed] Order for Notice and
7  Hearing, a copy of which is attached hereto.

Dated this 4th day of September, 2012      **SCOTT+SCOTT LLP**

        /s/ Beth Kaswan
        David R. Scott (admitted *pro hac vice*)
        Beth Kaswan (admitted *pro hac vice*)
        Amanda F. Lawrence (admitted *pro hac vice*)
        500 Fifth Avenue, 40th Floor
        New York, NY 10110
        Tel.: (212) 223-6444
        Fax: (212) 223-6334
        Email: drscott@scott-scott.com
               bkaswan@scott-scott.com
               alawrence@scott-scott.com

        Anne L. Box (admitted *pro hac vice*)
        John T. Jasnoch (admitted *pro hac vice*)
        707 Broadway, Suite 1000
        San Diego, CA 92101
        Tel.: (619) 233-4565
        Fax: (619) 233-0508
        Email: abox@scott-scott.com
               jjasnoch@scott-scott.com

PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
C09-0037 (MJP)
2
**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Julie Goldsmith Reiser
Joshua S. Devore (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
       jreiser@cohenmilstein.com
       jdevore@cohenmilstein.com
       dbunch@cohenmilstein.com

Joel P. Laitman (admitted *pro hac vice*)
Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
88 Pine Street, Fourteenth Floor
New York, NY 10005
Tel.: (212) 838-7797
Fax: (212) 838-7745
Email: jlaitman@cohenmilstein.com
       clometti@cohenmilstain.com
       drehns@cohenmilstein.com

*Lead Counsel for the Class*

**TOUSLEY BRAIN STEPHENS PLLC**
Kim D. Stephens, WSBA #11984
Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Tel.: (206) 682-5600
Fax: (206) 682-2992
Email: kstephens@tousley.com
       jstrabuk@tousley.com

*Liaison Counsel for Plaintiffs and the Class*

PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
C09-0037 (MJP)

3

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565

CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 4, 2012.


 /s/ Beth Kaswan
Beth Kaswan
Scott+Scott LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
Tel.: (212) 223-6444
Fax: (212) 223-6334
Email: bkaswan@scott-scott.com

PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT
C09-0037 (MJP)

4

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565