UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL INC. MORTGAGE BACKED SECURITIES LITIGATION.<br><br>This Order Relates to: ALL CASES | CASE NO. C09-37 MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

In light of the parties' motion for preliminary approval and preliminary settlement, the Court strikes the trial date and terminates all other pending motions unrelated to the preliminary approval.

\\

\\

\\

\\

MINUTE ORDER- 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed this 5th day of September, 2012.

3

4 |                              William M. McCool
                                 Clerk of Court

5
                                 s/Mary Duett
6                                Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER- 2