**EXHIBIT 3**

Case 2:09-cv-00037-MJP   Document 502-3   Filed 09/09/12   Page 1 of 4

THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION** |

*IF YOU PURCHASED OR OTHERWISE ACQUIRED ANY OF THE FOLLOWING SECURITIES ("CERTIFICATES") ON OR BEFORE AUGUST 1, 2008, YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT, AND YOUR RIGHTS WILL BE AFFECTED BY IT.*

**THE INCLUDED CERTIFICATES ARE:**

| Series | Tranche | CUSIP |
|---|---|---|
| WAMU 2006 - AR7 | 2A | 93363CAB5 |
| WAMU 2006 - AR17 | 1A | 92925DAA8 |
| WAMU 2006 - AR18 | 2A | 933637AC4 |
| WAMU 2006 - AR12 | 1A1 | 93363NAA3 |
| WAMU 2006 - AR16 | 3B1 | 92925GAP8 |
| WAMU 2006 - AR16 | 3B2 | 92925GAQ6 |
| WAMU 2006 - AR16 | 3B3 | 92925GAR4 |
| WAMU 2006 - AR16 | LB1 | 92925GAL7 |
| WAMU 2006 - AR16 | LB2 | 92925GAM5 |
| WAMU 2006 - AR16 | LB3 | 92925GAN3 |

EXHIBIT 3

|  | 2A1 | 92925GAC7 |
|---|---|---|
| WAMU 2007 - HY1 | 3A3 | 92925VAK6 |
|  | 1A1 | 92925VAA8 |

YOU ARE HEREBY NOTIFIED that a settlement of this Class Action for Twenty Six Million Dollars ($26,000,000) has been proposed.  A hearing will be held before the Honorable Marsha J. Pechman in the United States District Court for the Western District of Washington in Courtroom ____, 700 Stewart Street, Seattle, Washington, 98101, at __:__ _.m., on _____, 2012 to determine whether: (1) the proposed Settlement should be approved by the Court as fair, reasonable, and adequate; (2) Lead Counsel's application for an award of attorney's fees and reimbursement of expenses should be approved; and (3) the claims against Defendants should be dismissed with prejudice.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND.  If you have not yet received the full printed Notice of Proposed Settlement of Class Action, Motion for Attorney's Fees and Reimbursement of Expenses and Settlement Fairness Hearing (the "Notice") and Proof of Claim and Release form ("Proof of Claim") you may obtain copies of these documents by contacting:

> WaMu MBS Litigation
> c/o The Garden City Group, Inc.
> P.O. Box 9875
> Dublin, OH 43017-5775
> Tel.: (800) 757-9279

or at www.WAMUMBSLitigation.com.

Inquiries, other than requests for the forms of Notice and Proof of Claim, may be made to <u>Lead Counsel</u>:

Steven J. Toll, Esq.                                              Anne L. Box, Esq.
                                                                  John T. Jasnoch, Esq.

EXHIBIT 3

| | |
|---|---|
| Joshua S. Devore, Esq.<br>Christopher Lometti, Esq.<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005<br>Tel.: (202) 408-4600<br>Fax: (202) 408-4699 | Scott+Scott LLP<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>Tel.: (619) 233-4565<br>Fax: (619) 233-0508 |

To participate in the Settlement, you must submit a Proof of Claim no later than _____, 2012. As more fully described in the Notice, the deadline for submitting objections to the Settlement [and requests for exclusions from the Class] is _____, 2012.

Further information may also be obtained by directing your inquiry in writing to the Claims Administrator, Garden City Group, Inc., at the address listed above. Please do not contact the Court.

**By Order of the Court.**

Dated: September \_\_\_, 2012

United States District Court<br>Western District of Washington

EXHIBIT 3