THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION,<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>[Consolidated with: Case Nos. CV09-0134 MJP, CV09-0137 MJP, and CV09-01557 MJP]<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Notice of Change of Address
Case No. C09-037 MJP

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565

TO:   CLERK OF THE COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE THAT Scott+Scott LLP has relocated its New York office.

The new address is:

>Scott+Scott LLP
>The Chrysler Building
>405 Lexington Avenue, 40th Floor
>New York, NY 10174

The telephone numbers, fax number, and email addresses remain the same.

Dated:  September 24, 2012   **SCOTT+SCOTT LLP**

/s/ Beth Kaswan
Beth Kaswan (admitted *pro hac vice*)
Joseph P. Guglielmo (admitted *pro hac vice*)
405 Lexington Avenue, 40th Floor
New York, New York 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email:  bkaswan@scott-scott.com
            jguglielmo@scott-scott.com

Anne L. Box (admitted *pro hac vice*)
John T. Jasnoch (admitted *pro hac vice*)
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
E-mail: abox@scott-scott.com
            jjasnoch@scott-scott.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Joshua S. Devore (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
            jdevore@cohenmilstein.com
            dbunch@cohenmilstein.com

Notice of Change of Address
Case No. C09-037 MJP

1

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565

1
2
3
4
5

Christopher Lometti (admitted *pro hac vice*)
Daniel B. Rehns (admitted *pro hac vice*)
150 East 52nd Street, Thirtieth Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
Email: clometti@cohenmilstain.com
         drehns@cohenmilstein.com

6  *Lead Counsel for the Class*

7  **TOUSLEY BRAIN STEPHENS PLLC**
Kim D. Stephens, WSBA #11984
8  Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
9  Seattle, Washington 98101
Telephone: (206) 682-5600
10  Facsimile: (206) 682-2992
Email: kstephens@tousley.com
11         jstrabuk@tousley.com
12
13  *Liaison Counsel for Plaintiffs and the Class*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Change of Address
Case No. C09-037 MJP

2

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565

1  CERTIFICATE OF SERVICE

2  I hereby certify that on September 24, 2012, I caused the foregoing to be electronically

3  filed with the Clerk of the Court using the CM/ECF system which will send notification of such

4  filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify

5  that I caused the foregoing document or paper to be mailed via the United States Postal Service

6  to the non-CM/ECF participants indicated on the Manual Notice List.

7  I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on September 24, 2012.

/s/ Beth Kaswan
Beth Kaswan (admitted *pro hac vice*)
405 Lexington Avenue, 40th Floor
New York, New York 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: bkaswan@scott-scott.com

Notice of Change of Address
Case No. C09-037 MJP

3

**SCOTT+SCOTT LLP**
707 Broadway, Suite 1000
San Diego, California 92101
Telephone: (619) 233-4565