The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF NO OPPOSITION OR OBJECTIONS RECEIVED |

Pursuant to the Court's September 19, 2012 Amended Order for Notice and Hearing (the "Amended Order"), members of the Class who seek to object to the Settlement, the representation of the Class by Lead Counsel, and/or the application for attorneys' fees and reimbursement of expenses, were required to make their objections at least 14 calendar days before the Settlement Fairness Hearing set for January 11, 2013.  This deadline passed on December 28, 2012 without any objections made to the Court and served upon Lead Counsel in the manner prescribed by the Court in its Amended Order.  Because no opposition or objection to the Settlement, the Plan of Allocation, or the Lead Counsel's application for attorneys' fees and reimbursement of expenses was made in the manner prescribed by the Court, any such objection has now been waived.

Accordingly, Plaintiffs hereby request that the Court: (i) approve the Settlement as fair, reasonable, and adequate; (ii) enter judgment pursuant to the Stipulation of Settlement; (iii) approve the Plan of Allocation; and (iv) grant Plaintiffs' Motion in Support of Plaintiffs' Application for Award of Attorneys' Fees and reimbursement of expenses.

Dated: January 3, 2013

**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**

By: /s/ Anne L. Box

Anne L. Box (admitted *pro hac vice*)
John T. Jasnoch (admitted *pro hac vice*)
707 Broadway, Suite 1000
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
Email: abox@scott-scott.com
           jjasnoch@scott-scott.com

David R. Scott (admitted *pro hac vice*)
Beth Kaswan (admitted *pro hac vice*)
Amanda F. Lawrence (admitted *pro hac vice*)
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel.: (212) 223-6444
Fax: (212) 223-6334
Email: drscott@scott-scott.com
           bkaswan@scott-scott.com
           alawrence@scott-scott.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Joshua S. Devore (admitted *pro hac vice*)
S. Douglas Bunch (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
           jreiser@cohenmilstein.com
           jdevore@cohenmilstein.com
           dbunch@cohenmilstein.com

| | |
|---|---|
| 1 | Christopher Lometti (admitted *pro hac vice*) |
| 2 | Daniel B. Rehns (admitted *pro hac vice*) |
|   | 88 Pine Street, Fourteenth Floor |
| 3 | New York, NY 10005 |
|   | Tel.: (212) 838-7797 |
| 4 | Fax: (212) 838-7745 |
|   | Email: jlaitman@cohenmilstein.com |
| 5 | clometti@cohenmilstain.com |
|   | drehns@cohenmilstein.com |

6  *Lead Counsel for the Class*

7  **TOUSLEY BRAIN STEPHENS PLLC**
Kim D. Stephens, WSBA #11984
8  Janissa A. Strabuk, WSBA #21827
1700 Seventh Avenue, Suite 2200
9  Seattle, WA 98101
Tel.: (206) 682-5600
10 Fax: (206) 682-2992
Email: kstephens@tousley.com
11 jstrabuk@tousley.com

12 *Liaison Counsel for Plaintiffs and the Class*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

/s/ Anne L. Box
Anne L. Box (admitted *pro hac vice*)
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508