THE HONORABLE MARSHA J. PECHMAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | **Master Case No.  2:09-cv-00037-MJP**<br><br>**CLASS ACTION**<br><br>**APPLICATION IN SUPPORT OF AN ORDER FOR DISTRIBUTION OF CLASS SETTLEMENT FUND AND REIMBURSEMENT OF PLAINTIFFS' COUNSEL'S EXPENSES.**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**JANUARY 3, 2014** |

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP)

**TOUSLEY BRAIN STEPHENS PLLC**
1700 7th Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL: 206.682.5600 * FAX: 206.682.2992

**TABLE OF CONTENTS**

I.      BACKGROUND .................................................................................................. 1

II.     CLAIMS ADMINISTRATION .......................................................................... 2

        A.      Late, Yet Otherwise Eligible Claims Should Be Accepted. ................................. 3

        B.      Ineligible Claims Should Be Rejected. ................................................. 4

III.    FEES AND EXPENSES OF CLAIMS ADMINISTRATOR .......................................... 4

IV.     REIMBURSEMENT OF PLAINTIFFS' COUNSEL'S EXPENSES ........................... 4

V.      DISTRIBUTION OF NET SETTLEMENT FUND ........................................................ 5

VI.     DISPOSITION OF ANY UNCLAIMED/UNCASHED BALANCE ............................. 6

VII.    THE ORDER FOR DISTRIBUTION OF CLASS SETTLEMENT  FUND
        SHOULD BE APPROVED ................................................................................... 7

VIII.   CONCLUSION ..................................................................................................... `8

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP) Page - i

**TOUSLEY BRAIN STEPHENS PLLC**
1700 7th Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL: 206.682.5600 * FAX: 206.682.2992

1    Cohen Milstein Sellers & Toll PLLC and Scott & Scott LLP ("Lead Counsel") submit

2    this Application pursuant to paragraph 10 of the Stipulation of Settlement with Defendants dated

3    September 4, 2012 (the "Stipulation").  By Order and Final Judgment dated January 11, 2013

4    (the "Final Order"), this Court approved the Settlement and directed the parties to consummate

5    the Stipulation in accordance with its terms and provisions.  Paragraph 10 of the Stipulation

6    requires Lead Counsel to apply to the Court, on notice to Defendants' Counsel, for an order (the

7    "Class Distribution Order") approving the Claims Administrator's administrative determinations

8    concerning the acceptance and rejection of claims submitted herein and approving any fees and

9    expenses not previously applied for, including the fees and expenses of the Claims

10   Administrator, and directing payment of the Net Settlement Fund to Authorized Claimants.

11   Pursuant to the Stipulation, Lead Counsel hereby applies for the Class Distribution Order and

12   requests that the Court postpone entry of such order for 30 (thirty) days from the filing of this

13   application in order to provide time for any claimant disputing Lead Counsel's recommendations

14   to respond.

15                              I.    BACKGROUND

16   On September 4, 2012, Lead Plaintiff Policemen's Annuity and Benefit Fund of the City

17   of Chicago, Lead Plaintiff Doral Bank Puerto Rico, and Plaintiff Boilermakers National Annuity

18   Trust (collectively, "Plaintiffs"), and defendants WaMu Asset Acceptance Corp. ("WMAAC"),

19   WaMu Capital Corp. ("WCC"), David Beck, Diane Novak, Rolland Jurgens, and Richard

20   Careaga (together, the "Defendants") (Defendants and Plaintiffs are the "Parties") entered into

21   the Stipulation.  The Stipulation provided for the settlement of this action on behalf of a Class

22   consisting of all persons or entities who purchased or otherwise acquired the following WaMu

23   Mortgage-Pass Through Certificates: 2006 AR-7 tranche 2A; 2006 AR-12 tranche 1A1; 2006

24   AR-16 tranches 2A1, LB1, LB2, LB3, 3B1, 3B2, and 3B3; 2006 AR-17 tranche 1A; 2006 AR-18

25   tranche 2A1; and 2007-HY1 tranches 1A1 and 3A3 (collectively, the "Certificates"), on or

