# EXHIBIT A

WaMu MBS Litigation
c/o The Garden City Group, Inc.
P.O. Box 9875
Dublin, OH 43017-5775
1-800-757-9279




**Mailing Date: July 18, 2013**
**Response Due Date: August 7, 2013**
**Claim No:**

**Eligible Securities:**
WaMu Mortgage Pass-Through Certificates Series 2006-AR7 tranche 2A; 2006-AR12 tranche 1A1; 2006-AR16 tranche 2A1, LB1, LB2, LB3, 3B1, 3B2 and 3B3; 2006 AR-17 tranche 1A; 2006-AR18 tranche 2A1; and 2007-HY1 tranches 1A1 and 3A3
**Class Period:**
June 1, 2006 through August 1, 2008, inclusive

## NOTICE OF REJECTION OF PART OF YOUR CLAIM

Dear Claimant:

The Claim Form you submitted in the In re Washington Mutual Mortgage Backed Securities Litigation was processed and part of it has been rejected. The reason(s) for the partial rejection and information about the part of your claim that is rejected is on the back of this letter.

**PART OF YOUR CLAIM HAS BEEN APPROVED BY THE ADMINISTRATOR. PART OF YOUR CLAIM HAS BEEN REJECTED.**

**NO FURTHER ACTION IS REQUIRED IF YOU AGREE WITH OUR DETERMINATIONS AND/OR DO NOT WISH TO FIX YOUR CLAIM.**

**TO FIX OR OTHERWISE COMPLETE YOUR CLAIM, PLEASE FOLLOW THE DIRECTIONS ON THE BACK OF THIS LETTER.**

If you have any questions regarding this letter, please call the Claims Administrator at 1-800-757-9279 for a detailed description of the reasons your Claim Form has been rejected.

Sincerely,

The Claims Administrator
In re Washington Mutual Mortgage Backed Securities Litigation

***THIS IS THE ONLY NOTICE YOU WILL RECEIVE FOR THIS CLAIM***
*IMPORTANT INFORMATION ABOUT YOUR CLAIM AND THE NEXT STEPS YOU MAY TAKE ARE ON THE BACK OF THIS LETTER.  IF YOU HAVE ADDITIONAL QUESTIONS, PLEASE CALL US AT 1-800-757-9279.*

Claim No:

# YOU MUST INCLUDE A COPY OF THIS LETTER WITH ANY RESPONSE AND YOU MUST REFERENCE YOUR CLAIM NUMBER ON ALL CORRESPONDENCE AND DOCUMENTATION.

_____

*PROBLEM(S) WITH YOUR CLAIM:*

**PROBLEM WITH YOUR CLAIM:**

**Your claim does not "balance" because you did not provide information about all of your transactions. For your claim to be in balance, using the chart below, A + B must equal C + D + E.** To the extent the transactions you did provide calculate to a Recognized Loss under the Court Approved Plan of Allocation, your claim will be partially accepted.

| Security | Total Transactions | Transaction | Number of Shares |
|---|---|---|---|
|  |  |  |  |

**HOW TO FIX YOUR CLAIM:**

**A summary of your claim transaction history is provided in the table above.** Review your transactional history before, during, and after the class period and compare it to the information you previously provided. Return this letter with the additional transactional information as well as appropriate supporting documentation, such as periodic brokerage statements or broker's trade confirmations (handwritten or self-generated information is not acceptable) showing the new transaction(s).

