# EXHIBIT B-1

| | | |
|---|---|---|
| MC64N | **Timely Filed Eligible Authorized Claimants** | Page 1 of 9 |
| MC64N318 | WAMU MBS LITIGATION | 21-Nov-13  9:23 AM |

| Claim # | Recognized Loss |
|---:|---:|
| 49 | -37,884.28 |
| 53 | -2,806,553.60 |
| 56 | -428,135.48 |
| 58 | -21,897.79 |
| 62 | -282,430.87 |
| 63 | -18,200.00 |
| 64 | -10,245,651.68 |
| 67 | -6,799.43 |
| 72 | -34,786.15 |
| 73 | -4,263.01 |
| 74 | -149,546.19 |
| 75 | -74,176.28 |
| 76 | -4,683,987.53 |
| 77 | -720,615.24 |
| 78 | -42,118.48 |
| 79 | -13,982.64 |
| 80 | -11,424.86 |
| 81 | -973,081.44 |
| 87 | -50,008.91 |
| 95 | -329,305.05 |
| 96 | -214,859.82 |
| 97 | -2,453,303.63 |
| 98 | -2,434,839.48 |
| 99 | -8,354,009.05 |
| 100 | -16,584.15 |
| 102 | -474,170.11 |
| 103 | -262,931.46 |
| 108 | -29,120.00 |
| 110 | -32,760.00 |
| 1000214 | -3,903,520.46 |
| 1000274 | -3,414,688.64 |
| 1000407 | -1,241,559.05 |
| 5000002 | -383,675.35 |
| 5000010 | -176,525.71 |
| 5000012 | -375,003.76 |
| 5000022 | -1,709,852.38 |
| 5000024 | -1,055,102.49 |
| 5000026 | -180,945.85 |
| 5000027 | -2,394,677.25 |
| 5000029 | -110,995.31 |
| 5000030 | -241,815.38 |
| 5000032 | -91,422.04 |
| 5000033 | -183,208.96 |
| 5000034 | -89,400.00 |
| 5000036 | -21,840.00 |
| 5000037 | -76,946.68 |
| 5000040 | -28,544.81 |
| 5000041 | -18,200.00 |

| | | |
|---|---|---|
| MC64N | **Timely Filed Eligible Authorized Claimants** | Page 2 of 9 |
| MC64N318 | WAMU MBS LITIGATION | 21-Nov-13  9:23 AM |

| Claim # | Recognized Loss |
|---|---|
| 5000042 | -829.09 |
| 5000050 | -15,846.22 |
| 5000051 | -341,779.54 |
| 5000055 | -1,153,835.76 |
| 5000057 | -1,079,784.67 |
| 5000058 | -128,000.97 |
| 5000059 | -216,286.81 |
| 5000060 | -69,635.00 |
| 5000061 | -1,692,294.45 |
| 5000064 | -123,578.37 |
| 5000072 | -5,622.22 |
| 5000074 | -48,880.29 |
| 5000076 | -28,560.77 |
| 5000077 | -59,310.54 |
| 5000078 | -316,357.15 |
| 5000080 | -149,396.79 |
| 5000081 | -827,118.00 |
| 5000086 | -126,475.29 |
| 5000087 | -28,475.74 |
| 5000088 | -9,424.08 |
| 5000089 | -297,401.59 |
| 5000090 | -47,645.00 |
| 5000094 | -68,659.23 |
| 5000095 | -9,380.49 |
| 5000098 | -47,645.00 |
| 5000099 | -108,757.70 |
| 5000103 | -361,364.08 |
| 5000104 | -10,684,020.24 |
| 5000107 | -214,198.92 |
| 5000110 | -179,585.00 |
| 5000112 | -215,662.11 |
| 5000114 | -20,317.83 |
| 5000116 | -5,961.49 |
| 5000117 | -150,893.38 |
| 5000123 | -12,602.45 |
| 5000124 | -69,635.00 |
| 5000127 | -19,020.00 |
| 5000133 | -12,734.99 |
| 5000134 | -3,983.57 |
| 5000138 | -187.83 |
| 5000141 | -157,178.84 |
| 5000143 | -71,745.78 |
| 5000144 | -54,975.00 |
| 5000145 | -1,847.51 |
| 5000146 | -7,989.95 |
| 5000147 | -10,995.00 |
| 5000148 | -12,407.96 |
| 5000149 | -32,985.00 |

| MC64N | | | |
|---|---|---|---|
| MC64N318 | **Timely Filed Eligible Authorized Claimants** | Page 3 of 9 | |
| | WAMU MBS LITIGATION | 21-Nov-13  9:23 AM | |

