# EXHIBIT B-2

| MC64N<br>MC64N321 | **Late Filed But Otherwise Eligible Authorized Claimants**<br>WAMU MBS LITIGATION | Page  1  of  1<br>21-Nov-13   9:29 AM |
|---|---|---|

| Claim # | Recognized Loss |
|---|---|
| 5001302 | -18,788.65 |
| 5001303 | -7,280.00 |
| 5001304 | -432,891.94 |
| 5001305 | -56,809.39 |
| 5001306 | -22,147.99 |
| 5001307 | -351,792.77 |
| 5001308 | -33,671.51 |

**Claim Count:** 7     **Total Loss:** **-923,382.25**