# EXHIBIT B-3

| MC66N | Ineligible or Rejected Claimants | Page 1 of 10 |
|---|---|---|
| MC66N375 | WAMU MBS LITIGATION | 21-Nov-13  9:37 AM |

| Claim # | Reason Deemed Ineligible |
|---|---|
| 57 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 61 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 69 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 70 | DUPLICATE PROOF OF CLAIM |
| 71 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 83 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 84 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 85 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 86 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 89 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 91 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 92 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 93 | DUPLICATE PROOF OF CLAIM |
| 94 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 104 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 105 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 106 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 1000208 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 1000256 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 1000486 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000001 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000004 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000005 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000006 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000007 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000009 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000011 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000013 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000014 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000015 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000016 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000017 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000018 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000019 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000020 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000021 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000023 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000025 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000031 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000039 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000047 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000048 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000052 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000053 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000054 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000056 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000062 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000063 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000065 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000066 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000067 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |

| | | |
|---|---|---|
| MC66N | **Ineligible or Rejected Claimants** | Page 2 of 10 |
| MC66N375 | WAMU MBS LITIGATION | 21-Nov-13   9:37 AM |

| Claim # | Reason Deemed Ineligible |
|---|---|
| 5000068 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000069 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000070 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000071 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000073 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000075 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000079 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000082 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000083 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000084 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000085 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000091 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000092 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000093 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000096 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000097 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000100 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000101 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000102 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000105 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000106 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000108 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000109 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000111 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000113 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000115 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000118 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000119 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000120 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000121 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000122 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000125 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000126 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000128 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000129 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000130 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000131 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000132 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000135 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000136 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000137 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000139 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000140 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000142 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000153 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000154 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000155 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000158 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000160 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000162 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000163 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |

| MC66N | Ineligible or Rejected Claimants | Page 3 of 10 |
| MC66N375 | WAMU MBS LITIGATION | 21-Nov-13  9:37 AM |

| Claim # | Reason Deemed Ineligible |
|---|---|
| 5000170 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000172 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000173 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000175 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000182 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000183 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000184 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000186 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000189 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000191 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000194 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000195 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000197 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000200 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000203 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000219 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000220 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000221 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000222 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000224 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000226 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000231 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000232 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000234 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000235 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000236 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000238 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000239 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000240 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000241 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000242 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000246 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000247 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000250 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000252 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000253 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000254 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000255 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000256 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000257 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000259 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000261 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000262 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000263 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000264 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000267 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000268 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000269 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000270 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000280 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000292 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |

| | | | | |
|---|---|---|---|---|
| MC66N | | **Ineligible or Rejected Claimants** | Page 4 | of 10 |
| MC66N375 | | WAMU MBS LITIGATION | 21-Nov-13 | 9:37 AM |

| Claim # | Reason Deemed Ineligible |
|---|---|
| 5000323 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000340 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000341 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000343 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000344 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000346 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000347 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000349 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000352 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000353 | DUPLICATE PROOF OF CLAIM |
| 5000357 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000359 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000360 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000363 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000364 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000367 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000368 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000369 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000375 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000376 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000377 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000378 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000381 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000386 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000388 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000390 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000393 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000394 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000396 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000400 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000401 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000402 | DUPLICATE PROOF OF CLAIM |
| 5000403 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000404 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000406 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000407 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000408 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000409 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000413 | DUPLICATE PROOF OF CLAIM |
| 5000419 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000420 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000421 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000422 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000423 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000425 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000426 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000427 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000428 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000429 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000431 | DUPLICATE PROOF OF CLAIM |
| 5000434 | DEFICIENT PROOF OF CLAIM NEVER CURED |

**Ineligible or Rejected Claimants**
WAMU MBS LITIGATION

| Claim # | Reason Deemed Ineligible |
|---|---|
| 5000435 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000438 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000440 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000443 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000446 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000447 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000448 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000455 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000461 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000468 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000469 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000472 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000473 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000474 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000475 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000478 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000480 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000482 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000483 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000485 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000489 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000491 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000494 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000498 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000504 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000505 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000515 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000519 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000520 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000525 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000526 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000529 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000530 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000531 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000534 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000537 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000541 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000546 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000547 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000548 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000551 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000552 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000554 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000557 | DUPLICATE PROOF OF CLAIM |
| 5000559 | DUPLICATE PROOF OF CLAIM |
| 5000561 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000565 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000566 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000567 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000568 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000569 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |

| | | | | | |
|---|---|---|---|---|---|
| MC66N | | Ineligible or Rejected Claimants | Page | 6 | of | 10 |
| MC66N375 | | WAMU MBS LITIGATION | 21-Nov-13 | 9:37 AM |

