# EXHIBIT C

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 03/06/2013 | 14237 |
| PERIOD START | THROUGH DATE |
| 08/16/2012 | 01/15/2013 |

Kenneth M. Rehns, Esq.
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005

| Project Name: WaMu MBS Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Printing of 10 pg. Notice and 8 pg. Proof of Claim form | 10,000 | $0.63 | $6,300.00 |
| Summary Notice Publication (GCG's commissions, if any, are included in these fees)<br>• *Investor's Business Daily* | | | $3,252.94 |
| Enter name and address records into database (electronic) | 55 | $0.065 | $3.58 |
| Enter name and address records into database (hard copy) | 28 | $0.45 | $12.60 |
| Remails | 4 | $0.65 | $2.60 |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 114 | $0.45 | $51.30 |
| Prep Mail | 0.8 Hrs. | | $44.00 |
| Scan Mail (per img.) | 159 | $0.12 | $19.08 |
| Format and load electronic files (per transaction) | 32 | $0.065 | $2.08 |
| Process undeliverables | 105 | $0.25 | $26.25 |
| Document Storage - Paper (per box/per month) | 15 | $1.50 | $22.50 |
| Document Storage - Electronic (per img./record per month) | 4,567 | $0.008 | $36.54 |
| **Contact Services** | | | |
| IVR (per minute) | 83 | $0.49 | $40.67 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 108 | $0.95 | $102.60 |

# INVOICE



| Project Name: WaMu MBS Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| Management of call center | 4.4 Hrs. | | $508.50 |
| Handling of class member communications | 26.6 Hrs. | | $2,459.00 |
| **Website Services** Standard set-up and design | | | $3,500.00 |
| Monthly maintenance charge | 3 | $200.00 | $600.00 |
| Website updates | 1.1 Hrs. | | $137.50 |
| **Project Management** | 205.2 Hrs. | | $34,174.00 |
| **Systems Support** | 49.8 Hrs. | | $5,608.00 |
| **Quality Assurance** | 32.9 Hrs. | | $4,200.00 |
| **Total Fees** | | | $61,103.74 |
| **Total Project Expenses (See Exhibit A)** | | | $6,237.71 |
| **Grand Total** | | | $67,341.45 |

# EXHIBIT A



| Project Name: WaMu MBS Litigation | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: August 16, 2012 through January 15, 2013 | |
| Broker Fees | $3,112.00 |
| NCOA Address Search | $1.35 |
| Postage | $1,453.44 |
| FedEx, Messenger & Shipping | $1,667.32 |
| Copy Charges | $3.60 |
| **Total** | **$6,237.71** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168781
Tax ID # - 11-3235454
Swift Code - SIGNUS33

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 04/03/2013 | 14390 |
| PERIOD START | THROUGH DATE |
| 01/16/2013 | 02/28/2013 |

Kenneth M. Rehns, Esq.
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005

| Project Name: WaMu MBS Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Enter name and address records into database (hard copy) | 2 | $0.45 | $0.90 |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 16 | $0.45 | $7.20 |
| Prep Mail | 0.8 Hrs. | | $44.00 |
| Scan Mail (per img.) | 530 | $0.12 | $63.60 |
| Format and load electronic files (per transaction) | 519 | $0.065 | $33.74 |
| Process undeliverables | 1 | $0.25 | $0.25 |
| Document Storage - Paper (per box/per month) | 10 | $1.50 | $15.00 |
| Document Storage - Electronic (per img./record per month) | 2,790 | $0.008 | $22.32 |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 40 | $6.95 | $278.00 |
| Print standard acknowledgement postcards | 6 | $0.10 | $0.60 |
| Additional processing for non-conforming claims | 1.3 Hrs. | | $128.00 |
| **Contact Services** | | | |
| IVR (per minute) | 9 | $0.49 | $4.41 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 24 | $0.95 | $22.80 |

# INVOICE



| Project Name: WaMu MBS Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| Management of call center | 0.1 Hrs. | | $10.00 |
| Handling of class member communications | 5.2 Hrs. | | $460.00 |
| **Website Services** | | | |
| Monthly maintenance charge | 2 | $200.00 | $400.00 |
| Website updates | 0.3 Hrs. | | $37.50 |
| **Project Management** | 24.1 Hrs. | | $3,967.00 |
| **Systems Support** | 2.8 Hrs. | | $506.00 |
| **Total Fees** | | | **$6,001.32** |
| **Total Project Expenses (See Exhibit A)** | | | **$1,028.67** |
| **Subtotal** | | | **$7,029.99** |
| Outstanding Balance Prior Invoice #14237 | | | $67,341.45 |
| **Grand Total** | | | **$74,371.44** |

