THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>Class Action<br><br>**DECLARATION OF JOSHUA S. DEVORE IN SUPPORT OF PETITION FOR REIMBURSEMENT OF EXPENSES FILED ON BEHALF OF COHEN MILSTEIN SELLERS & TOLL PLLC** |

I, Joshua S. Devore, declare as follows:

1.   I am a member of the law firm of Cohen Milstein Sellers & Toll PLLC. I submit this declaration in support of my firm's application for the reimbursement of additional expenses incurred by my firm in connection with this litigation. I have personal knowledge of the matters set forth herein.

2.   As detailed in Exhibit 1, my firm has incurred an additional $41,473.80 in unreimbursed expenses in connection with the prosecution of this litigation.

3.   The expenses incurred in this Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred. These expenses were reasonably and necessarily incurred in furtherance of representing the class.

I declare, under penalty of perjury, that the foregoing facts are true and correct.

DECLARATION IN SUPPORT OF PETITION FOR REIMBURSEMENT OF EXPENSES
Master Case No.: C09-0037 (MJP)

Page 1

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600

DATED this 4th day of December, 2013

_____
Joshua S. Devore
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600

DECLARATION IN SUPPORT OF PETITION FOR REIMBURSEMENT OF EXPENSES
Master Case No.: C09-0037 (MJP)

Page 2

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600