THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE: WASHINGTON MUTUAL MORTGAGE BACKED SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Master Case No.: C09-0037 (MJP)<br><br>Class Action<br><br>DECLARATION OF DARYL F. SCOTT IN SUPPORT OF PETITION FOR REIMBURSEMENT OF EXPENSES FILED ON BEHALF OF SCOTT+SCOTT, ATTORNEYS AT LAW, LLP |

I, Daryl F. Scott, declare as follows:

1. I am a member of the law firm of Scott+Scott, Attorneys at Law, LLP. I submit this declaration in support of my firm's application for the reimbursement of additional expenses incurred by my firm in connection with this litigation. I have personal knowledge of the matters set forth herein.

2. As detailed in Exhibit 1, my firm has incurred an additional $1,962.06 in unreimbursed expenses in connection with the prosecution of this litigation.

3. The expenses incurred in this Action were necessary and reasonable and are expenses reflected on the books and records of my firm. The books and records were prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

I declare, under penalty of perjury, that the foregoing facts are true and correct.

DECLARATION IN SUPPORT OF PETITION FOR REIMBURSEMENT OF EXPENSES
Master Case No.: C09-0037 (MJP)

Page 1

Scott+Scott, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444

1  DATED this 4 day of December, 2013

*/s/ Daryl F. Scott*
Daryl F. Scott
Scott+Scott, Attorneys at Law, LLP
156 South Main Street
Colchester, CT. 06415
Telephone: (860) 537-5537