# EXHIBIT 1

# EXHIBIT 1

## Scott+Scott, Attorneys at Law, LLP

Expense Detail

| Disbursements | Total |
|---|---|
| Staff Overtime | $115.71 |
| Travel | $1,641.29 |
| Electronic Legal Research | $201.76 |
| Long Distance Telephone | $3.30 |
| Total | $1,962.06 |

DECLARATION IN SUPPORT OF
PETITION FOR REIMBURSEMENT
OF EXPENSES
Master Case No.: C09-0037 (MJP)

Page 3

Scott+Scott, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444