26   before August 1, 2008, pursuant and/or traceable to their Registration Statements and

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP) Page - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 7th Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL: 206.682.5600 * FAX: 206.682.2992

1   accompanying Prospectuses filed with the SEC for the respective issuing entities and who were

2   damaged thereby.  Excluded from the Class are the Defendants; any officers or directors of the

3   Defendants; any corporation, trust, or other entity in which any Defendant has a controlling

4   interest; the members of the immediate families of David Beck, Diane Novak, Rolland Jurgens,

5   and Richard Careaga or their successors, heirs, assigns, and legal representatives,

6        The Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and

7   Reimbursement of Expenses and Settlement Fairness Hearing and the Proof of Claim (the

8   "Notice and Proof of Claim") set forth the terms of the proposed Settlement.  The Notice and

9   Proof of Claim were mailed to all Class Members pursuant to the Order for Notice and Hearing,

10  dated September 19, 2012 (the "Preliminary Order").  Pursuant to the Court's Preliminary Order,

11  Lead Counsel retained Garden City Group, Inc. ("GCG") (the "Claims Administrator"), a firm

12  specializing in the administration of class action settlements, to print and mail copies of the

13  Notice and Proof of Claim forms to the members of the Class, to prepare tax returns for the

14  Settlement Fund, to process the Proofs of Claim submitted by Class Members, and to effectuate

15  distribution of the Net Settlement Fund to the Class Members who submitted valid Proofs of

16  Claim.

17       On January 11, 2013, the Court held a hearing to consider the proposed Settlement,

18  approved the proposed Settlement as fair, reasonable, and adequate, dismissed this action as

19  against the Defendants, and directed the parties to consummate the Stipulation in accordance

20  with its terms and provisions.

## II.   CLAIMS ADMINISTRATION

22       Under the terms of the Stipulation, a $26,000,000 Settlement Fund was established for

23  the settlement of the Settled Claims asserted against the Defendants.  Pursuant to the Stipulation

24  and the Notice and Proof of Claim, all Class Members wishing to participate in the Settlement

25  Fund were required to submit Proofs of Claim by mail, postmarked on or before March 18, 2013.

26  As demonstrated by the accompanying Affidavit of Stephen J. Cirami (the "Cirami Affidavit"),

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP) Page - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 7th Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL: 206.682.5600 * FAX: 206.682.2992

1    the Claims Administrator received and reviewed all submitted claims and, to the extent that a

2    claim was deficient in any regard, the Claims Administrator notified the claimant of the

3    deficiency and advised the claimant as to the possible ways to cure the deficiency.  Where a

4    claimant failed to cure a defective claim after notice, or where the claim showed that the

5    claimant was not entitled to receive a share of the Net Settlement Fund, the Claims Administrator

6    notified the claimant of the rejection of the claim and provided the claimant with notice of the

7    method for the claimant to request this Court's review of the Claims Administrator's

8    administrative determination rejecting the claim.  Copies of sample rejection letters are attached

9    as exhibits to the Cirami Affidavit at ¶ 11 and Exhibit A.

10   **A.    Late, Yet Otherwise Eligible Claims Should Be Accepted.**

11          Seven eligible claims were received after the March 18, 2013, submission deadline.  No

12   claim has been rejected because it was received after the initial submission deadline and we

13   believe no delay has resulted from the acceptance of these claims.  It is our belief that when the

14   equities are balanced, it would be unfair to prevent an otherwise valid claim from participating in

15   the Net Settlement Fund solely because it was submitted after the cut-off date, but while the

16   claims were still being processed.  Accordingly, it is respectfully requested that this Court

17   approve the administrative determination not to reject valid claims submitted after the March 18,

18   2013, deadline solely because of lateness.