**PROBLEM WITH YOUR CLAIM:**

**YOUR CLAIM CONTAINS CERTAIN INELIGIBLE TRANSACTIONS.** The transaction(s) are ineligible because (1) a transaction was listed twice, (2) the transaction was not in the Class Period, or (3) the transaction was not for an eligible security. The specific transaction(s) at issue are listed below:

| Transaction | Security | Trade date | Number of Shares | Price Per Share | Reason for Ineligibility |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

WaMu MBS Litigation
c/o The Garden City Group, Inc.
P.O. Box 9875
Dublin, OH 43017-5775
1-800-757-9279




Mailing Date: July 18, 2013
Response Due Date: August 7, 2013
Claim No:

**Eligible Securities:**
WaMu Mortgage Pass-Through Certificates Series 2006-AR7 tranche 2A; 2006-AR12 tranche 1A1; 2006-AR16 tranche 2A1, LB1, LB2, LB3, 3B1, 3B2 and 3B3; 2006 AR-17 tranche 1A; 2006-AR18 tranche 2A1; and 2007-HY1 tranches 1A1 and 3A3
**Class Period:**
June 1, 2006 through August 1, 2008, inclusive

# NOTICE OF REJECTION OF YOUR ENTIRE CLAIM

Dear Claimant:

The Claim Form you submitted in the In re Washington Mutual Mortgage Backed Securities Litigation was processed and rejected in its entirety. The reason(s) for the rejection of your entire claim is on the back of this letter.

**NO FURTHER ACTION IS REQUIRED IF YOU AGREE WITH OUR DETERMINATIONS AND/OR DO NOT WISH TO FIX YOUR CLAIM.**

**TO FIX OR OTHERWISE COMPLETE YOUR CLAIM, PLEASE FOLLOW THE DIRECTIONS ON THE BACK OF THIS LETTER.**

If you have any questions regarding this letter, please call the Claims Administrator at 1-800-757-9279 for a detailed description of the reasons your Claim Form has been rejected.

Sincerely,

The Claims Administrator
In re Washington Mutual Mortgage Backed Securities Litigation

***THIS IS THE ONLY NOTICE YOU WILL RECEIVE FOR THIS CLAIM***
*IMPORTANT INFORMATION ABOUT YOUR CLAIM AND THE NEXT STEPS YOU MAY TAKE ARE ON THE BACK OF THIS LETTER. IF YOU HAVE ADDITIONAL QUESTIONS, PLEASE CALL US AT 1-800-757-9279.*



Claim No:

## YOU MUST INCLUDE A COPY OF THIS LETTER WITH ANY RESPONSE AND YOU MUST REFERENCE YOUR CLAIM NUMBER ON ALL CORRESPONDENCE AND DOCUMENTATION.

_____

*PROBLEM(S) WITH YOUR CLAIM:*

**PROBLEM WITH YOUR CLAIM:**

**YOUR CLAIM CONTAINS TRANSACTIONS THAT ARE GIFTS, OR TRANSFERS INTO, OR OUT OF, YOUR ACCOUNT.**  The specific transactions at issue are listed in the chart that follows:

| Transaction | Security | Transfer date | Number of Shares | Date of Purchase/Sale | Price Per Share | Net Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

**HOW TO FIX YOUR CLAIM:**

In order to include these transactions in your claim so they may be properly calculated according to the Court-approved Plan of Allocation, you must return this letter with the additional information supplied above.  You must also include appropriate supporting documentation, such as periodic brokerage statements or broker's trade confirmations (handwritten or self-generated information is not acceptable) showing the new transaction(s).  Gifts or a transfer into the account (also called a "free receipt") are represented in the Transaction field above as a "transfer in".  To complete this transaction, you must provide the original purchase information including date, price per share, and net amount.  Transfers out of the account (also called a "free delivery") are represented in the Transaction field above as a "transfer out".  To complete this transaction, you must provide the final disposition of those shares including date of sale, price per share, and net amount; if the shares were held until the end of the class period simply write "HELD" in the Date of Purchase/Sale field, and provide appropriate documentation.

Claim No:

If you do not intend to supply additional information/documentation, and you still disagree with the determination, you may request Court review of the determination. To request Court review, you must send a letter to the claims administrator within twenty (20) days of the date of this letter and it must: (1) specifically state that you "request that the Court review the rejection of your claim," (2) state your argument(s) for why your claim should be accepted, (3) attach any supporting documents you may have to support your argument, and (4) be signed. Please also include a copy of this letter when requesting Court review of the rejection of your claim. Your claim and its administrative rejection will be presented to the Court for review.