| Claim # | Recognized Loss |
|---|---|
| 5000150 | -357,487.14 |
| 5000151 | -14,660.00 |
| 5000152 | -334,678.26 |
| 5000156 | -18,200.00 |
| 5000157 | -29,320.00 |
| 5000159 | -2,255.98 |
| 5000161 | -190,728.23 |
| 5000164 | -497,476.26 |
| 5000166 | -137,654.05 |
| 5000171 | -34,037.15 |
| 5000174 | -138,578.94 |
| 5000176 | -28,905.13 |
| 5000178 | -406,483.14 |
| 5000179 | -966,921.08 |
| 5000180 | -105,385.48 |
| 5000187 | -14,214.68 |
| 5000188 | -43,370.19 |
| 5000190 | -1,251,387.88 |
| 5000192 | -830.88 |
| 5000193 | -31,896.03 |
| 5000196 | -78,695.30 |
| 5000198 | -2,876.76 |
| 5000199 | -35,678.03 |
| 5000201 | -3,077.71 |
| 5000202 | -156,425.00 |
| 5000204 | -110,328.28 |
| 5000205 | -878,321.32 |
| 5000206 | -303,901.25 |
| 5000207 | -46,405.01 |
| 5000208 | -68,614.34 |
| 5000209 | -79,424.77 |
| 5000210 | -73,908.75 |
| 5000211 | -117,143.86 |
| 5000212 | -898,479.46 |
| 5000213 | -85,123.88 |
| 5000214 | -3,576.09 |
| 5000215 | -123,768.80 |
| 5000216 | -44,481.53 |
| 5000217 | -50,341.18 |
| 5000218 | -138,133.90 |
| 5000223 | -4,763.77 |
| 5000225 | -4,808.45 |
| 5000237 | -3,050,370.28 |
| 5000244 | -850,696.40 |
| 5000245 | -40,662.95 |
| 5000248 | -21,840.00 |
| 5000249 | -21,840.00 |
| 5000260 | -703,406.19 |

**Timely Filed Eligible Authorized Claimants**
WAMU MBS LITIGATION

| Claim # | Recognized Loss |
|---|---|
| 5000265 | -86,027.10 |
| 5000282 | -281,082.93 |
| 5000283 | -245,677.02 |
| 5000284 | -238,605.47 |
| 5000285 | -240,605.52 |
| 5000286 | -1,869,031.92 |
| 5000287 | -796,906.22 |
| 5000288 | -106,854.28 |
| 5000289 | -312,225.22 |
| 5000290 | -396,848.87 |
| 5000293 | -66,413.22 |
| 5000294 | -19,255.93 |
| 5000295 | -19,764.96 |
| 5000296 | -6,661.89 |
| 5000297 | -19,764.95 |
| 5000298 | -74,555.11 |
| 5000299 | -20,885.93 |
| 5000300 | -24,705.63 |
| 5000301 | -1,758.62 |
| 5000302 | -12,038.88 |
| 5000303 | -680.70 |
| 5000304 | -759.07 |
| 5000320 | -137,237.76 |
| 5000321 | -4,758.69 |
| 5000322 | -40,619.11 |
| 5000324 | -26,897.75 |
| 5000325 | -8,235.19 |
| 5000326 | -62,030.74 |
| 5000327 | -28,544.79 |
| 5000328 | -36,125.76 |
| 5000329 | -14,560.00 |
| 5000330 | -112,840.00 |
| 5000331 | -14,560.00 |
| 5000332 | -23,308.77 |
| 5000333 | -23,746.28 |
| 5000334 | -6,770.41 |
| 5000335 | -46,442.36 |
| 5000336 | -1,955.98 |
| 5000337 | -3,111.72 |
| 5000338 | -1,361.38 |
| 5000339 | -31,506.58 |
| 5000342 | -3,267.30 |
| 5000345 | -11,843.97 |
| 5000350 | -65,048.50 |
| 5000351 | -10,823.99 |
| 5000354 | -298,866.38 |
| 5000355 | -173,082.05 |
| 5000356 | -2,692.43 |

| | | |
|---|---|---|
| MC64N | **Timely Filed Eligible Authorized Claimants** | Page  5   of   9 |
| MC64N318 | WAMU MBS LITIGATION | 21-Nov-13   9:23 AM |