| Claim # | Reason Deemed Ineligible |
|---|---|
| 5000571 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000574 | DUPLICATE PROOF OF CLAIM |
| 5000576 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000577 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000580 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000581 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000582 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000583 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000584 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000585 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000586 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000589 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000591 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000593 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000594 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000595 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000596 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000599 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000600 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000601 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000602 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000603 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000604 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000612 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000613 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000614 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000616 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000617 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000618 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000620 | DUPLICATE PROOF OF CLAIM |
| 5000622 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000623 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000626 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000627 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000630 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000634 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000636 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000638 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000639 | DUPLICATE PROOF OF CLAIM |
| 5000644 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000645 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000649 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000651 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000652 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000656 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000657 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000659 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000660 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000661 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000662 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000663 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |

| | | | | |
|---|---|---|---|---|
| MC66N | **Ineligible or Rejected Claimants** | Page | 7 | of | 10 |
| MC66N375 | WAMU MBS LITIGATION | 21-Nov-13 | 9:37 AM |

| Claim # | Reason Deemed Ineligible |
|---|---|
| 5000664 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000665 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000666 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000667 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000668 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000669 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000670 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000671 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000672 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000673 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000674 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000675 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000676 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000677 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000678 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000679 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000680 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000681 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000682 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000684 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000687 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000688 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000692 | DUPLICATE PROOF OF CLAIM |
| 5000693 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000694 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000696 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000697 | DUPLICATE PROOF OF CLAIM |
| 5000699 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5000700 | DUPLICATE PROOF OF CLAIM |
| 5000702 | DUPLICATE PROOF OF CLAIM |
| 5000704 | DUPLICATE PROOF OF CLAIM |
| 5000714 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000715 | DUPLICATE PROOF OF CLAIM |
| 5000718 | DUPLICATE PROOF OF CLAIM |
| 5000719 | DUPLICATE PROOF OF CLAIM |
| 5000721 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000724 | DUPLICATE PROOF OF CLAIM |
| 5000725 | DUPLICATE PROOF OF CLAIM |
| 5000726 | DUPLICATE PROOF OF CLAIM |
| 5000728 | DUPLICATE PROOF OF CLAIM |
| 5000730 | DUPLICATE PROOF OF CLAIM |
| 5000732 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000736 | DUPLICATE PROOF OF CLAIM |
| 5000741 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000742 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000743 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000744 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000745 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000746 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000747 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000748 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |

| | | | | |
|---|---|---|---|---|
| MC66N | **Ineligible or Rejected Claimants** | Page | 8 | of | 10 |
| MC66N375 | WAMU MBS LITIGATION | 21-Nov-13 | | 9:37 AM |

| Claim # | Reason Deemed Ineligible |
|---|---|
| 5000749 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000750 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000751 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000752 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000767 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000769 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000770 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000771 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000772 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000774 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000775 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000776 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000777 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000778 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000779 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000780 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000781 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000782 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000783 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000784 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000785 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000787 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000788 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000789 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5000792 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5000793 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001101 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001102 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001103 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001104 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001105 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001106 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001108 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001112 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001113 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001114 | DUPLICATE PROOF OF CLAIM |
| 5001118 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001119 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001120 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001122 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5001126 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5001127 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5001128 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5001129 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5001130 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5001131 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001132 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001133 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5001134 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5001135 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001136 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |

| | | |
|---|---|---|
| MC66N | **Ineligible or Rejected Claimants** | Page 9 of 10 |
| MC66N375 | WAMU MBS LITIGATION | 21-Nov-13  9:37 AM |

| Claim # | Reason Deemed Ineligible |
|---|---|
| 5001137 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001138 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001139 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001140 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001142 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001146 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001148 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5001150 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001151 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001152 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001153 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001154 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5001156 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5001157 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5001159 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001160 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001161 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001162 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001163 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001164 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001231 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001233 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001234 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001236 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5001237 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001238 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001242 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5001244 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001245 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001249 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001250 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001258 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001259 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001260 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001261 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001262 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001263 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001264 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001265 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001266 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001267 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001268 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001269 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001270 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001271 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001272 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001273 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001274 | PROOF OF DCAIM DID NOT FIT THE CLASS DEFINITION |
| 5001275 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001276 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001277 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |

| | | Ineligible or Rejected Claimants | Page 10 of 10 |
|---|---|---|---|
| MC66N | | | |
| MC66N375 | | WAMU MBS LITIGATION | 21-Nov-13  9:37 AM |

| Claim # | Reason Deemed Ineligible |
|---|---|
| 5001278 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001279 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001280 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001281 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001282 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001284 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001286 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5001287 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5001289 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001290 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5001291 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001292 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001293 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001294 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001295 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001296 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001298 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001309 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5001310 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5001311 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5001313 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001315 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5001317 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001319 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |
| 5001320 | DEFICIENT PROOF OF CLAIM NEVER CURED |
| 5001321 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001322 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001323 | PROOF OF CLAIM DID NOT FIT THE CLASS DEFINITION |
| 5001391 | PROOF OF CLAIM DID NOT RESULT IN A RECOGNIZED LOSS |

**Claim Count:** 488