# EXHIBIT A



| Project Name: WaMu MBS Litigation | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: January 16, 2013 through February 28, 2013 | |
| Broker Fees | $375.00 |
| NCOA Address Search | $0.01 |
| Tax Consulting | $70.00 |
| Postage | $3.36 |
| P. O. Box Rental / Renewal | $580.00 |
| Copy Charges | $0.30 |
| **Total** | **$1,028.67** |

**Please Remit To :**

The Garden City Group, Inc.
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530

ABA # - 026013576
A/C # - 1501168781
Tax ID # - 11-3235454
Swift Code - SIGNUS33

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 09/03/2013 | 15096 |
| PERIOD START | THROUGH DATE |
| 03/01/2013 | 07/15/2013 |

Kenneth M. Rehns, Esq.
Daniel B. Rehns, Esq.
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005

| Project Name: WaMu MBS Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Enter name and address records into database (hard copy) | 22 | $0.45 | $9.90 |
| Remails | 1 | $0.65 | $0.65 |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 188 | $0.45 | $84.60 |
| Prep Mail | 5.2 Hrs. | | $286.00 |
| Scan Mail (per img.) | 2,048 | $0.12 | $245.76 |
| Format and load electronic files (per transaction) | 19,897 | $0.065 | $1,293.31 |
| Process undeliverables | 1 | $0.25 | $0.25 |
| Document Storage - Paper (per box/per month) | 24 | $1.50 | $36.00 |
| Document Storage - Electronic (per img./record per month) | 17,291 | $0.008 | $138.33 |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 872 | $6.95 | $6,060.40 |
| Print standard acknowledgement postcards | 47 | $0.10 | $4.70 |
| Deficiency/rejection Claim notification | 1,289 | $1.50 | $1,933.50 |
| Additional processing for non-conforming claims | 89.2 Hrs. | | $7,465.50 |
| **Contact Services** | | | |
| IVR (per minute) | 112 | $0.49 | $54.88 |

# INVOICE



| Project Name: WaMu MBS Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 312 | $0.95 | $296.40 |
| Monthly maintenance charge | 4.50 | $100.00 | $450.00 |
| Management of call center | 1.9 Hrs. | | $192.50 |
| Handling of class member communications | 116.5 Hrs. | | $11,399.50 |
| **Website Services** Monthly maintenance charge | 4 | $200.00 | $800.00 |
| **Distribution Services** Prepare & file annual tax return | 1 | $2,500.00 | $2,500.00 |
| **Project Management** | 174.3 Hrs. | | $24,711.50 |
| **Systems Support** | 128.2 Hrs. | | $16,963.50 |
| **Quality Assurance** | 98.6 Hrs. | | $15,915.00 |
| **Total Fees** | | | **$90,842.18** |
| **Total Project Expenses (See Exhibit A)** | | | **$1,282.04** |
| **Subtotal** | | | **$92,124.22** |
| Outstanding Balance Prior Invoice#14390 (1/16/13-2/28/13) | | | $7,029.99 |
| **Grand Total** | | | **$99,154.21** |

# EXHIBIT A



| Project Name: WaMu MBS Litigation | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: March 01, 2013 through July 15, 2013 | |
| Broker Fees | $932.50 |
| Tax Consulting | $245.00 |
| Postage | $23.54 |
| PACER Charges | $70.40 |
| Copy Charges | $10.60 |
| **Total** | **$1,282.04** |

**Please Remit To :**

The Garden City Group, Inc.  
1985 Marcus Avenue, Suite 200  
Lake Success, NY 11042

-Or-

The Garden City Group, Inc.  
Operating A/C  
Signature Bank  
1225 Franklin Avenue  
Garden City, NY 11530

ABA # - 026013576  
A/C # - 1501168781  
Tax ID # - 11-3235454  
Swift Code - SIGNUS33

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 09/13/2013 | 15135 |
| PERIOD START | THROUGH DATE |
| 07/16/2013 | 08/31/2013 |