19          However, there must be a final cut-off date after which no more claims may be accepted

20   in order that there may be a proportional distribution of the Net Settlement Fund.  Acceptance of

21   any claim received after preparation of this application would necessarily require a delay in the

22   distribution.  Accordingly, it is also respectfully requested that this Court enter an Order

23   directing that no claim submitted after November 21, 2013 be included in the initial distribution

24   for any reason whatsoever.  *See In re Orthopedic Bone Screw Prods. Liab. Litig.*, 246 F.3d 315,

25   329 (3d Cir. 2001) ("There is no question that in the distribution of a large class settlement fund,

26   'a cutoff date is essential and at some point the matter must be terminated.'") (citations omitted).

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP) Page - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 7th Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL: 206.682.5600 * FAX: 206.682.2992

1

2      **B.      Ineligible Claims Should Be Rejected.**

3             Pursuant to paragraph 17(e) of the Stipulation, all rejection letters specifically provided

4      that a claimant had the right, within twenty days after the mailing of the rejection, to contest the

5      rejection and request a hearing before the Court.  No claimant has an outstanding request for this

6      Court's review of the rejection of his or her claim.  For the reasons described in the Cirami

7      Affidavit, the Claims Administrator and Lead Counsel recommend that the Court approve the

8      Claim Administrator's rejection of ineligible claims.

9             It is respectfully requested that the Court enter an order approving the administrative

10     determinations accepting and rejecting claims as set forth herein.  It is further requested that the

11     Court delay entry of such order for 30 days from the filing of this application to provide time for

12     these claimants to respond to this submission if they choose to do so.

13                   **III.   FEES AND EXPENSES OF CLAIMS ADMINISTRATOR**

14            Pursuant to paragraph 10 of the Stipulation, Lead Counsel applies to the Court, with due

15     notice to Defendants' Counsel, for an order approving payment of the fees and expenses of the

16     Claims Administrator.  In accordance with the Claims Administrator's agreement with Lead

17     Counsel to act as the Claims Administrator herein, the Claims Administrator was responsible for

18     mailing notice to the Class, processing the claims, preparing the tax returns for the Settlement

19     Fund, and distributing the Net Settlement Fund to Authorized Claimants.  As set forth in Exhibit

20     C to the Cirami Affidavit, the Claims Administrator's fees and expenses for its work on behalf of

21     the Class total $283,834.01, of which $216,492.56 is unpaid.  Lead Counsel, therefore,

22     respectfully requests that the Court direct and authorize the payment from the Settlement Fund of

23     the $216,492.56 balance due to the Claims Administrator.

24            **IV.   REIMBURSEMENT OF PLAINTIFFS' COUNSEL'S EXPENSES**

25            Since this Court's approval of Plaintiffs' Counsel's prior expenses in its order dated

26     January 11, 2013, Plaintiffs' Counsel has incurred additional expenses in the aggregate amount

---

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP) Page - 4

**TOUSLEY BRAIN STEPHENS PLLC**
1700 7th Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL: 206.682.5600 * FAX: 206.682.2992

1    of $43,435.86 (the addition of which nevertheless keeps expenses below the $4 million provided

2    in the Notice as the maximum that would be sought by Plaintiffs' Counsel). These expenses

3    include $39,168.35 in payments for electronic document storage, $3,384.58 for travel, $749.58

4    for electronic legal research, $8.40 for postage, $115.71 for staff overtime, and $9.24 for long-

5    distance telephone. *See* Declarations of Daryl F. Scott and Joshua S. Devore in Support of

6    Petition for Reimbursement of Expenses.

7         Reimbursement of Plaintiffs' Counsel's expenses in a common fund case is routine.

8    Reasonable costs are reimbursable when they are the type typically billed by attorneys to paying

9    clients in the marketplace. *See Harris v. Marhoefer*, 24 F.3d 16, 19 (9th Cir. 1994). The

10   expenses set forth above constitute these types of costs. *See, e.g.*, *Thornberry v. Delta Air Lines,*

11   *Inc.*, 676 F.2d 1240, 1244 (9th Cir. 1982), *vacated and remanded on other grounds*, 461 U.S.

12   952 (1983); *In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177-78 (S.D. Cal. 2007).

13   Plaintiffs' Counsel's request for reimbursement of their expenses is reasonable and should be

14   granted.