| Claim # | Recognized Loss |
|---|---|
| 5000358 | -6,462,364.15 |
| 5000361 | -375,178.56 |
| 5000362 | -172,014.02 |
| 5000365 | -373,342.50 |
| 5000366 | -16,390.53 |
| 5000370 | -177,510.50 |
| 5000371 | -2,329,790.89 |
| 5000372 | -94,640.00 |
| 5000373 | -54,600.00 |
| 5000374 | -43,680.00 |
| 5000379 | -1,005,279.22 |
| 5000380 | -321,725.98 |
| 5000382 | -31,675.50 |
| 5000383 | -6,798.56 |
| 5000384 | -1,794.75 |
| 5000385 | -103,624.52 |
| 5000387 | -46,760.60 |
| 5000391 | -83,771.44 |
| 5000392 | -7,280.00 |
| 5000395 | -14,364.01 |
| 5000397 | -553,510.83 |
| 5000398 | -14,560.00 |
| 5000399 | -17,247.57 |
| 5000405 | -11,475.81 |
| 5000410 | -292,259.65 |
| 5000411 | -107,577.68 |
| 5000412 | -93,150.35 |
| 5000414 | -139,173.19 |
| 5000415 | -40,679.40 |
| 5000416 | -3,372,951.46 |
| 5000417 | -1,284,434.17 |
| 5000418 | -7,209,932.70 |
| 5000424 | -436,035.23 |
| 5000430 | -108,713.31 |
| 5000432 | -68,445.54 |
| 5000433 | -25,480.00 |
| 5000436 | -15,532.20 |
| 5000437 | -119,064.34 |
| 5000439 | -22,821.84 |
| 5000441 | -5,869.72 |
| 5000442 | -240,937.46 |
| 5000444 | -29,120.00 |
| 5000445 | -1,023,954.28 |
| 5000449 | -119,633.10 |
| 5000450 | -50,914.07 |
| 5000451 | -24,709.61 |
| 5000452 | -93,770.31 |
| 5000453 | -120,120.00 |

MC64N  **Timely Filed Eligible Authorized Claimants**  Page 6 of 9
MC64N318  WAMU MBS LITIGATION  21-Nov-13  9:23 AM

| Claim # | Recognized Loss |
|---|---|
| 5000454 | -420,850.13 |
| 5000456 | -36,400.00 |
| 5000457 | -3,156,524.51 |
| 5000458 | -974,408.74 |
| 5000459 | -162,188.01 |
| 5000460 | -36,341.83 |
| 5000462 | -246,651.80 |
| 5000463 | -677,543.88 |
| 5000464 | -177,612.03 |
| 5000465 | -141,960.00 |
| 5000466 | -743,932.59 |
| 5000467 | -618,508.38 |
| 5000470 | -175,407.46 |
| 5000471 | -212,191.34 |
| 5000476 | -141,166.94 |
| 5000477 | -35,127.01 |
| 5000479 | -55,851.73 |
| 5000481 | -181,401.86 |
| 5000484 | -44,505.58 |
| 5000486 | -137,289.21 |
| 5000487 | -29,411.79 |
| 5000488 | -51,016.18 |
| 5000490 | -532,437.23 |
| 5000492 | -1,046,128.04 |
| 5000493 | -43,680.00 |
| 5000495 | -122,713.18 |
| 5000496 | -38,433.38 |
| 5000497 | -2,445.68 |
| 5000499 | -189,512.12 |
| 5000500 | -519,020.67 |
| 5000501 | -159,125.31 |
| 5000502 | -38,324.46 |
| 5000503 | -3,640.00 |
| 5000506 | -104,144.22 |
| 5000507 | -1,469,201.72 |
| 5000508 | -15,133.56 |
| 5000509 | -119,139.66 |
| 5000510 | -22,293.60 |
| 5000511 | -30,788.76 |
| 5000512 | -22,947.11 |
| 5000513 | -1,575.82 |
| 5000514 | -155,618.81 |
| 5000516 | -10,720.07 |
| 5000517 | -35,254.65 |
| 5000518 | -722,057.37 |
| 5000521 | -3,289,250.45 |
| 5000522 | -56,699.86 |
| 5000523 | -59,908.91 |

| MC64N | | | |
|---|---|---|---|
| MC64N318 | **Timely Filed Eligible Authorized Claimants** | Page 7 of 9 | |
| | WAMU MBS LITIGATION | 21-Nov-13  9:23 AM | |

| Claim # | Recognized Loss |
|---|---|
| 5000524 | -76,188.41 |
| 5000527 | -1,071.85 |
| 5000528 | -3,640.00 |
| 5000532 | -180,092.93 |
| 5000533 | -32,760.00 |
| 5000535 | -658,387.26 |
| 5000536 | -739,050.53 |
| 5000538 | -105,961.19 |
| 5000539 | -131,528.28 |
| 5000540 | -116,351.95 |
| 5000542 | -10,920.00 |
| 5000543 | -26,357.00 |
| 5000544 | -2,295.64 |
| 5000545 | -43,307.53 |
| 5000549 | -41,638.78 |
| 5000550 | -1,054,827.37 |
| 5000555 | -5,816.09 |
| 5000556 | -29,120.00 |
| 5000558 | -21,840.00 |
| 5000560 | -18,200.00 |
| 5000562 | -11,224.22 |
| 5000563 | -4,420.58 |
| 5000564 | -426,524.82 |
| 5000570 | -1,702,808.33 |
| 5000572 | -170,352.00 |
| 5000573 | -20,856.00 |
| 5000575 | -54,600.00 |
| 5000578 | -29,120.00 |
| 5000579 | -415,105.60 |
| 5000587 | -6,904.12 |
| 5000588 | -728,891.74 |
| 5000590 | -97,703.62 |
| 5000592 | -7,351.43 |
| 5000597 | -151,891.57 |
| 5000598 | -1,696,701.32 |
| 5000605 | -60,928.73 |
| 5000606 | -3,519.52 |
| 5000607 | -14,560.00 |
| 5000608 | -25,480.00 |
| 5000609 | -25,480.00 |
| 5000610 | -45,965.58 |
| 5000611 | -47,207.33 |
| 5000615 | -182,985.50 |
| 5000619 | -47,946.57 |
| 5000621 | -693,544.75 |
| 5000624 | -8,612,638.73 |
| 5000625 | -200,017.99 |
| 5000628 | -10,920.00 |