Kenneth M. Rehns, Esq.
Daniel B. Rehns, Esq.
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York NY 10005

| Project Name: WaMu MBS Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 93 | $0.45 | $41.85 |
| Prep Mail | 2.6 Hrs. | | $143.00 |
| Scan Mail (per img.) | 519 | $0.12 | $62.28 |
| Format and load electronic files (per transaction) | 381 | $0.065 | $24.77 |
| Document Storage - Paper (per box/per month) | 13 | $1.50 | $19.50 |
| Document Storage - Electronic (per img./record per month) | 9,799 | $0.008 | $78.39 |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 5 | $6.95 | $34.75 |
| Deficiency/rejection Claim notification | 48 | $1.50 | $72.00 |
| Additional processing for non-conforming claims | 219.0 Hrs. | | $17,562.00 |
| **Contact Services** | | | |
| IVR (per minute) | 90 | $0.49 | $44.10 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 174 | $0.95 | $165.30 |
| Monthly maintenance charge | 2 | $100.00 | $200.00 |
| Management of call center | 0.4 Hrs. | | $50.00 |
| Handling of class member communications | 66.8 Hrs. | | $7,064.00 |

## INVOICE



| Project Name: WaMu MBS Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees Continued** | | | |
| **Website Services**<br>Monthly maintenance charge | 2 | $200.00 | $400.00 |
| **Distribution Services**<br>Prepare & file annual tax return for 2013 | 1 | $2,500.00 | $2,500.00 |
| **Project Management** | 43.5 Hrs. | | $6,956.50 |
| **Systems Support** | 59.5 Hrs. | | $7,782.50 |
| **Quality Assurance** | 78.6 Hrs. | | $12,772.50 |
| **Total Fees** | | | **$55,973.44** |
| **Project Expense Total (See Exhibit A)** | | | **$676.96** |
| **Subtotal** | | | **$56,650.40** |
| Outstanding Balance Prior Invoice#14390 (1/16/13-2/28/13) | | | $7,029.99 |
| Outstanding Balance Prior Invoice#15096 (3/1/13-7/15/13) | | | $92,124.22 |
| **Grand Total** | | | **$155,804.61** |

# EXHIBIT A



| Project Name: WaMu MBS Litigation | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: July 16, 2013 through August 31, 2013 | |
| Tax Consulting | $70.00 |
| Postage | $25.46 |
| P. O. Box Rental / Renewal | $580.00 |
| Copy Charges | $1.50 |
| **Total** | **$676.96** |

| Please Remit To : | | |
|---|---|---|
| The Garden City Group, Inc.<br>1985 Marcus Avenue, Suite 200<br>Lake Success, NY 11042 | -Or- | The Garden City Group, Inc.<br>Operating A/C<br>Signature Bank<br>1225 Franklin Avenue<br>Garden City, NY 11530<br><br>ABA # - 026013576<br>A/C # - 1501168781<br>Tax ID # - 11-3235454<br>Swift Code - SIGNUS33 |

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 11/12/2013 | 15406 |
| PERIOD START | THROUGH DATE |
| 09/01/2013 | 10/31/2013 |

Kenneth M. Rehns, Esq.
Daniel B. Rehns, Esq.
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York NY 10005

| Project Name: WaMu MBS Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees** | | | |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 36 | $0.45 | $16.20 |
| Prep Mail | 1.9 Hrs. | | $104.50 |
| Scan Mail (per img.) | 759 | $0.12 | $91.08 |
| Document Storage - Paper (per box/per month) | 14 | $1.50 | $21.00 |
| Document Storage - Electronic (per img./record per month) | 11,673 | $0.008 | $93.38 |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 6 | $6.95 | $41.70 |
| Deficiency/rejection Claim notification | 50 | $1.50 | $75.00 |
| Additional processing for non-conforming claims | 84.9 Hrs. | | $6,812.00 |
| **Contact Services** | | | |
| IVR (per minute) | 54 | $0.49 | $26.46 |
| CSR/Live Operator including transcriptions of recorded messages (per minute) | 78 | $0.95 | $74.10 |
| Monthly maintenance charge | 2 | $100.00 | $200.00 |
| Management of call center | 1.3 Hrs. | | $132.50 |