15              **V.    DISTRIBUTION OF NET SETTLEMENT FUND**

16        It is also respectfully requested that the Court enter an order directing and authorizing

17   distribution of the balance of the Settlement Fund, plus the interest accrued thereon, after the

18   deduction of the fees and expenses previously awarded and those requested herein, to the Class

19   Members whose claims have been accepted as set forth on the list of accepted claims submitted

20   with the Cirami Affidavit, in proportion to their Recognized Losses as shown therein. *See*

21   Cirami Affidavit Exhibits B-1, B-2.

22        In order to allow the full and final distribution of the Net Settlement Fund, it is necessary

23   to bar any further claims against the Net Settlement Fund and to provide that all persons involved

24   in the review, verification, calculation, tabulation, or any other aspect of the processing of the

25   claims submitted herein, or otherwise involved in the administration or taxation of the Net

26   Settlement Fund, be released and discharged from any and all claims arising out of such

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP) Page - 5

**TOUSLEY BRAIN STEPHENS PLLC**
1700 7th Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL: 206.682.5600 * FAX: 206.682.2992

1  involvement beyond the amount allocated to them.  Accordingly, it is respectfully requested that

2  the Court enter an Order allowing for these terms.

## VI.   DISPOSITION OF ANY UNCLAIMED/UNCASHED BALANCE

Based on the substantial experience of Lead Counsel in similar distributions, it can be expected that a certain number of the payments to be distributed to Class Members who filed valid claims will not be cashed promptly.  In order to encourage Class Members to promptly cash their distributions and to avoid or reduce future expenses relating to unpaid distributions, we propose that all the distribution drafts bear a notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT CASHED WITHIN 120 DAYS AFTER ISSUE DATE."

Paragraph 21 of the Stipulation provides that if any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (a) first to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants or to pay any late, but otherwise valid and fully documented claims received after the cut-off date used to make the initial distribution, which were not previously authorized by the Court to be paid, provided that such distributions to any late post-distribution claimants meet all of the other criteria for inclusion in the initial distribution; (b) second to pay any additional settlement administration fees and expenses, including those of Lead Counsel as may be approved by the Court; and (c) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if Lead Counsel determines that such second distribution is economically feasible.  If, four (4) months after such

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP) Page - 6

TOUSLEY BRAIN STEPHENS PLLC
1700 7th Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL: 206.682.5600 * FAX: 206.682.2992

second distribution, if undertaken, or if such second distribution is not undertaken six (6) months after the initial distribution, any funds remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, the Claims Administrator is to transfer any funds remaining in the Net Settlement Fund to a 501(c)(3) organization chosen by Lead Counsel and approved by the Court.  Lead Counsel requests that in the event of such transfer, these residual funds be transferred to the Council of Institutional Investors' Research and Education Fund, a nonprofit, nonpartisan 501(c)(3) fund that educates the public, investors, corporations, and policymakers about issues relating to corporate governance, investment, and accounting standards.

The proposed Class Distribution Order confirms the Stipulation's provisions for such re-distribution of any residue of the Net Settlement Fund.

## VII.   THE ORDER FOR DISTRIBUTION OF CLASS SETTLEMENT FUND SHOULD BE APPROVED

Lead Counsel submits that the work performed, as explained above, was conducted fairly and in accordance with the terms and provisions of the Stipulation.  Accordingly, Lead Counsel has moved for an Order: (a) approving the administrative determinations of the Claims Administrator accepting and rejecting claims submitted herein; (b) directing payment of $216,492.56 to the Claims Administrator for the unpaid balance on fees and expenses incurred and to be incurred in connection with the settlement administration, taxation, and distribution of the Settlement Fund; (c) directing distribution of the Net Settlement Fund, after deduction of the payments requested herein, to Class Members whose Proofs of Claim have been accepted; (d) authorizing the transfer of any funds remaining in the Net Settlement Fund after the distribution to Authorized Claimants described above to the Council of Institutional Investors; (e) authorizing destruction of the paper Proofs of Claim one year after distribution of the Net Settlement Fund, and authorizing destruction of electronic copies of claim records three years after distribution of

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP) Page - 7

**TOUSLEY BRAIN STEPHENS PLLC**
1700 7th Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL: 206.682.5600 * FAX: 206.682.2992

1  the Net Settlement Fund; and (f) granting reimbursement of Plaintiffs' Counsel's expenses.