| | | |
|---|---|---|
| MC64N | **Timely Filed Eligible Authorized Claimants** | Page 8 of 9 |
| MC64N318 | WAMU MBS LITIGATION | 21-Nov-13   9:23 AM |

| Claim # | Recognized Loss |
|---|---|
| 5000629 | -9,646.32 |
| 5000631 | -25,429.62 |
| 5000632 | -323,960.00 |
| 5000633 | -76,440.00 |
| 5000635 | -16,725.47 |
| 5000637 | -130,503.30 |
| 5000640 | -76,440.00 |
| 5000641 | -14,560.00 |
| 5000642 | -69,160.00 |
| 5000643 | -265,096.25 |
| 5000646 | -96,883.08 |
| 5000647 | -189,280.00 |
| 5000648 | -2,482,561.38 |
| 5000650 | -120,846.09 |
| 5000653 | -127,815.04 |
| 5000654 | -69,163.95 |
| 5000655 | -14,560.00 |
| 5000658 | -889,739.99 |
| 5000683 | -21,319.37 |
| 5000685 | -69,160.00 |
| 5000686 | -113,930.60 |
| 5000689 | -4,200.82 |
| 5000690 | -163,900.76 |
| 5000691 | -51,435.64 |
| 5000703 | -10,406.03 |
| 5000705 | -3,640.00 |
| 5000706 | -40,040.00 |
| 5000707 | -58,240.00 |
| 5000708 | -120,120.00 |
| 5000709 | -7,280.00 |
| 5000710 | -1,507.60 |
| 5000711 | -10,920.00 |
| 5000712 | -87,360.00 |
| 5000713 | -69,160.00 |
| 5000716 | -21,840.00 |
| 5000717 | -21,840.00 |
| 5000720 | -43,680.00 |
| 5000722 | -291,200.00 |
| 5000723 | -315,673.69 |
| 5000727 | -252,623.42 |
| 5000729 | -25,480.00 |
| 5000731 | -7,280.00 |
| 5000733 | -29,120.00 |
| 5000734 | -21,840.00 |
| 5000735 | -58,240.00 |
| 5000737 | -43,680.00 |
| 5000738 | -7,280.00 |
| 5000739 | -3,640.00 |

| MC64N | | | |
|---|---|---|---|
| MC64N318 | | | |

**Timely Filed Eligible Authorized Claimants**
WAMU MBS LITIGATION

Page 9 of 9
21-Nov-13  9:23 AM

| Claim # | Recognized Loss |
|---|---|
| 5000768 | -70,247.24 |
| 5000773 | -1,159,355.38 |
| 5000786 | -742,200.41 |
| 5000790 | -261,705.67 |
| 5000791 | -60,924.94 |
| 5001107 | -108,786.30 |
| 5001109 | -78,265.48 |
| 5001110 | -561,631.35 |
| 5001111 | -1,043,029.65 |
| 5001115 | -69,402.08 |
| 5001116 | -26,517.81 |
| 5001117 | -243,880.00 |
| 5001121 | -967,101.92 |
| 5001123 | -19,626.71 |
| 5001124 | -32,843.22 |
| 5001125 | -184,297.61 |
| 5001141 | -1,623,586.24 |
| 5001143 | -350,552.87 |
| 5001144 | -1,240,570.19 |
| 5001145 | -113,560.96 |
| 5001147 | -2,284,742.97 |
| 5001149 | -6,609.42 |
| 5001155 | -2,455,597.30 |
| 5001158 | -443,624.05 |
| 5001239 | -7,280.00 |
| 5001240 | -18,200.00 |
| 5001241 | -1,720.08 |
| 5001254 | -56,777,638.05 |
| 5001314 | -4,585.11 |
| **Claim Count:** **413** | **Total Loss:** **-230,198,615.99** |