# INVOICE



| Project Name: WaMu MBS Litigation | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Fees Continued** | | | |
| Handling of class member communications | 54.1 Hrs. | | $6,655.00 |
| **Website Services** <br> Monthly maintenance charge | 2 | $200.00 | $400.00 |
| **Project Management** | 52.5 Hrs. | | $7,999.50 |
| **Systems Support** | 36.4 Hrs. | | $4,385.00 |
| **Quality Assurance** | 162.8 Hrs. | | $26,055.00 |
| **Total Fees** | | | **$53,182.42** |
| **Project Expense Total (See Exhibit A)** | | | **$210.00** |
| **Subtotal** | | | **$53,392.42** |
| Less Refund on Broker Fees | | | $(200.00) |
| **Subtotal** | | | **$53,192.42** |
| **Estimate for initial distribution (See Exhibit B)** | | | **$7,495.53** |
| **Total** | | | **$60,687.95** |
| Outstanding Balance Prior Invoice#14390 (1/16/13-2/28/13) <br> Outstanding Balance Prior Invoice#15096 (3/1/13-7/15/13) <br> Outstanding Balance Prior Invoice#15135 (7/16/13-8/31/13) | | | $7,029.99 <br> $92,124.22 <br> $56,650.40 |
| **Grand Total** | | | **$216,492.56** |

# EXHIBIT A



| Project Name: WaMu MBS Litigation | |
|---|---|
| Description | Amount |
| **Project Expenses** | |
| For the period: September 01, 2013 through September 30, 2013 | |
| Tax Consulting | $210.00 |
| **Total** | **$210.00** |

| Please Remit To : | | |
|---|---|---|
| The Garden City Group, Inc.<br>1985 Marcus Avenue, Suite 200<br>Lake Success, NY 11042 | -Or- | The Garden City Group, Inc.<br>Operating A/C<br>Signature Bank<br>1225 Franklin Avenue<br>Garden City, NY 11530<br><br>ABA # - 026013576<br>A/C # - 1501168781<br>Tax ID # - 11-3235454<br>Swift Code - SIGNUS33 |



# EXHIBIT B

**WAMU MBS LITIGATION**
**ESTIMATE OF FEES AND EXPENSES FOR INITIAL DISTRIBUTION**
**AS OF NOVEMBER 1, 2013**

### I. Check Distribution- Fees

| | |
|---|---:|
| Print Checks   323 @ $1.25 | $403.75 |
| Project Management | $600.00 |
| Quality Assurance | $500.00 |
| Systems Support | $400.00 |
| Mailroom Services | $165.00 |
| Banking Services | $125.00 |
| *Subtotal of Check Distribution Fees* | **$2,193.75** |

### Check Distribution- Expenses

| | |
|---|---:|
| Postage | $148.58 |
| *Subtotal of Check Distribution Expenses* | **$148.58** |
| *Subtotal of Check Distribution Fees & Expenses* | **$2,342.33** |

### II. Post-Distribution Work- Fees (Assumes 6 months)

| | |
|---|---:|
| Reissue Checks 16 @ $1.95 | $31.20 |
| In-bound Claimant Correspondence | |
| ~Monthly Maintenance Charge ($100/month) | $600.00 |
| ~IVR Minutes 750 minutes @ $0.49 per minute | $367.50 |
| ~Live Operator Minutes 500 @ $0.95 per minute | $475.00 |
| ~Handle escalated incoming calls, emails & written correspondence (Standard Hourly Rates) | $600.00 |
| Website Monthly Maintenance Charge ($200/month) | $1,200.00 |
| Project Management | $500.00 |
| Banking Services | $450.00 |
| Mailroom | $275.00 |
| *Subtotal of Post-Distribution Work Fees* | **$4,498.70** |

### Post-Distribution Work- Expenses

| | |
|---|---:|
| Postage | $7.36 |
| FedEx, Copies, Line Charges | $300.00 |
| *Subtotal of Post-Distribution Work Expenses* | **$307.36** |
| *Subtotal of Post-Distribution Work Fees & Expenses* | **$4,806.06** |

### III. Ancillary Services- Fees

| | |
|---|---:|
| Paper Storage, 7 boxes @ $1.50 per box per month for 6 months | $63.00 |
| Electronic Storage- 5,081 @ $0.008 per image/record per month for 6 months | $243.89 |
| *Subtotal of Ancillary Fees* | **$306.89** |

### Ancillary Services- Expenses

| | |
|---|---:|
| Disposal of files | $40.25 |
| *Subtotal of Ancillary Expenses* | **$40.25** |
| *Subtotal of Ancillary Fees & Expenses* | **$347.14** |

**GRAND TOTAL FEES AND EXPENSES:**   **$7,495.53**