2

3                              VIII.   CONCLUSION

4          For the reasons described above, Lead Counsel's Application for an Order for

5  Distribution of Class Settlement Fund should be approved.

6  DATED:  December 2, 2013            Respectfully submitted,

7
                                       **TOUSLEY BRAIN STEPHENS PLLC**
8
                                       By:  /s/ Kim D. Stephens
9                                      Kim D. Stephens, WSBA #11984
                                       Janissa A. Strabuk, WSBA #21827
10                                     1700 Seventh Avenue, Suite 2200
                                       Seattle, WA 98101
11                                     Tel.: (206) 682-5600
                                       Fax: (206) 682-2992
12                                     Email: kstephens@tousley.com
                                              jstrabuk@tousley.com
13

14                                     *Liaison Counsel for Plaintiffs and the Class*

15

16                                     **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                       Steven J. Toll
17                                     Julie Goldsmith Reiser
                                       Joshua S. Devore (admitted *pro hac vice*)
18                                     S. Douglas Bunch (admitted *pro hac vice*)
                                       1100 New York Avenue, N.W.
19                                     Suite 500, West Tower
                                       Washington, DC 20005
20                                     Tel.: (202) 408-4600
                                       Fax: (202) 408-4699
21                                     Email: stoll@cohenmilstein.com
                                              jreiser@cohenmilstein.com
22                                            jdevore@cohenmilstein.com
                                              dbunch@cohenmilstein.com
23

24                                     Joel P. Laitman (admitted *pro hac vice*)
                                       Christopher Lometti (admitted *pro hac vice*)
25                                     Daniel B. Rehns (admitted *pro hac vice*)
                                       88 Pine Street, Fourteenth Floor
26                                     New York, NY 10005

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP) Page - 8

Tel.: (212) 838-7797
Fax: (212) 838-7745
Email: jlaitman@cohenmilstein.com
        clometti@cohenmilstain.com
        drehns@cohenmilstein.com


**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
David R. Scott (admitted *pro hac vice*)
Beth Kaswan (admitted *pro hac vice*)
Amanda F. Lawrence (admitted *pro hac vice*)
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel.: (212) 223-6444
Fax: (212) 223-6334
Email: drscott@scott-scott.com
        bkaswan@scott-scott.com
        alawrence@scott-scott.com

Anne L. Box (admitted *pro hac vice*)
John T. Jasnoch (admitted *pro hac vice*)
707 Broadway, Suite 1000
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
Email:  abox@scott-scott.com
        jjasnoch@scott-scott.com

*Lead Counsel for the Class*

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP) Page - 9

TOUSLEY BRAIN STEPHENS PLLC
1700 7th Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL: 206.682.5600 * FAX: 206.682.2992

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record and additional persons listed below:

**2:09-cv-00037-MJP Notice has been electronically mailed to:**

Steve W. Berman (Terminated) steve@hbsslaw.com, heatherw@hbsslaw.com, robert@hbsslaw.com

Larry Steven Gangnes gangnesl@lanepowell.com, docketing-sea@lanepowell.com, donnellyjossm@lanepowell.com, gracen@lanepowell.com

David Daniel Hoff dhoff@tousley.com, tblit@tousley.com

Stellman Keehnel stellman.keehnel@dlapiper.com, patsy.howson@dlapiper.com

Paul Joseph Kundtz pkundtz@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

Bruce Earl Larson (Terminated) blarson@karrtuttle.com, psteinfeld@karrtuttle.com

John D Lowery jlowery@riddellwilliams.com

Louis David Peterson ldp@hcmp.com, smp@hcmp.com

Stephen M. Rummage (Terminated) steverummage@dwt.com, jeannecadley@dwt.com, seadocket@dwt.com

Kim D Stephens kstephens@tousley.com, mandrzejewski@tousley.com, tblit@tousley.com cbonifaci@tousley.com,

Robert D Stewart stewart@kiplinglawgroup.com

Dennis H Walters (Terminated) dwalters@karrtuttle.com, wbarker@karrtuttle.com

Mike Liles, Jr (Terminated) mliles@karrtuttle.com

Steven P Caplow (Terminated) stevencaplow@dwt.com, jasonSchattenkerk@dwt.com, patrickwatts@dwt.com, seadocket@dwt.com, sheilarowden@dwt.com

Janissa Ann Strabuk jstrabuk@tousley.com, mhottman@tousley.com,

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP) Page - 10

**Tousley Brain Stephens pllc**
1700 7th Avenue, Suite 2200
Seattle, Washington  98101-1332
Tel: 206.682.5600 * Fax: 206.682.2992

Walter Eugene Barton (Terminated) gbarton@karrtuttle.com, danderson@karrtuttle.com, nrandall@karrtuttle.com

Gavin Williams Skok gskok@riddellwilliams.com, jsherred@riddellwilliams.com, lmoore@riddellwilliams.com

David M Balabanian david.balabanian@bingham.com

Douglas C McDermott doug@mcdermottnewman.com, eric@mcdermottnewman.com

Susan L Hoffman susan.hoffman@bingham.com

Steven J Toll stoll@cohenmilstein.com, efilings@cohenmilstein.com

John D Pernick john.pernick@bingham.com

Steven W Fogg sfogg@corrcronin.com, hpowell@corrcronin.com, reception@corrcronin.com

Brian C Free bcf@hcmp.com, bkp@hcmp.com

Christopher M Huck (Terminated) buck@kdg-law.com

Rogelio Omar Riojas omar.riojas@dlapiper.com, karen.hansen@dlapiper.com

Timothy Michael Moran moran@kiplinglawgroup.com, cannon@kiplinglawgroup.com

Richard A Speirs rspeirs@cohenmilstein.com

Bradley T. Meissner bmeissner@fenwick.com

Geoffrey M Johnson gjohnson@scott-scott.com, efile@scott-scott.com

Mary Kay Vyskocil mvyskocil@stblaw.com

Barry Robert Ostrager bostrager@stblaw.com, managingclerk@stblaw.com

Richard F Hans richard.hans@dlapiper.com, dorinda.castro@dlapiper.com

S Douglas Bunch dbunch@cohenmilstein.com

Darren J Robbins e_file_sd@csgrr.com

Jonathan Gardner jgardner@labaton.com

Daniel B Rehns drehns@cohenmilstein.com, efilings@cohenmilstein.com

**TOUSLEY BRAIN STEPHENS PLLC**
1700 7th Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL: 206.682.5600 * FAX: 206.682.2992

1  Joel P Laitman jlaitman@cohenmilstein.com

2  Christopher E Lometti clometti@cohenmilstein.com

3  Michael H. Barr mbarr@sonnenschein.com

4  Kenneth J Pfaehler kenneth.pfaehler@snrdenton.com, nicole.reeber@snrdenton.com

5  Leslie D Davis ldavis@sonnenschein.com

6  Kevin P Chavous kchavous@sonnenschein.com

7  Paul Scarlato pscarlato@labaton.com, ElectronicCaseFiling@labaton.com

8  Frank Busch frank.busch@bingham.com, andrew.obach@bingham.com

9  Joseph P Guglielmo jguglielmo@scott-scott.com, efile@scott-scott.com

10 Kenneth M Rehns krehns@cohenmilstein.com, efilings@cohenmilstein.com

11 Adam Zurofsky azurofsky@cahill.com

12 Tammy Roy troy@cahill.com

13

14 Floyd Abrams fabrams@cahill.com

15 James J. Coster jcoster@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

16 Joshua M. Rubins jrubins@ssbb.com, jregan@ssbb.com, managingclerk@ssbb.com

17 Theo J. Robins theo.robins@bingham.com

18 Brian O O'Mara bomara@rgrdlaw.com, e_file_sd@rgrdlaw.com, johnkg@rgrdlaw.com

19

20 Joshua S. Devore jdevore@cohenmilstein.com, efilings@cohenmilstein.com

21 Julie Goldsmith Reiser jreiser@cohenmilstein.com

22 Jee Young You jeeyoung.you@bingham.com

23 Walter W. Noss wnoss@scott-scott.com, efile@scott-scott.com

24 Anne L. Box abox@scott-scott.com, edewan@scott-scott.com, efile@scott-scott.com

25

26 David R. Scott dscott@scott-scott.com

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP) Page - 12

**TOUSLEY BRAIN STEPHENS PLLC**
1700 7th Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL: 206.682.5600 * FAX: 206.682.2992

Amanda Lawrence  alawrence@scott-scott.com

Evan R. Chesler echesler@cravath.com

Thomas G. Rafferty trafferty@cravath.com

Daniel Slifkin dslifkin@cravath.com

Michael A. Paskin mpaskin@cravath.com

J. Wesley Earnhardt wearnhardt@cravath.com

Jesse M. Weiss jweiss@cravath.com

John T Jasnoch jjasnoch@scott-scott.com, efile@scott-scott.com

Edward C. Signaigo esignaigo@scott-scott.com, efile@scott-scott.com

Hector J Valdes hvaldes@cravath.com

Ryan Wagenleitner rwagenleitner@scott-scott.com

**2:09-cv-00037-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00134-MJP Notice has been electronically mailed to:**

Naumon A Amjed namjed@btkmc.com, knguyen@btkmc.com

John A. Kehoe jkehoe@btkmc.com

Sharan Nirmul snirmul@btkmc.com

Joseph A. Fonti jfonti@labaton.com, ElectronicCaseFiling@labaton.com

Serena Richardson srichardson@labaton.com, ElectronicCaseFiling@labaton.com

**2:09-cv-00134-MJP Notice will not be electronically mailed to:**

WaMu Officer Defendants Securities MDL

**2:09-cv-00137-MJP Notice has been electronically mailed to:**

Christopher M Huck huck@kdg-law.com

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP) Page - 13

**TOUSLEY BRAIN STEPHENS PLLC**
1700 7th Avenue, Suite 2200
Seattle, Washington  98101-1332
TEL: 206.682.5600 * FAX: 206.682.2992

1   Hollis Lee Salzman hsalzman@labaton.com, ElectronicCaseFiling@labaton.com

2   **2:09-cv-00137-MJP Notice will not be electronically mailed to:**

3   WaMu Officer Defendants Securities MDL

4   Julie Hwang
5   LABATON SUCHAROW LLP
    140 BROADWAY
6   FLOOR 34
7   NEW YORK, NY 10005

8   **2:09-cv-01557-MJP Notice has been electronically mailed to:**

9   Gavin Williams Skok azurofsky@cahill.com, fabrams@cahill.com, troy@cahill.com

10   **2:09-cv-01557-MJP Notice will not be electronically mailed to:**

11   WaMu Officer Defendants Securities MDL

12   Dated December 4, 2013.

13                          By:  s/ Kim D. Stephens
                           By:  s/ Janissa A. Strabuk
14                           Kim D. Stephens, WSBA #11984
15                           Janissa A. Strabuk, WSBA #21827
                          1700 Seventh Avenue, Suite 2200
16                           Seattle, Washington 98101
                          Telephone: (206) 682-5600
17                           Facsimile: (206) 682-2992
18                           Email: kstephens@tousley.com
                              jstrabuk@tousley.com
19                           *Liaison Counsel for Plaintiffs and the Class*

APPLICATION IN SUPPORT OF AN ORDER FOR
DISTRIBUTION OF CLASS SETTLEMENT FUND
(2:09-cv-00037-MJP) Page - 14

**TOUSLEY BRAIN STEPHENS PLLC**
1700 7th Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL: 206.682.5600 * FAX: 206.682.2992